JS 44C/SDNY
REV.
10/01/2020

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| John P. "Jack" Flynn<br>Leslie A. Flynn | Cable News Network, Inc. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Jeremy Zenilman (N.Y. Bar No. 4862041)<br>336 East 77th Street #9<br>New York, New York 10075<br>Telephone: (516) 650-5821 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. Section 1332, Defamation and False Light Invasion of Privacy

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No[ ] Yes[x]  Judge Previously Assigned

If yes, was this case  Vol.[ ]  Invol.[ ]  Dismissed. No[ ]  Yes[ ]  If yes, give date _____ & Case No. _____

Is this an international arbitration case?   No [x]   Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*                    NATURE OF SUIT

TORTS                                                    ACTIONS UNDER STATUTES

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY/ | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110  INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/<br>PHARMACEUTICAL PERSONAL<br>INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED<br>SEIZURE OF PROPERTY<br>21 USC 881 | [ ] 422 APPEAL<br>28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120  MARINE | [ ] 315 AIRPLANE PRODUCT | | | [ ] 423 WITHDRAWAL | [ ] 376 QUI TAM |
| [ ] 130  MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | [ ] 690 OTHER | 28 USC 157 | [ ] 400 STATE |
| [ ] 140  NEGOTIABLE | [x] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | | | REAPPORTIONMENT |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | | | [ ] 410 ANTITRUST |
| [ ] 150  RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | PROPERTY RIGHTS | | [ ] 430 BANKS & BANKING |
| OVERPAYMENT &<br>ENFORCEMENT | EMPLOYERS'<br>LIABILITY | LIABILITY | [ ] 820 COPYRIGHTS    [ ] 880 DEFEND TRADE SECRETS ACT | | [ ] 450 COMMERCE |
| OF JUDGMENT | [ ] 340 MARINE | PERSONAL PROPERTY | [ ] 830 PATENT | | [ ] 460 DEPORTATION |
| [ ] 151  MEDICARE ACT | [ ] 345 MARINE PRODUCT | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | [ ] 470 RACKETEER INFLU-<br>ENCED & CORRUPT |
| [ ] 152  RECOVERY OF<br>DEFAULTED | LIABILITY | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK | | ORGANIZATION ACT<br>(RICO) |
| STUDENT LOANS<br>(EXCL VETERANS) | [ ] 350 MOTOR VEHICLE<br>[ ] 355 MOTOR VEHICLE | | SOCIAL SECURITY | | [ ] 480 CONSUMER CREDIT |
| [ ] 153  RECOVERY OF | PRODUCT LIABILITY | | [ ] 861 HIA (1395ff) | | [ ] 485 TELEPHONE CONSUMER<br>PROTECTION ACT |
| OVERPAYMENT<br>OF VETERAN'S | [ ] 360 OTHER PERSONAL<br>INJURY | [ ] 380 OTHER PERSONAL | [ ] 862 BLACK LUNG (923) | | |
| BENEFITS | [ ] 362 PERSONAL INJURY - | PROPERTY DAMAGE | [ ] 863 DIWC/DIWW (405(g)) | | [ ] 490  CABLE/SATELLITE TV |
| [ ] 160  STOCKHOLDERS<br>SUITS | MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE<br>PRODUCT LIABILITY | [ ] 864 SSID TITLE XVI<br>[ ] 865 RSI (405(g)) | | [ ] 850 SECURITIES/<br>COMMODITIES/ |
| [ ] 190  OTHER<br>CONTRACT | | PRISONER PETITIONS | | | EXCHANGE |
| [ ] 195  CONTRACT | | [ ] 463 ALIEN DETAINEE | LABOR | | [ ] 890 OTHER STATUTORY<br>ACTIONS |
| PRODUCT<br>LIABILITY | ACTIONS UNDER STATUTES | [ ] 510 MOTIONS TO<br>VACATE SENTENCE | [ ] 710 FAIR LABOR<br>STANDARDS ACT | | [ ] 891 AGRICULTURAL ACTS |
| [ ] 196 FRANCHISE | CIVIL RIGHTS | 28 USC 2255 | [ ] 720 LABOR/MGMT<br>RELATIONS | | [ ] 893 ENVIRONMENTAL<br>MATTERS |
| | [ ] 440  OTHER CIVIL RIGHTS<br>(Non-Prisoner) | [ ] 530 HABEAS CORPUS<br>[ ] 535 DEATH PENALTY | [ ] 740 RAILWAY LABOR ACT | FEDERAL TAX SUITS | [ ] 895 FREEDOM OF<br>INFORMATION ACT |
| | [ ] 441 VOTING | [ ] 540 MANDAMUS & OTHER | [ ] 751 FAMILY MEDICAL<br>LEAVE ACT (FMLA) | [ ] 870 TAXES (U.S. Plaintiff or<br>Defendant) | [ ] 896 ARBITRATION |
| REAL PROPERTY | [ ] 442 EMPLOYMENT | | | [ ] 871 IRS-THIRD PARTY | [ ] 899 ADMINISTRATIVE |
| [ ] 210  LAND<br>CONDEMNATION | [ ] 443 HOUSING/<br>ACCOMMODATIONS | PRISONER CIVIL RIGHTS | [ ] 790 OTHER LABOR<br>LITIGATION | 26 USC 7609 | PROCEDURE ACT/REVIEW OR<br>APPEAL OF AGENCY DECISION |
| [ ] 220  FORECLOSURE | [ ] 445 AMERICANS WITH<br>DISABILITIES - | [ ] 550 CIVIL RIGHTS | [ ] 791 EMPL RET INC<br>SECURITY ACT (ERISA) | | [ ] 950 CONSTITUTIONALITY OF |
| [ ] 230  RENT LEASE &<br>EJECTMENT | EMPLOYMENT | [ ] 555 PRISON CONDITION<br>[ ] 560 CIVIL DETAINEE | | | STATE STATUTES |
| [ ] 240  TORTS TO LAND | [ ] 446  AMERICANS WITH<br>DISABILITIES -OTHER | CONDITIONS OF CONFINEMENT | IMMIGRATION | | |
| [ ] 245  TORT PRODUCT<br>LIABILITY | [ ] 448 EDUCATION | | [ ] 462 NATURALIZATION<br>APPLICATION | | |
| [ ] 290  ALL OTHER<br>REAL PROPERTY | | | [ ] 465 OTHER IMMIGRATION<br>ACTIONS | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?

IF SO, STATE:

DEMAND $ 75,000,000    OTHER _____    JUDGE _____    DOCKET NUMBER _____

*Check YES only if demanded in complaint*

JURY DEMAND:  [x] YES  [ ] NO    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN  x  IN ONE BOX ONLY)*                    **ORIGIN**

[x] 1 Original
      Proceeding
[ ] 2 Removed from
      State Court
[ ] 3 Remanded
      from
      Appellate
      Court
[ ] 4 Reinstated or
      Reopened
[ ] 5 Transferred from
      (Specify District)
[ ] 6 Multidistrict
      Litigation
      (Transferred)
[ ] 7 Appeal to District
      Judge from
      Magistrate Judge

[ ] a.  **all parties represented**

[ ] b.  **At least one party
         is pro se.**

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE
                                                                             CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION    [x] 4 DIVERSITY

                                                      (U.S. NOT A PARTY)

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [x] 2 | [x] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

John P. "Jack" Flynn
Leslie A. Flynn
c/o Steven S. Biss, Esquire
300 West Main Street, Suite 102
Charlottesville, Virginia 22903

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Cable News Network, Inc.
30 Hudson Yards
New York, NY 10001

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

### COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE 03/26/2021          /s/ Jeremy Zenilman

                    SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED  Mo. _____  Yr. _____)
Attorney Bar Code # 4862041

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)