# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

Steven Scott Biss

was admitted to practice as an attorney and counsellor at the bar of this Court on November 4, 1991.

I further certify that so far as the records of this office are concerned, Steven Scott Biss is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 3rd day of May
A.D. 2021

By:_____
Deputy Clerk