IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
JOHN P. "JACK" FLYNN            :
LESLIE A. FLYNN                 :
                                :
    Plaintiffs,               :
                                :
v.                              :         Case 1:21-cv-02587-GHW
                                :
                                :         **ORDER FOR ADMISSION**
CABLE NEWS NETWORK, INC.        :         **PRO HAC VICE**
                                :
    Defendant.                :
---------------------------------------------------------x

The motion of Steven S. Biss, Esquire, for admission to practice Pro Hac Vice in the above-captioned matter is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Virginia, and that his contact information is as follows:

| | |
|---|---|
| Applicant's name: | Steven S. Biss |
| Firm Name: | Law Office of Steven S. Biss |
| Address: | 300 West Main Street, Suite 102 |
| City/State/Zip: | Charlottesville, Virginia 22903 |
| Telephone: | 804-501-8272 |

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Plaintiffs, John P. "Jack" Flynn and Leslie A. Flynn, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   May ___, 2021

                                                                   United States District/Magistrate Judge