UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOHN P. "JACK" FLYNN
LESLIE A. FLYNN,

           Plaintiffs,

- against -

CABLE NEWS NETWORK, INC.,

           Defendant.

------------------------------------------------------------x

Case: 1:21-cv-02587-GHW

Hon. Gregory H. Woods

**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendant CABLE NEWS NETWORK in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: New York, New York

      May 13, 2021

                            Respectfully submitted,

                            DAVIS WRIGHT TREMAINE LLP

                            By: */s/ Katherine M. Bolger*

                               Katherine M. Bolger
                               (N.Y. Bar No. 2976868)

                            1251 Avenue of the Americas, 21st Floor
                            New York, NY  10020-1104
                            (212) 489-8230 Phone
                            (212) 489-8340 Fax

                            *Attorneys for Defendant*