UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN P. "JACK" FLYNN
LESLIE A. FLYNN,

    Plaintiffs,

- against -

CABLE NEWS NETWORK, INC.,

    Defendant.

Case: 1:21-cv-02587-GHW

---

### DEFENDANT CABLE NEWS NETWORK, INC.'S CORPORATE DISCLOSURE

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, Defendant CABLE NEWS NETWORK, INC. ("CNN") is a Delaware corporation that is ultimately a wholly owned subsidiary of AT&T Inc., a publicly traded corporation. AT&T Inc. has no parent company and, to the best of CNN's knowledge, no publicly held company owns ten percent or more of AT&T Inc.'s stock

Dated: May 13, 2021

            Respectfully submitted

            By: s://Katherine M. Bolger
              KATHERINE M. BOLGER
              (N.Y. Bar No. 2976868)

            1251 Avenue of the Americas, 21st Floor
            New York, NY  10020-1104
            (212) 489-8230 Phone
            (212) 489-8340 Fax

            *Attorneys for Defendant*

TO:    Jeremy Zenilman, Esquire
(N.Y. Bar No. 4862041)
336 East 77th Street #9
New York, New York 10075
Telephone: (516) 650-5821
Email: jzenilman@hotmail.com

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net

*Counsel for the Plaintiffs*