```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOHN P. "JACK" FLYNN & LESLIE A.                              :
FLYNN,                                                        :
                                                              :
                              Plaintiffs,                     :
                                                              :
             -against-                                        :
                                                              :
CABLE NEWS NETWORK, INC.,                                     :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5/13/2021 |

1:21-cv-2587-GHW

<u>ORDER REFERRING CASE TO MAGISTRATE JUDGE</u>

The above entitled action is referred to a United States magistrate judge for the following purpose:

_X_ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

_X_ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____

All such motions: __X_____

SO ORDERED.

Dated: May 13, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge