

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

Katebolger@dwt.com

May 18, 2021

<u>**VIA ECF**</u>
Hon. Sarah L. Cave
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:    *Flynn, et ano. v. CNN,* 1:21-Cv-02587 (S.D.N.Y., March 25, 2021)

Dear Magistrate Judge Cave:

    We represent Cable News Network, Inc. ("CNN") in the above-captioned matter.  CNN respectfully requests an extension of its deadline to move, answer, or otherwise respond to Plaintiffs' amended complaint, from May 21, 2021 to June 18, 2021.  CNN requests this additional time to fully brief the issues presented by the amended complaint.  Counsel for Plaintiffs has consented to this request.

    CNN has not previously requested an extension of time. Thank you for the Court's consideration of this request.

    Respectfully submitted,

    Davis Wright Tremaine LLP

    Katherine M. Bolger

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Hon. Sarah L. Cave
May 18, 2021
Page 2


cc:     Counsel of Record (via ECF)