

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

Katebolger@dwt.com

May 18, 2021

<u>**VIA ECF**</u>
Hon. Sarah L. Cave
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:   *Flynn, et ano. v. CNN,* 1:21-Cv-02587 (S.D.N.Y., March 25, 2021)

Dear Magistrate Judge Cave:

We represent Cable News Network, Inc. ("CNN") in the above-captioned matter. CNN respectfully requests an extension of its deadline to move, answer, or otherwise respond to Plaintiffs' amended complaint, from May 21, 2021 to June 18, 2021. CNN requests this additional time to fully brief the issues presented by the amended complaint. Counsel for Plaintiffs has consented to this request.

CNN has not previously requested an extension of time. Thank you for the Court's consideration of this request.

Respectfully submitted,

Davis Wright Tremaine LLP

Katherine M. Bolger

---

Defendant's letter-motion requesting an extension of time to answer, move, or otherwise respond to the amended complaint (ECF No. 15) is GRANTED, and the deadline to answer, move, or otherwise respond to the amended complaint is EXTENDED to **Friday, June 18, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 15.

SO-ORDERED 5/18/2021

SARAH L. CAVE
United States Magistrate Judge