# EXHIBIT 1

# Video filed in hard copy