# EXHIBIT 3

**Bolger, Kate**

| | |
|---|---|
| **From:** | Steven S. Biss <stevenbiss@earthlink.net> |
| **Sent:** | Friday, April 30, 2021 4:15 PM |
| **To:** | Bolger, Kate |
| **Subject:** | Re: Flynn - CNN |

**[EXTERNAL]**

Kate,

My email below tells you exactly what my clients are going to do, and yet you persist with threats and attempts to intimidate.

I expect to file the Amended Complaint within a week. I agree that CNN is only required to respond to the Amended Complaint, and that CNN's responsive pleadings are due within 21 days of service of the Amended Complaint on CNN.

Call or email me if you have any questions.

**From:** Bolger, Kate
**Sent:** Friday, April 30, 2021 3:33 PM
**To:** Steven S. Biss
**Subject:** RE: Flynn - CNN

Dear Steven
I am informed that the Complaint was served yesterday afternoon. Will you agree, in light of your representation below that you intend to amend the complaint within 21 days, that CNN will not be required to respond to the Complaint as served? If so, I propose to draft a letter to the Court informing the Court that you have informed CNN that plaintiffs intend to amend within 21 days and the parties have agreed that CNN is required to respond only to that amended complaint.

If we cannot agree, CNN will raise these issues with the Court.
Please let me know.
Thanks
Kate Bolger

**From:** Steven S. Biss <stevenbiss@earthlink.net>
**Sent:** Thursday, April 29, 2021 1:05 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Subject:** Flynn - CNN

**[EXTERNAL]**

Kate,

I have completed a review of your letter and accompanying emails.

My clients intend to file an amended complaint within 21 days of service upon CNN.  We believe the amended complaint will address the concerns in your letter.

I plan to have the summons and complaint served on CNN today or tomorrow.

You have no good faith basis to file any Rue 11 motion against the Flynns.  They will not be intimidated, and will likely file a cross-motion under Rule 11 in the event that you proceed down that road.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.