# EXHIBIT 9



**General Flynn** ✔ @GenFlynn · 15h
#TakeTheOath 🇺🇸
Happy 4th of July 🇺🇸
God Bless America 🇺🇸
@SidneyPowell1
@molmccann
@BarbaraRedgate
@JosephJFlynn1
@GoJackFlynn
@flynn_neill
@lofly727
@TJHproject
🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸



