# EXHIBIT 10


54 captures
16 Sep 2019 - 15 May 2021

http://twitter.com/GoJackFlynn    Go

AUG SEP NOV
16
2018 2019 2020

About this capture



Home    About

Search Twitter

Have an account? Log in

Tweets 4,241 | Following 2,414 | Followers 8,025 | Likes 4,806

Follow

## Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00
@GoJackFlynn

Brother of Gen. Mike Flynn (R) 🇺🇸
🇺🇸 Don't tread on @GenFlynn TEXT Flynn @ 401-329-2007 Show us there are at least 1 Million to DONATE $1.01-$5.00

🕘 Joined March 2019

**Tweets**    Tweets & replies    Media

📌 Pinned Tweet

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 @GoJa... · Jul 31
MikeFlynnDefenseFund.org



💬 11    🔁 283    ♥ 327

Show this thread

Want to take advantage of all the new Twitter features?
It's simple – just log in.

Log in

Sign up







# #LeavingForParlorIn24 @GoJackFlynn PARLOR
@GoJackFlynn

Brother of LtG Mike Flynn (R) THANK YOU FOR YOUR SUPPORT
MikeFlynnDefenseFund.com
DefendingTheRepublic.org ⭐⭐⭐

Joined March 2019

Tweets 18.4K | Following 5,261 | Followers 226K | Likes 19.7K

Follow

**Tweets**    Tweets & replies    Media

📌 Pinned Tweet

**#LeavingForParlorIn24 @GoJackFlynn PARLOR** @GoJackFlynn · 15h
Thankyou all Followers and supporters of @GenFlynn and @realDonaldTrump I am grateful to have been a part of this effort but I can no longer support being a part of the censorship of American values and truths. I will be leaving Twitter for good tomorrow night. God Bless the USA!

Show this thread

🔁 #LeavingForParlorIn24 @GoJackFlynn PARLOR Retweeted

**Dr. Dave Janda** ⭐⭐⭐ @docdhj · 2h
To ALL those Deep State Hacks who are spewing " there is no evidence" of election fraud or FOREIGN interference.... well let's try this out from a whistleblower...... electionrecords.com/vault/f-02x.ht... @Lrihendry @SidneyPowell1 @GoJackFlynn @RichardGrenell @RudyGiuliani @KirkWiebe

### New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**

© 2021 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info