# EXHIBIT 11

# Leslie Flynn
39 Tweets



## Leslie Flynn
@lflynn1998

⭐⭐⭐ Sidneypowell.com

📅 Joined August 2019

**94** Following   **663** Followers

| Tweets | Tweets & replies | Media | Likes |