# EXHIBIT 12



**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 14h
Leaving this here. GOD BLESS AMERICA. #KAG2020





**●● | ●● | ● | ● | ●● | ● | ●** @OficialPatriot · 20h

Qanon is not violent or conspiracy. We are every day people seeking truth. I am a family man. I am educated, and run my own business. I work hard, and spend my spare time with my family. I enjoy golf 🏌️ and reading. Qanon's, share and tell your story 👇👇

💬 1.5K   🔁 3.3K   ♡ 12K

Show this thread

~𝒜𝓃𝑔𝑒𝓁 𝒜𝓊𝓇𝒶~ @11AngelAura11 · 24 hrs
QAnon vs Antifa: A Breakdown...

| | QANON  | ANTIFA  |
|---|---|---|
| Mission | Exposing Corruption<br>Exposing Evil (inc. child trafficking)<br>Exposing Deception<br>Preserving Freedom | Inciting Violence<br>Fostering Hate<br>Creating Division<br>Promoting Anarchy |
| Weapons | Keyboards<br>Memes<br>Reason<br>Truth | Clubs<br>Projectiles<br>Explosives<br>Guns |
| Tactics | Dissenting Opinion<br>Presenting Facts<br>Social Media Info Dissemination<br>Dispelling Misinformation | Rioting<br>Arson<br>Assault<br>Destruction |
| Beliefs | Individual Freedom<br>WWG1WGA (Unity)<br>Question everything<br>Corruption and evil are pervasive<br>Child trafficking is endemic<br>The media is corrupt | Anti authoritarianism<br>Anti capitalism<br>Anarchism<br>Marxist/ socialist/ communist/ racist<br>Forced conformity by violence<br>End justifies means/ paid activists |

💬 69   🔁 1.3K   ♡ 1.9K

**QBlueSky** ★★★ @QBlueSkyQ · 23h

Libel Laws End of MSM
Securing the SENATE meant EVERYTHING
Securing the SC meant EVERYTHING
THEY MUST MAINTAIN THREAT TO RETAIN POWER/INFLUENCE.
Fake news about Kavanaugh #ImpeachKavanaugh #KavanaughLied
#QAnon #SundayThoughts #IStandWithKavanaugh twitter.com/Bluepopcorn8/s...



💬 6   🔁 239   ♡ 291



**Veronica P Wolski** @whaleswarrior · Sep 16

The cashier at Michael's said, "Where have you been???"
I told her I was on a road trip & had dinner with @GenFlynn last Saturday.
Her response?
OMG, you stand on a bridge & have dinner with a General? How cool is that?
I couldn't agree more

#ThePeoplesBridge
#PatriotRoadTrip



💬 57   ↻ 330   1.7K



Veronica P Wolski @whaleswarrior · 24h

I have so much damn fun every single day 🤣

#ThePeoplesBridge



♡ 117  ⟲ 349  ♥ 1.6K

Jack Flynn #TeamSidney Retweeted
**Veronica P Wolski** @whaleswarrior · 9h

Lol...
It was really cold and windy today,.
But Chicago was on fire for Justice!

#HoldTheLine

#ThePeoplesBridge



4,760 views    0:01 / 2:02

💬 53    🔁 177    ♡ 645