# EXHIBIT 13

**FreedQmFighter** Parler: @FreedQmFighter @CWork12 · Jun 5, 2020   ···

Replying to @CBS_Herridge @SenRonJohnson and @CBSNews

Fantastic!!

You've been Q'd for this one!

#ObamaGate #WWG1WGA #InItTogether #WWG1WGAWORLDWIDE
#TheGreatAwakening #Q #WeAreTheNewsNow #EnjoyTheShow
#Phase3Justice



💬 11        🔁 96        ♡ 370        ⬆️

This Tweet was deleted by the Tweet author. Learn more

 **Leslie Flynn** @lflynn1998 · May 9, 2020 · · ·
Hey, @GoJackFlynn , you forgot me!!!!

&#9;&#128; 128 &#9;&#9; ⟲ 27 &#9;&#9; ♡ 233 &#9;&#9; ⬆

 **Discernment** · · ·
@_Discernment_

Replying to @lflynn1998 @GenFlynn and 3 others



8:19 AM · May 9, 2020 · Twitter for iPhone