# EXHIBIT 14



**Sidney Powell** 🇺🇸 ⭐⭐⭐ @SidneyPowell1 · 3h

Replying to @SidneyPowell1 @GenFlynn and 26 others

For those determined to superimpose a "conspiracy" or anything nefarious into
#TakeTheOath
#TakeThePledge
The #Constitution, or all that is good in and about #America and its history which we must preserve, read Frankl
bookspdf4free.com/mans-search-fo…
@realDonaldTrump
#AmericaFirst
#MAGA

💬 35   ↻ 308   ♡ 660