

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

Katebolger@dwt.com

June 21, 2021

<u>**VIA ECF**</u>
Hon. Sarah L. Cave
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:  *Flynn, et ano. v. CNN,* **1:21-Cv-02587 (S.D.N.Y., March 25, 2021)**

Dear Magistrate Judge Cave:

    We represent Defendant Cable News Network ("CNN") in the above-referenced action.

    We write pursuant to Rule III.D of the Court's Individual Practices in Civil Cases to request oral argument on CNN's motion to dismiss the complaint for failure to state a claim upon which relief may be granted.  CNN has filed their motion papers concurrently with this letter.

    Thank you for your consideration.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ Katherine M. Bolger*

Katherine M. Bolger

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Hon. Sarah L. Cave
June 21, 2021
Page 2


cc:	Counsel of Record (via ECF)