IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
JOHN P. "JACK" FLYNN                      :
LESLIE A. FLYNN                           :
                                          :
        Plaintiffs,                       :
                                          :
v.                                        :          Case 1:21-cv-02587-GHW
                                          :
                                          :          NOTICE OF APPEARANCE
CABLE NEWS NETWORK, INC.                  :
                                          :
        Defendant.                        :
-------------------------------------------------------x
```

Anthony C. Carlini, Jr., Esquire, Handel & Carlini, LLP, 1984 Hackensack Road, Poughkeepsie, NY 12603 (anthony@handelcarlini.com), hereby notes his appearance in this proceeding on behalf of Plaintiffs, John P. "Jack" Flynn and Leslie A. Flynn.  Please direct any and all future communications, notices, pleadings and papers to the undersigned as counsel for Plaintiffs.


DATED:       June 22, 2021


Signature of Counsel on Next Page

1

JOHN P. "JACK" FLYNN
LESLIE A. FLYNN


By:   */s/ Anthony C. Carlini, Jr.*
      Anthony C. Carlini, Jr., Esquire
      (New York Bar # 2648374)
      Handel & Carlini, LLP
      1984 Hackensack Road
      Poughkeepsie, NY 12603
      Telephone:  (845) 454-2221
      Facsimile:  (845) 471-1005
      Email: anthony@handelcarlini.com

*Counsel for the Plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.


By:   */s/ Anthony C. Carlini, Jr.*
      Anthony C. Carlini, Jr., Esquire
      (New York Bar # 2648374)
      Handel & Carlini, LLP
      1984 Hackensack Road
      Poughkeepsie, NY 12603
      Telephone:  (845) 454-2221
      Facsimile:  (845) 471-1005
      Email: anthony@handelcarlini.com

*Counsel for the Plaintiffs*