Hon. Sarah Cave
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
Courtroom 1670
500 Pearl St.
New York, NY 10007-1312

Re: **Flynn v. CNN**

Dear Judge Cave,

Attached please find a motion asking for my withdrawal as counsel in this matter pursuant to local rule 1.4.  All counsel have been informed and consented to this withdrawal, as has the plaintiff. I would ask your honor to allow electronic service on Messrs. Biss and Carlini to substitute for service on the client.

I appreciate your consideration in this matter.

Jeremy Zenilman