IN THE SOUTHERN DISTRICT OF NEW YORK

**Flynn et al**                                Civil Action  1:21-cv-02587-SLC

v.

**Cable News Network**

And now, Jeremy Zenilman, Esq. files the below motion for leave to withdraw as counsel in this matter.

1. I am requesting the court's leave to withdraw from this case, due to professional reasons relating to locating a new job.

2. New local counsel has filed a notice of appearance.  Therefore, there will be no delay or prejudice in the prosecution of this case.

3. All counsel have been informed and have consented.

4. The plaintiff, Mr. and Mrs. Flynn, have been consulted and consented.

5. I am not asserting a lien on this case.

Wherefore, Jeremy Zenilman respectfully requests that the court grant my motion and give me leave to withdraw my appearance in this matter.

Respectfully Submitted,

_____s/_____
Jeremy Zenilman, Esq.
336 East 77th Street
New York, NY 10075
jzenilman@hotmail.com

---

Attorney Jeremy Zenilman's letter-motion requesting to withdraw as counsel for Plaintiffs (ECF No. 24) is GRANTED.

The Clerk of Court is respectfully directed to terminate Mr. Zenilman as counsel for Plaintiffs and to close ECF No. 24.

SO ORDERED 7/12/2021

_Sarah Cave_
SARAH L. CAVE
United States Magistrate Judge