UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN P. "JACK" FLYNN, and LESLIE A. FLYNN,

                            Plaintiffs,

-v-

CABLE NEWS NETWORK, INC.,

                            Defendant.

CIVIL ACTION NO.: 21 Civ. 2587 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for General Pretrial Supervision and to issue a Report and Recommendation concerning dispositive motions. (ECF No. 14). Defendant Cable News Network, Inc. ("CNN") has requested oral argument concerning its motion to dismiss ("Oral Argument"). (ECF No. 20). Accordingly, the parties shall meet and confer and advise the Court by **Monday, July 19, 2021**, which of the following dates they prefer for Oral Argument: (i) October 12, 2021, at 2:00 pm; (ii) October 13, 2021, at 10:00 am, 11:00 am, or 2:00 pm; (iii) October 14, 2021, at 10:00 am, 11:00 am, or 2:00 pm; (iv) October 21, 2021, at 11:00 am or 3:00 pm; or (v) October 22, 2021, at 11:00 am.

It is the Court's preference to hold Oral Argument in-person at the Southern District courthouse. The parties should advise in their July 19 submission if they prefer Oral Argument by telephone or videoconference (either hosted by the Court on Microsoft Teams, or hosted by the parties on an alternative platform to which all parties consent).

Dated: New York, New York
July 14, 2021

SO ORDERED.

*Sarah Cave*

SARAH L. CAVE
**United States Magistrate Judge**