

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

Katebolger@dwt.com

July 19, 2021

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:    *Flynn, et ano. v. CNN,* **1:21-Cv-02587 (S.D.N.Y., March 25, 2021)**

Dear Magistrate Judge Cave:

    We represent Defendant Cable News Network ("CNN") in the above-referenced action.

    Pursuant to the Court's Order dated July 14, 2021, the parties have met and conferred and have selected October 14, 2021, at 10:00 AM as their preferred date and time for oral argument regarding CNN's Motion To Dismiss.

    Thank you for your consideration.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ Katherine M. Bolger*

Katherine M. Bolger

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Hon. Sarah L. Cave
July 19, 2021
Page 2


cc: Counsel of Record (via ECF)