**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

JOHN P. "JACK" FLYNN
LESLIE A. FLYNN,

                      Plaintiffs,

           - against -

CABLE NEWS NETWORK, INC.,

                      Defendant.

----------------------------------------------------- x

Case: 1:21-cv-02587-GHW-SLC

Hon. Sarah L. Cave

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, the undersigned, Sam F. Cate-Gumpert, hereby respectfully moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for defendant Cable News Network, Inc., in the above-captioned action.

I am a member in good standing of the Bar of the State of California. I am admitted to practice before the U.S. District Courts for the Central District of California, Northern District of California, Southern District of California, Eastern District of California, and Ninth Circuit Court of Appeals. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached my Affidavit pursuant to Local Rule 1.3.

Dated: July 14, 2021

Respectfully submitted,

By: _____

Sam F. Cate-Gumpert
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800
SamCateGumpert@dwt.com

*Attorneys for Defendant Cable News Network, Inc.*

4811-8452-1199v.1 0026517-000210