UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JOHN P. "JACK" FLYNN
LESLIE A. FLYNN,

                Plaintiffs,

      - against -

CABLE NEWS NETWORK, INC.,

                Defendant.
---------------------------------------------------------------- x

Case: 1:21-cv-02587-GHW-SLC

Hon. Sarah L. Cave

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Sam F. Cate-Gumpert, being duly sworn, hereby depose and say as follows:

1. I am an associate at the law firm of Davis Wright Tremaine LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. My Attorney Registration Number for the California State Bar is 335715.

8. Wherefore, your affiant respectfully submits that she has been permitted to appear as counsel and advocate *pro hac vice* in Civil Action No. 1:21-cv-02587-GHW-SLC, for Defendant Cable News Network, Inc.

Dated: July 14, 2021

Respectfully submitted,

By: _____
Sam F. Cate-Gumpert
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800
SamCateGumpert@dwt.com
*Attorneys for Defendant Cable News Network, Inc.*

Sworn to me this
14th day of July, 2021

_____
Notary Public

RANDALL C. ONO
Notary Public - California
Los Angeles County
Commission # 2299325
My Comm. Expires Jul 29, 2023