**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

JOHN P. "JACK" FLYNN
LESLIE A. FLYNN,

                Plaintiffs,

    - against -

CABLE NEWS NETWORK, INC.,

                Defendant.

------------------------------------------------------------- x

Case: 1:21-cv-02587-GHW-SLC

Hon. Sarah L. Cave

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The Motion of Sam F. Cate-Gumpert for admission to practice *pro hac vice* in the above-caption action is granted.

Applicant has declared that he is a member of good standing of the Bar of the State of California, and that his contact information is as follows:

    Sam F. Cate-Gumpert
    DAVIS WRIGHT TREMAINE LLP
    865 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017
    Tel: (213) 633-6800
    SamCateGumpert@dwt.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Cable News Network, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the United States District Court for the Southern District of New York in the above-captioned matter. All attorneys appearing before this court are subject to the local rules of this court, including the rules governing the discipline of attorneys.

Dated: July __, 2021

                                                     _____
                                                     SARAH L. CAVE
                                                     UNITED STATES DISTRICT JUDGE