UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOHN P. "JACK" FLYNN
LESLIE A. FLYNN,

                Plaintiffs,

    - against -

CABLE NEWS NETWORK, INC.,

                Defendant.

------------------------------------------------------------ x

Case: 1:21-cv-02587-GHW-SLC

Hon. Sarah L. Cave

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The Motion of Sam F. Cate-Gumpert for admission to practice *pro hac vice* in the above-caption action is granted.

Applicant has declared that he is a member of good standing of the Bar of the State of California, and that his contact information is as follows:

    Sam F. Cate-Gumpert
    DAVIS WRIGHT TREMAINE LLP
    865 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017
    Tel: (213) 633-6800
    SamCateGumpert@dwt.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Cable News Network, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the United States District Court for the Southern District of New York in the above-captioned matter. All attorneys appearing before this court are subject to the local rules of this court, including the rules governing the discipline of attorneys.

The Clerk of Court is respectfully directed to close ECF No. 31.

SO ORDERED 8/6/2021

_____
SARAH L. CAVE
UNITED STATES DISTRICT JUDGE