# EXHIBIT 12



Jack Flynn #WeFightBack Retweeted

 @OficialPatriot · 20h

Qanon is not violent or conspiracy. We are every day people seeking truth. I am a family man. I am educated, and run my own business. I work hard, and spend my spare time with my family. I enjoy golf 🏌️ and reading. Qanon's, share and tell your story 👇 👇

💬 1.5K     🔁 3.3K     ♡ 12K

Show this thread



tↄ Jack Flynn #WeFightBack ಅವರು ಮರುಟ್ವೀಟಿಸಿದ್ದಾರೆ

~𝒜𝓃𝑔𝑒𝓵 𝒜𝓊𝓇𝒶~ @11AngelAura11 · 24 hrs

QAnon vs Antifa: A Breakdown...

## QANON      ANTIFA

| | QANON | ANTIFA |
|---|---|---|
| Mission | Exposing Corruption<br>Exposing Evil (inc. child trafficking)<br>Exposing Deception<br>Preserving Freedom | Inciting Violence<br>Fostering Hate<br>Creating Division<br>Promoting Anarchy |
| Weapons | Keyboards<br>Memes<br>Reason<br>Truth | Clubs<br>Projectiles<br>Explosives<br>Guns |
| Tactics | Dissenting Opinion<br>Presenting Facts<br>Social Media Info Dissemination<br>Dispelling Misinformation | Rioting<br>Arson<br>Assault<br>Destruction |
| Beliefs | Individual Freedom<br>WWG1WGA (Unity)<br>Question everything<br>Corruption and evil are pervasive<br>Child trafficking is endemic<br>The media is corrupt | Anti authoritarianism<br>Anti capitalism<br>Anarchism<br>Marxist/ socialist/ communist/ racist<br>Forced conformity by violence<br>End justifies means/ paid activists |

♡ 69    tↄ 1.3K    ♡ 1.9K







