





Cited in Flynn v Cable News Network
21Cv2587 Decided 10/22/21
Archived on 12/21/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

 yahoo!news

# Exclusive: FBI document warns conspiracy theories are a new domestic terrorism threat



**TRENDING**

1. A patient at a care facility was in cardiac arrest. Paramedics refused to enter, citing covid restrictions.

2. Omicron now dominant coronavirus strain in new U.S. cases

3. Donald Trump complained about Melania Trump's White House Christmas decorations being panned

**Jana Winter** · **Investigative Correspondent**
August 1, 2019

The FBI for the first time has identified fringe conspiracy theories as a domestic terrorist threat, according to a

FBI documents warn conspiracy theories are a new domestic terrorism threat



Sign in

The FBI intelligence bulletin from the bureau's Phoenix field office, dated May 30, 2019, describes "conspiracy theory-driven domestic extremists," as a growing threat, and notes that it is the first such report to do so. It lists a number of arrests, including some that haven't been publicized, related to violent incidents motivated by fringe beliefs.

The document specifically mentions QAnon, a shadowy network that believes in a deep state conspiracy against President Trump, and Pizzagate, the theory that a pedophile ring including Clinton associates was being run out of the basement of a Washington, D.C., pizza restaurant (which didn't actually have a basement).

"The FBI assesses these conspiracy theories very likely will emerge, spread, and evolve in the modern information marketplace, occasionally driving both groups and individual extremists to carry out criminal or violent acts," the document states. It also goes on to say the FBI believes conspiracy theory-driven extremists are likely to increase during the 2020 presidential election cycle.



FBI designates Pizzagate and QAnon conspiracy-based theories as domestic threats. (Photo illustration: Yahoo News; photos: Michael E. Miller/The Washington Post via Getty Images, Matt Rourke/AP, AP)

The FBI said another factor driving the intensity of this threat is "the uncovering of real conspiracies or cover-ups involving illegal, harmful, or unconstitutional activities by government officials or leading political figures." The FBI does not specify which political leaders or which cover-ups it was referring to.

5. Joe Manchin demands that only parents working and making less than $200,000 get the full child tax credit — otherwise he'll tank it



Sign in

M

conspiratorial belief that "Q," allegedly a government official,
"posts classified information online to reveal a covert effort,
led by President Trump, to dismantle a conspiracy involving



Story continues



Our goal is to create a safe and engaging place for users to connect over interests and passions. In order to improve our community experience, we are
temporarily suspending article commenting

## LATEST STORIES

**Yahoo Life UK**
**5 of the best gift cards for last-minute Christmas shoppers**
You can't go wrong with one of these.

1m ago

**Consequence of Sound**
**Jamie Spears Asks Britney to Pay Legal Fees He Incurred Keeping Her from Her Own Money**
The 27-page filing reads like a blackmail note. Jamie Spears Asks Britney to Pay Legal Fees He Incurred Keeping Her from Her Own Money Wren Graves

2m ago

**Ad • Eternally Sunny**     ···
**Civilization Of Mole People Living Under Las Vegas**
There's a network of tunnels beneath Sin City that few people know about.

**Yahoo Finance**
**Stock market news live updates: Stocks gain, recouping losses from Monday's sell-off**
Markets opened higher on Tuesday as investors weighed news the White House would step in to help fight Omicron with the deployment of military personnel to hospitals and…

4m ago

Creating Flynn v Cable News Network
21 Civ 2587 Decided 10/22/21
Archive.org on 12/21/21
This document is protected by copyright.
Its reproduction is prohibited without permission.

FBI documents: watch conspiracy theories are a new domestic terrorism threat - Yahoo

 

2022 cohorts for NPower Canada alumni. These scholarships, valued at $4,000 each, will help NPower Canada alumni...

4m ago

Motley Fool

**Convenience Stores Could Thrive in 2022 -- If They Do This 1 Thing**

It's fair to say that 2020 was a miserable year for many retailers -- but not convenience stores. The outlook for convenience stores is even brighter in 2021. As of Septemb...

4m ago

Ad • Moneywise

**What A 500k House Really Looks Like In Each State**

Location can mean the difference between a mansion and a bachelor pad.

The Weather Network

**Prolonged frigid pattern locks in over Prairies, risk of coldest Christmas ever**

By the weekend, potentially dangerous cold will be locked tight on the Prairies, with many locales experiencing extremely cold temperatures in the -20s, possibly dropping...

4m ago

PA Media: Sport

**Antonio Conte says Spurs may appeal against UEFA's decision to award Rennes win**

Tottenham were forced to call off the European game due to Covid-19 issues.

4m ago

Footwear News

**Zegna Shares Rise as Company Makes Official Public Debut**

CEO Gildo Zegna rang the opening bell at the New York Stock Exchange (NYSE) on Monday morning as the Italian luxury brand joins the stock market under the ticker symbol "ZGN."

4m ago

Ad • The Giraffe

**New York:New Guidelines For Cars Driven Under 50 Miles/Day**

New York drivers are surprised they never knew this. If you live in New York, you better read this.

TechCrunch

**'Borderless' crypto networks wrestle with state sanction compliance**

The United States' financial sanctions against countries like Iran create a messy regulatory environment where cryptocurrency startups have to pick their battles carefully....

4m ago

Flynn v Carson News Network
21-2587 Decided on 12/22/21
Admitted on 12/22/21
This document is protected by copyright.
Further reproduction is prohibited without permission.



Sign in

The "Jewelry Pad Market by Product Type, Material, and End User: Global Opportunity Analysis and Industry Forecast, 2021-2030" report has been added to…

5m ago

**TODAY**

### How to make the easiest prime rib roast for the holidays

Use these tips and tricks to make a juicy and amazingly delicious prime rib roast.

5m ago

Ad • Next Refinance ···

### Keith Urban And Nicole Kidman Announce News

No-one expected this.

**People**

### Keanu Reeves on His 'Love' for His Asian Background, the 'Respectful' Way Matrix Includes

The actor, whose father is Chinese Hawaiian, said his relationship with his Asian identity is "good and healthy"

5m ago

**Business Wire**

### Global Mezcal Market Report 2021-2025 - Rising Demand for Premium Spirit Products and increasing

DUBLIN, December 21, 2021--The "Global Mezcal Market 2021-2025" report has been added to ResearchAndMarkets.com's offering.

6m ago

**Entertainment Weekly**

### Jeopardy invites Steve Martin to appear on the show after his doppelganger wins tournament

The veteran actor responded with a cheeky tweet acknowledging their physical similarities.

6m ago

Ad • CarsGenius | Search Ads ···

### The 2021 Jeep Grand Cherokee Costs Next To Nothing

People Are Freaking Out About The Price Drop on The 2021 Jeep Grand Cherokee

**Yahoo Canada Style**

### Kendall Jenner looks 'gorgeous' in '90s-inspired shrug top and flared leggings

Fans online were loving the model's latest athleisure look.

6m ago

12/21/21, 10:49 AM
Case 1:21-cv-02587-GHW-SLC    Document 45    Filed 12/27/21    Page 6 of 7
FBI documents warn conspiracy theories are a new domestic terrorism threat



Sign in

M

Decorating presents with ribbons and bows is fun, but dressing up your kids for the holidays is even more exciting. Especially when they look as festive and darling as Ashley...

7m ago

**Springfield News-Leader**

### Future of the Ozarks: Hollister High School siblings ranked No. 1, 2, 3 and 4 in senior class

Michael Schultz, and his triplet sisters, Allison, Brooklyn and Samantha, will be part of Hollister High School's Class of 2022.

7m ago

Ad • BleacherBreaker

**Closing Time: All The Restaurant Chains Closing**

If your favorite restaurant is on this list, we've got some bad news for you...

**USA TODAY**

### Review: 'Licorice Pizza' is a fresh, unexpectedly warm slice of young love

While Paul Thomas Anderson's filmography doesn't tend toward young love, he crafts a hilarious and poignant coming-of-age film with 'Licorice Pizza.'

7m ago

**Asheville Citizen-Times**

### Asheville chef William Dissen selected as U.S. culinary diplomat, travels to Qatar

Asheville chef William Dissen said the trip has "changed and evolved" him as a person and as a chef.

8m ago

**USA TODAY**

### Don't cancel those holiday plans, Fauci says; US population growth slowest in history - COVID-19

Americans planning on spending time with family and friends don't need to cancel despite an infections surge, Dr. Fauci said. Latest updates.

8m ago

Flynn v Clinton News Network
1:21-cv-2587 Decided on 12/21/2021
This document is protected by copyright.
Edited, reproduction is prohibited without permission.

Case 1:21-cv-02587-GHW-SLC Document 45 Filed 12/27/21 Page 7 of 7



Cited in Flynn v Cable News Network
21Civ2587 Decided 10/22/21

Archived on 12/21/21

This document is protected by copyright.
Further reproduction is prohibited without permission.