POLITICS

# What Is QAnon? What We Know About the Conspiracy-Theory Group

Adherents of a right-wing group that believes former President Donald Trump was under assault by Satan worshipers were among the mob that stormed the Capitol

By *Brett Forrest*
Updated Feb. 4, 2021 8:38 pm ET

 **Listen to article** (9 minutes)

The conspiracy-theory group known as QAnon has grown in popularity in recent months. It has spread from fringe internet message boards to mainstream platforms and has become a political issue, and on Jan. 6, its adherents were among the most prominent members of the mob of former President Donald Trump's supporters who stormed the U.S. Capitol in Washington. Here is what we know about QAnon, the conspiracy theory behind it and how it started.

## What is QAnon?

QAnon is a far right-wing, loosely organized network and community of believers who embrace

**TO READ THE FULL STORY**

**SUBSCRIBE**

**SIGN IN**

THE WALL STREET JOURNAL.

*Cited in Flynn v. Cable News Network 21Civ2587 Decided 10/24/21*
*Archived on 12/21/21*
*This document is protected by copyright. Further reproduction is prohibited without permission.*

Continue reading your article with
a WSJ membership

# $8 per month

**VIEW MEMBERSHIP OPTIONS**

Cited in Flynn v Cable News Network
21Civ2587 Decided 10/22/21
Archived on 12/21/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

### ADVERTISEMENT

Dianomi



Exercising Your ISOs? Here's What You Need to Know About the AMT
Brighton Jones

"Move your money by Jan..."



See The 3 Essential Steps You Must Take for Financial Freedom: Tax-Smart Portfolio Tips
Personal Capital



How Savvy Investors Pay for Homes in Retirement
Fisher...

10 Credit Cards You Should Not...

Cited by Flyte Cable News Network
2 Cir. 23 Decided 10/22/21
Archived on 12/21/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

### SPONSORED OFFERS

| | |
|---|---|
| **WAYFAIR:** Wayfair New Year Sale: Up to 60% off | **TARGET:** Up to 60% off - Target Promo Code |
| **MACY'S:** Macy's coupon - Sign up to get 25% off next order | **KOHL'S:** 30% off for Rewards members |
| **SAKS FIFTH AVENUE:** $20 off sitewide - Saks Fifth Avenue coupon | **PRETTYLITTLETHING:** Sign up for emails and get 20% off PrettyLittleThing discount code + $1 shipping |

Cited in Flynn v Cable News Network
21Civ2587 Decided 10/22/21
Archived on 12/21/21
This document is protected by copyright.
Further reproduction is prohibited without permission.