An Encyclopædia Britannica Company



SINCE 1828

[GAMES & QUIZZES](#) [THESAURUS](#) [WORD OF THE DAY](#) [FEATURES](#)
- SHOP
[Buying Guide](#) ↗ [M-W Books](#) ↗

- [LOG IN](#)
- [REGISTER](#)
- ⌄
  [settings](#) [log out](#)
-   [RECENTS](#)

- 🔖 MY WORDSMY WORDS

Log in Sign Up

Hello,
Games & Quizzes Thesaurus Word of the Day Features Buying Guide ⬀ M-W Books ⬀

- 🔖 My WordsMy Words
- View Recents
- Account

Log Out

Search for a Word

✕
🔍
dictionary
thesaurus

Suggested searches: paucity, exasperate, talisman, livid, enigma, jubilate
Word lovers! Save words plus keep track of all your lookups
REGISTER NOW »



Merriam-Webster's Great Big List of Beautiful and Useless Words, Vol. 3
Are they lovely, are they pointless, or are they both?

Read More »

[Word of the Day](#)
DECEMBER 27, 2021

[livid](#) 
[Get the definition, examples, and podcast »](#)

Get Word of the Day in your inbox!

Your email address | Sign Up

Top Lookups Right Now
Next refresh: 25 seconds

- 1
  omicron

- 2
  vaccine

- 3
  fascism

- 4
  featured

- 5
  pron

- 6
  bodywork

- 7
  muse

- 8
  Feliz Navidad!

- 9
  racism

- 10
  Kwanzaa

# Games & Quizzes

[See More Games »](#)

## Latest

[Name that Thing: Dog Breeds](#)
[Can you correctly identify these breeds?](#)
[Play Now »](#)

[Naughty or Nice](#)
[A quiz of vices and virtues](#)
[Play Now »](#)

## Top Picks

[Name That Thing](#)
[Test your visual vocabulary with our 10-question challenge!](#)
[Play Now »](#)

[Challenging Words You Should Know](#)
[How many do you know?](#)
[Play Now »](#)

[Holiday Party Quiz](#)
[A gift in question form](#)
[Play Now »](#)

# From the Editors

[See More »](#)

## Latest

[A Guide to Em Dashes, En Dashes, and Hyphens](#)
[Be dashing—and do it well](#)
[Read Now »](#)

[Merriam-Webster's Words of the Week - Dec. 24](#)
[The words that defined the week ending December 24th, 2021](#)
[Read Now »](#)

## Top Picks

[A Handy Guide to Ruffians, Rapscallions, Cads & More](#)
[22 Charming Words for Nasty People](#)
[Read Now »](#)

[Digging Up the Latin Roots of 14 Abbreviations](#)
[You know how to use them. But do you know where they come from?](#)
[Read Now »](#)

['Cannot' vs. 'Can Not': Is there a difference?](#)
[You can learn all about them](#)
[Read Now »](#)

the
Usage.

See More »
A buying guide for the best products and services
Top-Performing Wi-Fi Routers
»
Blazing fast and super safe
The Best Blenders
»
Great mixers for smoothies, spreads, soups, and more
Favorite Fitness Jump Ropes
»
Ropes for everyone, from beginners to experts

# Vocabulary & Learning

See More Resources »

## Latest

Weekly Vocabulary Words for Kids
Increase your child's vocabulary with these weekly vocab lists and activities!
Read Now »

Tale of Despereaux Reading Guide
Read Now »

## Top Picks

Stef Soto, Taco Queen Reading Guide
Estefania is eager to break away from Tía Perla, her family's run-down taco truck
Read Now »

Spring Vocabulary List
Words about the spring season
Read Now »

Baby Animal Vocabulary
Words for young animals
Read Now »

# Videos

See More Videos »
 play

['All over sudden' vs. "All of a sudden"](#)
 *play*
['All over sudden' vs. "All of a sudden"](#)
 *play*
['One in the same' or 'One and the same'?](#)
 *play*
['Nip it in the butt' or 'Nip it in the bud'?](#)
 *play*
['All Intensive Purposes' or 'All Intents and Purposes'?](#)

Find words from the year you were born … and beyond!

Select a year ⌄  Select a year

# Apps from Merriam-Webster

Merriam-Webster Dictionary

# Merriam-Webster Dictionary

Take America's most trusted dictionary wherever you go

Puku: Learn New Words

# Puku: Learn New Words

For kids 8-12

# Podcasts

Word of the Day

# Word of the Day

From the fun and familiar to the strange and obscure, learn something new everyday with Merriam-Webster

Apple Podcasts
Word Matters

# Word Matters

Join Merriam-Webster editors as they challenge supposed grammar rules, reveal the surprising origins behind words, tackle common questions, and generally geek out about the beautiful nightmare that is language.

Apple Podcasts      New England Public Media

## Browse the Dictionary

- A
- B
- C
- D
- E
- F
- G
- H
- I
- J
- K
- L
- M
- N
- O
- P
- Q
- R
- S
- T
- U
- V
- W
- X
- Y
- Z
- 0-9

# Browse the Thesaurus

- A
- B
- C
- D
- E
- F
- G
- H
- I
- J
- K
- L
- M
- N
- O
- P
- Q
- R
- S
- T
- U
- V
- W
- X
- Y
- Z
- 0-9

Merriam Webster

Learn a new word every day. Delivered to your inbox!

| Your email address | SUBSCRIBE | > |

OTHER MERRIAM-WEBSTER DICTIONARIES

- LEARNER'S ESL DICTIONARY
- VISUAL DICTIONARY
- SCRABBLE® WORD FINDER

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

- Facebook
- Twitter
- YouTube
- Instagram

- Home

- [Help](#)
- [Apps](#)
- [About Us](#)
- [Shop](#)
- [Advertising Info](#)
- [Dictionary API](#)
- [Contact Us](#)
- [Join MWU](#)
- [Videos](#)
- [Word of the Year](#)
- [Vocabulary Resources](#)
- [Law Dictionary](#)
- [Medical Dictionary](#)
- [Privacy Policy](#)
- [Terms of Use](#)

- [Browse the Thesaurus](#)
- [Browse the Medical Dictionary](#)
- [Browse the Legal Dictionary](#)

No other dictionary matches M-W's accuracy and scholarship in defining word meanings. Our pronunciation help, synonyms, usage and grammar tips set the standard. Go beyond dictionary lookups with Word of the Day, facts and observations on language, lookup trends, and wordplay from the editors at Merriam-Webster Dictionary.

© 2021 Merriam-Webster, Incorporated