UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

JOHN P. "JACK" FLYNN
LESLIE A. FLYNN,

                Plaintiffs,

vs.

CABLE NEWS NETWORK, INC.,

                Defendant.

------------------------------------------------------- x

Case: 1:21-cv-02587-GHW-SLC

Hon. Sarah L. Cave

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Before me, the undersigned authority, personally appeared DEANNA K. SHULLMAN, who after being first duly sworn, deposes and says:

1. I am in good standing of the Bar of the State of Florida, and I seek to appear for Defendant Cable News Network, Inc., in the above-styled action.

2. I make this affidavit in support of my motion for admission pro hac vice in the above-styled action.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I am not currently the subject of any disciplinary proceeding.

I, DEANNA K. SHULLMAN, hereby depose and say that the foregoing is true and correct to the best of my knowledge, this 15th day of March 2022.

_____
Deanna K. Shullman

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was sworn to (or affirmed) and subscribed before me, by means of ☑ physical presence or ☐ online notarization, this 15th day of March, 2022.

(SEAL)

> ALYSSA M BEENE
> Notary Public - State of Florida
> Commission # GG 947309
> My Comm. Expires Jan 14, 2024
> Bonded through National Notary Assn.

_____
Notary Public – State of Florida

Printed/Typed Name: Alyssa M. Beene
Commission Number: GG 947309

✓ Personally Known or ___ Produced Identification
Type of Identification Produced: _____