UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
JOHN P. "JACK" FLYNN
LESLIE A. FLYNN,

                    Plaintiffs,

vs.

CABLE NEWS NETWORK, INC.,

                    Defendant.
----------------------------------------------------------- x

Case: 1:21-cv-02587-GHW-SLC

Hon. Sarah L. Cave

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Deanna K. Shullman hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Cable News Network, Inc. ("CNN") in the above-styled action.

I am in good standing of the Bar of the State of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 15, 2022

                    Respectfully Submitted,

                    Applicant Signature: *[signature]*
                    Applicant's Name: Deanna K. Shullman
                    Firm Name: Shullman Fugate PLLC
                    Address: 2101 Vista Parkway, Ste. 4006
                    City/State/Zip: West Palm Beach, Florida 33411
                    Telephone/Fax: (561) 429-3619
                    Email: dshullman@shullmanfugate.com

TO:    Anthony C. Carlini, Jr.
Handel & Carlini, LLP
1984 New Hackensack Road
Poughkeepsie, NY 12603
Telephone: (804) 454-2221
Email: anthony@handelcarlini.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net

*Counsel for the Plaintiffs*