UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JOHN P. "JACK" FLYNN
LESLIE A. FLYNN,

      Plaintiffs,

vs.

CABLE NEWS NETWORK, INC.,

      Defendant.

------------------------------------------------------------- X

Case: 1:21-cv-02587-GHW-SLC

Hon. Sarah L. Cave

# ORDER FOR ADMISSION PRO HAC VICE

The Motion of Defendant Cable News Network *vis-à-vis* Deanna K. Shullman, for admission to practice Pro Hac Vice in the above-styled suit is granted.

The Applicant has declared that she is a member in good standing of the Florida Bar; and that her contact information is as follows:

> Applicant's Name: Deanna K. Shullman
> Firm Name: Shullman Fugate PLLC
> Address:  2101 Vista Parkway, Ste. 4006
> City/State/Zip: West Palm Beach, Florida 33411
> Telephone/Fax: (561) 429-3619
> Email: dshullman@shullmanfugate.com

Applicant having requested admission Pro Hac Vice to appear for all purposes for Cable News Network, Inc., in the above-styled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-styled case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

The Clerk of Court is respectfully directed to close ECF No. 62.

SO ORDERED 3/24/2022

_____
Sarah L. Cave
United States Magistrate Judge