UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JOHN P. "JACK" FLYNN                        :
LESLIE A. FLYNN,                            :     Case: 1:21-cv-02587-GHW
                                            :
                Plaintiffs,          :
                                            :
        - against -                       :
                                            :
CABLE NEWS NETWORK, INC.,                   :
                                            :
                Defendant.           :
---------------------------------------------------------------- x

## DEFENDANT CABLE NEWS NETWORK, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, Defendant Cable News Network, Inc. ("CNN") is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation.  Warner Bros. Discovery, Inc. has no parent company and, to the best of CNN's knowledge, no publicly held company owns ten percent or more of Warner Bros. Discovery, Inc.'s stock.

Dated:  April 19, 2022                      Respectfully submitted,

                                                    By: /s/ *Katherine M. Bolger*
                                                    Katherine M. Bolger
                                                    Sam F. Cate-Gumpert (admitted *pro hac vice*)
                                                    Meenakshi Krishnan (admitted *pro hac vice*)
                                                    DAVIS WRIGHT TREMAINE LLP
                                                    1251 Avenue of the Americas, 21st Floor
                                                    New York, NY 10020
                                                    Telephone: (212) 489-8230
                                                    katebolger@dwt.com
                                                    samcategumpert@dwt.com
                                                    meenakshikrishnan@dwt.com

                                                    *Attorneys for Defendant Cable News Network, Inc.*