

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340  fax

katebolger@dwt.com

August 15, 2022

<u>**VIA ECF**</u>
Hon. Sarah L. Cave
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:   **Consent Letter-Motion for Extension of Time for the Parties to File Joint Discovery
Status Report in** *Flynn et al v. Cable News Network, Inc.*, **No. 1:21-cv-02587-GHW-
SLC (S.D.N.Y.)**

Dear Magistrate Judge Cave:

We represent Cable News Network, Inc. ("CNN") in the above-captioned matter.  On
behalf of the parties, we respectfully request an extension of the parties' deadline to file a joint
discovery status report (ECF No. 58) from August 16, 2022, to August 23, 2022.  The parties
request this additional time to further meet and confer on various discovery matters prior to
completing the joint discovery status report.  Counsel for Plaintiffs has consented to this request.

The parties have not previously requested an extension of time in connection with this
joint discovery status report.  Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ *Katherine M. Bolger*

Katherine M. Bolger
Davis Wright Tremaine LLP

DWT.COM