UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN P. "JACK" FLYNN<br>LESLIE A. FLYNN,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　- against -<br><br>CABLE NEWS NETWORK, INC.,<br><br>　　　　　　　　Defendant. | Case: 1:21-cv-02587-GHW<br><br>Hon. Gregory H. Woods<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendant CABLE NEWS NETWORK in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated:　New York, New York
　　　　August 15, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Lindsey B. Cherner*
　　　　　　　　　　　　　　　　　　　　　　Lindsey B. Cherner
　　　　　　　　　　　　　　　　　　　　　　(N.Y. Bar No. 5571534)

　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas, 21st Floor
　　　　　　　　　　　　　　　　　　　　New York, NY  10020-1104
　　　　　　　　　　　　　　　　　　　　(212) 402-4093 Phone
　　　　　　　　　　　　　　　　　　　　(212) 379-5293 Fax
　　　　　　　　　　　　　　　　　　　　LindseyCherner@dwt.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*