

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340  fax

katebolger@dwt.com


September 28, 2022


<u>**VIA ECF**</u>

Hon. Sarah L. Cave
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:    **Consent Letter-Motion for Extension of Time for the Parties to File Joint Letter in** *Flynn et al v. Cable News Network, Inc.***, No. 1:21-cv-02587-GHW-SLC (S.D.N.Y.)**

Dear Magistrate Judge Cave:

We represent Cable News Network, Inc. ("CNN") in the above-captioned matter.  On behalf of the parties, we respectfully request an extension of the parties' deadline to file a joint letter advising the Court (i) whether the parties are interested in a settlement conference, and (ii) the status of discovery (ECF No. 70) from October 3, 2022 to October 7, 2022.  The parties intend to meet and confer on Friday, September 30, 2022, and therefore would benefit from additional time prior to completing the joint letter. Counsel for Plaintiffs has consented to this request.

The parties have not previously requested an extension of time in connection with this joint letter.  Thank you for the Court's consideration of this request.


Respectfully submitted,

/s/ *Katherine M. Bolger*

Katherine M. Bolger
Davis Wright Tremaine LLP