

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212-402-4068 tel
212-489-8340 fax

Defendant's letter-motion seeking to convert the telephonic discovery conference scheduled for **Friday, October 28, 2022 at 12:00 p.m.** to an in-person conference (ECF No. 88) is GRANTED, and the discovery conference shall now take place in Courtroom 18A, 500 Pearl Street, New York, New York.

SO ORDERED 10/13/22

SARAH L. CAVE
United States Magistrate Judge

<u>VIA ECF</u>
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

Re:   *Flynn et al v. Cable News Network*, No. 1:21-cv-02587 (S.D.N.Y.) – Consented-to Letter Request to Convert Telephonic Discovery Conference to In-Person

Dear Judge Cave:

We represent Defendant Cable News Network ("CNN") in the above-referenced action.

We respectfully request that this Court convert the scheduled telephonic discovery conference on October 28, 2022 at 12 pm (ECF 78) into an in-person conference at the same date and time. Plaintiffs' counsel and CNN's conflict counsel on the Twitter consent letter-motion agree to this request. Given the scope of the current and enduring discovery disputes between the parties, the parties believe that an in-person discovery conference will facilitate a more productive dialogue.

Thank you for your consideration.

Respectfully Submitted,

Davis Wright Tremaine LLP

Katherine M. Bolger