**STEVEN S. BISS**
Attorney At Law
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: 804-501-8272
Fax: 202-318-4098
EMAIL: stevenbiss@earthlink.net
stevensbiss@protonmail.ch
https://truthsocial.com/@stevenbiss

Matter No.

296-001

November 21, 2022

**VIA CM/ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

RE:   **Flynn v. Cable News Network, Inc.**
       **Case 1:21-cv-02587 (GHW/SLC)**

Dear Judge Cave:

We represent Plaintiffs, John P. "Jack" Flynn and Leslie A. Flynn (the "Flynns") in this matter. Pursuant to the Court's Order [*ECF No. 91*], this letter summarizes additional unresolved discovery disputes that require the Court's attention.

The following documents have not been produced:

**Jack Flynn's 3rd Request for Production of Documents**

1.   Documents relating to CNN's ratings;

2.   Documents that show viewership of the Report;

**Jack Flynn's 4th Request for Production of Documents**

3.   Dossiers and research on Trump, General Flynn or QAnon;

4.   Communications with the J6 Committee regarding General Flynn and/or QAnon;

5. All documents that show General Flynn promoted any "QAnon slogan";

**Jack Flynn's 5th Request for Production of Documents**

6. Any evidence that supports the contention that General Flynn is a QAnon follower;

7. Any documents in Anderson Cooper's possession and control that mention any member of the Flynn family;

8. The CNN reports referenced in ¶¶ 2 and 15 of the amended complaint;

9. The full contents of O'Sullivan's social media accounts;

10. Documents relevant to the positions CNN has taken in prior reports on what constitutes a "QAnon follower";

**Jack Flynn's 6th Request for Production of Documents**

11. CNN tax returns and other support for its "book value" estimate of net worth;

12. O'Sullivan's employment agreements.

**Certification**

Plaintiffs hereby certify that the required in-person or telephonic conference took place between counsel for the parties. Pursuant to Local Civil Rule 37.2, counsel for the parties met and conferred on October 4, 2022 and have exchanged email regarding the above matters. Counsel for the Plaintiffs has informed counsel for CNN that he believes the parties to be at an impasse.

Yours very truly,

*/s/ Steven S. Biss*

Steven S. Biss

cc.   Anthony C. Carlini, Jr., Esq.