

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine M. Bolger**
212-402-4068 tel
212-489-8340 fax

katebolger@dwt.com

February 9, 2023

<u>VIA ECF</u>
The Honorable Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007-1312

    **Re:**    *Flynn et al v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC

Dear Judge Cave:

    We represent Defendant Cable News Network ("CNN") in the above-referenced action. Pursuant to Federal Rule of Civil Procedure 5.2(e) and 26(c), and Your Honor's individual practice rule 1.G, we respectfully request to file the redacted portions of our letter-motion under seal given that the exhibits quoted therein have been designed by Plaintiffs as either "Confidential" or "Highly Confidential" pursuant to the March 15, 2022 Confidentiality Stipulation and Protective Order (Dkt. 60) in this action. Defendant also requests to redact the Plaintiffs'—and their family members'—phone numbers.

    We thank the Court for its consideration of this matter.

    Respectfully Submitted,

    Davis Wright Tremaine LLP

    Katherine M. Bolger