UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN P. "JACK" FLYNN and LESLIE A. FLYNN,

                    Plaintiffs,

-v-

CABLE NEWS NETWORK, INC.,

                    Defendant.

CIVIL ACTION NO.: 21 Civ. 2587 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant Cable News Network's letter-motions requesting (i) a telephonic conference with the Court, and (ii) to file under seal a letter-motion that contains sensitive information pertaining to Plaintiffs and their family members. (ECF Nos. 103–05 (the "Motions")). The Motions are GRANTED, as follows:

1. The document at ECF No. 104 shall remain visible only to the selected parties.

2. A telephonic status conference is scheduled for **Tuesday, February 21, 2023 at 10:00 a.m.**, on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **5:00 pm** on **Thursday, February 16, 2023**, any party wishing to do so may file a letter of no longer than three (3) pages listing discovery disputes requiring the Court's attention.

3. The Clerk of Court is respectfully directed to close ECF Nos. 103–05.

Dated:    New York, New York
            February 10, 2023

SO ORDERED.

_[signature]_
**SARAH L. CAVE**
**United States Magistrate Judge**