

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine M. Bolger**
212-402-4068 tel
212-489-8340 fax

katebolger@dwt.com

February 13, 2023

**VIA ECF**

The Honorable Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007-1312

    **Re:**    *Flynn et al v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC

Dear Judge Cave:

    We represent Defendant Cable News Network ("CNN") in the above-referenced action.

    We write regarding the telephone status conference scheduled for February 21, 2023 at 10:00 am (Dkt. 106).  Because the parties will be in a deposition in this matter at that time, with the expectation that the deposition will conclude by 3:00 pm, the parties jointly request that the telephonic status conference be moved to 4:00 pm on the same date.  Steven Biss, who represents the Plaintiffs in this matter, consents to that slight adjournment.

    We thank the Court for its consideration of this matter.

    Respectfully Submitted,

    Davis Wright Tremaine LLP

    Katherine M. Bolger