

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine M. Bolger**
212-402-4068 tel
212-489-8340 fax

katebolger@dwt.com

February 13, 2023

**VIA ECF**

The Honorable Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007-1312

  Re: *Flynn et al v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC

Dear Judge Cave:

  We represent Defendant Cable News Network ("CNN") in the above-referenced action.

  We write regarding the telephone status conference scheduled for February 21, 2023 at 10:00 am (Dkt. 106). Because the parties will be in a deposition in this matter at that time, with the expectation that the deposition will conclude by 3:00 pm, the parties jointly request that the telephonic status conference be moved to 4:00 pm on the same date. Steven Biss, who represents the Plaintiffs in this matter, consents to that slight adjournment.

  We thank the Court for its consideration of this matter.

---

Defendant Cable News Network's letter-motion requesting adjournment of the telephonic conference scheduled for Tuesday, February 21, 2023 at 10:00 a.m. (the "Conference") (ECF No. 107) is GRANTED, and the Conference is ADJOURNED to **Tuesday, February 21, 2023 at 4:00 p.m.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **5:00 p.m.** on **Thursday, February 16, 2023**, any party wishing to do so may file a letter of no longer than three (3) pages listing discovery disputes requiring the Court's attention.

The Clerk of Court is respectfully directed to close ECF No. 107.

SO ORDERED 02/13/23

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

DWT.COM