**STEVEN S. BISS**
Attorney At Law
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  804-501-8272
Fax:  202-318-4098
EMAIL:  stevenbiss@earthlink.net
stevensbiss@protonmail.ch
https://truthsocial.com/@stevenbiss

Matter No.

296-001

February 14, 2023

**VIA CM/ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

RE:   **Flynn v. Cable News Network, Inc.**
      **Case 1:21-cv-02587 (GHW/SLC)**

Dear Judge Cave:

I represent Plaintiffs, John P. "Jack" Flynn and Leslie A. Flynn (the "Flynns") in this matter.  Pursuant to § I(A) and II(C)(2) of the Court's Individual Practices, I request a discovery conference with the Court to obtain an order compelling Defendant Cable News Network, Inc. ("CNN") to produce available dates for the deposition of Anderson Cooper.

Mr. Cooper is a witness with information relevant to the facts alleged in Plaintiffs' amended complaint, including the matters stated in ¶¶ 2 and 15.  Mr. Cooper also has knowledge of the QAnon belief system as described by Donie O'Sullivan in the following video: https://www.youtube.com/watch?v=gufvLjAQsQs.

**Certification**

Pursuant to Local Civil Rule 37.2, counsel for the Plaintiff requested dates for the deposition of Anderson Cooper on January 23, 2023 and January 31, 2023, and a telephonic conference to discuss CNN's refusal to provide dates.  Counsel for CNN completely ignored the matter, and has failed to provide dates.  The parties are at an impasse.

1

Yours very truly,

*/s/ Steven S. Biss*

Steven S. Biss

cc.     Anthony C. Carlini, Jr., Esq.