UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN P. "JACK" FLYNN and LESLIE A. FLYNN,

                Plaintiffs,

-v-

CABLE NEWS NETWORK, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 2587 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 14, 2023, Plaintiffs John P. "Jack" Flynn and Leslie A. Flynn filed a letter, (see ECF No. 109 (the "Response")), responding to Defendant Cable News Network, Inc.'s ("CNN") February 9, 2023 letter-motion (the "Letter-Motion"). (See ECF Nos. 104–05). The Response, however, was filed with redactions without prior permission of the Court. To date, Plaintiffs have neither requested permission to file the Response under seal, nor filed an unredacted version of the Response for the Court's review (the "Unredacted Response"). In addition, CNN filed under seal, without prior permission of the Court, its reply in further support of the Letter-Motion. (ECF No. 111 (the "Reply")).

Accordingly, by **10:00 a.m. on Tuesday, February 21, 2023**, CNN shall file a letter-motion explaining the grounds for sealing the Reply, and Plaintiffs shall file (i) a letter-motion explaining the grounds for partial sealing of the Response; and (ii) the Unredacted Response.

Dated:    New York, New York
             February 17, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**