

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine M. Bolger**
212-402-4068 tel
212-489-8340 fax

katebolger@dwt.com

February 17, 2023

**VIA ECF**

The Honorable Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re: *Flynn et al v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC

Dear Judge Cave:

We represent Defendant Cable News Network ("CNN") in the above-referenced action. Pursuant to Federal Rule of Civil Procedure 5.2(e) and 26(c), and Your Honor's individual practice rule 1.G, we respectfully request to file the redacted portion of our Reply letter-motion (ECF No. 113) under seal given that the document excerpted on page 2 therein has been designated by Plaintiffs as "Highly Confidential" pursuant to the March 15, 2022 Confidentiality Stipulation and Protective Order (Dkt. 60) in this action.

We thank the Court for its consideration of this matter and apologize that we did not make the application before filing.

Respectfully Submitted,

Davis Wright Tremaine LLP

Katherine M. Bolger

---

Defendant's letter-motion seeking to seal their reply letter (ECF No. 111), which contains information designated by Plaintiffs as "Highly Confidential" pursuant to the parties' March 15, 2022 Confidentiality Stipulation and Protective Order, (ECF No. 117) is GRANTED. The document at ECF No. 111 shall remain visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 117.

SO ORDERED 02/21/23

SARAH L. CAVE
United States Magistrate Judge