

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212-402-4068 tel
212-489-8340 fax

katebolger@dwt.com

March 15, 2023

<u>VIA ECF</u>

The Honorable Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 18A
New York, NY 10007-1312

Re:   *Flynn et al v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC

Dear Judge Cave:

We represent Defendant Cable News Network ("CNN") in the above-referenced action. Pursuant to Federal Rule of Civil Procedure 5.2(e) and 26(c), and Your Honor's individual practice rule 1.F, we respectfully request to file the redacted portion of CNN's forthcoming letter-motion under seal given that we discuss Leslie Flynn's medical condition and the Plaintiffs' privilege log given that both have been designated as "Highly Confidential" pursuant to the March 15, 2022 Confidentiality Stipulation and Protective Order (Dkt. 60) in this action.

We thank the Court for its consideration of this matter.

Respectfully Submitted,

Davis Wright Tremaine LLP

Katherine M. Bolger

---

Defendant's letter-motion seeking to file under seal its forthcoming letter-motion that discusses Leslie Flynn's medical condition and Plaintiffs' privilege log (the "Letter-Motion") (ECF No. 126) is GRANTED. Defendant shall file the Letter-Motion and a proposed redacted versions of the Letter-Motion by **today, Thursday, March 16, 2023**.

The Clerk of Court is respectfully directed to close ECF No. 126.

SO ORDERED 03/16/23

SARAH L. CAVE
United States Magistrate Judge

DWT.COM