UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN P. "JACK" FLYNN and LESLIE A. FLYNN,

            Plaintiffs,

-v-

CABLE NEWS NETWORK, INC.,

            Defendant.

CIVIL ACTION NO.: 21 Civ. 2587 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, March 21, 2023, the Court orders as follows:

1. To the extent the pre-conference letters of Defendant Cable News Network, Inc. ("CNN") (ECF Nos. 128–29) sought productions from Plaintiff Leslie A. Flynn ("Ms. Flynn"), the Court orders as follows:

    a. By **Tuesday, March 28, 2023**, CNN shall provide an updated set of instructions for Plaintiffs' counsel to download Ms. Flynn's Facebook data (the "Data"). Plaintiffs' counsel shall then promptly re-produce the Data to CNN.

    b. In light of Ms. Flynn's production of her medical records—which have been produced as to one medical provider, and are forthcoming as to the second— CNN's request that Ms. Flynn be compelled to execute HIPAA consent forms is DENIED WITHOUT PREJUDICE.

    c. Plaintiffs' counsel shall (i) ask Kyle Saulnier ("Mr. Saulnier") and Ms. Flynn whether any outstanding responsive communications remain, (ii) produce any

       outstanding responsive communications, and (iii) certify that Ms. Flynn have produced all outstanding responsive communications.

    d. CNN's request that certain documents withheld as privileged be produced is GRANTED IN PART and DENIED IN PART, and by **Tuesday, March 28, 2023,** Plaintiffs' counsel shall produce to CNN documents 32 and 38 as numbered on Plaintiffs' privilege log.

The Clerk of Court is respectfully directed to close ECF No. 128.

Dated:    New York, New York
             March 21, 2023

                                        SO ORDERED.

*[signature]*
_____
**SARAH L. CAVE**
**United States Magistrate Judge**