UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN P. "JACK" FLYNN and LESLIE A. FLYNN,<br><br>                       Plaintiffs,<br><br>-v-<br><br>CABLE NEWS NETWORK, INC.,<br><br>                       Defendant. | CIVIL ACTION NO.: 21 Civ. 2587 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' request for an extension of expert discovery deadlines. (ECF No. 135). Defendant Cable News Network, Inc. is directed to respond to Plaintiffs' request at ECF No. 135 by **May 12, 2023.**

Dated:     New York, New York
              May 11, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**