

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212-402-4068 tel
212-489-8340 fax

katebolger@dwt.com

> Defendant's letter-motion (ECF No. 140) to file its forthcoming letter-motion under seal is DENIED without prejudice to make the same request at the time the letter-motion is filed.
>
> The Clerk of Court is respectfully directed to close ECF No. 140.
>
> SO ORDERED.   6.12.2023
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

**VIA ECF**

The Honorable Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 18A
New York, NY 10007-1312

    Re:   *Flynn et al v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC

Dear Judge Cave:

    We represent Defendant Cable News Network ("CNN") in the above-referenced action. Pursuant to Federal Rule of Civil Procedure 5.2(e) and 26(c), and Your Honor's individual practice rule 1.F, we respectfully request to file the redacted portions of CNN's forthcoming letter-motion under seal given that the letter references exhibits and deposition transcripts that have been designated as "Highly Confidential" pursuant to the March 15, 2022 Confidentiality Stipulation and Protective Order (Dkt. 60) in this action.

    We thank the Court for its consideration of this matter.

                        Respectfully Submitted,

                        Davis Wright Tremaine LLP

                        Katherine M. Bolger

DWT.COM