UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN P. "JACK" FLYNN and LESLIE A. FLYNN,

                  Plaintiffs,

-v-

CABLE NEWS NETWORK, INC.,

                  Defendant.

CIVIL ACTION NO.: 21 Civ. 2587 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant's letter-motion for a discovery conference. (ECF No. 143). Plaintiffs shall file a response by **June 20, 2023, at 5:00 p.m.** Defendant shall file any reply by **June 21, 2023, at 5:00 p.m.**

Dated:    New York, New York
            June 16, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**