UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN P. "JACK" FLYNN and LESLIE A. FLYNN,

                    Plaintiffs,

-v-

CABLE NEWS NETWORK, INC.,

                    Defendant.

CIVIL ACTION NO.: 21 Civ. 2587 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant's letter-motion for a discovery conference (ECF Nos. 143–44), Plaintiffs' letter in opposition (ECF No. 147), and Defendant's letter in reply (ECF No. 149). The Court DENIES Defendant's request for a conference, and orders as follows:

(1) By **June 26, 2023**, Defendant may serve up to five (5) additional interrogatories on Plaintiff Jack Flynn ("Mr. Flynn") regarding which repositories he has searched in connection with the two requests referenced in Defendant's reply letter (see ECF No 149 at 1), including whether Mr. Flynn has searched the phone he used in July 2020.

(2) By **July 3, 2023**, Mr. Flynn shall provide sworn responses to the additional interrogatories. To the extent that Mr. Flynn identifies additional documents responsive to the two requests, he shall produce them to Defendant together with the interrogatory responses.

(3) By **June 27, 2023**, Plaintiff Leslie Flynn ("Ms. Flynn") shall update her interrogatory response(s) related to her communications with Mary Ellen Sullivan ("Ms. Sullivan") and produce the February 6, 2021 text message from Ms. Sullivan. If Ms. Flynn no

longer possesses the February 6, 2021 text message, she shall explain why in her updated interrogatory responses.

The Clerk of Court is respectfully directed to close ECF No. 143 and ECF No. 144.

Dated: New York, New York
June 20, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge