July 14, 2023

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 18A
New York, NY 10007-1312

> Re: Joint Letter in *Flynn et al v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC (S.D.N.Y.) – Letter Certifying Completion of Fact and Expert Discovery per Court Order (Dkt. 138) Pending CNN's Letter-Motion (Dkt. 155)

Dear Judge Cave:

Pursuant to the Court's order (Dkt. 138), Plaintiffs Jack and Leslie Flynn (the "Plaintiffs") and Defendant Cable News Network, Inc. ("CNN") respectfully submit this joint letter certifying that all fact and expert discovery is complete, with the exception of CNN's outstanding letter-motion pending at Dkt. 155. Neither party requests a settlement conference.

We thank the Court for its time and attention to this outstanding matter.

Dated:  July 14, 2023                                                                                  Respectfully submitted,

The Honorable Sarah L. Cave
Page 2 of 2

| COUNSEL FOR PLAINTIFFS | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Steven S. Biss* <br> Steven S. Biss (VSB # 32972) <br> 300 West Main Street, Suite 102 <br> Charlottesville, Virginia 22903 <br> Telephone: (804) 501-8272 <br> Facsimile: (202) 318-4098 <br> Email: stevenbiss@earthlink.net <br><br> Anthony C. Carlini, Jr., Esquire <br> (New York Bar # 2648374) <br> Handel & Carlini, LLP <br> 1984 Hackensack Road <br> Poughkeepsie, NY 12603 <br> Telephone:  (845) 454-2221 <br> Facsimile:  (845) 471-1005 <br> Email: anthony@handelcarlini.com <br><br> *ATTORNEYS FOR PLAINTIFFS JACK AND LESLIE FLYNN* | By: */s/ Katherine M. Bolger* <br> Katherine M. Bolger (N.Y. Bar No. 2976868) <br> Lindsey B. Cherner (N.Y. Bar No. 5571534) <br> Meenakshi Krishnan (*pro hac vice*) <br> 1251 Avenue of the Americas, 21st Floor <br> New York, NY 10020 <br> Telephone: (212) 489-8230 <br> katebolger@dwt.com <br> lindseycherner@dwt.com <br> meenakshikrishnan@dwt.com <br><br> SHULLMAN FUGATE PLLC <br><br> By: */s/ Deanna K. Shullman* <br> Deanna K. Shullman (SBN 514462) <br> 2101 Vista Parkway, Ste. 4006 <br> West Palm Beach, Florida 33411 <br> Telephone: (561) 429-3619 <br> dshullman@shullmanfugate.com <br><br> *ATTORNEYS FOR CABLE NEWS NETWORK, INC.* |