USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
JOHN P. "JACK" FLYNN, *et al.*, :
:
Plaintiffs, :
:
-v- :  1:21-cv-2587-GHW
:
CABLE NEWS NETWORK, INC., :
:  ORDER
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendant has filed two letters requesting a pre-motion conference to discuss an anticipated motion for summary judgment, to extend the parties' deadline to file any motions for summary judgment, and to request extra pages for opening and opposition briefings for any summary-judgment motions. *See* Dkt. Nos. 163–164. Those requests are GRANTED as follows.

First, in lieu of a pre-motion conference, the Court hereby permits either party to file summary-judgment motions. Second, in accordance with Defendant's request, the deadline for either party to file and serve a motion for summary judgment is September 25, 2023.[1] Any opposition to a filed summary-judgment motion is due no later than four weeks from the date that the motion is filed and served; replies, if any, are due no later than two weeks after the date of service of the relevant opposition. Third, in accordance with Defendant's request, memoranda of law in support of and in opposition to any summary-judgment motion must be no longer than forty pages each.[2]

---

[1] Any motions to exclude expert testimony must also be made by this date.
[2] There is no change to the standard page limits for any replies filed. *See* Individual Rules of Judge Gregory Woods 3(A).

2

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 163 and 164.

SO ORDERED.

Dated: August 1, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge