

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

katebolger@dwt.com

September 8, 2023

**VIA ECF**

Honorable Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 18A
New York, NY 10007-1312

    Re:    *Flynn et al, v. Cable News Network, Inc.*, No. 1:21-cv-02587-GHW-SLC

Dear Judge Cave:

    We represent Defendant Cable News Network, Inc. ("CNN") in the above-referenced action. We write pursuant to the Court's July 27, 2023 Order (Dkt. No. 162) to advise that CNN served and deposed Barbara Redgate.

                                    Respectfully Submitted,

                                    Davis Wright Tremaine LLP

                                    Katherine M. Bolger

DWT.COM