UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
JOHN FLYNN, et al. :
:
                 Plaintiffs, :      21-CV-2587 (AS)
:
    -v- :      AMENDED ORDER OF
:      REFERENCE TO A
CABLE NEWS NETWORK, INC., :      MAGISTRATE JUDGE
:
                 Defendant. :
:
------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ☐ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |
| ☐ | Inquest After Default/Damages Hearing | | |

SO ORDERED.

Dated: September 11, 2023
      New York, New York

                                                 _____
                                                 ARUN SUBRAMANIAN
                                                 United States District Judge