**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

katebolger@dwt.com

September 11, 2023

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:    Joint Letter-Motion for Extension of Time to File Dispositive and *Daubert* Motions in *Flynn et al v. Cable News Network, Inc.*, No. 1:21-cv-02587-AS-SLC (S.D.N.Y.)**

Dear Judge Subramanian:

We represent Defendant Cable News Network, Inc. ("CNN") in the above-referenced action. On behalf of the parties, we write to ▇▇▇ jointly request that this action's summary judgment deadlines be extended ▇▇▇.

On August 1, 2023, the Court ordered the parties to file summary judgment motions by September 25, 2023; oppositions no later than four weeks after the service of any summary judgment motions; and replies, if any, no later than two weeks after the service of the relevant opposition. ECF No. 165. Per Judge Woods' Individual Rule 3.F and Your Honor's Individual Rule 8.J, any motions to exclude expert testimony must be made by those same deadlines.[1]

▇▇▇

Due to ▇▇▇ the parties jointly seek an extension of time to comply with the Court's most recent scheduling order (ECF No. 165). Specifically, the parties jointly request that the deadline to file dispositive and motions to exclude expert testimony be extended through and including October 27, 2023. Amending deadlines within a scheduling order is proper for good cause shown. Fed. R. Civ. P. 16(b)(4). ▇▇▇

---

[1] On September 8, 2023, this case was reassigned from Judge Woods to Judge Subramanian.

DWT.COM

Judge Subramanian
Page 2

███   Extending these deadlines would not prejudice any party, and both parties consent to this joint letter-motion.

The parties previously requested an extension of time in connection with the summary judgment motion deadline on August 1, 2023, which was granted by the Court on the same day. ECF No. 165.

* * *

Accordingly, the parties jointly request an extension of the summary judgment motion deadline, from September 25, 2023, to October 27, 2023, ███████████████████ ███████. Thank you for the Court's consideration of this request.

Respectfully Submitted,

By: */s/ Anthony Carlini*
Anthony C. Carlini, Jr., Esquire
(New York Bar # 2648374)
Handel & Carlini, LLP
1984 Hackensack Road
Poughkeepsie, NY 12603
Telephone: (845) 454-2221
Facsimile: (845) 471-1005
Email: anthony@handelcarlini.com

*ATTORNEYS FOR PLAINTIFFS JACK AND LESLIE FLYNN*

By: */s/ Katherine M. Bolger*
Katherine M. Bolger (N.Y. Bar No. 2976868)
Lindsey B. Cherner (N.Y. Bar No. 5571534)
Meenakshi Krishnan (*pro hac vice*)
Sam Cate-Gumpert (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
katebolger@dwt.com
lindseycherner@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com

Deanna K. Shullman (SBN 514462)
SHULLMAN FUGATE PLLC
Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com

*ATTORNEYS FOR CABLE NEWS NETWORK, INC.*