UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Flynn et al,  :
                                                             Plaintiff,  :  Case No. 1:21-cv-02587 (AS/SLC)

:

:  **MOTION FOR ADMISSION**
- against -  :  **PRO HAC VICE**

:

Cable News Network, Inc.,  :

:

                                              Defendant.  :

:
------------------------------------------------------------x

      Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jason C. Greaves hereby moves this Court for an Order for admission to practice pro hac vice to appear as counsel for Plaintiffs John P. Flynn and Leslie A. Flynn in the above captioned action.

      I am in good standing of the bars of the states of Texas, Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 6, 2023                                      Respectfully Submitted,

                                                                 /s/ Jason C. Greaves
                                                                 Jason C. Greaves
                                                                 BINNALL LAW GROUP, PLLC
                                                                 717 King Street, Suite 200
                                                                 Alexandria, Virginia 22314
                                                                Phone: (703) 888-1943
                                                                Fax: (703 888-1930
                                                                jason@binnall.com
                                                               *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jason C. Greaves
Jason C. Greaves

*Attorney for Plaintiffs*