UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Flynn et al,

                    Plaintiff,

- against -

Cable News Network, Inc.,

                    Defendant.

---------------------------------------------------------------x

Case No. 1:21-cv-02587 (AS/SLC)

**AFFIDAVIT OF JASON C. GREAVES IN FAVOR OF MOTION FOR ADMISSION PRO HAC VICE**

I, JASON C. GREAVES, being duly sworn, depose and say:

    1.    I am a partner at Binnall Law Group, PLLC, located at 717 King Street, Suite 200, Alexandria, Virginia 22314.

    2.    I am counsel for John P. Flynn and Leslie A. Flynn, Plaintiffs in this case, and am fully aware of the facts and proceedings of this case.

    3.    This affidavit is submitted in support of the Motion for Admission *Pro Hac Vice* of Jason C. Greaves to act as counsel for Plaintiffs for the purposes of appearing and participating in this case.

    4.    I am an attorney in good standing with the State Bar of Texas, Virginia, and the District of Columbia. I hereby request this Court's admission to participate in the proceedings of the above caption action.

    5.    I, Jason C. Greaves, am fully aware of the standard of professional conduct imposed upon members of the New York Bar.

6. I have never (a) been convicted of a felony, (b) been censured, suspended, disbarred, or denied admission or readmission by any Court, (c) been the subject of current disciplinary proceedings.

7. WHERFORE, for the foregoing reasons, Jason C. Greaves respectfully requests this Court grant entry of an Order of Admission Pro Hac Vice to participate in the above-captioned action. I state under penalty of perjury under the laws of the State of New York that the above is true and accurate.

Executed this 5th day of October 2023, in Alexandria, Virginia.

Dated: October 5, 2023

Jason C. Greaves
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703 888-1930
jason@binnall.com

*Attorney for Plaintiffs*

## ACKNOWLEDGMENT

Commonwealth of Virginia
City of Alexandria

The foregoing instrument was acknowledged before me this 6 day of October 2023, by Jason C. Greaves, Counsel for Plaintiffs Jack and Leslie Flynn.

[seal]

Britta Venneman, Notary Public
717 King Street, Suite 200
Alexandria, Virginia 22314
Registration No. 7567947
My commission expires: 5/31/2026

2