UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Flynn et al,   :
                                      Plaintiff,   :   Case No. 1:21-cv-02587 (AS/SLC)

- against -   :   **MOTION FOR ADMISSION PRO HAC VICE**

Cable News Network, Inc.,   :
                                      Defendant.   :
------------------------------------------------------------x

     Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jared J. Roberts hereby moves this Court for an Order for admission to practice pro hac vice to appear as counsel for Plaintiffs John P. Flynn and Leslie A. Flynn in the above captioned action.

     I am in good standing of the bars of the states of Florida and Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 10, 2023          Respectfully Submitted,

                                                   /s/ Jared Roberts
                                               Jared J. Roberts
                                               BINNALL LAW GROUP, PLLC
                                               717 King Street, Suite 200
                                               Alexandria, Virginia 22314
                                               Phone: (703) 888-1943
                                               Fax: (703 888-1930
                                               jared@binnall.com
                                               *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jared Roberts
Jared J. Roberts

*Attorney for Plaintiffs*
