UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Flynn et al,

                Plaintiff,

- against -

Cable News Network, Inc.,

                Defendant.

----------------------------------------------------------x

Case No. 1:21-cv-02587 (AS/SLC)

**AFFIDAVIT OF JARED J. ROBERTS IN FAVOR OF MOTION FOR ADMISSION PRO HAC VICE**

I, JARED J. ROBERTS, being duly sworn, depose and say:

    1.    I am an associate at Binnall Law Group, PLLC, located at 717 King Street, Suite 200, Alexandria, Virginia 22314.

    2.    I am counsel for John P. Flynn and Leslie A. Flynn, Plaintiffs in this case, and am fully aware of the facts and proceedings of this case.

    3.    This affidavit is submitted in support of the Motion for Admission *Pro Hac Vice* of Jared J. Roberts to act as counsel for Plaintiffs for the purposes of appearing and participating in this case.

    4.    I am an attorney in good standing with the State Bar of Florida and Virginia. I hereby request this Court's admission to participate in the proceedings of the above caption action.

    5.    I, Jared J. Roberts, am fully aware of the standard of professional conduct imposed upon members of the New York Bar.

6.  I have never (a) been convicted of a felony, (b) been censured, suspended, disbarred, or denied admission or readmission by any Court, (c) been the subject of current disciplinary proceedings.

7.  WHERFORE, for the foregoing reasons, Jared J. Roberts respectfully requests this Court grant entry of an Order of Admission Pro Hac Vice to participate in the above-captioned action. I state under penalty of perjury under the laws of the State of New York that the above is true and accurate.

Executed this 10th day of October, 2023

Dated: October 10, 2023

_____
Jared J. Roberts
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703 888-1930
jared@binnall.com

*Attorney for Plaintiffs*

## ACKNOWLEDGMENT

Commonwealth of Virginia
City of Alexandria

The foregoing instrument was acknowledged before me this 10 day of October 2023, by Jared J. Roberts Counsel for Plaintiffs Jack and Leslie Flynn.

[seal]

_____
Britta Venneman, Notary Public
717 King Street, Suite 200
Alexandria, Virginia 22314
Registration No. 7567947
My commission expires: 5/31/2026

BRITTANY A VENNEMAN
Notary Public - Reg. # 7567947
Commonwealth of Virginia
My Commission Expires May 31, 2026

2