UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Flynn et al,

                Plaintiff,

- against -

Cable News Network, Inc.,

                Defendant.

------------------------------------------------------------x

Case No. 1:21-cv-02587 (AS/SLC)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Jared J. Roberts, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Florida and Virginia; and that his contact information is as follows:

    Jared J. Roberts
    Binnall Law Group, PLLC
    717 King Street, Suite 200
    Alexandria, Virginia 22314
    Phone: (703) 888-1943 / Fax: (703) 888-1930
    jared@binnall.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff John P. Flynn and Leslie A. Flynn in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 11, 2023

                                                                          United States District Judge