

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

katebolger@dwt.com

October 23, 2023

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    ***Flynn et al, v. Cable News Network, Inc.***, No. 1:21-cv-02587-AS-SLC – Letter-Motion to File Videos and Book Conventionally

Dear Judge Subramanian:

      We represent Defendant Cable News Network, Inc. ("CNN") in the above-referenced action. We write pursuant to the SDNY's Electronic Case Filing Rules and Instructions Rule 5.2, seeking leave to file conventionally by delivery to the Clerk of Court, a copy of a thumb drive comprised of audiovisual material and a copy of a book in support of CNN's forthcoming Summary Judgment and Daubert motions.

      Specifically, CNN intends to attach certain audiovisual clips produced in discovery in this case (the "Videos") and attach as an exhibit a book authored by Plaintiffs' expert Dr. Sophia Moskalenko, *Pastels and Pedophiles: Inside the Mind of QAnon* (the "Book"). These Videos and the Book cannot be electronically filed because the Court's CM/ECF system does not permit filings to be submitted in either form. Given the nature of these exhibits and the CM/ECF procedures, CNN seeks leave to conventionally file the Videos and Book with the Clerk of Court.

      Respectfully Submitted,

      Davis Wright Tremaine LLP

      *Katherine M. Bolger*
      Katherine M. Bolger

DWT.COM