# EXHIBIT 8

## PASTELS AND PEDOPHILES: INSIDE THE MIND OF QANON by Sophia Moskalenko to be conventionally filed per Court Order (ECF No. 176)