# EXHIBIT 9

# Video (CNN001729) to be conventionally filed per Court Order (ECF No. 176)