# EXHIBIT 10

## Video (CNN001737) to be conventionally filed per Court Order (ECF No. 176)