# EXHIBIT 11



**Redacted: Non-Responsive**

Anyway ... I want to run something by you later.. I went kinda undercover to a Qanon event right before the election... we didn't video it but I wrote a bit about it at the time... But there is video online of it... it was a few days after the NBC town hall where Trump failed to disavow Q and all the qanon people at the event were loving it

We have never reported out the video etc. before ... so I am going to go through some of it and will let you know if anything good is there.. could



> of it and will let you know if anything good is there.. could be a good live segment or even a PKG... we could also work in color from another reporter who was there and undercover too

> I'd love that!

> And at least one of these guys went on to be involved in the storming of the Capitol... though he isn't on a FBI wanted list yet

> Will email ya some stuff later

> Oh wow Donie this sounds really good - when you email it to me make it from the start so I can send to our ep

> cool!



Confidential

CNN001072





Confidential
CNN001074





Confidential                                                                                                                                                  CNN001076







Emailed ya the Qanon thing.. zero rush.. but might be something good for thur/fri or mon



Confidential











Confidential

CNN001083





Confidential                                                                                                      CNN001084



Confidential                                                                                               CNN001085

