# EXHIBIT 13

**From:** Holland, Philippa [philippa.holland@warnermedia.com]
**Sent:** 2/2/2021 11:19:24 PM
**To:** O'Sullivan, Donie [donie.osullivan@warnermedia.com]; Davis, Richard (TBS-NY) [richard.davis@warnermedia.com]
**Subject:** Re: We are ALL IN for the QAnon meeting piece for Thursday !

Love it

---

**From:** "O'Sullivan, Donie" <donie.osullivan@warnermedia.com>
**Date:** Tuesday, February 2, 2021 at 6:07 PM
**To:** "Davis, Richard (TBS-NY)" <richard.davis@warnermedia.com>
**Cc:** "Holland, Philippa" <philippa.holland@warnermedia.com>
**Subject:** Re: We are ALL IN for the QAnon meeting piece for Thursday !

Amazing. I think this piece will make some news. It demonstrates the Trump-Q dynamic in a way that I don't think has been shown before.

Sent from my iPhone


On Feb 2, 2021, at 6:01 PM, Davis, Richard (TBS-NY) <richard.davis@warnermedia.com> wrote:

Yes indeed


On Feb 2, 2021, at 5:58 PM, Holland, Philippa <philippa.holland@warnermedia.com> wrote:

First run for us right ?

**From:** "Davis, Richard (TBS-NY)" <richard.davis@warnermedia.com>
**Date:** Tuesday, February 2, 2021 at 5:58 PM
**To:** "Holland, Philippa" <philippa.holland@warnermedia.com>
**Cc:** "O'Sullivan, Donie" <donie.osullivan@warnermedia.com>
**Subject:** Re: We are ALL IN for the QAnon meeting piece for Thursday !

Awesome!


On Feb 2, 2021, at 5:57 PM, Holland, Philippa <philippa.holland@warnermedia.com> wrote:

Can't wait!

Confidential