# EXHIBIT 14

# Personal messages Amanda Hobor and Donie O'Sullivan - 2021-02-03 (UTC)

Private 2/3/2021, 1:37 PM
Amanda Hobor and Donie O'Sullivan
Has deletions

**Redacted: Non-Responsive**

- Donie O'Sullivan (WS7155L2F)DO

  Also Flip and i had been chatting on text about a pkg... i wrote it up in an email for her.. she looped in richard las night but i can add u if u havent been already
  2/3/2021, 1:41 PM

- Amanda Hobor (WRR23TBED)AH

  ah sorry. i just saw you texted me.
  2/3/2021, 1:41 PM

- Donie O'Sullivan (WS7155L2F)DO

  no worries at all
  2/3/2021, 1:41 PM

  **Redacted: Non-Responsive**

- Amanda Hobor (WRR23TBED)AH

  **Redacted: Non-Responsive**

  richard forwarded the flip email to me, but yeah, if you could loop me in directly, that woudl be good.
  2/3/2021, 1:42 PM
  i'll reach out to atlanta after the cnn business meeting and get a producer/editor
  2/3/2021, 1:42 PM
  it looks like it's a package aroudn footage that you have, right?
  2/3/2021, 1:43 PM

- Donie O'Sullivan (WS7155L2F)DO

  correct
  2/3/2021, 1:43 PM
  and might shoot an interview or two over skype
  2/3/2021, 1:43 PM
  would be good to work with ashley again if she is available she is good
  2/3/2021, 1:44 PM

- Amanda Hobor (WRR23TBED)AH

  cool. will you be able to write a first draft today? not sure of your schedule. just need to know timing so i can request a producer
  2/3/2021, 1:44 PM
  ah, good to know, re: ashley. thanks for hte feedback

2/3/2021, 1:44 PM
- Donie O'Sullivan (WS7155L2F)DO

  yeah i can get the bones of it done by this PM... the general outline and the main sound... wil need a producer to help with specific sound etc
  2/3/2021, 1:44 PM
- Amanda Hobor (WRR23TBED)AH

  if it's not until tomorrow, they might just do the same as last week... have you do a first draft today, adn then have the producer and editor dedicated to you tomorrow. but we'll see. i'll reach out in the next 30 min
  2/3/2021, 1:44 PM
- Donie O'Sullivan (WS7155L2F)DO

  great
  2/3/2021, 1:45 PM
- Amanda Hobor (WRR23TBED)AH

  bones is fine
  2/3/2021, 1:45 PM
- Donie O'Sullivan (WS7155L2F)DO

  it will need a good bit of triad
  2/3/2021, 1:45 PM
  so can get that process going today too
  2/3/2021, 1:45 PM
- Amanda Hobor (WRR23TBED)AH

  ok. give me a few minutes to reach out to atlanta and see what their staffing is before you start any new email chains
  2/3/2021, 1:45 PM
- Donie O'Sullivan (WS7155L2F)DO

  yup no rush
  2/3/2021, 1:46 PM
  i am planning on thinking about this/getting to it after 11
  2/3/2021, 1:46 PM
- Amanda Hobor (WRR23TBED)AH

  cool cool. hopefully i'll have some answers by then
  2/3/2021, 1:46 PM
  one more q... who would have all of this undercover footage for the flip package?
  2/3/2021, 1:58 PM
- Donie O'Sullivan (WS7155L2F)DO

  i have it downloaded... the footage itself is not undercover
  2/3/2021, 1:59 PM
  that was posted on the site
  2/3/2021, 1:59 PM
  but i was at the event undercover
  2/3/2021, 1:59 PM
- Amanda Hobor (WRR23TBED)AH

  ah, ok. i was confused, clearly.
  2/3/2021, 1:59 PM
- Donie O'Sullivan (WS7155L2F)DO

  there's about 5 hours of footage
  2/3/2021, 1:59 PM
  so they would need to get that cut and into MS and possible transcribed
  2/3/2021, 1:59 PM
- Amanda Hobor (WRR23TBED)AH

  just checking because we need ot get that info ms
  2/3/2021, 1:59 PM
- Donie O'Sullivan (WS7155L2F)DO

  prob dont need transcribed
  2/3/2021, 2:00 PM
  but might help
  2/3/2021, 2:00 PM
- Amanda Hobor (WRR23TBED)AH

Confidential

- so just to be clear, the footage is all online? you didn't have a camera on you?
  2/3/2021, 2:17 PM
- Donie O'Sullivan (WS7155L2F)DO

  correct
  2/3/2021, 2:18 PM
- Amanda Hobor (WRR23TBED)AH

  kk thanks. putting in the request now
  2/3/2021, 2:18 PM
- Donie O'Sullivan (WS7155L2F)DO

  but the footage hasnt been shown to a wide audience etc
  2/3/2021, 2:18 PM
- Amanda Hobor (WRR23TBED)AH

  yep
  2/3/2021, 2:18 PM
- Donie O'Sullivan (WS7155L2F)DO

  so one thing that would be hefpul for today is if someone can get the three videos in MS for me
  2/3/2021, 3:05 PM
  and get them transcribed
  2/3/2021, 3:05 PM
  as that will allow me do time codes and pull together a more helpful script
  2/3/2021, 3:06 PM
  possible?
  2/3/2021, 3:19 PM

  **Redacted: Non-Responsive**
- Amanda Hobor (WRR23TBED)AH

  honestly, i don't know that it will be possible to transcribe today. i'm working on getting a produdcer who is available and one who can do all these things. i'll get back to you soon. i'm talking to atlanta about hte needs/scheduling.
  2/3/2021, 3:24 PM

  **Redacted: Non-Responsive**
- Donie O'Sullivan (WS7155L2F)DO

  OK if they can just get it in MS that would be a big help
  2/3/2021, 3:25 PM
  that way i can time code it
  2/3/2021, 3:25 PM

  # Redacted: Non-Responsive

- Amanda Hobor (WRR23TBED)AH

  update: just got off with atlanta. i should have a producer for you in the next few hours, but they'll likely be for tomorrow. in the mean time, we'll be able to get that footage into ms today, to help you write
  2/3/2021, 3:55 PM
- Donie O'Sullivan (WS7155L2F)DO

  Amazing. I'll send an email with the clips we need in MS
  2/3/2021, 3:56 PM
  👍 1

  **Redacted: Non-Responsive**

**Redacted: Non-Responsive**

- Donie O'Sullivan (WS7155L2F)DO

  awesome sounds good!
  2/3/2021, 4:12 PM
  <https://www.dropbox.com/sh/qf49j2msf94me5r/AADZ-ZiKB1Ev5Y4YoymwPcQDa?dl=0>
  2/3/2021, 4:46 PM
  Qanon convention
  Shared with Dropbox
  there are four videos in this folder... they will be done uploading in 10 mins
  2/3/2021, 4:47 PM
  If you can get someone to put all four separately into MS. they are long videos but pretty small file sizes as it is low res
  2/3/2021, 4:47 PM
  im going to try nap for an hour... **Redacted: Non-Responsive**
  2/3/2021, 4:47 PM

- Amanda Hobor (WRR23TBED)AH

  ok, three of the videos are there now. i'll watch out for the fourth. i'm handling getting these into ms.
  2/3/2021, 4:48 PM
  are they all from that website? i need to enter source and date and location.
  2/3/2021, 4:49 PM
  <http://qcon.live/phx-videos/>
  2/3/2021, 4:49 PM
  the first one looks a little different
  2/3/2021, 4:49 PM
  the first one looks a little different
  2/3/2021, 4:50 PM
  Phoenix, Arizona, Oct. 17 2020, Source: qcon.live
  2/3/2021, 4:51 PM
  is that correct for all videos?
  2/3/2021, 4:51 PM

- Donie O'Sullivan (WS7155L2F)DO

  Correct
  2/3/2021, 4:51 PM

- Amanda Hobor (WRR23TBED)AH

  great, thanks. i'll get those in now. may take some time, but they should be hopefully be done by the time you get up so you can write with them.
  2/3/2021, 4:52 PM

- Donie O'Sullivan (WS7155L2F)DO

  Thanks so much
  2/3/2021, 4:53 PM

- Amanda Hobor (WRR23TBED)AH

  Q Con 1: 16864347
  Q Con 2: 16864329
  Q Con 3: 16864333
  Q Con 4: 16864337
  2/3/2021, 5:32 PM

- Donie O'Sullivan (WS7155L2F)DO

  thank you!
  2/3/2021, 7:22 PM
  so i will get this scripted tonight
  2/3/2021, 7:47 PM
  might also tape an interview via skype on my laptop tonight
  2/3/2021, 7:47 PM
  and assume a producer will be on tomor to pull it together?
  2/3/2021, 7:47 PM

  **Redacted: Non-Responsive**

- Amanda Hobor (WRR23TBED)AH

Redacted: Non-Responsive

but yes, i just got the producer assignment. was waiting for you to wake up. i didn't want to bug you while you were getting much deserved break.
2/3/2021, 7:50 PM
i'd like if you could loop her in on the flip email from yesterday about the package
2/3/2021, 7:50 PM
what way everyone is on teh same page. cool?
2/3/2021, 7:50 PM

- Donie O'Sullivan (WS7155L2F)DO

  sure thing
  2/3/2021, 7:50 PM
  who is it?
  2/3/2021, 7:50 PM

- Amanda Hobor (WRR23TBED)AH

  Ashley Van Sant
  2/3/2021, 8:05 PM
  she should be on now, but working on a different project, but definitely put her on that email and we can update her on what's coming today so taht she can hit hte ground running tomorrow