# EXHIBIT 19

**From**: donie.osullivan@warnermedia.com [donie.osullivan@warnermedia.com]
**Sent**: 2/4/2021 7:54:09 PM
**To**: Spinella, Maria [maria.spinella@warnermedia.com]
**CC**: Van Sant, Ashley [ashley.van.sant@warnermedia.com]; Holland, Philippa [philippa.holland@warnermedia.com]; Cohen, Sandi [sandi.cohen@warnermedia.com]; Anthony, Tiffany [tiffany.anthony@warnermedia.com]; Burack, Lee [lee.burack@warnermedia.com]
**Subject**: Re: DONIE SCRIPT FOR TONIGHT

Sure. I'll play around with it now

Sent from my iPhone

On Feb 4, 2021, at 2:25 PM, Spinella, Maria <maria.spinella@warnermedia.com> wrote:

Do you think we should pump up that first track line in terms of Donie's access to this meeting that we'd later find was significant in terms of the attendees and the insurrection? That's so intriguing for the audience (and me)

On Feb 4, 2021, at 1:59 PM, Van Sant, Ashley <ashley.van.sant@warnermedia.com> wrote:

Sounds good!

---

**From:** Holland, Philippa <philippa.holland@warnermedia.com>
**Sent:** Thursday, February 4, 2021 1:59 PM
**To:** Van Sant, Ashley <ashley.van.sant@warnermedia.com>
**Cc:** Spinella, Maria <maria.spinella@warnermedia.com>; Cohen, Sandi <sandi.cohen@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>; Anthony, Tiffany <tiffany.anthony@warnermedia.com>; Burack, Lee <lee.burack@warnermedia.com>
**Subject:** Re: DONIE SCRIPT FOR TONIGHT

Thanks Ashley we are in the middle of something will look soon

On Feb 4, 2021, at 1:46 PM, Van Sant, Ashley <ashley.van.sant@warnermedia.com> wrote:

Hi CNNT Team –

Here's Donie's script for his piece tonight. Let us know what you think. I have a link below to some of the videos from another journalist there... and a couple spots noted in the script in BLUE that is some of Donie's video as well - so you can get a taste of the flavor of the piece.

https://www.dropbox.com/sh/ht4sbux5qnhckw7/AAB5pQE9Y4UoMzgIVKCE7Msna?dl=0

2:50 on paper....

Thanks!

((PKG))

((NATS))
16864337
TC 01:49:06
music nats
"where we one, we go all you won't push me down or let me fall"

((TRACK))
WHERE WE GO ONE WE GO ALL... AN INFAMOUS QANON SLOGAN... PROMOTED BY TRUMP'S FIRST NATIONAL SECURITY ADVISER MICHAEL FLYNN.
((SOT))
16262483
TWITTER FLYNN VIDEO
TC :00
"Where we go one we go all... Where we go one we go all"

((TRACK / VID: Use b-roll showing the "QAnon Shaman"))
AND PLAYED AS AN ANTHEM AT THIS...
A GATHERING OF QANON FOLLOWERS IN ARIZONA JUST TWO WEEKS BEFORE NOVEMBER'S ELECTION

((SOT))
16864347
TC 00:32:56 We are we are at war right now. And we in this room understand that very, very much
//BUTT SOT// 16864329 TC 00:27:39 Obviously, you heard the president talking about stuff haven't ya... that Qanon thing did he disavow it anybody... NO.

((TRACK/VID 16555509))
TWO NIGHTS EARLIER TRUMP HAD PRAISED QANON FOLLOWERS AT A TOWN HALL WITH SAVANNAH GUTHRIE.

((SOT))
16864337
TC 00:11:56 - TC 00:12:18
GUTHRIE: can you just once and for all state that is completely not true... disavow Qanon in its entirety. TRUMP: I know nothing of Qanon.
GUTHRIE: I just told you.
TRUMP: I know very little. You told me, but what you told me doesn't necessarily make it fact.
((CHEERING FROM AUDIENCE))

((TRACK))
THE MESSAGE TO THE PEOPLE IN THIS ROOM WAS CLEAR... TRUMP WAS ON THEIR SIDE.

((SOT))
16864333
TC 00:12:00
So we have 17 days between now and a massive Trump victory how do you feel about that? ... ((CHEERS))

((TRACK))
TK: QANON SHAMAN. USE FOOTAGE OF HIM AT THE CONFERENCE AND AT THE CAPITOL AND ALAN HOSTETTER
IN THE ROOM, PROMINENT FIGURES IN THE QANON MOVEMENT, INCLUDING JIM WATKINS WHO RUNS THE HATE-FILLED SITE 8KUN WHERE QANON MESSAGES ARE POSTED... AND AT LEAST TWO PEOPLE WHO WOULD GO ON TO WASHINGTON D-C ON JANUARY 6TH.

((SOT / CUT FROM IMG_2088.MOV ATTACHED TO PRECUT))
TC 00 - 05
QANON SHAMAN SOT:
**FROM THIS VIDEO**
A lot of time all it really takes is keeping our eyes and ears open to see who is on what side.

((TRACK))
JACOB CHANSLEY, THE SO-CALLED "QANON SHAMAN" WHO WAS CHARGED FOR HIS ROLE IN THE INSURRECTION AND WENT ON A HUNGER STRIKE IN PRISON BECAUSE THEY DIDN'T HAVE ORGANIC FOOD.

((SOT))
16864347
TC 00:32:55
We are we are at war right now.

((TRACK))
AND THIS MAN - ALAN HOSTETTER KNOWN FOR ORGANIZING ANTI-LOCKDOWN PROTESTS IN CALIFORNIA.

((SOT))
16864347
TC 00:35:57
TK: SOME MORE SOUND FROM HIS SPEECH AT THE Q CONFERENCE AND PLEASE PULL THE CLEARED VIDEO/IMAGES OF HOFSTETTER AT RALLY ETC. THAT IS IN THIS SEGMENT
Nobody wants violence. And we are conditioned from the time we were children in this country to always think that violence is a horrible, horrible thing until we go back and reflect on a revolutionary war. They picked up guns at some point soon enough. So reflect on the Civil War. We ended slavery by picking up guns and dealing with that. We don't want that to have to happen, but it always has to be something in the back of your mind.

((TRACK))
HOSTETTER'S HOME WAS RAIDED BY THE F-B-I AFTER THE INSURRECTION.

((SOT))
16864329
TC 00:50:19
There's not supposed to be media present, there's a media blackout

((TRACK))
***Show this video and zoom in or highlight me, I am at the start of the video in the right foreground wearing a mask***
MEDIA WAS NOT ALLOWED TO OFFICIALLY ATTEND THE EVENT... BUT I WAS THERE. ONE OF THE FEW PEOPLE WEARING A MASK... SO WAS TRAVIS VIEW, A HOST ON OF THE QANON ANONYMOUS PODCAST WHO HAS BEEN TRACKING THE CONSPIRACY THEORY FOR YEARS.

((SOT))
16867450
TRAVIS VIEW, QANON ANONYMOUS PODCAST
TC 10:16:57
One of my big takeaways for attending the Q conferences that the Qanon movement is so much more than just the predictions or the feeling like you're getting inside information. It's about the community. The people there felt like they were part of something big and revolutionary and that they were opposing absolute evil. And that made me feel like this is something that's not going to go away just because Trump lost election.

((NATS))
16864337
TC 01:51:15
"where we go one, we go all. whoo. yeah! ((everyone cheers/claps))."

**Ashley Van Sant**
Cross Platform Producer
CNN Image + Sound Production Services

<image001.png>
One CNN Center l Atlanta, GA 30303
Office: Redacted: PII Cell: Redacted: PII
ashley.van.sant@turner.com