# EXHIBIT 22

**From:** Holland, Philippa [philippa.holland@warnermedia.com]
**Sent:** 2/4/2021 11:34:56 PM
**To:** *CNN Tonight Staff [CNNTonightStaff@turner.com]
**Subject:** DONIE FINAL SCRIPT

((PKG))

((SOT))
16864329
TC 00:50:19
There's not supposed to be media present, there's a media blackout

((SOT))
16864329
TC 00:56:04
One little piece of advice for the mainstream media is not everything can be debunked.

((SOT))
16864333
TC 00:14:38
The media is either going to have to get on the right side of history or they're going to go down with this ship.

((TRACK))
YOU MIGHT THINK WEARING A FACE-MASK WOULD HELP A JOURNALIST GO UNNOTICED... BUT NOT AT THIS GATHERING OF QANON FOLLOWERS IN ARIZONA JUST TWO WEEK'S BEFORE NOVEMBER'S ELECTION

((SOT))
16864347
TC 00:33:10
take off those damn masks and leave them off.

((TRACK))
THAT'S ME AND MY COLLEAGUE THERE - ONE OF THE VERY FEW PEOPLE WEARING A MASK AT THIS INDOOR EVENT IN THE MIDDLE OF A PANDEMIC. AND THE GUY AT THE BACK OF THE ROOM? HE'S KNOWN AS THE QANON SHAMAN AND HE WOULD GO ON TO STORM THE CAPITOL IN JANUARY.

((NATS))
16864337
TC 01:49:06
music nats
"where we one, we go all you won't push me down or let me fall"

((TRACK))
WHERE WE GO ONE WE GO ALL... AN INFAMOUS QANON SLOGAN...  PROMOTED BY TRUMP'S FIRST NATIONAL SECURITY ADVISER MICHAEL FLYNN.
((SOT))
16262483
TWITTER FLYNN VIDEO
TC :00
"Where we go one we go all... Where we go one we go all"

((TRACK / VID: Use b-roll showing the "QAnon Shaman"))
AND PLAYED AS AN ANTHEM AT THIS MEETING OF TRUMP SUPPORTERS...
((SOT))
16864347
TC 00:32:56 We are we are at war right now. And we in this room understand that very, very much
//BUTT SOT// 16864329 TC 00:27:39 Obviously, you heard the president talking about stuff haven't ya... that Qanon thing did he disavow it anybody... NO.

((TRACK/VID 16555509))

CNN000691

TWO NIGHTS EARLIER TRUMP HAD PRAISED QANON FOLLOWERS AT A TOWN HALL WITH SAVANNAH GUTHRIE.

((SOT))
16864337
TC 00:11:56 - TC 00:12:18
GUTHRIE: can you just once and for all state that is completely not true... disavow Qanon in its entirety. TRUMP: I know nothing of Qanon.
GUTHRIE: I just told you.
TRUMP: I know very little. You told me, but what you told me doesn't necessarily make it fact.
((CHEERING FROM AUDIENCE))

((TRACK))
THE MESSAGE TO THE PEOPLE IN THIS ROOM WAS CLEAR... TRUMP WAS ON THEIR SIDE.

((SOT))
16864333
TC 00:12:00
So we have 17 days between now and a massive Trump victory how do you feel about that? ... ((CHEERS))

((TRACK))
IN THE ROOM, PROMINENT FIGURES IN THE QANON MOVEMENT, INCLUDING JIM WATKINS WHO RUNS THE HATE-FILLED SITE 8KUN WHERE QANON MESSAGES ARE POSTED... AND AT LEAST TWO PEOPLE WHO WOULD GO ON TO WASHINGTON D-C ON JANUARY 6TH.

((SOT / CUT FROM IMG_2088.MOV ATTACHED TO PRECUT))
TC 00 - 05
A lot of time all it really takes is keeping our eyes and ears open to see who is on what side.

((TRACK))
JACOB CHANSLEY, THE SO-CALLED "QANON SHAMAN" WHO WAS CHARGED FOR HIS ROLE IN THE INSURRECTION AND WENT ON A HUNGER STRIKE IN PRISON BECAUSE THEY DIDN'T HAVE ORGANIC FOOD.

((SOT))
16864347
TC 00:32:55
We are we are at war right now.

((TRACK))
AND THIS MAN - ALAN HOSTETTER KNOWN FOR ORGANIZING ANTI-LOCKDOWN PROTESTS IN CALIFORNIA.

((SOT))
16864347
TC 00:35:57
Nobody wants violence. And we are conditioned from the time we were children in this country to always think that violence is a horrible, horrible thing until we go back and reflect on a revolutionary war. They picked up guns at some point soon enough. So reflect on the Civil War. We ended slavery by picking up guns and dealing with that. We don't want that to have to happen, but it always has to be something in the back of your mind.

((TRACK))
HOSTETTER'S HOME WAS RAIDED BY THE F-B-I AFTER THE INSURRECTION.

((TRACK/ LEE SHOW THE VIDEO FROM IMG_1980.MOV ATTACHED TO PRECUT. ZOOM IN OR HIGHLIGHT DONIE, HE IS AT THE START OF THE VIDEO IN THE RIGHT FOREGROUND WEARING A MASK))
MEDIA WAS NOT ALLOWED TO OFFICIALLY ATTEND THE EVENT... BUT ANY MEMBER OF THE PUBLIC COULD ATTEND, AND I SIGNED UP USING MY NAME AND WORK EMAIL ADDRESS, ALSO IN ATTENDENCE, TRAVIS VIEW, A HOST ON OF THE QANON ANONYMOUS PODCAST WHO HAS BEEN TRACKING THE CONSPIRACY THEORY FOR YEARS.

((SOT))
16867450
TRAVIS VIEW, QANON ANONYMOUS PODCAST

CNN000692

TC 10:16:57
One of my big takeaways for attending the Q conferences that the Qanon movement is so much more than just the predictions or the feeling like you're getting inside information. It's about the community. The people there felt like they were part of something big and revolutionary and that they were opposing absolute evil. And that made me feel like this is something that's not going to go away just because Trump lost election.

((NATS))
16864337
TC 01:51:15
"where we go one, we go all. whoo. yeah! ((everyone cheers/claps))."

Confidential

CNN000693