# EXHIBIT 24

**From:**    donie.osullivan@warnermedia.com [donie.osullivan@warnermedia.com]
**Sent:**    2/5/2021 3:41:19 AM
**To:**    Anthony, Tiffany [tiffany.anthony@warnermedia.com]
**Subject:**    Re: Donie Piece Contacts

Thank you!!

Sent from my iPhone

On Feb 4, 2021, at 10:40 PM, Anthony, Tiffany <tiffany.anthony@warnermedia.com> wrote:

Took it off the fonts page in iNews. Will make sure it is not in MS # either

**Tiffany Anthony**
Cross Platform Producer
<image002.png>
One CNN Center | Atlanta, GA 30303
Cell: Redacted: PII
Email: tiffany.anthony@warnermedia.com

**From:** O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Sent:** Thursday, February 4, 2021 10:39 PM
**To:** Cohen, Sandi <sandi.cohen@warnermedia.com>
**Cc:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>; Burack, Lee <lee.burack@warnermedia.com>; Holland, Philippa <philippa.holland@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; Hoffman, Rachelle <rachelle.hoffman@warnermedia.com>
**Subject:** Re: Donie Piece Contacts

Please do NOT font Qcon Live.  I don't want to be sending people to this specific Qanon website. Its disinformation.   (Tiffany can you make sure Qcon is not in MS file either).  I take any heat from Triad on this.  Thank you.

Sent from my iPhone

On Feb 4, 2021, at 10:36 PM, Cohen, Sandi <sandi.cohen@warnermedia.com> wrote:

Thanks so much!

**From:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>
**Sent:** Thursday, February 4, 2021 10:35 PM
**To:** Burack, Lee <lee.burack@warnermedia.com>; Cohen, Sandi <sandi.cohen@warnermedia.com>; Holland, Philippa <philippa.holland@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Subject:** RE: Donie Piece Contacts

Confidential

Published and here are fonts. Donie says we do not have to font qcon.live but I included it in the fonts page, just in case. Must font Qanon Anonymous Podcast.

CNNID: 16865206
TRT: 3:51
OC: (cheering)

00 - 13
www.qcon.live

13 - 23 (*mandatory credit*)
QAnon Anonymous Podcast

23 - 28
www.qcon.live

28 - 40 (*mandatory credit*)
QAnon Anonymous Podcast

40 - 43 (*pre-fronted*)
Getty Images

43 - 51
www.qcon.live

51 - 55
Getty Images

59 - 1:01 (*quick*)
Twitter/Michael Flynn
July 2020

1:01 - 1:04 (*mandatory credit*)
QAnon Anonymous Podcast

1:04 - 1:19
www.qcon.live

1:19 - 1:25
NBC News

1:25 - 1:47
www.qcon.live

1:47 - 1:50
NBC News

1:50 - 1:58
www.qcon.live

1:58 - 2:02 (*mandatory credit*)
QAnon Anonymous Podcast

CNN000753

2:06 - 2:08 (*mandatory credit*)
QAnon Anonymous Podcast

2:11 - 2:16 (*mandatory credit*)
Jacob Chansley
The So-Called "QAnon Shaman"
QAnon Anonymous Podcast

2:16 - 2:20
The New Yorker

2:20 - 2:23 (*quick*)
Getty Images

2:23 - 2:26 (*quick*)
Alexandria Adult Detention Center

2:26 - 2:29
www.qcon.live

2:31 - 2:33
KOVR

2:33 - 2:40
Alan Hostetter
American Phoenix Project, QAnon Supporter
www.qcon.live

2:40 - 2:57
Christopher Chern

2:57 - 3:01
American Phoenix Project

3:01 - 3:12
QAnon Anonymous Podcast

3:15- 3:21
QAnon Anonymous Podcast

3:21 - 3:38
Travis View
QAnon Anonymous Podcast
Via Cisco Webex

3:38 - 3:43
Getty Images

3:43 - 3:53
www.qcon.live

CNN000754

**Tiffany Anthony**
Cross Platform Producer
<image001.png>
One CNN Center | Atlanta, GA 30303
Cell: Redacted: PII
Email: tiffany.anthony@warnermedia.com

---

**From:** Burack, Lee <lee.burack@warnermedia.com>
**Sent:** Thursday, February 4, 2021 10:27 PM
**To:** Cohen, Sandi <sandi.cohen@warnermedia.com>; Anthony, Tiffany <tiffany.anthony@warnermedia.com>; Holland, Philippa <philippa.holland@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Subject:** Re: Donie Piece Contacts

Sending NOW

---

**From:** Cohen, Sandi <sandi.cohen@warnermedia.com>
**Sent:** Thursday, February 4, 2021 10:17 PM
**To:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>; Holland, Philippa <philippa.holland@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; Burack, Lee <lee.burack@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Subject:** RE: Donie Piece Contacts

Yes hits at 10:40 but ideally would be published a few mins before!

---

**From:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>
**Sent:** Thursday, February 4, 2021 10:17 PM
**To:** Cohen, Sandi <sandi.cohen@warnermedia.com>; Holland, Philippa <philippa.holland@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; Burack, Lee <lee.burack@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Subject:** RE: Donie Piece Contacts

We are fixing a couple things. Should be published in the next 10-15 minutes

**Tiffany Anthony**
Cross Platform Producer
<image002.png>
One CNN Center | Atlanta, GA 30303
Cell: Redacted: PII
Email: tiffany.anthony@warnermedia.com

---

**From:** Cohen, Sandi <sandi.cohen@warnermedia.com>
**Sent:** Thursday, February 4, 2021 10:15 PM
**To:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>; Holland, Philippa <philippa.holland@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; Burack, Lee <lee.burack@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Subject:** RE: Donie Piece Contacts

Confidential

Checking to see your ETA on publishing?

---

**From:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>
**Sent:** Thursday, February 4, 2021 7:59 PM
**To:** Cohen, Sandi <sandi.cohen@warnermedia.com>; Holland, Philippa <philippa.holland@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; Burack, Lee <lee.burack@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Subject:** RE: Donie Piece Contacts

Okay thank you

**Tiffany Anthony**
Cross Platform Producer
<image002.png>
One CNN Center | Atlanta, GA 30303
Cell: Redacted: PII
Email: tiffany.anthony@warnermedia.com

---

**From:** Cohen, Sandi <sandi.cohen@warnermedia.com>
**Sent:** Thursday, February 4, 2021 7:54 PM
**To:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>; Holland, Philippa <philippa.holland@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; Burack, Lee <lee.burack@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Subject:** RE: Donie Piece Contacts

Yes will make it work

---

**From:** Anthony, Tiffany <tiffany.anthony@warnermedia.com>
**Sent:** Thursday, February 4, 2021 7:51 PM
**To:** Holland, Philippa <philippa.holland@warnermedia.com>; Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Cohen, Sandi <sandi.cohen@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; Burack, Lee <lee.burack@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Subject:** RE: Donie Piece Contacts

The MS# is 16865206.
We are cutting right now with the final track.
The TRT is 3:51. Is that okay?

**Tiffany Anthony**
Cross Platform Producer
<image002.png>
One CNN Center | Atlanta, GA 30303
Cell: Redacted: PII
Email: tiffany.anthony@warnermedia.com

---

**From:** Holland, Philippa <philippa.holland@warnermedia.com>
**Sent:** Thursday, February 4, 2021 6:37 PM
**To:** Van Sant, Ashley <ashley.van.sant@warnermedia.com>; Anthony, Tiffany <tiffany.anthony@warnermedia.com>; Cohen, Sandi <sandi.cohen@warnermedia.com>; Adler, Alexander <alexander.adler@warnermedia.com>; Burack, Lee

Confidential

CNN000756

<lee.burack@warnermedia.com>; O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Subject:** Donie Piece Contacts

Hi everyone please reply all here with ms, font and trt info thank you
Hit time 1040

---

**From:** "Van Sant, Ashley" <ashley.van.sant@warnermedia.com>
**Date:** Thursday, February 4, 2021 at 6:33 PM
**To:** "Spinella, Maria" <maria.spinella@warnermedia.com>, "Holland, Philippa"
<philippa.holland@warnermedia.com>, "O'Sullivan, Donie" <donie.osullivan@warnermedia.com>, "Anthony,
Tiffany" <tiffany.anthony@warnermedia.com>
**Cc:** "Burack, Lee" <lee.burack@warnermedia.com>
**Subject:** DONIE'S PIECE

Hi all –

Just to update... I'm logging off at 7pm and Tiffany will be taking over and seeing this through to air.

If you have questions after 7pm... please send to her.

The script was just approved by TRIAD. Right now it is clocking in at 3:30 on paper...

Tiffany will let you know the TRT after we get the final tracks laid shortly.

Lastly - what time is this hit in the show tonight?


Thank you!


**Ashley Van Sant**
Cross Platform Producer
CNN Image + Sound Production Services
<image003.png>
One CNN Center 1 Atlanta, GA 30303
Office: Redacted: PII   Cell: Redacted: PII
ashley.van.sant@turner.com

Confidential