# EXHIBIT 25

| | |
|---|---|
| From: | Anthony, Tiffany [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E827E9E4A844309BF7097DD627A00BE-ANTHONY, TI] |
| Sent: | 2/5/2021 1:51:50 AM |
| To: | Hogan, Fuzz [Fuzz.Hogan@cnn.com] |
| Subject: | RE: NEED SCRIPT APPROVAL |

Yeah I was not sure either lol

**Tiffany Anthony**
Cross Platform Producer



One CNN Center | Atlanta, GA 30303
Cell: Redacted: PII
Email: tiffany.anthony@warnermedia.com

---

From: Hogan, Fuzz <Fuzz.Hogan@cnn.com>
Sent: Thursday, February 4, 2021 8:51 PM
To: Anthony, Tiffany <tiffany.anthony@warnermedia.com>
Subject: Re: NEED SCRIPT APPROVAL

Not really sure but that works for me.

Get Outlook for iOS

---

From: Anthony, Tiffany <tiffany.anthony@warnermedia.com>
Sent: Thursday, February 4, 2021 8:41:44 PM
To: Hogan, Fuzz <Fuzz.Hogan@cnn.com>
Subject: RE: NEED SCRIPT APPROVAL

Fuzz do you know how we should FONT video from Michael Flynn's old twitter page. He was banned so he no longer has a handle.

Does this work?
Twitter/Michael Flynn
July 2020


**Tiffany Anthony**
Cross Platform Producer



One CNN Center | Atlanta, GA 30303
Cell: Redacted: PII
Email: tiffany.anthony@warnermedia.com