# EXHIBIT 27

**Video (PX_189) to be conventionally filed per Court Order (ECF No. 176) and under seal pursuant to Your Honor's Individual Practices 11**