# EXHIBIT 28

**Transcript from the deposition of John P. "Jack" Flynn to be filed under seal   pursuant to Your Honor's Individual Practices 11**