# EXHIBIT 29

**Transcript from the deposition of Leslie Flynn to be filed under seal pursuant to Your Honor's Individual Practices 11**