# EXHIBIT 30

## Transcript from the deposition of Valerie Flynn to be filed under seal pursuant to Your Honor's Individual Practices 11