# EXHIBIT 31

Transcript from the deposition of General Michael Flynn to be filed under seal pursuant to Your Honor's Individual Practices 11