# EXHIBIT 32

Transcript from the deposition of Lori Flynn to be filed under seal pursuant to Your Honor's Individual Practices 11