# EXHIBIT 33

Transcript from the deposition of Barbara Flynn Redgate to be filed under seal pursuant to Your Honor's Individual Practices 11