# EXHIBIT 34

Transcript from the deposition of Jeffrey Pedersen to be filed under seal pursuant to Your Honor's Individual Practices 11