# EXHIBIT 35

**Transcript from the deposition of Tracy Diaz to be filed under seal pursuant to Your Honor's Individual Practices 11**