# EXHIBIT 36

Transcript from the deposition of J.T. Wilde to be filed under seal pursuant to Your Honor's Individual Practices 11