# EXHIBIT 37

```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2

      JOHN P. "JACK" FLYNN,    §
 3    et al,                   §
                               §
 4             Plaintiffs,     §
                               §
 5    vs.                      §    Civil Action No.
                               §    1:21-CV-02587-GHW
 6                             §
                               §
      CABLE NEWS NETWORK,      §
 7    INC.,                    §
                               §
 8             Defendant.      §
      * * * * * * * * * * * * * * * * * * * * * * * * *
 9           REMOTE VIDEOTAPED ORAL DEPOSITION OF
                         WILSON POWELL
10                       May 6, 2023
      * * * * * * * * * * * * * * * * * * * * * * * * *
11

12          REMOTE VIDEOTAPED ORAL DEPOSITION OF WILSON

13    POWELL, produced as a witness and duly sworn, was

14    taken in the above-styled and -numbered cause on

15    May 6, 2023, from 9:00 a.m. until 10:51 a.m., (CDT),

16    before Suzanne Kelly, Registered Diplomate Reporter

17    and Certified Realtime Reporter, reported by

18    stenographic method with all attendees appearing

19    remotely from separate locations, pursuant to the

20    Federal Rules of Civil Procedure and the provisions

21    stated on the record, if any.

22    Reported by:  Suzanne Kelly, CSR, RDR, CRR
23    Job:  5871702
24

25
```

Page 2

```
1            APPEARANCES
2
3  FOR THE PLAINTIFFS:
4  Steven S. Biss, Esq.
   LAW OFFICE OF STEVEN S. BISS
5  300 West Main Street
   Suite 102
6  Charlottesville, Virginia 22903
   804.501.8272
7  stevenbiss@earthlink.net
8
9  FOR THE DEFENDANT:
10 Lindsey Cherner, Esq.
   Katherine M. Bolger, Esq.
11 DAVIS WRIGHT TREMAINE, L.L.P.
   1251 Avenue of the Americas
12 21st Floor
   New York, New York 10020
13 212.489.8230
   lindseycherner@dwt.com
14
15
16 FOR THE WITNESS:
17 William L. "Lewis" Sessions, Esq.
   MOORE GANSKE MURR SESSIONS, P.L.L.C.
18 15851 N. Dallas Parkway
   Suite 180
19 Addison, Texas 75001
   214.217.8855
20 l.sessions@mgmspllc.com
21
   Robert H. Holmes, Esq.
22 THE HOLMES LAW FIRM, P.L.L.C.
   19 St. Laurent Place
23 Dallas, Texas 75225
   214.384.3182
24 rhholmes@swbell.net
25
```

Page 3

```
1        APPEARANCES (Continued)
2
   ALSO PRESENT:
3
   Mr. Christopher Archie, Videographer
4
   Mr. Michael Toth, Document Technician,
5  michael@tothic.com
6  Mr. Jack Flynn
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                INDEX
2                          PAGE
3  Appearances ..................................   2
4  WILSON POWELL
5    Examination by Ms. Cherner .........   7
6    Examination by Mr. Biss ............   82
7  Signature and Changes .......................   86
8  Reporter's Certificate ......................   88
9
10
11               EXHIBITS
12
13 NO.      DESCRIPTION              PAGE
14 Exhibit 390   A copy of a 53-second video,   46
                 Tab 1
15
   Exhibit 391   A one-page copy of a Tweet    58
16               from General Flynn, Bates
                 labeled PX_250, Tab 13
17               (Designated as "Confidential")
18 Exhibit 392   A copy of a 53-second video,   66
                 Bates labeled PX_189, Tab 2
19
   Exhibit 393   A one-page copy of an e-mail,   67
20               Bates labeled WBP_CNN_770,
                 Tab 18
21
   Exhibit 394   A two-page copy of a message   69
22               exchange, Bates labeled
                 WBP_CNN_941 through WBP_CNN_942,
23               Tab 31
24
25
```

Page 5

```
1          P R O C E E D I N G S
2          THE VIDEOGRAPHER:  Good morning,
3  everyone.  Current time is 9:00 a.m., May 6th,
4  2023, and we are now on the record.  This is
5  Media Unit 1 of the recorded deposition of
6  Wilson Powell taken by counsel for Defendant in
7  the matter of Jack P. Flynn, et al., versus
8  Cable News Network, Inc., filed in the
9  United States District Court,
10 Southern District of New York, Case Number
11 1:21-CV-02587-GHW.
12         My name is Christopher Archie,
13 representing Veritext.  And I am the
14 Videographer.
15         The Court Reporter is Suzanne Kelly
16 from the firm, Veritext.
17         Counsel and all present will now
18 state their appearances and affiliations for
19 the record beginning with the Noticing
20 attorney.
21         MS. CHERNER:  Lindsey Cherner of
22 Davis Wright Tremaine for CNN.
23         On Zoom is also Kate Bolger, also
24 of Davis Wright Tremaine, on behalf of CNN.
25         MR. BISS:  I am Steve Biss.  I
```

2 (Pages 2 - 5)

Page 6

1  represent the Plaintiffs.
2       THE VIDEOGRAPHER:  Will the Court
3  Reporter please swear in the witness?  And
4  counsel may proceed.
5       THE COURT REPORTER:  If you would
6  please raise your right hand, I will administer
7  the witness's oath to you.
8       THE WITNESS:  (Complies.)
9       THE COURT REPORTER:  Do you
10 solemnly swear or affirm that the testimony which
11 you will give in this case will be the truth, the
12 whole truth, and nothing but the truth, so help
13 you God?
14      THE WITNESS:  Yes.
15      THE COURT REPORTER:  Thank you.
16      MS. CHERNER:  Before we begin the
17 deposition, I just want to stipulate with
18 Mr. Biss that we have an agreement, even though
19 this deposition was Noticed through the
20 Southern District of New York, that it will also
21 be used in the Middle District of Florida cases.
22 Right?
23      MR. BISS:  Correct.
24      MS. CHERNER:  Thank you.
25

Page 7

1            EXAMINATION
2  BY MS. CHERNER:
3     Q.  Good morning, Mr. Powell.  Thank you for
4  doing this on a Saturday.
5     A.  Thank you.  Yeah.  On a Saturday.
6     Q.  Can you state your full name for the
7  record?
8     A.  Wilson Powell.
9     Q.  And your middle name?
10    A.  Bowden.
11    Q.  You are represented by an attorney in
12 connection with this deposition.  Is that
13 correct?
14    A.  Yes.
15    Q.  Which attorney is representing you
16 today?
17    A.  Mr. Sessions.
18    Q.  Have you ever been deposed before?
19    A.  No.
20    Q.  Okay.  I am going to go over some ground
21 rules with you, your attorney, Mr. Sessions, may
22 have already done this.
23        I will ask you a series of
24 questions that you will answer today under
25 oath.  If at any point you don't understand my

Page 8

1  question, I am not trying to trick you, so please
2  just let me know and I will rephrase it.  Is that
3  okay?
4     A.  Yes.
5     Q.  There is a Court Reporter taking down my
6  questions and your answers.  For the benefit of
7  the Court Reporter, we should try not to talk
8  over each other.  Okay?
9     A.  Yes, ma'am.
10    Q.  Please wait until I finish asking my
11 question before you begin your answer, and I will
12 wait until finishing your -- until you finish
13 your answer before asking my next question.  Is
14 that okay?
15    A.  Yes.
16    Q.  I know it's unnatural, but you should
17 also give me oral responses.  So please say,
18 "yes" or "no," instead of shaking your head or
19 nodding that.  That way, the Court Reporter can
20 get down your answer.  Is that okay?
21    A.  Yes.
22    Q.  Great.  Also from time to time, your
23 attorney, Mr. Sessions, may object to the
24 structure or nature of my question.  You should
25 still answer the question.

Page 9

1        If at any time you would like to
2  take a break, please let me know.  I am happy
3  to take one whenever you would like a break.  I
4  just ask that if I have a question pending that
5  you answer that question first, and then we can
6  take a break right after.  Is that okay?
7     A.  Yes.
8     Q.  Great.  Mr. Powell, what did you do to
9  prepare for this deposition?
10    A.  I gave all of my devices and everything
11 requested to counsel and listened to counsel as
12 to how this would proceed.
13    Q.  Did you meet with Mr. Sessions in
14 person?
15    A.  Yes.
16    Q.  For approximately how long?
17    A.  An hour.
18    Q.  And was that today, yesterday?
19    A.  Yesterday.
20    Q.  Okay.  Did you talk to anyone other than
21 Mr. Sessions about the subpoena?
22    A.  Yes.
23    Q.  Who?
24    A.  Mr. Holmes.
25    Q.  Okay.  And when did you speak to

3 (Pages 6 - 9)

1  Mr. Holmes about the subpoena?
2      A. Earlier this week.
3      Q. For approximately how long?
4      A. Probably about an hour as well.
5      Q. Was that in person or on the phone?
6      A. In person.
7      Q. Okay.  Did you speak to anyone else
8  about this subpoena?
9      A. No.
10     Q. You didn't speak to your mother about
11  the subpoena?
12     A. I spoke to all of my counsel.
13     Q. Okay.  And you did not speak to any
14  of the Flynn family members about this subpoena?
15     A. No.  I did not speak to them, no.
16     Q. Okay.  You also didn't speak with
17  Mr. Biss about this subpoena?
18     A. I did not, but Ms. Powell is also
19  my counsel so I did speak to her.  I spoke with
20  my counsel.
21     Q. Okay.  So you did speak to your mom?
22     A. Yes.
23     Q. Okay.  I have an agreement with your
24  counsel that we are not going to put your address
25  or your cell phone on the record.  I just want to

1  make a note that we will confirm that over e-mail
2  after this deposition.
3      A. Okay.
4          MR. SESSIONS:  That's agreed to by
5  counsel.
6  BY MS. CHERNER:
7      Q. Do you have any social media,
8  Mr. Powell?
9      A. Yes.
10     Q. What is your Facebook user name?
11     A. I think it's MKTRVN.  I don't -- I think
12  so.  I don't know my Facebook user name.  Like I
13  don't know the link to my Facebook profile.
14     Q. Do you know what name you go by on
15  Facebook?
16     A. Yes.
17     Q. Do you go by your real name?
18     A. No.
19     Q. Okay.  So sorry.  Can you repeat that
20  again?
21     A. What?  My Facebook name I go by?
22     Q. Yes.
23     A. Wilson BP.
24     Q. Wilson BP?
25     A. Yes.

1      Q. Okay.  How often do you use your
2  Facebook?
3      A. Almost every day to some degree.
4      Q. Okay.  Do you use it to communicate with
5  the Flynns?
6      A. I did previously.
7      Q. Okay.  And you no longer do?
8      A. Correct.
9      Q. When did you stop communicating with the
10  Flynns on Facebook?
11     A. I can't remember, but it's been at least
12  a year.
13     Q. Is there any specific reason why you
14  stopped communicating with the Flynns on
15  Facebook?
16     A. No.  I don't have Facebook Messenger on
17  my phone.
18     Q. Okay.
19     A. I don't use Facebook Messenger as much.
20     Q. Okay.
21     A. But...
22     Q. Do you have an Instagram user name?
23     A. Yes.
24     Q. And what is it?
25     A. It's POWELW10, I believe.

1      Q. And how often do you use that Instagram
2  account?
3      A. Daily for various purposes, as well.
4      Q. Do you use it ever to communicate with
5  the Flynns?
6      A. I did previously, as well.
7      Q. And approximately when did you stop
8  communicating with the Flynns on Instagram?
9      A. Around a year or more ago.  I'm not
10  sure.  I don't remember.
11     Q. And what is the basis for the
12  communication ending?
13     A. I don't have one.  I just didn't
14  communicate.
15     Q. There was nothing wrong?  You just
16  aren't communicating with them right now?
17     A. Correct.
18     Q. Okay.  Do you have a Twitter account?
19     A. Yes.
20     Q. And what is your Twitter handle?
21     A. Market_Raven.
22     Q. And what is Market Raven?
23     A. So my background is finance.  So, it's
24  basically a finance Twitter.
25     Q. Do you use your Twitter exclusively for

4 (Pages 10 - 13)

1  finance postings?
2     A. Yes.
3     Q. Okay. So you don't use that Twitter
4  account to communicate or re-Tweet the Flynns?
5     A. I don't know if I re-Tweeted anything or
6  not. But I don't use it for those purposes, no.
7     Q. Okay. Do you have a Truth Social
8  account?
9     A. No.
10    Q. Have you ever had a Truth Social
11 account?
12    A. No.
13    Q. Do you have a CloutHub account?
14    A. No.
15    Q. Have you ever had a CloutHub account?
16    A. No.
17    Q. Do you have a Parler account?
18    A. No.
19    Q. Have you ever had a Parler account?
20    A. No.
21    Q. Do you have a Patreon account?
22    A. Yes.
23    Q. What is that user name?
24    A. I used to have one, I believe.
25    Q. Okay. So let me clarify. Are you

1  saying that you previously had a Patreon account
2  that you don't have anymore?
3     A. A Patreon account? I'm sorry.
4     Q. Patreon?
5     A. No. No. I don't have that.
6     Q. And you never had a Patreon account?
7     A. No.
8     Q. Do you have a Gab account?
9     A. No.
10    Q. Have you ever had a Gab account?
11    A. No.
12    Q. Do you have a Rumble account?
13    A. No.
14    Q. Have you ever had a Rumble account?
15    A. No.
16    Q. Do you have a Gettr account?
17    A. No.
18    Q. Have you ever had a Gettr account?
19    A. No.
20    Q. Have you ever been suspended from any
21 social media platform?
22    A. No.
23    Q. Are there any other social media
24 accounts that you have that I have not asked you
25 about?

1     A. LinkedIn.
2     Q. Okay. And what is your name on
3  LinkedIn?
4     A. Wilson Powell.
5     Q. Do you ever use LinkedIn messenger to
6  message the Flynns?
7     A. No.
8     Q. Okay. Are you currently employed?
9     A. Yes.
10    Q. Where?
11    A. A software service company here in
12 Dallas.
13    Q. And that company is called what?
14    A. Unifocus.
15    Q. How long have you been in that role?
16    A. This year.
17    Q. Approximately when did you start?
18    A. June 1.
19    Q. Okay. And prior to that, what was your
20 employment prior to that?
21    A. Jefferson Dental & Orthodontics.
22    Q. For how long?
23    A. Seven months or so.
24    Q. Okay. And then before that?
25    A. Eden Green Technology.

1     Q. And before that?
2     A. I was in New Orleans at a -- basically
3  at a hedge fund.
4     Q. Okay. And then did you have any other
5  employment before that?
6     A. I worked at a rock climbing gym when I
7  was younger.
8     Q. Okay. So your first professional
9  employment was the one in New York that you just
10 referenced?
11    A. In New York? I'm sorry. Where?
12    Q. Sorry. You said it was in New York?
13    A. No. I didn't say it was in New York.
14    Q. Where was it?
15    A. My first job or which job? I'm sorry.
16    Q. Your first job before -- or after the
17 rock climbing.
18    A. New Orleans.
19    Q. New Orleans. Sorry.
20    A. Yes.
21    Q. I thought -- I thought you said, "New
22 York." In New Orleans. So New Orleans was your
23 first professional employment?
24    A. Yes.
25    Q. Full-time?

5 (Pages 14 - 17)

Page 18

1      A. (Nods.)
2      Q. Okay. At any time, were you employed by
3  your mother, Sidney Powell?
4      A. Personally, yes.
5      Q. Explain what you mean by that.
6      A. I worked with her personally and helped
7  her with anything a lawyer didn't
8  need -- anything a lawyer wasn't needed for, like
9  running errands or helping with IT stuff.
10     Q. So you were never on her payroll?
11     A. I don't -- I don't know what that means.
12     Q. Did she pay you?
13     A. Yes. Personally.
14     Q. You are making a distinction with this
15  "personally." Can you just explain what you mean
16  by that?
17     A. Her PC.
18     Q. Her PC?
19     A. Yes.
20     Q. Can you explain what you mean by that?
21     A. Her --
22          MR. SESSIONS: I think what the
23  witness is referring to is Ms. Powell maintains a
24  law practice as a PC, professional --
25  BY MS. CHERNER:

Page 19

1      Q. You are talking about her law practice.
2  But what exactly did you do for her other than
3  running errands? Was there anything else that
4  you did?
5      A. IT.
6      Q. By "IT," what do you mean? What types
7  of things with IT were you helping her with?
8      A. She would occasionally have a computer
9  problem or connectivity issue or something that
10  she needed someone younger to help with.
11     Q. Okay. You are not a licensed attorney?
12  Right?
13     A. Correct.
14     Q. And did you take any paralegal courses?
15     A. No.
16     Q. You don't hold yourself out to be a
17  paralegal?
18     A. No.
19     Q. Okay. When did you first meet the Flynn
20  family?
21     A. I'm sorry. When or how?
22     Q. When and -- well, when and how? But
23  first, when? When did you meet them?
24     A. So the first, it was a family wedding
25  weekend that was in Rhode Island, and I met them

Page 20

1  for that.
2      Q. The first time that you met them was at
3  a family -- was in Rhode Island?
4      A. Yes.
5      Q. And by "them," who do you mean?
6      A. The Flynn family.
7      Q. Can you name the Flynns that you met for
8  the first time in Rhode Island?
9      A. All of the Flynns, Mike, Joe, I believe
10  Joe's wife's name is Valerie, Lori.
11     Q. Okay. And you're -- when you say that
12  you met them, this is the first time you met them
13  in person.
14     A. Yes.
15     Q. But had you previously communicated with
16  the Flynn family members prior to July 4th, 2020?
17     A. I don't remember. I don't believe so.
18          Wait. I'm sorry. Before July
19  2020, yes, but that was the trip before July
20  2020.
21     Q. When was that trip?
22     A. I don't remember when the trip was. It
23  was several months before that.
24     Q. Can you give me an approximate time?
25     A. Summer.

Page 21

1      Q. And what was the purpose of that first
2  trip to Rhode Island?
3      A. That was the wedding trip.
4      Q. Okay. And whose wedding was that?
5      A. I can't remember which Flynn family
6  member was getting married. I can't remember the
7  name.
8      Q. Was it -- was it Barbara's daughter?
9      A. It may have been. I believe it was the
10  regular wedding.
11     Q. Okay. So you don't recall the exact
12  time of that wedding?
13     A. No.
14     Q. But it was a couple of months before
15  July 4th, 2020?
16     A. I believe so. Yes.
17     Q. Okay. The when was the first time you
18  communicated with General Flynn?
19     A. I don't remember.
20     Q. Was it in 2019?
21          MR. BISS: I think he said he
22  doesn't remember. That's what I heard anyway,
23  here in Charlottesville, Virginia.
24          THE WITNESS: I don't remember.
25  BY MS. CHERNER:

6 (Pages 18 - 21)

Page 22

1     Q.  Do you recall ever texting
2  General Flynn?
3     A.  Yes.
4     Q.  What did you text about?
5     A.  I don't remember specifically.  Do you
6  have exhibits or anything that can help?
7     Q.  I am asking -- I am asking the
8  questions.  I am just asking if you recall.  I am
9  just asking for your recollection.
10     A.  Logistics of where to see him, I guess.
11  I don't know.  Like one time, I think he was
12  going to come to Dallas and reached out.  But I
13  don't know what specifically I spoke with him
14  about.  I don't remember.
15     Q.  Do you recall approximately when -- or
16  sorry.  Never mind.
17         Was your first communication with
18  General Flynn around the time that your mom
19  started representing him in June 2019?
20     A.  No.  I think it was after that.  I think
21  it was after that.
22     Q.  Okay.  Do you recall how often you
23  communicated with General Flynn?
24     A.  Maybe like once every several months.
25  Like for a short period of time.

Page 23

1     Q.  Was it for business or personal
2  reasons?
3     A.  It was mostly to see how he was doing
4  and say, "Hi."
5     Q.  What about Lori Flynn?  When was the
6  first time you communicated with her?
7     A.  I don't remember.
8     Q.  Would it have been when you first
9  communicated with General Flynn, or would it have
10  been after that?
11         MR. BISS:  He said he didn't
12  remember.
13         THE WITNESS:  I mean, it's probably
14  when I met them at the wedding.
15  BY MS. CHERNER:
16     Q.  Did you have communications of a
17  personal nature with Lori Flynn or of a business
18  nature with Lori Flynn?
19     A.  Personal.
20     Q.  What about Joe Flynn?  When did you
21  first communicate with him?
22     A.  Probably at the wedding weekend, as
23  well.
24     Q.  And by what means did you communicate
25  with Joe Flynn?

Page 24

1     A.  One-on-one face to face.  Face to face.
2     Q.  Where did you see him in person other
3  than the wedding?
4     A.  The next trip we went on.
5     Q.  Which was where and when?
6     A.  So that was also Rhode Island, and it
7  was when it was around the July 4th, 2020, time
8  frame.
9     Q.  Okay.  And did you see Joe in person
10  after that July 4th, 2020, weekend?
11     A.  Yes.
12     Q.  Where did you see him in person after?
13     A.  He came to Dallas and took me to
14  dinner.
15     Q.  Approximately when was that?
16     A.  I don't remember.
17     Q.  Was it still in 2020, or was it years
18  later?
19     A.  That would be still 2020, I believe.
20     Q.  Okay.  What about Valerie Flynn?  When
21  did you meet her?
22     A.  I can't remember if I met her at the
23  wedding or at the second trip.
24     Q.  And the second trip, you are referring
25  to, is the July 4th, 2020 event at the Flynns'

Page 25

1  house?
2     A.  Yes.
3     Q.  Okay.  And did you communicate with
4  Valerie Flynn after the July 4th, 2020 trip?
5     A.  Which -- so Valerie is Joe's wife?
6     Q.  Correct.
7     A.  I don't -- I don't think I spoke with
8  her.
9     Q.  Again, you are saying you didn't think
10  you spoke with her besides the July 4th, 2020
11  night?
12     A.  Correct.
13     Q.  Okay.  What about Jack Flynn?  When did
14  you meet him?
15     A.  One of those weekends as well.
16  It was probably the wedding weekend.
17     Q.  Okay.  And by what means did you
18  communicate with Jack Flynn?
19     A.  In person.
20     Q.  So you communicated with him in person
21  at the wedding and on July 4th.  But did you ever
22  see him anywhere else, in person?
23     A.  Not that I remember, no.
24     Q.  Okay.  So you never communicated with
25  him over texts?

7 (Pages 22 - 25)

Page 26

1    A.  No.  I don't believe so.
2    Q.  Or over any social media messenger
3  platform?
4    A.  No.  I don't believe so.
5    Q.  What about Leslie Flynn?  When did you
6  meet her?
7    A.  Can you remind me?  So Leslie Flynn
8  is --
9    Q.  Yeah.  So Leslie Flynn is Jack Flynn's
10  wife.
11    A.  Okay.
12    Q.  When did meet Leslie Flynn?
13    A.  Either the wedding weekend or the July
14  4th weekend.
15    Q.  And did you ever see her again in
16  person?
17    A.  No.  I don't believe so.
18    Q.  Did you ever communicate with
19  Leslie Flynn over text message?
20    A.  No.  I don't believe so.
21    Q.  Did you ever message with Leslie Flynn
22  over social media?
23    A.  There was, I believe, I think we
24  have -- I think we have produced this.
25    Q.  Yes.  You did.  I was just wondering if

Page 27

1  there was anything else.
2    A.  No.  Not to my knowledge.
3    Q.  Okay.  What about Michael Flynn, Jr.?
4  How did you meet him?
5    A.  That was either the wedding or July 4th
6  weekend as well.  It might have been July 4th
7  weekend.
8    Q.  Did you ever see Michael Flynn, Jr., in
9  person after July 4th, 2020?
10    A.  Yes.
11    Q.  And when was that?
12    A.  Sometime later in 2020.
13    Q.  Was that also when you saw Joe Flynn in
14  person?
15    A.  I don't think so.  I don't remember, no.
16  I don't think so.
17    Q.  How do you communicate with Michael
18  Flynn, Jr.?
19    A.  I am -- I don't.
20    Q.  Did you ever communicate with Michael
21  Flynn, Jr., over text?
22    A.  Yes.
23    Q.  And when approximately did that
24  communication end?
25    A.  I don't remember.

Page 28

1    Q.  Did you communicate with him over text
2  in 2021?
3    A.  I don't think so.
4    Q.  Is there a reason why that communication
5  ended?
6    A.  No.
7    Q.  There was no falling out?
8    A.  No.
9    Q.  Okay.  What about Barbara Redgate Flynn?
10  When did you meet her in person?
11    A.  Either the wedding or July 4th weekend.
12    Q.  And did you ever meet her in person
13  anywhere besides those two events?
14    A.  No.  I don't believe so.
15    Q.  Have you ever communicated with her over
16  text?
17    A.  I can't remember.  I don't think so.
18    Q.  Have you ever communicated with her over
19  social media?
20    A.  Yes.  And we also produced those.  So
21  can we go through the production, what was
22  produced, please?
23    Q.  I am -- I am asking for your
24  recollection at the moment.  So just want to
25  confirm that you have communicated with her over

Page 29

1  social media.  Right?
2    A.  Yes.
3    Q.  Are there any other Flynns that you have
4  a relationship with that I have not named?
5    A.  I don't believe so, no.
6    Q.  There was a time when you and your
7  mother went to Rhode Island for the Flynns' July
8  4th, 2020 barbecue.  Is that right?
9    A.  It was more of a seafood cookout, but
10  yes.
11    Q.  Okay.  How did -- how did that come to
12  pass?
13    A.  They invited us up to celebrate July
14  4th.
15    Q.  Who was "they"?
16    A.  The Flynns.
17    Q.  Which Flynn invited you?
18    A.  Probably Mike.  I don't know.
19    Q.  When you say, "Probably Mike," are you
20  saying probably General Michael Flynn?
21    A.  I don't know.  I don't know who invited
22  us.
23    Q.  Were you personally invited, or were you
24  invited through your mom?
25    A.  I was invited through my mother.

8 (Pages 26 - 29)

1    Q.  Did you have any direct communication
2  with a Flynn inviting you personally to the
3  event?  Or was it your mom telling you, we are
4  going to Rhode Island for July 4th?
5           MR. SESSIONS:  Hold on a minute.
6           Object to the form.  Compound.
7  BY MS. CHERNER:
8    Q.  You can answer.
9    A.  Would you please rephrase the question?
10  I don't understand the question.
11    Q.  Sure.  Did the Flynns communicate with
12  your mother to invite the both of you.
13    A.  Yes.
14    Q.  And so that's why you don't know for
15  sure which Flynn invited you?
16    A.  Yes.
17    Q.  But you suspect it was General Michael
18  Flynn?
19    A.  I don't know.
20    Q.  Okay.  What other Flynn do you think it
21  would have been if not him?
22           MR. SESSIONS:  Objection.  Form.
23           THE WITNESS:  I don't know.
24  BY MS. CHERNER:
25    Q.  So what date did you arrive in Rhode

1  Island for the July 4th, 2020 weekend?
2    A.  I can't remember.
3    Q.  Did you arrive on July 4th?
4    A.  No.  I don't think so.
5    Q.  You think you arrived before July 4th?
6    A.  Yes.
7    Q.  Okay.  I can represent to you July
8  4th, 2020, was a Saturday.  Does that refresh
9  your recollection as to when you may have
10  traveled?
11    A.  No.
12    Q.  But you know it was before July 4th?
13    A.  Yes.
14    Q.  Where did you stay?
15    A.  A hotel.  I can't remember.
16    Q.  Okay.  How did you come to find the
17  hotel that you stayed at?  Was it through the
18  Flynns, or was it on your own searching?
19    A.  I didn't book the hotel.  I don't know.
20  I didn't -- I don't know.
21    Q.  Your mom booked the hotel?
22    A.  I believe so.
23    Q.  Okay.  Walk me through what you
24  recall from July 4th, 2020, starting in the
25  morning?

1           MR. SESSIONS:  Objection.  Form.
2           THE WITNESS:  I don't -- I don't
3  remember the sequence.
4  BY MS. CHERNER:
5    Q.  Okay.  Did you -- did you wake up?  Did
6  you have breakfast?
7           MR. BISS:  When he woke up?
8           THE WITNESS:  I normally don't eat
9  breakfast.
10  BY MS. CHERNER:
11    Q.  Okay.  Well, when was the first time
12  that you encountered the Flynns that day?
13    A.  I can't remember July 4th versus another
14  day.
15    Q.  Why?
16    A.  Because I was relaxing on vacation and
17  trying to enjoy the July 4th weekend, and I
18  wasn't -- I think it was several days.
19    Q.  Did you go surfing that day?
20    A.  I don't remember if it was July 4th or
21  another day, but it was the same trip.
22    Q.  What do you recall discussing with the
23  Flynns that day?
24           MR. SESSIONS:  Objection.  Form.
25           THE WITNESS:  I don't understand

1  the question.  It's broad.
2  BY MS. CHERNER:
3    Q.  Do you recall having any conversations
4  with the Flynns during the day?
5    A.  Yes.
6    Q.  Do you recall the nature of any of those
7  communications?
8    A.  Well, at some point during the trip, I
9  learned how to surf.  Mike taught me how to
10  surf.
11    Q.  Okay.  So you had a conversation about
12  surfing, and then you went surfing.  Right?
13    A.  Yes.
14    Q.  Okay.  At any point, did you have a
15  conversation about the Take the Oath Movement?
16    A.  No.
17    Q.  Do you know what the Take the Oath
18  Movement is?
19    A.  No.
20    Q.  You have never known what the Take the
21  Oath Movement is?
22    A.  No.
23    Q.  You have never seen "#TakeTheOath" on
24  Twitter?
25    A.  I saw it in the document request.

9 (Pages 30 - 33)

Page 34

1      Q.  Other than through the subpoena, you
2  have never seen "#TakeTheOath"?
3      A.  Not that I remember.
4      Q.  What time did you arrive at the Flynn
5  home for the barbecue that night?
6      A.  I don't remember.
7      Q.  Sometime before 5:30?
8      A.  I don't remember.
9      Q.  Was it day light?
10     A.  Yes.
11     Q.  Who do you remember seeing at the July
12  4th barbecue?
13     A.  Mike, Lori, Joe, Barbara, I believe.
14  That's what I can recall.
15     Q.  Do you recall seeing Jack and
16  Leslie Flynn?
17     A.  Yes.
18     Q.  Do you remember seeing Joe and Valerie
19  Flynn?
20     A.  Yes.
21     Q.  Do you recall any other Flynns other
22  than those?
23     A.  There are a lot of Flynns.  I don't
24  remember all of the names, just meeting them very
25  briefly.

Page 35

1      Q.  Approximately how many people were at
2  the event that evening?
3      A.  I don't remember exactly.
4      Q.  Was it more or less than 50 people?
5      A.  Less.
6      Q.  Okay.  Were there people other than
7  Flynn family members there?
8      A.  Yes.
9      Q.  And had you met those people before?
10     A.  No.
11     Q.  Do you recall any of their names?
12     A.  No.  This is reminding me that my mother
13  was there.
14     Q.  Yes.  Of course.  But other than Flynn
15  family members, other than you and your mother, I
16  am just trying to get a sense of it, if you could
17  recall anyone else who was also there that
18  evening.
19     A.  No.
20     Q.  Do you recall approximately how long you
21  were at the Flynn home that evening?
22     A.  No.
23     Q.  There came a time when the Flynns took
24  an oath.  Do you recall that?
25         MR. SESSIONS:  Can you be more

Page 36

1  specific, counsel?
2  BY MS. CHERNER:
3      Q.  There came a time when the Flynns took
4  an oath during their July 4th, 2020, meeting.  Do
5  you recall that?
6      A.  Are you referring to the video?
7      Q.  Yes.
8      A.  Yes.
9      Q.  Okay.  Were you told by anyone at any
10  time that the Flynns were going to take an oath
11  before they took it?
12     A.  No.
13     Q.  Are you aware they chose to take the
14  Constitutional Oath of Office?
15     A.  I don't remember what it was.
16     Q.  Had you ever heard the Constitutional
17  Oath of Office prior to the video?
18         MR. SESSIONS:  I'm going to object
19  to the form.  It's not clear as to what you mean
20  by that, "oath of office."
21         I would ask counsel to specify so
22  the witness can tell you accurately what he
23  recalls or doesn't recall.
24  BY MS. CHERNER:
25     Q.  Okay.  We received an oath video

Page 37

1  produced by your mother, Sidney.  Who took that
2  video?
3      A.  I did.
4      Q.  Whose phone was it recorded on?
5      A.  I believe it was hers.
6      Q.  So explain how that came to pass.
7      A.  I was given the phone and asked to take
8  a video.
9      Q.  Your mom handed you her phone?
10     A.  I believe so, yes.
11     Q.  And who asked you to take the video?
12     A.  My mom.  She handed me her phone.
13     Q.  So it was your mom who asked you to take
14  the video.  Is that what you are saying?
15     A.  Yes.
16     Q.  And what did she say?  What context
17  did she give you for why there needed to be a
18  video?
19     A.  She handed me a phone and said that we
20  wanted to wish the country a happy July 4th.
21     Q.  So how did it come to pass that there
22  was an oath taken in that video?
23         MR. BISS:  Object to the form.
24  Asked and answered.
25         THE WITNESS:  I mean, I don't know.

10 (Pages 34 - 37)

Page 38

1  BY MS. CHERNER:
2      Q.  What was your understanding for why it
3  needed to be filmed?
4      A.  Because it was July 4th.
5          MR. BISS:  Object to the form.
6  BY MS. CHERNER:
7      Q.  Sorry.  Can you repeat the answer?
8      A.  Because it was July 4th.
9      Q.  Because it was July 4th, you needed to
10 take a video?
11         MR. SESSIONS:  Objection.
12 Objection.  Form.  Argumentative.
13         Don't argue with counsel.
14 BY MS. CHERNER:
15     Q.  You can answer the question.
16     A.  I'm sorry.  Can you restate the
17 question?
18     Q.  I'm just trying to understand.  So you
19 are saying because it was July 4th, you took a
20 video.  And I am asking:  What about that meant
21 that you needed to take a video?
22     A.  I was told that they wanted to take a
23 video to wish the country a happy birthday on
24 July 4th.
25     Q.  Who is "they"?

Page 39

1      A.  The people in the video.
2      Q.  You are saying the Flynns wanted to wish
3  the country happy birthday?
4      A.  Yes.
5      Q.  Why wasn't it just a photo?
6      A.  I don't know.
7          MR. SESSIONS:  Objection.
8  Objection.  Form.  Argumentative.
9  BY MS. CHERNER:
10     Q.  Did no one ask you to take a photo?
11     A.  Not for that.
12     Q.  What do you mean by that?
13     A.  Well, so I mean I am a taller guy.  A
14 lot of people ask me to take pictures and videos.
15 So like I could have taken another picture that
16 weekend.
17     Q.  Who told you that the video was taken to
18 say, "Happy Fourth of July"?
19     A.  My mom for one.
20     Q.  So when you were standing in front of
21 them to take the video, you never had a
22 conversation with the Flynns?
23         MR. SESSIONS:  Objection.  Form.
24         THE WITNESS:  I don't -- I don't
25 understand that question.

Page 40

1  BY MS. CHERNER:
2      Q.  Sure.  I am happy to rephrase it.
3          So when you are standing in front
4  of them to take the video, you testified that
5  your mom told you it was a video that needed to
6  be taken to say, "Happy Fourth of July."
7          So the Flynns didn't speak to you
8  before you started the video.  Is that what you
9  are testifying?
10         MR. SESSIONS:  Objection.  Form.
11 Misstates what the witness has testified to.
12         Don't answer the question as
13 phrased.
14         MS. CHERNER:  I'm sorry.  You are
15 instructing your client not to answer the
16 question?
17         MR. SESSIONS:  Not to answer a
18 question that's mis-produced and misquotes him.
19 I think it's misleading.
20         MS. CHERNER:  It's not.
21         MR. SESSIONS:  You can ask another
22 question.  I am not trying to interfere with your
23 question, but you have got to be accurate if you
24 are going to try to quote him.
25         MS. BOLGER:  You know it's improper

Page 41

1  not to let the witness answer a question based on
2  form.
3          MR. SESSIONS:  Counsel, I have got
4  45 years of experience, am Board-certified and
5  been admitted to a dozen federal courts.  I know
6  exactly what I am doing.
7          Ask a proper question, he'll answer
8  it.  I am not going to allow counsel to misstate
9  or misquote it.  Period.
10         MS. BOLGER:  You know it's not
11 proper.
12         And Lindsey, you can go ahead and
13 restate.
14         MR. SESSIONS:  Excuse me.  Excuse
15 me.  Just a minute.  How many counsel are going
16 to represent this client in this video?
17         I don't want to be double teamed.
18 BY MS. CHERNER:
19     Q.  What did the Flynn family say to you
20 before you began filming the video?
21         MR. BISS:  Objection to form.
22         THE WITNESS:  That we wanted to
23 wish the country a happy birthday on July 4th.
24 BY MS. CHERNER:
25     Q.  So who of the Flynns said that to you?

11 (Pages 38 - 41)

Page 42

1     A. I think it was a group thing.
2     Q. Please be more specific. What do you
3  mean by that? They all said it at the same
4  time?
5     A. I think everyone wanted to wish the
6  country a happy birthday on July 4th.
7     Q. So your mom told you the video was to
8  wish the country happy birthday on July 4th.
9  Right?
10    A. Yes.
11    Q. And you are saying the Flynns also
12 wanted to wish the country happy birthday on July
13 4th and that they told you that?
14    A. Yes.
15    Q. Okay. How long was this conversation
16 about wishing the country happy birthday?
17    A. As long as it took to hand me the
18 camera.
19    Q. So can you tell me approximately how
20 long that took? Is it more than a minute?
21    A. Five to 10 seconds.
22    Q. And there were no other words spoken?
23    A. Not that I remember.
24    Q. In your recollection, were all of the
25 Flynns aware that it was a video being taken

Page 43

1  instead of a photo?
2        MR. SESSIONS: Objection. Form.
3        THE WITNESS: I don't know.
4  BY MS. CHERNER:
5     Q. Why was it just the Flynns in the
6  video?
7        MR. BISS: Object to the form.
8        THE WITNESS: I mean they are the
9  only ones there.
10 BY MS. CHERNER:
11    Q. You and your mom were right there, too.
12 Why were you not in the video?
13    A. Because I am there to take the video.
14    Q. Okay. But your mom wasn't taking the
15 video. Right?
16    A. Yes.
17    Q. And she wasn't in the video?
18    A. May I see the video, please?
19    Q. Please answer my questions.
20       MR. SESSIONS: If you know,
21 answer the question. If you don't know, tell
22 her.
23       THE WITNESS: Can you repeat the
24 question, please?
25 BY MS. CHERNER:

Page 44

1     Q. Why was your mom not in the video if she
2  wasn't taking it and she was right there?
3     A. I don't know.
4     Q. How did they end up getting in a line?
5  And by "they," I mean the Flynn family. How did
6  they end up in a line?
7     A. I don't understand the question.
8     Q. For the video, the Flynn family is
9  standing in a line. I am asking you: How did
10 that happen?
11    A. They were posing for a video.
12    Q. But they moved from one backyard to
13 another. Right? For this video?
14       MR. BISS: Object to the form.
15       THE WITNESS: I don't remember.
16 BY MS. CHERNER:
17    Q. There was a party going on for July 4th.
18 Right?
19    A. Yes.
20    Q. Okay. And everyone from the party
21 wasn't in the same area as where the video is
22 taken. Right?
23       MR. BISS: Object to the form.
24       THE WITNESS: I'm sorry. What? I
25 don't understand.

Page 45

1  BY MS. CHERNER:
2     Q. Was the video taken in front of all of
3  the attendees of the July 4th, 2020, party?
4     A. No.
5     Q. Okay. So that's what I am asking.
6  How -- how did it come to be that there was a
7  video taken separately from the rest of the party
8  that they were hosting?
9     A. It was after the party.
10    Q. You are saying there was no one else
11 left at the house?
12       MR. SESSIONS: Objection. Form.
13       THE WITNESS: I don't remember.
14 BY MS. CHERNER:
15    Q. Okay. So you don't recall if it was
16 after the party?
17       MR. SESSIONS: Objection. Form.
18       THE WITNESS: Can you restate the
19 question?
20 BY MS. CHERNER:
21    Q. Yes. So from your -- from your
22 recollection, what time was the video filmed?
23    A. I know it was dark.
24    Q. Which yard was the video filmed in?
25    A. I don't remember.

12 (Pages 42 - 45)

1    MS. CHERNER:  Okay.  I am going to
2  mark Tab 1, which is Flynn 135, as
3  "Exhibit 390."
4        (Deposition Exhibit Number 390 is
5  marked.)
6        MR. BISS:  Lindsey, are these
7  documents going to be put up on the Exhibit
8  Share?
9        MS. CHERNER:  Yes, they are.  And
10  they will also be screen shared.
11        MR. TOTH:  It's in the Marked
12  Exhibits folder now, and I will share it.
13        (Deposition Exhibit Number 390, a
14  video, plays.)
15  BY MS. CHERNER:
16    Q.  You recall taking that video.  Right?
17    A.  Yes.
18    Q.  You just heard the video in full, and
19  the friends don't say, "Happy birthday, America"?
20  Do they?
21        MR. BISS:  Lindsey, you listened to
22  it, too.  Why are you asking him that question?
23  You know they didn't say that.
24  BY MS. CHERNER:
25    Q.  Answer the question.

1        MR. SESSIONS:  I'm going to object
2  to -- I'm going to object to the form of the
3  question as being argumentative.
4  BY MS. CHERNER:
5    Q.  Mr. Powell, do the Flynns say, "Happy
6  birthday," in the video?
7    A.  No.
8    Q.  Now that you have seen the video do you
9  have any recollection of approximately what time
10  it was taken?
11    A.  Not -- I mean around dark.
12    Q.  Okay.  Who made the decision to move to
13  that area of the yard to take the video?
14        MR. SESSIONS:  Objection.  Form.
15        THE WITNESS:  I don't know.
16  BY MS. CHERNER:
17    Q.  Who asked the Flynns to get in a line?
18        MR. BISS:  Object to the form.
19        THE WITNESS:  I don't think that
20  was a request.
21  BY MS. CHERNER:
22    Q.  So when you were asked to take the
23  video, were the Flynns already in a line?
24    A.  I can't remember.
25    Q.  But you didn't ask them to get in a

1  line?
2    A.  No.
3    Q.  Were the Flynns all together before the
4  video started, or were some Flynns in another
5  yard or somewhere else or wherever they may have
6  been?
7        MR. SESSIONS:  Objection.  Form.
8        THE WITNESS:  I don't remember
9  where everyone was when.
10  BY MS. CHERNER:
11    Q.  Did some Flynns have to come over to the
12  yard that you were in to record the video?
13    A.  No.
14    Q.  So by the time that you had the phone,
15  everyone was already there?
16    A.  Yes.
17    Q.  Were you specifically asked to come over
18  to that yard to record the video?
19    A.  No.
20    Q.  Okay.  So then how did you end up in the
21  yard?
22        MR. SESSIONS:  Objection.  Form.
23        THE WITNESS:  I don't understand
24  the question.
25  BY MS. CHERNER:

1    Q.  How did you end up in the same yard as
2  the six Flynn family members and your mom?
3        MR. SESSIONS:  Same objection.
4        THE WITNESS:  Because I was still
5  with them at the time.
6  BY MS. CHERNER:
7    Q.  So was there a conversation that led you
8  to the other yard?
9        MR. SESSIONS:  Objection.  Form.
10        THE WITNESS:  Not that I remember.
11  BY MS. CHERNER:
12    Q.  The video was taken in General Flynn's
13  yard.  Right?
14    A.  I think so.
15    Q.  Did General Flynn tell everyone that he
16  would be reading from his phone?
17    A.  No.
18    Q.  Were you surprised that he was reading
19  from his phone?
20    A.  No.
21    Q.  Why not?
22    A.  I don't understand why, like, I would
23  be.
24    Q.  Well, you testified that they were
25  trying to wish the Flynn family a happy birthday.

13 (Pages 46 - 49)

Page 50

1  So, I'm just wondering: Was it surprising to
2  you that they had to read something from their
3  phone?
4          MR. SESSIONS: Objection. I
5  believe you misspoke. You mean not the Flynns
6  but country. Is that correct, Counsel?
7          MS. CHERNER: Yes.
8          MR. SESSIONS: I will ask you to
9  rephrase your question. I think you misspoke.
10 BY MS. CHERNER:
11      Q. You testified earlier that the Flynns
12 were trying to wish their country a happy
13 birthday. Right?
14      A. Yes.
15      Q. So if they were trying to wish their
16 country a happy birthday, were you surprised that
17 General Flynn was reading something from his
18 phone to do that?
19      A. I don't see why that would be relevant,
20 but no.
21      Q. That wasn't the question. I am just
22 asking if you were surprised.
23      A. No.
24      Q. Did he say in advance what he was
25 reading from his phone?

Page 51

1      A. I can't remember.
2      Q. So how did you get this video to happen?
3  The Flynns are -- are they practicing what they
4  are going to say before they say it?
5          MR. SESSIONS: Objection.
6  Compound.
7          THE WITNESS: I think it was more
8  like a repeat-after-me thing.
9  BY MS. CHERNER:
10      Q. So who said to repeat after me?
11      A. I believe it was Mike.
12      Q. So he said that before the video
13 started?
14      A. Yes.
15      Q. What else did he say before the video
16 started?
17      A. When?
18      Q. When you were in the yard before you had
19 the phone or right after you got the phone. What
20 else was said other than "repeat after me"?
21          MR. SESSIONS: Objection. Form.
22          THE WITNESS: "Happy birthday." We
23 wanted to wish the country a happy birthday on
24 July 4th.
25 BY MS. CHERNER:

Page 52

1      Q. So General Flynn specifically said, "We
2  want to wish the country a happy birthday on July
3  4th. Repeat after me"?
4      A. No.
5      Q. So then, what did he say?
6      A. I don't remember exactly.
7      Q. Okay. Well, was there -- you practiced
8  the video. Right?
9      A. No. Not really.
10      Q. What do you mean, "No. Not really"?
11      A. I think there were like two takes.
12 Those were "repeat after me," and they did it
13 again.
14      Q. The video that we just watched, was that
15 the first take or the second take?
16      A. I don't remember. I don't know.
17      Q. Where is the second version of the
18 video?
19          MR. BISS: Object to the form.
20          THE WITNESS: I don't know.
21 BY MS. CHERNER:
22      Q. So why was there a second take? What
23 happened after the first take that required a
24 second take?
25          MR. BISS: Object to the form.

Page 53

1          THE WITNESS: I think somebody
2  thought they could state the Constitution a
3  little bit better.
4  BY MS. CHERNER:
5      Q. Who?
6      A. I don't know. I can't remember.
7      Q. I am not sure what that means by,
8  "Someone thought they could state the
9  Constitution a little better."
10      A. So whatever Mike read on his phone, I
11 think someone said they could resay it better.
12 So they did a second take of the video.
13      Q. Who was that person?
14      A. I don't remember.
15      Q. It wasn't General Flynn? It was
16 somebody else?
17      A. I don't remember.
18      Q. So who asked for the second take?
19      A. I don't remember.
20          MR. SESSIONS: Counsel, at the
21 hour, we would like to take a break. We will
22 have been going about an hour.
23          MS. CHERNER: Yeah. Just give me
24 about one or two more minutes.
25          MR. SESSIONS: You take a break

14 (Pages 50 - 53)

Page 54

1  whenever you are ready.  I am just noting we are
2  around the one-hour mark, please.
3      MS. CHERNER:  Yes.  Absolutely.
4  BY MS. CHERNER:
5      Q.  Was the first video the full video?
6      A.  It was the same video as the second
7  pretty much.
8      Q.  What were the differences between the
9  two videos?
10     A.  People repeated what Mike read off of
11  his phone better the second time.
12     Q.  What do you mean by that?  "Better"?
13     A.  They were more satisfied with how it
14  looked, I guess.
15     MS. CHERNER:  Okay.  We can take a
16  break now.
17     MR. SESSIONS:  Thank you.  About
18  five minutes?
19     MS. CHERNER:  Five minutes is fine.
20     THE VIDEOGRAPHER:  Current time is
21  9:57 a.m.  We are now off of the record.
22     (Recess taken.)
23     THE VIDEOGRAPHER:  Current time is
24  10:09 a.m.  We are now back on the record.
25  BY MS. CHERNER:

Page 55

1      Q.  Mr. Powell, do you know what
2  General Flynn was reading on his phone?
3      A.  I don't know the answer to these
4  questions.
5      Q.  I just asked one question.  So do you
6  know what he was reading on his phone?
7      A.  I think we established already that it
8  was some sort of oath of office.
9      Q.  Okay.  But did he say where he was
10  reading it from, if it was a website or a note on
11  his phone?
12     A.  No.  I don't know.
13     Q.  Okay.  Had you ever heard the
14  Constitutional Oath of Office being used to wish
15  the country happy birthday?
16     A.  Yes.
17     Q.  When?
18     A.  I think generally people think the Oath
19  of Office is something patriotic.  So...
20     Q.  The Constitutional Oath of Office is to
21  enter an office.  So, I am just wondering how
22  or -- how you have seen it used for happy
23  birthday.
24     MR. BISS:  He just told you.  He
25  just told you that.

Page 56

1      THE WITNESS:  I have seen people
2  mention it on July 4th.
3  BY MS. CHERNER:
4      Q.  Specifically July 4th, 2020, or was
5  there another time?
6      A.  July 4th, 2020.
7      Q.  Oh, okay.  So you mentioned that there
8  was a second video that was taken.  We have only
9  received one video.  Do you know where that
10  second video is?
11     A.  No.
12     Q.  Who would know where that second video
13  is?
14     MR. BISS:  Object to the form.
15     THE WITNESS:  I don't know.
16  BY MS. CHERNER:
17     Q.  Okay.  Were you aware that General Flynn
18  posted the oath video online as part of the Take
19  the Oath social media movement?
20     A.  At what point?
21     Q.  On July 4th, 2020.  Don't --
22     MR. SESSIONS:  She is asking
23  about -- are you asking about a particular point
24  in time?
25     I think the witness is confused

Page 57

1  about the when he knew that.  So, if you can
2  specify that, it will help him.  That's why the
3  quizzical look on his face.
4      MS. CHERNER:  Okay.  Yeah.
5  BY MS. CHERNER:
6      Q.  Mr. Powell, if in the future if you have
7  a question about my question please ask me, and I
8  am happy to clarify it for you.
9      Were you aware that General Flynn
10  planned to post the video that was taken that
11  evening as part of the Take the Oath social media
12  movement on July 4th, 2020?
13     MR. BISS:  Objection to form.
14  BY MS. CHERNER:
15     Q.  Please answer the yes or no.
16     A.  No.
17     Q.  You were not aware?
18     A.  No.
19     Q.  Did you become aware that General Flynn
20  did post the oath video as part of the social
21  media movement, Take the Oath?
22     A.  Yes.
23     MR. BISS:  Objection.  Form.
24     THE WITNESS:  Just now.
25  BY MS. CHERNER:

15 (Pages 54 - 57)

1    Q.  What do you mean by "just now"?
2         MR. FLYNN:  You just mentioned it.
3    BY MS. CHERNER:
4    Q.  You became aware during this
5    deposition?
6    A.  Yes.
7         MS. CHERNER:  Okay.  I am going to
8    mark Tab 13, which was produced as PX_250, as
9    "Exhibit 391."
10        (Deposition Exhibit Number 391 is
11   marked.)
12        MR. FLYNN:  I don't think she knows
13   she is on.
14        MR. BISS:  Lindsey, will
15   you -- Lindsey, will you make sure that these
16   documents are posted on the Exhibit Share?  I am
17   not seeing them.
18        MS. CHERNER:  Yes.  You may have to
19   refresh.
20        MR. BISS:  I have refreshed.
21        MR. SESSIONS:  We are not -- we are
22   not seeing them either.
23        MR. BISS:  Yeah.  I --
24        MR. SESSIONS:  Not seeing this
25   particular exhibit.

1         THE DOCUMENT TECHNICIAN:  It should
2    be there now.
3         MR. BISS:  Okay.
4         MR. SESSIONS:  It is not.
5         THE DOCUMENT TECHNICIAN:  Try
6    refreshing again.
7         MS. CHERNER:  I see it in there, so
8    please refresh.
9         MR. SESSIONS:  I can't do that.
10   Here we go.  It's up now.
11   BY MS. CHERNER:
12   Q.  Mr. Powell, as you can see, this is a
13   General Flynn Tweet.  On the bottom left corner,
14   you can see the time is 6:39 p.m., 4 July 2020.
15   Do you see that?
16   A.  Yes.
17   Q.  Okay.  So General Flynn did post this
18   video on July 4th, 2020.  Right?
19   A.  Yes.
20   Q.  This is the same video that we watched
21   as Exhibit 390.  Right?
22        MR. SESSIONS:  If you know.
23        THE WITNESS:  I don't know.
24   BY MS. CHERNER:
25   Q.  Okay.  Well, it's a 42-second video and

1    they are standing in the same line.  So unless
2    this is the second version, it would be the same
3    video.  Right?
4         MR. SESSIONS:  Objection.  Calls
5    for speculation.
6         THE WITNESS:  I don't know.
7    BY MS. CHERNER:
8    Q.  Okay.  Will you take a look at the top
9    of that text?  Sorry.  The top of the Tweet?
10   A.  Uh-huh.  Yes.
11   Q.  Do you see it says, "#TakeTheOath"?
12   A.  Yes.
13   Q.  Does this refresh your recollection that
14   it was posted as part of "#TakeTheOath"?
15   A.  No.
16        MR. BISS:  Objection to form.
17        MR. SESSIONS:  Objection.
18   Objection.  Form.
19        THE WITNESS:  I see -- I see what
20   you have in front of me.  Yes.
21   BY MS. CHERNER:
22   Q.  Okay.  So General Flynn posted this at
23   6:39 p.m.  Does this at all refresh your
24   recollection as to when approximately the video
25   may have been taken that night?

1         MR. SESSIONS:  Objection.  Form.
2    Speculation.
3         You have not established if it
4    refreshes his recollection.
5    BY MS. CHERNER:
6    Q.  Okay.  You can answer the question,
7    Mr. Powell.
8    A.  I think it would still be around the
9    same time as I previously stated.
10   Q.  Okay.  How did General Flynn get this
11   video on July 4th, 2020?
12        MR. BISS:  Object to the form.
13        (Audio disturbance.)
14        MR. BISS:  Hold on one second.
15   Hold on one second.  I can hear somebody.  And I
16   don't know who it is yet.  I am listening very
17   closely, and I can hear somebody talking in the
18   background.  Okay?
19        I don't know who it is.  But
20   whoever it is, stop talking in the background.
21   It's interfering with my ability to listen to the
22   deponent's testimony.  And I can almost make out
23   some of the whispers.  Stop talking in the
24   background.
25        MS. BOLGER:  For the record, just

Page 62

1  in case there is any implication that it was
2  Counsel for Defense, I am alone in a hotel room
3  in Quebec, and I assure you I have no one to talk
4  to.
5          MS. CHERNER: Okay.
6          MR. BISS: Well, and I -- and I
7  didn't recognize it as your voice, Kate. And I
8  am sorry that you are locked up all alone in
9  Quebec. It's a horrible place to be locked up
10 in.
11         MS. CHERNER: Okay. Mr. Biss,
12 state your objection.
13         MR. SESSIONS: Pardon me.
14         MS. CHERNER: We are moving on.
15         MR. SESSIONS: Pardon me. For the
16 record, there is only two of us in this room, the
17 witness and myself. We don't know who it is that
18 was doing the whispering.
19         MR. BISS: Right. And
20 Mr. Sessions, that's a good point actually. It
21 didn't sound like a male's voice but as -- as you
22 may know, there are other participants on the
23 line remotely listening to the deposition.
24         So, I just want to make it clear
25 going forward, you know, keep quiet. Let's let

Page 63

1  the deponent testify.
2          MR. HOLMES: Look, I'm -- this is
3  Bob Holmes. I am muted. Nobody else is in here
4  with me.
5          MS. CHERNER: Okay. We are going
6  to go off the record.
7          MR. HOLMES: And everybody needs to
8  mute except the people that are involved in the
9  discussion. Okay?
10         Depositions that aren't conducted
11 that way are not conducted properly. So, the
12 concierge needs to advise everybody to mute
13 themselves so none of us have to put up with some
14 crap that somebody else is throwing out. Make
15 this thing easy, guys.
16         MS. CHERNER: Okay. We are going
17 to go off the record if everyone keeps talking.
18 Let's move on. Everybody mute yourself except me
19 and Wilson.
20 BY MS. CHERNER:
21     Q. Mr. Powell, how did General Flynn get
22 this video before 6:39 p.m. on July 4th, 2020?
23         MR. BISS: Object to the form.
24         THE WITNESS: Previously it was
25 recorded on the phone.

Page 64

1  BY MS. CHERNER:
2      Q. You testified earlier that the video was
3  recorded on Sidney Powell's phone? Right?
4      A. Yes. I believe it was.
5      Q. Okay. How did the video get from
6  Sidney Powell's phone to General Flynn?
7      A. I don't know.
8      Q. Who would know?
9          MR. BISS: Object to the form.
10         THE WITNESS: I don't know.
11 BY MS. CHERNER:
12     Q. Did you send the video to General Flynn?
13     A. No.
14     Q. Did anyone else film the video besides
15 you?
16     A. No.
17     Q. And was it filmed on any other phone
18 besides Sidney Powell's phone?
19     A. No.
20     Q. Do you recall if General Flynn asked you
21 to send the video immediately after it was
22 taken?
23     A. No. It wasn't -- no. He didn't ask me
24 to do that.
25     Q. Did anyone ask you to send the video

Page 65

1  after it was taken?
2      A. No.
3      Q. After taking the July 4th, 2020, videos,
4  what happened next?
5      A. Went back to the hotel.
6      Q. Immediately after the July 4th, 2020,
7  videos, you went back; or was there some amount
8  of time before that?
9      A. I can't recall how long. I don't
10 remember how long.
11     Q. Is your testimony that there was some
12 amount of time before you went back to the hotel
13 after the video was taken?
14     A. Yes.
15     Q. Okay. You just don't recall how long?
16     A. Correct.
17     Q. Okay. Were you aware on July 4th, 2020,
18 that the video was posted?
19     A. I can't remember.
20     Q. Okay. Your mom is tagged in
21 Exhibit 391, if you look on the screen; right?
22     A. Yes.
23     Q. So was she aware that night?
24         MR. BISS: Object to the form.
25 Speculation.

17 (Pages 62 - 65)

1           THE WITNESS:  I don't know.  I
2    mean, I don't know.
3    BY MS. CHERNER:
4        Q.  You have no recollection of having a
5    conversation with your mom or with any of the
6    Flynns about it being posted on July 4th, 2020?
7        A.  No.  I don't have an answer to a lot of
8    these questions.  It was a really impromptu thing
9    and the video is just an impromptu thing to wish
10   America happy birthday on July 4th.
11       Q.  The video was filmed twice.  Right?
12       A.  I believe so.  Yes.
13       Q.  Yes.  Okay.  Do you recall the Flynns
14   doing a toast to your mom?
15       A.  No.
16           MS. CHERNER:  I am going to mark
17   Tab 2, which was produced as PX_189, as
18   "Exhibit 392" in this deposition.
19           (Deposition Exhibit Number 392, a
20   video, is marked and plays.)
21   BY MS. CHERNER:
22       Q.  In that video, you heard your mom
23   being called "the Guardian Angel of Justice"?
24   Right?
25       A.  Yes.

1        Q.  Does that refresh your recollection that
2    there was a toast to your mom after the July 4th,
3    2020 videos were taken?
4        A.  I don't know if that was before or
5    after.  But yes, the same night.
6        Q.  Okay.  At the end, you heard Joe Flynn
7    say it's going to go viral.  Right?
8        A.  Yes.
9        Q.  General Flynn also sent you some photos
10   after the July 4th weekend.  Is that correct?
11       A.  I think he sent me a video.
12           MS. CHERNER:  Okay.  Can we mark
13   Tab 18, which was produced to us by you, Wilson,
14   with WBP_CNN_770 as "Exhibit 393"?
15           And if you could zoom in on the top
16   of the e-mail in the one sentence there?
17           (Deposition Exhibit Number 393 is
18   marked.)
19   BY MS. CHERNER:
20       Q.  Wilson, are you able to see that?
21       A.  Yes.
22       Q.  Okay.  So General Flynn sends an e-mail
23   to -- this is your e-mail.  Right?
24       A.  Yes.
25       Q.  On July 8th, 2020, at 6:37 p.m.  Do you

1    see that?
2        A.  I don't see that part.  It's cut off on
3    the...
4        Q.  Okay.  I can represent to you that
5    that's the time on it.  Can you see it now?
6        A.  Can you repeat the time, please?
7        Q.  6:37 p.m.
8        A.  Yes.
9        Q.  Okay.  He says, "I'll send you a few
10   e-mails with photos and a few videos.  Sending
11   all at once won't work."
12           Did he send you a few videos?
13       A.  I recall one video.
14       Q.  And what video was that?
15       A.  It was my dog swimming in the pool.
16       Q.  Were there any other videos?
17       A.  Not that I remember, no.
18       Q.  Okay.
19       A.  That's my dog.
20       Q.  That's a cute dog.  After July 4th,
21   2020, what was your relationship like with
22   Jack Flynn?
23           MR. BISS:  Object to the form.
24           THE WITNESS:  I don't even remember
25   speaking to him after that.

1    BY MS. CHERNER:
2        Q.  You never spoke to him again?
3        A.  Not that I remember, no.
4        Q.  Did he ever reach out to you for the
5    videos that were taken on July 4th, 2020?
6        A.  I think -- I think his wife reached out
7    to me, but I don't think he did.  And this was
8    also produced.
9        Q.  Did you communicate with Leslie Flynn
10   after July 4th, 2020, other than the message that
11   you are referencing?
12       A.  Can I see the message?  Can I show you
13   which message I am referring to?
14       Q.  I will show you a message when I want
15   to show you a message.  I am just asking for
16   your recollection.  Did you communicate with her
17   other than that message that you are referring
18   to?
19       A.  I don't remember.
20       Q.  Okay.
21       A.  I mean...
22           MS. CHERNER:  Can we mark Tab 31,
23   which was produced as WBP_CNN_941 to 942, as
24   "Exhibit 394"?
25           (Deposition Exhibit 394 is marked.)

18 (Pages 66 - 69)

1  BY MS. CHERNER:
2      Q. Mr. Powell, can you see the message on
3  your screen?
4      A. Yes.
5      Q. Okay. Is this the message that you were
6  just referring to? We can zoom in.
7      A. No. There was one later that I was
8  referring to.
9      Q. Okay. I have a couple of questions
10 about this exhibit for you. So is this --
11 this is a Facebook Messenger message. Is that
12 right?
13     A. I don't know.
14     Q. Well, it doesn't look like a text.
15 Right?
16     A. Correct. I don't think it's a text.
17     Q. It's from a social media messenging
18 platform of some kind, and you are not sure if
19 it's Facebook or a different one?
20     A. Yes.
21     Q. On February 22nd, 2021, Leslie Flynn
22 forwarded a link that we cannot see, and it was
23 from YouTube. Do you know what that is?
24     A. No.
25     Q. Do you know if you would have looked at

1  the link?
2      A. I don't remember.
3      Q. Do you have a habit of clicking links
4  when you receive them?
5      A. Not necessarily.
6      Q. So it's possible that you just received
7  this link, and you didn't click it?
8          MR. SESSIONS: Objection. Form.
9          THE WITNESS: I can't remember. I
10 don't know.
11 BY MS. CHERNER:
12     Q. Okay. Below, you see the beginning of a
13 second message from Leslie. And we are going to
14 have to go to the second page after we start this
15 one. But this message is from April 11th, 2021.
16 Do you see that?
17     A. Yes.
18     Q. Leslie says, "Hi Wilson, not sure if
19 Jack has reached out to you yet but we are
20 looking for the original videos of the 4th of
21 July cookout at Mike's house."
22          Is that the message that you were
23 referencing earlier?
24     A. No. There was a later -- it's the
25 message with her but it's not this message. Like

1  the message chain but not this message.
2      Q. Okay. So did Jack reach out to you for
3  the video that Leslie noted here?
4          MR. BISS: Object to the form.
5  That's not what it says.
6          THE WITNESS: I don't think so, but
7  I can't remember.
8  BY MS. CHERNER:
9      Q. Okay. Did any of the other Flynns reach
10 out to you for the original videos, or was it
11 just Leslie here in this message?
12     A. I only remember Leslie reaching out.
13     Q. Do you know why she was reaching out to
14 you on April of 2021, nine months after the
15 videos were taken?
16     A. No.
17     Q. Did you know which videos she was
18 referring to?
19     A. No.
20     Q. How did you interpret "original videos
21 of the 4th of July cookout"?
22     A. Videos that were taken at the Fourth of
23 July cookout.
24     Q. Were there other videos taken besides
25 the one that we watched?

1      A. As I stated earlier, there were two
2  videos, I believe, of the video that you have
3  mentioned.
4      Q. There are two versions?
5      A. As I said stated earlier, yes. I
6  believe so.
7          MS. CHERNER: Okay. I want to show
8  the second page of that exhibit. Okay.
9  BY MS. CHERNER:
10     Q. So you respond --
11         MS. CHERNER: Can you blow
12 up -- can you make that bigger, please?
13 BY MS. CHERNER:
14     Q. You respond, "Oh gosh, not sure I have
15 any. I'll ask M though. How are you all? We
16 miss RI."
17         RI is a reference to Rhode Island.
18 Right?
19     A. Yes.
20     Q. And what does the "M" refer to?
21     A. My mom.
22     Q. Okay. Did you ever ask your mom?
23     A. I can't remember.
24     Q. In response, Leslie says, "I'm
25 actually in FL, and Jack is in RI. We are all

19 (Pages 70 - 73)

Page 74

1   good!  Heading over to help Lori move in to her
2   new house in FL!!  Haven't seen Mike and Lori
3   this happy for a very long time!!!!!  It's
4   wonderful to see!  Hope all is well with you and
5   your Mom."
6           Do you see that message?
7       A.  Yes.
8       Q.  How did you interpret this?
9           MR. BISS:  Object to the form.
10          THE WITNESS:  I am glad that they
11   are happy.  I am glad that Mike and Lori are
12   happy.
13   BY MS. CHERNER:
14      Q.  It seems like Jack and Leslie were good
15   on April 11th, 2021.  Right?
16          MR. BISS:  Object to the form.
17          MR. SESSIONS:  Object to the form.
18          THE WITNESS:  I don't know.
19   BY MS. CHERNER:
20      Q.  Well, it says, "We are all good!"
21          MR. SESSIONS:  Is that a question?
22   BY MS. CHERNER:
23      Q.  I am asking:  Do you see it?  It says,
24   "We are all good."  It's a message from Leslie.
25      A.  Yes, I see the message.

Page 75

1       Q.  Okay.  And you said that she is saying,
2   "We are all good."  Right?
3       A.  Yes.
4       Q.  And you see that she says, "Haven't seen
5   Mike and Lori this happy for a very long
6   time!!!!!"  Right?
7       A.  Yes.
8       Q.  Okay.  Do you have any reason to doubt
9   that?
10          MR. BISS:  Object to the form.
11          THE WITNESS:  I don't know.  I
12   don't talk to them very much and I didn't talk to
13   them very much at the time.
14   BY MS. CHERNER:
15      Q.  Okay.  What is your opinion of
16   Jack Flynn?
17          MR. BISS:  Object to the form.
18          THE WITNESS:  He does a really good
19   lobster cookout, but I didn't get a chance to
20   talk to him very much.
21   BY MS. CHERNER:
22      Q.  Okay.  Do you have any bad opinions of
23   Jack Flynn?
24          MR. BISS:  Object to the form.
25          THE WITNESS:  No.

Page 76

1   BY MS. CHERNER:
2       Q.  Okay.  What's your opinion of
3   Leslie Flynn?
4           MR. BISS:  Object to the form.
5           THE WITNESS:  I haven't gotten to
6   speak much with her.  I don't really have -- I
7   don't know.
8   BY MS. CHERNER:
9       Q.  You don't have a bad opinion of
10   Leslie Flynn?  Do you?
11      A.  No.
12          MR. BISS:  Object to the form.
13   BY MS. CHERNER:
14      Q.  What's your opinion of Lori Flynn?
15          MR. BISS:  Object to the form.
16   BY MS. CHERNER:
17      Q.  What's your opinion of Lori Flynn?
18      A.  She seems like a very supporting wife to
19   Mr. Flynn.
20      Q.  You don't have a bad opinion of
21   Lori Flynn.  Do you?
22      A.  I don't.
23          MR. BISS:  Object to the form.
24   BY MS. CHERNER:
25      Q.  What about Valerie Flynn?  What's your

Page 77

1   opinion of her?
2           MR. BISS:  Object to the form.
3           THE WITNESS:  I didn't talk to her
4   very much either.  I don't know her that well.
5   BY MS. CHERNER:
6       Q.  Do you have a bad opinion of
7   Valerie Flynn?
8           MR. BISS:  Object to the form.
9           THE WITNESS:  No.
10   BY MS. CHERNER:
11      Q.  Are you in close contact with your
12   mom?
13      A.  Yes.
14          MS. CHERNER:  Okay.  I am going
15   take a five-minute break.
16          THE COURT REPORTER:  Off the
17   record.
18          (Recess taken.)
19          THE VIDEOGRAPHER:  The time is
20   10:44 a.m.  We are now back on the record.
21   BY MS. CHERNER:
22      Q.  Mr. Powell, right before we took our
23   break, I asked you if you were in close contact
24   with your mom, and you said, "Yes."  Right?
25      A.  (No audible response.)

20 (Pages 74 - 77)

Page 78

1    Q. I'm sorry. I couldn't hear your answer.
2         MS. CHERNER: It looks like he is
3    muted.
4         MR. BISS: Unmute it.
5         MS. CHERNER: Did you get that,
6    Court Reporter?
7         THE COURT REPORTER: No, I did not
8    hear either. It did sound as if he were muted.
9         MS. BOLGER: That's really weird.
10   I can hear him. It's Kate. Sorry.
11        MS. CHERNER: Oh.
12        MR. SESSIONS: We are not doing
13   anything with the audio except turning on or
14   turning off.
15        MS. CHERNER: I can hear
16   Mr. Sessions now. So, I'm just going to ask my
17   question again. Just -- I'm sorry. I couldn't
18   hear the response.
19        MR. SESSIONS: That's fine.
20   BY MS. CHERNER:
21        Q. Before we took a break, you said you
22   were in close contact with your mom. Is that
23   right?
24        A. Yes.
25        Q. Okay. I could hear it that time. Does

Page 79

1    your mom have more than one property?
2         MR. SESSIONS: What are we talking
3    about here?
4         MS. CHERNER: It's a "yes" or "no."
5    BY MS. CHERNER:
6         Q. Does she have more than one property?
7         MR. SESSIONS: I am objecting to
8    the form of the question.
9         MR. HOLMES: Wilson, this is
10   Bob Holmes, and I am objecting to you answering
11   one damn question about your mom. You are not
12   handling her business. You don't know what she
13   has.
14        And Lindsey, I think this is
15   completely off of the record, completely
16   irrelevant to this deposition, and I don't
17   know where the hell you think you are going with
18   it.
19        But he is not going to testify, and
20   you can take it up with the Court about
21   anything he knows about his mom's assets,
22   properties, where she lives, what she does or
23   what she doesn't do. Do you understand?
24        MS. CHERNER: Mr. Holmes, you are
25   not the one defending this deposition. Right?

Page 80

1         MR. HOLMES: Well --
2         MR. SESSIONS: I'm -- I'm defending
3    it. If there is some connection with this case,
4    please let us know.
5         MS. CHERNER: I am happy to explain
6    the context of the question. We have tried --
7         MR. SESSIONS: Please.
8         MS. CHERNER: -- to serve
9    Mrs. Powell for months, and so I am asking
10   because she is relevant to this litigation.
11        MR. SESSIONS: Okay. So we are
12   clear, we are not giving her address out. You
13   can take it up with her counsel about that.
14        We are not here to testify about
15   Ms. Powell or where she lives or what she owns or
16   doesn't own.
17        MR. SESSIONS: I will instruct the
18   witness not to answer the question as phrased.
19   BY MS. CHERNER:
20        Q. Mr. Powell, do you know whether your
21   mother is in Dallas right now?
22        A. I don't think she is.
23        Q. You don't know if she is in Dallas right
24   now?
25        A. I think she is not in Dallas. I haven't

Page 81

1    seen her in several weeks.
2         Q. Where is she?
3         A. I don't know.
4         Q. You don't know what state she's in?
5         A. No.
6         Q. You testified earlier that you're
7    close -- you are in close contact with your mom?
8    Right?
9         A. Yes.
10        Q. But you don't know what state she is?
11        MR. SESSIONS: Objection. Asked
12   and answered.
13        THE WITNESS: I don't -- I don't
14   know where she is all the time.
15   BY MS. CHERNER:
16        Q. When was the last time you talked to
17   her?
18        A. Probably today. This morning.
19        Q. And she didn't mention where she was?
20        A. No.
21        Q. You didn't ask?
22        A. No.
23        MS. CHERNER: Okay. No further
24   questions.
25        MR. SESSIONS: We will reserve our

21 (Pages 78 - 81)

Page 82

1  questions.
2          EXAMINATION
3  BY MR. BISS:
4      Q.  This is Steve Biss.  I represent Jack
5  and Leslie Flynn.  Good morning, sir.  I don't
6  think we've ever met or talked before.  Is that
7  correct?
8      A.  Yes.  I believe so.
9      Q.  All right.  I have just a couple of
10 questions.  Okay?  They are -- I want to follow
11 up on the video that we marked for identification
12 as "Exhibit 390."
13         You told us that you are the one
14 who took that video using your mom's phone.
15 Correct?
16     A.  Yes.
17     Q.  Okay.  Here is my question:  When you
18 watched the video today, when you recorded it,
19 when you were in the backyard on July 4th, 2020,
20 when you watched it again today, did you notice
21 that there was a large American flag right behind
22 General Flynn and his family members on the
23 fence?  Did you notice that?
24     A.  I wasn't looking specifically for that,
25 but I definitely believe it was there.

Page 83

1      Q.  All right.  And do you recall any
2  conversations that day when the video was being
3  taken?
4          Do you recall any conversations
5  that the reason that everybody wanted to go to
6  General Flynn's backyard is because he had a big
7  American flag on the fence?
8          MS. CHERNER:  Objection.  Form.
9  BY MR. BISS:
10     Q.  Do you recall any conversations to that
11 extent?
12         MS. CHERNER:  Object to the form.
13         THE WITNESS:  No.  I don't recall
14 that.  I don't remember that specifically.
15 BY MR. BISS:
16     Q.  All right, sir.  And then my last
17 question is:  When you watched the video, when
18 you took it, and when you watched it again today,
19 you distinctly heard the Flynn family members
20 say, "God bless America."
21         And then there was some celebration
22 afterwards and you heard some various, various
23 different kinds of cheering.
24         Do you remember that?
25     A.  Yes.

Page 84

1          MS. CHERNER:  Object to the form.
2  BY MR. BISS:
3      Q.  Did you associate the words "God bless
4  America" with the happy birthday celebration of
5  the Fourth of July?
6          MS. CHERNER:  Object to the form
7  and calls for speculation.
8          THE WITNESS:  No.  Not necessarily.
9  BY MR. BISS:
10     Q.  What did you --- when the Flynn family
11 members said, "God bless America," what did you
12 interpret that to mean?
13         What do you think they were -- what
14 do you think they were getting at when they said,
15 "God bless America"?
16         MS. CHERNER:  Object to the form.
17         THE WITNESS:  Well, if I were to
18 interpret it personally, I would think that God's
19 presence would be a great thing in this country
20 right now.
21         MR. BISS:  Okay.  Thank you, sir.
22 No other questions.
23         MS. CHERNER:  Okay.  Does -- if no
24 one else has any other questions, then it seems
25 like you are done here, Mr. Powell.

Page 85

1          MR. SESSIONS:  Thank you very much.
2  May we be excused?
3          MS. CHERNER:  Yes.
4          THE COURT REPORTER:  I do have a
5  couple of questions for spelling, but we can go
6  off the record if you all would like.
7          MR. BISS:  Let's go off the record,
8  Suzi.
9          MS. CHERNER:  Let's go off of the
10 record, please.  Thank you.
11         THE VIDEOGRAPHER:  Current time is
12 10:51 a.m., and we are off the record.
13         (Deposition concluded at
14 10:51 a.m.)
15
16
17
18
19
20
21
22
23
24
25

22 (Pages 82 - 85)

Page 86

```
 1        CHANGES AND SIGNATURE
 2   TO THE REMOTE VIDEOTAPED ORAL DEPOSITION OF
 3              WILSON POWELL
 4              May 6, 2023
 5   Page  Line  Change          Reason
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

Page 87

```
 1        I, WILSON POWELL, have read the foregoing
 2   deposition and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4        _____
 5            (Signature of witness)
 6   STATE OF _____
 7   COUNTY OF _____
 8        Before me,_____, on this day
 9   personally appeared WILSON POWELL, known to me (proved
10   to me under oath or through _____)
11   (description of identity card or other document) to be
12   the person whose name is subscribed to the foregoing
13   instrument and acknowledged to me that he executed the
14   same for the purposes and consideration therein
15   expressed.
16     (Seal)  Given under my hand and seal of office
17   this _____ day of _____, 2023.
18
19
20
21        _____
22        Notary Public in and for
23        the State of _____.
24
25
```

Page 88

```
 1        IN THE UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
 2
     JOHN P. "JACK" FLYNN,    §
 3   et al,                   §
                              §
 4       Plaintiffs,          §
                              §
 5   vs.                      §  Civil Action No.
                              §  1:21-CV-02587-GHW
 6                            §
     CABLE NEWS NETWORK,      §
 7   INC.,                    §
                              §
 8       Defendant.           §
 9
10        REMOTE VIDEOTAPED ORAL DEPOSITION OF
              WILSON POWELL
              May 6, 2023
11
12
          I, Suzanne Kelly, RDR, CRR, in and for the State
13   of Texas hereby certify to the following:
14        That the witness, WILSON POWELL, was duly sworn
     by the officer and that the transcript of the
15   videotaped oral deposition is a true record of the
     testimony given by the witness;
16
          That the deposition transcript was submitted on
17   the _____ day of _____, 2023, to the witness for
     examination, signature and return to Suzanne Kelly by
18   the _____ day of _____, 2023;
19        That the amount of time used by each party at the
     deposition is as follows:
20
          Ms. Cherner: One hour and 28 minutes used;
21        Mr. Biss: Three minutes used;
22        That pursuant to the information given to the
     deposition officer at the time said testimony was
23   taken, the following includes counsel for all parties
     of record:
24
25
```

Page 89

```
 1   FOR THE PLAINTIFFS:
 2   Steven S. Biss, Esq.
     LAW OFFICE OF STEVEN S. BISS
 3   300 West Main Street
     Suite 102
 4   Charlottesville, Virginia 22903
     804.501.8272
 5   stevenbiss@earthlink.net
 6
 7   FOR THE DEFENDANT:
 8   Lindsey Cherner, Esq.
     Katherine M. Bolger, Esq.
 9   DAVIS WRIGHT TREMAINE, L.L.P.
     1251 Avenue of the Americas
10   21st Floor
     New York, New York 10020
11   212.489.8230
     lindseycherner@dwt.com
12
13   FOR THE WITNESS:
14   William L. "Lewis" Sessions, Esq.
     MOORE GANSKE MURR SESSIONS, P.L.L.C.
15   15851 N. Dallas Parkway
     Suite 180
16   Addison, Texas 75001
     214.217.8855
17   l.sessions@mgmspllc.com
18   Robert H. Holmes, Esq.
     THE HOLMES LAW FIRM, P.L.L.C.
19   19 St. Laurent Place
     Dallas, Texas 75225
20   214.384.3182
     rhholmes@swbell.net
21
22        I further certify that I am neither counsel for,
     related to, nor employed by any of the parties or
23   attorneys in the action in which this proceeding was
     taken, and further that I am not financially or
24   otherwise interested in the outcome of the action.
25
```

Page 90

1    In witness whereof, I have this date subscribed my
name on this 8th day of May, 2023.

2

3    *Suzanne Kelly*

4    Suzanne Kelly, CSR, RDR, CRR
Certification No. 1260

5    Expiration Date:  12-31-23
VERITEXT LEGAL SOLUTIONS

6    Firm Registration No. 571
300 Throckmorton Street

7    Suite 1600
Fort Worth, Texas 76102

8    817.336.3042 1.800.336.4000

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 91

1   Robert Holmes,Esquire

2   rhholmes@swbell.net

3              May 8, 2023

4   RE:   Flynn, John P. "Jack" Et Al v. Cable News Network Inc.

5   5/6/2023, Wilson Powell (#5871702)

6    The above-referenced transcript is available for

7   review.

8    Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12   The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  cs-midatlantic@veritext.com

16

17   Return completed errata within 30 days from

18  receipt of testimony.

19   If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22        Yours,

23        Veritext Legal Solutions

24

25

24 (Pages 90 - 91)

[& - 75001]                                                                    Page 1

| & | **1:21**   1:5 5:11 | **250**   4:16 58:8 | 42:13 44:17 |
|---|---|---|---|
| **&**   16:21 | 88:5 | **28**   88:20 | 45:3 51:24 |

**&**

**&**   16:21

**0**

**02587**   1:5 5:11
   88:5

**1**

**1**   4:14 5:5
   16:18 46:2
**1.800.336.40...**
   90:8
**10**   42:21
**10020**   2:12
   89:10
**102**   2:5 89:3
**10:09**   54:24
**10:44**   77:20
**10:51**   1:14
   85:12,14
**11th**   71:15
   74:15
**12-31-23**   90:5
**1251**   2:11 89:9
**12567**   90:3
**1260**   90:4
**13**   4:16 58:8
**135**   46:2
**15851**   2:18
   89:14
**1600**   90:7
**18**   4:20 67:13
**180**   2:18 89:15
**189**   4:18 66:17
**19**   2:22 89:19

**1:21**   1:5 5:11
   88:5

**2**

**2**   4:3,18 66:17
**2019**   21:20
   22:19
**2020**   20:16,19
   20:20 21:15
   24:7,10,17,19
   24:25 25:4,10
   27:9,12 29:8
   31:1,8,24 36:4
   45:3 56:4,6,21
   57:12 59:14,18
   61:11 63:22
   65:3,6,17 66:6
   67:3,25 68:21
   69:5,10 82:19
**2021**   28:2
   70:21 71:15
   72:14 74:15
**2023**   1:10,14
   5:4 86:4 87:17
   88:10,17,18
   90:1 91:3
**212.489.8230**
   2:13 89:10
**214.217.8855**
   2:19 89:16
**214.384.3182**
   2:23 89:20
**21st**   2:12 89:9
**22903**   2:6 89:4
**22nd**   70:21

**250**   4:16 58:8
**28**   88:20

**3**

**30**   91:17
**300**   2:5 89:3
   90:6
**31**   4:23 69:22
**390**   4:14 46:3,4
   46:13 59:21
   82:12
**391**   4:15 58:9
   58:10 65:21
**392**   4:18 66:18
   66:19
**393**   4:19 67:14
   67:17
**394**   4:21 69:24
   69:25

**4**

**4**   59:14
**42**   59:25
**45**   41:4
**46**   4:14
**4th**   20:16 21:15
   24:7,10,25
   25:4,10,21
   26:14 27:5,6,9
   28:11 29:8,14
   30:4 31:1,3,5,8
   31:12,24 32:13
   32:17,20 34:12
   36:4 37:20
   38:4,8,9,19,24
   41:23 42:6,8

42:13 44:17
45:3 51:24
52:3 56:2,4,6
56:21 57:12
59:18 61:11
63:22 65:3,6
65:17 66:6,10
67:2,10 68:20
69:5,10 71:20
72:21 82:19

**5**

**5/6/2023**   91:5
**50**   35:4
**53**   4:14,18
**571**   90:6
**58**   4:15
**5871702**   1:23
   91:5
**5:30**   34:7

**6**

**6**   1:10,14 86:4
   88:10
**66**   4:18
**67**   4:19
**69**   4:21
**6:37**   67:25 68:7
**6:39**   59:14
   60:23 63:22
**6th**   5:3

**7**

**7**   4:5
**75001**   2:19
   89:15

| | | | |
|---|---|---|---|
| **75225** 2:23 | **accounts** 15:24 | **america** 46:19 | **approximately** |
| 89:19 | **accuracy** 91:9 | 66:10 83:20 | 9:16 10:3 13:7 |
| **76102** 90:7 | **accurate** 40:23 | 84:4,11,15 | 16:17 22:15 |
| **770** 4:20 67:14 | **accurately** | **american** 82:21 | 24:15 27:23 |
| **8** | 36:22 | 83:7 | 35:1,20 42:19 |
| | **acknowledged** | **americas** 2:11 | 47:9 60:24 |
| **8** 91:3 | 87:13 | 89:9 | **april** 71:15 |
| **804.501.8272** | **acknowledg...** | **amount** 65:7,12 | 72:14 74:15 |
| 2:6 89:4 | 91:12 | 88:19 | **archie** 3:3 5:12 |
| **817.336.3042** | **action** 1:5 88:5 | **angel** 66:23 | **area** 44:21 |
| 90:8 | 89:23,24 | **answer** 7:24 | 47:13 |
| **82** 4:6 | **actually** 62:20 | 8:11,13,20,25 | **argue** 38:13 |
| **86** 4:7 | 73:25 | 9:5 30:8 38:7 | **argumentative** |
| **88** 4:8 | **addison** 2:19 | 38:15 40:12,15 | 38:12 39:8 |
| **8th** 67:25 90:1 | 89:15 | 40:17 41:1,7 | 47:3 |
| **9** | **address** 10:24 | 43:19,21 46:25 | **arrive** 30:25 |
| | 80:12 | 55:3 57:15 | 31:3 34:4 |
| **941** 4:22 69:23 | **administer** 6:6 | 61:6 66:7 78:1 | **arrived** 31:5 |
| **942** 4:22 69:23 | **admitted** 41:5 | 80:18 | **asked** 15:24 |
| **9:00** 1:14 5:3 | **advance** 50:24 | **answered** | 37:7,11,13,24 |
| **9:57** 54:21 | **advise** 63:12 | 37:24 81:12 | 47:17,22 48:17 |
| **a** | **affiliations** | **answering** | 53:18 55:5 |
| | 5:18 | 79:10 | 64:20 77:23 |
| **a.m.** 1:14,14 | **affirm** 6:10 | **answers** 8:6 | 81:11 |
| 5:3 54:21,24 | **affix** 87:2 | **anymore** 15:2 | **asking** 8:10,13 |
| 77:20 85:12,14 | **ago** 13:9 | **anyway** 21:22 | 22:7,7,8,9 |
| **ability** 61:21 | **agreed** 11:4 | **appearances** | 28:23 38:20 |
| **able** 67:20 | **agreement** 6:18 | 2:1 3:1 4:3 | 44:9 45:5 |
| **above** 1:13 | 10:23 | 5:18 | 46:22 50:22 |
| 87:3 91:6 | **ahead** 41:12 | **appeared** 87:9 | 56:22,23 69:15 |
| **absolutely** 54:3 | **al** 1:3 5:7 88:3 | **appearing** 1:17 | 74:23 80:9 |
| **account** 13:2 | 91:4 | **applicable** 91:8 | **assets** 79:21 |
| 13:18 14:4,8 | **allotted** 91:20 | **approximate** | **associate** 84:3 |
| 14:11,13,15,17 | **allow** 41:8 | 20:24 | **assure** 62:3 |
| 14:19,21 15:1 | | | |
| 15:3,6,8,10,12 | | | |
| 15:14,16,18 | | | |

**attached**  91:11
**attendees**  1:17
  45:3
**attorney**  5:20
  7:11,15,21
  8:23 19:11
  91:13
**attorneys**  89:23
**audible**  77:25
**audio**  61:13
  78:13
**available**  91:6
**avenue**  2:11
  89:9
**aware**  36:13
  42:25 56:17
  57:9,17,19
  58:4 65:17,23

**b**

**back**  54:24
  65:5,7,12
  77:20
**background**
  13:23 61:18,20
  61:24
**backyard**
  44:12 82:19
  83:6
**bad**  75:22 76:9
  76:20 77:6
**barbara**  28:9
  34:13
**barbara's**  21:8
**barbecue**  29:8
  34:5,12

**based**  41:1
**basically**  13:24
  17:2
**basis**  13:11
**bates**  4:16,18
  4:20,22
**began**  41:20
**beginning**  5:19
  71:12
**behalf**  5:24
**believe**  12:25
  14:24 20:9,17
  21:9,16 24:19
  26:1,4,17,20,23
  28:14 29:5
  31:22 34:13
  37:5,10 50:5
  51:11 64:4
  66:12 73:2,6
  82:8,25
**benefit**  8:6
**better**  53:3,9
  53:11 54:11,12
**big**  83:6
**bigger**  73:12
**birthday**  38:23
  39:3 41:23
  42:6,8,12,16
  46:19 47:6
  49:25 50:13,16
  51:22,23 52:2
  55:15,23 66:10
  84:4
**biss**  2:4,4 4:6
  5:25,25 6:18

6:23 10:17
21:21 23:11
32:7 37:23
38:5 41:21
43:7 44:14,23
46:6,21 47:18
52:19,25 55:24
56:14 57:13,23
58:14,20,23
59:3 60:16
61:12,14 62:6
62:11,19 63:23
64:9 65:24
68:23 72:4
74:9,16 75:10
75:17,24 76:4
76:12,15,23
77:2,8 78:4
82:3,4 83:9,15
84:2,9,21 85:7
88:21 89:2,2
**bit**  53:3
**bless**  83:20
  84:3,11,15
**blow**  73:11
**board**  41:4
**bob**  63:3 79:10
**bolger**  2:10
  5:23 40:25
  41:10 61:25
  78:9 89:8
**book**  31:19
**booked**  31:21
**bottom**  59:13

**bowden**  7:10
**bp**  11:23,24
**break**  9:2,3,6
  53:21,25 54:16
  77:15,23 78:21
**breakfast**  32:6
  32:9
**briefly**  34:25
**broad**  33:1
**business**  23:1
  23:17 79:12

**c**

**c**  5:1
**cable**  1:6 5:8
  88:6 91:4
**called**  16:13
  66:23
**calls**  60:4 84:7
**camera**  42:18
**card**  87:11
**case**  5:10 6:11
  62:1 80:3
**cases**  6:21
**cause**  1:13
**cdt**  1:14
**celebrate**  29:13
**celebration**
  83:21 84:4
**cell**  10:25
**certificate**  4:8
**certification**
  90:4
**certified**  1:16
  41:4

[certify - continued]                                            Page 4

certify  88:13
  89:22
chain  72:1
chance  75:19
change  86:5
changes  4:7
  86:1 91:10
charlottesville
  2:6 21:23 89:4
cheering  83:23
cherner  2:10
  4:5 5:21,21
  6:16,24 7:2
  11:6 18:25
  21:25 23:15
  30:7,24 32:4
  32:10 33:2
  36:2,24 38:1,6
  38:14 39:9
  40:1,14,20
  41:18,24 43:4
  43:10,25 44:16
  45:1,14,20
  46:1,9,15,24
  47:4,16,21
  48:10,25 49:6
  49:11 50:7,10
  51:9,25 52:21
  53:4,23 54:3,4
  54:15,19,25
  56:3,16 57:4,5
  57:14,25 58:3
  58:7,18 59:7
  59:11,24 60:7
  60:21 61:5

62:5,11,14
63:5,16,20
64:1,11 66:3
66:16,21 67:12
67:19 69:1,22
70:1 71:11
72:8 73:7,9,11
73:13 74:13,19
74:22 75:14,21
76:1,8,13,16,24
77:5,10,14,21
78:2,5,11,15,20
79:4,5,24 80:5
80:8,19 81:15
81:23 83:8,12
84:1,6,16,23
85:3,9 88:20
89:7
chose  36:13
christopher  3:3
  5:12
civil  1:5,19
  88:5
clarify  14:25
  57:8
clear  36:19
  62:24 80:12
click  71:7
clicking  71:3
client  40:15
  41:16
climbing  17:6
  17:17
close  77:11,23
  78:22 81:7,7

closely  61:17
clouthub  14:13
  14:15
cnn  4:20,22,22
  5:22,24 67:14
  69:23
come  22:12
  29:11 31:16
  37:21 45:6
  48:11,17
communicate
  12:4 13:4,14
  14:4 23:21,24
  25:3,18 26:18
  27:17,20 28:1
  30:11 69:9,16
communicated
  20:15 21:18
  22:23 23:6,9
  25:20,24 28:15
  28:18,25
communicating
  12:9,14 13:8
  13:16
communication
  13:12 22:17
  27:24 28:4
  30:1
communicati...
  23:16 33:7
company  16:11
  16:13
completed
  91:17

completely
  79:15,15
complies  6:8
compound  30:6
  51:6
computer  19:8
concierge
  63:12
concluded
  85:13
conducted
  63:10,11
confidential
  4:17
confirm  11:1
  28:25
confused  56:25
connection
  7:12 80:3
connectivity
  19:9
consideration
  87:14
constitution
  53:2,9
constitutional
  36:14,16 55:14
  55:20
contact  77:11
  77:23 78:22
  81:7
context  37:16
  80:6
continued  3:1

**conversation**
33:11,15 39:22
42:15 49:7
66:5
**conversations**
33:3 83:2,4,10
**cookout** 29:9
71:21 72:21,23
75:19
**copies** 91:14
**copy** 4:14,15,18
4:19,21
**corner** 59:13
**correct** 6:23
7:13 12:8
13:17 19:13
25:6,12 50:6
65:16 67:10
70:16 82:7,15
87:3
**counsel** 5:6,17
6:4 9:11,11
10:12,19,20,24
11:5 36:1,21
38:13 41:3,8
41:15 50:6
53:20 62:2
80:13 88:23
89:22 91:14
**country** 37:20
38:23 39:3
41:23 42:6,8
42:12,16 50:6
50:12,16 51:23
52:2 55:15

84:19
**county** 87:7
**couple** 21:14
70:9 82:9 85:5
**course** 35:14
**courses** 19:14
**court** 1:1 5:9
5:15 6:2,5,9,15
8:5,7,19 77:16
78:6,7 79:20
85:4 88:1
**courts** 41:5
**crap** 63:14
**crr** 1:22 88:12
90:4
**cs** 91:15
**csr** 1:22 90:4
**current** 5:3
54:20,23 85:11
**currently** 16:8
**cut** 68:2
**cute** 68:20
**cv** 1:5 5:11 88:5

**d**

**d** 5:1
**daily** 13:3
**dallas** 2:18,23
16:12 22:12
24:13 80:21,23
80:25 89:14,19
**damn** 79:11
**dark** 45:23
47:11
**date** 30:25 90:1
90:5

**daughter** 21:8
**davis** 2:11 5:22
5:24 89:8
**day** 12:3 32:12
32:14,19,21,23
33:4 34:9 83:2
87:8,17 88:17
88:18 90:1
**days** 32:18
91:17
**decision** 47:12
**defendant** 1:8
2:9 5:6 88:8
89:6
**defending**
79:25 80:2
**defense** 62:2
**definitely** 82:25
**degree** 12:3
**dental** 16:21
**deponent** 63:1
91:13
**deponent's**
61:22
**deposed** 7:18
**deposing** 91:13
**deposition** 1:9
1:11 5:5 6:17
6:19 7:12 9:9
11:2 46:4,13
58:5,10 62:23
66:18,19 67:17
69:25 79:16,25
85:13 86:2
87:2 88:9,15

88:16,19,22
**depositions**
63:10
**description**
4:13 87:11
**designated**
4:17
**devices** 9:10
**differences**
54:8
**different** 70:19
83:23
**dinner** 24:14
**diplomate** 1:15
**direct** 30:1
**discussing**
32:22
**discussion** 63:9
**distinction**
18:14
**distinctly** 83:19
**district** 1:1,1
5:9,10 6:20,21
88:1,1
**disturbance**
61:13
**document** 3:4
33:25 59:1,5
87:11
**documents**
46:7 58:16
**dog** 68:15,19
68:20
**doing** 7:4 23:3
41:6 62:18

66:14 78:12
**double** 41:17
**doubt** 75:8
**dozen** 41:5
**duly** 1:12 88:14
**dwt.com** 2:13
  89:11

**e**

**e** 4:19 5:1,1
  11:1 67:16,22
  67:23 68:10
**earlier** 10:2
  50:11 64:2
  71:23 73:1,5
  81:6
**earthlink.net**
  2:7 89:5
**easy** 63:15
**eat** 32:8
**eden** 16:25
**either** 26:13
  27:5 28:11
  58:22 77:4
  78:8
**employed** 16:8
  18:2 89:22
**employment**
  16:20 17:5,9
  17:23
**encountered**
  32:12
**ended** 28:5
**enjoy** 32:17
**enter** 55:21

**errands** 18:9
  19:3
**errata** 91:11,13
  91:17
**esq** 2:4,10,10
  2:17,21 89:2,7
  89:8,13,18
**esquire** 91:1
**established**
  55:7 61:3
**et** 1:3 5:7 88:3
  91:4
**evening** 35:2,18
  35:21 57:11
**event** 24:25
  30:3 35:2
**events** 28:13
**everybody** 63:7
  63:12,18 83:5
**exact** 21:11
**exactly** 19:2
  35:3 41:6 52:6
**examination**
  4:5,6 7:1 82:2
  88:17
**except** 63:8,18
  78:13 87:3
**exchange** 4:22
**exclusively**
  13:25
**excuse** 41:14,14
**excused** 85:2
**executed** 87:13
**exhibit** 4:14,15
  4:18,19,21

46:3,4,7,13
  58:9,10,16,25
  59:21 65:21
  66:18,19 67:14
  67:17 69:24,25
  70:10 73:8
  82:12
**exhibits** 4:11
  22:6 46:12
**experience** 41:4
**expiration** 90:5
**explain** 18:5,15
  18:20 37:6
  80:5
**expressed**
  87:15
**extent** 83:11

**f**

**face** 24:1,1,1,1
  57:3
**facebook** 11:10
  11:12,13,15,21
  12:2,10,15,16
  12:19 70:11,19
**fails** 91:19
**falling** 28:7
**family** 10:14
  19:20,24 20:3
  20:6,16 21:5
  35:7,15 41:19
  44:5,8 49:2,25
  82:22 83:19
  84:10
**february** 70:21

**federal** 1:19
  41:5
**fence** 82:23
  83:7
**filed** 5:8
**film** 64:14
**filmed** 38:3
  45:22,24 64:17
  66:11
**filming** 41:20
**finance** 13:23
  13:24 14:1
**financially**
  89:23
**find** 31:16
**fine** 54:19
  78:19
**finish** 8:10,12
**finishing** 8:12
**firm** 2:22 5:16
  89:18 90:6
**first** 9:5 17:8
  17:15,16,23
  19:19,23,24
  20:2,8,12 21:1
  21:17 22:17
  23:6,8,21
  32:11 52:15,23
  54:5
**five** 42:21
  54:18,19 77:15
**fl** 73:25 74:2
**flag** 82:21 83:7
**floor** 2:12 89:9

**florida** 6:21
**flynn** 1:2 3:6
  4:16 5:7 10:14
  19:19 20:6,16
  21:5,18 22:2
  22:18,23 23:5
  23:9,17,18,20
  23:25 24:20
  25:4,13,18
  26:5,7,9,12,19
  26:21 27:3,8
  27:13,18,21
  28:9 29:17,20
  30:2,15,18,20
  34:4,16,19
  35:7,14,21
  41:19 44:5,8
  46:2 49:2,15
  49:25 50:17
  52:1 53:15
  55:2 56:17
  57:9,19 58:2
  58:12 59:13,17
  60:22 61:10
  63:21 64:6,12
  64:20 67:6,9
  67:22 68:22
  69:9 70:21
  75:16,23 76:3
  76:10,14,17,19
  76:21,25 77:7
  82:5,22 83:19
  84:10 88:2
  91:4

**flynn's** 26:9
  49:12 83:6
**flynns** 12:5,10
  12:14 13:5,8
  14:4 16:6 20:7
  20:9 24:25
  29:3,7,16
  30:11 31:18
  32:12,23 33:4
  34:21,23 35:23
  36:3,10 39:2
  39:22 40:7
  41:25 42:11,25
  43:5 47:5,17
  47:23 48:3,4
  48:11 50:5,11
  51:3 66:6,13
  72:9
**folder** 46:12
**follow** 82:10
**following** 88:13
  88:23
**follows** 88:19
**foregoing** 87:1
  87:12
**form** 30:6,22
  32:1,24 36:19
  37:23 38:5,12
  39:8,23 40:10
  41:2,21 43:2,7
  44:14,23 45:12
  45:17 47:2,14
  47:18 48:7,22
  49:9 51:21
  52:19,25 56:14

  57:13,23 60:16
  60:18 61:1,12
  63:23 64:9
  65:24 68:23
  71:8 72:4 74:9
  74:16,17 75:10
  75:17,24 76:4
  76:12,15,23
  77:2,8 79:8
  83:8,12 84:1,6
  84:16
**fort** 90:7
**forward** 62:25
**forwarded**
  70:22
**fourth** 39:18
  40:6 72:22
  84:5
**frame** 24:8
**friends** 46:19
**front** 39:20
  40:3 45:2
  60:20
**full** 7:6 17:25
  46:18 54:5
**fund** 17:3
**further** 81:23
  89:22,23
**future** 57:6

**g**

**g** 5:1
**gab** 15:8,10
**ganske** 2:17
  89:14

**general** 4:16
  21:18 22:2,18
  22:23 23:9
  29:20 30:17
  49:12,15 50:17
  52:1 53:15
  55:2 56:17
  57:9,19 59:13
  59:17 60:22
  61:10 63:21
  64:6,12,20
  67:9,22 82:22
  83:6
**generally** 55:18
**getting** 21:6
  44:4 84:14
**gettr** 15:16,18
**ghw** 1:5 5:11
  88:5
**give** 6:11 8:17
  20:24 37:17
  53:23
**given** 37:7
  87:16 88:15,22
**giving** 80:12
**glad** 74:10,11
**go** 7:20 11:14
  11:17,21 28:21
  32:19 41:12
  59:10 63:6,17
  67:7 71:14
  83:5 85:5,7,9
**god** 6:13 83:20
  84:3,11,15

**god's** 84:18
**going** 7:20
  10:24 22:12
  30:4 36:10,18
  40:24 41:8,15
  44:17 46:1,7
  47:1,2 51:4
  53:22 58:7
  62:25 63:5,16
  66:16 67:7
  71:13 77:14
  78:16 79:17,19
**good** 5:2 7:3
  62:20 74:1,14
  74:20,24 75:2
  75:18 82:5
**gosh** 73:14
**gotten** 76:5
**great** 8:22 9:8
  84:19
**green** 16:25
**ground** 7:20
**group** 42:1
**guardian** 66:23
**guess** 22:10
  54:14
**guy** 39:13
**guys** 63:15
**gym** 17:6

**h**

**h** 2:21 89:18
**habit** 71:3
**hand** 6:6 42:17
  87:16

**handed** 37:9,12
  37:19
**handle** 13:20
**handling** 79:12
**happen** 44:10
  51:2
**happened**
  52:23 65:4
**happy** 9:2
  37:20 38:23
  39:3,18 40:2,6
  41:23 42:6,8
  42:12,16 46:19
  47:5 49:25
  50:12,16 51:22
  51:23 52:2
  55:15,22 57:8
  66:10 74:3,11
  74:12 75:5
  80:5 84:4
**he'll** 41:7
**head** 8:18
**heading** 74:1
**hear** 61:15,17
  78:1,8,10,15,18
  78:25
**heard** 21:22
  36:16 46:18
  55:13 66:22
  67:6 83:19,22
**hedge** 17:3
**hell** 79:17
**help** 6:12 19:10
  22:6 57:2 74:1

**helped** 18:6
**helping** 18:9
  19:7
**hi** 23:4 71:18
**hold** 19:16 30:5
  61:14,15
**holmes** 2:21,22
  9:24 10:1 63:2
  63:3,7 79:9,10
  79:24 80:1
  89:18,18 91:1
**home** 34:5
  35:21
**hope** 74:4
**horrible** 62:9
**hosting** 45:8
**hotel** 31:15,17
  31:19,21 62:2
  65:5,12
**hour** 9:17 10:4
  53:21,22 54:2
  88:20
**house** 25:1
  45:11 71:21
  74:2
**huh** 60:10

**i**

**identification**
  82:11
**identity** 87:11
**immediately**
  64:21 65:6
**implication**
  62:1

**impromptu**
  66:8,9
**improper** 40:25
**includes** 88:23
**index** 4:1
**information**
  88:22
**instagram**
  12:22 13:1,8
**instruct** 80:17
**instructing**
  40:15
**instrument**
  87:13
**interested**
  89:24
**interfere** 40:22
**interfering**
  61:21
**interpret** 72:20
  74:8 84:12,18
**invite** 30:12
**invited** 29:13
  29:17,21,23,24
  29:25 30:15
**inviting** 30:2
**involved** 63:8
**irrelevant**
  79:16
**island** 19:25
  20:3,8 21:2
  24:6 29:7 30:4
  31:1 73:17
**issue** 19:9

**j**

**jack** 1:2 3:6 5:7
  25:13,18 26:9
  34:15 68:22
  71:19 72:2
  73:25 74:14
  75:16,23 82:4
  88:2 91:4
**jefferson** 16:21
**job** 1:23 17:15
  17:15,16
**joe** 20:9 23:20
  23:25 24:9
  27:13 34:13,18
  67:6
**joe's** 20:10 25:5
**john** 1:2 88:2
  91:4
**jr** 27:3,8,18,21
**july** 20:16,18
  20:19 21:15
  24:7,10,25
  25:4,10,21
  26:13 27:5,6,9
  28:11 29:7,13
  30:4 31:1,3,5,7
  31:12,24 32:13
  32:17,20 34:11
  36:4 37:20
  38:4,8,9,19,24
  39:18 40:6
  41:23 42:6,8
  42:12 44:17
  45:3 51:24
  52:2 56:2,4,6

  56:21 57:12
  59:14,18 61:11
  63:22 65:3,6
  65:17 66:6,10
  67:2,10,25
  68:20 69:5,10
  71:21 72:21,23
  82:19 84:5
**june** 16:18
  22:19
**justice** 66:23

**k**

**kate** 5:23 62:7
  78:10
**katherine** 2:10
  89:8
**keep** 62:25
**keeps** 63:17
**kelly** 1:15,22
  5:15 88:12,17
  90:4
**kind** 70:18
**kinds** 83:23
**knew** 57:1
**know** 8:2,16
  9:2 11:12,13
  11:14 14:5
  18:11 22:11,13
  29:18,21,21
  30:14,19,23
  31:12,19,20
  33:17 37:25
  39:6 40:25
  41:5,10 43:3
  43:20,21 44:3

  45:23 46:23
  47:15 52:16,20
  53:6 55:1,3,6
  55:12 56:9,12
  56:15 59:22,23
  60:6 61:16,19
  62:17,22,25
  64:7,8,10 66:1
  66:2 67:4
  70:13,23,25
  71:10 72:13,17
  74:18 75:11
  76:7 77:4
  79:12,17 80:4
  80:20,23 81:3
  81:4,10,14
**knowledge**
  27:2
**known** 33:20
  87:9
**knows** 58:12
  79:21

**l**

**l** 2:17 89:13
**l.l.p.** 2:11 89:8
**labeled** 4:16,18
  4:20,22
**large** 82:21
**laurent** 2:22
  89:19
**law** 2:4,22
  18:24 19:1
  89:2,18
**lawyer** 18:7,8

**learned** 33:9
**led** 49:7
**left** 45:11 59:13
**legal** 90:5
  91:23
**leslie** 26:5,7,9
  26:12,19,21
  34:16 69:9
  70:21 71:13,18
  72:3,11,12
  73:24 74:14,24
  76:3,10 82:5
**lewis** 2:17
  89:13
**licensed** 19:11
**light** 34:9
**lindsey** 2:10
  5:21 41:12
  46:6,21 58:14
  58:15 79:14
  89:7
**lindseycherner**
  2:13 89:11
**line** 44:4,6,9
  47:17,23 48:1
  60:1 62:23
  86:5
**link** 11:13
  70:22 71:1,7
**linkedin** 16:1,3
  16:5
**links** 71:3
**listen** 61:21
**listened** 9:11
  46:21

| listening 61:16 | m | 52:10 54:12 | messenger |
|---|---|---|---|
| 62:23 | m 2:10 73:15 | 58:1 66:2 | 12:16,19 16:5 |
| litigation 80:10 | 73:20 89:8 | 69:21 84:12 | 26:2 70:11 |
| little 53:3,9 | ma'am 8:9 | means 18:11 | messenging |
| lives 79:22 | made 47:12 | 23:24 25:17 | 70:17 |
| 80:15 | mail 4:19 11:1 | 53:7 | met 19:25 20:2 |
| lobster 75:19 | 67:16,22,23 | meant 38:20 | 20:7,12,12 |
| locations 1:18 | mails 68:10 | media 5:5 11:7 | 23:14 24:22 |
| locked 62:8,9 | main 2:5 89:3 | 15:21,23 26:2 | 35:9 82:6 |
| logistics 22:10 | maintains | 26:22 28:19 | method 1:17 |
| long 9:16 10:3 | 18:23 | 29:1 56:19 | mgmspllc.com |
| 16:15,22 35:20 | make 11:1 | 57:11,21 70:17 | 2:20 89:16 |
| 42:15,17,20 | 58:15 61:22 | meet 9:13 | michael 3:4,5 |
| 65:9,10,15 | 62:24 63:14 | 19:19,23 24:21 | 27:3,8,17,20 |
| 74:3 75:5 | 73:12 | 25:14 26:6,12 | 29:20 30:17 |
| longer 12:7 | making 18:14 | 27:4 28:10,12 | midatlantic |
| look 57:3 60:8 | male's 62:21 | meeting 34:24 | 91:15 |
| 63:2 65:21 | mark 46:2 54:2 | 36:4 | middle 6:21 7:9 |
| 70:14 | 58:8 66:16 | member 21:6 | mike 20:9 |
| looked 54:14 | 67:12 69:22 | members 10:14 | 29:18,19 33:9 |
| 70:25 | marked 46:5 | 20:16 35:7,15 | 34:13 51:11 |
| looking 71:20 | 46:11 58:11 | 49:2 82:22 | 53:10 54:10 |
| 82:24 | 66:20 67:18 | 83:19 84:11 | 74:2,11 75:5 |
| looks 78:2 | 69:25 82:11 | mention 56:2 | mike's 71:21 |
| lori 20:10 23:5 | market 13:21 | 81:19 | mind 22:16 |
| 23:17,18 34:13 | 13:22 | mentioned 56:7 | minute 30:5 |
| 74:1,2,11 75:5 | married 21:6 | 58:2 73:3 | 41:15 42:20 |
| 76:14,17,21 | matter 5:7 | message 4:21 | 77:15 |
| lot 34:23 39:14 | mean 18:5,15 | 16:6 26:19,21 | minutes 53:24 |
| 66:7 | 18:20 19:6 | 69:10,12,13,14 | 54:18,19 88:20 |
| lsessions 2:20 | 20:5 23:13 | 69:15,17 70:2 | 88:21 |
| 89:16 | 36:19 37:25 | 70:5,11 71:13 | mis 40:18 |
| | 39:12,13 42:3 | 71:15,22,25,25 | misleading |
| | 43:8 44:5 | 72:1,1,11 74:6 | 40:19 |
| | 47:11 50:5 | 74:24,25 | |

misquote  41:9
misquotes
  40:18
misspoke  50:5
  50:9
misstate  41:8
misstates  40:11
mktrvn  11:11
mom  10:21
  22:18 29:24
  30:3 31:21
  37:9,12,13
  39:19 40:5
  42:7 43:11,14
  44:1 49:2
  65:20 66:5,14
  66:22 67:2
  73:21,22 74:5
  77:12,24 78:22
  79:1,11 81:7
mom's  79:21
  82:14
moment  28:24
months  16:23
  20:23 21:14
  22:24 72:14
  80:9
moore  2:17
  89:14
morning  5:2
  7:3 31:25
  81:18 82:5
mother  10:10
  18:3 29:7,25
  30:12 35:12,15

37:1 80:21
move  47:12
  63:18 74:1
moved  44:12
movement
  33:15,18,21
  56:19 57:12,21
moving  62:14
murr  2:17
  89:14
mute  63:8,12
  63:18
muted  63:3
  78:3,8

**n**

n  2:18 5:1
  89:14
name  5:12 7:6
  7:9 11:10,12
  11:14,17,21
  12:22 14:23
  16:2 20:7,10
  21:7 87:12
  90:1
named  29:4
names  34:24
  35:11
nature  8:24
  23:17,18 33:6
necessarily
  71:5 84:8
need  18:8
needed  18:8
  19:10 37:17
  38:3,9,21 40:5

needs  63:7,12
neither  89:22
network  1:6
  5:8 88:6 91:4
never  15:6
  18:10 22:16
  25:24 33:20,23
  34:2 39:21
  69:2
new  1:1 2:12,12
  5:10 6:20 17:2
  17:9,11,12,13
  17:18,19,21,22
  17:22 74:2
  88:1 89:10,10
news  1:6 5:8
  88:6 91:4
night  25:11
  34:5 60:25
  65:23 67:5
nine  72:14
nodding  8:19
nods  18:1
normally  32:8
notary  87:22
note  11:1 55:10
  91:10
noted  72:3 87:3
notice  82:20,23
noticed  6:19
noticing  5:19
noting  54:1
number  5:10
  46:4,13 58:10
  66:19 67:17

numbered  1:13

**o**

o  5:1
oath  6:7 7:25
  33:15,17,21
  35:24 36:4,10
  36:14,17,20,25
  37:22 55:8,14
  55:18,20 56:18
  56:19 57:11,20
  57:21 87:10
object  8:23
  30:6 36:18
  37:23 38:5
  43:7 44:14,23
  47:1,2,18
  52:19,25 56:14
  61:12 63:23
  64:9 65:24
  68:23 72:4
  74:9,16,17
  75:10,17,24
  76:4,12,15,23
  77:2,8 83:12
  84:1,6,16
objecting  79:7
  79:10
objection  30:22
  32:1,24 38:11
  38:12 39:7,8
  39:23 40:10
  41:21 43:2
  45:12,17 47:14
  48:7,22 49:3,9
  50:4 51:5,21

57:13,23 60:4
60:16,17,18
61:1 62:12
71:8 81:11
83:8
**occasionally**
19:8
**office** 2:4 36:14
36:17,20 55:8
55:14,19,20,21
87:16 89:2
**officer** 88:14,22
**oh** 56:7 73:14
78:11
**okay** 7:20 8:3,8
8:14,20 9:6,20
9:25 10:7,13
10:16,21,23
11:3,19 12:1,4
12:7,18,20
13:18 14:3,7
14:25 16:2,8
16:19,24 17:4
17:8 18:2
19:11,19 20:11
21:4,11,17
22:22 24:9,20
25:3,13,17,24
26:11 27:3
28:9 29:11
30:20 31:7,16
31:23 32:5,11
33:11,14 35:6
36:9,25 42:15
43:14 44:20

45:5,15 46:1
47:12 48:20
52:7 54:15
55:9,13 56:7
56:17 57:4
58:7 59:3,17
59:25 60:8,22
61:6,10,18
62:5,11 63:5,9
63:16 64:5
65:15,17,20
66:13 67:6,12
67:22 68:4,9
68:18 69:20
70:5,9 71:12
72:2,9 73:7,8
73:22 75:1,8
75:15,22 76:2
77:14 78:25
80:11 81:23
82:10,17 84:21
84:23
**once** 22:24
68:11
**ones** 43:9
**online** 56:18
**opinion** 75:15
76:2,9,14,17,20
77:1,6
**opinions** 75:22
**oral** 1:9,11 8:17
86:2 88:9,15
**original** 71:20
72:10,20

**orleans** 17:2,18
17:19,22,22
**orthodontics**
16:21
**outcome** 89:24
**own** 31:18
80:16
**owns** 80:15

**p**

**p** 1:2 5:1,7 88:2
91:4
**p.l.l.c.** 2:17,22
89:14,18
**p.m.** 59:14
60:23 63:22
67:25 68:7
**page** 4:2,13,15
4:19,21 71:14
73:8 86:5
**paralegal** 19:14
19:17
**pardon** 62:13
62:15
**parkway** 2:18
89:14
**parler** 14:17,19
**part** 56:18
57:11,20 60:14
68:2
**participants**
62:22
**particular**
56:23 58:25
**parties** 88:23
89:22

**party** 44:17,20
45:3,7,9,16
88:19
**pass** 29:12 37:6
37:21
**patreon** 14:21
15:1,3,4,6
**patriotic** 55:19
**pay** 18:12
**payroll** 18:10
**pc** 18:17,18,24
**pending** 9:4
**people** 35:1,4,6
35:9 39:1,14
54:10 55:18
56:1 63:8
**period** 22:25
41:9
**person** 9:14
10:5,6 20:13
24:2,9,12
25:19,20,22
26:16 27:9,14
28:10,12 53:13
87:12
**personal** 23:1
23:17,19
**personally** 18:4
18:6,13,15
29:23 30:2
84:18 87:9
**phone** 10:5,25
12:17 37:4,7,9
37:12,19 48:14
49:16,19 50:3

50:18,25 51:19
51:19 53:10
54:11 55:2,6
55:11 63:25
64:3,6,17,18
82:14
**photo** 39:5,10
43:1
**photos** 67:9
68:10
**phrased** 40:13
80:18
**picture** 39:15
**pictures** 39:14
**place** 2:22 62:9
89:19
**plaintiffs** 1:4
2:3 6:1 88:4
89:1
**planned** 57:10
**platform** 15:21
26:3 70:18
**plays** 46:14
66:20
**please** 6:3,6 8:1
8:10,17 9:2
28:22 30:9
42:2 43:18,19
43:24 54:2
57:7,15 59:8
68:6 73:12
80:4,7 85:10
**point** 7:25 33:8
33:14 56:20,23
62:20

**pool** 68:15
**posing** 44:11
**possible** 71:6
**post** 57:10,20
59:17
**posted** 56:18
58:16 60:14,22
65:18 66:6
**postings** 14:1
**powell** 1:9,12
4:4 5:6 7:3,8
9:8 10:18 11:8
16:4 18:3,23
47:5 55:1 57:6
59:12 61:7
63:21 70:2
77:22 80:9,15
80:20 84:25
86:3 87:1,9
88:10,14 91:5
**powell's** 64:3,6
64:18
**powelw10**
12:25
**practice** 18:24
19:1
**practiced** 52:7
**practicing** 51:3
**prepare** 9:9
**presence** 84:19
**present** 3:2
5:17
**pretty** 54:7
**previously** 12:6
13:6 15:1

20:15 61:9
63:24
**prior** 16:19,20
20:16 36:17
**probably** 10:4
23:13,22 25:16
29:18,19,20
81:18
**problem** 19:9
**procedure** 1:19
**proceed** 6:4
9:12
**proceeding**
89:23
**produced** 1:12
26:24 28:20,22
37:1 40:18
58:8 66:17
67:13 69:8,23
**production**
28:21
**professional**
17:8,23 18:24
**profile** 11:13
**proper** 41:7,11
**properly** 63:11
**properties**
79:22
**property** 79:1,6
**proved** 87:9
**provisions** 1:19
**public** 87:22
**purpose** 21:1
**purposes** 13:3
14:6 87:14

**pursuant** 1:18
88:22
**put** 10:24 46:7
63:13
**px** 4:16,18 58:8
66:17

---

**q**

**quebec** 62:3,9
**question** 8:1,11
8:13,24,25 9:4
9:5 30:9,10
33:1 38:15,17
39:25 40:12,16
40:18,22,23
41:1,7 43:21
43:24 44:7
45:19 46:22,25
47:3 48:24
50:9,21 55:5
57:7,7 61:6
74:21 78:17
79:8,11 80:6
80:18 82:17
83:17
**questions** 7:24
8:6 22:8 43:19
55:4 66:8 70:9
81:24 82:1,10
84:22,24 85:5
**quiet** 62:25
**quizzical** 57:3
**quote** 40:24

| r | | | |
|---|---|---|---|
| **r** 5:1 | 46:16 64:20 | **referencing** | 44:15 45:13,25 |
| **raise** 6:6 | 65:9,15 66:13 | 69:11 71:23 | 47:24 48:8 |
| **raven** 13:21,22 | 68:13 83:1,4 | **referring** 18:23 | 49:10 51:1 |
| **rdr** 1:22 88:12 | 83:10,13 | 24:24 36:6 | 52:6,16 53:6 |
| 90:4 | **recalls** 36:23 | 69:13,17 70:6 | 53:14,17,19 |
| **reach** 69:4 72:2 | **receipt** 91:18 | 70:8 72:18 | 65:10,19 68:17 |
| 72:9 | **receive** 71:4 | **refresh** 31:8 | 68:24 69:3,19 |
| **reached** 22:12 | **received** 36:25 | 58:19 59:8 | 71:2,9 72:7,12 |
| 69:6 71:19 | 56:9 71:6 | 60:13,23 67:1 | 73:23 83:14,24 |
| **reaching** 72:12 | **recess** 54:22 | **refreshed** | **remind** 26:7 |
| 72:13 | 77:18 | 58:20 | **reminding** |
| **read** 50:2 53:10 | **recognize** 62:7 | **refreshes** 61:4 | 35:12 |
| 54:10 87:1 | **recollection** | **refreshing** 59:6 | **remote** 1:9,11 |
| 91:9 | 22:9 28:24 | **registered** 1:15 | 86:2 88:9 |
| **reading** 49:16 | 31:9 42:24 | **registration** | **remotely** 1:18 |
| 49:18 50:17,25 | 45:22 47:9 | 90:6 | 62:23 |
| 55:2,6,10 | 60:13,24 61:4 | **regular** 21:10 | **repeat** 11:19 |
| **ready** 54:1 | 66:4 67:1 | **related** 89:22 | 38:7 43:23 |
| **real** 11:17 | 69:16 | **relationship** | 51:8,10,20 |
| **really** 52:9,10 | **record** 1:20 5:4 | 29:4 68:21 | 52:3,12 68:6 |
| 66:8 75:18 | 5:19 7:7 10:25 | **relaxing** 32:16 | **repeated** 54:10 |
| 76:6 78:9 | 48:12,18 54:21 | **relevant** 50:19 | **rephrase** 8:2 |
| **realtime** 1:16 | 54:24 61:25 | 80:10 | 30:9 40:2 50:9 |
| **reason** 12:13 | 62:16 63:6,17 | **remember** | **reported** 1:16 |
| 28:4 75:8 83:5 | 77:17,20 79:15 | 12:11 13:10 | 1:22 |
| 86:5 91:11 | 85:6,7,10,12 | 20:17,22 21:5 | **reporter** 1:15 |
| **reasons** 23:2 | 88:15,23 | 21:6,19,22,24 | 1:16 5:15 6:3,5 |
| **recall** 21:11 | **recorded** 5:5 | 22:5,14 23:7 | 6:9,15 8:5,7,19 |
| 22:1,8,15,22 | 37:4 63:25 | 23:12 24:16,22 | 77:16 78:6,7 |
| 31:24 32:22 | 64:3 82:18 | 25:23 27:15,25 | 85:4 |
| 33:3,6 34:14 | **redgate** 28:9 | 28:17 31:2,15 | **reporter's** 4:8 |
| 34:15,21 35:11 | **refer** 73:20 | 32:3,13,20 | **represent** 6:1 |
| 35:17,20,24 | **reference** 73:17 | 34:3,6,8,11,18 | 31:7 41:16 |
| 36:5,23 45:15 | **referenced** | 34:24 35:3 | 68:4 82:4 |
| | 17:10 91:6 | 36:15 42:23 | |

**represented**
7:11
**representing**
5:13 7:15
22:19
**request** 33:25
47:20
**requested** 9:11
**required** 52:23
**resay** 53:11
**reserve** 81:25
**respond** 73:10
73:14
**response** 73:24
77:25 78:18
**responses** 8:17
**rest** 45:7
**restate** 38:16
41:13 45:18
**return** 88:17
91:13,17
**review** 91:7
**rhholmes** 2:24
89:20 91:2
**rhode** 19:25
20:3,8 21:2
24:6 29:7 30:4
30:25 73:17
**ri** 73:16,17,25
**right** 6:6,22 9:6
13:16 19:12
29:1,8 33:12
42:9 43:11,15
44:2,13,18,22
46:16 49:13

50:13 51:19
52:8 59:18,21
60:3 62:19
64:3 65:21
66:11,24 67:7
67:23 70:12,15
73:18 74:15
75:2,6 77:22
77:24 78:23
79:25 80:21,23
81:8 82:9,21
83:1,16 84:20
**robert** 2:21
89:18 91:1
**rock** 17:6,17
**role** 16:15
**room** 62:2,16
**rules** 1:19 7:21
**rumble** 15:12
15:14
**running** 18:9
19:3

## s

**s** 2:4,4 5:1 89:2
89:2
**satisfied** 54:13
**saturday** 7:4,5
31:8
**saw** 27:13
33:25
**saying** 15:1
25:9 29:20
37:14 38:19
39:2 42:11
45:10 75:1

**says** 60:11 68:9
71:18 72:5
73:24 74:20,23
75:4
**screen** 46:10
65:21 70:3
**seafood** 29:9
**seal** 87:16,16
**searching**
31:18
**second** 4:14,18
24:23,24 52:15
52:17,22,24
53:12,18 54:6
54:11 56:8,10
56:12 59:25
60:2 61:14,15
71:13,14 73:8
**seconds** 42:21
**see** 22:10 23:3
24:2,9,12
25:22 26:15
27:8 43:18
50:19 59:7,12
59:14,15 60:11
60:19,19 67:20
68:1,2,5 69:12
70:2,22 71:12
71:16 74:4,6
74:23,25 75:4
**seeing** 34:11,15
34:18 58:17,22
58:24
**seems** 74:14
76:18 84:24

**seen** 33:23 34:2
47:8 55:22
56:1 74:2 75:4
81:1
**send** 64:12,21
64:25 68:9,12
**sending** 68:10
**sends** 67:22
**sense** 35:16
**sent** 67:9,11
91:14
**sentence** 67:16
**separate** 1:18
**separately** 45:7
**sequence** 32:3
**series** 7:23
**serve** 80:8
**service** 16:11
**sessions** 2:17
2:17 7:17,21
8:23 9:13,21
11:4 18:22
30:5,22 32:1
32:24 35:25
36:18 38:11
39:7,23 40:10
40:17,21 41:3
41:14 43:2,20
45:12,17 47:1
47:14 48:7,22
49:3,9 50:4,8
51:5,21 53:20
53:25 54:17
56:22 58:21,24
59:4,9,22 60:4

60:17 61:1
62:13,15,20
71:8 74:17,21
78:12,16,19
79:2,7 80:2,7
80:11,17 81:11
81:25 85:1
89:13,14
**seven**  16:23
**several**  20:23
22:24 32:18
81:1
**shaking**  8:18
**share**  46:8,12
58:16
**shared**  46:10
**sheet**  91:11
**short**  22:25
**show**  69:12,14
69:15 73:7
**sidney**  18:3
37:1 64:3,6,18
**sign**  91:12
**signature**  4:7
86:1 87:2,5
88:17 90:3
**signed**  91:20
**sir**  82:5 83:16
84:21
**six**  49:2
**social**  11:7 14:7
14:10 15:21,23
26:2,22 28:19
29:1 56:19
57:11,20 70:17

**software**  16:11
**solemnly**  6:10
**solutions**  90:5
91:23
**somebody**  53:1
53:16 61:15,17
63:14
**sorry**  11:19
15:3 17:11,12
17:15,19 19:21
20:18 22:16
38:7,16 40:14
44:24 60:9
62:8 78:1,10
78:17
**sort**  55:8
**sound**  62:21
78:8
**southern**  1:1
5:10 6:20 88:1
**speak**  9:25 10:7
10:10,13,15,16
10:19,21 40:7
76:6
**speaking**  68:25
**specific**  12:13
36:1 42:2
**specifically**
22:5,13 48:17
52:1 56:4
82:24 83:14
**specify**  36:21
57:2
**speculation**
60:5 61:2

65:25 84:7
**spelling**  85:5
**spoke**  10:12,19
22:13 25:7,10
69:2
**spoken**  42:22
**st**  2:22 89:19
**standing**  39:20
40:3 44:9 60:1
**start**  16:17
71:14
**started**  22:19
40:8 48:4
51:13,16
**starting**  31:24
**state**  5:18 7:6
53:2,8 62:12
81:4,10 87:6
87:23 88:12
**stated**  1:20
61:9 73:1,5
**states**  1:1 5:9
88:1
**stay**  31:14
**stayed**  31:17
**stenographic**
1:17
**steve**  5:25 82:4
**steven**  2:4,4
89:2,2
**stevenbiss**  2:7
89:5
**stipulate**  6:17
**stop**  12:9 13:7
61:20,23

**stopped**  12:14
**street**  2:5 89:3
90:6
**structure**  8:24
**stuff**  18:9
**styled**  1:13
**submitted**
88:16
**subpoena**  9:21
10:1,8,11,14,17
34:1
**subscribed**
87:12 90:1
**suite**  2:5,18
89:3,15 90:7
**summer**  20:25
**supporting**
76:18
**sure**  13:10
30:11,15 40:2
53:7 58:15
70:18 71:18
73:14
**surf**  33:9,10
**surfing**  32:19
33:12,12
**surprised**
49:18 50:16,22
**surprising**  50:1
**suspect**  30:17
**suspended**
15:20
**suzanne**  1:15
1:22 5:15
88:12,17 90:4

suzi 85:8
swbell.net 2:24
89:20 91:2
swear 6:3,10
swimming
68:15
sworn 1:12
88:14

**t**

tab 4:14,16,18
4:20,23 46:2
58:8 66:17
67:13 69:22
tagged 65:20
take 9:2,3,6
19:14 33:15,17
33:20 36:10,13
37:7,11,13
38:10,21,22
39:10,14,21
40:4 43:13
47:13,22 52:15
52:15,22,23,24
53:12,18,21,25
54:15 56:18
57:11,21 60:8
77:15 79:20
80:13
taken 1:13 5:6
37:22 39:15,17
40:6 42:25
44:22 45:2,7
47:10 49:12
54:22 56:8
57:10 60:25

64:22 65:1,13
67:3 69:5
72:15,22,24
77:18 83:3
88:23 89:23
takes 52:11
taketheoath
33:23 34:2
60:11,14
talk 8:7 9:20
62:3 75:12,12
75:20 77:3
talked 81:16
82:6
talking 19:1
61:17,20,23
63:17 79:2
taller 39:13
taught 33:9
teamed 41:17
technician 3:4
59:1,5
technology
16:25
tell 36:22 42:19
43:21 49:15
telling 30:3
testified 40:4
40:11 49:24
50:11 64:2
81:6
testify 63:1
79:19 80:14
testifying 40:9

testimony 6:10
61:22 65:11
88:15,22 91:9
91:18
texas 2:19,23
88:13 89:15,19
90:7
text 22:4 26:19
27:21 28:1,16
60:9 70:14,16
texting 22:1
texts 25:25
thank 6:15,24
7:3,5 54:17
84:21 85:1,10
thing 42:1 51:8
63:15 66:8,9
84:19
things 19:7
think 11:11,11
18:22 21:21
22:11,20,20
25:7,9 26:23
26:24 27:15,16
28:3,17 30:20
31:4,5 32:18
40:19 42:1,5
47:19 49:14
50:9 51:7
52:11 53:1,11
55:7,18,18
56:25 58:12
61:8 67:11
69:6,6,7 70:16
72:6 79:14,17

80:22,25 82:6
84:13,14,18
thought 17:21
17:21 53:2,8
three 88:21
throckmorton
90:6
throwing 63:14
time 5:3 8:22
8:22 9:1 17:25
18:2 20:2,8,12
20:24 21:12,17
22:11,18,25
23:6 24:7 29:6
32:11 34:4
35:23 36:3,10
42:4 45:22
47:9 48:14
49:5 54:11,20
54:23 56:5,24
59:14 61:9
65:8,12 68:5,6
74:3 75:6,13
77:19 78:25
81:14,16 85:11
88:19,22 91:19
timeframe 91:8
toast 66:14
67:2
today 7:16,24
9:18 81:18
82:18,20 83:18
together 48:3
told 36:9 38:22
39:17 40:5

42:7,13 55:24
55:25 82:13
**took** 24:13
35:23 36:3,11
37:1 38:19
42:17,20 77:22
78:21 82:14
83:18
**top** 60:8,9
67:15
**toth** 3:4 46:11
**tothic.com** 3:5
**transcript**
88:14,16 91:6
91:20
**traveled** 31:10
**tremaine** 2:11
5:22,24 89:8
**trick** 8:1
**tried** 80:6
**trip** 20:19,21
20:22 21:2,3
24:4,23,24
25:4 32:21
33:8
**true** 87:3 88:15
**truth** 6:11,12
6:12 14:7,10
**try** 8:7 40:24
59:5
**trying** 8:1
32:17 35:16
38:18 40:22
49:25 50:12,15

**turning** 78:13
78:14
**tweet** 4:15 14:4
59:13 60:9
**tweeted** 14:5
**twice** 66:11
**twitter** 13:18
13:20,24,25
14:3 33:24
**two** 4:21 28:13
52:11 53:24
54:9 62:16
73:1,4
**types** 19:6

**u**

**uh** 60:10
**under** 7:24
87:10,16
**understand**
7:25 30:10
32:25 38:18
39:25 44:7,25
48:23 49:22
79:23
**understanding**
38:2
**unifocus** 16:14
**unit** 5:5
**united** 1:1 5:9
88:1
**unmute** 78:4
**unnatural** 8:16
**use** 12:1,4,19
13:1,4,25 14:3
14:6 16:5

**used** 6:21 14:24
55:14,22 88:19
88:20,21 91:20
**user** 11:10,12
12:22 14:23
**using** 82:14

**v**

**v** 91:4
**vacation** 32:16
**valerie** 20:10
24:20 25:4,5
34:18 76:25
77:7
**various** 13:3
83:22,22
**verify** 91:9
**veritext** 5:13,16
90:5 91:14,23
**veritext.com**
91:15
**version** 52:17
60:2
**versions** 73:4
**versus** 5:7
32:13
**video** 4:14,18
36:6,17,25
37:2,8,11,14,18
37:22 38:10,20
38:21,23 39:1
39:17,21 40:4
40:5,8 41:16
41:20 42:7,25
43:6,12,13,15
43:17,18 44:1

44:8,11,13,21
45:2,7,22,24
46:14,16,18
47:6,8,13,23
48:4,12,18
49:12 51:2,12
51:15 52:8,14
52:18 53:12
54:5,5,6 56:8,9
56:10,12,18
57:10,20 59:18
59:20,25 60:3
60:24 61:11
63:22 64:2,5
64:12,14,21,25
65:13,18 66:9
66:11,20,22
67:11 68:13,14
72:3 73:2
82:11,14,18
83:2,17
**videographer**
3:3 5:2,14 6:2
54:20,23 77:19
85:11
**videos** 39:14
54:9 65:3,7
67:3 68:10,12
68:16 69:5
71:20 72:10,15
72:17,20,22,24
73:2
**videotaped** 1:9
1:11 86:2 88:9
88:15

**viral** 67:7
**virginia** 2:6
21:23 89:4
**voice** 62:7,21
**vs** 1:5 88:5

**w**

**wait** 8:10,12
20:18
**wake** 32:5
**walk** 31:23
**want** 6:17
10:25 28:24
41:17 52:2
62:24 69:14
73:7 82:10
**wanted** 37:20
38:22 39:2
41:22 42:5,12
51:23 83:5
**watched** 52:14
59:20 72:25
82:18,20 83:17
83:18
**way** 8:19 63:11
**wbp** 4:20,22,22
67:14 69:23
**we've** 82:6
**website** 55:10
**wedding** 19:24
21:3,4,10,12
23:14,22 24:3
24:23 25:16,21
26:13 27:5
28:11

**week** 10:2
**weekend** 19:25
23:22 24:10
25:16 26:13,14
27:6,7 28:11
31:1 32:17
39:16 67:10
**weekends**
25:15
**weeks** 81:1
**weird** 78:9
**went** 24:4 29:7
33:12 65:5,7
65:12
**west** 2:5 89:3
**whereof** 90:1
**whispering**
62:18
**whispers** 61:23
**wife** 25:5 26:10
69:6 76:18
**wife's** 20:10
**william** 2:17
89:13
**wilson** 1:9,11
4:4 5:6 7:8
11:23,24 16:4
63:19 67:13,20
71:18 79:9
86:3 87:1,9
88:10,14 91:5
**wish** 37:20
38:23 39:2
41:23 42:5,8
42:12 49:25

50:12,15 51:23
52:2 55:14
66:9
**wishing** 42:16
**witness** 1:12
2:16 6:3,8,14
18:23 21:24
23:13 30:23
32:2,8,25
36:22 37:25
39:24 40:11
41:1,22 43:3,8
43:23 44:15,24
45:13,18 47:15
47:19 48:8,23
49:4,10 51:7
51:22 52:20
53:1 56:1,15
56:25 57:24
59:23 60:6,19
62:17 63:24
64:10 66:1
68:24 71:9
72:6 74:10,18
75:11,18,25
76:5 77:3,9
80:18 81:13
83:13 84:8,17
87:5 88:14,15
88:17 89:12
90:1 91:8,10
91:12,19
**witness's** 6:7
**woke** 32:7

**wonderful** 74:4
**wondering**
26:25 50:1
55:21
**words** 42:22
84:3
**work** 68:11
**worked** 17:6
18:6
**worth** 90:7
**wright** 2:11
5:22,24 89:8
**wrong** 13:15

**y**

**yard** 45:24
47:13 48:5,12
48:18,21 49:1
49:8,13 51:18
**yeah** 7:5 26:9
53:23 57:4
58:23
**year** 12:12 13:9
16:16
**years** 24:17
41:4
**yesterday** 9:18
9:19
**york** 1:1 2:12
2:12 5:10 6:20
17:9,11,12,13
17:22 88:1
89:10,10
**younger** 17:7
19:10

**[youtube - zoom]**                                             Page 20

| youtube   70:23 |
| :--- |
| **z** |
| **zoom**   5:23 |
| 67:15 70:6 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.