# EXHIBIT 38

This document to be filed under seal pursuant to Your Honor's Individual Practices 11