# EXHIBIT 40

**This document to be filed under seal pursuant to Your Honor's Individual Practices 11**