# EXHIBIT 41

| | |
|---|---|
| Document title: | Jack Flynn #SignTheDamnDismissal (@GoJackFlynn) \| Twitter |
| Capture URL: | https://web.archive.org/web/20200701034959/http://twitter.com/gojackflynn |
| Page loaded at (UTC): | Fri, 21 Apr 2023 19:47:37 GMT |
| Capture timestamp (UTC): | Fri, 21 Apr 2023 19:49:42 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 34.238.0.175 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | bFxuJU3eEUXaKVgy3t8vcj |
| User: | dwt-pjezick |

**Exhibit 0328**
4/24/2023
John Flynn

PDF REFERENCE #:    rJwdVNePv9pKSPGsm48Amf

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go MAY JUL AUG 01 2019 2020 2021
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

Tweets 13.1K | Following 4,599 | Followers 104K | Likes 14.3K

Follow

## Jack Flynn #SignTheDamnDismissal

@GoJackFlynn

Brother of LtG Mike Flynn (R) 🍀🇺🇸⭐ ⭐ ⭐ 🇺🇸 THANK YOU ALL FOR YOUR UNDYING SUPPORT
MikeFlynnDefenseFund.org
sidneypowell.com

Joined March 2019

Photos and videos

**Tweets** | Tweets & replies | Media

Pinned Tweet

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · Mar 7

Please donate to the MikeFlynnDefenseFund.org this battle wages on and the legal fees don't stop. We need to take this all the way to the end. Every penny counts. Thank you all for your consideration. The Entire Flynn Family.

> **Jack Flynn #SignTheDamnDismissal** @GoJackFlynn
> They set up my Brother and targeted the President twitter.com/realDonaldTrum…

337 3.1K 4.2K

Show this thread

Jack Flynn #SignTheDamnDismissal Retweeted

**Scotty was here** @scotty_kiker · 14h

123 Years After !

9 460 483

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 1h

Believe me. This is very very funny. I am in awe of this total concept. What do you call this? In Japanese if possible. So seriously impressed. I can't wait to serve this to my sushi snob friends.

> **Samantha Jones** @Samantha_J9
> Supper. Follow me for more recipes.

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like · Refresh

- **Joseph J Flynn** @JosephJFlynn1
- **Barbara(Flynn) Re…** @BarbaraRedgate
- **MaryFlynnONeill** @flynn_neill
- **Sidney Powell** 🇺🇸 @SidneyPowell1
- **General Flynn** @GenFlynn

## Worldwide trends

- Jada — 773K Tweets
- Roger Stone — 666K Tweets
- Keke — 74.3K Tweets
- #SmackDown — 24.8K Tweets
- #AllStars5 — 15.9K Tweets
- #disneyisoverparty — 10.3K Tweets
- #harrystylesisoverparty — 6,974 Tweets
- #entanglement — 6,517 Tweets
- Goya — 785K Tweets
- LAW AND ORDER — 71.6K Tweets

**Jack Flynn #SignTheD...**
@GoJackFlynn

Tweets 13.1K | Following 4,599 | Followers 104K | Likes 14.3K

Follow

Supper. Follow me for more recipes.

11 32 139

Jack Flynn #SignTheDamnDismissal Retweeted

**Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn** @Barba... · 10h

So Proud To #TakeTheOath To Defend Our Constitution! (Aboard Freedom! 38.31*N, 76.45*W) Digital Soldiers On The Move! #WWG1WGA God Bless America! @GenFlynn @SidneyPowell1 @realDonaldTrump @lofly727 @JosephJFlynn1 @flynn_neill @GoJackFlynn @76LibertyWatch 🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸

153 1.0K 2.4K

Show this thread

Jack Flynn #SignTheDamnDismissal Retweeted

**Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn** @ · 30 Jan 2019

The Obama/Clinton Cabal Knew They Had To Stop General Mike Flynn First! OR They Would ALL Be Locked Up By NOW! @realDonaldTrump @MattWhitaker46 @DevinNunes

**Fake News Crime Fighter** @realTT2020
The greatest intelligence trap history has ever revealed!
Show this thread

1.9K 20K 31K

Show this thread

Jack Flynn #SignTheDamnDismissal Retweeted

🇺🇸 **REDSheSaid** 🇺🇸 @REDSheSaid2 · Jun 26

Hey @realDonaldTrump! #SilentMajorityRising for sure!

**Kathy Elmgren Thompson** @KathyElmgren
Made my morning: This is my neighbor who was the only one on our county road supporting Hillary in 2016. Looks like he's changed his mind!! 😀😂🇺🇸💪

71.6K Tweets

© 2020 Twitter About Help Center Terms Privacy policy Cookies Ads info

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go MAY JUL AUG 59 captures 16 Sep 2019 - 25 Jan 2023 2019 01 2020 2021 About this capture

**Jack Flynn #SignTheD...** @GoJackFlynn

Tweets 13.1K | Following 4,599 | Followers 104K | Likes 14.3K | Follow

11 154 414

Jack Flynn #SignTheDamnDismissal Retweeted

**THE COMMANDER'S ARTIST --** ⭐⭐⭐🎨 @TheRealMaddog58 · 13h

How many patriots live in St Petersburg FL?
I'll be visiting the 3rd thru the 7th and I'll be giving out some awesome prints 24 x 36. Luv 2 meet others in this digital battle for America! ₩6*

5 44 79

Jack Flynn #SignTheDamnDismissal Retweeted

**Sam** ⚖⚔⭐⭐⭐ @neverringthebel · 7h

🇺🇸OUR NATION NEEDS MEN OF COURAGE 💪❤🇺🇸We will NEVER ring the bell on AMERICA OR HER PEOPLE #Grassroots #Veterans #MAGA @RepBarryMoore ⭐⭐⭐ @GenFlynn @realDonaldTrump @GoJackFlynn @freedomcaucus @club4growth @AmWorkCo

> **Yellowhammer News** @yhn
> .@club4growth hits AL-02 hopeful Jeff Coleman for campaign contributions to Hawaii Democrat Neil Abercrombie in new ad #alpolitics
> By @jeff_poor yellowhammernews.com/club-for-growt...

6 106 97

Jack Flynn #SignTheDamnDismissal Retweeted

**Mike in Pa.** @Psalm133er · Jun 28

Bind us together,Lord bind us together, with cords that cannot be broken, bind us together, Lord bind us together Lord bind us together with love. This is for all the Patriots!

5 87 256

Jack Flynn #SignTheDamnDismissal Retweeted

**Chicago1Ray** 🇺🇸 @Chicago1Ray · 17h

Kudos to @TheLeoTerrell for speaking up for what he sees as a takeover of his heritage by BLM/They don't speak for me " (BLUNT FORCE TRUTH) Thank you twitter.com/TheLeoTerrell/...

**Jack Flynn #SignTheD...** @GoJackFlynn

| Tweets | Following | Followers | Likes |
| --- | --- | --- | --- |
| 13.1K | 4,599 | 104K | 14.3K |

Follow

567 5.0K 11K

Show this thread

Jack Flynn #SignTheDamnDismissal Retweeted

**TheLeoTerrell** @TheLeoTerrell · Jun 29

I am asking law and order Democrats to leave the party. #Blacklivesmatter and #Socialists have hijacked the party. It is no longer the party of #JFK. @seanhannity @realDonaldTrump @marklevinshow @FoxNews

1.1K 13K 28K

Jack Flynn #SignTheDamnDismissal Retweeted

**Donald J. Trump** @realDonaldTrump · May 11

OBAMAGATE!

34K 54K 143K

Jack Flynn #SignTheDamnDismissal Retweeted

**TONY™** @TONYxTWO · Jun 29

Liberal says he's voting for President @realDonaldTrump 🇺🇸🇺🇸🇺🇸

PEOPLE ARE WAKING UP!! 🔥🔥🔥

264 4.6K 9.1K

Jack Flynn #SignTheDamnDismissal Retweeted

**TheLeoTerrell** @TheLeoTerrell · 7h

#JoeBiden is unqualified to lead this country in the current state. Questions about #police violence? Look at what @JoeBiden has NOT done for the last 24 years.

Jack Flynn #SignTheD...
@GoJackFlynn

Tweets 13.1K | Following 4,599 | Followers 104K | Likes 14.3K

Follow

#JoeBiden is unqualified to lead this country in the current state. Questions about #police violence? Look at what @JoeBiden has NOT done for the last 24 years.

223 3.2K 7.4K

Jack Flynn #SignTheDamnDismissal Retweeted

**Sharleta2468** @SharletaBasset1 · 8h
#TakeTheOath 🤚🇺🇸⚖️🛡️⚔️✝️🙏 w/@GenFlynn @lofly727 @SidneyPowell1 @JosephJFlynn1 @flynn_neill @BarbaraRedgate @GoJackFlynn @BardsFM @StrategicMelis @molmccann @intheMatrixxx @GrrrGraphics @ChristinePolon1 @sxdoc

39 277 542

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 8h
But my Mom said I could move back to the basement.

> **LORI HENDRY** @Lrihendry
> Chaz/Chop has collapsed and they are cold, wet and hungry.
>
> America should NOT let these refugees back into America.

18 252 655

Jack Flynn #SignTheDamnDismissal Retweeted

**Sean (Parler: Cordicon) ⭐⭐⭐** @Patriotize · 15h
We've been at war for a LONG TIME.
Notice the plane?

Drebonacci

**Jack Flynn #SignTheD...**
@GoJackFlynn

Tweets 13.1K | Following 4,599 | Followers 104K | Likes 14.3K | Follow

567 2.9K 4.4K

Show this thread

Jack Flynn #SignTheDamnDismissal Retweeted

**Sidney Powell** ★★★ @SidneyPowell1 · 8h

Very important read about true corruption in the #IRS and explaining failure of @FBI agents to come forward re their knowledge of criminal conduct within #FBI
redstate.com/elizabeth-vaug...
@realDonaldTrump
@TheJusticeDept
@JusticeOIG
@PressSec
@GenFlynn
#Flynn
@KerriKupecDOJ

185 3.6K 4.7K

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 9h

National security adviser says Trump was not briefed on bounty intelligence, condemns leaks a.msn.com/01/en-us/BB169... @HillaryClinton so easy to jump to judgement. you look like nothing more than a nagging hag of a loser.

Jack Flynn #SignTheD... @GoJackFlynn | Tweets 13.1K | Following 4,599 | Followers 104K | Likes 14.3K | Follow

185 3.6K 4.7K

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 9h
National security adviser says Trump was not briefed on bounty intelligence, condemns leaks a.msn.com/01/en-us/BB169... @HillaryClinton so easy to jump to judgement. you look like nothing more than a nagging hag of a loser.

14 187 365

Jack Flynn #SignTheDamnDismissal Retweeted
**Patriot Transition Voice🇺🇸 #Transition2Greatness** @bvoice_p · 10h
Replying to @BarbaraRedgate @GenFlynn and 7 others
Awesome!!

3 77 161

Jack Flynn #SignTheDamnDismissal Retweeted
**Noel Cooke** @NoelCooke_ · 10h
Replying to @adamhousley
Trump was investigated for obstructing the Flynn case. At the time of his meeting with Comey, however, the FBI had cleared Flynn and dropped investigation. So they investigated Trump for asking about a case that the FBI had already closed. First indictment should be Comey.

18 215 1.1K













