# EXHIBIT 42

| | |
|---|---|
| Document title: | Jack Flynn #SignTheDamnDismissal (@GoJackFlynn) | Twitter |
| Capture URL: | https://web.archive.org/web/20200705165722/http://twitter.com/gojackflynn |
| Page loaded at (UTC): | Fri, 21 Apr 2023 19:50:04 GMT |
| Capture timestamp (UTC): | Fri, 21 Apr 2023 19:51:36 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 34.238.0.175 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | cpk9K9VDMK2VqkntcqM9jY |
| User: | dwt-pjezick |

Exhibit
0334
4/24/2023
John Flynn

PDF REFERENCE #:    x5ahizmEEManuVZuo4kSiB

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go MAY JUL AUG
59 captures 05
16 Sep 2019 - 25 Jan 2023 2019 2020 2021 About this capture

Tweets 13.2K | Following 4,615 | Followers 108K | Likes 14.5K

Follow

## Jack Flynn #SignTheDamnDismissal

@GoJackFlynn

Brother of LtG Mike Flynn (R) 🍀🇺🇸⭐ ⭐⭐🇺🇸 THANK YOU ALL FOR YOUR UNDYING SUPPORT
MikeFlynnDefenseFund.org
sidneypowell.com

Joined March 2019

**Tweets** Tweets & replies Media

Pinned Tweet

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · Mar 7
Please donate to the MikeFlynnDefenseFund.org this battle wages on and the legal fees don't stop. We need to take this all the way to the end. Every penny counts. Thank you all for your consideration. The Entire Flynn Family.

> **Jack Flynn #SignTheDamnDismissal** @GoJackFlynn
> They set up my Brother and targeted the President twitter.com/realDonaldTrum…

Show this thread

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 1h
2 very great and very special American Women!! 🇺🇸🌹🇺🇸

> **Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1
> Replying to @GenFlynn @molmccann and 6 others
> 🇺🇸🇺🇸Happy July 4, 2020 🇺🇸🇺🇸
> The BEST yet!!
> God bless America 🇺🇸
> I solemnly swear to support & defend the #Constitution

9 168 499

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 6h
Excellent Thank you #DigitalSoldiers #SilentNoMore @GenFlynn @lflynn1998 @lofly727 @BarbaraRedgate @SidneyPowell1 @JosephJFlynn1 @flynn_neill @realDonaldTrump @molmccann 🇺🇸

> **JustInformed Talk** @JustInformU
> #TakeTheOath
> Show this thread

8 134 370

Jack Flynn #SignTheDamnDismissal Retweeted

**BoumtjeBoumtje** ⭐⭐⭐ @BoumtjeBoumtje · 15h
Replying to @BoumtjeBoumtje @GenFlynn and 8 others
We fought back and beat these Commies before ... we'll do it again 🇺🇸

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

© 2020 Twitter About Help Center Terms
Privacy policy Cookies Ads info

INTERNET ARCHIVE WayBackMachine http://twitter.com/gojackflynn Go MAY JUL AUG 05 2019 2020 2021
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

We fought back and beat these Commies before ... we'll do it again 🇺🇸

22 103

Jack Flynn #SignTheDamnDismissal Retweeted

**BoumtjeBoumtje** ⭐⭐⭐ @BoumtjeBoumtje · 15h

Replying to @GenFlynn @SidneyPowell1 and 7 others

Happy 244th Birthday to The Greatest Nation on Earth & The Hope of All Mankind 🇺🇸

5 81 364

Jack Flynn #SignTheDamnDismissal Retweeted

**Machiavelli** @TheRISEofROD · 13h

Replying to @GenFlynn @SidneyPowell1 and 7 others

Happy Independence Day,

General Michael Flynn.

168 574

Jack Flynn #SignTheDamnDismissal Retweeted

**Brian Cates //Flynn & Breitbart's Army!** @drawandstrike · 16h

Document title: Jack Flynn #SignTheDamnDismissal (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200705165722/http://twitter.com/gojackflynn
Capture timestamp (UTC): Fri, 21 Apr 2023 19:51:36 GMT

168 574

Jack Flynn #SignTheDamnDismissal Retweeted

**Brian Cates //Flynn & Breitbart's Army!** @drawandstrike · 16h

My livestream will be going live in 25 minutes or so.

Here's the link!

youtu.be/d5y6xBwx7H4

Going to be talking about 6-7 topics tonight, should take about 90 minutes. :)

4 40 98

Jack Flynn #SignTheDamnDismissal Retweeted

**Big Moose** @theoldbigmoose · 16h

It is time to retake the oath I first took in 1976 to defend the constitution of my United States of America on today, Independence Day 2020
#TakeTheOath #WWG1GWA #GeneralFlynn

Jack Flynn #SignTheDamnDismissal Retweeted

**General Flynn** @GenFlynn · 15h

#TakeTheOath 🇺🇸
Happy 4th of July 🇺🇸
God Bless America 🇺🇸
@SidneyPowell1
@molmccann
@BarbaraRedgate
@JosephJFlynn1
@GoJackFlynn
@flynn_neill
@lofly727
@TJHproject
🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go MAY JUL AUG 05 2019 2020 2021
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

Jack Flynn #SignTheDamnDismissal Retweeted

**TEXASproud** @TEXASrdblock · 14h

Replying to @SaltAndJepper @elenochle

Taking the oath standing with @GenFlynn, her dress did steal the limelight..

i want one!!

Guess i will have to buy a white dress
, white mumu and make one with Tshirt paint😊
#MAGA #WWG1WGA

4 76 254

Jack Flynn #SignTheDamnDismissal Retweeted

**Crucial.‼** @Parazeloo · 13h

Replying to @Sun_Q_Tzu @GenFlynn and 8 others

America Fuck Yeah 🇺🇸 🇺🇸

4 13 66

Jack Flynn #SignTheDamnDismissal Retweeted

**Derek Utley** @realDerekUtley · 14h

Kanye West will single handily expose the Democrats and Joe Biden to the Black community.

After he has accomplished this mission, he will endorse @realDonaldTrump.

Mark my words.

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 13h

Happy Independence Day. WWG1WGA #KAG2020 .

**General Flynn** @GenFlynn

#TakeTheOath 🇺🇸

Happy 4th of July 🇺🇸

God Bless America 🇺🇸

@SidneyPowell1

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 14h

"We have an army of Digital Soldiers". #SilentNoMore

"We have an army of Digital Soldiers". #SilentNoMore

Jack Flynn #SignTheDamnDismissal @GoJackFlynn · 14h
Leaving this here. GOD BLESS AMERICA. #KAG2020

Jack Flynn #SignTheDamnDismissal Retweeted
Mark R. Levin @marklevinshow · Jul 4
The president's speech at Mt. Rushmore was spectacular. Absolutely fabulous. Truly historic. One of the most powerful speeches I've ever heard. I couldn't be prouder.

Jack Flynn #SignTheDamnDismissal Retweeted
Joseph J Flynn @JosephJFlynn1 · Jul 4
People exercising their constitutional rights....

Chris Evert @ChrissieEvert
No one is wearing a mask at Mount Rushmore. People are squeezed

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go MAY JUL AUG 05 2019 2020 2021
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

Truly historic. One of the most powerful speeches I've ever heard. I couldn't be prouder.

Jack Flynn #SignTheDamnDismissal Retweeted

**Joseph J Flynn** @JosephJFlynn1 · Jul 4
People exercising their constitutional rights....

> **Chris Evert** @ChrissieEvert
> No one is wearing a mask at Mount Rushmore. People are squeezed together..I can't believe what I'm seeing...

Jack Flynn #SignTheDamnDismissal Retweeted

**Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn** @Barb... · Jul 4
#Happy4thofJuly 🇺🇸⭐⭐⭐🇺🇸

> **General Flynn** @GenFlynn

Jack Flynn #SignTheDamnDismissal Retweeted

**LORI HENDRY** @Lrihendry · Jul 4
Join me in sending love and prayers to @kimguilfoyle who tested positive for COVID. She's showing no signs of the virus as being reported by @OANN Don Jr Reportedly tested negative. We love you Kimberly and wishing you good health! ❤️🙏

Jack Flynn #SignTheDamnDismissal Retweeted

**The White House** @WhiteHouse · Jul 3
"My fellow citizens, America's destiny is in our sights. America's heroes are embedded in our hearts. America's future is in our hands. And ladies and gentlemen, the best is yet to come."

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · Jul 4
Thanks for sharing this with others. Strength through Family and God..

> **Washington Examiner** @dcexaminer
> "I respect your space, I respect what you're protesting for.
>
> But will you respect others who don't support that same protest?"

9 170 410











