# EXHIBIT 43

# PageVault

| | |
|---|---|
| Document title: | Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) \| Twitter |
| Capture URL: | https://web.archive.org/web/20181124141931/twitter.com/flynnjack515 |
| Page loaded at (UTC): | Sun, 19 Feb 2023 16:30:43 GMT |
| Capture timestamp (UTC): | Sun, 19 Feb 2023 16:32:12 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 3.210.117.78 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 2bj9hHPgPoHxktti9aTkp7 |
| User: | dwt-pjezick |

**Exhibit 0339**
4/24/2023
John Flynn

PDF REFERENCE #:      itcRhYncCZfd2i5kGzC1fS

INTERNET ARCHIVE WaybackMachine http://twitter.com/flynnjack515 Go
129 captures
3 Jan 2018 - 28 Jan 2021
OCT NOV DEC
24
2017 2018 2020
About this capture

Tweets 5,638 | Following 3,974 | Followers 11.5K | Likes 5,160 | Follow

## Jack Flynn: ★★★ Nationalist

@FlynnJack515

Brother of @GenFlynn #3Stars4GenFlynn

mikeflynndefensefund.org

Joined September 2013

**Tweets** | Tweets & replies | Media

Pinned Tweet

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · 9 Nov 2017

Please accept my most gracious thank you to help Mike get through this seemingly endless legal battle.

Show this thread

Jack Flynn: ★★★ Nationalist Retweeted

**Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn** @Barb... · 24m

Replying to @davidwebbshow

David, can you please post the incredibly informative radio interview you had with Ret. Lt Gen David Deptula Where He Factually describes how the US is Losing it's Military Edge with China and Russia The American People Need A Wake Up Call

Thank You God Bless~Barbara🙏🇺🇸

8 14

Jack Flynn: ★★★ Nationalist Retweeted

**Dr Rich S** @RichardSalPhD · 15h

Replying to @elguapo64 @BettyFr3 @HuffPost

Real problem was a hispanic woman said it and it does not fit the narrative that all poc love HRC

3 5

Jack Flynn: ★★★ Nationalist Retweeted

**Anna Paulina** @realannapaulina · 17h

Yesterday on Fox I was placed on the wrong segment & in the confusion made a brash and unprofessional joke. To Fox and those watching, I am deeply sorry.

My feeling simply is that Big Government creates dynasties like the Clintons that won't go away & Americans are over it.

Jack Flynn: ★★★ Nationalist Retweeted

**Anna Paulina** @realannapaulina · 11h

We need to fully investigate Hillary's emails.

Fact:

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

Jack Flynn: ★★★ Nationalist Retweeted

**Anna Paulina** @realannapaulina · 11h

We need to fully investigate Hillary's emails.

Fact:

Had I done what she did when I was serving in the military (and had my security clearance) I would have been thrown into prison.

Jack Flynn: ★★★ Nationalist Retweeted

**Conservative Pets** @ConservativePTZ · Nov 19

Retweet I think my dog is a Democrat by Bryan Lewis.

Brian, your dog is definitely a Democrat!

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · 2h

Thanks again for your support Peach. Much appreciated. Hope y'all had a great Thanksgiving too.

> **Georgia🍑Peach★★★** @Real_PeachyKeen
> It's #AllInForGenFlynnFriday. Please show @GenFlynn your support and love! We need to show him our fight!! For him and for America!
> And please donate to his Defense Fund at: MikeFlynnDefenseFund.org
> Show this thread

1 11

Jack Flynn: ★★★ Nationalist Retweeted

**Philip Htoon** @PhilipHtoon · Nov 21

Replying to @Cordicon @Poppyslove and 8 others

Wishing General Flynn and family a Happy Thanksgiving...

3 26 104

Jack Flynn: ★★★ Nationalist Retweeted

**★TRUMP★Q★CHICK★** @JustMy_NameHere · Nov 22

★🇺🇸 ★🇺🇸★🇺🇸★🇺🇸★🇺🇸★

tomorrow isn't just #BlackFriday

It's a day to tell @GenFlynn how much #WeThePeople appreciate him!!

#IStandWithGenFlynn

#allinforgenflynnfriday #QAnon

#WWG1WGA #MAGA

@POTUS @realDonaldTrump

5 149 265

Jack Flynn: ★★★ Nationalist Retweeted

**Smile ★★★** @ImabitcSumtimes · 23h

@realDonaldTrump it's time to #DeclassifyFISADocs very frustrating as Hilary walks free! What they've done to @GenFlynn & his family is unfathomable. This ISN'T how we treat an "HONORABLE" man who served our Country for over 30 years!

Mikeflynndefensefund.org

#AllInForGenFlynn

Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn, Jack Flynn: ★★★ Nationalist, Joseph J. Flynn ★★★ and 7 others

17 324 442

Jack Flynn: ★★★ Nationalist Retweeted

**Georgia🍑Peach★★★** @Real_PeachyKeen · 23h

It's time for truth. It's time for justice. All @GenFlynn supporters please tweet directly to @realDonaldTrump to release the Documents! Sentencing is

INTERNET ARCHIVE WaybackMachine http://twitter.com/flynnjack515 Go 129 captures 3 Jan 2018 - 28 Jan 2021 OCT NOV DEC 24 2017 2018 2020 About this capture

Jack Flynn: ★★★ Nationalist Retweeted

**Georgia🍑Peach★★★** @Real_PeachyKeen · 23h

It's time for truth. It's time for justice. All @GenFlynn supporters please tweet directly to @realDonaldTrump to release the Documents! Sentencing is December 18th. It's crunch time and our collective voice can be heard! We ARE Digital Warriors!! 🇺🇸🇺🇸🇺🇸

21 278 390

Show this thread

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 22

Nice Barbara happy Thanksgiving to you too.

**Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn**

Wishing You All A Very Warm And Wonderful Thanksgiving We Are Very Grateful For All Of The Amazing People That Have Come Into Our Lives @GenFlynn @lofly727 @BarbaraRedgate @mflynnJR @flynn_neill

3 12 58

Jack Flynn: ★★★ Nationalist Retweeted

**Ari Fleischer** @AriFleischer · Nov 20

Here's a perfect example of press bias. Nowhere in this story can you find the words "liberal", "left", or "left wing". Cornell West is described as an "intellectual". If a similar group of conservatives met, the language would be vastly different.

Jack Flynn: ★★★ Nationalist Retweeted

**General Flynn** @GenFlynn · 1 Dec 2016

We are going to win and win and win at everything we do. It is going to be tough, but Team Trump-Pence will #MAGA 🇺🇸☘️🏄

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 20

Romaine lettuce is not safe to eat, CDC warns U.S. consumers - The Washington Post

3 13 12

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 20

She's a jihadi pure and simple.

**Rakelly❤️Trump** @kelly_ramona

Liberal Activist are Asking Linda Sarsour to step down because of her history of Anti-Semitic remarks ! She needs

Document title: Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181124141931/twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:32:12 GMT
Estimated post date: 11/24/2018 2:19:31 PM

INTERNET ARCHIVE WaybackMachine http://twitter.com/flynnjack515 Go OCT NOV DEC 24 2017 2018 2020
129 captures
3 Jan 2018 - 28 Jan 2021
About this capture

Jack Flynn: ★★★ Nationalist @FlynnJack515 · Nov 20
She's a jihadi pure and simple.

**Rakelly❤Trump** @kelly_ramona
Liberal Activist are Asking Linda Sarsour to step down because of her history of Anti-Semitic remarks ! She needs to be deported out of our country!
Show this thread

5 38 70

Jack Flynn: ★★★ Nationalist Retweeted
**Charles V Payne** @cvpayne · Nov 18
Hope everyone had a great weekend. I finally celebrated my birthday with brunch with my family it was wonderful. As we brace for another wild week:
Never let anyone make you feel bad for who you voted for or try to make you feel guilty for loving your country.
#WeAreBlessed

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 20
Good news!!

**John Cardillo** @johncardillo
MSNBC is losing its mind over Whitaker as acting AG.

Whitaker has the dirt on Hillary and sees through the Mueller sham. They're terrified of him.

1 15 54

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 20
Oh yeah!! and so is @realDonaldTrump

**Saul Montes-Bradley** @Debradelai
53 Senators despite your most corrupt efforts.

Yep.

1 2 18

Jack Flynn: ★★★ Nationalist Retweeted
**Dawn The Nationalist ★★★** @Dawn_DeMore1 · Nov 16
Replying to @ImabitcSumtimes @GenFlynn and 9 others
We Stand With Our Hero #GeneralFlynn
#AllInForGenFlynnFriday #FreeGeneralFlynn #ClearFlynnNow

3 84 155

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 19
Why would anyone do this to themselves? What point does this prove? She has an ass? Who doesn't? How does this helpnout country or society improve at all? How irrational and immature is this stupid act ?? This is child's play BS.

Document title: Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181124141931/twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:32:12 GMT
Estimated post date: 11/24/2018 2:19:31 PM

Hope everyone had a great weekend. I finally celebrated my birthday with brunch with my family it was wonderful. As we brace for another wild week:
Never let anyone make you feel bad for who you voted for or try to make you feel guilty for loving your country.
#WeAreBlessed

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 20
Good news!!

> **John Cardillo** @johncardillo
> MSNBC is losing its mind over Whitaker as acting AG.
>
> Whitaker has the dirt on Hillary and sees through the Mueller sham. They're terrified of him.

1 15 54

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 20
Oh yeah!! and so is @realDonaldTrump

> **Saul Montes-Bradley** @Debradelai
> 53 Senators despite your most corrupt efforts.
>
> Yep.

1 2 18

Jack Flynn: ★★★ Nationalist Retweeted
**Dawn The Nationalist ★★★** @Dawn_DeMore1 · Nov 16
Replying to @ImabitcSumtimes @GenFlynn and 9 others
We Stand With Our Hero #GeneralFlynn
#AllInForGenFlynnFriday #FreeGeneralFlynn #ClearFlynnNow

3 84 155

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 19
Why would anyone do this to themselves? What point does this prove? She has an ass? Who doesn't? How does this helpnout country or society improve at all? How irrational and immature is this stupid act ?? This is child's play BS.

> **Mike** @Fuctupmind
> This is Portland.
>
> The left has lost their minds.

21 19 69

Document title: Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181124141931/twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:32:12 GMT
Estimated post date: 11/24/2018 2:19:31 PM











