# EXHIBIT 44

Page Vault

| | |
|---|---|
| Document title: | Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 (@GoJackFlynn) \| Twitter |
| Capture URL: | https://web.archive.org/web/20200416111906/http://twitter.com/gojackflynn |
| Page loaded at (UTC): | Thu, 21 Jul 2022 20:33:05 GMT |
| Capture timestamp (UTC): | Thu, 21 Jul 2022 20:33:56 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | 36c0ac2d-8162-4e01-bd1d-ed84e5cacd4e |
| User: | dwt-pjezick |

**Exhibit 0340**

4/24/2023
John Flynn

http://twitter.com/gojackflynn — Go — DEC **APR** MAY

Case 1:21-cv-02587-AS-SLC    Document 184-44    Filed 10/27/23    Page 3 of 8    ◀ **16** ▶

58 captures
16 Sep 2019 - 24 Mar 2022
2019 **2020** 2021
About this capture



**Jack Flynn MikeFlynnDefenseFund.o rg 401-329-2007**
@GoJackFlynn

推文 **1.01萬**    正在跟隨 **3,861**    跟隨者 **3.2萬**    喜歡的內容 **1.11萬**

跟隨

Brother of Mike Flynn (R) 🎗🇺🇸⭐⭐
⭐ 🇺🇸 GIVE @GenFlynn his voice
back~no more loyal a soldier.
MikeFlynnDefenseFund.org
sidneypowell.com

📅 2019年3月加入

📷 97 個相片或影片

推文    推文與回覆    媒體

🔁 釘選的推文

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJa... · 3月7日
Please donate to the MikeFlynnDefenseFund.org this battle wages on and the
legal fees don't stop. We need to take this all the way to the end. Every penny
counts. Thank you all for your consideration. The Entire Flynn Family.

> **Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackFlynn
> They set up my Brother and targeted the President
> twitter.com/realDonaldTrum...

💬 54    🔁 941    🤍 1.1K

顯示此對話串

🔁 Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推
**Anthony** @Antman52899 · 10小時
Sometimes background music, makes that special moment, so much more
special ❤️🌹❤️ 'Sound on

If you follow, I always follow back 😊

The media could not be played.

💬 25    🔁 66    🤍 100

🔁 Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推
**Gordon G. Chang** @GordonGChang · 3小時
Going on @FoxFriendsFirst at 5:15 ET to talk about the origins of the
#coronavirus. This bug escaped from a lab in #Wuhan, and that's why #China is
now in a panic. @FoxNews

💬 35    🔁 177    🤍 489

**新加入 Twitter？**
立即註冊，取得你的個人化時間軸！

註冊

你可能也會喜歡 · 重新整理

**Joseph J Flynn**
@JosephJFlynn1

**Barbara(Flynn)⭐⭐⭐Re...**
@BarbaraRedgate

**MaryFlynnONeill⭐⭐⭐**
@flynn_neill

**General Flynn** ☑
@GenFlynn

**loandfly⭐⭐⭐**
@lofly727

**Worldwide trends**

**#ThursdayThoughts**
31.8K Tweets

**#thursdaymorning**
15.5K Tweets

**#thursdayvibes**
4,404 Tweets

**#ThursdayMotivation**
15.1K Tweets

**Another 3.8**
1,899 Tweets

**#NOTBYTHEMOON2ndWin**
399K Tweets

**Brian Williams**
72.2K Tweets

**Chris Hayes**
40.9K Tweets

**Comey**
323K Tweets

**debby ryan**
47.8K Tweets

© 2020 Twitter  關於  說明中心  條款
隱私政策  Cookies  廣告資訊





**Jack Flynn MikeFlynnD...** @GoJackFlynn
推文 1.01萬 | 正在跟隨 3,861 | 跟隨者 3.2萬 | 喜歡的內容 1.11萬 | 跟隨

35 177 489

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**joyce Chandler** @JoyceCh93633346 · 5小時

At a time when Gen Flynn is needed. They tie him up in senseless court hearings, try to destroy him so their sins do not have to be accountable or prosecuted. Justice must be served. @GenFlynn must be exonerated.
Great Interview
@GoJackFlynn
@SidneyPowell1

> **Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1
> With @WinterbleShow today in #Charlotte NC
> wbt.radio.com/media/audio-ch…
> talking #Shutdown
> @GenFlynn #FlynnFighters…

15 27

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**BlueSky**⭐⭐⭐ @QBlueSkyQ · 11小時

President Trump calls the W.H.O. China-centric. Centric means at the center. The W.H.O. / U.N. are the globalists behind the NWO agenda for a one world order, government and religion. Potus is dismantling the NWO. You are witnessing the systematic destruction of the old guard.

88 1.2K 2.6K

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJa... · 11小時

Pork Plant at Center of South Dakota's Virus Outbreak Had Visit From CCP-Tied Owners

link.theepochtimes.com/pork-plant-at-…

Download The Epoch Times app to see our exclusive Coronavirus coverage and daily updates:

5 81 83

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**Brian Cates //Flynn & Breitbart's Army!** @drawandstrike · 13小時

Did President of the United States Donald J. Trump just say everybody is getting "a big fat beautiful check and MY NAME is on it!"?

Because it SOUNDS LIKE he just said "a big fat beautiful check and MY NAME is on it!"

#BIGFATBEAUTIFULCHECK !

32 185 681

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**Kayleigh McEnany** @PressSec · 13小時

While President @realDonaldTrump highlighted American workers producing ventilators for those in need, @MSNBC cut away. Worse, @CNN did not even take the whole first portion of the briefing.

This is a disservice to all Americans seeking information from their government.

7.9K 7.6K 23K

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**John Basham** ⭐⭐⭐ @JohnBasham · 22小時

We have all recently had our rights curtailed, freedoms infringed, & ability to travel freely ended by extra-legal means.

Our SHORT-TERM rights depervation is only a MINOR taste of the horrible treatment of hero/patriot @GenFlynn has endured for YEARS under the boot of the DOJ!

ARMY STRONG

**Jack Flynn MikeFlynnD...** @GoJackFlynn | 推文 1.01萬 | 正在跟隨 3,861 | 跟隨者 3.2萬 | 喜歡的內容 1.11萬 | 跟隨

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007、Joseph J Flynn、Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn 和其他 7 人

14 270 486

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**Sidney Powell** ★★★ @SidneyPowell1 · 20小時

Radio interview on #ConvictionMachine - our new book with @HASilverglate @EncounterBooks & more info on the #Flynn case at soundcloud.com/user-284190339...
#FlynnFighters
@BarbaraRedgate
@JosephJFlynn1
@flynn_neill
@GoJackFlynn
@lofly727
@Techno_Fog @molmccann
#DOJ
#FBICorruption

13 248 299

---

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJa... · 23小時

Summer drought.

6 50 129

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**Gigi Sims** @1GigiSims · 4月14日

As heard on The Dan Bongino Show!

A Cambridge historian's eyewitness account of rogue spy, Stefan A. Halper, and his formative role in America's first presidential coup.

@RealSLokhova's <THE SPIDER> Due August 25, 2020. @GenFlynn @GoJackFlynn @JosephJFlynn1 @BarbaraRedgate

6 158 168

顯示此對話串

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推



**Jack Flynn MikeFlynnD...** @GoJackFlynn

推文 1.01萬 | 正在跟隨 3,861 | 跟隨者 3.2萬 | 喜歡的內容 1.11萬 | 跟隨

顯示此對話串

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**Jack Dawkins** @DawkinsReturns · 4月14日

One of the little shits abusing key workers at asda dragged down by his dad to apologise 🙌

4.4K 13K 84K

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJ... · 4月14日

Seems the CCP is confusious.

**Jennifer Zeng 曾錚** @jenniferatntd

Urgent #Lockdown Notice

1. All communities immediately resume the previous disease prevention and control measures

2. Set up inspection points at all major roads of all...

顯示此對話串

8 80 125

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**joyce Chandler** @JoyceCh93633346 · 4月14日

💥💥💥

Really read retweet completely. What they did to Gen. Flynn, they will & can do to you. You fight for this country you risk by the powers that be, your freedom & your life. It was sabotage, they sought to destroy Gen Flynn & more

@GoJackFlynn

@GenFlynn

@BarbaraRedgate

**#ANON ARTS #Q & A BAND OF ANONS #WWG1WGA** @

💥 BOOM 💥

Our @FLYNN_NEILL - Sister from @GENFLYNN retweeted the

WHOLE THREAD....

顯示此對話串

5 226 353

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · 4月14日

回覆給 @gbeach2106 @molmccann 和其他 10 人

#recallwhitmer

@GovWhitmer

#Michigan is a #PoliceState

21 34

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · 4月14日

Great article by @molmccann

@FDRLST

thefederalist.com/2020/04/13/ame...

http://twitter.com/gojackflynn

58 captures
18 Sep 2016 – 24 Mar 2022

Case 1:21-cv-02587-AS-SLC   Document 184-44   Filed 10/27/23   Page 7 of 8

DEC APR MAY
16
2019 2020 2021   About this capture



**Jack Flynn MikeFlynnD...**
@GoJackFlynn

推文 **1.01萬**   正在跟隨 **3,861**   跟隨者 **3.2萬**   喜歡的內容 **1.11萬**

跟隨

@FDRLST
thefederalist.com/2020/04/13/ame…
@Techno_Fog
@ProfMJCleveland
@JennaEllisEsq
@realDonaldTrump
@VP
@BarbaraRedgate
@JosephJFlynn1
@SaraCarterDC
@GoJackFlynn

💬 36   🔁 568   ♡ 1.1K

🔁 Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · 4月11日

回覆給 @CrazyCatRescuer

Don't buy the #Russia #disinformation excuse
#Comey and #McCabe were all in it from the beginning.
They planned to #SetUp @GenFlynn from at least mid 2016.
08-15 "insurance policy" text
08-16 #Strzok opens case on #Flynn08-17 Agent spys on Flynn & Trump in 2 hour pres briefing

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 · Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn · Joseph J Flynn 和其他 7 人

💬 31   🔁 610   ♡ 846

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJ... · 4月13日
About consequences for China; Classic Trump. "You would be the last person I would tell"!

0:26   13.4K views

💬 79   🔁 589   ♡ 1.7K

🔁 Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推

**BenTallmadge** @BenKTallmadge · 4月13日
Chinese govt asks Wisconsin Senate for a commendation -

Senate President Roth strikes back with a Wuhan virus resolution of his own:

'It's necessary & prudent to combat the misinformation prpagated by the

http://twitter.com/gojackflynn
Case 1:21-cv-02587-AS-SLC   Document 184-44   Filed 10/27/23   Page 8 of 8
58 captures
18 Sep 2016 - 24 Mar 2022
DEC APR MAY
16
2019 2020 2021
About this capture



Jack Flynn MikeFlynnD...
@GoJackFlynn
推文 1.01萬   正在跟隨 3,861   跟隨者 3.2萬   喜歡的內容 1.11萬
跟隨

Don't buy the #Russia #disinformation excuse
#Comey and #McCabe were all in it from the beginning.
They planned to #SetUp @GenFlynn from at least mid 2016.
08-15 "insurance policy" text
08-16 #Strzok opens case on #Flynn08-17 Agent spys on Flynn & Trump in 2 hour pres briefing

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 · Barbara(Flynn) ⭐⭐⭐ Redgate #WhoLeakedGenFlynn · Joseph J Flynn 和其他 7 人
○ 31   ↱ 610   ♡ 846

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 @GoJ... · 4月13日 ⌄
About consequences for China; Classic Trump. "You would be the last person I would tell"!

0:23  13.4K views
○ 79   ↱ 589   ♡ 1.7K

↱ Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推
BenTallmadge @BenKTallmadge · 4月13日 ⌄
Chinese govt asks Wisconsin Senate for a commendation -

Senate President Roth strikes back with a Wuhan virus resolution of his own:

'It's necessary & necessary & prudent to combat the misinformation prpagated by the Communist Party Of China.' 😂

○ 6   ↱ 53   ♡ 78
顯示此對話串

↱ Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 已轉推
Jeremy Frankel ✓ @FrankelJeremy · 4月13日 ⌄
Petition to Recall Michigan Governor Passes 150,000 Signatures | @dbongino

○ 689   ↱ 6.6K   ♡ 19K
顯示此對話串

看來要一段時間讀取資料。
Twitter 可能已超出負載，或發生暫時性的小問題，請再試一次，或造訪 Twitter 狀態 以取得更多資訊。