# EXHIBIT 45

This Tweet was deleted by the Tweet author. Learn more



**Leslie Flynn** @lflynn1998 · May 9, 2020

Hey, @GoJackFlynn , you forgot me!!!!

💬 128   🔁 27   ♡ 233



**Discernment**
@_Discernment_

Replying to @lflynn1998 @GenFlynn and 3 others

**Exhibit 0341**
4/24/2023
John Flynn



8:19 AM · May 9, 2020 · Twitter for iPhone