# EXHIBIT 46

Page Vault

| | |
|---|---|
| Document title: | Jack Flynn #DIGITALSOLDIERS #OBAMAGATE (@GoJackFlynn) \| Twitter |
| Capture URL: | https://web.archive.org/web/20200518132106/http://twitter.com/gojackflynn |
| Page loaded at (UTC): | Fri, 21 Apr 2023 19:45:38 GMT |
| Capture timestamp (UTC): | Fri, 21 Apr 2023 19:47:09 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 34.238.0.175 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | vpgkFpNsxbxKBTJjMTT6QU |
| User: | dwt-pjezick |

**Exhibit 0342**

4/24/2023
John Flynn

PDF REFERENCE #:          jsuJEmSPo1bU1GHUiCruen

http://twitter.com/gojackflynn

Case 1:21-cv-02587-AS-SLC    Document 184-46    Filed 10/27/23    Page 3 of 8

59 captures
16 Sep 2019 - 25 Jan 2023

APR  MAY  JUL
18
2019  2020  2021
About this capture



**Jack Flynn #DIGITALSOLDIERS #OBAMAGATE**
@GoJackFlynn

Tweets 11.2K    Following 4,138    Followers 76.9K    Likes 12.4K

Follow

Brother of LtG Mike Flynn (R) 🎗️🇺🇸⭐
⭐⭐🇺🇸 THANK YOU ALL FOR YOUR
UNDYING SUPPORT AND PRAYERS
MikeFlynnDefenseFund.org
sidneypowell.com

📅 Joined March 2019

📷 116 Photos and videos

**Tweets**    **Tweets & replies**    **Media**

📌 Pinned Tweet

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE @GoJackFlynn · Mar 7
Please donate to the MikeFlynnDefenseFund.org this battle wages on and the
legal fees don't stop. We need to take this all the way to the end. Every penny
counts. Thank you all for your consideration. The Entire Flynn Family.

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE @GoJackFlynn
They set up my Brother and targeted the President
twitter.com/realDonaldTrum...

💬 224    🔁 2.4K    ♡ 3.3K

Show this thread

🔁 Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

Sidney Powell 🇺🇸⭐⭐⭐ @SidneyPowell1 · 14h
Thank you @GreggJarrett
thegreggjarrett.com/flynn-attorney...
#RuleofLaw keeps our Constitutional Republic grounded.
It's imperative to restore it.
No more #DoubleStandards
@realDonaldTrump
@GenFlynn
@BarbaraRedgate
@marklevinshow
@MariaBartiromo
@molmccann
@seanhannity
@jbinnall

💬 67    🔁 1.6K    ♡ 3.2K

**New to Twitter?**
Sign up now to get your own
personalized timeline!

Sign up

**You may also like** · Refresh

Joseph J Flynn
@JosephJFlynn1

Barbara(Flynn) ⭐⭐⭐Re...
@BarbaraRedgate

MaryFlynnONeill ⭐⭐⭐
@flynn_neill

Sidney Powell 🇺🇸⭐⭐⭐
@SidneyPowell1

General Flynn ✓
@GenFlynn

**Worldwide trends**

#MothersDay 💐
980K Tweets

Bad Bunny
283K Tweets

#ObamaGate
352K Tweets

#TrumpsJealousOfObama
132K Tweets

#LGBTQgang
21.4K Tweets

Betty Wright
74.1K Tweets

#HappyBirthdayCarson
10.9K Tweets

Desi Perkins
3,573 Tweets

Benito
44.9K Tweets

Norman Chad

© 2020 Twitter · About · Help Center · Terms

INTERNET ARCHIVE
WayBackMachine
http://twitter.com/gojackflynn   Go
59 captures
16 Sep 2019 - 25 Jan 2023

APR  MAY  JUL
  18
2019  2020  2021   ▼ About this capture

**Jack Flynn #DIGITALS...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| 11.2K | 4,138 | 76.9K | 12.4K |

Follow

© 2020 Twitter  About  Help Center  Terms
Privacy policy  Cookies  Ads info

💬 67    🔁 1.6K    ♡ 3.2K

🔁 Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

Linda Rarey @LRarey · 2h                                    ⌄
So the media disses Gov. Desantis, and lauds Gov. Cuomo. Biased much?



Tale of Two States

R Gov Desantis          D Gov Cuomo

State:              Florida          New York

Population:         22,000,000       19,500,000

State Income Tax    0%               8%

State Budget        Balanced         In Debt. Demanding rest of
                                     country bail them out.

Covid19 Cases       40,000           325,000

Covid19 Deaths      1670             26,282

For some reason the media

💬 9    🔁 110    ♡ 207

🔁 Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

♦GAYE GALLOPS♦ @gaye_gallops · 2h                          ⌄
DRAG THIS HAG FROM THE HOUSE!

Navarro:Pelosi Lost Me When 'She Has $1,200 Checks for Illegal Immigrants' in
Stimulus breitbart.com/clips/2020/05/... via @BreitbartNews

PELOSI WANTS TO PAY ILLEGALS!

WHILE...

AMERICANS are SUFFERING under this AUTHORITARIAN STATE!

WHO DESPISES HER?

💬 32    🔁 273    ♡ 377

🔁 Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted



**Jack Flynn #DIGITALS...** @GoJackFlynn

Tweets 11.2K | Following 4,138 | Followers 76.9K | Likes 12.4K | Follow

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**Eyes On Q** @EyesOnQ · 15h

Elon Musk tweets 'take the red pill' in another strange turn for the billionaire businessinsider.com/elon-musk-twee… via @businessinsider

59 396 928

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**Donald J. Trump** @realDonaldTrump · 18h

The Obama Administration is turning out to be one of the most corrupt and incompetent in U.S. history. Remember, he and Sleepy Joe are the reasons I am in the White House!!!

57K 57K 236K

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**Mollie** @MZHemingway · 9h

Really good reminder that CNN's Jake Tapper didn't just peddle Russia conspiracy theories, but also *Kavanaugh conspiracy theories.* And the difference in tone in how he pumped up Swetnick from what, if anything, he's said of Tara Reade's claim? YOWZA.

**Elizabeth Harrington** @LizRNC

"Horrific"

"Michael Avenatti will be here in minutes"…

285 4.3K 9.1K

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**Proletariat. Simple Man in Jesus Christ.** @Proletariot1 · 14h

Replying to @SidneyPowell1 @GreggJarrett and 7 others

Spoke with a friend of mine who works in DC. He is sick to his stomach everyday he goes to work. He said democrat congress members are literally giddy with the results the virus is having on the economy. They eagerly compare unemployment and market numbers every morning in the halls, offices and over phone conferences, laughing and mocking Trump as they watch the economy he built crumble. They are actually excited about what the virus is doing to America during an election year and the opportunities it presents to go after Trump. He said that their intention is to drag the shutdown out as long as possible in order to crash the economy (Trumps strength) right before the election to make Trump look bad. He said Pelosi is ordering/threatening democratic state governors to keep their states shutdown as long as possible assuring

Jack Flynn #DIGITALS...
@GoJackFlynn

Tweets **11.2K**   Following 4,138   Followers 76.9K   Likes 12.4K

Follow



♡ 44   ↻ 698   ♡ 1.6K

↻ Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

😀 **Trump's Pretty Woman** 🌹 🦅 @TrumpsPrettyWom · 15h   ⌄
4) 🇺🇸🇺🇸🇺🇸 – at The Arboretum

♡ 1   ↻ 77   ♡ 56

↻ Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**thebradfordfile™** @thebradfordfile · 12h   ⌄
It's worth mentioning that multiple, anonymous twitter accounts have done more
to expose the crimes of the Obama administration than CNN, MSNBC, NYT,
NBC, ABC, and WaPo put together.

Really makes you think.

♡ 69   ↻ 1.4K   ♡ 3.1K

↻ Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**Dulce Maria Castro** @SiempreVence · 23h   ⌄
Replying to @9111007Trust

Trump es el primer Presidente que no es controlado por el "Deep State". Ganó la
presidencia sin aceptar un donativo de nadie. Y está haciendo los cambios que
hacían falta, no en pese a una prensa izquierdista totalmente hostil y mentirosa.
#MAGA #ObaMAGAte #LatinosConTrump

**BREAKING NEWS**

INTERNET ARCHIVE WayBackMachine http://twitter.com/gojackflynn Go APR MAY JUL 18 2019 2020 2021
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

**Jack Flynn #DIGITALS...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 11.2K | 4,138 | 76.9K | 12.4K |

Follow

79 331 778

---

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**Joseph J Flynn** @JosephJFlynn1 · 14h

What a great person you are ... thank you.. we are humbled and honored ... love the Windy City.. love her accent! #PatriotsUnited #DigitalSoldier #ExonerateGeneralFlynn @SidneyPowell1 @GenFlynn @BarbaraRedgate @GoJackFlynn @76LibertyWatch @flynn_neill

2:08

**Veronica P Wolski** 🗽 @whaleswarrior

Today my small 'bully pulpit' became #TheFlynnBridge .

All my best to you and your family Sir, on behalf of a grateful nation and Countries around the World.

42 874 2.2K

---

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**❌realHeleneGarly❌🇩🇰❤️🇩🇰ProudNationalist** @GarlyHelene · 13h

Replying to @whaleswarrior

I just want to hug you all the way from Denmark 🤗😘
#ExonerateGeneralFlynnNow
5:5
#WWG1WGAWORLWIDE
#InItTogetherWorldWide
#Q
#FlynnBridge

3 19 58

---

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**Joseph J Flynn** @JosephJFlynn1 · 14h

Replying to @whaleswarrior

Love this wonderful Lady!!

11 31 196

---

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted

**Veronica P Wolski** 🗽 @whaleswarrior · 21h

I applaud this Italian Parliament Member's Honesty, Integrity, and Courage.
I do not ask people to RT things I post often...

I AM asking you to please RT this.

#ThePeoplesBridge

#TheGreatAwakeningWorldWide

4 65 92

---

**Jack Flynn #DIGITALSOLDIERS #OBAMAGATE** @GoJackFlynn · 13h

This means so much to all of us. Thank you for the time you took to put this all together. God Bless!!

No.593570
52:53 (EST)
m/whaleswarrior/
iot!

**Veronica P Wolski** 🗽 @whaleswarrior

With everything at stake in this Country, maybe my small efforts could just be making a difference in waking folks up....
It is my hope anyway....

10 208 551

**Jack Flynn #DIGITALS...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 11.2K | 4,138 | 76.9K | 12.4K |

Follow

4 65 92

**Jack Flynn #DIGITALSOLDIERS #OBAMAGATE** @GoJackFlynn · 13h
This means so much to all of us. Thank you for the time you took to put this all together. God Bless!!

**Veronica P Wolski** @whaleswarrior
With everything at stake in this Country, maybe my small efforts could just be making a difference in waking folks up....
It is my hope anyway....

10 208 551

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted
**Joseph J Flynn** @JosephJFlynn1 · May 16
Do not let the enemy up for air!!! Keep up the fight!! #ObamaGate @realDonaldTrump @SidneyPowell1 @GenFlynn @BarbaraRedgate @marklevinshow @dbongino @GoJackFlynn

**Svetlana** @RealSLokhova
Here is my lawyer's response to Halper's threatening letter:

"I represent Svetlana Lokhova in connection with her claims against Stefan Halper ("Halper"), you and Lankford & Reed, PLLC for defamation per...
Show this thread

63 1.1K 2.2K

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted
**Donald J. Trump** @realDonaldTrump · 14h
I think that is a great compliment. Thank you James!

**James Woods** @RealJamesWoods
Let's face it. Donald Trump is a rough individual. He is vain, insensitive and raw. But he loves America more than any President in my lifetime. He is the last firewall between us and this cesspool called Washington. I'll take him...

13K 36K 147K

Jack Flynn #DIGITALSOLDIERS #OBAMAGATE Retweeted
**Sam** @neverringthebel · 15h
Back at ya @GenFlynn 🇺🇸🇺🇸🇺🇸🙏💪💪33👍👍@lofly727 @GoJackFlynn @Beg1Girl @JosephJFlynn1 @BarbaraRedgate @SidneyPowell1 @realDonaldTrump #BeenThere #JusticeForAll

4 45 173

Document title: Jack Flynn #DIGITALSOLDIERS #OBAMAGATE (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200518132106/http://twitter.com/gojackflynn
Capture timestamp (UTC): Fri, 21 Apr 2023 19:47:09 GMT



