# EXHIBIT 47

PageVault

| | |
|---|---|
| Document title: | Jack Flynn #SignTheDamnDismissal (@GoJackFlynn) \| Twitter |
| Capture URL: | https://web.archive.org/web/20200711024726/http://twitter.com/gojackflynn |
| Page loaded at (UTC): | Mon, 25 Jul 2022 17:14:57 GMT |
| Capture timestamp (UTC): | Mon, 25 Jul 2022 17:17:28 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 11 |
| Capture ID: | bd5298dc-cc04-4ee4-aebf-fcfc6dda37ff |
| User: | dwt-pjezick |

**Exhibit 0343**
4/24/2023
John Flynn

PDF REFERENCE #:     pLoP6RRMQcSKfV5pjyNXe9

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go JUN JUL AUG 11 2019 2020 2021
58 captures
16 Sep 2019 - 24 Mar 2022
About this capture

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

Tweets 13.5K | Following 4,652 | Followers 114K | Likes 14.8K

Follow

## Jack Flynn #SignTheDamnDismissal

@GoJackFlynn

Brother of LtG Mike Flynn (R) 🍀🇺🇸⭐ ⭐⭐🇺🇸 THANK YOU ALL FOR YOUR UNDYING SUPPORT
MikeFlynnDefenseFund.org
sidneypowell.com

Joined March 2019

138 Photos and videos

**Tweets** | **Tweets & replies** | **Media**

Pinned Tweet

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · Mar 7
Please donate to the MikeFlynnDefenseFund.org this battle wages on and the legal fees don't stop. We need to take this all the way to the end. Every penny counts. Thank you all for your consideration. The Entire Flynn Family.

> **Jack Flynn #SignTheDamnDismissal** @GoJackFlynn
> They set up my Brother and targeted the President
> twitter.com/realDonaldTrum…

359 3.4K 4.5K

Show this thread

Jack Flynn #SignTheDamnDismissal Retweeted

**Joseph J Flynn** @JosephJFlynn1 · 10h
For all of you wondering what's next in this on going fiasco ... here's a very clear explanation thank you @reeveslawstl... @BarbaraRedgate @SidneyPowell1 @lofly727 @GoJackFlynn @GenFlynn @flynn_neill

> **John M. Reeves** @reeveslawstl
> THREAD re Flynn en banc procedures
> 1) While Judge Sullivan has filed a petition for rehearing en banc, neither Flynn nor the DOJ may file a response in opposition unless the DC Circuit enters an order explicitly requesting a response.
> Show this thread

37 483 741

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 26m
#GoTrump2020

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### You may also like · Refresh

- **Joseph J Flynn** @JosephJFlynn1
- **Barbara(Flynn)⭐⭐⭐Re…** @BarbaraRedgate
- **MaryFlynnONeill⭐⭐⭐** @flynn_neill
- **Sidney Powell 🇺🇸⭐⭐⭐** @SidneyPowell1
- **General Flynn** @GenFlynn

### Worldwide trends

- **Jada** 773K Tweets
- **Roger Stone** 666K Tweets
- **Keke** 74.3K Tweets
- **#SmackDown** 24.8K Tweets
- **#AllStars5** 15.9K Tweets
- **#disneyisoverparty** 10.3K Tweets
- **#harrystylesisoverparty** 6,974 Tweets
- **#entanglement** 6,517 Tweets
- **Goya** 785K Tweets
- **LAW AND ORDER** 71.6K Tweets

© 2020 Twitter About Help Center Terms
Privacy policy Cookies Ads info

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go JUN JUL AUG
58 captures 11
16 Sep 2019 - 24 Mar 2022 2019 2020 2021 About this capture

Jack Flynn #SignTheD... @GoJackFlynn
Tweets 13.5K | Following 4,652 | Followers 114K | Likes 14.8K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

4 | 30 | 139

Jack Flynn #SignTheDamnDismissal Retweeted
**John Cardillo** @johncardillo · 4h
En route to #RogerStone's house for celebratory drinks.

Justice was done by @realDonaldTrump tonight.

366 | 2.8K | 12K

Jack Flynn #SignTheDamnDismissal Retweeted
**Joseph J Flynn** @JosephJFlynn1 · 3h
God bless you and your family my dear friend #FreeRogerStone

36 | 489 | 2.1K

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 28m
Love it!! Absolutely beautiful picture!! #GetMeRogerStone!!

**Joseph J Flynn** @JosephJFlynn1
God bless you and your family my dear friend #FreeRogerStone

5 | 72 | 244

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 35m
Thank God and all the Saints and Angels!! 🍀🇺🇸🍀😎🙏🙃🍻

**Will Chamberlain** 🇺🇸 @willchamberlain
Tucker explains everything you need to know about the Roger Stone pardon in 60 seconds

9 | 238 | 535

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 43m
You're a Sore Loser Schiff.

**Adam Schiff** @RepAdamSchiff
Trump just commuted Roger Stone's sentence.

Stone lied and intimidated witnesses to hide Trump's exploitation of the Russian hack of his opponent's campaign....

55 | 271 | 850

Jack Flynn #SignTheD...
@GoJackFlynn

Tweets 13.5K | Following 4,652 | Followers 114K | Likes 14.8K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

55 271 850

Jack Flynn #SignTheDamnDismissal Retweeted
**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 11h
#BuyGoya

> **Juanita Broaddrick** @atensnut
> Buy Goya.... Remember the name when you shop. GOYA.
>
> Don't let the left silence freedom of speech.

21 391 853

Jack Flynn #SignTheDamnDismissal Retweeted
**Tracy Beanz** @tracybeanz · 6h
General Flynn DOES NOT NEED (nor should he WANT) a pardon from President Trump. He is INNOCENT. He doesn't need to be pardoned. He didn't commit a crime.

111 1.9K 5.7K

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 6h
And I am even more fearful of who he chooses as his running mate because HE WILL NOT MAKE 4 YEARS WITHOUT A COMPLETE MENTAL BREAKDOWN. twitter.com/lrihendry/stat...

12 54 131

Jack Flynn #SignTheDamnDismissal Retweeted
**Sen. Marsha Blackburn** @MarshaBlackburn · 12h
Here in America, we choose freedom and reject socialism.

7.6K 10K 38K

Jack Flynn #SignTheDamnDismissal Retweeted
**John Basham** 🇺🇸⭐⭐⭐ @JohnBasham · 6h
I've never bought @GoyaFoods products before, but I will from now on! I invite my 16k+ followers to do the same!

88 332 1.4K

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 6h
Really awesome clip.

> 
> 
> **Cowboys for Trump** @RideWithC4T
> Watch how the people in downtown #Nashville #Tennessee treated us!
>
> TOGETHER WE WIN!🇺🇸

8 143 353

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 6h
Hope she's right. "This may be a delayed victory for @GenFlynn "

Jack Flynn #SignTheD... @GoJackFlynn
Tweets 13.5K Following 4,652 Followers 114K Likes 14.8K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 6h
Hope she's right. "This may be a delayed victory for @GenFlynn "

> **Emma Rechenberg** @EmmaRechenberg
> DELAYED DECISION FOR MICHAEL FLYNN
>
> Judge Sullivan refuses to dismiss the criminal case against Flynn and is now petitioning the D.C. Circuit Court of...

23 228 394

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Melissa Tate** @TheRightMelissa · 9h
Replying to @CNN
I'm gonna start buying Goya products 👍 This man is a patriot

480 944 8.1K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Sandpiper**👑✝️✡️🐕🐈❤️ @darhar981 · 10h
Goya CEO, praising Trump, sparks online clash
This spring, Goya donated over 300,000 pounds of food, or about 270,000 meals its pandemic relief. The company said it also donated more 20,000 protective masks.
Donating Food To Bronx and Harlem.. Yes I ❤️Goya

64 937 1.3K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Catturd ™** @catturd2 · 8h
Buy Goya!

878 7.3K 27K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**samanthamarika** @samanthamarika1 · Jul 8
The problem is, too many black men are acting like Snoop Dog and NOT Ben Carson.

I said what I said.

1.3K 12K 58K

Show this thread

---

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 9h
#BuyGoya. #BeSilentNoMore

> **WH Rapid Response** @WHRapidResponse
> This is the company the left wing mob now wants to cancel: "Goya recently donated thousands of pounds of food to families in the Bronx and Harlem who have been affected by COVID-19. The company also made a big donation to a public school in Queens."
> Show this thread

17 212 379

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Debbie** @das3335 · Jul 9
Anyone have Coumo's address. I'd like to paint MAGA 2020 in front of his house. 🤣😂🤣

1.7K 9.7K 31K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Nick Adams** @NickAdamsinUSA · 12h
Rt if you'll be supporting Goya Foods!

981 29K 42K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**BlueSky**⭐⭐⭐ @QBlueSkyQ · 11h
Judge Sullivan Continues Dragging Out Flynn Case, after being ordered to dismiss the case. The behavior of the Judge defies all precedent within the Judicial system. Excellent article @SidneyPowell1 @BarbaraRedgate @GoJackFlynn @GenFlynn @flynn_neill

123 1.1K 1.3K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**55phoenixbirdie**⭐⭐⭐ @kjporto · 10h

Jack Flynn #SignTheD...
@GoJackFlynn

Tweets 13.5K | Following 4,652 | Followers 114K | Likes 14.8K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

Jack Flynn #SignTheDamnDismissal Retweeted
**55phoenixbirdie** ★★★ @kjporto · 10h
Replying to @GoJackFlynn
One comment on another post denied the Goya family is Hispanic bc they say Spain is European. This stupid division. We're of PR ancestry, originally from Spain. Oh but I guess our Hispanic heritage just got cancelled by the left 🤦‍♀️🤦‍♀️🤦‍♀️
2 10 43

Jack Flynn #SignTheDamnDismissal Retweeted
**SweetRogue29**** @Rogue29Sweet · 11h
Replying to @GoJackFlynn
I'm a white female spicy food loving Trump supporter....and I am not a racist shopper. 😅🤣😂
13 45

Jack Flynn #SignTheDamnDismissal Retweeted
**Dr. Dave Janda** 🇺🇸 ★★★ @docdhj · Jul 7
Yup.... dude took a header when he found out The DC Appeals Court was going to issue a decision in favor of @GenFlynn & his Freedom . General Mike back on the battlefield spells trouble for those compromised by the deep state. #Hammertime @Lrihendry @ChanelRion @paulsperry_ twitter.com/ChuckCallesto/...

This Tweet is unavailable.
18 192 347

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 10h
Go easy on the beans @DineshDSouza lol😂

**Debbie D'Souza** @Debber66
I LOVE #GOYA now more than ever!!!! @DineshDSouza honey, I'm gonna cook you some beans! 😉
9 45 177

Jack Flynn #SignTheDamnDismissal Retweeted
**LORI HENDRY** @Lrihendry · 15h
Goya, headquartered in NJ has 26 facilities across America, PR, Dominican Republic & Spain, and employs thousands of people worldwide. It's a Latino household name.

Now Biden Latinos are boycotting #GOYA for praising Trump

So, let's make #goyafoods an American household name
941 7.9K 16K

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 11h
#BuyGoya even if you don't know what it is. I recommend this as a starter. Cheers to #GoyaFoods

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go JUN JUL AUG 58 captures 11 16 Sep 2019 - 24 Mar 2022 2019 2020 2021 About this capture

**Jack Flynn #SignTheD...** @GoJackFlynn

Tweets 13.5K | Following 4,652 | Followers 114K | Likes 14.8K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

332 | 2.3K | 5.5K

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 11h
This is how stupid and naive you are. Thinking only white Christian men are Trump supporters. That hit and spicy food is only for Hispanics. WE #BuyGoya every time we go shopping and have done so for years. #KAG2020 #DemAss

> 
> 
>
> **jonnyboyca** 🌹👷🏳️‍🌈 @jonnyboyca
> 😂😂😂😂 #BuyGoya trending and these Trumpers who think Taco Bell is too spicy acting like Goya is the ONLY food Latinos eat. 🙄😂😂😂🤦‍♂️ WE MAKE OUR SHIT HOMEMADE!

20 | 85 | 241

Jack Flynn #SignTheDamnDismissal Retweeted
**Mrs. A** 👑 @LupEspn6 · 11h
People tweeting #BuyGoya knowing damn well they don't even season their food

178 | 1.4K | 7.4K

Jack Flynn #SignTheDamnDismissal Retweeted
**Columbo** @MagaKarma1 · 11h
BOOM !!!!!!!!!!!!!!!!!!!!!!!!!!!

IN COMING ~~~~~~~~~~~~~~~~~~~ twitter.com/realDonaldTrum...

7 | 72 | 171

Jack Flynn #SignTheDamnDismissal Retweeted
**Joseph J Flynn** @JosephJFlynn1 · 15h
Me and my Puerto Rican wife LOVE #Goya and will double down on our purchase of all their amazing food products...VIVA GOYA!!!! VIVA LIBERTAD!!!!!

279 | 3.6K | 11K

Jack Flynn #SignTheDamnDismissal Retweeted
**Joseph J Flynn** @JosephJFlynn1 · Jul 9
Bring it! ..give us all you got!!!! You are messing with the wrong Shanty Irish Family... we will fight ... we got this ( and we got @SidneyPowell1 ) prayers up Patriots!! GOD BLESS AMERICA!!! 👍👍🇺🇸🇺🇸🇺🇸🇺🇸☘☘☘☘@GenFlynn @lofly727 @BarbaraRedgate @GoJackFlynn @flynn_neill

1.1K | 7.7K | 21K

Jack Flynn #SignTheDamnDismissal Retweeted
**Ari Teman** @AriTeman · Jul 9
Replying to @JosephJFlynn1 @SidneyPowell1 and 5 others
You've got a lot more people behind you than that! Victory is coming.

Jack Flynn #SignTheD... @GoJackFlynn
Tweets 13.5K Following 4,652 Followers 114K Likes 14.8K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

Replying to @JosephJFlynn1 @SidneyPowell1 and 5 others
You've got a lot more people behind you than that! Victory is coming.
5 36 161

Jack Flynn #SignTheDamnDismissal Retweeted
**Karli Q** ⭐⭐⭐ @KarluskaP · Jul 9
Replying to @JosephJFlynn1 @SidneyPowell1 and 5 others
Damm right! Fight Fight Fight!

The media could not be played.

25 547 1.9K

Jack Flynn #SignTheDamnDismissal Retweeted
**Mike** @FuctupMike · Jul 9
Replying to @JosephJFlynn1 @SidneyPowell1 and 5 others
🇺🇸👊
2 15 42

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · Jul 9
So right Joe. We don't ever give up. We are on the right side of the law and clearly the judge is has no basis to do this

> **Joseph J Flynn** @JosephJFlynn1
> Bring it! ..give us all you got!!!! You are messing with the wrong Shanty Irish Family... we will fight ... we got this ( and we got @SidneyPowell1 ) prayers up Patriots!! GOD BLESS AMERICA!!! 👍👍🇺🇸🇺🇸🇺🇸🇺🇸☘️☘️☘️☘️ @GenFlynn @lofly727 @BarbaraRedgate @GoJackFlynn @flynn_neill

68 954 2.5K

Jack Flynn #SignTheDamnDismissal Retweeted
**Joyce Chandler #IAmNotDone #SilentNoMore** @JoyceCh93633... · Jul 8
Replying to @GoJackFlynn
Not in my DNA to be silent! #BeSilentNoMore
5 29 101

Jack Flynn #SignTheDamnDismissal Retweeted
**Ari Teman** @AriTeman · Jul 9
Great to see bipartisan support, and from the very funny, talented @jordancarlos (@HBO , @ComedyCentral, @BET ...). ❤️

> **Jordan Carlos** @jordancarlos
> Prosecutorial misconduct is something Black folks know a lot about: newyorker.com/magazine/2015/... twitter.com/AriTeman/statu...

1 9 20

Jack Flynn #SignTheDamnDismissal Retweeted
**Jali_Cat{⭐}** @Jali_Cat · Jul 9
Replying to @kanyewest
Trump 2020 🇺🇸
AMERICA FIRST🇺🇸

Trump 2020 🇺🇸
AMERICA FIRST🇺🇸

Trump 2020 🇺🇸
AMERICA FIRST🇺🇸

Trump 2020 🇺🇸
AMERICA FIRST🇺🇸

Trump 2020 🇺🇸

Jack Flynn #SignTheD...
@GoJackFlynn

Tweets 13.5K | Following 4,652 | Followers 114K | Likes 14.8K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

AMERICA FIRST🇺🇸

Trump 2020 🇺🇸
AMERICA FIRST🇺🇸

Trump 2020 🇺🇸
AMERICA FIRST🇺🇸

Trump 2020 🇺🇸
AMERICA FIRST🇺🇸

Trump 2020 🇺🇸
AMERICA FIRST🇺🇸

@kanyewest @KimKardashian

53 210 436

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Joseph J Flynn** @JosephJFlynn1 · Jul 9
Cannot agree with you more @JennaEllisEsq .. @SidneyPowell1 @realDonaldTrump @flynn_neill @lofly727 @lofly727 @GoJackFlynn

> **Jenna Ellis** @JennaEllisEsq
> Not surprising but totally ridiculous. Sullivan is NOT a party. He actually has no standing to petition for en banc. He should be removed from the bench entirely after his egregious conduct.
> nationalreview.com/news/flynn-jud...

29 407 848

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Jenna Ellis** @JennaEllisEsq · Jul 9
Not surprising but totally ridiculous. Sullivan is NOT a party. He actually has no standing to petition for en banc. He should be removed from the bench entirely after his egregious conduct.

258 3.4K 6.3K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**alicia Carroll** @asdomke · Jul 8
She was released from prison after serving 16 years of her 58-year prison sentence when Bill Clinton commuted her sentence on his last day in office.

115 2.0K 3.6K

Show this thread

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Charlie Daniels** @CharlieDaniels · Jul 9
I just saw a tweet saying that we should try to get #BenghaziAintGoingAway trending on Twitter. 300 tweets in the last hour, but we can do better than that... "Going" as opposed to "Goin'" to keep it consistent. What do you say, CDB fans? - TeamCDB/BW

1.5K 17K 28K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**MARK SIMONE** @MarkSimoneNY · Jul 8
Even Goldman Sachs, a very Democratic leaning company, now says a Joe Biden presidency would be bad for the economy and would knock the S&P down 25%:

78 740 1.4K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Catturd ™** @catturd2 · Jul 9
Good morning everyone ...

Benghazi ain't going away!!

318 5.6K 20K

---

Jack Flynn #SignTheDamnDismissal Retweeted
**Benny** @bennyjohnson · Jul 8
"YOU CANNOT CRITICIZE A VETERAN IN POLITICS!"

Screamed the party and pundits who spent the last three years tormenting, slandering and bankrupting General Michael Flynn as they attempted to put him in prison for the rest of his life.

Silence, you moral and ethical degenerates

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go JUN JUL AUG 11 2019 2020 2021 58 captures 16 Sep 2019 - 24 Mar 2022 About this capture

Jack Flynn #SignTheD... @GoJackFlynn

Tweets 13.5K Following 4,652 Followers 114K Likes 14.8K

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

Silence, you moral and ethical degenerates

48 1.1K 2.7K

Show this thread

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · Jul 9
I agree. @SidneyPowell1 @MZHemingway @molmccann @jbinnall @GenFlynn @JosephJFlynn1 @Techno_Fog @JohnWHuber @PressSec @KerriKupecDOJ please reach out to @POTUS to move this forward. Thank you all. twitter.com/roncoleman/sta...

This Tweet is unavailable.

9 75 150

Jack Flynn #SignTheDamnDismissal Retweeted
**Rudy W. Giuliani** @RudyGiuliani · Jul 9
Biden trying to skip debates, is a clear admission he has a serious loss of mental function and it is getting worse.

The crooked media has corruptly covered up decades of Biden selling his office for millions.

Will they also coverup his mental disability?

2.2K 15K 42K

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · Jul 9
BLM BOARD MEMBER. She was convicted for the 1983 bombing of the United States Capitol Building, the U.S. Naval War College and the New York Patrolmen's Benevolent Assoc. @KerriKupecDOJ @

**alicia Carroll** @asdomke
This is convicted terrorist Susan Rosenberg, she sits on the Board of Directors for the fundraising arm of Black Lives Matter. She was convicted for the 1983 bombing of the United States Capitol Building, the U.S. Naval War...
Show this thread

138 2.8K 2.7K

Jack Flynn #SignTheDamnDismissal Retweeted
**Tracy Beanz** @tracybeanz · Jul 9
THREAD: Today is a very special day. I hope that you have found value in what we are doing at UncoverDC. In this short article is a PDF I invite you to take a look at. (cont) UncoverDC Celebrates Its Inaugural Year! uncoverdc.com/2020/07/09/unc... via @tracybeanz

60 527 1.1K

Show this thread

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · Jul 9
Get this one #viral

**alicia Carroll** @asdomke
This is convicted terrorist Susan Rosenberg, she sits on the Board of Directors for the fundraising arm of Black Lives Matter. She was convicted for the 1983 bombing of the United States Capitol Building, the U.S. Naval War...
Show this thread

262 8.2K 6.7K

Jack Flynn #SignTheDamnDismissal Retweeted
**Charlie Kirk** @charliekirk11 · Jul 8
RT if Ilhan Omar should be censured and removed from office immediately!

2.2K 49K 88K

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · Jul 9
#SignTheDamnDismissal

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn
Replying to @charliekirk11 @samyky588893
3.5 years and millions of dollars in legal fees. He is still a political prisoner because judge Sullivan has yet to sign the dismissal. We should all be outraged. Every American. No mater where you stand politically should be

**Jack Flynn #SignTheD...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 13.5K | 4,652 | 114K | 14.8K |

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

because judge Sullivan has yet to sign the dismissal. We should all be outraged. Every American. No mater where you stand politically should be absolutely outraged!!

60 1.0K 1.8K

Jack Flynn #SignTheDamnDismissal Retweeted
**Joyce Chandler #IAmNotDone #SilentNoMore** @JoyceCh93633... · Jul 9
Replying to @GoJackFlynn @charliekirk11 @samyky588893
Gen Flynn is a political prisoner, who is a victim of a political agenda to overthrow unseat a duly elected President of the United States.The judge is not going to sign this off until it is forced. Isn't there a court date coming the 15th of July? I am pissed more than outraged!

14 118 233

Jack Flynn #SignTheDamnDismissal Retweeted
**MHGdawn** ★★★ @MHGdawn · Jul 8
Lovin' the .@GenFlynn ★★★ vibes in Malibu today. #WWG1WGA

31 99

Jack Flynn #SignTheDamnDismissal Retweeted
**Anne #StopYulin** ★★★ @CrazyCatRescuer · Jul 8
According to @SidneyPowell1 this memo exonerated @GenFlynn from being a Russian agent in January 2017. The DOJ could've spared him & his family from needless torture these past 3.5 yrs, & has yet to produce it!

Hello #AGBarr?
#FreeGenFlynn
#FlynnFighters

20 698 669

Jack Flynn #SignTheDamnDismissal Retweeted
**Alex Bruesewitz** @alexbruesewitz · Jul 8
It has now been 17 weeks since most Christians have been allowed to go to an in person church service.

So let's get this straight.

Rioters are allowed to burn churches, but Christians aren't allowed to attend in person services to pray?

Why?



















