# **EXHIBIT 48**

PageVault

| | |
|---|---|
| Document title: | Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 (@GoJackFlynn) \| Twitter |
| Capture URL: | https://web.archive.org/web/20191109192226/http://twitter.com/gojackflynn |
| Page loaded at (UTC): | Thu, 21 Jul 2022 15:55:00 GMT |
| Capture timestamp (UTC): | Thu, 21 Jul 2022 15:56:21 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 10 |
| Capture ID: | 0259c09a-fe23-452c-b6fb-b8a20f73ec07 |
| User: | dwt-pjezick |

PDF REFERENCE #:     pjMZsKRNmLzJbgWivBcHmJ

**Exhibit 0345**
4/24/2023
John Flynn




# Jack Flynn MikeFlynnDefenseFund.org 401-329-2007
@GoJackFlynn

Brother of LTG Mike Flynn (R) 🇺🇸⭐⭐
⭐ 🇺🇸 TXT Flynn @ 401-329-2007. Want Russia Gate to end? Donate to @GenFlynn. Please like or retweet after donating.

Joined March 2019

39 Photos and videos

 
 

**Tweets** 5,702 | Following 2,730 | Followers 9,898 | Likes 6,279

Follow

## Tweets | Tweets & replies | Media

**Pinned Tweet**

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackF... · Nov 4
Now is not the time to think twice abt donating. No more political correctness. DONATE NOW! GOING AFTER @GENFLYNN WAS HIT JOB ON OUR CONSTITUTION. This is us against they who would prefer Hillary! Or worse yet now it's BERNIE! 5.00 goes along way. MAKE IT HAPPEN! PLEASE! THX!

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackFlynn
MikeFlynnDefenseFund.org twitter.com/BarbaraRedgate...
Show this thread

💬 6    🔁 359    ♡ 528

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Svetlana Lokhova** @RealSLokhova · 6h
Previously unpublished photo of @GenFlynn as DIA chief predicting the Megatrend: A Connected Populace at Cambridge University, 2014. The origins of the Digital Army speech.



💬 6    🔁 58    ♡ 100

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Svetlana Lokhova** @RealSLokhova · 6h
In stage one CIA operative Stefan Halper fabricated intelligence about me and Flynn to begin FBI investigation
In stage two CIA got Obama to give same fake intelligence to @realDonaldTrump

### Want to take advantage of all the new Twitter features?
It's simple – just log in.

Log in

Sign up

### You may also like · Refresh


**Sidney Powell** 🇺🇸⭐⭐⭐
@SidneyPowell1


**U.S. Attorney Huber** ✓
@USAttyHuber


**Matt Couch** 🎙
@RealMattCouch


**Undercover Huber**
@JohnWHuber


**Karl the Fog** ☁
@KarlTheFog

### Worldwide trends

**Minnesota**
45.7K Tweets

**Penn State**
21K Tweets

**#ThankYouGameFreak**
31.5K Tweets

**#PSUvsMINN**
4,332 Tweets

**Chad Morris**
2,987 Tweets

**#LEIARS**
47.7K Tweets

**Leicester**
80.5K Tweets

**Gophers**
12.2K Tweets

**Arkansas**
21.5K Tweets

---

Document title: Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20191109192226/http://twitter.com/gojackflynn
Capture timestamp (UTC): Thu, 21 Jul 2022 15:56:21 GMT

Page 1 of 9

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go SEP NOV DEC 09 2018 2019 2020 58 captures 16 Sep 2019 - 24 Mar 2022 About this capture

**Jack Flynn MikeFlynnDe...** @GoJackFlynn

Tweets 5,702 | Following 2,730 | Followers 9,898 | Likes 6,279 | Follow

In stage one CIA operative Stefan Halper fabricated intelligence about me and Flynn to begin FBI investigation
In stage two CIA got Obama to give same fake intelligence to @realDonaldTrump
.
In stage three FBI/CIA leaked fake intelligence to the Press & presented it to Congress.

> **Svetlana Lokhova** @RealSLokhova
> Spygate
> July 2015 to November 2016: clandestine operation targeting General Michael Flynn.
> November 2016 to February 2017: Obama led effort to prevent Flynn...

8 292 430

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**Svetlana Lokhova** @RealSLokhova · 2h
The point to take away (if you ignore Steele's friend Harding's propaganda) is that the "whistleblower", Nuland, Steele, Chalupa are all connected and work together previously on the coup in Ukraine. That same group then took out Manafort.

> **Svetlana Lokhova** @RealSLokhova
> "Steele began to scrutinise Paul Manafort, who would soon become Trump's new campaign manager. From April, Steele investigated Trump on behalf of the DNC." theguardian.com/news/2017/nov/...
> Show this thread

13 124 178

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackFlynn · 1h
We now wait to see if Judge Sullivan will acknowledge this crooked conduct and exonerate the good General. Justice demands it.

3 27 72

Show this thread

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackFlynn · 2h
The final 302--dated 15 February 2017--painted General Flynn in the worst possible light. The "facts" of this 302 are not supported by the notes taken by Agents Strzok and Pientka. The conclusion is simple--the FBI fabricated a case against General Flynn.

8 122 162

Show this thread

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**Char** 🇺🇸🇺🇸⭐⭐⭐👠💃✝️ @charzdesigns · 2h
Please share! I just bid $550.00 @BarbaraRedgate @JosephJFlynn1 @flynn_neill @GoJackFlynn @SidneyPowell1 @COsweda @Quodverum_ @almostjingo @drawandstrike @prayingmedic @tracybeanz @paul_serran @vincentcuratola @TrueEyeTheSpy @HNIJohnMiller #FreeFlynn MikeFlynndefensefund.org 🇺🇸

> **Char** 🇺🇸🇺🇸⭐⭐⭐👠💃✝️ @charzdesigns
> Replying to @Beg1Girl @TexasKelGirl and 8 others
> Hey @TexasKelGirl! Can we get the word out to all of our Patriot friends? Who wants to bid on this work of art by @Madrogran for the Flynn Defense Fund! 🇺🇸🇺🇸🇺🇸Last bid was $550.00! #FreeFlynn #Hero #SetUp ...

2 42 48

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackFlynn · 5h
Thanks @Raiklin

> **Ivan** 💫💫💫 **I'm not Eriç CIAramella** @Raiklin
> Replying to @JosephJFlynn1 @GenFlynn and 4 others
> Truly an honor. The folks listed in Sidney's briefs have been after him since April 2014. I witnessed it all!Can't wait to help tell the FULL story of this mess, very soon. So few know it.🙏 God Bless all that are tagged in this, Joe!

**Arkansas**
21.5K Tweets

**#BoomerAdvice**
5,255 Tweets

© 2019 Twitter About Help Center Terms
Privacy policy Cookies Ads info

**Jack Flynn MikeFlynnDe...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,702 | 2,730 | 9,898 | 6,279 |

Follow

very soon. So few know it.🙏 God Bless all that are tagged in this, Joe!

8 24

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Svetlana Lokhova** @RealSLokhova · 7h

The stupidity of taking me on is that Halper & co. know that I am a "leading expert" on espionage so I know precisely how they run their black propaganda operations. Even more stupid was taking on @GenFlynn, intelligence leader with track record of destroying bad guys.

> At the time, Flynn was one of the top US spies and the director of the Defense Intelligence Agency (DIA), which provides information to the Pentagon about the military strengths and intentions of other states and terrorist groups.
>
> More on this topic
> **Trump, Russia and Flynn: ex-adviser clearly has a gripping tale to tell | Simon Jenkins**
>
> A historian and a leading expert on Soviet espionage, Lokhova has claimed to have unique access to previously classified Soviet-era material in Moscow. She says her forthcoming book makes groundbreaking revelations about Soviet military intelligence operations run by the GRU – Russia's military spy agency.

5 85 115

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**RED Trumper** ⭐⭐⭐ @Redhead4645 · 18h

.@RepAdamSchiff you want to dance to all the songs...Now it's time to Pay The Piper! You have been harassing our PRESIDENT with lies and deceit! Your big eyes bulging into the camera lying to the American people! #FactWitness @POTUS

18 320 412

---

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackFlynn · 7h

#WWGO1WGA TO MikeFlynnDefenseFund.org and make a donation to help This case with a little help with funding...Cause freedom isn't free!! #DigitalSoldiers Rule.

> 🖤~•*°*•k. @kaStrange15
> Replying to @JosephJFlynn1 @GenFlynn and 5 others
> 🙏 Where We go One, We go All 🖤

2 14 25

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Joseph J. Flynn** ⭐⭐⭐ @JosephJFlynn1 · 17h

These thugs have ruined her life .. she and her family are collateral damage of the #DeepStateCoup .. pray for her and her family @GenFlynn @BarbaraRedgate @GoJackFlynn @flynn_neill @SidneyPowell1 @LeeSmithDC

> **Margot Cleveland** @ProfMJCleveland
> 5/5 By using @RealSLokhova they exposed themselves and that's what the facts she laid out to @DennisPrager today show. End
> Show this thread

16 526 987

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn** @Barbara... · 19h

Where Is The IG Horowitz Report! Where Are The Indictments! People ARE FED

INTERNET ARCHIVE WayBackMachine http://twitter.com/gojackflynn Go SEP NOV DEC 09 2018 2019 2020
58 captures
16 Sep 2019 - 24 Mar 2022
About this capture

**Jack Flynn MikeFlynnDe...**
@GoJackFlynn

Tweets 5,702 | Following 2,730 | Followers 9,898 | Likes 6,279

Follow

**Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn** @Barbara... · 19h
Where Is The IG Horowitz Report! Where Are The Indictments! People ARE FED UP! ⚖⚖⚖⚖⚖

> **Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn** @BarbaraRedgate
> Where Are The Indictments!! Come On AG Barr FREE GENERAL FLYNN ⚖⭐⭐⭐⚖ twitter.com/barbararedgate...

162 · 2.0K · 3.6K

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackFlynn · 7h
Fox in Henhouse. Let's hope he gets sanctioned in the Flynn case for egregious asssualt on Justice.

> **Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1
> GOOD QUESTION! @TheJusticeDept
> amgreatness.com/2019/10/29/why...
> #VanGrack
> #ProsecutorialMisconduct

1 · 38 · 77

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**Shannon Huckabee** @shannonmims73 · Nov 7
My son Eli doing the worm I the background. Go Eli!!

> **Richard Madan** @RichardMadan
> The kid doing "the worm" behind @Acosta is the best thing I've seen today

574 · 2.6K · 13K

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackFly... · 19h
Some of the new progressive rich r guilty about their unprecedented wealth. They champion redistribution as the sort of penance that alleviates guilt. Victor Davis Hanson: Socialism guarantees failure and suffering – So why do so many Americans support it?

2 · 37 · 58

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**JustthefaQ's Rob⭐⭐⭐** @0Talkhard2 · 23h
#ExonerateGenFlynn #WhoLeakedGenFlynn

@GenFlynn deserves better than this. This Country deserves better than this!

FREE MY GENERAL NOW ❗❗❗❗

"Agents believe he didnt lie"
This is a travesty.

mikeflynndefensefund.org

7 · 91 · 137

Document title: Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20191109192226/http://twitter.com/gojackflynn
Capture timestamp (UTC): Thu, 21 Jul 2022 15:56:21 GMT

Jack Flynn MikeFlynnDe... @GoJackFlynn | Tweets 5,702 | Following 2,730 | Followers 9,898 | Likes 6,279 | Follow

7 91 137

Show this thread

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackFly... · 24h
IGNOTUS: from VERITAS
ABC Insider: Why I, alone, released the Amy Robach Epstein tape. – Project Veritas

1 15 17

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**Joseph J. Flynn** ★★★ @JosephJFlynn1 · Nov 8
Keep fighting the smear machine @Jim_Jordan .. these people are sick! @GenFlynn @SidneyPowell1 @BarbaraRedgate @BernardKerik @GoJackFlynn @flynn_neill

> **Tracy Beanz** @tracybeanz
> 2. They want the cover of the impeachment to attempt to convince the American people that none of this has been happening, and that it's all new stuff designed to attack the Presidents political allies. Stay strong. Lots at play here, and we will discuss in depth on the podcast
> Show this thread

10 289 541

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**Joseph J. Flynn** ★★★ @JosephJFlynn1 · Nov 7
#FlynnAuction ... Thursday Nov 14th 7PM EST @TheDeaconShow artwork by @TheRealMaddog58 don't miss .. all proceeds go to mikeflynndefensefund.org.. thank you and God Bless you!!! @BarbaraRedgate @GenFlynn @SidneyPowell1 @GoJackFlynn

13 261 322

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**Jeff Sessions** @jeffsessions · Nov 7
This is a crucial time in our nation's history. The left has become unhinged and they are threatening the very things that make America great. I'm running for U.S. Senate because we have to fight back. Let's go! jeffsessions.com

**Jack Flynn MikeFlynnDe...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,702 | 2,730 | 9,898 | 6,279 |

Follow

11K 12K 31K

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Joseph J. Flynn** ★★★ @JosephJFlynn1 · Nov 7
God bless you our great friend @Raiklin .. stood with us all the way through this.... @GenFlynn @BarbaraRedgate @flynn_neill @GoJackFlynn @SidneyPowell1

**Ivan** ⭐⭐⭐ **I'm not Eriç ClAramella** @Raiklin
Saturday, marks @GenFlynn 1000 days of silence after taking bullet for @realDonaldTrump Feb 13, 2017. I am matching up to $1k by Saturday so Lady Liberty @SidneyPowell1 has the resources needed to finish...
Show this thread

20 508 935

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Ivan** ⭐⭐⭐ **I'm not Eriç ClAramella** @Raiklin · Nov 7
Saturday, marks @GenFlynn 1000 days of silence after taking bullet for @realDonaldTrump Feb 13, 2017. I am matching up to $1k by Saturday so Lady Liberty @SidneyPowell1 has the resources needed to finish her defense of 🇺🇸's most Resilient Patriot/Family mikeflynndefensefund.org

Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn, Joseph J. Flynn ★★★ and Jack Flynn MikeFlynnDefenseFund.org 401-329-2007

56 1.1K 1.8K

Show this thread

---

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackF... · Nov 7
Blow them all up John. Blow them to pieces with your research.

**John Solomon** @jsolomonReports
Testimony bombshell: Obama foreign aid agency tried to partner with Hunter Biden's Ukrainian gas firm. State official blocked it over corruption concerns johnsolomonreports.com/testimony-bomb...

6 106 182

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Rudy Giuliani** @RudyGiuliani · Nov 7
The American people love @realDonaldTrump because he's the one fighting for them.

The other ones, Schiff-Pelosi-AOC's, are just fighting with him and all of us, who support him.

They look down on us. Think they know all. Lie, cheat, steal and the corrupt media protects them!

5.8K 16K 44K

**Jack Flynn MikeFlynnDe...**
@GoJackFlynn

Tweets 5,702 | Following 2,730 | Followers 9,898 | Likes 6,279 | Follow

protects them!

5.8K 16K 44K

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Joseph J. Flynn** ⭐⭐⭐ @JosephJFlynn1 · Nov 7

Stop what you are doing today and listen to this interview with @LeeSmithDC ... it is the truth as it has never been told about the on going AMERICAN COUP. Lee is no right winger either so don't give us that bullshit.. worked at the Village Voice! @realDonaldTrump @GenFlynn

> **Jeff Carlson** @themarketswork
> Here is the full @LeeSmithDC interview with @JanJekielek on AMerican Thought Leaders.
>
> Very worthwhile

16 512 680

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Svetlana Lokhova** @RealSLokhova · Nov 7

CIA asset Halper, who set up @GenFlynn, predicted Watergate for Trump on day of Mueller appointment. Halper was witness for Mueller. Halper said Trump is "erratic", has "a short attention span. There is a broad sense that this president may not have the proper skills for this job

1:07

> **BBC Radio 4 Today** @BBCr4today
> Is the Trump FBI inquiry of Watergate proportions? Stefan Halper, a White House official under Nixon, says it's "moving in that direction".

22 214 264

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Scott Adams Show** @scottadamsshow · 16 May 2018

Replying to @BBCr4today

Obama, Brennan, and Clapper arranged to pay Stefan Halper $282k to work with Joseph Mifsud and setup a trap meeting between Australian Intelligence Alexander Downer and George Papadopoulos. Halper will go to jail soon after Inspector General Michael Horowitz report is released.

12 177 356

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Georgia🍑Peach** ⭐⭐⭐ @RealPeachyKeen2 · Nov 7

Replying to @SidneyPowell1 @BarbaraRedgate and 4 others

Beyond appalling!!
Time for JUSTICE!
Free General Flynn!!!!
#FlynnWasSetUp
#ThePeoplesGeneral

11 13

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · Nov 7

Appalling: FBI 'Misidentified' Anti-Trump Agents' Notes In Case Against Mike Flynn dailywire.com/news/appalling...
@BarbaraRedgate
@JosephJFlynn1
@GoJackFlynn
@flynn_neill
@molmccann

150 2.4K 3.6K

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**THE COMMANDERS ARTIST** 🎨 @TheRealMaddog58 · Nov 7

Replying to @JennaNeen @JosephJFlynn1 and 5 others

#FlynnAuction is just days away!

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go 58 captures 16 Sep 2019 - 24 Mar 2022 SEP NOV DEC 09 2018 2019 2020 About this capture

**Jack Flynn MikeFlynnDe...** @GoJackFlynn

Tweets 5,702 | Following 2,730 | Followers 9,898 | Likes 6,279 | Follow

#FlynnAuction is just days away!

1 · 6 · 8

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Mark R. Levin** @marklevinshow · Nov 5

ABC News censors news to protect Clintons

832 · 13K · 28K

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackF... · Nov 7

But he seems like such a good young man!!??

> **Sara A. Carter** @SaraCarterDC
> #BREAKING
>
> You can't make this...up!

4 · 12 · 36

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Will Beattie** @wlbeattie · Nov 7

Replying to @SidneyPowell1 @TheLastRefuge2 and 8 others

<= They've changed their account of who penned which handwritten notes - but comparing the handwriting doesn't appear to support the #DOJ's claim.

It this a brazen fraud Van Grack & Jessie K Liu are trying to pull? 🤨
¯_(ツ)_/¯

IIRC Pics from @JohnWHuber or @TheLastRefuge2

13 · 16

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackF... · Nov 7

FBI admits (or concocts) mind-boggling mistake on notes taken on General Flynn interview that resulted in guilty plea; Judge Sullivan will not be amused.

7 · 115 · 142

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · Nov 6

IMPORTANT ARTICLE
americanthinker.com/blog/2019/11/f...
With comments from a former @FBI agent
@BarbaraRedgate
@JosephJFlynn1
@GoJackFlynn
@flynn_neill
@ProfMJCleveland
@Techno_Fog
@JackPosobiec
#FlynnWasSetUp

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go 58 captures 16 Sep 2019 - 24 Mar 2022 SEP NOV DEC 09 2018 2019 2020 About this capture

**Jack Flynn MikeFlynnDe...** @GoJackFlynn

Tweets 5,702 | Following 2,730 | Followers 9,898 | Likes 6,279

Follow

americanthinker.com/blog/2019/11/f...
With comments from a former @FBI agent
@BarbaraRedgate
@JosephJFlynn1
@GoJackFlynn
@flynn_neill
@ProfMJCleveland
@Techno_Fog
@JackPosobiec
#FlynnWasSetUp

47 1.2K 1.9K

---

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackF... · Nov 7
Does it have anything to do with #SusanRice family connections to the Whitehouse cabal or the Clinton Family Mob?!

8 17

Show this thread

---

**Jack Flynn MikeFlynnDefenseFund.org 401-329-2007** @GoJackF... · Nov 7
Why did you cover up and quash the #Epstein story??!!
projectveritas.com/2019/11/05/vid...

> **ABC News** @ABC
> Pres. Trump is the first president in modern polling never to have achieved majority approval, with the lowest average approval rating on record, per new @ABC News/WaPo poll: abcn.ws/2PTZ2a6

3 6 13

Show this thread

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**Svetlana Lokhova** @RealSLokhova · Nov 6
.@SidneyPowell1 on Halper/MSM allegations against me and @GenFlynn: "The entire allegation is beyond insulting, slanderous and libellous."

0:37

> **Svetlana Lokhova** @RealSLokhova
> Sidney Powell comments on my encounter with @GenFlynn and Halper/MSM smear campaign. @SidneyPowell1

1 134 214

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**Svetlana Lokhova** @RealSLokhova · Nov 6
The evil in this is that Halper sat in the same room each week as me since 2012 and knew full well I was NOT a spy. He never spoke to me.

> **Svetlana Lokhova** @RealSLokhova
> Surveillance on Flynn is in effect admitted by Clapper: "to the extent that there was surveillance of anyone, it was occasioned by contacts with Russians who were validated foreign intelligence targets". Halper, as trusted/long term Confidential Human Source, validated me.

7 308 561

---

Jack Flynn MikeFlynnDefenseFund.org 401-329-2007 Retweeted
**Petr Svab** @PetrSvab · Nov 6
"We want the American people to see the whole truth about what happened here."--@SidneyPowell1, lawyer to @GenFlynn theepochtimes.com/flynn-case-pro... #Flynn

15 542 884

---

Loading seems to be taking a while.
Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.















