# EXHIBIT 49

This document to be filed under seal pursuant to Your Honor's Individual Practices 11