# EXHIBIT 51

PageVault

| | |
|---|---|
| Document title: | Jack Flynn #WeFightBack (@GoJackFlynn) \| Twitter |
| Capture URL: | https://web.archive.org/web/20200821145152/http://twitter.com/gojackflynn |
| Page loaded at (UTC): | Mon, 25 Jul 2022 17:41:51 GMT |
| Capture timestamp (UTC): | Mon, 25 Jul 2022 17:43:26 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 20ad9a14-2766-44b8-b61e-8d4ce78c2c89 |
| User: | dwt-pjezick |

**Exhibit 0348**
4/24/2023
John Flynn

PDF REFERENCE #:    ceWsWzcahEfM9MgLgzgu4h

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

DIGITAL
SOLDIERS

Tweets 14.7K | Following 4,854 | Followers 149K | Likes 15.9K

Follow

## Jack Flynn #WeFightBack

@GoJackFlynn

Brother of LtG Mike Flynn (R) 🍀🇺🇸⭐ ⭐⭐🇺🇸 THANK YOU ALL FOR YOUR UNDYING SUPPORT
MikeFlynnDefenseFund.org
sidneypowell.com

Joined March 2019

161 Photos and videos

**Tweets** | Tweets & replies | Media

Pinned Tweet

**Jack Flynn #WeFightBack** @GoJackFlynn · Mar 7
Please donate to the MikeFlynnDefenseFund.org this battle wages on and the legal fees don't stop. We need to take this all the way to the end. Every penny counts. Thank you all for your consideration. The Entire Flynn Family.

> **Jack Flynn #WeFightBack** @GoJackFlynn
> They set up my Brother and targeted the President twitter.com/realDonaldTrum...

459 4.0K 5.4K

Show this thread

Jack Flynn #WeFightBack Retweeted

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · 4h
Where is indictment of #ClintonFoundation for which there has long been massive evidence of tax violations, fraud, & true money laundering of dirty and foreign funds & pay-to-play?
#SDNY is dirtiest office in US
#doublestandard
@realDonaldTrump
@TheJusticeDept
@CharlesOrtel

> **Jenna Ellis** @JennaEllisEsq
> The targeting of Steve Bannon is yet another malicious political prosecution.
>
> WHERE IS JUSTICE?

229 3.9K 7.2K

**Jack Flynn #WeFightBack** @GoJackFlynn · 1h
A cure for cancer would be better than any other medical or scientific event in the history of the world. God Bless your family.

> **theleftisEvil**🔥 @MavericTV
> My mom has tragically passed away this morning due cancer ...pray for me she was all I had 💔
> Show this thread

8 54 238

**Jack Flynn #WeFightBack** @GoJackFlynn · 3h
#WalkAway meet with @realDonaldTrump make a difference for a President that gets his job done in the face of all the odds against him.

> **Tulsi Gabbard** 🌺 @TulsiGabbard
> You're correct - I was not invited to participate in any way. twitter.com/KeinanAlejo/st...

16 161 438

Jack Flynn #WeFightBack Retweeted

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like · Refresh

**Joseph J Flynn** @JosephJFlynn1

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1

**General Flynn** @GenFlynn

**Julian's Rum** 🥃 @JuliansRum

**Techno Fog** @Techno_Fog

## Worldwide trends

DeJoy
328K Tweets

#STDWalk
2,490 Tweets

Rand Paul
4,868 Tweets

#FridayFeeling
37.8K Tweets

#VoteForBidenHarris
40.4K Tweets

SNKRS
5,737 Tweets

Tory
597K Tweets

Senator Carper
6,064 Tweets

#DirectionersWithArmy
82.3K Tweets

Fort Hood
13.8K Tweets

© 2020 Twitter About Help Center Terms
Privacy policy Cookies Ads info

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go JUL AUG OCT
58 captures 21
16 Sep 2019 - 24 Mar 2022 2019 2020 2022 About this capture

**Jack Flynn #WeFightB...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,854 | 149K | 15.9K |

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

Jack Flynn #WeFightBack Retweeted

**Melissa Tate** @TheRightMelissa · 10h

Tulsi Gabbard snubbed from the #DemConvention for telling the truth about Kamala Harris throwing black men in prison by the thousands & then extending their sentences so the state of CA could use them for cheap labor.
Here is the moment Tulsi nuked Kamala 😁🔥

408 3.6K 7.2K

Show this thread

Jack Flynn #WeFightBack Retweeted

**●● | ●● | ● | ● | ●● | ● | ●** @OficialPatriot · 20h

Qanon is not violent or conspiracy. We are every day people seeking truth. I am a family man. I am educated, and run my own business. I work hard, and spend my spare time with my family. I enjoy golf 🏌 and reading. Qanon's, share and tell your story 👇👇

1.5K 3.3K 12K

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · 5h

Halloween In August. Vote for @JoeBiden and this gets far worse. #BacktheBlue

**Andy Ngô** @MrAndyNgo
"Wake up, mother f—ker wake up!" chant BLM in Portland tonight as they go through residential areas and shut down the streets.

45 260 350

**Jack Flynn #WeFightBack** @GoJackFlynn · 5h

Good morning. Every so often I like to have a few friends check on my friend who's last DM was so endearing. If anyone has the time please let her know I was thinking of her. #Flynn

**Jack Flynn #WeFightB...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,854 | 149K | 15.9K |

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

7/19/20, 9:50 AM

You can no longer send Direct Messages to this person. Learn more

346 608 1.3K

**Jack Flynn #WeFightBack** @GoJackFlynn · 5h

I thought that's what @BarackObama said he would do when elected. First Black President enriched himself through the presidency and embraced the #MurderingMullahs instead.

**Anderson Cooper 360°** @AC360

"Will we be the generation that finally wipes out the stain of racism from our national character?" asks Joe Biden.

"I believe we are up for it," he replied. "I believe we...

31 157 314

**Jack Flynn #WeFightBack** @GoJackFlynn · 5h

I don't know who or what Q is so there's that. But no ones hurting each other it's civilized encouraging people to learn independently supports trump and the constitution. So. WTF. #WWG1WGA

129 977 3.4K

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · 5h

Honestly I ask myself about this Q thing and look for a reason not to trust anything about it. I don't see Qsters in the street breaking into buildings claiming real estate pulling down statues or beating up people in the name of some form of justice or retribution BS.

204 2.3K 6.3K

Show this thread

Jack Flynn #WeFightBack Retweeted

**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawandstrike · 11h

Replying to @BrandonStraka @JoeBiden

IT'S.....

GETTING.....

BIGGER.....!!!!!

4 143 623

Jack Flynn #WeFightBack Retweeted

**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawand... · Aug 14

Replying to @AWeissmann_

Gird your loins.

**Jack Flynn #WeFightB...** @GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,854 | 149K | 15.9K |

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

40 647 2.2K

Jack Flynn #WeFightBack Retweeted
**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawand... · Aug 14
Replying to @drawandstrike @AWeissmann_
We all know @SidneyPowell1 caught you and your team hiding evidence from the Court, just like she did in the ENRON case.

This time you're not walking away whistling a merry tune from all the gross prosecutorial misconduct.

You'll be lucky to all only be disbarred.

86 2.0K 6.3K

Jack Flynn #WeFightBack Retweeted
**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawand... · Aug 14
Replying to @AWeissmann_
You know Van Grack got caught by Barr & Jensen hiding exculpatory evidence from the Court and the Flynn defense team, right?

In direct defiance of an explicit Brady disclosure ruling, right?

You know that's why the DOJ filed to dismiss the Flynn case, right?

Of course you do.

78 2.1K 6.5K

Jack Flynn #WeFightBack Retweeted
**Joseph J Flynn** @JosephJFlynn1 · Aug 15
No way in hell this Clinesmith kid did any of this without approval from above... prosecutors in @GenFlynn case knew about this too #LockThemAllUp

> **Catherine Herridge** @CBS_Herridge
> #Durham Beyond altering CIA email, Clinesmith criminal information page 2 outlines August 17, 2016 CIA memo that @carterwpage had been an "operational contact" for the agency providing info on "certain Russian intelligence officers" + first 3 FISA applications were silent on...
> Show this thread

91 2.1K 4.4K

Jack Flynn #WeFightBack Retweeted
**Jack Posobiec** 🇺🇸 @JackPosobiec · Aug 19
Did You Know:

In 2017, Kamala Harris held a private meeting with Harvey Weinstein in the Hamptons

Kamala was attorney general of California from 2011-2017 but never investigated Weinstein

Kamala accepted thousands in donations from Weinstein

355 7.9K 11K

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · 5h
They are Democrats. #KAG2020

> 
> 
> **James Woods** @RealJamesWoods
> "We Are Democrats"

19 321 461

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go JUL AUG OCT
58 captures 21
16 Sep 2019 - 24 Mar 2022 2019 2020 2022 About this capture

Jack Flynn #WeFightB...
@GoJackFlynn

Tweets 14.7K Following 4,854 Followers 149K Likes 15.9K

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

19 321 461

Jack Flynn #WeFightBack Retweeted

**Ken Farnaso** @KLF · 20h

Incredible support and enthusiasm for President @realDonaldTrump in Joe Biden's hometown of Scranton, PA! 🇺🇸

**Will Steakin**

301 2.3K 8.0K

Jack Flynn #WeFightBack Retweeted

**Will Steakin** @wsteaks · 21h

Massive turnout of Trump supporters lining both sides of the street all the way up to Trump's event today right outside Biden's hometown of Scranton PA:

(This isn't even the whole line)

902 8.0K 21K

Show this thread

Jack Flynn #WeFightBack Retweeted

**Benny** @bennyjohnson · 17h

He's gonna win

**Seung Min Kim**









