# EXHIBIT 52

PageVault

| | |
|---|---|
| Document title: | Jack Flynn #WeFightBack (@GoJackFlynn) \| Twitter |
| Capture URL: | https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/ |
| Page loaded at (UTC): | Sun, 23 Apr 2023 18:35:03 GMT |
| Capture timestamp (UTC): | Sun, 23 Apr 2023 18:54:41 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 52.86.123.193 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 24 |
| Capture ID: | h25CZzrdpPDmTYfB2pfgab |
| User: | dwt-tonyguzman |

**Exhibit 0349**

4/24/2023
John Flynn

PDF REFERENCE #:        9KPb4mwaZfx4HTNjCXjMkL











INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT
59 captures 24
16 Sep 2019 - 25 Jan 2023 2019 2020 2022 About this capture

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

DIGITAL
SOLDIERS

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

Follow

## Jack Flynn #WeFightBack

@GoJackFlynn

Brother of LtG Mike Flynn (R) ☘️🇺🇸⭐ ⭐ ⭐ 🇺🇸 THANK YOU ALL FOR YOUR UNDYING SUPPORT
MikeFlynnDefenseFund.org
sidneypowell.com

Joined March 2019

163 Photos and videos

JOE BIDEN ISN'T STUPID. HE HAS DEMENTIA. PEOPLE WHO VOTE FOR JOE BIDEN ARE STUPID.
DNC HIRES JAMAICAN WOMAN TO CARE FOR ELDERLY WHITE MAN
DNC HIRES JAMAICAN WOMAN TO CARE FOR ELDERLY WHITE MAN

**Tweets** | Tweets & replies | Media

Pinned Tweet

**Jack Flynn #WeFightBack** @GoJackFlynn · Mar 7
Please donate to the MikeFlynnDefenseFund.org this battle wages on and the legal fees don't stop. We need to take this all the way to the end. Every penny counts. Thank you all for your consideration. The Entire Flynn Family.

> **Jack Flynn #WeFightBack** @GoJackFlynn
> They set up my Brother and targeted the President twitter.com/realDonaldTrum...

468 | 4.1K | 5.5K

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · 2h
ESCAPE FROM NEW YORK!!

22 | 69 | 352

Show this thread

Jack Flynn #WeFightBack Retweeted
**Brad Parscale** @parscale · Aug 18
I just donated. Go win it!

> **Kimberly Klacik** @kimKBaltimore
> Democrats don't want you to see this.
>
> They're scared that I'm exposing what life is like in Democrat run cities....

1.0K | 12K | 43K

Jack Flynn #WeFightBack Retweeted
**S⭐E⭐A⭐N** @SeanCordanon · 10h
Replying to @GoJackFlynn
Up an at em I see. #IamFlynn ☘️

1 | 10 | 55

Jack Flynn #WeFightBack Retweeted
**Erica for Merica** @DivineMissErica · 6h
Replying to @GoJackFlynn @SeanCordanon
Donated. #FreeFlynn

5 | 31

Jack Flynn #WeFightBack Retweeted
**CCR** 🇺🇸 @CliffRhodesAU · 11h

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like · Refresh

- **Joseph J Flynn** @JosephJFlynn1
- **Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1
- **General Flynn** @GenFlynn
- **Julian's Rum** 🥃 @JuliansRum
- **Techno Fog** @Techno_Fog

## Worldwide trends

- **Jacob Blake** 884K Tweets
- **Falwell** 118K Tweets
- **DeJoy** 369K Tweets
- **#BlackLivesMatter** 400K Tweets
- **Katie Porter** 32.8K Tweets
- **Spygate** 19.6K Tweets
- **#EndTheMisery** 37.6K Tweets
- **#FluffyFunkoBackpack** 1,154 Tweets
- **#VisibleWomen** 11.7K Tweets
- **#TrumpChaos** 15.3K Tweets

Document title: Jack Flynn #WeFightBack (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/
Capture timestamp (UTC): Sun, 23 Apr 2023 18:54:41 GMT
Estimated post date: 08/24/2020 8:18:17 PM

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 59 captures 24 16 Sep 2019 - 25 Jan 2023 2019 2020 2022 About this capture

**Jack Flynn #WeFightB...** @GoJackFlynn

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

Jack Flynn #WeFightBack Retweeted

**CCR** 🇺🇸 @CliffRhodesAU · 11h
Replying to @GoJackFlynn
Sharing now! We stand beside you and your family!! 😎🇺🇸👊💥
8 · 36

**Jack Flynn #WeFightBack** @GoJackFlynn · 6h
Have a great week. #FreeFlynn @SidneyPowell1 @JosephJFlynn1 @BarbaraRedgate @GenFlynn and thank you.

Patriot

**Americana**🗽💦⭐⭐⭐ @lonestarangle
Replying to @GoJackFlynn
Our Country will stand in need of its experienced Patriots to prevent its ruin.

Samuel Adams

2 · 37 · 94

Jack Flynn #WeFightBack Retweeted

**Sweet Tea**🇺🇸⭐⭐⭐ @sweettea4517 · 6h
Get Chills when I Hear my Hero @GenFlynn speak!!!! You just wait till he's free to speak again!!! #HesNotDone #FreeFlynn #DigitalSoliders #DeepStateBeware #TickTock @GoJackFlynn @SidneyPowell1 @JosephJFlynn1 @lofly727

**Jack Flynn #WeFightBack** @GoJackFlynn
MikeFlynnDefenseFund.org #FreeFlynn #Flynn this is not over yet. twitter.com/yolo304741/sta…

50 · 155

**Jack Flynn #WeFightBack** @GoJackFlynn · 7h
Real estate values are sky rocketing in our area. Houses sell in one week at higher prices than listed.

**Catturd ™** @catturd2
There's going to be a mass exodus from Democrat run cites the USA has never seen.

53 · 352 · 1.1K

Show this thread

Jack Flynn #WeFightBack Retweeted

**I Went Democrat to Republican** 💥 @WentDemtoRep · 21h
I've been a Democrat my whole life. I joined the BLM protests months ago when they began. They opened my eyes wide! I didn't realize I became a Marxist. It happened without me even knowing it. I'm done with this trash. I will be registering Republican. Giving Twitter a shot!
3.7K · 12K · 40K

Jack Flynn #WeFightBack Retweeted

**Bryson Gray** @RealBrysonGray · Aug 23
Candace Owens should be speaking at the RNC....no question.
784 · 5.3K · 27K

Jack Flynn #WeFightBack Retweeted

**AmyB2020** @numerounochan · Aug 23
Replying to @DailyCaller
Let's get @ScottPresler on there. One of the hardest working Patriots out there! Come on @realDonaldTrump 🇺🇸🙏❤️
17 · 205 · 716

Jack Flynn #WeFightBack Retweeted

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · 22h
WHAT a coincidence! I'm just stunned. . . STUNNED.

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022
59 captures 16 Sep 2019 - 25 Jan 2023 About this capture

**Jack Flynn #WeFightB...** @GoJackFlynn

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · 22h

WHAT a coincidence! I'm just stunned. . . STUNNED.
Imagine #DOUBLESTANDARD
in treatment of @realDonaldTrump
& #Clinton by #FBI?!
Imagine using #Mueller #coverup
Agent Archey to brief #Clinton?!
Imagine NO prosecutions yet of real #ObstructionOfJustice?!

374 4.5K 7.5K

Jack Flynn #WeFightBack Retweeted

**Joseph J Flynn** @JosephJFlynn1 · 17h

These people are just plain miserable

> **howardfineman** @howardfineman
> The #Trump family did its best to turn the lovely Rose Garden into a neo-fascist parade ground. twitter.com/beschlossdc/st...

72 322 1.6K

Jack Flynn #WeFightBack Retweeted

**Chantecaille** @MsSuperAlias · 17h

GOP enrollment exceeds 100,000 for first time on Staten Island, New York.

Thank GOD, we are 'the forgotten Borough"

silive.com/politics/2020/...

#MAGA #BackTheBlue

5 110 262

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · 11h

MikeFlynnDefenseFund.org #FreeFlynn #Flynn this is not over yet.

> **American Girl** 🔥 @Yolo304741
> To America 🔥🔥🔥
> Share the hell out of this!!!
> @realDonaldTrump @GenFlynn

58 1.2K 1.8K

Jack Flynn #WeFightBack Retweeted

🇺🇸***Keep on Trumpin*** **Trump~Army**⭐⭐⭐ @heather_g... · Aug 3

Californians for Trump❤️🇺🇸 I would love to see California go red, however, the democrats have a stronghold over that state. #WalkAway #Trump2020 #MAGA
❤️🇺🇸💙 @realDonaldTrump @POTUS

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT
59 captures 24
16 Sep 2019 - 25 Jan 2023 2019 2020 2022 About this capture

Jack Flynn #WeFightB...
@GoJackFlynn

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

157 749 1.2K

Jack Flynn #WeFightBack Retweeted
**Sun Gazer** @Sungazer96 · 19h
Replying to @GoJackFlynn @SpeakerPelosi and 4 others

7 58 128

Jack Flynn #WeFightBack Retweeted
**ArchitectOfLight** @ArchitectLight · 20h
Replying to @GoJackFlynn @JoeBiden
Hi Jack! Thanks for the work your entire family is doing! I was glad to honor your brother at our Save Our Children March yesterday!

4 38 90

Jack Flynn #WeFightBack Retweeted
**New York Post** @nypost · Aug 23
New York State Troopers union boss endorses Trump for re-election
trib.al/qksXDOt

Document title: Jack Flynn #WeFightBack (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/
Capture timestamp (UTC): Sun, 23 Apr 2023 18:54:41 GMT
Estimated post date: 08/24/2020 8:18:17 PM

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

Jack Flynn #WeFightB...
@GoJackFlynn

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

337 2.2K 8.2K

**Jack Flynn #WeFightBack** @GoJackFlynn · 21h
You are not wrong. Not one bit. This guy @JoeBiden is being used. He's too demented to know it. His wife is being used too she knows but can't do anything about it. She's on the hook too. #SomethingAboutBiden

> **Kirstie Alley** @kirstiealley
> "I want a president who doesn't have dementia".... not too much to ask, so let's SEE A DEBATE. I personally think nominating a man clearly suffering from some degree of dementia is terribly weird abusive & sad, but since they have, LET'S SEE A DEBATE. If I'm wrong I'll repent

58 837 2.1K

Jack Flynn #WeFightBack Retweeted
**Donald J. Trump** @realDonaldTrump · Aug 23
Happy Sunday! We want GOD!

45K 32K 126K

Jack Flynn #WeFightBack Retweeted
**mynameisnotkimm** 🇺🇸 @mynameisnotkimm · 21h
Get my good side too 🐕❤️

17 19 143

Jack Flynn #WeFightBack Retweeted

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022
59 captures
18 Sep 2019 - 25 Jan 2023
About this capture

**Jack Flynn #WeFightB...** @GoJackFlynn

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

17 19 143

Jack Flynn #WeFightBack Retweeted

**Angel⚔️Warrior4Trump** @AngelWarrior321 · 21h

Should President Trump released the names of congressman that settle sexual harassment claims with taxpayers money?

What say you??

1.5K 3.2K 6.8K

Jack Flynn #WeFightBack Retweeted

**Americana🗽💦⭐⭐⭐** @lonestarangle · Aug 23

Replying to @JosephJFlynn1 @Kassie917 @GavinNewsom

#MasksOffAmerica #WakeUpAmerica #SayNoToCommunism #ChinaBiden #GavinEwwsome

11 92 266

Jack Flynn #WeFightBack Retweeted

**Joseph J Flynn** @JosephJFlynn1 · Aug 23

Leaving California today .... so many people so fed up with @GavinNewsom ... the lockdown & the bullshit they are being put through... also never saw so many Trump flags! Even in Laguna Beach! .. great people love them ... weather hotter and more humid than Florida #KAG2020

151 2.2K 6.6K

Show this thread

Jack Flynn #WeFightBack Retweeted

**pit_scorpion🇺🇸⭐⭐⭐🇺🇸(Parler Pitscorpion)** @pit_scorpion · Aug 23

Replying to @GoJackFlynn @JoeBiden

4 60 162

Jack Flynn #WeFightBack Retweeted

**American Thought Leaders with Jan Jekielek** @AmThoughtL... · Aug 22

"Russiagate," the Mueller investigation, impeachment, the "weaponization" of coronavirus, & now the riots—they all have a common purpose: to remove from office the man who obstructed plans to radically transform America, argues @LeeSmithDC.

WATCH FULL 👉 ept.ms/atl_leesmith

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up



https://twitter.com/GoJackFlynn/



**Jack Flynn #WeFightB...**
@GoJackFlynn

Tweets **14.7K**  Following **4,865**  Followers **152K**  Likes **16K**

Have an account?
Phone, email, or username
Password
☑ Remember me · Forgot password?
Log in

New to Twitter?
Sign up

Lee Smith on "The Permanent Coup"

💬 71    ⟲ 1.8K    ♡ 2.5K

Jack Flynn #WeFightBack Retweeted

**Jim Hoft** ✓ @gatewaypundit · Aug 22
Devastating News for Democrats: Alice Johnson Will Speak at RNC in North
Carolina thegatewaypundit.com/2020/08/devast... via @gatewaypundit @GOP
@TheDemocrats @WorksOverWords

💬 18    ⟲ 476    ♡ 1.0K

Jack Flynn #WeFightBack Retweeted

**Joe "Bob" McCarthy #KAG #FlynnFighters The MAYOR** @B... · Aug 22
I'm dubbed QAnonBob , would you expect any Less, Gunny?, The Mayor...

**Joe "Bob" McCarthy #KAG #FlynnFighters The MAYOR**
I always take care to remain anonymous Brother
@HappyTrucker6 @OfBayonet @ChristainSoldi1
@ChanelRion @RudyGiuliani @DonaldJTrumpJr
@GenDonBolduc @CLewandowski_ My Team Rocks...

💬 2    ⟲ 57    ♡ 157

Jack Flynn #WeFightBack Retweeted

**L Willis** @saturday4242 · Aug 23
ME going red too!!! #Trump2020

**Aubrey Huff** ✓ @aubrey_huff
Governor of Maine orders servers to wear visors akin to
"Cone of Shame" to protect from infection.

The "new normal"?

💬 44    ⟲ 100    ♡ 196

Document title: Jack Flynn #WeFightBack (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/
Capture timestamp (UTC): Sun, 23 Apr 2023 18:54:41 GMT
Estimated post date: 08/24/2020 8:18:17 PM





INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022 59 captures 16 Sep 2019 - 25 Jan 2023 About this capture

**Jack Flynn #WeFightB...** @GoJackFlynn

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

44 | 100 | 196

Jack Flynn #WeFightBack Retweeted

**#SpaceForceWizard 🧙 // #WarriorOfLight** @DreamwalkerWC · Aug 22

That girl is on FIRE! 🔥

> **Rose McGowan** @rosemcgowan
> What have the Democrats done to solve ANYTHING? Help the poor? No. Help black & brown people? No. Stop police brutality? No. Help single mothers? No. Help children? No. You have achieved nothing. NOTHING. Why did people vote Trump? Because of you motherfuckers.

3 | 109 | 351

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 23

If @JoeBiden ever wins the election ANTIFA AND BLM will demand their support of the Dem's post election and entitled them a seat at the table. If Biden agrees or disagrees to support these movements we are screwed. @realDonaldTrump owes these groups nothing. #TrumpMustWin2020

68 | 1.0K | 2.6K

Jack Flynn #WeFightBack Retweeted

**Heshmat Alavi** @HeshmatAlavi · Aug 23

OBAMA KNEW!

By the summer of 2012, US intelligence and security officers in Libya warned their chain of command that #Iran was preparing a terrorist attack on the US compound in Benghazi.

Director Ratcliffe: Release the Iran-Benghazi files.

71 | 835 | 1.1K

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 23

#DigitalSoliders at it again. You would think at this level they would get this right. The DNC cannot run the country let alone a Presidential election campaign.

> **John Cardillo** @johncardillo
> Guys, I despise conspiracy theories, you all know that, but if Biden's speech wasn't prerecorded, the cop in me wants to know how his lapel pin disappeared off the same suit and a watch appeared on his left arm as Harris joined...

135 | 2.0K | 3.8K

Jack Flynn #WeFightBack Retweeted

**Rupali Chadha, M.D.** @RupaliChadhaMD · Aug 22

The data for masks is POOR and the data for HCQ is BETTER.. and yet, science is murdered for politics...

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT
59 captures 24
16 Sep 2019 - 25 Jan 2023 2019 2020 2022 About this capture

Jack Flynn #WeFightB...
@GoJackFlynn

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

Jack Flynn #WeFightBack Retweeted
**Ryan Wilkinson** @SoCalWilki · Aug 22
Flynn comes to San Clemente wins the member guest Golf Tournament at Bella Collina followed up with a Trump Rally at the SC Pier. #PatriotsAwakened #WWG1WWGA twitter.com/josephjflynn1/...

This media may contain sensitive material. Learn more View

25 364 966

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 23
Thank you for this clarification. @BrianStelter lied about his information sources and chose to print the lie anyway. Unacceptable #MediaGate bias is the real culprit. #BanCNN #FreeFlynn

> **Kerri Kupec DOJ** @KerriKupecDOJ
> This is false. A basic fact-check would have revealed that, but @brianstelter did not reach out to us before publishing.
> mediaite.com/tv/william-bar...

21 283 532

Jack Flynn #WeFightBack Retweeted
**Joseph J Flynn** @JosephJFlynn1 · Aug 22
And We the People say ... FU to all of them!!

> **Garrett M. Graff** @vermontgmg
> Seeing in print in the @WSJ this list of Republican national security officials endorsing Biden is really something. This is basically every GOP luminary of the last 30 years, saying "enough" to Trump. Stunning, really.

444 1.3K 3.6K

Jack Flynn #WeFightBack Retweeted
**Tiff** @LATiffani1 · Aug 22
Tara Reade. We hear you

Juanita Broaddrick. We hear you

Rose McGowan. We hear you

When the system does not
#WeHearYou

111 2.9K 7.6K

Jack Flynn #WeFightBack Retweeted
**U.S.Male.357** @ASimplePatriot · Aug 22
Rep. @DevinNunes: "I want to thank my Democratic colleagues for inviting us here for a Saturday afternoon matinee in August -- I urge them next time to put more effort into their future conspiracy theories."

**The Hill**

Document title: Jack Flynn #WeFightBack (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/
Capture timestamp (UTC): Sun, 23 Apr 2023 18:54:41 GMT
Estimated post date: 08/24/2020 8:18:17 PM



INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go
59 captures
16 Sep 2019 - 25 Jan 2023
JUL AUG OCT
24
2019 2020 2022
About this capture

**Jack Flynn #WeFightB...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,865 | 152K | 16K |

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

@JosephJFlynn1
@GoJackFlynn
@molmccann
@abigailcfrye
@jbinnall

162 1.9K 2.7K

Jack Flynn #WeFightBack Retweeted
**Tucker Carlson** @TuckerCarlson · Aug 19
The #DNC2020 they did NOT want you to see.

1.2K 5.2K 13K

Jack Flynn #WeFightBack Retweeted
**Lee Smith** @LeeSmithDC · Aug 22
Replying to @GoJackFlynn @GenFlynn and 4 others
No one will forget—that's why they're fighting so hard to cover it up and bury it.

4 86 213

Jack Flynn #WeFightBack Retweeted
**Lee Smith** @LeeSmithDC · Aug 22
Replying to @GoJackFlynn
Thanks for the kind words, @GoJackFlynn

3 28 177

Jack Flynn #WeFightBack Retweeted
🇺🇸⭐**Space Cowboy**⭐🇺🇸 @X14Eagle · Apr 29
🇺🇸⭐🇺🇸
Tribute to General Flynn
Veterans Singing Song
Pink Floyd: Wish You Were Here
🇺🇸⭐🇺🇸
@GenFlynn @BarbaraRedgate @GoJackFlynn



INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

Jack Flynn #WeFightB...
@GoJackFlynn

Tweets 14.7K Following 4,865 Followers 152K Likes 16K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

234 1.7K 3.2K

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 22
Thank you for this interview. Worth every second. @LeeSmithDC opening eyes and ears to the truth of a weaponized media aligning with the Play~Actors of the "Swamp Theatre Guild" in DC. Buy and Read "The Permanant Coup". #KAG2020

**Jan Jekielek** @JanJekielek
"They went after @GenFlynn's son to go after him… What we're watching unfold in this case is a two-tiered system of justice."

24 740 1.2K

Jack Flynn #WeFightBack Retweeted
**Dr. Dave Janda** 🇺🇸 ⭐⭐⭐ @docdhj · Aug 22
MUST READ NEW BOOK:INFO THE DEEP STATE DOES NOT WANT YOU TO KNOW ABOUT THE TAKE DOWN OF @realDonaldTrump & @GenFlynn : THE HAMMER is the Key to the Coup "The Political Crime of the Century": How O... amazon.com/dp/B08GCC689D/... via @amazon @Lrihendry @SidneyPowell1 @RudyGiuliani

9 209 286

Jack Flynn #WeFightBack Retweeted
♡ @szenetti_ · Aug 21
Damn, I never realized there's actually a lot of black conservatives.

1.7K 4.4K 31K

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 22
If this means you believe in the constitution and equal justice under the law then this works for me. 🇺🇸

**Escape The Matrix** @PookztA
Replying to @GoJackFlynn
We are with you Jack! 🇺🇸

273 3.9K 10K

Jack Flynn #WeFightBack Retweeted

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022 59 captures 16 Sep 2019 - 25 Jan 2023 About this capture

Jack Flynn #WeFightB...
@GoJackFlynn

Tweets 14.7K Following 4,865 Followers 152K Likes 16K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

#liar -- & a leaker --for his own personal benefit!
He was under oath multiple times when he lied &...

59 1.7K 3.1K

Jack Flynn #WeFightBack Retweeted
**Dr. Dave Janda** 🇺🇸⭐⭐⭐ @docdhj · Aug 21
Boom! @RichardGrenell continues to shine the Light of Truth on the illegal surveillance of @realDonaldTrump , @GenFlynn ,Judges & hundreds of Obama political opponents by Obama-Brennan-Clapper-Comey with The Hammer platform. @SidneyPowell1 @BarbaraRedgate @JosephJFlynn1

> **Richard Grenell** @RichardGrenell
> You know what undercuts democracy? Not having a peaceful transition of power because one party is conducting a surveillance program on the other.

20 1.0K 2.1K

Jack Flynn #WeFightBack Retweeted
**Dr. Dave Janda** 🇺🇸⭐⭐⭐ @docdhj · Aug 20
Truth be told it was not just 2 branches of government.... it was ALL 3 branches.... the judicial branch is in this up to their eye balls.... The FISA Judges were in on the coup & then there is Judge Sullivan's PERSECUTION of @GenFlynn ! @Lrihendry @SidneyPowell1 @BarbaraRedgate

> **Merv Pilgrim** @mervpilgrim
> America deserves the Truth. It's time to come clean with the whole story of how two branches of government conspired to remove a sitting President @realDonaldTrump
> A must read

24 469 758

Jack Flynn #WeFightBack Retweeted
**kim trap** @KimTrapkim · Aug 22
Replying to @rosemcgowan @GoJackFlynn
I never really much thought to your words, but girl, I can't help but seriously admire your determination to stay true to yourself and your cause! Don't stop! People are starting to really listen to you! You're making a difference! Thank you for speaking the truth!

28 88

Jack Flynn #WeFightBack Retweeted
**Reclaiming My Time** 🙏❤️🇺🇸 @MediumGrace · Aug 22
Replying to @rosemcgowan @CHIZMAGA
ROSE YOU ARE MY FKN HERO, speaking for millions whose voices have been stolen from them! Brava!!!!

76 514

Jack Flynn #WeFightBack Retweeted
**Rose McGowan** @rosemcgowan · Aug 21

I was raped by a TOP Democratic donor. Hillary Clinton shut down NBC's exposé of HW with one call from her spokesperson. I strongly believe Joe Biden is a rapist. DNC had Bill Clinton, serial abuser of young women (Epstein & others) speak. You want me to be pro-Dem?

Document title: Jack Flynn #WeFightBack (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/
Capture timestamp (UTC): Sun, 23 Apr 2023 18:54:41 GMT
Estimated post date: 08/24/2020 8:18:17 PM



Document title: Jack Flynn #WeFightBack (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/
Capture timestamp (UTC): Sun, 23 Apr 2023 18:54:41 GMT
Estimated post date: 08/24/2020 8:18:17 PM

INTERNET ARCHIVE
WaybackMachine
59 captures
16 Sep 2019 - 25 Jan 2023

Jack Flynn #WeFightB...
@GoJackFlynn

Tweets **14.7K**   Following **4,865**   Followers **152K**   Likes **16K**

Have an account?

Phone, email, or username

Password

☑ Remember me · Forgot password?

Log in

New to Twitter?

Sign up



## criticized for sexualizing young girls

💬 71    🔁 424    ♡ 646

⟲ Jack Flynn #WeFightBack Retweeted

**Robin GaGaTo6** 🇺🇸 @HyltonRobin · Aug 21
'I Want the Death Penalty': Mom Seeks Justice for 5-Year-Old Son in North Carolina

I couldn't agree more!
RIP #CannonHinnant 🙏🕯️

💬 83    🔁 939    ♡ 1.5K

⟲ Jack Flynn #WeFightBack Retweeted

**~𝓐𝓷𝓰𝓮𝓵 𝓐𝓾𝓻𝓪~** @11AngelAura11 · Aug 21
QAnon vs Antifa: A Breakdown...

|  | QANON | ANTIFA |
|---|---|---|
| Mission | Exposing Corruption<br>Exposing Evil (inc. child trafficking)<br>Exposing Deception<br>Preserving Freedom | Inciting Violence<br>Fostering Hate<br>Creating Division<br>Promoting Anarchy |
| Weapons | Keyboards<br>Memes<br>Reason<br>Truth | Clubs<br>Projectiles<br>Explosives<br>Guns |
| Tactics | Dissenting Opinion<br>Presenting Facts<br>Social Media Info Dissemination<br>Dispelling Misinformation | Rioting<br>Arson<br>Assault<br>Destruction |
| Beliefs | Individual Freedom<br>WWG1WGA (Unity)<br>Question everything<br>Corruption and evil are pervasive<br>Child trafficking is endemic<br>The media is corrupt | Anti authoritarianism<br>Anti capitalism<br>Anarchism<br>Marxist/ socialist/ communist/ racist<br>Forced conformity by violence<br>End justifies means/ paid activists |

💬 77    🔁 1.5K    ♡ 2.1K

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21

Document title: Jack Flynn #WeFightBack (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/
Capture timestamp (UTC): Sun, 23 Apr 2023 18:54:41 GMT
Estimated post date: 08/24/2020 8:18:17 PM

https://twitter.com/GoJackFlynn/
59 captures
16 Sep 2019 - 25 Jan 2023
JUL AUG OCT
24
2019 2020 2022
About this capture

Have an account?

Phone, email, or username

Password

☑ Remember me · Forgot password?

Log in

New to Twitter?

Sign up

**Jack Flynn #WeFightB...**
@GoJackFlynn

Tweets **14.7K**   Following **4,865**   Followers **152K**   Likes **16K**



**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21

💬 165   ↷ 812   ♡ 2.2K

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21

His intelligence has been questioned long before he had dementia. But ahhh. Okaaaeeeyy!

💬 35   ↷ 264   ♡ 596

↻ Jack Flynn #WeFightBack Retweeted

**Catturd ™** @catturd2 · Aug 21

Chris Wallace ... "Biden Speech Enormously Effective — He Blew a Big Hole in Trump Attacks."

😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡

👊 🤬

💬 2.1K   ↷ 3.2K   ♡ 16K

Document title: Jack Flynn #WeFightBack (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/
Capture timestamp (UTC): Sun, 23 Apr 2023 18:54:41 GMT
Estimated post date: 08/24/2020 8:18:17 PM



INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

Jack Flynn #WeFightB...
@GoJackFlynn

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

**Apostle DJ Wiggins** @TRUMPWARRIORUSA
My family loves Trump!
0:40

51 1.2K 2.2K

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21
Thanks everyone for letting her know I miss her. I'll try again after the election. You are all welcome to keep in touch with her though and #KAG2020 #FreeFlynn

37 93 538

Show this thread

Jack Flynn #WeFightBack Retweeted
**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawand... · Aug 21
It helps to remember in all the media hysteria over this case that President Trump:

1) fired Bannon 3 yrs ago & they have no association any longer
2) did not ask for this project
3) did not endorse it
4) never asked anyone to donate to it
5) was publicly critical of it

25 446 951

Show this thread

Jack Flynn #WeFightBack Retweeted
**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · Aug 21
Where is indictment of #ClintonFoundation for which there has long been massive evidence of tax violations, fraud, & true money laundering of dirty and foreign funds & pay-to-play?
#SDNY is dirtiest office in US
#doublestandard
@realDonaldTrump
@TheJusticeDept
@CharlesOrtel

**Jenna Ellis** @JennaEllisEsq
The targeting of Steve Bannon is yet another malicious political prosecution.

WHERE IS JUSTICE?

399 6.9K 12K

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21
A cure for cancer would be better than any other medical or scientific event in the history of the world. God Bless your family.

**theleftisEvil** @MavericTV
My mom has tragically passed away this morning due cancer ...pray for me she was all I had ❤️
Show this thread

21 102 412

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21
#WalkAway meet with @realDonaldTrump make a difference for a President that gets his job done in the face of all the odds against him.

**Tulsi Gabbard** @TulsiGabbard
You're correct - I was not invited to participate in any way.
twitter.com/KeinanAlejo/st...

20 222 608













**Jack Flynn #WeFightB...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,865 | 152K | 16K |

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

20 222 608

Jack Flynn #WeFightBack Retweeted

**Melissa Tate** @TheRightMelissa · Aug 20

Tulsi Gabbard snubbed from the #DemConvention for telling the truth about Kamala Harris throwing black men in prison by the thousands & then extending their sentences so the state of CA could use them for cheap labor.
Here is the moment Tulsi nuked Kamala 😁🔥

741 7.3K 16K

Show this thread

Jack Flynn #WeFightBack Retweeted

**●● | ●● | ● | ● | ●● | ● | ●** @OficialPatriot · Aug 20

Qanon is not violent or conspiracy. We are every day people seeking truth. I am a family man. I am educated, and run my own business. I work hard, and spend my spare time with my family. I enjoy golf 🏌 and reading. Qanon's, share and tell your story 👇 👇

2.6K 6.7K 23K

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21

Halloween In August. Vote for @JoeBiden and this gets far worse. #BacktheBlue

> **Andy Ngô** @MrAndyNgo
> "Wake up, mother f—ker wake up!" chant BLM in Portland tonight as they go through residential areas and shut down the streets.
> 0:55

54 331 459

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21

Good morning. Every so often I like to have a few friends check on my friend who's last DM was so endearing. If anyone has the time please let her know I was thinking of her. #Flynn

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

**Jack Flynn #WeFightB...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,865 | 152K | 16K |

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

671 1.2K 2.6K

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21
I thought that's what @BarackObama said he would do when elected. First Black President enriched himself through the presidency and embraced the #MurderingMullahs instead.

**Anderson Cooper 360°** @AC360
"Will we be the generation that finally wipes out the stain of racism from our national character?" asks Joe Biden.

"I believe we are up for it," he replied. "I believe we…

39 216 405

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21
I don't know who or what Q is so there's that. But no ones hurting each other it's civilized encouraging people to learn independently supports trump and the constitution. So. WTF. #WWG1WGA

267 1.9K 6.5K

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21
Honestly I ask myself about this Q thing and look for a reason not to trust anything about it. I don't see Qsters in the street breaking into buildings claiming real estate pulling down statues or beating up people in the name of some form of justice or retribution BS.

510 5.9K 17K

Show this thread

Jack Flynn #WeFightBack Retweeted
**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawand... · Aug 20
Replying to @BrandonStraka @JoeBiden
IT'S.....

GETTING.....

BIGGER....!!!!!

Document title: Jack Flynn #WeFightBack (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20200824201817/https://twitter.com/GoJackFlynn/
Capture timestamp (UTC): Sun, 23 Apr 2023 18:54:41 GMT
Estimated post date: 08/24/2020 8:18:17 PM

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

**Jack Flynn #WeFightB...** @GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,865 | 152K | 16K |

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

8 193 805

Jack Flynn #WeFightBack Retweeted

**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawand... · Aug 14

Replying to @AWeissmann_

Gird your loins.

40 657 2.2K

Jack Flynn #WeFightBack Retweeted

**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawand... · Aug 14

Replying to @drawandstrike @AWeissmann_

We all know @SidneyPowell1 caught you and your team hiding evidence from the Court, just like she did in the ENRON case.

This time you're not walking away whistling a merry tune from all the gross prosecutorial misconduct.

You'll be lucky to all only be disbarred.

86 2.0K 6.3K

Jack Flynn #WeFightBack Retweeted

**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawand... · Aug 14

Replying to @AWeissmann_

You know Van Grack got caught by Barr & Jensen hiding exculpatory evidence from the Court and the Flynn defense team, right?

In direct defiance of an explicit Brady disclosure ruling, right?

You know that's why the DOJ filed to dismiss the Flynn case, right?

Of course you do.

78 2.1K 6.5K

Jack Flynn #WeFightBack Retweeted

**Joseph J Flynn** @JosephJFlynn1 · Aug 15

No way in hell this Clinesmith kid did any of this without approval from above... prosecutors in @GenFlynn case knew about this too #LockThemAllUp

**Catherine Herridge** @CBS_Herridge

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT 24 2019 2020 2022
59 captures
16 Sep 2019 - 25 Jan 2023
About this capture

Jack Flynn #WeFightB...
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,865 | 152K | 16K |

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

prosecutors in @GenFlynn case knew about this too #LockThemAllUp

**Catherine Herridge** @CBS_Herridge
#Durham Beyond altering CIA email, Clinesmith criminal information page 2 outlines August 17, 2016 CIA memo that @carterwpage had been an "operational contact" for the agency providing info on "certain Russian intelligence officers" + first 3 FISA applications were silent on...
Show this thread

93 2.1K 4.4K

Jack Flynn #WeFightBack Retweeted
**Jack Posobiec** 🇺🇸 @JackPosobiec · Aug 19
Did You Know:

In 2017, Kamala Harris held a private meeting with Harvey Weinstein in the Hamptons

Kamala was attorney general of California from 2011-2017 but never investigated Weinstein

Kamala accepted thousands in donations from Weinstein

377 8.1K 11K
Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 21
They are Democrats. #KAG2020

**James Woods** @RealJamesWoods
"We Are Democrats"
0:35

24 406 578

Jack Flynn #WeFightBack Retweeted
**Ken Farnaso** @KLF · Aug 20
Incredible support and enthusiasm for President @realDonaldTrump in Joe Biden's hometown of Scranton, PA! 🇺🇸

**Will Steakin**

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go
59 captures
16 Sep 2019 - 25 Jan 2023
JUL AUG OCT
24
2019 2020 2022
About this capture

**Jack Flynn #WeFightB...**
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,865 | 152K | 16K |

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

311 2.4K 8.4K

Jack Flynn #WeFightBack Retweeted
**Will Steakin** @wsteaks · Aug 20
Massive turnout of Trump supporters lining both sides of the street all the way up to Trump's event today right outside Biden's hometown of Scranton PA:

(This isn't even the whole line)

956 8.5K 22K

Show this thread

Jack Flynn #WeFightBack Retweeted
**Benny** @bennyjohnson · Aug 20
He's gonna win

**Seung Min Kim**

1.2K 8.6K 33K

Jack Flynn #WeFightBack Retweeted

INTERNET ARCHIVE WaybackMachine https://twitter.com/GoJackFlynn/ Go JUL AUG OCT
59 captures 24
16 Sep 2019 - 25 Jan 2023 2019 2020 2022 About this capture

Jack Flynn #WeFightB...
@GoJackFlynn

Tweets 14.7K | Following 4,865 | Followers 152K | Likes 16K

Have an account?
Phone, email, or username
Password
Remember me · Forgot password?
Log in
New to Twitter?
Sign up

3.1K 31K 29K

Show this thread

Jack Flynn #WeFightBack Retweeted

**Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn** @Ba... · Aug 20

How Many More!
False Statements
Altered Documents
Manufactured Crimes
Withheld Exculpatory Evidence
Illegal Leaks
Unmaskings(GenFlynn)
Unlawful Spying Operations
Obama WH CYA meetings
Does It Take Before-ObamaCoupCabal of Thugs are Finally Accountable
Clinesmith Won't Cut it!!

**TheLastRefuge** @TheLastRefuge2
Clinesmith Gets The Wolfe Plea Deal...
theconservativetreehouse.com/2020/08/19/cli...

70 1.2K 2.0K

Show this thread

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 20

51 455 1.1K

Jack Flynn #WeFightBack Retweeted

**Arch Kennedy** @ArchKennedy · Aug 20

The ex-Navy SEAL, Robert O'Neill, who killed Osama bin Laden and tweeted about not wearing a mask on a Delta flight has now been banned from the airline.

BANNED ⁉ HOW DISAPPOINTING THAT @Delta WOULD DO THIS ‼

38 171 216



Jack Flynn #WeFightB...
@GoJackFlynn

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 14.7K | 4,865 | 152K | 16K |

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

51 455 1.1K

Jack Flynn #WeFightBack Retweeted

**Arch Kennedy** @ArchKennedy · Aug 20

The ex-Navy SEAL, Robert O'Neill, who killed Osama bin Laden and tweeted about not wearing a mask on a Delta flight has now been banned from the airline.

BANNED ⁉ HOW DISAPPOINTING THAT @Delta WOULD DO THIS ‼

38 171 216

**Jack Flynn #WeFightBack** @GoJackFlynn · Aug 20

I was told today that QAnons are dangerous people to be aligned with.That there is actually "no plan". True or not, most people seem pretty normal to me who support the idea of Q. I advocate for the Constitution and Bill of Rights.🇺🇸 if Q does too~No harm no foul. #KAG2020

> **Jack Flynn #WeFightBack** @GoJackFlynn
> There is nothing wrong with QAnon. Just People doing their own research and learning independence of thought to find the truth. If it triggers the daylights out of fools like yourself all the better. 😜 Don't you get it?? It's so simple~Yet complex. Like a meritage wine. twitter.com/kylegriffin1/s…

401 3.8K 9.2K

Jack Flynn #WeFightBack Retweeted

**Lin Wood** @LLinWood · Aug 19

"Freedom is never more than one generation away from extinction. We didn't pass it to our children in the bloodstream. It must be fought for, protected, & handed on to them to do the same."
- Ronald Reagan

#FightBack

71 2.3K 4.6K

Jack Flynn #WeFightBack Retweeted

**Joseph J Flynn** @JosephJFlynn1 · Aug 18

Unstoppable kick ass Patriot!!! Congrats Laura Loomer ....literally did this out of sheer American grit!!!!!

> **Melissa Tate** @TheRightMelissa
> This girl Laura Loomer is unstoppable. Loomer built a massive volunteer army and raised over $1,000,000 WITHOUT any social media presence where she has been banned at the behest of the Democrat Party. She will win in November too you watch & see

32 940 2.9K

Jack Flynn #WeFightBack Retweeted

**Jedediah Bila** @JedediahBila · Aug 18

The fact that Bill Clinton is still invited to speak post-#MeToo movement is a joke. Democrats who approve of this, never ever lecture anyone on female empowerment ever again. Ever.

622 8.4K 32K

Jack Flynn #WeFightBack Retweeted

**TheLeoTerrell** @TheLeoTerrell · Aug 18

Thank you for having me on tonight @seanhannity. ICYMI: we cannot let our cities burn or be sold out to radicalism. There is NO systemic discrimination & #Democrats are trying to start a race war.

171 2.8K 7.8K

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.