# EXHIBIT 55

| | |
|---|---|
| Document title: | Jack Flynn #HoldTheLine (@GoJackFlynn) \| Twitter |
| Capture URL: | https://archive.ph/Wkq0b |
| Page loaded at (UTC): | Tue, 07 Mar 2023 18:01:48 GMT |
| Capture timestamp (UTC): | Tue, 07 Mar 2023 18:07:20 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 34.192.170.47 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | wgRKm57HmYDDHvfCQzn1TZ |
| User: | dwt-pjezick |

**Exhibit 0353**
4/24/2023
John Flynn

PDF REFERENCE #:     iLbdeZDgPbsb8stgXLZYDq



Document title: Jack Flynn #HoldTheLine (@GoJackFlynn) | Twitter
Capture URL: https://archive.ph/Wkq0b
Capture timestamp (UTC): Tue, 07 Mar 2023 18:07:20 GMT

Page 1 of 6











Document title: Jack Flynn #HoldTheLine (@GoJackFlynn) | Twitter
Capture URL: https://archive.ph/Wkq0b
Capture timestamp (UTC): Tue, 07 Mar 2023 18:07:20 GMT

Page 6 of 6