# EXHIBIT 56

| | |
|---|---|
| Document title: | Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 (@GoJackFlynn) \| Twitter |
| Capture URL: | https://web.archive.org/web/20190916171650/http://twitter.com/gojackflynn |
| Page loaded at (UTC): | Fri, 21 Apr 2023 19:39:00 GMT |
| Capture timestamp (UTC): | Fri, 21 Apr 2023 19:41:27 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 34.238.0.175 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | qksfGhRsjLWuaCFqhmFjY4 |
| User: | dwt-pjezick |

**Exhibit
0354**

4/24/2023
John Flynn

PDF REFERENCE #:       j6NvntEZ5fBW4aewYX9bpz



INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go
59 captures
16 Sep 2019 - 25 Jan 2023
AUG SEP NOV
16
2018 2019 2020
About this capture

Home About Search Twitter Have an account? Log in

Tweets 4,241 Following 2,414 Followers 8,025 Likes 4,806 Follow

**Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00**
@GoJackFlynn

Brother of Gen. Mike Flynn (R) 🇺🇸⭐⭐⭐🇺🇸 Don't tread on @GenFlynn TEXT Flynn @ 401-329-2007 Show us there are at least 1 Million to DONATE $1.01-$5.00

Joined March 2019

**Tweets** Tweets & replies Media

Pinned Tweet
**Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00** @GoJa... · Jul 31
MikeFlynnDefenseFund.org

**Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn** @BarbaraRedgate
Radio Interview Update On General Mike Flynn By @JosephJFlynn1 With @SebGorka @GenFlynn @realDonaldTrump @lofly727 @DevinNunes @SidneyPowell1 ⚖⭐⭐⭐⚖🇺🇸🇺🇸🇺🇸🇺🇸 youtube.com/watch?v=BE0bvg...

11 283 327

Show this thread

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted
**4 Laura Loomer for Congress R(21) Fl** @JulieReichwein1 · Sep 14
Judge Jeanine Praises Loomer In Book Promoted By President Trump - Laura Loomer Official

Laura's fearless like @JudgeJeanine
She takes no BS & doesn't put up w/PC Culture.

She's deplatformed & needs $ support ($10) helps LauraLoomerforCongress.com

4 249 262

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted
**BamaGirl ⭐⭐⭐** @Beg1Girl · 5h

**Want to take advantage of all the new Twitter features?**
It's simple – just log in.
Log in
Sign up

© 2019 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**BamaGirl ⭐⭐⭐** @Beg1Girl · 5h

Hey Patriots:

CASE CLOSED!✅

@GenFlynn IS INNOCENT ⭐⭐⭐

THROW THE CASE OUT! 🇺🇸🇺🇸🇺🇸

@SidneyPowell1 WILL GET JUSTICE ⚖⚖⚖

#MAGA
#FLYNNFIGHTERS
#ARRESTTHESWAMP

6 148 170

**Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00** @GoJac... · 42m

This has to end for @GenFlynn and for all Americans that believe in our system of Justice.

**Old Man Stone #AmericaLoveItOrLeaveIt 🗽🇺🇸** @Old...

Hey ya'll, a few words about the injustice @GenFlynn is suffering right now. A true American Patriot caught in #DeepState lies. Watch & RT 👊🇺🇸
#Honor

Show this thread

8 19

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**⭐⭐⭐@RealGsPatton007 CLEAR GEN FLYNN** @RealGsPatto... · Sep 13

🔥 UNLEASH HELL 🔥

@SidneyPowell1 now has the room to go after the Sordid, Illegal, targeting of @GenFlynn

As Military Intel Flynn was threat to CI A++Intel Rule, so they set him up

Flynn's Legal Offensive Pushes for Spygate Disclosure



http://twitter.com/gojackflynn
59 captures
16 Sep 2019 - 25 Jan 2023



🏠 **Home**   About

Search Twitter

Have an account? **Log in** ▾

💬 13   ⟳ 460   ♡ 719

⟳ Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**✖Meowshy✖aka: Michelle 🚫🏳️‍🌈🔫 or 🚗🚫** @meowshallah · 7h   ⌄
I need something to wake me up. @realDonaldTrump
Turn your phone sideways to fully enjoy. 😜➕🍵🍵

💬 25   ⟳ 90   ♡ 133

⟳ Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**Bvillian**🇺🇸 @Bvillian74 · 17h   ⌄
Replying to @drawandstrike
Their first application, in June, was rejected outright by the judge. They returned with a more narrowly drawn order in July and were rejected again. Finally, before a new judge, the order was granted, on Oct 15...... This is why they needed the dossier

💬 1   ⟳ 14   ♡ 46

**Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00** @GoJackFl... · 6h   ⌄
He needs to show up at the next press conference in that suit. Chicken shit MSM will go absolutely nuts.

**S⭐E⭐A⭐A⭐N** @Cordicon
Trumps House Of Wings 🔥

@realDonaldTrump

💬 10   ⟳ 34   ♡ 95

**Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00** @GoJackFl... · 7h   ⌄
God Bless YOU Ally.

**American🇺🇸Alley I am Flynn⭐⭐⭐** @alley167
I'm a mother, aunt, grandmother and a survivor of sexual assault.
All were victimized again by the circus Democrats put in full display!
What happened to Kavanaugh and his family is a disgrace! I guarantee you many women walked away over these actions.

💬   ⟳ 4   ♡ 11

⟳ Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**✖FrenchieLove 🇺🇸🇫🇷⭐⭐⭐** @QueenofClubsIII · 19h   ⌄
Replying to @Beg1Girl

Document title: Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20190916171650/http://twitter.com/gojackflynn
Capture timestamp (UTC): Fri, 21 Apr 2023 19:41:27 GMT

http://twitter.com/gojackflynn
Case 1:21-cv-02587-AS-SLC   Document 184-56   Filed 10/27/23   Page 6 of 9
59 captures
18 Sep 2019 - 25 Jan 2023
AUG SEP NOV
16
2018 2019 2020
About this capture

Home   About

Search Twitter   Have an account? Log in ▾



🔁 Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

✕ FrenchieLove 🏳️‍🌈 ⭐⭐⭐ @QueenofClubsIII · 19h

Replying to @Beg1Girl

OMG I hope it's not too late! I'm in central time and screwed up.

✓

You've donated $100.00 USD to
Lt. Gen. Michael T. Flynn Legal Defense Fund Trust

We'll send you back to Lt. Gen. Michael T. Flynn Legal Defense Fund Trust in a few seconds.

Return to Lt. Gen. Michael T. Flynn Legal Defense Fund Trust

💬 4   🔁 13   ♡ 38

🔁 Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

BamaGirl ⭐⭐⭐ @Beg1Girl · 19h

Replying to @leahbirdjohnso2 @SidneyPowell1 and 10 others

Leah thank you 🙏 You are the best! Thank you so much for helping with Campaign!

💬 1   🔁 7   ♡ 19

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 @GoJackFl... · 7h
Thank you Leah Bird! We call my grand daughter Leah Bird too! ❤️

Leah Bird ⭐⭐⭐❤️'s ToxicMasculinity! @leahbirdjoh...
Replying to @Beg1Girl @SidneyPowell1 and 10 others
I proudly support @GenFlynn ⭐⭐⭐🇺🇸🇺🇸🙏🙏🙏

💬   🔁 2   ♡ 7

🔁 Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

God Bless America ⭐⭐⭐ @GodandCountry11 · 19h

Replying to @Mark923to25 @GenFlynn and 4 others

This is AWESOME! My friend wanted me to share that she donated this on Friday in memory of her brother! The patriot family on this platform is 😍

Document title: Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20190916171650/http://twitter.com/gojackflynn
Capture timestamp (UTC): Fri, 21 Apr 2023 19:41:27 GMT
Page 4 of 7



Document title: Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 (@GoJackFlynn) | Twitter
Capture URL: https://web.archive.org/web/20190916171650/http://twitter.com/gojackflynn
Capture timestamp (UTC): Fri, 21 Apr 2023 19:41:27 GMT



INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go 59 captures 16 Sep 2019 - 25 Jan 2023 AUG SEP NOV 16 2018 2019 2020 About this capture

**Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00** @GoJack... · 18h

Thank you to @Beg1Girl and @alley167 for taking the time to care about @GenFlynn to help raise funds for the mikeflynndefensefund.org. Your volunteering to spend personal time doing this is sincerely very much appreciated. @BarbaraRedgate @JosephJFlynn1 @flynn_neill @SidneyPowell1

> **American🇺🇸Alley I am Flynn⭐⭐⭐** @alley167
> @Beg1Girl (Bama) and I @alley167
> Would like to thank you so much for donating to this weeks campaign for @GenFlynn defense fund
> Thank you

8 53 96

Show this thread

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**Ivan** 🇺🇸 @Raiklin · Sep 14

#28 "Information identifying reporters paid by Fusion GPS and/or the Penn Quarter group to push "Russia Collusion," communications regarding any stories about Mr. Flynn, and any testimony or statements about how the reporters were used by the government regarding Mr. Flynn."

1 43 65

Show this thread

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**Ivan** 🇺🇸 @Raiklin · Sep 14

One piece of evidence, @SidneyPowell1 requests for disclosure on page 6, #22:

"Any and all evidence that during a senior-attended FBI meeting or video conference, Andrew McCabe said "First we fuck Flynn, then we fuck Trump," or words to that effect."

7 145 197

Show this thread

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**Ken Jones⭐⭐⭐** @sxdoc · Sep 15

Liberals say #KavanaughLied, But McCabe Will Be Tried! Will McCabe Bring the FBI Down with Him? DEEP STATE CANT STOP D5 AVALANCHE #JusticeIsComing #FactsMatter #PatriotsAwakened

48 552 813

Show this thread

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**QBlueSky⭐⭐⭐** @QBlueSkyQ · 23h

Libel Laws End of MSM
Securing the SENATE meant EVERYTHING
Securing the SC meant EVERYTHING
THEY MUST MAINTAIN THREAT TO RETAIN POWER/INFLUENCE.
Fake news about Kavanaugh #ImpeachKavanaugh #KavanaughLied #QAnon #SundayThoughts #IStandWithKavanaugh twitter.com/Bluepopcorn8/s...

INTERNET ARCHIVE WaybackMachine http://twitter.com/gojackflynn Go 59 captures 16 Sep 2019 - 25 Jan 2023 AUG SEP NOV 16 2018 2019 2020 About this capture

Home About Search Twitter Have an account? Log in

1 43 65

Show this thread

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**Ivan** 🇺🇸 @Raiklin · Sep 14

One piece of evidence, @SidneyPowell1 requests for disclosure on page 6, #22:

"Any and all evidence that during a senior-attended FBI meeting or video conference, Andrew McCabe said "First we fuck Flynn, then we fuck Trump," or words to that effect."

7 145 197

Show this thread

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**Ken Jones**⭐⭐⭐ @sxdoc · Sep 15

Liberals say #KavanaughLied, But McCabe Will Be Tried! Will McCabe Bring the FBI Down with Him? DEEP STATE CANT STOP D5 AVALANCHE #JusticeIsComing #FactsMatter #PatriotsAwakened

48 552 813

Show this thread

Jack Flynn MikeFlynnDefenseFund.org DONATE $1-5.00 Retweeted

**QBlueSky**⭐⭐⭐ @QBlueSkyQ · 23h

Libel Laws End of MSM
Securing the SENATE meant EVERYTHING
Securing the SC meant EVERYTHING
THEY MUST MAINTAIN THREAT TO RETAIN POWER/INFLUENCE.
Fake news about Kavanaugh #ImpeachKavanaugh #KavanaughLied #QAnon #SundayThoughts #IStandWithKavanaugh twitter.com/Bluepopcorn8/s...

6 239 291

