# EXHIBIT 58

PageVault

| | |
|---|---|
| Document title: | Jack Flynn: ☐ ☐ ☐ (@FlynnJack515) \| Twitter |
| Capture URL: | https://web.archive.org/web/20181026141639/https://twitter.com/flynnjack515 |
| Page loaded at (UTC): | Sun, 19 Feb 2023 15:54:43 GMT |
| Capture timestamp (UTC): | Sun, 19 Feb 2023 15:56:14 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 3.210.117.78 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | dupSsMJMmx5eT6WQv1BG1z |
| User: | dwt-pjezick |

**Exhibit 0357**
4/24/2023
John Flynn

PDF REFERENCE #:        9KSYANZ6puR6GndZQZBPKK

INTERNET ARCHIVE WayBackMachine
https://twitter.com/flynnjack515 Go
129 captures
3 Jan 2018 - 28 Jan 2021
JAN OCT NOV
26
2017 2018 2020
About this capture

Tweets 5,425 | Following 4,001 | Followers 11.2K | Likes 4,962 | Follow

**Jack Flynn: ★★★**
@FlynnJack515

Brother of @GenFlynn #3Stars4GenFlynn

mikeflynndefensefund.org
Joined September 2013

**Tweets** | Tweets & replies | Media

Pinned Tweet
**Jack Flynn: ★★★** @FlynnJack515 · 9 Nov 2017
Please accept my most gracious thank you to help Mike get through this seemingly endless legal battle.
94 1.1K 1.6K
Show this thread

Jack Flynn: ★★★ Retweeted
**Alex Sage** @acs5353 · 22h
Getting dirty looks from all of these white liberals in LaGuardia due to my maga hat but they're scared to say something because I'm black 😂😂😂

1.4K 4.3K 11K

Jack Flynn: ★★★ Retweeted
**George Papadopoulos** @GeorgePapa19 · 14h
Can't discuss my testimony, but after today's hearing, this scandal is much worse than anyone can imagine.
1.1K 9.8K 21K

Jack Flynn: ★★★ Retweeted

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go JAN OCT NOV
129 captures 26
3 Jan 2018 - 28 Jan 2021 2017 2018 2020 About this capture

**Jack Flynn: ★★★**
@FlynnJack515

Tweets 5,425 | Following 4,001 | Followers 11.2K | Likes 4,962

Follow

---

Jack Flynn: ★★★ Retweeted
**Candace Owens** @RealCandaceO · Oct 25
Had a debate this morning with @krystalball about an earlier tweet of mine where I stated that the most racist people in America are white liberals and so I would like to clarify my earlier statement:

The most racist people in America today are white liberals.

Still. 😂

2.7K 15K 54K

---

Jack Flynn: ★★★ Retweeted
**Laura Loomer** @LauraLoomer · 17h
BREAKING: I was just targeted by @AndrewGillum's anti-Jewish campaign.

I was sitting peacefully inside the synagogue for his event & he had me forcibly removed by 2 officers.

Andrew Gillum just forcibly removed a Jewish Conservative Journalist from a SYNAGOGUE!! @RepDeSantis

1.0K 11K 14K

---

Jack Flynn: ★★★ Retweeted
**⏳Ethan Allen⏳** @Kev4T · 19h
I've seen better bombs constructed in a MacGyver episode.

68 279 540

---

Jack Flynn: ★★★ Retweeted
**Georgia🍑Peach★★★** @Real_PeachyKeen · 14h
Tomorrow is #AllInForGenFlynnFriday!

Tweet a big thank you to our @GenFlynn, spread the word about his Defense MikeFlynnDefenseFund.org Donate, and, most importantly, PRAY. Add 3 stars to your Twitter name! ★★★

He hasn't given up on America, and we must not leave him behind!

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go JAN OCT NOV 26 2017 2018 2020 129 captures 3 Jan 2018 - 28 Jan 2021 About this capture

**Jack Flynn:** ★★★ @FlynnJack515

Tweets 5,425 | Following 4,001 | Followers 11.2K | Likes 4,962 | Follow

10 201 301

Jack Flynn: ★★★ Retweeted

**Laura Loomer** @LauraLoomer · 14h

My balls are also bigger than yours... but that's another story. 😘

> **David Brantley** @ofhdirector
> Laura Loomer pretends to be attractive but her arms are bigger than her boobs.

1.4K 2.9K 12K

Jack Flynn: ★★★ Retweeted

**Red Nation Rising** @RedNationRising · 19h

They saw a lady paying for her gas with pennies and he gave her some money, not knowing she had just lost her husband and was having a tough time.

WE NEED MORE OF THIS

HEROES

RETWEET THIS!

**StanceGrounded**

1.1K 6.8K 11K

Jack Flynn: ★★★ Retweeted

**REX** @_ImperatorRex_ · 6h

Seasoned observers of Trump will understand from this tweet, that the President already knows what's gone down in the #FakeBomb hoax - and is now going to hang his enemies in the #FakeNews, by their own petards.

INTERNET ARCHIVE WayBackMachine https://twitter.com/flynnjack515 Go JAN OCT NOV 129 captures 26 3 Jan 2018 - 28 Jan 2021 2017 2018 2020 About this capture

Jack Flynn: ★★★ @FlynnJack515

Tweets 5,425 Following 4,001 Followers 11.2K Likes 4,962 Follow

Seasoned observers of Trump will understand from this tweet, that the President already knows what's gone down in the #FakeBomb hoax - and is now going to hang his enemies in the #FakeNews, by their own petards.

Note the direct reference to CNN 👇

> **Donald J. Trump** @realDonaldTrump
> Funny how lowly rated CNN, and others, can criticize me at will, even blaming me for the current spate of Bombs and ridiculously comparing this to September 11th and the Oklahoma City bombing, yet when I criticize them they go wild and scream, "it's just not Presidential!"

55 844 1.8K

Jack Flynn: ★★★ Retweeted

★★★ @gsPatton007 🥊BEAT DEMS NOV 6🇺🇸 @gspatton... · Aug 31

Americans, Country Men, Patriots
Lend me your Ears and $$'s for
@GenFlynn

#ClearFlynnNow

IS THAT CLEAR DOJ, FBI?

Today is #AllInForGenFlynnFriday

@GenFlynn is an American HERO

🙏🙏 RT

👇Donate BIGLY TODAY Here 👇
MikeFlynnDefenseFund.com

#WWG1WAG

#UltimateSacrifice

23 811 876

Jack Flynn: ★★★ @FlynnJack515 · 15h

It's true. This was shocking for all of us. Absolutely shocking.

> **Donald J. Trump** @realDonaldTrump
> The Service Members who died that day included brave young Marines just out of high school, accomplished

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go JAN OCT NOV
129 captures 26
3 Jan 2018 - 28 Jan 2021 2017 2018 2020 About this capture

**Jack Flynn: ★★★** @FlynnJack515

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,425 | 4,001 | 11.2K | 4,962 |

Follow

**Donald J. Trump** @realDonaldTrump
The Service Members who died that day included brave young Marines just out of high school, accomplished officers in the middle of their military careers, and enlisted men who had served in theaters all over the world...

18 49

---

**Jack Flynn: ★★★** @FlynnJack515 · 16h
😂👍🇺🇸🇺🇸

**Hublette** @_hublette
OHMYGOD

OHMYGOD...
Show this thread

2 11 41

---

Jack Flynn: ★★★ Retweeted
**★★★ @gsPatton007 🥊BEAT DEMS NOV 6🇺🇸** @gspatton007 · 19h
CNN & Pols+ Continue Psychological
War on America with DISINFORMATION
on Pres Trump

Leading viewers to incitement, fear, hate
among psychologically weak & Violent

PRAVDA LIVES ON for COMMIE DEMS

COUP CONTINUES

CNN Banner "...Serial Bomber Going after
—TRUMP's TARGETS"

👇👇👇

**Scott Adams** @ScottAdamsSays

CNN found a way to make things worse.
1:15 PM - Oct 25, 2018

1,861 1,140 people are talking about this

Rena ★★★, OyVeyDiosMio✌, Dan Siddons and 7 others

35 218 221

---

Jack Flynn: ★★★ Retweeted
**Katie Hopkins** @KTHopkins · 18h
Hoax bombs (not capable of exploding) mailed to sorting houses.

Press plan:

Alexander Soros article goes live
CNN staged evacuation 'live on air'

Document title: Jack Flynn: ☐ ☐ ☐ (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181026141639/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 15:56:14 GMT
Estimated post date: 10/26/2018 2:16:39 PM

INTERNET ARCHIVE WayBackMachine https://twitter.com/flynnjack515 Go JAN OCT NOV 26 2017 2018 2020
129 captures
3 Jan 2018 - 28 Jan 2021
About this capture

**Jack Flynn: ★★★**
@FlynnJack515

Tweets 5,425 | Following 4,001 | Followers 11.2K | Likes 4,962

Follow

Alexander Soros article goes live
CNN staged evacuation 'live on air'
De Blasio 'terror attack'
Clinton camera time
Press pics of 'bombs'
Hashtag #MAGABomber mobilised

Puh'lease

#MAGA

505 2.8K 5.6K

---

Jack Flynn: ★★★ Retweeted
**REX** @_ImperatorRex_ · 19h
Fantastic news.

Swetnick's lie against Justice Kavanaugh was arguably the worst of them all.

It will be interesting to hear her testimony about who was involved in encouraging her to come forward, apart from #CreepyPornLawyer 👇

> **Senate Judiciary** @senjudiciary
> Swetnick, Avenatti Referred for Criminal Investigation: Providing False Statements, Obstructing Congressional Investigations, and Conspiracy All Violate Federal Law judiciary.senate.gov/press/rep/rele…
> Show this thread

27 503 1.2K

---

Jack Flynn: ★★★ Retweeted
**Donald J. Trump** @realDonaldTrump · Oct 24
I agree wholeheartedly!

> **Vice President Mike Pence** @VP
> We condemn the attempted attacks against fmr Pres Obama, the Clintons, @CNN & others. These cowardly actions are despicable & have no place in this Country. Grateful for swift response of @SecretService, @FBI & local law enforcement. Those responsible will be brought to justice.

35K 22K 99K

---

Jack Flynn: ★★★ Retweeted
**Kimberley Strassel** @KimStrassel · Oct 24
These bombs threats are nasty and cowardly acts. We don't settle disputes with violence—or with mobs. It is why we have a ballot box.

583 2.4K 12K

---

Jack Flynn: ★★★ Retweeted
**Joseph J. Flynn ★★★** @JosephJFlynn1 · Oct 23
Thank God for Patriots like @GenFlynn who sacrificed everything to ensure @HillaryClinton did not get elected... with absolutely NO REGRETS...#WalkAwayfromDemocrats @BarbaraRedgate @FlynnJack515 @mflynnJR

> **Hillary Clinton** @HillaryClinton
> The elections two weeks from today are our chance to put a check on an administration that has undermined the rule of law, brought corruption into the Oval Office, attacked immigrants, and vilified journalists.…

26 265 579

---

Jack Flynn: ★★★ Retweeted
**Joseph J. Flynn ★★★** @JosephJFlynn1 · Oct 23
Replying to @HillaryClinton
Thank God for @GenFlynn who sacrificed his entire life to ensure you did not get elected... we are all so grateful to him

29 143 447

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go JAN OCT NOV 26 2017 2018 2020
129 captures
3 Jan 2018 - 28 Jan 2021
About this capture

**Jack Flynn: ★★★** @FlynnJack515

Tweets 5,425 | Following 4,001 | Followers 11.2K | Likes 4,962

Follow

It will be interesting to hear her testimony about who was involved in encouraging her to come forward, apart from #CreepyPornLawyer 👎

> **Senate Judiciary** @senjudiciary
> Swetnick, Avenatti Referred for Criminal Investigation: Providing False Statements, Obstructing Congressional Investigations, and Conspiracy All Violate Federal Law judiciary.senate.gov/press/rep/rele…
> Show this thread

27 · 503 · 1.2K

---

Jack Flynn: ★★★ Retweeted

**Donald J. Trump** @realDonaldTrump · Oct 24

I agree wholeheartedly!

> **Vice President Mike Pence** @VP
> We condemn the attempted attacks against fmr Pres Obama, the Clintons, @CNN & others. These cowardly actions are despicable & have no place in this Country. Grateful for swift response of @SecretService, @FBI & local law enforcement. Those responsible will be brought to justice.

35K · 22K · 99K

---

Jack Flynn: ★★★ Retweeted

**Kimberley Strassel** @KimStrassel · Oct 24

These bombs threats are nasty and cowardly acts. We don't settle disputes with violence—or with mobs. It is why we have a ballot box.

583 · 2.4K · 12K

---

Jack Flynn: ★★★ Retweeted

**Joseph J. Flynn ★★★** @JosephJFlynn1 · Oct 23

Thank God for Patriots like @GenFlynn who sacrificed everything to ensure @HillaryClinton did not get elected... with absolutely NO REGRETS...#WalkAwayfromDemocrats @BarbaraRedgate @FlynnJack515 @mflynnJR

> **Hillary Clinton** @HillaryClinton
> The elections two weeks from today are our chance to put a check on an administration that has undermined the rule of law, brought corruption into the Oval Office, attacked immigrants, and vilified journalists.…

26 · 265 · 579

---

Jack Flynn: ★★★ Retweeted

**Joseph J. Flynn ★★★** @JosephJFlynn1 · Oct 23

Replying to @HillaryClinton

Thank God for @GenFlynn who sacrificed his entire life to ensure you did not get elected... we are all so grateful to him

29 · 143 · 447

---

**Jack Flynn: ★★★** @FlynnJack515 · Oct 23

Just been busy. Lots happening off line. Been here just not as engaged. Stay in touch.

> 🔥**BROTHER LAKE** @jamesplake721
> I havent seen @mflynnJR @FlynnJack515 @BarbaraRedgate @JosephJFlynn1 tweet in weeks!!!! Ijs the shadow banning is real. @RealMattCouch and others are non existent.

2 · 6 · 30

---

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.

Document title: Jack Flynn: ☐ ☐ ☐ (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181026141639/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 15:56:14 GMT
Estimated post date: 10/26/2018 2:16:39 PM













