# EXHIBIT 59

PageVault

| | |
|---|---|
| Document title: | Jack Flynn: ☐ ☐ ☐ (@FlynnJack515) \| Twitter |
| Capture URL: | https://web.archive.org/web/20181104124938/https://twitter.com/flynnjack515 |
| Page loaded at (UTC): | Sun, 19 Feb 2023 16:03:13 GMT |
| Capture timestamp (UTC): | Sun, 19 Feb 2023 16:04:04 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 3.210.117.78 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | v4SqMwwRwDnJuDg1pTg4Tj |
| User: | dwt-pjezick |

**Exhibit
0358**
4/24/2023
John Flynn

PDF REFERENCE #:      697o9EmSZKZctPwkZRQz6M



INTERNET ARCHIVE WayBackMachine
https://twitter.com/flynnjack515 Go
129 captures
3 Jan 2018 - 28 Jan 2021
JAN NOV DEC
2017 04 2018 2020
About this capture

Tweets 5,510 | Following 4,001 | Followers 11.3K | Likes 5,048 | Follow

## Jack Flynn: ★★★

@FlynnJack515

Brother of @GenFlynn #3Stars4GenFlynn

mikeflynndefensefund.org

Joined September 2013

**Tweets** Tweets & replies Media

Pinned Tweet

**Jack Flynn: ★★★** @FlynnJack515 · 9 Nov 2017

Please accept my most gracious thank you to help Mike get through this seemingly endless legal battle.

96 1.1K 1.6K

Show this thread

**Jack Flynn: ★★★** @FlynnJack515 · 1h

This is Political Discrimation!!! What ever happened to this Being a free country!!? This is an out right crime. Don't take this sitting down.

**Candace Owens** @RealCandaceO

This is ABSOLUTELY HORRIFIC.

A young woman who attended our #YBLS summit was released from her modeling contract when she got...

Show this thread

3 14 35

Jack Flynn: ★★★ Retweeted

**Daisy** @YellowRose1776 · Nov 2

President Trump to reporter: "You're creating violence by your question."

Reporter: "Me?"

President Trump: "You are creating — you."

"If the media would report correctly & fairly there would be less violence" @realDonaldTrump

**NBC News**

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

Document title: Jack Flynn: ☐ ☐ ☐ (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181104124938/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:04:04 GMT
Estimated post date: 11/04/2018 12:49:38 PM

**Jack Flynn:** ★★★
@FlynnJack515

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,510 | 4,001 | 11.3K | 5,048 |

Follow

1.9K 15K 33K

Jack Flynn: ★★★ Retweeted
**Michael Flynn Jr** ★★★ @mflynnJR · 16h
INCREDIBLE!!

#JobsNotMobs
#MAGA3X
#VoteRed

**Loretta L.** ★★★❌QFD BAN !❌ @Loretta96727708
Replying to @mflynnJR
My 81 yr old mother has terminal cancer. Hardly weighs 95lbs and very weak told me

"I can't let our President down"...

107 980 2.6K

Jack Flynn: ★★★ Retweeted
**Barbara(Flynn)** ★★★**Redgate #WhoLeakedGenFlynn** @Bar... · Nov 3
Guys Please Take The Time To Listen To This Incredible Interview~Papadopoulos via @dbongino~Spy Inside Trump Camp!~International Intell Criminals Working W US Intell Criminals To Sabotage Trump Team!& Special Coup Has Known Everything All Along!😡

23 638 730

Jack Flynn: ★★★ Retweeted
**Michael Flynn Jr** ★★★ @mflynnJR · 15h
For the last few hours, I've been sending messages to everyone I have in my contacts list.

I've sent texts, emails, and made phone calls reminding everyone how important it is to get out and vote straight ticket GOP Tuesday Nov 6.

This took very little effort and...

88 1.3K 3.2K

Show this thread

Jack Flynn: ★★★ Retweeted
**Joseph J. Flynn** ★★★ @JosephJFlynn1 · 12h
#VoteRedCalifornia #MadMaxneedstogo #WALKAWAYFROMDEMOCTAS

**Omar Navarro** @RealOmarNavarro
Our campaign aims to uplift others, bring prosperity back home, and keep DC politics from dividing us. Maxine Waters has had her shot... trust me with your vote and I'll

**Jack Flynn: ★★★**
@FlynnJack515

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,510 | 4,001 | 11.3K | 5,048 |

Follow

Our campaign aims to uplift others, bring prosperity back home, and keep DC politics from dividing us. Maxine Waters has had her shot... trust me with your vote and I'll do what she has promised to do for decades. It's been...

1 45 84

---

**Jack Flynn: ★★★** @FlynnJack515 · 12h

21 42

---

Jack Flynn: ★★★ Retweeted

**Joseph J. Flynn ★★★** @JosephJFlynn1 · 16h

Just voted all red ..... hoping California is smart enough to put Mr John Cox in the Gov Mansion and not the very left wing radical alternative.. whose name I don't even want to mention #WalkAwayDemocrats2018 #RedTsunami2018 @BarbaraRedgate @GenFlynn @FlynnJack515 @mflynnJR

57 489 1.3K

---

Jack Flynn: ★★★ Retweeted

**Omar Navarro** @RealOmarNavarro · 21h

.@realDonaldTrump best customer has been Omar Navarro, a Republican trying to unseat longtime Rep. Maxine Waters (D-Calif.) @washingtonpost

37 440 798

---

Jack Flynn: ★★★ Retweeted

**James Woods** @RealJamesWoods · Nov 2

CNN refused to run this Trump campaign ad...

**Brad Parscale**

**Jack Flynn:** ★★★ @FlynnJack515

Tweets 5,510 | Following 4,001 | Followers 11.3K | Likes 5,048 | Follow

Facts:

Beto O' Rourke's campaign was just exposed illegally funneling campaign donations to the criminal migrant caravan coming towards the U.S.

If he's already sending other people's money to criminal illegal aliens, why would it be any different once he's elected? 🤔

VOTE!

1.2K 17K 32K

---

Jack Flynn: ★★★ Retweeted

**Wayne Dupree** @WayneDupreeShow · Nov 3

Obama says he started Trump's economy 😳

How is that possible? Trump got rid of Obama's job killing regulations, gave tax cuts to the middle class and brought back companies to America.

Obama passed trans-bathroom laws #Fact

#VoteRed2018 #Midterms2018🗳 #RealTalk #RealOpinion

1.2K 9.8K 20K

---

Jack Flynn: ★★★ Retweeted

**Testy~Nationalist~Tarheel ™**★★★ @TheTestyTarheel · Nov 2

Remember that time .@GenFlynn was investigated by the FBI for a phone call w/ the Russian Ambassador & no wrongdoing or illicit ties to Russia were found? Oh & that time Mueller, et al. didn't like that so they pulled the old perjury trap? Visit to help. mikeflynndefensefund.org

Deplorable Nationalist Coal Peep★★★, Georgia🍑Peach★★★, Robbus Deplorablus ★★★ and 7 others

18 316 372

---

**Jack Flynn:** ★★★ @FlynnJack515 · 24h

Thank you for your kindness.

> ❌❣️TRUMPSTER❣️❌Deplorable Susie @Dide4He
> Replying to @TrumpChess @GenFlynn and 10 others
> I've contributed to his defense fund and will gladly do so again.
>
> @GenFlynn is an AMERICAN HERO‼️

2 1 11

---

**Jack Flynn:** ★★★ @FlynnJack515 · Nov 3

Not surprised at his arrogant behavior. The guys a D-bag.

> **Laura Ingraham** @IngrahamAngle
> Another peace-loving, compassionate Liberal shows his true stripes. twitter.com/foxnews/status…

2 12

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go JAN NOV DEC
129 captures 04
3 Jan 2018 - 28 Jan 2021 2017 2018 2020 About this capture

**Jack Flynn: ★★★** @FlynnJack515

Tweets 5,510 | Following 4,001 | Followers 11.3K | Likes 5,048 | Follow

8 16

Jack Flynn: ★★★ Retweeted

**Dawn The Nationalist ★★★** @Dawn_DeMore1 · Aug 6

.@GenFlynn

Good Morning Patriots 🇺🇸

When You Open Your Heart To Patriotism, There is No Room For Prejudice. The Bible Tells Us "How Good And Pleasant It Is When God's People Live Together In Unity."_ @POTUS

#FreeGeneralFlynn #ClearFlynnNow #WeStandWithGenFlynn

Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn, Joseph J. Flynn ★★★, Jack Flynn: ★★★ and 2 others

22 391 585

Jack Flynn: ★★★ Retweeted

**Ellie B Brown** @6packgrammie · Nov 2

General Flynn has changed his cover art ... love it when he does this!
We love this Patriot and his family! Great Americans. Please support his legal defense fund!
twitter.com/GenFlynn

#WWG1WGA
@GenFlynn
@mflynnJR
@BarbaraRedgate
@FlynnJack515
@EllieBparty

3 9 29

**Jack Flynn: ★★★** @FlynnJack515 · Nov 2

He can hardly fill a high school gym these days. #WalkAway Obama Rattled by Heckler Blowing Whistle at Florida Campaign Stop For Dem Candidates Andrew Gillum and Bill Nelson (VIDEO)

3 9 32

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit

https://twitter.com/flynnjack515 Go JAN NOV DEC
129 captures 04
3 Jan 2018 - 28 Jan 2021 2017 2018 2020 About this capture

**Jack Flynn: ★★★** @FlynnJack515

Tweets 5,510 | Following 4,001 | Followers 11.3K | Likes 5,048

Follow

8 16

Jack Flynn: ★★★ Retweeted

**Dawn The Nationalist ★★★** @Dawn_DeMore1 · Aug 6

.@GenFlynn

Good Morning Patriots 🇺🇸

When You Open Your Heart To Patriotism, There is No Room For Prejudice. The Bible Tells Us "How Good And Pleasant It Is When God's People Live Together In Unity."_ @POTUS

#FreeGeneralFlynn #ClearFlynnNow #WeStandWithGenFlynn

Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn, Joseph J. Flynn ★★★, Jack Flynn: ★★★ and 2 others

22 391 585

Jack Flynn: ★★★ Retweeted

**Ellie B Brown** @6packgrammie · Nov 2

General Flynn has changed his cover art ... love it when he does this!
We love this Patriot and his family! Great Americans. Please support his legal defense fund!
twitter.com/GenFlynn

#WWG1WGA
@GenFlynn
@mflynnJR
@BarbaraRedgate
@FlynnJack515
@EllieBparty

3 9 29

**Jack Flynn: ★★★** @FlynnJack515 · Nov 2

He can hardly fill a high school gym these days. #WalkAway Obama Rattled by Heckler Blowing Whistle at Florida Campaign Stop For Dem Candidates Andrew Gillum and Bill Nelson (VIDEO)

3 9 32

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.










