# EXHIBIT 60

**Page Vault**

| | |
|---|---|
| Document title: | Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) \| Twitter |
| Capture URL: | https://web.archive.org/web/20181203022522/https://twitter.com/flynnjack515 |
| Page loaded at (UTC): | Sun, 19 Feb 2023 16:33:57 GMT |
| Capture timestamp (UTC): | Sun, 19 Feb 2023 16:34:53 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 3.210.117.78 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 8CD88aC7LcYqyhovGpPW6S |
| User: | dwt-pjezick |

**Exhibit 0359**
4/24/2023
John Flynn

PDF REFERENCE #:    4sMDzvwi3MoeLniPnFVjv2

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go NOV DEC JAN 03 2017 2018 2020
129 captures
3 Jan 2018 - 28 Jan 2021
About this capture

Tweets 5,683 | Following 3,988 | Followers 11.8K | Likes 5,212

Follow

**Jack Flynn: ⭐⭐⭐ Nationalist**
@FlynnJack515

Brother of @GenFlynn
#3Stars4GenFlynn

mikeflynndefensefund.org
Joined September 2013

**Tweets** Tweets & replies Media

Pinned Tweet
**Jack Flynn: ⭐⭐⭐ Nationalist** @FlynnJack515 · 9 Nov 2017
Please accept my most gracious thank you to help Mike get through this seemingly endless legal battle.
98 1.2K 1.7K
Show this thread

**Jack Flynn: ⭐⭐⭐ Nationalist** @FlynnJack515 · 2h
Wayne keep you popcorn money. He's a waste of space.

> **Wayne Dupree** @WayneDupreeShow
> I say let Michael Avenatti run. I will go out and get more popcorn and soda for this one.
>
> Who's with me? owl.li/wnfb30mPQ99

6 20

Jack Flynn: ⭐⭐⭐ Nationalist Retweeted
**Twitmo Inmate⭐⭐⭐ ClearFlynnNow** @InmateTwitmo · 11h
@GenFlynn Signed Guilty Plea After Mueller Threatened His Family, Son; Thug Tactics Coerced Plea Deal

⭐MikeFlynnDefenseFund.org⭐

🇺🇸#ClearFlynnNow
🇺🇸#ISTANDWITHGENFLYNN
🇺🇸#QArmy
🇺🇸#WWG1WGA

truepundit.com/gen-flynn-sign...

13 158 176

**Jack Flynn: ⭐⭐⭐ Nationalist** @FlynnJack515 · 5h
This person is a lunatic.

> **Don Purser** @DGPurser
> I don't know about you but watching this video makes me want to initiate ALL of the action plans in this Economic Threat Level meme

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

© 2018 Twitter About Help Center Terms
Privacy policy Cookies Ads info

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go NOV DEC JAN 03 2017 2018 2020
129 captures
3 Jan 2018 - 28 Jan 2021
About this capture

**Jack Flynn: ★★★ N...**
@FlynnJack515

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,683 | 3,988 | 11.8K | 5,212 |

Follow

**Don Purser** @DGPurser
I don't know about you but watching this video makes me want to initiate ALL of the action plans in this Economic Threat Level meme.

Maxine must be stopped at every step. The Democrats will seek to...
Show this thread

3 3 5

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · 5h
A skeptical chairman Chuck Grassley really, really wants to see the Michael Flynn 302

6 95 127

Jack Flynn: ★★★ Nationalist Retweeted
**BamaGirl ♥ Undercover** @Beg1Girl · Dec 1
Hey Patriots :

Just a prayer for the Flynn family. 🙏🙏🙏🙏

Heavenly Father,

You know the truth. I ask in Jesus name that you put your arms around @GenFlynn and his family. When one or more agree your will is done. In Jesus name. Amen 🙏

Savit★★★OutLoud, REP_DEATH4TREASON★★★ and 7 others

Case 1:21-cv-02587-AS-SLC Document 184-60 Filed 10/27/23 Page 5 of 8

**Jack Flynn: ★★★ N...** @FlynnJack515

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,683 | 3,988 | 11.8K | 5,212 |

Follow

SayIt★★OutLoud, BEB, DEATH4TREASON★★ and 7 others

78 725 1.3K

---

Jack Flynn: ★★★ Nationalist Retweeted

**Donna** @DonnaGirard6 · 14h

Replying to @Truthseeker126 @bbusa617 and 10 others

1 8 13

---

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · 13h

Thread by @vabelle2010: "@maddow I was reading something you said about LtG Flynn. In your comments you stated, "They're the top two security officials in the Nation [...]" #SupportFBIWhistleblowers #ReinstateRobynGritz #ClearFlynnNow #IndictMcCabe

19 19

---

Jack Flynn: ★★★ Nationalist Retweeted

**Georgia🍑Peach★★★** @Real_PeachyKeen · Nov 29

Replying to @Beg1Girl @flynn_neill and 12 others

Barbara is simply amazing. Prayers for her and the entire Flynn family 🙏🇺🇸❤️

13 34

---

Jack Flynn: ★★★ Nationalist Retweeted

**Georgia🍑Peach★★★** @Real_PeachyKeen · Nov 29

Patriots!!! 🇺🇸🇺🇸🇺🇸

Let's not forget about our Hero @GenFlynn!

Tomorrow is #AllInForGenFlynnFriday. Show our General & his wonderful family some love tomorrow with tweets & prayers as well as donations to his Defense Fund: 👇👇👇 MikeFlynnDefenseFund.org

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go NOV DEC JAN
129 captures 03
3 Jan 2018 - 28 Jan 2021 2017 2018 2020 About this capture

**Jack Flynn: ★★★ N...**
@FlynnJack515

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,683 | 3,988 | 11.8K | 5,212 |

Follow

27 378 611

Jack Flynn: ★★★ Nationalist Retweeted

**Georgia🍑Peach★★★** @Real_PeachyKeen · Nov 29
Is there not ONE SINGLE person on the planet who can create a Social Media Platform that is better than this shit? Just ONE??? Anyone????

450 1.7K 4.5K

Jack Flynn: ★★★ Nationalist Retweeted

**Joseph J. Flynn ★★★** @JosephJFlynn1 · Nov 29
Please do not forget this HERO and keep Sgt Jasso and his family in your prayers, 25 years young, paying ultimate sacrifice. #Heros @GenFlynn @BarbaraRedgate @FlynnJack515 @mflynnJR @FlynnJack515

**EagleWings** @Rise_Soar_BFree
🙏🇺🇸25-year-old Army Sgt. Leandro A.S. Jasso was killed in Afghanistan during combat operations. The military transfer ceremony took place; May you RIP as you paid the ultimate sacrifice 🙏🇺🇸

26 303 558

Jack Flynn: ★★★ Nationalist Retweeted

**Joseph J. Flynn ★★★** @JosephJFlynn1 · Nov 29
He's right they're not socialists...who want to see our way of life destroyed like he does @GenFlynn @BarbaraRedgate @mflynnJR @FlynnJack515 @flynn_neill @RealJamesWoods @RealOmarNavarro @realDonaldTrump

**Chuck Callesto** @ChuckCallesto
Obama Trashes Fox News Viewers, Says They Live In 'Entirely Different Reality' Than NY Times Readers ilovemyfreedom.org/obama-trashes-...

10 80 178

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 29
So true. MSM Is Like Big Pharma: The Rewards Of Malpractice Outweigh The Penalties

8 11

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Nov 29
Silence speaks volumes.

**John Cardillo** @johncardillo
There is something fundamentally broken at DOJ when Gen. Flynn faces a felony but Jeffrey Epstein skated on a misdemeanor.

Document title: Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181203022522/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:34:53 GMT
Estimated post date: 12/03/2018 2:25:22 AM

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go NOV DEC JAN 03 2017 2018 2020
129 captures
3 Jan 2018 - 28 Jan 2021
About this capture

**Jack Flynn: ★★★ N...**
@FlynnJack515

Tweets 5,683 | Following 3,988 | Followers 11.8K | Likes 5,212

Follow

113 | 812 | 1.6K

---

Jack Flynn: ★★★ Nationalist Retweeted

**Deplorable Coal Peep★★★** @wvufanagent99a · Nov 29

Good morning 2 every1 but those lying about @TomiLahren. Again, as it happens every day, the drive-by media & their cronies twist &/or just outright lie about something a Conservative says 2 whip up hatred against said conservative.
#ThursdayThoughts
#FakeNews
#BuildTheWall

Rita Cosby, Kat #ISTANDWITHGENFLYNN, #TrumpMan ‼#StandWithFlynn ‼ and 7 others

37 | 340 | 449

---

Jack Flynn: ★★★ Nationalist Retweeted

**Mark R. Levin** @marklevinshow · Nov 28

Adam Schiff is a clown. Mr Tough Guy won't come on my show.

950 | 2.9K | 8.6K

---

Jack Flynn: ★★★ Nationalist Retweeted

**Kimberley Strassel** @KimStrassel · Nov 28

Always remember, people: This was the guy who helped get the ball rolling on the Trump investigation--during an election. So let's not pretend politics/personal animus never played a role.

> **John O. Brennan** @JohnBrennan
> Your feelings of inferiority, insecurity, vulnerability, and culpability are loud & clear. You remind me of how many corrupt authoritarian leaders abroad behaved before they were deposed. Bob Mueller's name will be revered in the annals of U.S. history; your name will be scorned. ...

803 | 8.2K | 20K

---

Jack Flynn: ★★★ Nationalist Retweeted

**Dan Bongino** @dbongino · Nov 28

Bob Mueller is not investigating Russian "collusion."
Bob Mueller is investigating Donald Trump.
This is the very definition of a political witch hunt.

843 | 9.4K | 28K

---

Jack Flynn: ★★★ Nationalist Retweeted

**Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn** @Ba... · Nov 28

Obama is a joke! He wanted to put up Windmills! Obama wouldn't let us drill he shut down permits for drilling he was against all of it! We Are finally exporting gas

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go
129 captures
3 Jan 2018 - 28 Jan 2021
NOV DEC JAN
03
2017 2018 2020
About this capture

**Jack Flynn: ★★★ N...**
@FlynnJack515

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,683 | 3,988 | 11.8K | 5,212 |

Follow

Watching the USA FINALLY defend our borders was the HIGHLIGHT of my Thanksgiving weekend.

**Alyssa Milano** @Alyssa_Milano
You tear-gassed women and children, asswipe! And on Thanksgiving weekend, you piece of shit, asshole, motherfucking, evil-creature-person!! twitter.com/realdonaldtrum...

11/25/18, 9:54 PM

Tweet your reply

Newsweek

U.S.

**FOX NEWS CONTRIBUTOR TOMI LAHREN SAYS WATCHING MIGRANTS GET HIT WITH TEAR GAS WAS 'HIGHLIGHT OF MY THANKSGIVING WEEKEND'**

By Greg Price On Monday, November 26, 2018 - 12:37

Rita Cosby, Kat #ISTANDWITHGENFLYNN, #TrumpMan ‼ #StandWithFlynn ‼ and 7 others

37 340 449

---

Jack Flynn: ★★★ Nationalist Retweeted
**Mark R. Levin** @marklevinshow · Nov 28
Adam Schiff is a clown. Mr Tough Guy won't come on my show.

950 2.9K 8.6K

---

Jack Flynn: ★★★ Nationalist Retweeted
**Kimberley Strassel** @KimStrassel · Nov 28
Always remember, people: This was the guy who helped get the ball rolling on the Trump investigation--during an election. So let's not pretend politics/personal animus never played a role.

**John O. Brennan** @JohnBrennan
Your feelings of inferiority, insecurity, vulnerability, and culpability are loud & clear. You remind me of how many corrupt authoritarian leaders abroad behaved before they were deposed. Bob Mueller's name will be revered in the annals of U.S. history; your name will be scorned. ...

803 8.2K 20K

---

Jack Flynn: ★★★ Nationalist Retweeted
**Dan Bongino** @dbongino · Nov 28
Bob Mueller is not investigating Russian "collusion."
Bob Mueller is investigating Donald Trump.
This is the very definition of a political witch hunt.

843 9.4K 28K

---

Jack Flynn: ★★★ Nationalist Retweeted
**Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn** @Ba... · Nov 28
Obama is a joke! He wanted to put up Windmills! Obama wouldn't let us drill he shut down permits for drilling he was against all of it! We Are finally exporting gas thanks to @POTUS @realDonaldTrump

**Tom Elliott** @tomselliott
Obama: "Suddenly America is the largest oil producer, that was me people ... say thank you."

106 375 705

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.

Document title: Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181203022522/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:34:53 GMT
Estimated post date: 12/03/2018 2:25:22 AM











