# EXHIBIT 61

PageVault

| | |
|---|---|
| Document title: | Jack Flynn: ☐  ☐  ☐   Nationalist (@FlynnJack515) \| Twitter |
| Capture URL: | https://web.archive.org/web/20181221133523/https://twitter.com/flynnjack515 |
| Page loaded at (UTC): | Sun, 19 Feb 2023 16:54:08 GMT |
| Capture timestamp (UTC): | Sun, 19 Feb 2023 16:55:05 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 3.210.117.78 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | uWCiDHkDwdZmrYraptzm4v |
| User: | dwt-pjezick |

**Exhibit 0360**
4/24/2023
John Flynn

PDF REFERENCE #:    4gmkCr5UQsteixwx4Lx3ES




**Jack Flynn: ⭐⭐⭐ Nationalist**
@FlynnJack515

Brother of @GenFlynn
#3Stars4GenFlynn

🔗 mikeflynndefensefund.org
📅 Joined September 2013

Tweets 5,891 | Following 4,043 | Followers 13.2K | Likes 5,523

Follow

**Tweets**  Tweets & replies  Media

📌 Pinned Tweet

Jack Flynn: ⭐⭐⭐ Nationalist @FlynnJack515 · 9 Nov 2017
Please accept my most gracious thank you to help Mike get through this seemingly endless legal battle.

💬 108   🔁 1.3K   ♡ 1.9K

Show this thread

🔁 Jack Flynn: ⭐⭐⭐ Nationalist Retweeted

Awaken to MAGA @awaken_to_maga · Dec 18
Thank you @GenFlynn for putting your career & life on the line for our Country.

Thank you for bringing so much [dark] to light.

Your sacrifice has not gone unnoticed, Patriot.

#WeThePeople stand in unity with you & your family.

#WRWY
#WWG1WGA
#IStandWithGenFlynn
#IAmFlynn



Barbara(Flynn) ⭐⭐⭐ Redgate #WhoLeakedGenFlynn, Joseph J. Flynn ⭐⭐⭐, Jack Flynn: ⭐⭐⭐ Nationalist and 7 others

💬 130   🔁 1.7K   ♡ 3.4K

🔁 Jack Flynn: ⭐⭐⭐ Nationalist Retweeted

Dawn #ISTANDWITHGENFLYNN ⭐⭐⭐ @Dawn_DeMore1 · 2h
Good Morning Patriots 🇺🇸

---

Document title: Jack Flynn: ⭐⭐⭐ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181221133523/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:55:05 GMT
Estimated post date: 12/21/2018 1:35:23 PM                                   Page 1 of 7











INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go NOV DEC AUG 21 2017 2018 2020 129 captures 3 Jan 2018 - 28 Jan 2021 About this capture

**Jack Flynn: ★★★ N...**
@FlynnJack515

Tweets 5,891 | Following 4,043 | Followers 13.2K | Likes 5,523

Follow

**Dawn #ISTANDWITHGENFLYNN ★★★** @Dawn_DeMore1 · 2h
Good Morning Patriots 🇺🇸

It's #AllInForGenFlynnFriday

I'm Standing Tall And Proud With @GenFlynn

Where We Go One, We Go All!

Continued Prayers For General Flynn And His Family 🙏

Please, If You Can, Help Our Hero
Go To mikeflynndefensefund.org

#FreeGeneralFlynn

Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn, Joseph J. Flynn ★★★, Jack Flynn: ★★★ Nationalist and 4 others

10 · 81 · 112

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · 11h
Thanks Joe. Merry Christmas and let's make it a great new year for Gen Mike!

> **Joseph J. Flynn ★★★** @JosephJFlynn1
> Christmas and Happy New Year to all of you. May Jesus Christ, the Light of the World, the Prince of Peace whose birth we celebrate next Tuesday shine on this broken world ..see you soon @GenFlynn @BarbaraRedgate @mflynnJR @flynn_neill @FlynnJack515
> Show this thread

5 · 18 · 84

Jack Flynn: ★★★ Nationalist Retweeted
**★★★Deplorable Coal Peep★★★** @wvufanagent99a · 16h
I haven't done this for a while but my very, very good friend Smile @ImabitcSumtimes is only three hundred followers away from the big 5 0! She is a big part of the #MAGA family and a fierce patriot. Exercise your Christmas spirit and give her a follow please.🎅🤶👸

Jack Flynn: ⭐⭐⭐ N...
@FlynnJack515

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,891 | 4,043 | 13.2K | 5,523 |

Follow

Following

**Smile ⭐⭐⭐**

@ImabitcSumtimes Follows you

Wife, mother...married to my BF for 24 year's. God & family above all🙏❤️ FB @GenFlynn #MAGA #AllInForGenFlynnFriday– #3StarsforGenFlynn

Georgia🍑Peach⭐⭐⭐, Smile ⭐⭐⭐, Testy Tarheel ™⭐⭐⭐ and 7 others

9 23 26

**Jack Flynn: ⭐⭐⭐ Nationalist** @FlynnJack515 · 15h

Not bad to be against someone. But to use baseless points that have no foundation in reality makes Fox look stupid. He's there to be the alt left brain reporter?? Maybe??

> **Jack Murphy** @RealJack
> Shepard Smith is the biggest anti-Trump cry baby on Fox News.
>
> The fact that he still has a job is absurd.

2 13 42

Jack Flynn: ⭐⭐⭐ Nationalist Retweeted

**Joseph J. Flynn ⭐⭐⭐** @JosephJFlynn1 · 16h

I would like to thank all of you who have donated to the Mike Flynn Legal Defense Fund. Your generosity is greatly appreciated by our family. God Bless you all.

46 548 1.4K

**Jack Flynn: ⭐⭐⭐ Nationalist** @FlynnJack515 · 18h

Raise money sure but it needs to turn into a profit making enterprise. Raise some money. Let's get it finanaced through a syndicate then Build it and lease it back to the Mexican government and Uncle Sam respectively for the passages of people and cargo. Like the Panama Canal.

> **Ryan Saavedra** @RealSaavedra
> GoFundMe launched to pay for Trump's border wall, nears $1M in two days
> fox17.com/news/local/go-...

10 18 54

Jack Flynn: ⭐⭐⭐ Nationalist Retweeted

**Georgia🍑Peach⭐⭐⭐** @Real_PeachyKeen · Dec 18

An unsung Hero.....

@GenFlynn's wife Lori.

I can't imagine how heart wrenching this has been for her.

Our continued prayers go out to this lady who personifies class, dignity, strength and grace! 🙏❤️🙏

Document title: Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181221133523/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:55:05 GMT
Estimated post date: 12/21/2018 1:35:23 PM

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go NOV DEC AUG 21 2017 2018 2020 129 captures 3 Jan 2018 - 28 Jan 2021 About this capture

Jack Flynn: ★★★ N... @FlynnJack515

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 5,891 | 4,043 | 13.2K | 5,523 |

Follow

Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn, ★★★Deplorable Coal Peep★★★, Smile ★★★ and 6 others

66 967 2.5K

Jack Flynn: ★★★ Nationalist Retweeted

**Awaken to MAGA** @awaken_to_maga · Dec 17

Lord, we pray that you remain with the Flynn's as we approach the conclusion of the assault on @GenFlynn's character, career, family, & future. #WeThePeople can see clearly that he is a patriot & a hero. We ask that you help bring justice to the Flynn family.

#ExonerateGenFlynn

Barbara(Flynn)★★★Redgate #WhoLeakedGenFlynn, Joseph J. Flynn ★★★, Jack Flynn: ★★★ Nationalist and 6 others

182 1.8K 3.3K

Jack Flynn: ★★★ Nationalist Retweeted

**Jack Posobiec** ★★★ @JackPosobiec · Dec 18

Watch: @DeplorableChoir gets assaulted on the street in DC while recording a Flynn video

**The Deplorable Choir**★★★ @DeplorableChoir

I feel in my heart today was a good day for Flynn...just left the sentencing.

Ignore the interruption in the middle of this video, a...

83 334 468

Jack Flynn: ★★★ Nationalist Retweeted

**Ragıp Soylu** @ragipsoylu · Dec 18

BREAKING — The State Department has made a determination approving a possible Foreign Military Sale to Turkey of Patriot Missiles for an estimated cost of $3.5 billion.

12 72 83

Document title: Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181221133523/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:55:05 GMT
Estimated post date: 12/21/2018 1:35:23 PM

**Jack Flynn: ★★★ N...** @FlynnJack515

Tweets 5,891 | Following 4,043 | Followers 13.2K | Likes 5,523 | Follow

Collapsing) & All This: Cosmetic Gestures Tull he dies. - - - "White House: Trump Willing to Look at Extraditing Turkish Cleric"

19 57 73

Show this thread

**Jack Flynn: ★★★ Nationalist** @FlynnJack515 · Dec 18

Michael Flynn Is Owed an Apology even more now then when Eli wrote and posted this.

22 151 266

Jack Flynn: ★★★ Nationalist Retweeted

**thebradfordfile™** @thebradfordfile · Dec 18

Shepard Smith: "While he was National Security Advisor to the President of the United States, Michael Flynn was also being paid by a foreign government, Turkey, to lobby for them."

THIS IS NOT TRUE, @FoxNews.

Shep is an embarrassment.

500 3.9K 7.1K

Jack Flynn: ★★★ Nationalist Retweeted

**PapaBear** @av8orfl · Dec 18

Replying to @SidneyPowell1

Thank you for restating that point. The MSM has tried to make a field day over that false accusation.

10 29

Jack Flynn: ★★★ Nationalist Retweeted

**Giuseppe Montemiletto** @jmontemiletto · Dec 18

Michael Flynn is owed an apology from everyone who is calling him a "traitor" or

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go
129 captures
3 Jan 2018 - 28 Jan 2021
NOV DEC AUG
21
2017 2018 2020
About this capture

**Jack Flynn: ★★★ N...**
@FlynnJack515

Tweets 5,891 | Following 4,043 | Followers 13.2K | Likes 5,523

Follow

**Giuseppe Montemiletto** @jmontemiletto · Dec 18
Michael Flynn is owed an apology from everyone who is calling him a "traitor" or discussing "treason". This man is AN AMERICAN HERO!

21 112 245

Jack Flynn: ★★★ Nationalist Retweeted
**Jim Hoft** @gatewaypundit · Dec 18
Urgent: This Christmas Season PLEASE Remember to Donate to the Michael T. Flynn Defense Fund thegatewaypundit.com/2018/12/urgent... via @gatewaypundit

17 215 290

Jack Flynn: ★★★ Nationalist Retweeted
**Bill Mitchell** @mitchellvii · Dec 18
Is it ethical for the Judge to just assume Flynn's guilt on the Turkey UFA business?

I mean, doesn't Flynn deserve the presumption of innocence and due process?

Not only is he not guilty, he hasn't even been indicted!

51 402 755

Jack Flynn: ★★★ Nationalist Retweeted
**Jack Posobiec ★★★** @JackPosobiec · Dec 18
Judge Sullivan: Did Flynn commit treason?

Special Counsel: We did not consider charging Flynn with treason

23 150 329

Jack Flynn: ★★★ Nationalist Retweeted
**Melania Trump** @FLOTUS · Dec 18
Merry Christmas from President Donald J. Trump and First Lady Melania Trump. @POTUS & @FLOTUS are seen Saturday, December 15, in their official 2018 Christmas portrait, in the Cross Hall of the White House in Washington, D.C. (Official White House Photo by Andrea Hanks)

29K 29K 155K

Loading seems to be taking a while.
Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.

Document title: Jack Flynn: □ □ □ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181221133523/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:55:05 GMT
Estimated post date: 12/21/2018 1:35:23 PM

INTERNET ARCHIVE WaybackMachine https://twitter.com/flynnjack515 Go
129 captures
3 Jan 2018 - 28 Jan 2021
NOV DEC AUG
21
2017 2018 2020
About this capture

**Jack Flynn: ★★★ N...**
@FlynnJack515

Tweets 5,891 | Following 4,043 | Followers 13.2K | Likes 5,523

Follow

Michael Flynn is owed an apology from everyone who is calling him a "traitor" or discussing "treason". This man is AN AMERICAN HERO!

21 112 245

Jack Flynn: ★★★ Nationalist Retweeted

**Jim Hoft** @gatewaypundit · Dec 18

Urgent: This Christmas Season PLEASE Remember to Donate to the Michael T. Flynn Defense Fund thegatewaypundit.com/2018/12/urgent… via @gatewaypundit

17 215 290

Jack Flynn: ★★★ Nationalist Retweeted

**Bill Mitchell** @mitchellvii · Dec 18

Is it ethical for the Judge to just assume Flynn's guilt on the Turkey UFA business?

I mean, doesn't Flynn deserve the presumption of innocence and due process?

Not only is he not guilty, he hasn't even been indicted!

51 402 755

Jack Flynn: ★★★ Nationalist Retweeted

**Jack Posobiec ★★★** @JackPosobiec · Dec 18

Judge Sullivan: Did Flynn commit treason?

Special Counsel: We did not consider charging Flynn with treason

23 150 329

Jack Flynn: ★★★ Nationalist Retweeted

**Melania Trump** @FLOTUS · Dec 18

Merry Christmas from President Donald J. Trump and First Lady Melania Trump. @POTUS & @FLOTUS are seen Saturday, December 15, in their official 2018 Christmas portrait, in the Cross Hall of the White House in Washington, D.C. (Official White House Photo by Andrea Hanks)

29K 29K 155K

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.

Document title: Jack Flynn: ☐ ☐ ☐ Nationalist (@FlynnJack515) | Twitter
Capture URL: https://web.archive.org/web/20181221133523/https://twitter.com/flynnjack515
Capture timestamp (UTC): Sun, 19 Feb 2023 16:55:05 GMT
Estimated post date: 12/21/2018 1:35:23 PM

