# EXHIBIT 63

 Jack Flynn #TeamSidney Retweeted



**Terri Kamp** @RampTheresa · Dec 23

I received my #IStandWIthFlynn hoodie and Camo Hat as well as a WWG1WGA TShirt.
Super comfy and extremely well made.
Benefits the General Mike Flynn Defense Fund.
Lots of good stuff !! Check it out! twitter.com/TheShirtShowUS…





Exhibit 0363
4/24/2023
John Flynn

 6    41    145