# EXHIBIT 64

| | |
|---|---|
| Document title: | Jack Flynn #BeNotAfraid (@GoJackFlynn) \| Twitter |
| Capture URL: | https://web.archive.org/web/20200918012457/http://twitter.com/gojackflynn |
| Page loaded at (UTC): | Mon, 25 Jul 2022 17:53:04 GMT |
| Capture timestamp (UTC): | Mon, 25 Jul 2022 17:54:52 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 2b184782-a973-40c8-b2f2-d25f6a89865b |
| User: | dwt-pjezick |

**Exhibit 0370**
4/24/2023
John Flynn

PDF REFERENCE #:    pC2cigwdr9hatJ8BE9zTsE

" FREEDOM
IS NEVER GIVEN..
IT IS WON. "

Tweets 15.5K | Following 5,032 | Followers 171K | Likes 16.9K | Follow

## Jack Flynn #BeNotAfraid
@GoJackFlynn

Brother of LtG Mike Flynn (R) ☘️🇺🇸⭐ ⭐⭐🇺🇸 THANK YOU ALL FOR YOUR UNDYING SUPPORT
MikeFlynnDefenseFund.org
sidneypowell.com

Joined March 2019

170 Photos and videos

Tweets | Tweets & replies | Media

Pinned Tweet
**Jack Flynn #BeNotAfraid** @GoJackFlynn · Mar 7
Please donate to the MikeFlynnDefenseFund.org this battle wages on and the legal fees don't stop. We need to take this all the way to the end. Every penny counts. Thank you all for your consideration. The Entire Flynn Family.

> **Jack Flynn #BeNotAfraid** @GoJackFlynn
> They set up my Brother and targeted the President twitter.com/realDonaldTrum…

521 · 4.7K · 6.3K

Show this thread

Jack Flynn #BeNotAfraid Retweeted
**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · 11h
Progress!
#SDNY has long been full of dirty prosecutors.
#Bannon take note!
#Weissmann has been heavily involved there. #Comey daughter too.
@SaraCarterDC
@jsolomonReports
@JackPosobiec
@APreate
@LeeSmithDC
@FrankQuattrone
#ProsecutorialMisconduct

> **Ari Teman JusticeForAri.org** @AriTeman
> Federal Judge Slams #SDNY for Systematic Cheating, Burying Evidence.
>
> Suggests they are cheating in untold number of cases & demands independent 3rd party review.

58 · 1.7K · 2.6K

Jack Flynn #BeNotAfraid Retweeted
**Kerri Kupec DOJ** @KerriKupecDOJ · 7h
I encourage people to read this speech for themselves. It is a speech on the model prosecutor, for whom the Attorney General has the highest respect. Aggressive in pursuit of justice, but dispassionate in its administration. There are thousands of DOJ prosecutors who embody this.

> **Justice Department** @TheJusticeDept
> Remarks by Attorney General William P. Barr at Hillsdale College Constitution Day Event justice.gov/opa/speech/rem…

202 · 920 · 1.7K

Show this thread

Jack Flynn #BeNotAfraid Retweeted
**Erica (Salon Owner)** @EricaKious · 3h
RT if I should RELEASE more Pelosi surveillance video. Im only going to if this gets a positive response I dont need anymore enemies.🙏😭☝️

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up

**You may also like** · Refresh
Joseph J Flynn @JosephJFlynn1
Sidney Powell 🇺🇸⭐⭐⭐ @SidneyPowell1
General Flynn @GenFlynn
Julian's Rum 🥃 @JuliansRum
Techno Fog @Techno_Fog

**Worldwide trends**
Jacob Blake — 884K Tweets
Falwell — 118K Tweets
DeJoy — 369K Tweets
#BlackLivesMatter — 400K Tweets
Katie Porter — 32.8K Tweets
Spygate — 19.6K Tweets
#EndTheMisery — 37.6K Tweets
#FluffyFunkoBackpack — 1,154 Tweets
#VisibleWomen — 11.7K Tweets
#TrumpChaos — 15.3K Tweets

© 2020 Twitter About Help Center Terms Privacy policy Cookies Ads info

Jack Flynn #BeNotAfra...
@GoJackFlynn

Tweets 15.5K | Following 5,032 | Followers 171K | Likes 16.9K | Follow

RT if I should RELEASE more Pelosi surveillance video. Im only going to if this gets a positive response I dont need anymore enemies.🙏😭👆

Im following everyone back that follows me and retweets this. Love ya💕💕

1.8K 9.6K 14K

Show this thread

---

Jack Flynn #BeNotAfraid Retweeted
🇺🇸talk2hoof🇺🇸 @talk2hoof · 2h
Replying to @GoJackFlynn @JuliansRum
And the House passes the no anti Asian language. It is and will always be the China Virus.

13 32 105

---

Jack Flynn #BeNotAfraid @GoJackFlynn · 2h
Please add some color to this for me as a help for my memory; Did any Republicans during the pendancy of the MUELLAR investigation do anything like this? Or did they wait until the results came out?? Need a little help. Thanks.

> Kyle Cheney @kyledcheney
> JUST IN: All Senate Judiciary Committee Democrats, including Kamala Harris, sign a letter calling for an inspector general investigation of political interference in the Durham probe.

166 1.2K 2.1K

---

Jack Flynn #BeNotAfraid Retweeted
Sidney Powell 🇺🇸⭐⭐⭐ @SidneyPowell1 · 3h
Replying to @AnthemRespect @LizMacDonaldFOX and 12 others
Mine told me the same thing.
@WWIImuseum
#TheGreatestGeneration

6 113 248

---

Jack Flynn #BeNotAfraid @GoJackFlynn · 3h
Thank you.

> 🇺🇸AnthemRespect🇺🇸 @AnthemRespect
> Replying to @SidneyPowell1 @LizMacDonaldFOX and 12 others
> My World War II Veteran Dad always told me to do at least one good deed each day.
>
> Today I'm going to General Flynn's Defense Fund...

18 252 721

---

Jack Flynn #BeNotAfraid Retweeted
QuodVerum.com #QVArmy @Quodverum_ · 4h
Yapping with @Debradelai

"Where is Yusef bin Hidin'?"

Today, LIVE

6:30pm Eastern

2 19 31

---

Jack Flynn #BeNotAfraid @GoJackFlynn · 5h
Let's hope we don't make history here with this honorable judge

Jack Flynn #BeNotAfra... @GoJackFlynn

Tweets 15.5K | Following 5,032 | Followers 171K | Likes 16.9K | Follow

**Jack Flynn #BeNotAfraid** @GoJackFlynn · 5h
Let's hope we don't make history here with this honorable judge.

> **Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1
> Joining @LizMacDonaldFOX @EveningEdit today at 6:10 pm to talk @GenFlynn and current legal issues.
> Next hearing by phone in Judge Sullivan's court on the government's motion to dismiss is the 29th at 11 a.m....

50 | 780 | 1.9K

Jack Flynn #BeNotAfraid Retweeted
**🇺🇸 Tiff 🇺🇸** @LATiffani1 · 11h
.@chrisrock "Democrats let the pandemic come in while pushing impeachment"

You spoke the truth. Watch your back brotha. They'll come for you

41 | 576 | 1.6K

**Jack Flynn #BeNotAfraid** @GoJackFlynn · 12h
Another huge example of prosecutorial over~reach and with holding crucial exculpatory evidence in a criminal case. These prosecutors are head hunters and this not acceptable within the American justice system. #FreeFlynnNow

> **Ari Teman JusticeForAri.org** @AriTeman
> Federal Judge Slams #SDNY for Systematic Cheating, Burying Evidence.
>
> Suggests they are cheating in untold number of cases & demands independent 3rd party review.

9 | 339 | 560

**Jack Flynn #BeNotAfraid** @GoJackFlynn · 12h
As we head into the final rounds of the election please try not to lose sight of the #MurderingMullahs despotic archaic behavior in the Middle East. @JohnKerry and @BarackObama should be in the stockade for supporting this murderous regime.

> **Heshmat Alavi** @HeshmatAlavi
> THREAD
>
> 1)
> @CFR_org is insisting on providing a platform to #Iran...
> Show this thread

2:17

15 | 347 | 555

Jack Flynn #BeNotAfraid Retweeted
**Victoria Toensing** @VicToensing · 16h
Why did @FoxNews show Outnumbered falsely state that @georgesoros is NOT funding anti police prosecutors who let rioters back out on street? @newtgingrich told the truth about Soros and was cut off. Why is Fox afraid of Soros? #maga2020 #Election2020

966 | 7.1K | 13K

Jack Flynn #BeNotAfraid Retweeted
**Who's Gonna Be Lucky Indicted #2? - Brian Cates** @drawandstrike · 22h
Well @robbystarbuck HAS THE RECEIPTS!

Read this thread.

Yes he did.

Yes George Soros **DID** spend millions of dollars supporting the campaigns of Progressive radical Leftist DA's in this country.

He absolutely DID.

> **Robby Starbuck** @robbystarbuck
> In one smaller DA race alone George Soros pumped in $800,000. He's done this all over the country to elect extremists. This has been widely reported. I've always had a lot of respect for you @HARRISFAULKNER but why was Newt shut down for pointing this out?google.com/amp/s/www.nyti...
> Show this thread

22 | 594 | 982

Show this thread

**Jack Flynn #BeNotAfra...**
@GoJackFlynn

Tweets 15.5K | Following 5,032 | Followers 171K | Likes 16.9K | Follow

22 594 982

Show this thread

Jack Flynn #BeNotAfraid Retweeted

**Mike** @FuctupMike · Sep 16

Wow! George Soros literally has all the media by the balls eh?

**Jewish Deplorable** 🇺🇸 @TrumpJew

Fox News panel melts down when Gingrich calls out Soros

173 1.2K 2.7K

Jack Flynn #BeNotAfraid Retweeted

**Veronica P Wolski** @whaleswarrior · Sep 16

The cashier at Michael's said, "Where have you been???"
I told her I was on a road trip & had dinner with @GenFlynn last Saturday.
Her response?
OMG, you stand on a bridge & have dinner with a General? How cool is that?
I couldn't agree more

#ThePeoplesBridge
#PatriotRoadTrip

57 330 1.7K

Jack Flynn #BeNotAfraid Retweeted

**Terri Kamp** ★★★ @RampTheresa · 15h

While we were distracted by ShamPeachment and China Virus these CEO's stepped down

The CEO of Microsoft stepped down.
The CEO of Hulu stepped down.
The CEO of IBM stepped down.
The CEO of LinkedIn stepped down.
The CEO of Uber Eats stepped down.
The CEO of Salesforce & Vlocity stepped down.
The CEO of Ebay stepped down.
The CEO of MGM stepped down
The CEO of Nestle stepped down.
The CEO of Volkswagen stepped down.
The CEO of Mastercard stepped down.
The CEO of Nissan stepped down.
The CEO of Victoria Secret and Bed Bath & Body works stepped down.
The CEO of T Mobile stepped down.
The CEO of Harley Davidson stepped down.
The CEO of Wework stepped down.
The CEO of JUUL stepped down.

13 278 463

Jack Flynn #BeNotAfra... @GoJackFlynn | Tweets 15.5K | Following 5,032 | Followers 171K | Likes 16.9K | Follow

The CEO of Nestle stepped down.
The CEO of Volkswagen stepped down.
The CEO of Mastercard stepped down.
The CEO of Nissan stepped down.
The CEO of Victoria Secret and Bed Bath & Body works stepped down.
The CEO of T Mobile stepped down.
The CEO of Harley Davidson stepped down.
The CEO of Wework stepped down.
The CEO of JUUL stepped down.

13 278 463

Show this thread

**Jack Flynn #BeNotAfraid** @GoJackFlynn · 15h
#UncleGeorgie owns them. Simple.

> **John M. Reeves** @reeveslawstl
> Even @stltoday (not exactly a bastion of conversative politics) noted George Soros was funding Kim Gardner for @stlouiscityca four years ago. What has happened to journalism?
> stltoday.com/news/local/gov…
> Show this thread

31 577 1.1K

Jack Flynn #BeNotAfraid Retweeted
**Melissa Strategic** 🇺🇸⭐⭐⭐ @StrategicMelis · Sep 16
Introducing:
"At the Ready with Flynn"
Painting by Melissa Haskin 🎨 @StrategicMelis

A commission for a patriot named John, @PantasticPuppy who sincerely appreciates Lt. General Michael Flynn @GenFlynn // Acrylics on Canvas 16" x 20" Original Sold.

38 291 801

Jack Flynn #BeNotAfraid Retweeted
**Joseph J Flynn** @JosephJFlynn1 · 16h
#WalkAwayFromDemocratsForever

> **Daily Caller** @DailyCaller
> NEW: A man facing up to 30 years in prison for allegedly sexually assaulting an eight-year-old girl is among those who were bailed out of jail by the Minnesota Freedom Fund promoted by Democratic nominee for Vice President @KamalaHarris
> Show this thread

30 1.0K 1.5K

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.









