# EXHIBIT 66

🔒 PageVault

| | |
|---|---|
| Document title: | (9) MadMerlin☐ on Twitter: "@RawStory Liars. ☐ First, it inc. the line "Where We Go One, We Go All" (WWG1WGA) as QAnon supporters use. Second, it's not the only example! "Q Sent Me" ☐ #Flynn #Traitors @TheDemocrats @HouseDemocrats https://t.co/hj9si0doSJ" / Twitter |
| Capture URL: | https://twitter.com/MadMerlin5/status/1412807406636130309 |
| Page loaded at (UTC): | Mon, 20 Mar 2023 20:51:21 GMT |
| Capture timestamp (UTC): | Mon, 20 Mar 2023 20:52:18 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 52.3.88.125 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | fZfw7ufVRCZbBY79E3NMvf |
| User: | dwt-jimbudig |

**Exhibit 0383**
4/24/2023
John Flynn

PDF REFERENCE #:   w5kg7NTdHpSQGHTthSoPsB


Document title: (9) MadMerlin✨ on Twitter: "@RawStory Liars. 🤥 First, it inc. the line &quot;Where We Go One, We Go All&quot; (WWG1WGA) as QAnon…
Capture URL: https://twitter.com/MadMerlin5/status/1412807406636130309
Capture timestamp (UTC): Mon, 20 Mar 2023 20:52:18 GMT

Page 1 of 1