# EXHIBIT 67

Case 1:21-cv-02587-AS-SLC   Document 184-67   Filed 10/27/23   Page 2 of 2

