# EXHIBIT 68

t↑ Jack Flynn #BeNotAfraid Retweeted



**Veronica P Wolski** 🗽 @whaleswarrior · Sep 16    ∨

The cashier at Michael's said, "Where have you been???"
I told her I was on a road trip & had dinner with @GenFlynn last Saturday.
Her response?
OMG, you stand on a bridge & have dinner with a General? How cool is that?
I couldn't agree more

#ThePeoplesBridge
#PatriotRoadTrip



💬    t↑    ♡




Exhibit
0386
4/24/2023
John Flynn

PX 198