# EXHIBIT 73

| | |
|---|---|
| Document title: | loandfly��� (@lofly727) \| Twitter |
| Capture URL: | http://web.archive.org/web/20200705170010/https://twitter.com/lofly727 |
| Page loaded at (UTC): | Tue, 14 Feb 2023 19:17:33 GMT |
| Capture timestamp (UTC): | Tue, 14 Feb 2023 19:21:08 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 11 |
| Capture ID: | 3p5R87jUeJCACUjBHMSrYw |
| User: | pv-leslie |

**Exhibit 168**
4/5/2023
Lori Flynn

PDF REFERENCE #:    9zoRbMHhK2iup8VxoocGYe

Have an account?

Phone, email, or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 17.8K | 16.3K | 39.8K | 78.7K |

Follow

**loandfly★★★**
@lofly727

proud wife of an American hero #MAGA #faith #hope #truth #family #3beautifulgrandkids #loveallvets #nofakenewsallowed #wewantjustice #McCabeisaCriminal

Joined June 2013

40 Photos and videos

Tweets | Tweets & replies | Media

loandfly★★★ Retweeted
**Lisa Mei Crowley** @LisaMei62 · 15h
Starting to get the picture why Dems have been pushing the mask bullsh*t?

**Tariq Nasheed** @tariqnasheed
Armed Black Americans showed up DEEP in Stone Mountain #Georgia today for the #4thofjuly

0:42
Show this thread

1.1K 4.9K 7.1K

loandfly★★★ Retweeted
**Donald Trump Jr.** @DonaldJTrumpJr · 17h
Don't let CHOP come to your hometown, vote Trump.

**The Daily Wire** @realDailyWire
Far-Left Activists Dance On American Flag: 'F*** The 4th Of July, F*** The American Flag' dlvr.it/RZyngD

5.1K 13K 46K

loandfly★★★ Retweeted
**Celeste Rousseau** ★★★ @celesteka · 15h
❤️ Social media made fun of Melania's dress she wore last night. They said it looked like President Trump scribbled on it with a marker. It is a dress designed by Alexander McQueen using sketches drawn by victims of child sexual abuse to describe their feelings ❤️ @FLOTUS

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like · Refresh

**MaryFlynnONeill★★★** @flynn_neill

**Barbara(Flynn)★★★Re...** @BarbaraRedgate

**Jack Flynn #SignTheDam...** @GoJackFlynn

**Joseph J Flynn** @JosephJFlynn1

**Molly McCann** @molmccann

## Worldwide trends

Kanye
1.24M Tweets

Dear Kevin
19.7K Tweets

#sundayvibes
42.5K Tweets

#WhyTrumpMightQuit
16.2K Tweets

hobi
180K Tweets

Dear Republicans
13.2K Tweets

#SundayThoughts
28.9K Tweets

#AustrianGP
269K Tweets

Joni Ernst
18.1K Tweets

MORE SHE RA
24.7K Tweets

Document title: loandfly◆◆◆ (@lofly727) | Twitter
Capture URL: http://web.archive.org/web/20200705170010/https://twitter.com/lofly727
Capture timestamp (UTC): Tue, 14 Feb 2023 19:21:08 GMT
Estimated post date: 07/05/2020 5:00:10 PM







