# EXHIBIT 76

PageVault

| | |
|---|---|
| Document title: | [intheMatrixxx] (@intheMatrixxx) \| Twitter |
| Capture URL: | http://web.archive.org/web/20190607153128/https://twitter.com/intheMatrixxx |
| Page loaded at (UTC): | Wed, 05 Apr 2023 18:38:37 GMT |
| Capture timestamp (UTC): | Wed, 05 Apr 2023 18:44:39 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 44.215.17.140 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | kDv1tMfttDdn6MKcCrFyKK |
| User: | dwt-jimbudig |

Exhibit
407
5/15/2023
Pedersen

PDF REFERENCE #:   hqSTGAUabsaM9bLu4C6vd5

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 22.5K | 31K | 89.4K | 103K |

Follow

Expand your thinking.
1 & 1 don't equal 2.
EYES OPEN?
COMMS GOOD?
Q
FULL youtube.com/watch?time_con...
@POTUS

The media could not be played.

43 647 1.2K

[intheMatrixxx] Retweeted

**[intheMatrixxx]** @intheMatrixxx · 16h

A week to remember.

DARK TO LIGHT.
@POTUS #DDay75thAnniversary

Q !CbboFOtcZs ID: 5a7e3c No.1620282
Jun 3 2018 14:58:29 (EST)

BOOM.
BOOM.
BOOM.
BOOM.
A WEEK TO REME
DARK TO LIGHT.
BLACKOUT NECESSARY.
Q

26 404 815

[intheMatrixxx] Retweeted

**Vincent Kennedy** @VincentCrypt46 · 23h

INTERNET ARCHIVE WaybackMachine https://twitter.com/intheMatrixxx Go APR JUN AUG 07 2018 2019 2020 191 captures 19 Feb 2018 - 31 Mar 2023 About this capture

Home About Search Twitter Have an account? Log in

**[intheMatrixxx]**
@intheMatrixxx

| Tweets | Following | Followers | Likes |
| --- | --- | --- | --- |
| 22.5K | 31K | 89.4K | 103K |

Follow

MISSION! GROW THE F*** UP!

2 50 207

Show this thread

[intheMatrixxx] Retweeted

**Spectre** ★★★ @Shadowspectre01 · 16h

Patriots are being murdered to cover up the truth. Focus on the mission at hand. [THEY] want us divided. Divided we fall. Together we are strong. You may not like other Patriots, but we are in this as one. We each have our part to do. If all you want to do is divide then GTFO!

21 110 328

Show this thread

[intheMatrixxx] Retweeted

**✝🇺🇸 A Anon** ★★★ @AAnon_QsArmy · 18h

[#THREAD]

🎖 [Be Proud Anon's] 🎖

We are the chosen ones. This fight didn't just happen to start in our lifetime. This fight is inevitable. It was time to stand up or bow down, and we stood up. God told us this day was coming.

The 2nd amendment and a bad ass military kept us 🇺🇸

18 175 371

Show this thread

[intheMatrixxx] Retweeted

**stormypatriotjoe** ★★★ @stormypatriot21 · Jun 6

Suicide Weekend

#QAnon #MAGA

15 138 169

INTERNET ARCHIVE WaybackMachine https://twitter.com/intheMatrixxx Go APR JUN AUG 07 2018 2019 2020 191 captures 19 Feb 2018 - 31 Mar 2023 About this capture

Home About Search Twitter Have an account? Log in

[intheMatrixxx] @intheMatrixxx Tweets 22.5K Following 31K Followers 89.4K Likes 103K Follow

[intheMatrixxx] Retweeted
**[intheMatrixxx]** @intheMatrixxx · 18h
The Matrixxx/Grooove Hour -070- 6/6/19 [D] Day

10 74 123

[intheMatrixxx] Retweeted
**MaryFlynnONeill**⭐⭐⭐ @flynn_neill · 21h
The Almighty Power of Prayer!! Thank you for all your Prayers! God will hear the unified prayer power & never let us down! Ask & we will receive as long as it's good for us & good for the kingdom of heaven! General Flynn is good for the Kingdoms of God! Prayer Power!✝️🙏🇺🇸⭐⭐⭐

41 318 804

[intheMatrixxx] Retweeted
**Nunya Biznass**⭐⭐⭐ @Do_Or_Do_Notty · 20h
Another death of a former elected official. 😳

Former Oklahoma state senator found dead in Norman home

246 1.2K 967

Show this thread

[intheMatrixxx] Retweeted
**[intheMatrixxx]** @intheMatrixxx · Jun 5
[D] Day . Patriots.
We will have our Country back!
Q+

#DDay invasion. #HonorThem #DDay75 @POTUS

INTERNET ARCHIVE WaybackMachine
https://twitter.com/intheMatrixxx Go
191 captures
19 Feb 2018 - 31 Mar 2023
APR JUN AUG
07
2018 2019 2020
About this capture

Home About
Search Twitter
Have an account? Log in

**[intheMatrixxx]**
@intheMatrixxx

Tweets 22.5K Following 31K Followers 89.4K Likes 103K

Follow

#DDay invasion. #HonorThem #DDay75 @POTUS

The media could not be played.

60 969 2.3K

Show this thread

[intheMatrixxx] Retweeted

**TruthSeeker** ⭐⭐⭐ @Melanch10844904 · 22h

No deals with Y cult @realDonaldTrump

D Day
D5
DECLAS

#QAnon

qmap.pub/read/189

8 70 123

**[intheMatrixxx]** @intheMatrixxx · 23h

See you at 1PM EAST!

The Matrixxx/Grooove Hour -070- 6/6/19 [D] Day

youtu.be/VsA3PJeAuLo via @YouTube
@ShadyGrooove @POTUS

5 40 83

Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.











