# EXHIBIT 80

PageVault

| | |
|---|---|
| Document title: | Q Post 513 |
| Capture URL: | https://qposts.online/post/513 |
| Page loaded at (UTC): | Tue, 18 Apr 2023 18:19:20 GMT |
| Capture timestamp (UTC): | Tue, 18 Apr 2023 18:20:19 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 3.210.250.110 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | sLpTL9N8Yv52EabeL3rKMo |
| User: | dwt-pjezick |

PDF REFERENCE #:    3wFWFEhKrHSeBnHr2pSDcA



**09-JAN-2018 (TUE)**

**513**
09-Jan-2018 4:29:38 AM UTC
Q  !UW.yye1fxo
8ch/greatawakening

IMPORTANT:
NO private comms past/present/future.
NO comms made outside of this platform.
Any claims that contradict the above should be considered FAKE NEWS and disregarded immediately.
WHERE WE GO ONE, WE GO ALL.
PATRIOTS.
Q

RELOAD POSTS