# EXHIBIT 84

Page Vault

| | |
|---|---|
| Document title: | Q Post 4506 |
| Capture URL: | https://qposts.online/post/4506 |
| Page loaded at (UTC): | Thu, 13 Jul 2023 17:05:40 GMT |
| Capture timestamp (UTC): | Thu, 13 Jul 2023 17:06:07 GMT |
| Capture tool: | 10.24.3 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | vk2dMPvw2NeLyEJEKc9YeB |
| User: | dwt-jimbudig |

24-JUN-2020 (WED)

**4506**
24-Jun-2020 3:22:06 PM UTC
Q !!Hs1Jq13jV6
8kun/**qresearch** 9729490



The People's General.

Soon.

***

Q

RELOAD POSTS

Document title: Q Post 4506
Capture URL: https://qposts.online/post/4506
Capture timestamp (UTC): Thu, 13 Jul 2023 17:06:07 GMT
Page 1 of 2

**4506**

24-Jun-2020 3:22:06 PM UTC

**Q** !!Hs1Jq13jV6

8kun/**qresearch** 9729490



The People's General.

Soon.

***

Q

**↻ RELOAD POSTS**