# EXHIBIT 95



| | |
|---|---|
| Document title: | General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th \| Daily Mail Online |
| Capture URL: | https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html |
| Page loaded at (UTC): | Wed, 05 Jul 2023 19:16:59 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 19:18:45 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 72.44.41.80 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 41 |
| Capture ID: | 6RTkLVdfCrRgyyVoW14aT8 |
| User: | dwt-pjezick |



**News**

| Home | Showbiz | Femail | Royals | Health | Science | Sports | Politics | U.K. | Money | Video | Travel | Shop |

Breaking News | Australia | Video | Russia-Ukraine | China | Debate | Meghan Markle | Prince Harry | King Charles III | Weather | Most read          Login

ADVERTISEMENT



# 'Where We Go One We Go All': General Michael Flynn celebrates July 4th by leading his friends in reciting the oath to the Constitution AND the slogan for QAnon conspiracy theorists

- Former national security adviser General Michael Flynn tweeted a video of himself leading friends in the oath to the Constitution on Saturday night
- At the end of the oath he added the QAnon slogan: 'Where we go one, we go all'
- The QAnon conspiracy theory promotes baseless allegations about a 'deep state' plot against President Donald Trump
- In recent weeks Flynn has appeared to send signals of support to the movement
- QAnon followers believe Flynn was victimized by the government when he was charged with lying to investigators about his dealings with Russia

By MEGAN SHEETS FOR DAILYMAIL.COM
PUBLISHED: 12:16 EDT, 5 July 2020 | UPDATED: 12:03 EDT, 9 October 2020

f Share   [messenger]  [whatsapp]  [twitter]  [flipboard]  [email]  [share]   **15k** shares   💬 **469** View comments

Site ○ Web   Enter your search   🔍   **Search**

ADVERTISEMENT



General Michael Flynn celebrated the Fourth of July by reciting the oath to the Constitution - followed by the slogan for the far-right QAnon movement.

Flynn, President **Donald Trump**'s former national security adviser, shared a video of himself leading five friends and family members in the oath on **Twitter** on Saturday night while they celebrated Independence Day in a backyard.

Each member of the group held up their right hand as they repeated after Flynn: 'I, [insert name], do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter: So help me God.'



Daily**Mail**.com

**TOP STORIES**

**EXCLUSIVE** Stoli vodka chief who 'hatched a plan' with Angelina Jolie to make Brad Pitt's life hell by taking over his French winery is a womanizing billionaire

**EXCLUSIVE** Honeymoon in Spain! Jon Hamm, 52, kisses wife Anna Osceola, 35, as she sizzles in a yellow bikini... two weeks after tying the knot in California

▶ IRS quietly changes rule on how your children's inheritance is taxed - here's what you need to know to avoid a shock bill



**Joe Biden with recovering drug addict son at White House for July 4th**

At the end of the oath they added: 'Where we go one, we go all' - the slogan for the QAnon conspiracy theory movement which promotes baseless allegations about a 'deep state' plot against Trump that involves satanism and child sex trafficking.

The use of the slogan appeared to bolster mounting claims that Flynn is embracing his fan base within the QAnon movement.

**General Flynn recites oath to the constitution at July 4th party**

+5
View gallery

General Michael Flynn (third from left) led his friends in reciting the oath to the Constitution and the slogan for the QAnon movement during a Fourth of July celebration on Saturday

as she sizzles in a ... weeks after tying the knot in California

IRS quietly changes rule on how your children's inheritance is taxed - here's what you need to know to avoid a shock bill

From 'spitting' on a bride in Greece to ALWAYS passing port to the left in the UK: Fascinating map reveals the most surprising etiquette practices around the wo...

EXCLUSIVE 'She just can't stay away from the tequila.' Heather Locklear is back on the booze after 20 stints in rehab - and has lost 40lbs on Ozempic

America's most prolific Bigfoot hunter Claudia Ackley, 51, who filmed mythical beast 'chasing her daughters' and documented hundreds of 'sightings' is found dea...

ADVERTISEMENT

Why Thousands Of Americans Are Ditching Solar Panels For THIS Low Cost Invention

Sponsored Ad

Watch The Video

Bill bolts! Failed NYC mayor De Blasio left Brooklyn family home in Uber first thing this morning with suitcase after splitting from lesbian wife Chirlane - and...

EXCLUSIVE: CDC accused of 'blurring politics and science' over advice that suggests trans women CAN safely breastfeed - but fails to mention health risks to bab...

Comedian Carrot Top claims woman who freaked out Final Destination-style over 'imaginary' passenger on American Airlines flight had meltdown after she lost an A...

EXCLUSIVE: Matt Damon, 52, puts on a VERY racy display with bikini-clad wife Luciana Barroso, 46, as he cheekily nuzzles her bust during romantic dip in Mykonos

EXCLUSIVE Ryan Reynolds and Blake Lively's great British takeover continues as they recruit Paul Hollywood to be the face of the actress' alcohol brand

ADVERTISEMENT



Share 469 Views Top Home

**Joe Biden with recovering drug addict son at White House for July 4th**

At the end of the oath they added: 'Where we go one, we go all' - the slogan for the QAnon conspiracy theory movement which promotes baseless allegations about a 'deep state' plot against Trump that involves satanism and child sex trafficking.

The use of the slogan appeared to bolster mounting claims that Flynn is embracing his fan base within the QAnon movement.

**General Flynn recites oath to the constitution at July 4th party**

General Michael Flynn (third from left) led his friends in reciting the oath to the Constitution and the slogan for the QAnon movement during a Fourth of July celebration on Saturday

as she sizzles in a ... weeks after tying the knot in California

IRS quietly changes rule on how your children's inheritance is taxed - here's what you need to know to avoid a shock bill

From 'spitting' on a bride in Greece to ALWAYS passing port to the left in the UK: Fascinating map reveals the most surprising etiquette practices around the wo...

EXCLUSIVE 'She just can't stay away from the tequila.' Heather Locklear is back on the booze after 20 stints in rehab - and has lost 40lbs on Ozempic

America's most prolific Bigfoot hunter Claudia Ackley, 51, who filmed mythical beast 'chasing her daughters' and documented hundreds of 'sightings' is found dea...

ADVERTISEMENT

Why Thousands Of Americans Are Ditching Solar Panels For THIS Low Cost Invention

Sponsored Ad

Watch The Video

Bill bolts! Failed NYC mayor De Blasio left Brooklyn family home in Uber first thing this morning with suitcase after splitting from lesbian wife Chirlane - and...

EXCLUSIVE: CDC accused of 'blurring politics and science' over advice that suggests trans women CAN safely breastfeed - but fails to mention health risks to bab...

Comedian Carrot Top claims woman who freaked out Final Destination-style over 'imaginary' passenger on American Airlines flight had meltdown after she lost an A...

EXCLUSIVE: Matt Damon, 52, puts on a VERY racy display with bikini-clad wife Luciana Barroso, 46, as he cheekily nuzzles her bust during romantic dip in Mykonos

EXCLUSIVE Ryan Reynolds and Blake Lively's great British takeover continues as they recruit Paul Hollywood to be the face of the actress' alcohol brand

ADVERTISEMENT



          

 
his new book with the QAnon slogan,
according to **The Daily Beast**.

'I think these dog whistles are subtle enough that if you don't know anything about Q, you can read this piece and not feel like he's talking to a bunch of violent conspiracy theory maniacs,' Mike Rothschild, a journalist who tracks the QAnon movement, told the outlet.

## TRENDING



**IRS quietly changes rule on how your children's inheritance is taxed**

7.5k viewing now



**Claudia Ackley, a prominent Bigfoot hunter, is found dead**

1.8k viewing now



**Chirlane McCray beams after announcing split from Bill de Blasio**

3.1k viewing now



**Flynn has long played a central role in QAnon lore, which includes the belief that the government persecuted him by charging him with lying to the FBI about his dealings with Russian officials under Special Counsel Robert Mueller's sweeping investigation into members of Trump's campaign. Flynn is pictured after his sentencing hearing in 2018**

While Flynn has not directly expressed his support for the movement, his latest video will likely fuel speculation that he's involved.

After reciting the oath and the QAnon slogan, the group cheered 'God Bless America!' and pumped their fists in the air.

Flynn tagged several people in his tweet, including his attorneys Sidney Powell and Molly McCann, his sisters Barbara Redgate and Mary O'Neill, brothers Joseph and Jack Flynn and his wife Lori Andrade.

He also included the hashtag #TakeTheOath, a trend where people renew their pledge to uphold the constitution in the face of growing unrest in America.



A massive crack is splitting in HALF: 2,000-mile crack that appeared along the southeastern of the continent is widening by one inch every year



King and Queen arrive at St Giles' Cathedral for Scottish Coronation: Charles and Camilla are joined by William and Kate at service after making their way down Edinburgh's Royal Mile

King Soopers grocery worker is FIRED for filming shoplifters stealing $500 worth of laundry detergent and unloading it into their car: 'All I did was record cri...



Real Housewives Of New Jersey star Melissa Gorga, 44, is slender in a black bikini while on the beach: 'Much needed little break by the ocean'

Kate's tribute to the late Queen: Princess dons necklace belonging to William's grandmother as they join Charles and Camilla for Scottish coronation celebration

ADVERTISEMENT

DailyMail.com



White House cocaine was found in a 'dime-sized baggie' inside a 'cubby' used by staff and guests for cell phones: New details emerge in West Wing mystery as lab...




Beyonce CANCELS August 3 Renaissance Tour stop in Pittsburgh citing 'production logistics and scheduling issues' - following slow ticket sales... and fans aren't



Share 469 Views Top Home

A Trump supporter holding a QAnon flag visits Mount Rushmore National Monument in Keystone, South Dakota, on July 1, two days before the president visited for a fireworks display

+5 View gallery

Read more:
www.thedailybeas...

Share or comment on this article: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th

Share 15k shares

Recommended by Outbrain

Discover How You Can Help A Family In Need This Summer.

Kellyanne Conway's daughter Claudia, 18, DELETES her Playboy content
News

Mormon family lose lawsuit after son had sex with girlfriend
News

phones: New details emerge in West Wing mystery...

Beyonce CANCELS August 3 Renaissance Tour stop in Pittsburgh citing 'production logistics and scheduling issues' - following slow ticket sales... and fans aren't happy

'Everybody was in a g-string or less': Aubrey O'Day reveals the first time she had sex with Donald Trump Jr. was in a bathroom in a gay club

Bethenny Frankel praises Kyle Richards' and Mauricio Umansky's 'admirable' marriage amidst split and slams social media trolls for 'scandalous' reaction

Katherine Schwarzenegger and Chris Pratt look loved-up as they celebrate Fourth of July with their daughters on a scenic boat ride

EXCLUSIVE Johnny Depp wears a medical boot and walks with the help of a crutch in Manchester as he continues to recover from 'painful' ankle injury amid his tour

Neighbors of 'missing' Rudy Farias, 25, who 'vanished' eight years ago claim he was NEVER missing - and he regularly visited their home but they hadn't seen him...

Trump LEADS Biden in swing states that will decide the 2024 election: New poll spells disaster for President with third party candidate Cornel West taking AWAY ...

EXCLUSIVE: DoorDash customer sworn at by driver for giving 25% tip on $20 Pizza Hut pizza is disabled military vet left unable to cook after 'drunk driver' cras...

Heart-stopping moment Titan mini sub starts spinning 360 degrees when 'pilot' loses control during Titanic trip and terrified passengers have agonising wait for...

ADVERTISEMENT

Share   469



### Washington: New Policy For "Senior Drivers"

Don't pay another auto insurance bill until you read this...

My Insurance Savings | Sponsored



**Incest father murdered seven newborn babies conceived by his daughter**
News



**Naked commuter is spotted strolling through the City of London**
News



**[Photos] At 93, Robert Wagner Finally Openly Spok...**
Last Night On | Sponsored



**At 86, This Is Where Jack Nicholson Lives**
Street Insider | Sponsored



**At 28, This Is Where Parker Schnabel Lives With His Partner**
Investing Magazine | Sponsor...

DailyMail.com


Amber Heard breaks her silence on returning to the role of Mera in Aquaman 2 as she admits there is a 'ton of pressure' riding on the film


Science has discovered when we hit our physical AND mental peaks... and the results show youth isn't always an advantage


All that security, for what? Just Stop Oil activists storm Wimbledon court for SECOND time in hours as they stop Katie Boulter match by throwing jigsaw pieces a...


James Franco, 45, goes shirtless with bikini-clad girlfriend Izabel Pakzad 30, as they spend 4th of July soaking up the sun on Italian holiday


Man, 24, is lost in river rapids in Yosemite National Park on hiking trip with friends after he bent down to get a drink of water


'Don't slam her down like that she has cancer': New eyewitness footage shows shocking moment LA cop grabs woman by the neck and hurls her to the ground - as she...


When you got to go... Professional Argentine soccer player kicked out of game after he dropped his pants and urinated on the field


Well, this is awkward! People share cringeworthy texts they sent their parents by mistake


Olivia Dunne and Paige Spiranac don their stars and stripes.

## MOST WATCHED NEWS VIDEOS

Embed this



Bull gets revenge after being poked in face at

Female Russian journalist collapses in

Moment Sussex Police refuses to attend

On the frontline with Ukraine in Bakhmut

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT

Page 6 of 40



Share  469  Top  Home

Bull gets revenge after being poked in face at

Female Russian journalist collapses in

Moment Sussex Police refuses to attend

On the frontline with Ukraine in Bakhmut

Neighbors at war! Woman digs a

Hazmat team confirms cocaine found in White

'F*** off, you're getting no sympathy!' Furious

Give us a break! Moment JSO eco-mob

**Comments 468**
Share what you think

Add your comment

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have not been moderated.

Loading...

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

Well, this is awkward! cringeworthy texts they sent their parents by mistake

Olivia Dunne and Paige Spiranac don their stars and stripes, the Cavinder Twins soak up the sun in bikinis... but it's business as usual for pregnant Serena Wil...

Graduate reveals she was DENIED her diploma over unpaid $15 laptop repair fee from her freshman year

Emotional moment distraught mother is reunited with her missing 8-year-old son who disappeared when he became lost out riding his bike

EXCLUSIVE - 'An explosion at Zaporizhzia is much more terrifying and massive than Hiroshima. It's not even comparable': Experts warn of disaster after Russia 'm...

Former World's Strongest Man and powerlifting Hall of Famer Don Reinhoudt dies aged 78

The best early Prime Day fashion deals: SAVE on designer gear from Calvin Klein and Michael Kors and bag bargains on Levi's, Free People, Superga sneakers and m...

Ring of trans women that targeted foreign men by offering them sex before robbing them facing up to 10 years in a Colombian prison

ADVERTISEMENT

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT



Share 469 View comments Top Home +99

Street Insider | Sponsored Investing Magazine | Sponsor... Investing.com | Sponsored

**MOST WATCHED NEWS VIDEOS** Embed this

Bull gets revenge after being poked in face at

Female Russian journalist collapses in

Moment Sussex Police refuses to attend

On the frontline with Ukraine in Bakhmut

Neighbors at war! Woman digs a

Hazmat team confirms cocaine found in White

'F*** off, you're getting no sympathy!' Furious

Give us a break! Moment JSO eco-mob

## Comments 468

Share what you think

Newest | Oldest | Best rated | Worst rated

Loading...

The comments below have not been moderated.

Loading...

Loading...

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

DailyMail.com

Monday was the world's hottest day since records began and temperatures could rise even further in the coming weeks as scientists warn climate change is to blam...

'You're losing too much weight': Christina Hendricks' fans speculate she's on Ozempic as Mad Men star joins Hollywood's big slim down

Netflix viewers warn 'don't waste your time' watching streaming platform's number 1 film Run Rabbit Run starring Succession's Sarah Snook

New Barbie teaser: Fans praise Ryan Gosling as he 'steals the show' with hilarious one-liners while revealing what Ken's job REALLY is

Real Housewives Of New York vet Luann de Lesseps, 58, models a blue bikini... after revealing the Mediterranean Diet keeps her thin

Dealing with frustrating hair loss? This custom blend of finasteride and minoxidil is proven to work - see our before and after pics and save a whopping 60% off your first order!
SHOPPING

Khloe Kardashian shares rare photo of son Tatum, 11 months, during 4th of July celebration

'A mini-spa for my feet!' People are raving about the world's FIRST plant-based dress sneakers - eco-friendly, great for work and play, and designed for men and women!
SHOPPING

Olivia Culpo and fiance Christian McCaffrey celebrate engagement with all-white party: 'Thank you God for the love of my life'

Khloe Kardashian, 39, flaunts her cleavage in new Good American denim icons ad... after calling her thirties her 'worst decade ever'

Share  21  469  Top  184  Home

ADVERTISEMENT

DailyMail.com

engagement with all-
sinky '777/7think you
total in/zoof my
life'

Khloe Kardashian, 39,
flaunts her cleavage in
new Good American
denim icons ad... after
calling her thirties her
'worst decade ever'

Camila Cabello
showcases her
sensational physique in
a figure-hugging
multicoloured gown
during the Jean Paul
Gaultier show at Paris
Fashion Week

Rick Ross suffers
diving FAIL as he takes
a tumble in his massive
pool - before he shares
hilarious reaction to
epic flop: 'Am I okay?
Of course not!'

'There are some
Marvel capers in the
making': Benedict
Cumberbatch says
Doctor Strange could
return as soon as 'next
year'

Gillian Anderson and
Jason Isaacs cut forlorn
figures as they get into
character while
continuing to film
scenes for The Salt Path
in Cornwall

Avril Lavigne and Tyga
fuel romance rumors as
they appear in silly
TikTok - as it's claimed
they had 'electricity
between them' at Vegas
bash

Shakira makes pointed
message at ex Gerard
Piqué as she wears 'no'
slogan coat to join
Camila Cabello on the
front row at Viktor and





**Share** 21 469 184 Top Home 89

they appear in silly TikTok - as it's claimed between them at Vegas bash

▶ Shakira makes pointed message at ex Gerard Piqué as she wears 'no' slogan coat to join Camila Cabello on the front row at Viktor and Rolf's PFW show



▶ Stranger Things team unveils first teaser for prequel play The First Shadow opening November in London's West End: 'It might hold the key to what comes next'



▶ Tom Cruise, 61, wants to follow Harrison Ford's example by continuing to make Mission: Impossible films until he's 80



▶ How long does your skincare routine take? This new beauty line specializes in 5-in-1 formulas that brighten, tighten, smooth, soothe and plump to save you time and money
SHOPPING

▶ Kim Kardashian shows off her toned abs in black gym gear and lifts weights as her personal trainer gives an insight into her intense workout regime

ADVERTISEMENT

Daily**Mail**.com

▶ 'In love all over again': Al Roker shares adorable new photos of first grandchild Sky days after daughter Courtney welcomed baby girl

▶ Vanderpump Rules vet Brittany Cartwright shows off 40lb weight loss in a Fendi swimsuit


▶ In love all over again'!
Al Roker shares photos
first grandchild 'sky
days after daughter
Courtney welcomed
baby girl

▶ Vanderpump Rules vet
Brittany Cartwright
shows off 40lb weight
loss in a Fendi swimsuit
for 'thirst trap' images
taken at sea in Mexico

▶ Netflix confirms Sex
Education will end after
series four as first
trailer for the final
series is released

▶ Nicole Scherzinger, 45,
shows off her
sensational figure in a
navy bikini as she
soaks up the sun in
Mykonos with new
fiancé Thom Evans

▶ Dealing with fine lines,
dryness, or
hyperpigmentation?
This potent vitamin C
serum leaves your skin
smooth, radiant, and
youthful - and you can
get a bottle for 51% off
SHOPPING

▶ Kristen Stewart rocks
her shaggy mullet cut
as she grabs coffee with
a friend in Los Feliz on
the Fourth of July

▶ Voulez-vous cou-
SHAKE avec moi? Cardi
B shows off her
twerking skills for
bemused onlookers in
Paris before heading to
the Jean Paul Gaultier
show in skintight catsuit

▶ Heidi Klum sizzles in a
VERY daring gown with
ab flashing cut-outs and
a thigh-high leg split
at Jean Paul Gaultier's
Paris Fashion Week
show

▶ Joey King looks
glamorous in a plunging
black gown as she joins
Alicia Silverstone and
Olivia Palermo at star-
studded Elie Saab show
during Paris Fashion
Week

▶ She's a peach!
Jennifer Lopez rocks
plunging swimsuit as
she showcases her
famous derriere while
celebrating Fourth of
July poolside

ADVERTISEMENT

Share  469  Top  Home  +69

DailyMail.com

▶ Katy Perry looks
effortlessly chic in a
Bardot navy top and
polka dot neckerchief at
Wimbledon with fiancé
Orlando Bloom

▶ Tired David Beckham
struggles to keep his
eyes open as he joins
mom Sandra at
Wimbledon after
celebrating 24th
wedding anniversary
with Victoria

▶ Killers Of The Flower
Moon trailer: Leonardo
DiCaprio stars in Martin
Scorsese's first Western
about greed on a Osage
Nation reservation in
1920s Oklahoma

▶ 'My skin is GLOWING!'
Save 30% on this
turmeric face scrub that
brightens your
complexion while fading
hyperpigmentation,
acne scars, and dark
spots (AND it smells
like cake!)
SHOPPING

▶ Rita Ora dazzles in a
yellow sequin bra top as
she shares behind the
scenes transformation
for new music video
directed by her husband
Taika Waititi

▶ We're a perfect match!
Austin Butler and
girlfriend Kaia Gerber
wear the same color for
date night during
romantic trip to Paris

▶ Smallville actor Allison
Mack is quietly released
from prison a year early
after being jailed for
three years for
brainwashing and
recruiting sex slaves

▶ Taylor Swift faces over
$3K in fines after
racking up 32 tickets
from NYC's Sanitation
Department for
'improperly disposing of
garbage' outside home

▶ 'This is torture!' Taylor



Share

469




▶ brainwashing and
recruiting sex slaves

▶ Taylor Swift faces over
$3K in fines after
racking up 32 tickets
from NYC's Sanitation
Department for
'improperly disposing of
garbage' outside home



▶ 'This is torture!' Taylor
Swift fans go into
meltdown eagerly
awaiting Ticketmaster
presale access codes
for her UK Eras tour
dates



▶ Jared Leto takes a dip
in the Mediterranean
while enjoying a lavish
yacht day with bikini-
clad model Carol
Mendes in Ibiza

ADVERTISEMENT

Daily Mail.com

▶ Britney Spears shows
off her abs in tiny pink
bikini bottoms and a
crop top as she
celebrates Fourth of
July with a sultry dance

▶ Kyle Richards and
Mauricio Umansky
UNITE amid 'separation'
to celebrate Fourth of
July with kids... after
DENYING that they are
divorcing

▶ Sofia Richie shows off
her toned figure in a
skimpy triangle bikini as
she goes paddle
boarding with a pal

▶ Thought weighted
blankets were just for
winter? Think again!
This 15lb blanket with
glass beads regulates
body temperature to
COOL you in summer
(and it's reduced by
50%)

SHOPPING





▶ Thought weighted blankets were just for winter? Think again! This 15lb blanket with glass beads regulates body temperature to COOL you in summer (and it's reduced by 50%)

SHOPPING



▶ Robyn, 44, drives fans wild with speculation that she has welcomed a secret baby as pop star shares cute snap of toddler: 'Robyn is a mother?'



▶ Cardi B embodies Haute Couture as she heads to Balenciaga's Paris Fashion Week show in a dramatic white ruffle cape

**EXCLUSIVE** Bravo's first lesbian Housewife Braunwyn Windham-Burke offers advice to Kyle Richards amid rumours RHOBH star is romancing female country singer

▶ The 'Taylor Swift effect'! US popstar's hit song about Lake Windermere TRIPLES number searches for Cumbrian spot after she sang it on her world tour

▶ Is there anything he can't do! Tom Cruise learned how to do his own hair and makeup while shooting the new Mission: Impossible

▶ Meghan Trainor welcomes her second child! Singer, 29, shares she has a new son with husband Daryl Sabara as she reveals the boy's name

ADVERTISEMENT

DailyMail.com

DailyMail.com



▸ 'Margot Robbie has the nicest feet': Barbie director Greta Gerwig reveals why she refused to use CGI after fans went wild over her 'perfect arches'



▸ Looking like a 10 on the 4th! Demi Moore, 60, flashes her fantastic figure in a blue bikini as she is joined by her dog Pilaf during Idaho escape



▸ Demi Lovato lets her hair down and rocks out with her boyfriend Jutes as she performs at a festival in Philadelphia



▸ Bear Grylls sports a quirky moustache as he joins glamorous wife Shara Cannings Knight and Elizabeth McGovern for day three of the Wimbledon



▸ Glow up for under $12: Amazon shoppers say this dry body oil is 'magic' for revitalizing skin instantly - and there's photo evidence to prove it!
SHOPPING



▸ Newlyweds Naomi Watts and Billy Crudup look loved-up as they leave dinner in Paris together holding hands three weeks after tying the knot



▸ Rekindled romance? Avril Lavigne and Tyga are AGAIN seen with one another at Nobu Malibu after Vegas getaway amid rumors they broke up



▸ The King and Queen have arrived! Beyonce wows in busty corseted gown with sheer skirt as she joins husband Jay-Z at billionaire Michael Rubin's epic 4th Of July party



▸ Vivica A. Fox feels Will Smith should have starred in Independence Day 2 because his absence was the 'missing link' to the sequel's success



▸ Nicola Peltz looks incredible in a busty black bikini as she enjoys a dip in the pool to celebrate Fourth of July

ADVERTISEMENT




ADVERTISEMENT

DailyMail.com

▶ Victoria Beckham
stuns in a white suit as
she and husband David
enjoy a lavish dinner
out with their kids to
mark their 24th wedding
anniversary

▶ Inside Kate Middleton
and Roger Federer's
very playful friendship,
from breaking royal
protocol with THREE
kisses to putting him
through his paces

▶ 'I got stuff wrong':
Matty Healy admits he
would 'take back' his
controversial comments
after he was slammed
over racism and
graphic porn remarks

▶ 'This is the fountain of
youth!' Millions love this
viral serum that reduces
acne, moisturizes, and
clears pores - and you
can snap it up for just
$13 (56% off!) in the
early Prime Day sale
SHOPPING



▶ Saweetie sizzles in
low-cut, figure-hugging
dress as she makes her
arrival with new beau
YG at star-studded 4th
of July White Party at
Nobu Malibu

▶ David Beckham shares
a sweet hug with his
daughter Harper, 11, as
they join his wife
Victoria for a meal out
on the couple's 24th
wedding anniversary

▶ Sophie's night out!
Duchess of Edinburgh
stuns in silk as she
dines out with friends at
Oswald's private
members club in







Share 469 Top +69 Home +69

daughter Harper, 11, as
they forge an out
on the couple's 24th
wedding anniversary


Sophie's night out!
Duchess of Edinburgh
stuns in silk as she
dines out with friends at
Oswald's private
members club in
Mayfair


Kevin Spacey arrives
at court for fourth day of
evidence at sex abuse
trial where jury heard he
groped stranger at party
at his luxury UK home


Fans stunned as Hugh
Jackman indulges in a
savoury waffle topped
with MUSHROOMS: 'Is
this a Wolverine diet?'

EXCLUSIVE   Kourtney
Kardashian's  is set to
earn FORTUNE from her
unborn baby by
'expanding kids
clothing line as well as
motherhood-focused
products'

ADVERTISEMENT

DailyMail.com


Leonardo DiCaprio
and Gigi Hadid fuel
romance rumors after
partying in the
Hamptons... following
claims they 'tried to
date' but had no sparks

Lizzo shows off her
incredible curves as she
strips to her bra and
thong to get ready to
party in Ibiza

Ben Affleck's daughter
Violet, 17, dons a face
mask as she poses with
her father and
stepmother Jennifer





incredible curves as she strips to her bra and ... party in Ibiza



▶ Ben Affleck's daughter Violet, 17, dons a face mask as she poses with her father and stepmother Jennifer Lopez at white party in the Hamptons



▶ Million Dollar Listing star Fredrik Eklund puts Beverly Hills mansion up for $50k-PER MONTH rent as he quits LA for new life in Miami



▶ This four-in-one retinol-based formula is a summer essential that smooths wrinkles, softens your skin, AND offers SPF protection while leaving you dewy and glowing (and it's in 14 shades)

SHOPPING

▶ It's a family affair (almost!) Monaco royals step out in force with Prince Albert for documentary launch - but Princess Charlene is nowhere to be seen

▶ Harry Styles invites three Ukrainian refugees to watch his Love On Tour concert in Poland

▶ Coco Austin drops jaws in sultry snaps of herself posing in a VERY racy outfit for Fourth of July... as husband Ice-T defends her against critics' comments

▶ Pregnant Jana Kramer shows off her baby bump in a yellow bikini as she enjoys Fourth of July weekend with fiancé Allan Russell and her kids

▶ Khloe Kardashian showcases her washboard abs in tiny white crop-top as she sizzles in new Good American photoshoot

ADVERTISEMENT

Share  21  ▶  569 views  Top  184  Home  189

Daily **Mail**.com

▶ Big night? Emily Ratajkowski opts for casual ensemble as she departs the Hamptons after THAT eye-popping look at billionaire Michael Rubin's 4th Of July bash 

▶ Red, white and due soon! Karlie Kloss shows off her bare baby bump while spending quality time with son Levi, two, as she celebrates Fourth Of July

EXCLUSIVE Jennifer Hudson and Common are officially in a relationship after couple jet to the UK and spend romantic weekend together in London

▶ Serena Williams proudly shows off her bare baby bump in crop top during intense workout as she prepares to welcome her second child

▶ Hot weather or jet lag causing sleep issues? This wearable device is PROVEN to improve sleep as well as reduce social anxiety and boost focus and mood - and you can save $40 now
SHOPPING

▶ Olivia Wilde puts on a casual display in striped tank top and loose-fitting jeans on a coffee run with a gal pal in LA

EXCLUSIVE Vanderpump Rules' Ariana Madix holds hands with beau Daniel Wai as they mark Fourth of July Weekend - as Raquel Leviss negotiates season 11

▶ Newly-engaged Nicole Scherzinger shows off her toned figure as she jumps in the pool with shirtless fiancé Thom Evans on Mykonos holiday

EXCLUSIVE Brooke Burke, 51, reveals which products she keeps in her summer bag to keep her young looking as she plugs her 21 Day Fitness Challenge

▶ Pink and husband



holiday

EXCLUSIVE Brooke
Burke, 51, reveals which
products she keeps in
her summer bag to keep
her young looking as
she plugs her 21 Day
Fitness Challenge



▶ Pink and husband
Carey Hart plan on
'relocating to Australia'
to start a 'new chapter'
for their family



ADVERTISEMENT

DailyMail.com

▶ Cardi B puts on a
united front with
husband Offset during
designer shopping trip
in Paris after rapper
claimed she cheated on
him

▶ Destiny's Child's
Michelle Williams
discusses the group's
final album and a
possible reunion: 'The
door is open'

▶ James Franco, 44, and
girlfriend Isabel Pakzad,
26, share an
affectionate hug as they
enjoy a day of shopping
in Greece

▶ Julia Roberts kisses
husband Daniel Moder
in snap to celebrate
21st wedding
anniversary: 'True love!'

▶ Victoria's Secret
Angels admit what you
saw on the catwalk was
not 'real' - as one admits
her own mother didn't
recognize her

▶ Lisa Vanderpump says



▶ Victoria's Secret Angels admit what you saw on the catwalk was not 'real' - as one admits her own mother didn't recognize her

▶ Lisa Vanderpump says goodbye to her iconic West Hollywood restaurant Pump and calls it the 'end of an era' in emotional post

EXCLUSIVE Blanca Blanco poses in a red bikini while enjoying a pool day on the 4th Of July as she shares her latest 'delicious' diet secret

▶ Russell Crowe, 59, reveals he's considering quitting acting for good after 40 years in Hollywood and blockbuster films like Gladiator

▶ Alessandra Ambrosio looks the epitome of chic in a classy white gown as she attends the Giorgio Armani Paris Fashion Week show

▶ 'I don't get s***-faced': Jennifer Lopez slammed by fans after she shares 'awkward' video about her drinking habits following husband Ben Affleck's struggles with alcohol

ADVERTISEMENT

Daily**Mail**.com

▶ Indiana Jones and the Dial of Destiny's lackluster opening continues as it has only made $82 million through July 4 holiday

▶ The Weeknd says he's





▶ Indiana Jones and the Dial of Destiny's lackluster opening continues as it has only made $82 million through July 4 holiday



▶ The Weeknd says he's 'grateful' for the 'bumpy' journey on The Idol as he shares BTS snaps with Lily-Rose Depp following show's controversial finale



▶ Tom Cruise, 61, reveals if he has any plans to retire as he celebrates the release of his latest Mission Impossible blockbuster



▶ Tom Arnold says he's 'grateful for every new moment' as he celebrates one-year anniversary of losing 80 pounds after 2022 mini-stroke



▶ Kyra Sedgwick and Kevin Bacon celebrate the Fourth Of July by singing cover of hit Chicago tune on their Connecticut farm

▶ Tom Brady shares adorable snaps of his three children posing with his mother Galynn to mark her 78th birthday

▶ What is an honorary doctorate degree and why did Blac Chyna receive one from Sacramento Theological Seminary and Bible College?

▶ Dua Lipa's grand plans to build a basement swimming pool and cinema at £6.75m London home are finally set to go ahead after two-year battle



▶ Sydney Sweeney dazzles in a figure-hugging black sequinned gown as she attends the Giorgio Armani show at Paris Fashion Week

▶ The New Boy director reveals what Cate Blanchett, 54, is really like to work with - after the star spoke about being an actress in Australia



▶ 'Who cares?' Kyle Richards' daughter Farrah Aldjufrie previously addressed rumors her mother was splitting from Mauricio Umansky - months before 'separation'

▶ Tom Cruise spends time with fellow Scientologist Kate Ceberano during trip to Australia to promote new Mission Impossible film

▶ Coco Austin, 44, gets in the 4th Of July spirit

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT

Page 22 of 40



▶ Share
21
▶ 469
View comments
Top +184
Home +49

before separation 
time with fellow
Scientologist Kate
Ceberano during trip to
Australia to promote
new Mission Impossible
film

▶ Coco Austin, 44, gets 
in the 4th Of July spirit
with a plunging red-and-
white swimsuit during
'staycation' in Arizona
with daughter Chanel,
seven

▶ Kylie Minogue 
celebrates 35 years
since the release of her
debut album 'Kylie'
amid ongoing chart
success with comeback
single Padam Padam

▶ The Kid Laroi looks 
downcast as he covers
himself in an oversized
hoodie while out for
breakfast in LA

▶ Denise Richards cuts
a casual figure as she
shops with newly-
named husband Aaron
Cameron - after former
RHOBH castmate Kyle
Richards separated
from Mauricio Umansky

▶ Michael Rubin needs
'a year to recover' from
epic Hamptons July 4th
white party as he shares
new pics of his famous
guests and Emily
Ratajkowski twerks her
way out of the event

▶ 'I'm an older singer
now': Belinda Carlisle
opens up about facing
ageism and making her
long-awaited return to
music after a nearly 30-
year hiatus

▶ 'This is garbouj!'
Bethenny Frankel rants
about lackluster
international airport
lounge at Newark and
shows off unappetizing
food selection

▶ Sydney Sweeney turns
heads in shimmering
black gown as she joins
Kate Hudson and
Alessandra Ambrosio at
star-studded Armani
fashion show in Paris

▶ Kathy Hilton shares
quote about the power
of silence as her half-
sister Kyle Richards
admitted she had 'the
most challenging' year
of her marriage

▶ How does she look so
young? Susan
Sarandon, 76, appears
much younger than her
years in a plunging
back gown... after her
dramatic arrest

▶ Big Brother's Katie
Williams packs on the
PDA with bikini-clad
girlfriend Georgia Hull
as they share a
passionate kiss during
LA holiday

▶ 'She is recovering at
home': Rosie O'Donnell
tells fans her longtime

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT
Page 23 of 40






Big Brother's Katie
FDA with bikini-clad
girlfriend Georgia Hull
as they share a
passionate kiss during
LA holiday

'She is recovering at
home': Rosie O'Donnell
tells fans her longtime
friend Madonna is doing
'good' - as songstress
recovers from bacterial
infection which sent her
to ICU



EXCLUSIVE Real-life
chefs reveal the behind-
the-scenes drama that
REALLY goes down in
the kitchen - as The
Bear season two airs
some very saucy antics



Shahs of Sunset star
Golnesa 'GG'
Gharachedaghi drops
wild theory speculating
Kyle Richards' weight
loss may have been
evidence of 'cheating'



Fourth Of July in
Tinseltown! Brooke
Shields, Reese
Witherspoon, Arnold
Schwarzenegger and
Sharon Stone among
the A-listers sharing
Independence Day love



EXCLUSIVE Fears for
Heather Locklear, 61, as
she's seen making her
way across building
ledge in flip flops
making strange faces
and talking to herself



Jenna Dewan models
a long floral print dress
as she carries her son
Callum, three, out of a
park in Los Angeles

'Happy 4th, y'all!!!!'
Gwen Stefani and Blake
Shelton share sweet
snaps from their fun
filled July 4 celebrations

Kate Hudson looks
sensational in an ab-
flashing black co-ord as
she poses with fiancé
Danny Fujikawa at the
Giorgio Armani Prive
PFW show

Kyle Richards posed
next to husband
Mauricio Umansky to
wish pal Faye Resnick a
happy birthday just
HOURS before it was
claimed they had split

Newly single Camila
Cabello showcases her
incredible figure in
tight-fitting gown as she
joins a chic Cindy
Bruna at Alexandre
Vauthier's Paris Fashion
Week show

Jack Black, 53,
continues to sport a
bushy gray beard as he
steps out with lookalike
son Samuel, 17, on a
walk in Los Angeles

EXCLUSIVE
Beyonce's daughter
Blue Ivy, 11, is the

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT

Page 24 of 40

  Share 21 469 Top 184 Home 449




▸ Jack Black, 53, steps out with lookalike son Samuel, 17, on a walk in Los Angeles

**EXCLUSIVE**

Beyonce's daughter Blue Ivy, 11, is the spitting image of her mother, 41, in green dress while singer wows in peach for Jay-Z's mom's wedding



▸ Robert De Niro's daughter describes holding son for 'last time' in heartbreaking Instagram post a day after 18-year-old was found dead



▸ Reign won't stop play! Cheerful Kate shelters under an umbrella as she visits rainy Wimbledon to honour close friend Roger Federer



▸ Heidi Klum, 50, looks stunning in busty lace top as she drops more sultry photos from romantic Paris getaway with husband Tom Kaulitz, 33



▸ How to party like a billionaire! J.Lo, Ben Affleck and his daughter Violet join A-list crowd at Hamptons party hosted by mega rich mogul



▸ Alfonso Ribeiro, 51, says his daughter Ava, four, is 'doing great' following a scary scooter accident... but her recovery is a 'long process'



▸ Former VS Angels Sara Sampaio and Jasmine Tookes don white mini-dresses at Mohammed Al Turki's star-studded birthday dinner in Paris



▸ Barack and Michelle Obama pay tribute to their 'talented' and 'wonderful' daughter Malia with heartwarming throwback photos in honor of her milestone 25th birthday



▸ 'We've had a rough year': Kyle Richards and Mauricio Umansky issue statement following 'separation' after 27 years of marriage



▸ Tracee Ellis Ross, 50, shares topless mirror selfie from when she had a backstage fitting backstage at Schiaparelli fashion show in Paris



▸ Al Roker becomes a grandfather as daughter Courtney and her husband Wesley Laga welcome first child



▸ Kevin Spacey sexually assaulted a stranger at his luxury Cotswolds holiday home after drink driving a group of



Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT

Page 25 of 40





▶ grandfather as daughter and son-in-law Lage welcome first child



▶ Kevin Spacey sexually assaulted a stranger at his luxury Cotswolds holiday home after drink driving a group of young men there for a 'party', Hollywood actor's trial hears



▶ Cardi B turns heads in a form-fitting Valentino-logo unitard jumpsuit and matching cape as she steps out shopping during Paris Fashion Week



▶ Geraldo Rivera celebrates 80th birthday just DAYS after he resigns from Fox News following The Five sacking



▶ Camila Cabello looks sensational in a glamorous white mini dress with dramatic train as she arrives at the Stéphane Rolland show during Couture Paris Fashion Week



**EXCLUSIVE** Logan Paul, 28, and Nina Agdal, 31, are ENGAGED after YouTuber pops the question with a wrong size ring



▶ Rihanna shares adorable snap of her partner A$AP Rocky and son RZA playing in the pool during Barbados getaway: 'My Bajan boyz'



▶ 'I wasn't ready to talk about it': Heartstopper star Kit Connor says he 'would have come out differently' after being 'pressured' to discuss sexuality amid 'queerbaiting' claims



▶ Margot Robbie really IS Barbie: How A-lister is channelling her character by dressing up as versions of the doll while promoting the new film



▶ Forrest Gump child star looks unrecognisable 29 years after the film was released - as he reveals he joined the army just like his character



▶ Eva Longoria puts on a leggy display in a beige mini skirt and blazer as she attends photocall for her new film Flamin' Hot in Madrid



▶ Mission: Impossible star is left speechless by Sunrise host Matt Shirvington's bizarre talent - after Tom Cruise was mesmerised by the ex-Olympian's sprinting ability



▶ Pregnant Kourtney Kardashian flaunts her baby bump in a hot pink bikini as she reunites



Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT



Share  469  Top  184  Home  489



star is left speechless after Matt Hampton's barrel talent - after Tom Cruise was mesmerised by the ex-Olympian's sprinting ability



▶ Pregnant Kourtney Kardashian flaunts her baby bump in a hot pink bikini as she reunites with BFF Addison Rae for sultry snaps by the pool



▶ Khloe Kardashian is mocked for making huge spelling error on new post but some fans think they know the reason why!



▶ Lovely in lace! Princess Diana's nieces Lady Amelia Spencer and Eliza Spencer stun at launch of tennis star Casper Ruud luggage brand



▶ Hailey Bieber puts on an elegant display in white halter dress as she cuddles husband Justin at Michael Rubin's annual Fourth of July white party



▶ Kyle Richards' secret lesbian romance rumors revealed: RHOB star, 53, linked to female country singer Morgan Wade, 28, after shock split from Mauricio Umansky



▶ Leonardo DiCaprio arrives in the Hamptons with a MYSTERY WOMAN... just days after a Paris trip with model Neelam Gill



▶ Psychic Allison DuBois who predicted Kyle Richards and Mauricio Umansky's split during infamous 'dinner party from hell' SPEAKS OUT



▶ Victoria Beckham marks 24th wedding anniversary with David while he treats the 'best wife, mummy and drinking partner' to a GIANT Hermes gift



EXCLUSIVE  An Italian Cinderella! Tiffany Trump ditches her heels for flats before she and new husband Michael Boulos pose for selfies with fans in Florence



▶ Lupita Nyong'o looks chic in a boucle top and shorts coordinate at the Chanel show during Paris Fashion Week




ANYTIME, ANYWHERE, Mail Online ON YOUR IPHONE
TRY IT FREE FOR 60 DAYS ▶

ADVERTISEMENT

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT
Page 27 of 40




Share
469
View comments
Top
Home
+99

ANYWHERE,
Mail Online
ON YOUR IPHONE
TRY IT FOR FREE FOR 60 DAYS ▸

ADVERTISEMENT

Daily Mail.com

NEWZIT LIVE TOP STORIES

TOP STORIES SHOWBIZ SPORT

Lab test confirms white substance found at the White House is...
NBC News · 3hrs · See more versions

From Philadelphia to Fort Worth, Fourth of July shootings claime...
USA TODAY · 4h · See more versions

Russia and Ukraine accuse each other of plotting attack on nuke...
Yahoo · 7hrs ago · See more versions

Biden, top officials launch 'Bidenomics' tour as polls show...
Fox News · 20min · See more versions

US Navy stops Iran from seizing two oil tankers in Gulf of Oman
Fox News · 20min · See more versions

Chirlane McCray beams after announcing split from Bill de...
MailOnline · 3hrs · See more versions

PAYWALL
Allison Mack is free after 2 years in prison for NXIVM role
New York Daily N · See more versions

4 Killed In Louisiana In 17th Mass Shooting Over July 4 Weekend
Forbes · 39mins · See more versions

Beyoncé cancels Pittsburgh date prior to Renaissance tour kickof...
USA TODAY · 4h · See more versions

4th of July breaks record for highest global temperature ever

Click here to view more ›

Follow Daily Mail
Subscribe Daily Mail





Share
469
View comments
Top
Home
+99

Beyoncé cancels Pittsburgh date prior to Renaissance tour kickoff...
USA TODAY
See more versions

4th of July breaks record for highest global temperature ever

Click here to view more ›

Follow Daily Mail
Subscribe Daily Mail
Follow @DailyMail
Follow Daily Mail
Follow @dailymailuk
Follow Daily Mail

## DON'T MISS

Harry's 'band of brothers'! Who's who in Prince's close circle - after he missed the wedding of Jack Mann despite rumors pal was his 'secret best man' at wedding to Meghan

Blac Chyna shows off her toned figure in a crop top during adorable mommy-daughter workout with Dream, 6 - after having plastic surgery reversed

Jenna Coleman, Riley Keogh and Margaret Qualley lead the stars at the Chanel show in Paris as Haute Couture Fashion Week goes ahead after riot chaos

Makeup free Cate Blanchett, 54, cuts a stylish figure in an all-black outfit and $700 designer sunglasses as she jets out of Sydney

Sofia Richie Grainge shows off her chic sense of style in a white linen suit as she is unveiled as the new face of a hair care brand in fun campaign shots

Tom Cruise, 61, opens up about performing death-defying Mission Impossible stunt that saw him fly off a cliff while riding a motorcycle

Kevin Spacey grabbed man's crotch, kissed his neck and told him 'be cool' before 'panicking' when victim rejected him, Hollywood star's sex assault trial hears

EXCLUSIVE Kevin Costner's first wife Cindy Silva, 66, is seen grabbing groceries in Santa Barbara almost THREE DECADES after her divorce from actor

Mission Impossible: Dead Reckoning co-star Hayley Atwell reveals what it's really like to work with Tom Cruise

Emily Ratajkowski sizzles in busty transparent white dress as she attends Michael Rubin's exclusive Fourth of July party in the Hamptons


 Emily Ratajkowski sizzles in busty transparent white dress as she attends Michael Rubin's exclusive Fourth of July party in the Hamptons

 Kevin Costner claims his estranged wife Christine Baumgartner 'grasps at straws' to avoid vacating his $145M mansion in Santa Barbara amid divorce

 The Little Mermaid star Halle Bailey shows off her bombshell body in white bikini as she poses up for sizzling Instagram snaps

 Nicky Hilton Rothschild is joined by mother Kathy at PFW... while matriarch's sister Kyle Richards issues statement following 'separation'

 King Charles and Queen Camilla brave the drizzle in Edinburgh as they inspect new Jubilee Gates at Palace of Holyroodhouse

 Kyle Richards and Mauricio Umansky SPLIT! Real Housewives of Beverly Hills star and spouse 'go their separate ways' after 27 years of marriage

 Kate has 'given Prince William everything he didn't have growing up but Princess Diana's influence on him is clear', royal expert claims

 'Don't you dare!': Adele halts Las Vegas show to call out people who pelt artists with objects after a fan threw ashes on stage at Pink concert

 Jenny at the liquor store! Jennifer Lopez, 53, wows in plunging jumpsuit as she grabs a bottle of her own brand Delola in The Hamptons ahead of Fourth of July

 Khloe Kardashian goes BRALESS in a leather blazer and denim shirts as she poses for a slew of sultry photos to plug her Good American

 Kim Kardashian and sister Kendall Jenner sizzle in white outfits as they join Lori Harvey and Hailey Bieber for fun TikTok: 'And we ain't playing tag!'

 Kate's got talent! The eight very impressive skills you didn't know the Princess of Wales has (and the one she's hopeless at!)

 The Happiest Place on Earth! Rebel Wilson


Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT


469



eight very impressive skills you didn't know the Princess of Wales has (and the one she's hopeless at!)

▶ The Happiest Place on Earth! Rebel Wilson celebrates the 4th July holiday at Disneyland with fiancée Ramona Agruma after couple got engaged at theme park

▶ 'You're supposed to play different people!' Stanley Tucci weighs in on the debate surrounding straight actors portraying gay characters



▶ Who is Morgan Wade? Meet Kyle Richards' rumored new female lover who is covered in tattoos, loves to pump iron and set to undergo a double mastectomy



▶ Winnie Harlow looks sensational in a white mesh jumpsuit as she arrives at Michael Rubin's star-studded 4th of July party in the Hamptons



▶ The Bachelorette: Charity Lawson and Joey Graziadei crush record for longest kiss on ABC show



▶ All the clues Kyle Richards' marriage to Mauricio Umansky was secretly over after 27 years (and signs RHOBH star had already moved on with female singer Morgan Wade)



▶ Shakira 'was in an open relationship with Gerard Piqué for three YEARS' before couple's bitter separation amid claims he was unfaithful before their split



▶ Kourtney Kardashian, 44, 'doesn't need her sisters to make money' as she focuses on her own Poosh brand and steps away from 'family drama'



▶ Jordana Brewster, 41, shows off her toned body in a tiny polka dot bikini while on vacation with her family



▶ Claim to Fame: Travis is eliminated and revealed as the son of Neil DeGrasse Tyson... after figuring out Shayne is Eddie Murphy's daughter



▶ Jessie J is left 'sobbing' as she shares adorable moment with son Sky that she had been planning for 13 YEARS



▶ Stassi Schroeder and husband Beau Clark rush toddler daughter

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT
Page 31 of 40






▶ Jessie J is left emotional moment with son Sky that she had been planning for 13 YEARS



▶ Stassi Schroeder and husband Beau Clark rush toddler daughter Hartford to emergency room over 'scary' breathing issues


▶ Newly single Camila Cabello goes braless beneath a glamorous pink keyhole gown during PFW


▶ Kendall Jenner puts on a busty display in cut-out gown before wowing in a plunging sequin frock from Bottega Veneta

▶ Ellen DeGeneres and wife Portia de Rossi splash out $22.5M on ANOTHER Montecito property as they snap up elegant 1919 Spanish-style home


▶ Kaitlin Olson responds to relationship rumor with humor after blog claims Rob McElhenney cheated on her in Wales


▶ David Beckham reveals the one hairstyle he regrets before speaking out on his pride for his Jewish roots


▶ The Walking Dead: Daryl Dixon trailer finds Norman Reedus' beloved character trekking through France amid all the zombie destruction


▶ Michael Jordan reveals he DOESN'T approve of son Marcus, 32, dating Larsa Pippen, 48 - despite beauty insisting beau's family are 'happy' with romance


▶ Thinking about Offset? Cardi B sings Whitney Houston ballad amid marital turmoil - after musician accused her of cheating on him


▶ Chet Hanks and MMA fighter girlfriend Melissa Maysing hold hands and kiss after working out in LA


▶ Fit for a future Queen? How Kate Middleton is following in Elizabeth II's footsteps with bright block colours - and a succession of theatrical blazers!


▶ It's getting serious! Robert Irwin is spotted at Brisbane Airport with girlfriend Rorie Buckey and her parents Nathan






Share   469   Top   Home

How Kate Middleton is following in Elizabeth ... block colours - and a succession of theatrical blazers!




It's getting serious! Robert Irwin is spotted at Brisbane Airport with girlfriend Rorie Buckey and her parents Nathan and Kate Ledger after they met his family at Australia Zoo

Back on? Avril Lavigne and Tyga get close as they chat away at Las Vegas bash - following split rumors



Indiana Jones and the Dial of Destiny director James Mangold explains THAT big twist of an ending and the fate of Shia LaBeouf's Mutt Williams



Kyle Richards' husband Mauricio Umansky praised her for 'crushing' workouts as they laughed off Ozempic claims - days before SHOCK split was revealed



Tom Cruise celebrates his 61st birthday with fans and firework show at Mission Impossible - Dead Reckoning premiere in Sydney



Jimmy Fallon poses for rare family photo with wife Nancy Juvonen and daughters Winnie, 9, and Frances, 8, during Fourth of July getaway



Kristin Cavallari flaunts bikini body in white two-piece and a mesh mini-skirt... following plastic surgery



EXCLUSIVE  Robert De Niro's grandson Leandro, 18, was found dead with a 'white powdery substance' on a plate near his body and 'no signs of trauma'



Proud grandma! Kathie Lee Gifford shares a tender photo of herself with her new baby grandson Finn



Former supermodel Christie Brinkley, 69, claps back at 'jealous' trolls who attacked her over her wrinkles after sharing Instagram selfie



Mark Wahlberg celebrates wife Rhea's 45th birthday with their four children on a scenic boat trip: 'Happy b day babe!'



Zoella is pregnant! YouTube star Zoe Sugg confirms she is expecting her second child with boyfriend Alfie Deyes... two years



Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT

Page 33 of 40




469

4th birthday with their four children on a tropical beach! Harry & Gigi babe!



Zoella is pregnant! YouTube star Zoe Sugg confirms she is expecting her second child with boyfriend Alfie Deyes... two years after welcoming daughter Ottilie Rue



Kirsten Dunst and Jesse Plemons celebrate their first wedding anniversary with early dinner at Petit Trois in LA with their two sons



Madonna, 64, 'ignored signs of illness' in order to continue world tour rehearsals - before bacterial infection sent her to the ICU



Angela Lansbury's family sells the late actress' longtime Brentwood home for $4.9M... just DAYS after first listing it for $4.5M



Newly engaged Nicole Scherzinger shows off her bronzed physique as she enjoys a sunshine break in Mykonos with shirtless fiancé Thom Evans



Bella Thorne risks wardrobe malfunction in VERY skimpy bikini as she packs on the PDA with fiance Mark Emms during Italian getaway



Inside Kylie Minogue's plan to take on America: Record label confirms they have their eye on the States with Padam Padam after the song became a viral sensation and global hit



Inside Joey Chestnut's $4 MILLION net worth as a competitive eater - from thousands of dollars in prize money to some VERY lucrative brand deals



EDEN CONFIDENTIAL: Sir Rod Stewart is said to charge at least $1 million to perform at private events... but he may sing for free at his son's wedding



Certified Fresh! TV series that have received 100 per cent ratings on Rotten Tomatoes for EVERY SEASON as The Bear joins the renowned club



Blake Shelton wishes Gwen Stefani a happy second wedding anniversary with a heartwarming post: 'Every day has been the best day since I met you'



EXCLUSIVE  Sydney Sweeney's wet and wild summer! Euphoria star slips into skimpy black bikini while living it up with pals on luxury



Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT
Page 34 of 40




Share    469

second wedding anniversary with a sweet post: 'Every day has been the best day since I met you'

**EXCLUSIVE** Sydney Sweeney's wet and wild summer! Euphoria star slips into skimpy black bikini while living it up with pals on luxury cruise in Ibiza


David Beckham's best friend Dave Gardner, 46, beams as he and Victoria's Secret model Jessica Clarke, 30, step out to Wimbledon together


Heidi Klum, 50, puts on a busty display in tiny corset as she enjoys romantic Paris getaway with husband Tom Kaulitz, 33


Katie Holmes' ex Emilio Vitolo Jr. welcomes a daughter with his girlfriend Sammy Piccininni

Emily Ratajkowski puts on an eye-popping display as she goes braless under a semi-sheer white dress in New York City

The Idol finale slams Kanye West for 'following Hitler' amid rapper's vile anti-Semitism scandal in dramatic scene

America's Got Talent viewers slam 'annoying' schedule shake-up as Simon Cowell and fellow judges disappear for TWO-WEEK hiatus

NCIS alum Mark Harmon co-authors book about real-life NCIS operation during Pearl Harbor

Victoria Silvstedt, 48, shows off her abs in a sheer cover up as she steps out with her rarely seen businessman beau Maurice Dabbah in St Tropez

Natalie Portman is the epitome of elegance in a white strapless swing dress as she attends Dior's star-studded show during PFW

Her sexiest shoot yet! Model Gabrielle Epstein, 29, shows off her incredible figure in a lace corset and stockings for Honey Birdette lingerie campaign

Father of Leandro De Niro pays tribute and posts sweet pictures as he arrives with suit in arm to NYC home of teen's mom - after he was found dead in $1m

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT

Page 35 of 40



lace corset and stockings for Disney campaign

▶ Father of Leandro De Niro pays tribute and posts sweet pictures as he arrives with suit in arm to NYC home of teen's mom - after he was found dead in $1m Wall Street apartment

▶ My Oh My! Newly single Camila Cabello goes braless beneath a sheer gown as she joins Maisie Williams at Iris Van Herpen's PFW show

**EXCLUSIVE** Amazon billionaire Jeff Bezos parties on $500M love boat with fiancée Lauren Sanchez and group of women off the coast of Italy

▶ Tom Cruise and Renee Bargh reunite on the red carpet at the Mission Impossible premiere in Sydney after THOSE dating rumours

▶ Teasing the next album? Drake sports PINK nails, a rainbow watch, and a puppy sweater as he sings in the bathroom two days before his It's All A Blur tour kicks off

▶ Eva Longoria and her husband José Bastón share a kiss while out shopping for household items after renovating lavish home in Marbella, Spain

▶ Danielle Fogarty gives birth! Daughter of superbike racer Carl welcomes her second son with husband Ross Worswick and confirms his name as she shares snaps from hospital

▶ SNL star Bowen Yang reveals he is taking a break from his podcast due to 'bad bouts of depersonalization' - but says he is 'doing my best to get better'

▶ Daniel Radcliffe reveals the gender of his baby - three months after welcoming first child with long-term partner Erin Darke

▶ Kimora Lee Simmons says she's 'okay' after accusing ex-husband Russell Simmons of abuse following angry FaceTime call with their daughter, 20

▶ Chloe Bailey sizzles in an eye-popping pink bikini as she promotes Carnival in Saint Lucia after celebrating her 25th birthday

▶ America's Next TOPLESS Model! Braless Christine Quinn leaves very little nothing to the imagination in sheer gown at Paris Fashion Week show

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT
Page 36 of 40





after celebrating her

▶ America's Next TOPLESS Model! Braless Christine Quinn leaves very little nothing to the imagination in sheer gown at Paris Fashion Week show




▶ New Amsterdam star Tyler Labine reveals he suffered 'potentially fatal' blood clot in his intestines and liver: 'I spent 3 days in hospital trying not to die'



▶ King Charles attends a tour and reception on the Royal Yacht Britannia to mark 25 years since her arrival in Edinburgh ahead of his Coronation 2.0



▶ Cardi B commands attention in a plunging tweed suit and VERY quirky gold headpiece as she makes yet another fashionable appearance during Paris Fashion Week



▶ Oti Mabuse puts on an animated display as she's gripped by Pedro Cachin and Novak Djokovic's Wimbledon tennis match as she watches with husband Marius Lepure



▶ Ciara flashes her midriff and cleavage in a stylish blue two-piece outfit as she kicks off her Fourth of July celebrations



▶ Courteney Cox blows fans away with her take on the viral Grimace trend as she is attacked by giant DOG in homage to her iconic Scream role



▶ Brad Pitt the real life Benjamin Button! Hollywood star, 59, looks like he's aging in reverse while filming new campaign in France



▶ King Charles takes part in ancient 'Ceremony of the Keys' ritual at Palace of Holyroodhouse for the first time as monarch ahead of his Coronation 2.0

▶ Cate Blanchett reveals the worst thing about being an actress in Australia and says stars are 'constantly having to fight' to 'justify' their fame

▶ This is 40-love: Leslie Mann enjoys a day out at Wimbledon with daughter Iris, 20, and husband Judd Apatow

▶ Shanina Shaik goes braless in a sheer black top as she makes a stylish appearance at the first day of Wimbledon

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT
Page 37 of 40






husband Judd Apatow

▶ Shanina Shaik goes
braless in a sheer black
top as she makes a
stylish appearance at
the first day of
Wimbledon




▶ 90 Day Fiancé: Fans
blast Jasmine as she
makes a second shock
request to Gino after
already asking for a
prenup



▶ Ashley Tisdale shares
words of wisdom with
her fans as she
celebrates her 38th
birthday with beachy
snaps



▶ As Brad Pitt, 59, turns
back the clock with his
age-defying looks (and
maybe a little help from
a surgeon!) - we take a
look at the stars who
were born the same
year as him



▶ Robert De Niro's
daughter Drena shared
heartbreaking final post
with son Leandro, 19,
on a 'good day' before
his death



▶ Matt Damon and his
bikini-clad wife Luciana
Barroso enjoy beach
day while on family
vacation with pals Chris
and Liam Hemsworth in
Mykonos

▶ Kit Harington and
Rose Leslie welcome
their second child:
Game Of Thrones stars
announce arrival of
daughter

▶ The Crown's Elizabeth
Debicki nails Parisian
chic in a beret and
monochrome as she
joins elegant Natalie
Portman, Rosamund
Pike and Gemma
Arterton at PFW show



▶ Ellie Goulding's
husband Caspar Jopling
brushes aside 'marital
troubles' as he shares
snap of the singer in
latest post

▶ Cardi B receives a
helping hand after
suffering a wardrobe
malfunction in her busty
black gown at
Schiaparelli's Paris
Fashion Week show

▶ Jennifer Lopez shows
off her legs in a floral
romper while holding
hands with husband
Ben Affleck on
Hamptons shopping trip
with kids



▶ Margot Robbie nails
Barbiecore yet again in
a bright pink studded
co-ord complete with a
matching hat AND bag
during promo in South
Korea

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT

Page 38 of 40




Hamptons shopping trip with his...

Margot Robbie nails Barbiecore yet again in a bright pink studded co-ord complete with a matching hat AND bag during promo in South Korea




Princess Diana would be the 'only person who could fix Harry and William's rift' as her sons 'meant the world to her', royal expert claims



New couple alert? Paula Patton grabs groceries with Brie Larson's ex Elijah Allan-Blitz at Erewhon Market in LA



Robert De Niro's grandson actor Leandro dies aged 19 as his heartbroken mother Drea posts message saying 'I wish love alone could have saved you'



Vanderpump Rules stars Ariana Madix begins filming new season.. after cheating ex Tom Sandoval flees USA to work on ANOTHER reality show

Sex Pistols' Johnny Rotten says he is being harassed by female stalker who he came face-to-face with in his own back yard after she broke into his Los Angeles home

Pregnant Karlie Kloss shows off her growing baby bump in a blue dress as she enjoys a baby shower brunch with her son Levi, two, and loved ones



As Robert De Niro, 79, loses his grandson, 19, FEMAIL reveals the A-lister's huge family - including his seven children and much younger partner

The moment Shania Twain, 57, FALLS OVER on slippery stage during Illinois concert while wearing high-heel boots

Kelsey Grammer, 68, keeps it casual as he steps out with his wife Kayte Walsh, 44, to pick up takeaway Italian food



Hollywood star Kevin Spacey smiles as he arrives at UK court for sex assault trial





NEWZIT    LIVE TOP STORIES

TOP STORIES    SHOWBIZ    SPORT

Share  469  Top  Home  469



NEWZIT  LIVE TOP STORIES

TOP STORIES  SHOWBIZ  SPORT

Lab test confirms white substance found at the White House is...
NBC News · 2min · See more versions

From Philadelphia to Fort Worth, Fourth of July shootings claime...
USA TODAY · 4min · See more versions

Russia and Ukraine accuse each other of plotting attack on nuke...
Yahoo · 7hrs ago · See more versions

Biden, top officials launch 'Bidenomics' tour as polls show...
Fox News · 21min · See more versions

US Navy stops Iran from seizing two oil tankers in Gulf of Oman
Fox News · 20min · See more versions

Chirlane McCray beams after announcing split from Bill de...
MailOnline · 2hrs · See more versions

Allison Mack is free after 2 years in prison for NXIVM role
New York Daily News · See more versions

4 Killed In Louisiana In 17th Mass Shooting Over July 4 Weekend
Forbes · 40mins · See more versions

Beyoncé cancels Pittsburgh date prior to Renaissance tour kickof...
USA TODAY · 4min · See more versions

4th of July breaks record for highest global temperature ever

Click here to view more >

ADVERTISEMENT

DailyMail.com

FROM THE MAKERS OF CANDY CRUSH

Farm Heroes Saga, the #4 Game on iTunes. Play it now!

more >

Back to top

Home | Showbiz | Femail | Royals | Health | Science | Sports | Politics | U.K. | Money | Video | Travel | Shop

Sitemap | Archive | Video Archive | Authors | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

dmg media
Contact us    How to complain    Leadership Team    Advertise with us    Contributors    Work with Us    Terms    Do not sell or share my personal information    CA Privacy Notice    About
MailOnline    Privacy policy & cookies

Document title: General Michael Flynn leads friends in reciting oath to Constitution and QAnon slogan on July 4th | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-8491799/General-Michael-Flynn-leads-friends-reciting-oath-Constitution-QAnon-slogan-July-4th.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:18:45 GMT

Page 40 of 40