# EXHIBIT 96

PageVault

| | |
|---|---|
| Document title: | QAnon: Twitter tries to catch the horse that bolted \| CNN Business |
| Capture URL: | https://www.cnn.com/2020/07/22/tech/qanon-twitter-ban-analysis/index.html |
| Page loaded at (UTC): | Wed, 05 Jul 2023 19:19:24 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 19:20:24 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 72.44.41.80 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 7oJxj4LXF5an3QVy6uALc6 |
| User: | dwt-pjezick |



# Twitter tries to catch the QAnon horse that bolted

Analysis by Donie O'Sullivan, CNN Business
Updated 5:32 PM EDT, Wed July 22, 2020



 What is QAnon? CNN's John Avlon explains

 Experts warn AI could pose 'extinction' risk for humanity

 CNN tried a app. It wa pervy

**New York (CNN Business)** — Almost three years after a conspiracy theory known as QAnon began spreading on dark corners of the internet, pushing unfounded claims about a so-called "deep state" and prompting concerns about targeted harassment, social media platforms are finally looking to do something about it.

Twitter (TWTR) announced late Tuesday that it had removed thousands of accounts linked to QAnon, citing its policy of taking action on accounts with "the potential to lead to offline harm."

---

Document title: QAnon: Twitter tries to catch the horse that bolted | CNN Business
Capture URL: https://www.cnn.com/2020/07/22/tech/qanon-twitter-ban-analysis/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:20:24 GMT

Page 1 of 6

☰   BUSINESS   Markets   Tech   Media   Calculators   Videos         Audio   Live TV   🔍   Log In

began spreading on dark corners of the internet, pushing unfounded claims about a so-called "deep state" and prompting concerns about targeted harassment, social media platforms are finally looking to do something about it.

Twitter (TWTR) announced late Tuesday that it had removed thousands of accounts linked to QAnon, citing its policy of taking action on accounts with "the potential to lead to offline harm." Twitter (TWTR) said it would "permanently suspend accounts Tweeting about these topics" and "coordinating abuse around individual victims."

Facebook (FB) is also planning to take action against QAnon, according to three sources familiar with the company's work on misinformation. One source said the company has been studying QAnon for some time and assessing how its existing policies would apply to QAnon.


Sponsored by RVshare
8 popular places to travel by a RV this summer
Read more

  4.15% APY Member FDIC   360 PERFORMANCE SAVINGS · No fees · No minimums · Open in about 5 min   OPEN ACCOUNT
Sponsors of GOBankingRates   Advertiser Disclosure

While these actions may be welcome news for people who have been harassed for years by followers of the conspiracy theory, which in its adherence to dogma even when it is obviously false or contradicts itself can resemble a cult, these policy moves nonetheless raise the question of why it took the platforms so long to act.

As November's election approaches, technology companies are announcing more policies to try to crack down on the spread of misinformation. Whether the companies will successfully and effectively enact these policies will be subject to scrutiny.

CNN Business has also reached out to YouTube, where QAnon-pushing videos have also proliferated, to ask if it is going to do anything to crack down on QAnon content beyond its existing policies.

In the years since QAnon began on the hate-filled message board 4chan, it has taken on a life of its own. What was once an unfounded conspiracy theory about a cabal of pedophiles and a government "deep state" has become a fringe movement – a catchall for proponents of all shades of misinformation.

## CNN BUSINESS VIDEOS

 ⊙ Are you the office jerk? Here's how to tell

 ⊙ Study: Anti-LGBTQ+ laws are bad for business

 ⊙ Weber: Strategic price controls can help lower inflation

 ⊙ How to tell if you're the office jerk and book Beyoncé or Flo Rida for your next party

**RELATED ARTICLE**
Twitter takes down 7,000 accounts linked to QAnon

Multiple Republican candidates running in November's elections have embraced QAnon. President Donald Trump has retweeted QAnon accounts and his rallies are often sprinkled with attendees with QAnon-related signs and shirts. Michael Flynn, Trump's first national security adviser, posted a video earlier this month in which he used phrases and slogans that are hallmarks of the QAnon movement.

"Disinformation and dangerous conspiracy theories have been a major issue on social media for years, and social platforms have done substantial harm by escalating divisions in our society and radicalizing people towards conspiracies and hate," Johnathan Greenblatt, the CEO of the Anti-Defamation League, told CNN Business on Wednesday in response to Twitter's QAnon takedown. "Still, it's never too late to do the right thing."

In announcing its crackdown, Twitter also confirmed something troubling: The social network's algorithms have been recommending and highlighting QAnon content to Twitter users. This implies Twitter itself, and not just the people on it, played a role in amplifying the conspiracy theory.

Facebook, meanwhile, has many groups devoted to the conspiracy, some of which are listed as having tens of thousands of members. Facebook groups are rabbit-holes, ideological echo-chambers where biases and beliefs, accurate or not, are reinforced.

lendingtree

| Mortgage | Personal Loans | Credit Cards |
|---|---|---|
| Loan Type | Rate | APR |
| 30-yr fixed | 5.75% | 6.05% |
| 15-yr fixed | 5.38% | 5.49% |
| 5/1 ARM | 4.25% | 3.31% |
| Loan Amount | APR | Payment |
| $225,000 (5/1 ARM) | 3.31% | $1,106.86/mo |

calculate payment



implies Twitter itself, and not just the people on it, played a role in amplifying the conspiracy theory.

Facebook, meanwhile, has many groups devoted to the conspiracy, some of which are listed as having tens of thousands of members. Facebook groups are rabbit-holes, ideological echo-chambers where biases and beliefs, accurate or not, are reinforced.

It is unclear whether all subscribers of QAnon believe or even know about all the absurd claims tied into the conspiracy theory or raised by its other supporters. Indeed, support for QAnon generally has become a badge of anti-establishment thinking on the fringes.

But the rise of QAnon highlights how easily the lines between the fringe and the mainstream can be blurred when conspiracy theories are allowed to run rampant on some of the most powerful online platforms in the world, reaching an untold number of people.

In perhaps the clearest sign of how influential this conspiracy theory has become, even as Twitter took down thousands of QAnon accounts, it left up accounts belonging to QAnon supporters now running for Congress. Twitter has maintained elsewhere that it does not want to silence candidates — the company largely believes the public should be able to judge candidates for themselves, warts and all.

In short, QAnon may already have reached a level of prominence that makes it hard, if not impossible, to shut down completely.




















**Seniors Under 85 Get $250k In Life Insurance For $13/Month**
ActiveBeat

**Washington: The List Of The Top Financial Advisor Firms Is Out**
smartasset



Advertisement | Ad Feedback



**What to Do If Retirement Isn't Your Only Goal**
Sponsored by Charles Schwab

**JULY'S TOP BANKING OFFERS**

 360 PERFORMANCE SAVINGS
**4.15% APY**
Member FDIC
OPEN ACCOUNT

 HIGH YIELD SAVINGS
**4.65% APY**
Annual Percentage Yield
APPLY NOW


Stansberry Research

PNC BANK
4.65 % APY
Annual Percentage Yield
HIGH YIELD SAVINGS
APPLY NOW

usbank
4.25 % APY
Minimum $25,000 | Member FDIC
ELITE MONEY MARKET SAVINGS ACCOUNT
NEXT

citi
Earn up to $2,000 Cash Bonus. Open a new eligible checking account with required activities.
CITI CHECKING
Member FDIC
OPEN ACCOUNT

Sponsors of GOBankingRates Advertiser Disclosure

CONTENT BY GREENSPROUT

Do This Before Renewing Amazon Prime, it's Genius

You'll Want to Know This if You Have Amazon Prime

Save Money on Almost Everything You Buy Online

Before You Renew Amazon Prime, Read This

The Shocking Revelation About Prime Memberships

Paid Links

$30/Hour at Home Jobs

Golden Corral Coupons for Seniors

7% Interest Savings Accounts

Best Dividend Paying Stock List

Golden Corral Menu Prices 2023

CNN BUSINESS | Markets | Tech | Media | Calculators | Videos | Audio | Live TV | Log In

Best Dividend Paying Stock List

Golden Corral Menu Prices 2023

Search CNN...   Search →

**US**
Crime + Justice
Energy + Environment
Extreme Weather
Space + Science

**World**
Africa
Americas
Asia
Australia
China
Europe
India
Middle East
United Kingdom

**Politics**
The Biden Presidency
Facts First
US Elections

**Business**
Tech
Media
Calculators
Videos

**Markets**
Pre-markets
After-Hours
Market Movers
Fear & Greed
World Markets
Investing
Markets Now
Before the Bell
Nightcap

**Opinion**
Political Op-Eds
Social Commentary

**Health**
Life, But Better
Fitness
Food
Sleep
Mindfulness
Relationships

**Entertainment**
Movies
Television
Celebrity

**Tech**
Innovate
Gadget
Foreseeable Future
Mission: Ahead
Upstarts
Work Transformed
Innovative Cities

**Style**
Arts
Design
Fashion
Architecture
Luxury
Beauty
Video

**Travel**
Destinations
Food & Drink
Stay
News
Videos

**Sports**
Pro Football
College Football
Basketball
Baseball
Soccer
Olympics
Hockey

**Videos**
Live TV
Digital Studios
CNN Films
HLN
TV Schedule
TV Shows A-Z
CNNVR

**Audio**

**CNN Underscored**
Electronics
Fashion
Beauty
Health & Fitness
Home
Reviews
Deals
Money
Gifts
Travel
Outdoors
Pets
CNN Store

**Coupons**

**Weather**
Climate
Storm Tracker
Wildfire Tracker
Video

**More**
Photos
Longform
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN

CNN BUSINESS.   Audio   Live TV   FOLLOW CNN BUSINESS   Log In

Most stock quote data provided by BATS. US market indices are shown in real time, except for the S&P 500 which is refreshed every two minutes. All times are ET. Factset: FactSet Research Systems Inc. All rights reserved. Chicago Mercantile: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC and/or its affiliates. Fair value provided by IndexArb.com. Market holidays and trading hours provided by Copp Clark Limited.

Terms of Use   Privacy Policy   Cookie Settings   Ad Choices   Accessibility & CC   About   Newsletters   Transcripts

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.