# EXHIBIT 97



| | |
|---|---|
| Document title: | Sidney Powell is a beacon of hope to sad Qanon supporters | CNN Business |
| Capture URL: | https://www.cnn.com/2020/11/24/business/sidney-powell-qanon/index.html |
| Page loaded at (UTC): | Wed, 05 Jul 2023 19:20:42 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 19:22:00 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 72.44.41.80 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | 7PP1aWqHH7KSfVF1n1DExc |
| User: | dwt-pjezick |

PDF REFERENCE #:     ngBN2VY2HEJrBztpJSz9a8



| Markets → | | | Fear & Greed Index → | Latest Market News → |
|---|---|---|---|---|
| DOW | 34,313.49 | 0.31% ▼ | Extreme Greed is driving the US market  80 | Former Pfizer employee charged with Covid drug insider trading |
| S&P 500 | 4,451.43 | 0.09% ▼ | | Smoke pours out of Tiffany & Co. flagship 5th Ave. New York store two … |
| NASDAQ | 13,812.60 | 0.03% ▼ | | Deadline for airline 5G retrofits could add to travel woes this July 4 holi… |

# Sidney Powell is a beacon of hope to sad Qanon supporters



By Donie O'Sullivan, CNN Business
Updated 2:02 PM EST, Tue November 24, 2020





☐ Video Ad Feedback

 An online movement has these Trump supporters convince… 05:22

 CNN reporter on Q's return: 'As dumb as it is dangerous' 02:59

 YouTube re… video fro… committe… 03:18


MORE FROM CNN BUSINESS

 Shein sent American influencers to China. Social media users are furious

 National Geographic magazine has laid off the last of its staff writers


Sponsored by Mitchel Gold and Bob Williams
Customize furniture to perfectly match your style
Read more

Advertisement   ☐ Ad Feedback

**New York (CNN Business)** — A few weeks before the election I went to a meeting of QAnon fanatics in Scottsdale, Arizona.

The groupthink there: President Trump was not only going to win the election — he was going to win it in a landslide. Anything other than that result would be evidence of mass election fraud.

That, of course, didn't happen. And on Monday evening the Trump administration green-lit the

Document title: Sidney Powell is a beacon of hope to sad Qanon supporters | CNN Business
Capture URL: https://www.cnn.com/2020/11/24/business/sidney-powell-qanon/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:22:00 GMT

Page 1 of 7

fanatics in Scottsdale, Arizona.

The groupthink there: President Trump was not only going to win the election — he was going to win it in a landslide. Anything other than that result would be evidence of mass election fraud.

That, of course, didn't happen. And on Monday evening the Trump administration green-lit the transition to the Biden presidency.

But for some Trump supporters, especially those who believe in QAnon conspiracy theories either knowingly or not, that move is meaningless. For three weeks they've been clinging to the idea that a miracle was coming, that Trump would emerge victorious and liberals would be left in tears. They haven't changed their minds yet.

This is where Sidney Powell has come in. Powell had, working with Trump's legal team, become a key face of the false allegations about election fraud. Trump's legal team distancing itself from her did little to change that in the minds of the QAnon believers who see her as their hero — indeed, for some of them, it has only strengthened their belief that she and Trump together have a plan for his ultimate victory.

## Dreams of a Trump landslide

QAnon followers needed Trump to be re-elected: His defeat would be yet more evidence that the narrative spun by the anonymous "Q," a supposed Trump insider, and by the influencers in the movement, bore no connection to reality. Some even acknowledged a little wariness about the fact that Q had been making predictions for three years without the predicted events ever materializing.

QAnon had long promised Trump was going to upend the deep state. One of its first posts in 2017 claimed that Hillary Clinton was about to be arrested.

The 100 or so people who gathered in the conference room of a resort in Scottsdale last month listened as different speakers took the podium. The speakers (mostly men) that day and their ilk make money from QAnon. They run online radio shows, sell QAnon merchandise, and self-publish books. Some just straight-up ask for donations.


**RELATED VIDEO**
QAnon has hijacked the name of a real organization trying to save children

Their message to the audience: Be patient and trust Q. Everything will come true after Trump's re-election.

Then Trump lost. Whoever "Q" is has barely posted since Election Day.

The speakers in Scottsdale can be thought of as priests of QAnon — in fact some of them were citing specific Q posts that day as if they were gospel.

That messiah has gone mostly silent since the election.

## Along came Powell

Powell is no stranger to conspiracy theories. She is the lawyer to a QAnon hero – Michael Flynn, President Trump's disgraced former national security adviser.

Her performance at last week's Trump campaign press conference (before the campaign









## Along came Powell

Powell is no stranger to conspiracy theories. She is the lawyer to a QAnon hero – Michael Flynn, President Trump's disgraced former national security adviser.

Her performance at last week's Trump campaign press conference (before the campaign distanced itself from her) was quintessential fodder for QAnon followers.

During it she claimed, with no evidence, a mass Democratic Party conspiracy to cheat in the election coupled with foreign interference by the ghost of Hugo Chavez, and mentions of China and George Soros thrown in for good measure.

Her diatribe was so lacking in evidence it was even called out by Fox News' Tucker Carlson. For some QAnon followers, however, it was a sermon — a set of talking points and conspiracy theories they could coalesce behind, an opportunity to keep the fantasy alive.



**RELATED VIDEO**
These Trump supporters say Fox News is too liberal

In the days since, Powell's baseless claims have been propelled across the internet by QAnon's adherents. One of the people who spoke at the Arizona conference retweeted Monday a post that called Powell "our attorney doing God's work to preserve our Republic!"

Big Tech platforms say they have cracked down, even banned, QAnon conspiracy theories – but they can still be found on all the major social media platforms.

While Powell may not have a "Q" plastered across her forehead, she and Flynn have posted messages online that QAnon followers see as signals.

In July, Flynn posted a video where he takes an oath after which he repeats phrases and slogans that are hallmarks of QAnon. He also repeatedly uses phrases on social media that are popular among QAnon supporters.

Powell denied Flynn's video was a QAnon dog whistle, telling CNN in July, "General Flynn and I both encourage love of this great country and patriotism. Neither of us know Q but appreciate the support we have received from all in our fight for the Truth and Justice."

One of Q's great promises is a metaphorical "storm" that will upend the supposed "deep state" in Washington.

Powell's Twitter profile picture is a graphic of her and Flynn with lightning striking the U.S. Capitol. She has also retweeted prominent QAnon supporters.

To QAnon followers the message is clear — Powell is on their side.

**PAID PARTNER CONTENT**                    Dianomi


**5 Companies That Send People Money When They're Asked Nicely**
The Penny Hoarder


**What to Do If Retirement Isn't Your Only Goal**
sponsored by Charles Schwab


**Banks Offering Over 4% Interest Savings Accounts**
sponsored by SavingsAccounts.com


**Seniors Under 85 Get $250k In Life Insurance For $13/Month**
sponsored by ActiveBeat

**PAID PARTNER CONTENT**        Dianomi 


**5 Companies That Send People Money When They're Asked Nicely**
The Penny Hoarder


**Schwab's Take on Today's Markets**
Charles Schwab


**Seniors Under 85 Get $250k In Life Insurance For $13/Month**
ActiveBeat


**5 Odd Things Millionaires Do With Money, But Most of Us Haven't Tried**
The Penny Hoarder










They're Asked Nicely
The Penny Hoarder

Insurance For $18/Month
sponsored by ActiveBeat

ActiveBeat

The Penny Hoarder

Washington: The List Of The Top Financial Advisor Firms Is Out
smartasset

Banks Offering Over 4% Interest Savings Accounts
SavingsAccounts.com

Advertisement Ad Feedback

Banks Offering Over 4% Interest Savings Accounts
Sponsored by SavingsAccounts.com

JULY'S TOP BANKING OFFERS

Capital One
4.15 % APY
Member FDIC
360 PERFORMANCE SAVINGS
OPEN ACCOUNT

PNC BANK
4.65 % APY
Annual Percentage Yield
HIGH YIELD SAVINGS
APPLY NOW

Banks Offering Over 4% Interest Savings Accounts
Sponsored by SavingsAccounts.com


HIGH YIELD SAVINGS
4.65% APY
Annual Percentage Yield
APPLY NOW


ELITE MONEY MARKET SAVINGS ACCOUNT
4.25% APY
Minimum $25,000 | Member FDIC
NEXT


CITI CHECKING
Member FDIC
Earn up to $2,000 Cash Bonus. Open a new eligible checking account with required activities.
OPEN ACCOUNT


Sponsors of GOBankingRates
Advertiser Disclosure

CONTENT BY GREENSPROUT

Do This Before Renewing Amazon Prime, it's Genius

You'll Want to Know This if You Have Amazon Prime

Save Money on Almost Everything You Buy Online

The Shocking Revelation About Prime Memberships

Before You Renew Amazon Prime, Read This

Paid Links  

Best Bathroom Paint Colors

7% Interest Savings Accounts

Target Stores Closing in May

Jim Cramer Stocks to Buy

$30/Hour at Home Jobs

---

Document title: Sidney Powell is a beacon of hope to sad Qanon supporters | CNN Business
Capture URL: https://www.cnn.com/2020/11/24/business/sidney-powell-qanon/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:22:00 GMT

Page 5 of 7



Most stock quote data provided by BATS. US market indices are shown in real time, except for the S&P 500 which is refreshed every two minutes. All times are ET. Factset: FactSet Research Systems Inc. All rights reserved. Chicago Mercantile: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC and/or its affiliates. Fair value provided by IndexArb.com. Market holidays and trading hours provided by Copp Clark Limited.

Man Behind Stock-Picking System Names #1 Stock of 2023
sponsored by Chaikin Analytics

Hands Down One of the Best Cards for Good Credit
sponsored by The Motley Fool

Washington: The List Of The Top Financial Advisor Firms Is Out
sponsored by smartasset

Search CNN...    Search →

**US**
Crime + Justice
Energy + Environment
Extreme Weather
Space + Science

**World**
Africa
Americas
Asia
Australia
China
Europe
India
Middle East
United Kingdom

**Politics**
The Biden Presidency
Facts First
US Elections

**Business**
Tech
Media
Calculators
Videos

**Markets**
Pre-markets
After-Hours
Market Movers
Fear & Greed
World Markets
Investing
Markets Now
Before the Bell
Nightcap

**Opinion**
Political Op-Eds
Social Commentary

**Health**
Life, But Better
Fitness
Food
Sleep
Mindfulness
Relationships

**Entertainment**
Movies
Television
Celebrity

**Tech**
Innovate
Gadget
Foreseeable Future
Mission: Ahead
Upstarts
Work Transformed
Innovative Cities

**Style**
Arts
Design
Fashion
Architecture
Luxury
Beauty
Video

**Travel**
Destinations
Food & Drink
Stay
News
Videos

**Sports**
Pro Football
College Football
Basketball
Baseball
Soccer
Olympics
Hockey

**Videos**
Live TV
Digital Studios
CNN Films
HLN
TV Schedule
TV Shows A-Z
CNNVR

**Audio**

**CNN Underscored**
Electronics
Fashion
Beauty
Health & Fitness
Home
Reviews
Deals
Money
Gifts
Travel
Outdoors
Pets
CNN Store

**Coupons**

**Weather**
Climate
Storm Tracker
Wildfire Tracker
Video

**More**
Photos
Longform
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN

Audio   Live TV   FOLLOW CNN BUSINESS   Log In

Most stock quote data provided by BATS. US market indices are shown in real time, except for the S&P 500 which is refreshed every two minutes. All times are ET. Factset: FactSet Research Systems Inc. All rights reserved. Chicago Mercantile: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC and/or its affiliates. Fair value provided by IndexArb.com. Market holidays and trading hours provided by Copp Clark Limited.

Terms of Use   Privacy Policy   Cookie Settings   Ad Choices   Accessibility & CC   About   Newsletters   Transcripts

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

Document title: Sidney Powell is a beacon of hope to sad Qanon supporters | CNN Business
Capture URL: https://www.cnn.com/2020/11/24/business/sidney-powell-qanon/index.html
Capture timestamp (UTC): Wed, 05 Jul 2023 19:22:00 GMT

Page 7 of 7