# EXHIBIT 99



**Tweet**

**Donie O'Sullivan**
@donie

📺On @CNNTonight in the 10p ET hour:

Inside a pre-election meeting of the QAnon faithful and how they interpreted Trump's comments as an endorsement of their beliefs.

New reporting with help from the team at @QanonAnonymous.

Search Twitter

**Relevant people**

**Donie O'Sulliv...** @donie Follow
CNN Correspondent /donie.osullivan@warnermedia.com

**CNN Tonight** @CNNTonight Follow
CNN Tonight brings you two live hours of the day's biggest stories. Weekdays at 10pm.

**QAA Podcast** @QanonAnony... Follow
The QAnon Anonymous Podcast. Hosts @JulianFeeld @Travis_View @RealRockatansky / UK Corr. @AnnieKNK / Zoomer Corr. @Liv_Agar / Inner Earth Corr. @loveandsaucers

**What's happening**

Tennis · LIVE
**Wimbledon 2023** 🎾

**URL**
https://twitter.com/donie/status/1357513155849633793
**Timestamp**
Thu Jul 06 2023 11:21:54 GMT-0400 (Eastern Daylight Time)



9:15 PM · Feb 4, 2021

**85** Retweets **12** Quotes **428** Likes **15** Bookmarks

Tweet your reply!

Reply

**Donie O'Sullivan** @donie · Feb 5, 2021
cnn.com/videos/busines...
9 27 100

**Luminous-Motha** @Luminous_Motha · Feb 4, 2021
@donie that was so good! Thank you for the work you do :)
3

**VictorSierra 🇪🇺 #FBPE 😷** @ManUtdV · Feb 4, 2021
Is this the same guy arrested for Jan 6th?
1 3

**derf winsor** @derf_winsor · Feb 4, 2021

**What's happening**

Tennis · LIVE
**Wimbledon 2023** 🎾

**URL**

https://twitter.com/donie/status/1357513155849633793

**Timestamp**

Thu Jul 06 2023 11:21:54 GMT-0400 (Eastern Daylight Time)