# EXHIBIT 100



**Tweet**

**Donie O'Sullivan** @donie · Feb 4, 2021

📺On @CNNTonight in the 10p ET hour:

Inside a pre-election meeting of the QAnon faithful and how they interpreted Trump's comments as an endorsement of their beliefs.

New reporting with help from the team at @QanonAnonymous.

30 97 428

**Donie O'Sullivan**
@donie

cnn.com/videos/busines...

Search Twitter

**Relevant people**

**Donie O'Sulliv...** @donie **Follow**
CNN Correspondent /donie.osullivan@warnermedia.com

**What's happening**

Tennis · LIVE
**Wimbledon 2023**

Trending in United States
**Keishla**
2,047 Tweets

Trending in United States
**Klanned Karenhood**
11.7K Tweets

Technology · Trending
**Insta**
166K Tweets

Trending in United States
**Mastodon**
34K Tweets

**URL**

https://twitter.com/donie/status/1357554846027681794?s=20

**Timestamp**

Thu Jul 06 2023 11:24:50 GMT-0400 (Eastern Daylight Time)



30 97 428

**Donie O'Sullivan**
@donie

cnn.com/videos/busines...

12:01 AM · Feb 5, 2021

**23** Retweets **4** Quotes **100** Likes **9** Bookmarks

Tweet your reply! Reply

**Nanc** ☮🌻 @Nanc3000 · Feb 5, 2021
That seems pretty creepy.

**Lori** ☮🌻 @Lori02139 · Feb 5, 2021
Really interesting segment tonight, Donie. 👍

**Amber** @ambie1979 · Feb 5, 2021
Yep. Cult.

**Conall** @conalljmilligan · Feb 5, 2021

Technology · Trending
**Insta**
166K Tweets

Trending in United States
**Mastodon**
34K Tweets

**URL**
https://twitter.com/donie/status/1357554846027681794?s=20

**Timestamp**
Thu Jul 06 2023 11:24:50 GMT-0400 (Eastern Daylight Time)