# EXHIBIT 101



Tweet

**Donie O'Sullivan** @donie · Jun 15, 2021

Alan Hostetter plead not guilty this week to charges related to January 6th.

Here he is at a QAnon conference in Arizona in October talking about the occasional need for violence.

From **Donie O'Sullivan**

9 104 207

**Donie O'Sullivan** @donie · Jun 15, 2021

mercurynews.com
Former California police chief pleads not guilty to U....
Federal prosecutors charged Hostetter with conspiracy to obstruct an official proceeding, and ...

1 6 22

**Donie O'Sullivan** @donie · Jun 15, 2021

Read @AllMattNYT's story about Alan and his wife.

Search Twitter

**Relevant people**

**Donie O'Sulliv...** @donie Follow
CNN Correspondent /donie.osullivan@warnermedia.com

**QAA Podcast** @QanonAnony... Follow
The QAnon Anonymous Podcast. Hosts @JulianFeeld @Travis_View @RealRockatansky / UK Corr. @AnnieKNK / Zoomer Corr. @Liv_Agar / Inner Earth Corr. @loveandsaucers

**What's happening**

Tennis · LIVE
**Wimbledon 2023**

Trending in United States
**Keke**
Trending with Black Twitter

Technology · Trending

**URL**

https://twitter.com/donie/status/1404889150113955851

**Timestamp**

Thu Jul 06 2023 11:26:58 GMT-0400 (Eastern Daylight Time)



mercurynews.com
Former California police chief pleads not guilty to U....
Federal prosecutors charged Hostetter with conspiracy to obstruct an official proceeding, and ...

1 6 22

**Donie O'Sullivan** @donie · Jun 15, 2021
Read @AllMattNYT's story about Alan and his wife.

nytimes.com
A Teacher Marched to the Capitol. When She Got Home, the Fight Bega...
Kristine Hostetter was a beloved fourth-grade teacher. Then came the pandemic, the election and the Jan. 6 riot in Washington.

1 9 35

**Donie O'Sullivan**
@donie

That October video is from this QAnon conference that I attended along with the @QanonAnonymous guys.

youtube.com
QAnon followers react to Trump refusing to condemn them

Trending in United States
**Keke**
Trending with Black Twitter

Technology · Trending

**URL**
https://twitter.com/donie/status/1404889150113955851

**Timestamp**
Thu Jul 06 2023 11:26:58 GMT-0400 (Eastern Daylight Time)



That October video is from this QAnon conference that I attended along with the @QanonAnonymous guys.

youtube.com
QAnon followers react to Trump refusing to condemn them
CNN's Donie O'Sullivan went inside a gathering of QAnon followers in Arizona, just a couple of weeks before the 2020 ...

3:50 PM · Jun 15, 2021

**8** Retweets **34** Likes **2** Bookmarks

Tweet your reply!

Reply

**Sheila Ferguson 3°** @SheilaDFerguson · Jun 15, 2021
I'm really sick and tired of these people. 😡 Once they acknowledge the TRUTH about the election and that Biden won I will listen to their gripes. Over and out!

4

**Jane** @Jane_R900 · Jun 15, 2021
This has to stop!

2

**URL**

https://twitter.com/donie/status/1404889150113955851

**Timestamp**

Thu Jul 06 2023 11:26:58 GMT-0400 (Eastern Daylight Time)