# EXHIBIT 102

