# **EXHIBIT 108**

Home    Moments                Search Twitter              Have an account? Log in

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 6h
May God Hold CHARLIE Daniels in the palm of his hand.

> 36    926    3,267
>
> **Charlie Daniels** @Cha... · 1d
> Benghazi ain't going away!!
> 543    5,486    15.8K
>
> **Charlie Daniels** @Cha... · 1d
> 125,000 innocent unborn babies will be murdered by abortionists around the world today.
> 46    945    2,192
>
> **Charlie Daniels** @Cha... · 1d
> Pray for the blue.
> 32    1,070    4,293
>
> **Charlie Daniels** @Cha... · 1d

Jack Flynn #SignTheDamnDismissal Retweeted

**Eri(QmapJapan) ※SameAccountOnParler(やっぱ制限きた~)** @ok... · 9h
#TakeTheOath #QAJF #Q

@elenochle @GoJackFlynn @SheepKnowMore @GrrrGraphics @TRUreporting @JuliansRum @Inevitable_ET @intheMatrixxx @TheJTWilde @prayingmedic @TheCollectiveQ @IPOT1776 @VincentCrypt46 @andweknow @qappanon @Jordan_Sather_ @realDonaldTrump
twitter.com/GenFlynn/statu…

This media may contain sensitive material. Learn more    View

Show this thread

**Jack Flynn #SignTheDamnDismissal** @GoJackFlynn · 8h
Right. How do they like them apples!?

> **Paul Sperry** @paulsperry_
> Oh NOW all these anti-cop mayors regret the black-on-black carnage in their cites after unprecedented shootings & murders over the weekend. NOW they beg for the cops to step in, the same cops they falsely demonized as racists. The same cops they've handcuffed & wanted to defund

8    82    191

Jack Flynn #SignTheDamnDismissal Retweeted

Exhibit 0337
4/24/2023
John Flynn

PX 427