# EXHIBIT 109

🔒 web.archive.org

**Sidney Powell** 🇺🇸 ⭐⭐⭐
@SidneyPowell1

Follow

Replying to @GenFlynn @molmccann and 6 others

To all those apparently traumatized or struggling to comprehend @GenFlynn video above, including all the #Left and REgressive media, the #oath comes from federal statute at 5 USC 1331

fedsmith.com/2019/10/31/oat …

@GoJackFlynn
@JosephJFlynn1
@lofly727
@BarbaraRedgate
@lflynn1998

12:50 PM - 6 Jul 2020

CONFIDENTIAL

Exhibit
0336
4/24/2023
John Flynn

PX 203

**Sidney Powell**   @SidneyPowell1 · 2h

#TakeTheOath and the #PledgeOfAllegiance are recited by #Patriots to remind ourselves of all the GOOD this country & #Americans stand for 🇺🇸

The #Constitution
The unique Republic it created 🇺🇸
Freedom
Liberty
Opportunity
The #RuleOfLaw
Justice for all 🇺🇸
@GenFlynn
@lofly727





👤 Dan Bongino, Barbara(Flynn) Redgate #WhoLeakedGenFlynn, Jenna Ellis and 7 others

💬 28      🔁 460      ♡ 1.1K

**Sidney Powell** 🇺🇸⭐⭐⭐ @SidneyPowell1 · 2h

The #FLYNN family & legal team appreciate the support in all forms we have received from countless #Patriots everywhere. The short phrase recited at the end represents the sentiments expressed by John Donne in For Whom The Bell Tolds. Those who would make it into a "conspiracy



Dan Bongino, Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn, Jenna Ellis and 6 others

💬 26   ↻ 468   ♡ 1.1K

PX 205

🔒 web.archive.org



**Sidney Powell** 🇺🇸 ⭐⭐⭐ @SidneyPowell1 · 2h

theory" of any kind or anything negative are really grasping for straws. We love this great country & our fellow man. We salute the #flag & #StandUp for all that is good & true.

As Donne wrote:

"No man is an island, entire of itself; every man is a piece of the continent,"



"AMERICA WAS NOT BUILT ON FEAR. AMERICA WAS BUILT ON COURAGE, ON IMAGINATION AND AN UNBEATABLE DETERMINATION TO DO THE JOB AT HAND."

👤 Dan Bongino, Barbara(Flynn)⭐⭐⭐Redgate #WhoLeakedGenFlynn, Jenna Ellis and 7 others

💬 15    🔁 353    ♡ 845

CONFIDENTIAL

PX 206



**Sidney Powell** 🇺🇸 ⭐⭐⭐ @SidneyPowell1 · 2h

"a part of the main.
If a clod be washed away by the sea, Europe is the less, as well as if a promontory were, as well as if a manor of thy friend's or of thine own were: any man's death diminishes me, because I am involved in mankind,"

> I DO SOLEMNLY SWEAR THAT I WILL SUPPORT & DEFEND THE CONSTITUTION OF THE UNITED STATES AGAINST ALL ENEMIES, FOREIGN AND DOMESTIC; THAT I WILL BEAR TRUE FAITH AND ALLEGIANCE TO THE SAME; THAT I TAKE THIS OBLIGATION FREELY, WITHOUT ANY MENTAL RESERVATION OR PURPOSE OF EVASION; & THAT I WILL WELL & FAITHFULLY DISCHARGE THE DUTIES OF THE OFFICE ON WHICH I AM ABOUT TO ENTER: SO HELP ME GOD.
> WWG1WGA

Dan Bongino, Barbara(Flynn) ⭐⭐⭐ Redgate #WhoLeakedGenFlynn, Jenna Ellis and 7 others

💬 15   🔁 309   ♡ 739



**Sidney Powell**  @SidneyPowell1 · 2h

"and therefore never send to know for whom the bell tolls; it tolls for thee."
Our country is at a crossroad 🇺🇸
We will #StandUp & protect our Freedom in every way we can 🇺🇸
We pledge allegiance to our 🇺🇸
We defend the #Constitution 🇺🇸
#DefendAmerica
#DefundTheMob
@realDonaldTrump




 John Solomon, Sara A. Carter, Gregg Jarrett and 7 others

💬 28     ↻ 425     ♡ 1.0K



© 2020 Twitter
Privacy policy

7:22 PM Fri Apr 30

LTE 37%

AA web.archive.org

**Sidney Powell** 🇺🇸⭐⭐⭐
@SidneyPowell1

Follow

Replying to @SidneyPowell1 @GenFlynn and 26 others

For those determined to superimpose a "conspiracy" or anything nefarious into
#TakeTheOath
#TakeThePledge
The #Constitution, or all that is good in and about #America and its history which we must preserve, read Frankl
bookspdf4free.com/mans-search-fo…
@realDonaldTrump
#AmericaFirst
#MAGA

2:04 PM - 6 Jul 2020

**245** Retweets **524** Likes

-Exposing
w book
y 500+ federal
lynn / #Trump

© 2020 Tw
Privacy p

CONFIDENTIAL

PX 209

