# EXHIBIT 110

