# EXHIBIT 111
# part 1

PageVault

| | |
|---|---|
| Document title: | dChan - Q Origins Project Archive |
| Capture URL: | https://dchan.qorigins.org/qresearch/res/10553774.html#10554341 |
| Page loaded at (UTC): | Wed, 19 Apr 2023 15:35:05 GMT |
| Capture timestamp (UTC): | Wed, 19 Apr 2023 15:36:47 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 3.210.250.110 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 85 |
| Capture ID: | pJhYxGQ192iu9ke5gvo48K |
| User: | dwt-pjezick |

**Exhibit**
**0355**
4/24/2023
John Flynn

The Q Origins Project Case 1:21-cv-02587-AS-SLC Document 184-111 Filed 10/27/23 Page 3 of 44 Search

dChan

Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools

About this project

All / 8kun / qresearch / 10553774

**Anonymous** ID: 1673a4 Q Research General #13505: One Day Closer Edition Sept. 6, 2020, 11:28 p.m. No.10553774 .is kun

**Welcome To Q Research General**

*We hold these truths to be self-evident: that all men are created equal; that they are endowed by their Creator with certain unalienable rights; that among these are life, liberty, and the pursuit of happiness.*

**We are researchers who deal in open-source information, reasoned argument, and dank memes. We do battle in the sphere of ideas and ideas only. We neither need nor condone the use of force in our work here.**

**VINCIT OMNIA VERITAS**
**SEMPER FIDELIS**
**WWG1WGA**

**Q's Latest Posts**

**Wednesday 09.02.2020**
>>10504572 ———————————— Why did it take a political outsider to [finally] confront China?
>>10504508 ———————————— Moar Blackmail
>>10504523 ———————————— Moar Blackmail
>>10504529 ———————————— Moar Blackmail
>>10504503 ———————————— How is blackmail used?
>>10503638 ———————————— CORRUPT. CONTROLLED. ENEMIES OF THE REPUBLIC
>>10503446 ———————————— Files do not go 'missing' unless 7th floor direct involvement. Follow the logs. (Cap: >>10503458, >>10503508)

**Wednesday 08.26.2020**
>>10426984 ———————————— The Great Deceiver(s). INFORMATION WARFARE. (Cap: >>10426999)

**Thursday 08.20.2020**
>>10354418 ———————————— FIFTH COLUMN
>>10354372 ———————————— PANIC IN DC (Cap: >>10354670 )

**Wednesday 08.19.2020**
>>10351796 ———————————— Biden Island (Cap: >>10351928)
>>10351616 ———————————— Epstein island. Who owns the surrounding islands [close proximity]? (Cap: >>10352443, >>10353360)
>>10351242 ———————————— Ask yourself a very simple question -

**Monday 08.17.2020**
>>>/projectdcomms/110 ———————— [Placeholder - Indictments Tracking Non_Civ] (Cap: >>10322497, >>10322510)

**Q's Private Board**
>>>/projectdcomms/ & **Q's Trip-code:** Q !!Hs1Jq13jV6

**All Q's posts**
Archived at qanon.app (qanon.pub), qmap.pub, qanon.news & qposts.online

**Onion Link**
Access through Tor: http://jthnx5wyvjvzsxtu.onion/qresearch/catalog.html

**New here? Q Proofs & Welcome**
**Welcome to Q Research (README FIRST, THEN PROCEED TO LURK)**
https://8kun.top/qresearch/welcome.html
**Q: The Basics - An Introduction to Q and the Great Awakening** PDF & PICS Archive: >>>/comms/3196
**100+ Q Proof Graphics** qproofs.com
8kun FAQs: https://8kun.top/faq.html
Questions & Practice Thread: >>9901078
How to screenshot, insert MP4's, embed videos (YT & Twitter) >>>/comms/9658
Use logic and reason when evaluating posts, look beyond the content of the post(s) and evaluate intent.

Document title: dChan - Q Origins Project Archive
Capture URL: https://dchan.qorigins.org/qresearch/res/10553774.html#10554341
Capture timestamp (UTC): Wed, 19 Apr 2023 15:36:47 GMT
Page 1 of 84

- Archives
  - 4chan
  - 8chan/8kun
  - Reddit
  - BBSPink
- Boards
  - /cbts/
  - /greatawakening/
  - /patriotsfight/
  - /pol/
  - /projectdcomms/
  - /qresearch/
  - /thestorm/
- Other Boards
- Thread Drops
  - No drops in this thread.
- Tools
  - About this project

>>10503446 ——— Files do not go 'missing' unless 7th floor direct involvement. Follow the pge. (Cap: >>10503458, >>10503510)

**Wednesday 08.26.2020**
>>10426984 ——— The Great Deceiver(s). INFORMATION WARFARE. (Cap: >>10426999)

**Thursday 08.20.2020**
>>10354418 ——— FIFTH COLUMN
>>10354372 ——— PANIC IN DC (Cap: >>10354670 )

**Wednesday 08.19.2020**
>>10351796 ——— Biden Island (Cap: >>10351928)
>>10351616 ——— Epstein island. Who owns the surrounding islands [close proximity]? (Cap: >>10352443, >>10353360)
>>10351242 ——— Ask yourself a very simple question -

**Monday 08.17.2020**
>>>/projectdcomms/110 ——— [Placeholder - Indictments Tracking Non_Civ] (Cap: >>10322497, >>10322510)

**Q's Private Board**
>>>/projectdcomms/ & **Q's Trip-code:** Q !!Hs1Jq13jV6

**All Q's posts**
Archived at qanon.app (qanon.pub), qmap.pub, qanon.news & qposts.online

**Onion Link**
Access through Tor: http://jthnx5wyvjvzsxtu.onion/qresearch/catalog.html

**New here? Q Proofs & Welcome**
**Welcome to Q Research (README FIRST, THEN PROCEED TO LURK)**
https://8kun.top/qresearch/welcome.html
**Q: The Basics - An Introduction to Q and the Great Awakening** PDF & PICS Archive: >>>/comms/3196
**100+ Q Proof Graphics** qproofs.com
8kun FAQs: https://8kun.top/faq.html
Questions & Practice Thread: >>9901078
How to screenshot, insert MP4's, embed videos (YT & Twitter) >>>/comms/9658
Use logic and reason when evaluating posts, look beyond the content of the post(s) and evaluate intent.

>>7683307 How To Quickly Spot A Clown<<<**READ THIS IF YOU ARE NEW HERE** .

**Anonymous** ID: 1673a4 Sept. 6, 2020, 11:29 p.m. No.10553787 .is kun >>3832 >>4545

**Global Announcements**
>>10533308 FBI Confirms QAnon Group Not A 'Terrorist Threat' - UPDATED
>>10502598 Code Monkey update: It is almost time to release <codename> Project Odin.

**Notables are NOT endorsements**
**#13504**
>>10553094, >>10553155, >>10553202, >>10553216, >>10553030, >>10553454 1 dead in North Georgia house explosion
>>10553447, >>10553463 California governor declares emergency as military helicopters rescue 200 people trapped by raging wildfires
>>10553441, >>10553540, >>10553045 MOAR Covid Test Kits 2017
>>10553654, >>10553659 "Who do we protect, black felons" - Seattle protesters
>>10553104 on halfchan, someone dropped leaked Breonna Taylor's investigation phone records of all the drug crew talking
>>10553109 Indiana Mayor Dumps Democrats, Joins Republicans: 'I Must Be True to My God'
>>10553156 World Bank offered Belarusian President a bribe to impose COVID lockdowns
>>10553056 DEPOPULATION Planned but stopped
>>10553126 CONTROL EVERYTHING
>>10553225 World Bank Supports Belarus' COVID-19 Response with €90 Million Financing
>>10553246 Texas AG: The State May Take Over Austin's Police To Prevent Defunding
>>10553234 Legal group finds thousands of double voters in battleground states
>>10553364 NATO jets routinely simulate MISSILE STRIKES against Russia – defense minister
>>10553016 #SAVEOURCHILDREN September Week One
>>10553503 MZ Hemingway Castle Rock, Colorado, high today: 93 degrees. Castle Rock high on Tuesday? 33 degrees, snow.
>>10553564 Mark Zuckerberg and Priscilla Chan donate $300M to "enhance access to voting in the United States"
>>10553593 BREAKING: Powerful xplosion(s) reported in #Smyrna, Cobb County #Georgia. Over 5,000 homes report power issues—power plant is suspect for explosion

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

>>10553156 World Bank offered Belarusian President a bribe to impose COVID lockdowns
>>10553056 DEPOPULATION Planned but stopped
>>10553126 CONTROL EVERYTHING
>>10553225 World Bank Supports Belarus' COVID-19 Response with €90 Million Financing
>>10553246 Texas AG: The State May Take Over Austin's Police To Prevent Defunding
>>10553234 Legal group finds thousands of double voters in battleground states
>>10553364 NATO jets routinely simulate MISSILE STRIKES against Russia – defense minister
>>10553016 #SAVEOURCHILDREN September Week One
>>10553503 MZ Hemingway Castle Rock, Colorado, high today: 93 degrees. Castle Rock high on Tuesday? 33 degrees, snow.
>>10553564 Mark Zuckerberg and Priscilla Chan donate $300M to "enhance access to voting in the United States"
>>10553593 BREAKING: Powerful xplosion(s) reported in #Smyrna, Cobb County #Georgia. Over 5,000 homes report power issues—power plant is suspect for explosion
>>10553701 Report man attempted kill trump supporter still large may member mongols motorcycle club
>>10553104 on halfchan, someone dropped leaked Breonna Taylor's investigation phone records of all the drug crew talking.
>>10553764 #13504

**Anonymous** ID: 1673a4 Sept. 6, 2020, 11:30 p.m. No.10553791 .is kun

**#13503**
>>10552457, >>10552583, >>10552584, >>10552633 Notice how last night that website said "COVID 19" test kits and now it's changed to "medical test kits"
>>10552543 Donald J. Trump Retweeted
>>10552371 DOE - AUTHORIZES FEDERAL INTERVENTION DURING CALIFORNIA GRID RELIABILITY EMERGENCY
>>10552335 A Look Into ANTIFA's Field Organization
>>10552415 These guys didn't change their version. Clearly says CV-19 tests shipped in 2018
>>10552484 TheLeoTerrell My message to America. Please watch and vote #Trump
>>10552490 MMA Fighter introduces his white father after amazing KO victory
>>10552502 The Wages Of Perpetual Fear
>>10552431 sour grapes: notables aren't important, "only for the lazy"
>>10552602 Joseph J Flynn twat
>>10552635 Cloudflare banned 8ch but endchan thrives on their service. There is a reason
>>10552698 Is Mail-In Ballot Fraud Real? Evidence Says Yes.
>>10552716 BREAKING: Wife of Jeffrey Goldberg, author of disputed, anonymously sourced hit piece on Trump in "The Atlantic," worked as a senior adviser to ex-Secretary of State Hillary Clinton & donated the max dollar amount to Hillary's 2016 campaign. She also gave $1,000 to Biden in March
>>10552724 World Bank partners with Bill Gates via 'Roll Back Malaria' project
>>10552756 Status Update: "The search & rescue efforts for the missing USS Nimitz Sailor are ongoing in the North Arabian Sea.
>>10552769 Eric Trump - Hard to believe this tweet is real from the Mayor of LA. This is what the democrats will do to this country... #Blackouts
>>10552825 Nearly 300 Congress Members Declare Commitment to 'Unbreakable' U.S.-Israel Bond
>>10552863 If you are worried about someone, help them open up about their feelings by sending this message. #BeThere #SuicidePreventionMonth
>>10552974 #13503

**#13502**
>>10552213, >>10551993, >>10552162, >>10552010, >>10552027, >>10552041, >>10552137, This is a testament to how powerful we are here, simply by relaying information.
>>10551587 NC Attorney General Reacts After Allegations Louis DeJoy Pressured Employees For GOP Donations
>>10551717 Critical Race Theory Teaching
>>10551880 DEVELOPING: California's Independent System Operator declares stage 2 emergency, widespread blackouts expected as power grid may fail
>>10552001 POTUS Schedule form MONDAY September 7, 2020
>>10552004 James Woods
>>10552048 BREAKING: Joe Biden blasts Donald Trump from orbit by announcing a whopping 190 police officers endorse him. - KEK
>>10552059 something BIG is happening in California...
>>10552154 New Catherine Herridge
>>10552161 Statement by Attorney General William P. Barr on the Tracking Down of Fugitive Michael Forest Reinoehl
>>10552223 #13502

**Anonymous** ID: 1673a4 Sept. 6, 2020, 11:30 p.m. No.10553792 .is kun

**#13501**
>>10550972, >>10550974 Based Anon with good insight of the Spiritual War we are fighting.
>>10550771 Chuck Schumer And Bernie Sanders Want A Contingency Plan In Place For If Trump Refuses To Leave Office
>>10550791 Portland Cops Arrest 59, Highest Number Yet, On 101st Night Of Unrest

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

>>10552161 Statement by Attorney General William P. Barr on the Tracking Down of Fugitive Michael Forest Reinoehl
>>10552223 #13502

**Anonymous** ID: 1673a4 Sept. 6, 2020, 11:30 p.m. No.10553792 .is kun

**#13501**
>>10550972, >>10550974 Based Anon with good insight of the Spiritual War we are fighting.
>>10550771 Chuck Schumer And Bernie Sanders Want A Contingency Plan In Place For If Trump Refuses To Leave Office
>>10550791 Portland Cops Arrest 59, Highest Number Yet, On 101st Night Of Unrest
>>10550800 Search Underway After Sailor Goes Missing from Carrier Nimitz
>>10550863 Moar 14th - Video
>>10550865 Why Is Drew Brees Wearing The Name Of An Alleged Rapist On His Helmet?
>>10550871 DHS Combats Potential Electromagnetic Pulse (EMP) Attack
>>10550905 FBI Files: Directors, Agents and Personnel of the C_A
>>10550988 Tony Blair Calling for Digital IDs, Immunity Passports
>>10551048 Christians, Beware (Marxist) Wolves in Sheep's Clothing
>>10551070 REVEALED: 'Non-Partisan' Transition Integrity Project Founder Dined With Soros And Biden Campaign Advisers, Offered 'Substantive Help'
>>10551088 Data: 48 of America's 50 Largest Cities Hit By Black Lives Matter Riots
>>10551116 Antifa's violent, organized tactics are getting exposed
>>10551135 Democrat threats to the contrary, the riots will end if Trump wins
>>10551158 Indian, Chinese Defense Ministers Meet in Moscow Following Border Clash
>>10551322 WOW! Organizers Expected 700 Boats at Inaugural Trump Boat Parade on Lake Lanier — 4,000 Show Up!
>>10551338 Dan Scavino F-35A Demonstration Team
>>10551344 Peter Strzok Defends FBI Against FISA Abuse Allegations, Says Agents Were 'Overworked'
>>10551396 MSNBC's Nicolle Wallace Says 'There Is An Open Question' Whether Trump Was Russian Agent
>>10551429 #13501

**Previously Collected Notables**
>>10549144 #13498, >>10549930 #13499, >>10550670 #13500
>>10546826 #13495, >>10547548 #13496, >>10548318 #13497
>>10545228 #13493, >>10545908 #13494, >>10546826 #13495
>>10542830 #13490, >>10543064 #13491, >>10544236 #13492
>>10539981 #13487, >>10540778 #13488, >>10541582 #13489
>>10537627 #13484, >>10538371 #13485, >>10539163 #13486
>>10534621 #13481, >>10535755 #13482, >>10536751 #13483

**Notables Aggregators: https://wearethene.ws & https://qnotables.com https://qresear.ch**

**Anonymous** ID: 1673a4 Sept. 6, 2020, 11:30 p.m. No.10553794 .is kun

**War Room**
>>9967715 **Q Research Meme Warfare Operations** <- go here for current up to date ops
Get Everyone at ONCE and HIT 'Them' With Everything You Got! THINK PICARD MANUEVER! [POST STORM - THE WAVE]
[1] MEME MEME and MEME some MOAR! Stay Focused on Current HOTTOPICS
[2] Pick 2-3 hashes from the target area htps://www.trendolizer.com Hijack them to get your #hash out.
[3] Post @ 10-11Am | 12-3Pm | 6-9Pm EST
[4] Always Post meme or Cap
[5] Use .@them to respond to all their following.
[6] Remember to be Quirky in your posts.
[7] RT other's tweets
[8] ReTweet LASERFAST. Use https://tweetdeck.com
[9] Information WarFare https://archive.is/E0oJm
#WAKEUPAMERICA #FACTSMATTER #SAVEAMERICA #UNITEDNOTDIVIDED #WWG1WGA #Qanon

**Other Dedicated Research Threads**
>>6867253 Clockwork Qrange #10
>>>/qrb/13005 Planefag Q+A (Planefagging 101)
>>>/qrb/42185 Boatfagging Q&A
>>>/comms/12299 Oregon, Washington, I-5 Corridor: Turn the Tide

**International Q Research Threads**

Australia #9 >>10099681
Brasil/Portugal #1 >>10479225
Canada #7 >>9725975
France #1 >>8331823
Germany #65 >>10472264

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

**International Q Research Threads**
Australia #9 >>10099681
Brasil/Portugal #1 >>10479225
Canada #7 >>9725975
France #1 >>8331823
Germany #65 >>10472264
Mexico #1 >>9133907
Nederland #5 >>10497699
New Zealand #5 >>10524823
Nordic #1 >>5290557
South Africa #1 >>8033191
UK #21 >>10507852

**Q Proofs**
Q Proofs Threads Proofs of Q's Validity >>6156082
QProofs.com Website dedicated to Q Proofs
Book of Q Proofs https://mega.nz/#F!afISyCoY!6N1IY_fcYFOz4OQpT82p2w - https://bookofqproofs.wordpress.com/

**Q Happenings Calendar**
Submit an event here https://teamup.com/ks8x4ixptej432xt2a
Main Calendar URL https://dark-to-light.org/calendar/

**Sealed Indictments**
Sealed Indictment Master:
https://docs.google.com/spreadsheets/d/1kVQwX9I9HJ5F76x05ic_YnU_Z5yiVS96LbzAOP66EzA/edit#gid=1525422677
Sealed Indictment Master Files Backup: https://drive.google.com/open?id=1iBS4WgngH8u8-wAqhehRIWCVBQKD8-5Y
Searchable Indictment Map w/dockets, links & more: https://bad-boys.us/

**Resignations**
All Resignations Website https://www.resignation.info
All Posts Search Tool https://qresear.ch

**Board Admin & Discussion Threads**
META (for board admin queries) >>6064510

**Letters of Gratitude**
>>1215912 (Q posted in #1025)

**Q Graphics / The MAP - All In GMT**
All of the following except the last are in order on the same thread on /comms/
GMT Thread link: >>>/comms/283
Q Graphics all in GMT #001 - #020 >>>/comms/486 through >>>/comms/1103
Q Graphics all in GMT #021 - #041 >>>/comms/1119 through >>>/comms/2274
Q Graphics all in GMT #042 - #062 >>>/comms/2306 through >>>/comms/3472
Q Graphics all in GMT #063 - #083 >>>/comms/3687 through >>>/comms/5228
Q Graphics all in GMT #084 - #090 >>>/comms/5510 through >>>/comms/5806
Q Graphics all in GMT #091 - #111 >>>/comms/5811 through >>>/comms/14626
Q Graphics all in GMT #112 - #118 >>>/comms/14870 through >>>/comms/16930
Q Graphics all in GMT #119 - #124 >>>/comms/18630 through >>10092908, >>10180323

**Anonymous** ID: 1673a4 Sept. 6, 2020, 11:30 p.m. No.10553796 .is kun

**QPosts Archives**
*** QMap & Mirrors PDF:**
MEGA: https://mega.nz/#!pjpS1aBl!LwepOu-CyC4UlLj2dXqkxiH49D813WetrOF0OCulg1Y
MEDIAFIRE: https://www.mediafire.com/file/xszgdtiow4hups0/Q_Anon_-*The_Storm*-_X.VII.pdf/file
SCRIBD: https://www.scribd.com/document/419874308/Q-Anon-The-Storm-X-VII?secret_password=55SQ1tCYhuNR8ESzm50u

*** Spreadsheet QPosts Q&A and all images backup:**
https://docs.google.com/spreadsheets/d/1Efm2AcuMJ7whuuB6T7ouOlwrE_9S-1vDJLAXIVPZU2g
*** QPosts Archive, Players in the Game/ Analytics on Q posts & More:** qmap.pub
*** QPosts Archive, Searchable, interactive with user-explanations:** qanon.pub qanon.app (Backup: qntmpkts.keybase.pub)
*** QPosts Archive + RSS, Searchable, Analytics, Offsite Bread Archive:** qanon.news

**QPosts Archives in Other Formats**
*** Q Raw Text Dumps:** 1: pastebin.com/3YwyKxJE / 2: pastebin.com/6SuUFk2t / 3: pastebin.com/iteQ8xAt
*** Expanded Q Text Drops:** pastebin.com/dfWVpBbY
*** Spreadsheet Timestamps/Deltas:**
docs.google.com/spreadsheets/d/1OqTR0hPipmL9NE4u_JAzBiWXov3YYOIZIw6nPe3t4wo/

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

* **QPosts Archive, Players in the Game/ Analytics on Q posts & More:** qmap.pub
* **QPosts Archive, Searchable, interactive with user-explanations:** qanon.pub qanon.app (Backup: qntmpkts.keybase.pub)
* **QPosts Archive + RSS, Searchable, Analytics, Offsite Bread Archive:** qanon.news

**QPosts Archives in Other Formats**
* **Q Raw Text Dumps:** 1: pastebin.com/3YwyKxJE / 2: pastebin.com/6SuUFk2t / 3: pastebin.com/iteQ8xAt
* **Expanded Q Text Drops:** pastebin.com/dfWVpBbY
* **Spreadsheet Timestamps/Deltas:** docs.google.com/spreadsheets/d/1OqTR0hPipmL9NE4u_JAzBiWXov3YYOIZIw6nPe3t4wo/
* **Memo & OIG Report Links:** 8kun.top/qresearch/res/426641.html#427188
* **Original, full-size images Q has posted:** https://postimg.cc/gallery/29wdmgyze/

**QResearch Search Engine**
* **Search all posts from QResearch:** https://qresear.ch/

**Tweet Tools**
* **Deleted Trump Tweets:** https://factba.se/topic/deleted-tweets
* **POTUS' Tweet Archive:** trumptwitterarchive.com
* **Twitter Video Downloader:** http://twittervideodownloader.com/

**Other Tools**
* **Searchable Commercial Aviation Incident List:** http://avherald.com
* **Searchable Hussein WH visitor list:** https://archive.org/details/WHvisitorlogs_2010-16_date
* **Qcode Guide to Abbreviations:** pastebin.com/UhK5tkgb
* **Q Happenings Calendar 2018:** https://mega.nz/#F!KPQiBJiY!dK3XRe4RYoXgWq_85u4-yg
* **Stock Movement Scraper:** http://qest.us (for seeing LARGE movements of $)
* **Legal News:** www.justice.gov/usao/pressreleases
* **Federal Procurement Data System:** https://www.fpds.gov/fpdsng_cms/index.php/en/
* **Advanced Google Search Operators:** https://ahrefs.com/blog/google-advanced-search-operators/
* **Federal Judicial Court dataset from 93 Federal Districts - Searchable db:** https://bad-boys.us/
* **Catalog of US Government Publications:** https://catalog.gpo.gov/F?RN=306384688
* **Webpage Archiver:** http://archive.md/
* **Baker Tools v0.7.3:** https://pastebin.com/EDmx2iEr
* **Check Criminal Cases:** https://www.justice.gov/usao/find-your-united-states-attorney
* **Get your Q clocks anytime (0 - 59 min past posts):** https://q-clock.com

**Meme Ammo**
**PUT** to Memes61 >>10382365 for the Warehouse
**GET** from Warehouse — tagged, sorted, reformatted, compacted ammo from memers & scouts
**USE** Catalog to access over >77,000 memes — https://mega.nz/folder/VcZBSQpA#QyzqtX6hyKeUbNI6Nv2noA
Trending:
***NEW!**** **2020-Sep + Trump + RNC** *Trump, RNC, election, & everything else not categorized elsewhere* — https://mega.nz/folder/MExRTCzR#a-IfXJ6vL1CeF0jISHk2xQ
* **2020-Aug** *LOTS OF DONALD TRUMP 2020 and RNC MEMES plus those not categorized elsewhere* — https://mega.nz/folder/hZIHgYKC#yBQuOT9WvroWCZ6nvAkJiw
* **Biden + DNC Agenda** *Everything Biden that isn't in Obamagate or Ukraine folders* — https://mega.nz/#F!cUhmUIzA!a-EOJx-VNCAIntYJA_LSQQ
* **Kamala** *Biden's running mate* — https://mega.nz/folder/hMhwDabC#z12ZBjbeqey-JXq9A9PS3A
* **Trump Successes v2** *Promote Trump policies & actions* — https://mega.nz/folder/MB4D1JrJ#GEEftK7VxpJ92_NSIDqydA
* **Vote-by-Mail Fraud**— https://mega.nz/folder/oEAkEIKJ#KKzRrSDSNga7nf48IOb6Eg
* **Anarchy!** *BLM, Antifa, protests, law & order, defund/support police* — https://mega.nz/folder/oYYjwYiC#8OUQyoljn9zdMQxxzotINA

**Bread Archives (sites)**
**Board Archive** - The main /research/ board archive: https://8kun.top/qresearch/archive/index.html
**Offsite Archive** - qanon.news/archives

**Bread Archives (downloads)**
MasterArchivist qarchives.ga | masterarchivist.github.io/qarchives/
Supplement to MA main spreadsheet, 2nd tab (labeled)
https://docs.google.com/spreadsheets/d/1M2AzhZKh2PjL7L7GVPN42Em0hZXKWMdhGnj59ZQ3YcQ/edit#gid=0
Germanarchiveanon https://mega.nz/folder/LPZxEIYJ#N5JwCNoxOxOtAoErKdUgvw
Missing Catalog Bredz 10964-11007 https://pastebin.com/xT0PWKMf

**Learn To Bake!**
Quick Pic Bake Instructions & simple instructions: >>>/qrb/10809, https://pastebin.com/aY5LyDPY
LIVE Baking Classes Thurs 7pm ET: Baking Seminar #30 >>>/comms/24025
Baker templates for formatting crumbs plus links: https://pastebin.com/36a1EXpR
E-bake instructions: >>>/comms/9252
Iwo Jima video TOR posting: https://youtu.be/5zezIBBxjEs, https://www.youtube.com/watch?v=UTYUwt5rV5s



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

Baker templates for formatting crumbs plus links: https://pastebin.com/36a1EXpR
Iwo Jima video TOR posting: https://youtu.be/5zezIBBxjEs, https://www.youtube.com/watch?v=UTYUwt5rV5s

Anonymous ID: 1673a4 Sept. 6, 2020, 11:31 p.m. No.10553802 .is kun >>3811 >>3813 >>3834 >>3841 >>3852 >>3856 >>3864 >>3868 >>3875 >>3897 >>3922 >>4447
DOUGH
https://pastebin.com/Rfmsvm7T
BREAD NUMBER HAS BEEN REPORTED
BAKER REQUESTING

Anonymous ID: 461319 Sept. 6, 2020, 11:32 p.m. No.10553811 .is kun
>>10553802
TY Baker.

Anonymous ID: c4df6b Sept. 6, 2020, 11:33 p.m. No.10553813 .is kun >>3844 >>3870
>>10553802
come on man you have more in you.

Anonymous ID: 5e6f79 Sept. 6, 2020, 11:33 p.m. No.10553815 .is kun >>3826 >>3835
A trust fund friend of mine was chosen to be the chef in Antartica. He became allergic too cold and was given a Purple Heart and money to build a mansion in Malibu.

Anonymous ID: 35fbfa Sept. 6, 2020, 11:34 p.m. No.10553820 .is kun >>3831

Anonymous ID: c4df6b Sept. 6, 2020, 11:35 p.m. No.10553826 .is kun
>>10553815
you sound like a story bot.
>>10553815

Anonymous ID: c4df6b Sept. 6, 2020, 11:36 p.m. No.10553831 .is kun
>>10553820
that must be your channel. Dave's is here:
>>10553820

Anonymous ID: 1b3e1e Sept. 6, 2020, 11:36 p.m. No.10553832 .is kun >>3865 >>3892 >>3911
>>10553787
>>>10553564 Mark Zuckerberg and Priscilla Chan donate $300M to "enhance access to voting in the United States"
You're watching a movie...

Anonymous ID: d78d33 Sept. 6, 2020, 11:36 p.m. No.10553833 .is kun
Tyb

Anonymous ID: c335f5 Sept. 6, 2020, 11:36 p.m. No.10553834 .is kun
>>10553802
Tanks Bakes

Anonymous ID: 5e6f79 Sept. 6, 2020, 11:37 p.m. No.10553835 .is kun
>>10553815
He had two other brothers one was a high school dropout who was said to invent and manufacture the Space Shuttle tiles

Anonymous ID: 65aa18 Sept. 6, 2020, 11:38 p.m. No.10553840 .is kun >>4140
(lb)
>>10553799



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

He had two other brothers one was a high school dropout who was said to invent and manufacture the Space Shuttle tiles

Anonymous ID: 65aa18 Sept. 6, 2020, 11:38 p.m. No.10553840 .is kun >>4140

(lb)
>>10553799
>the states with Vote in Mail may have more to do with local city, county and state elections more so than just ousting Trump
That's ridiculous
Now in 2020 with the perfect storm of A. Perfected vote fraud ops, and B. A pandemic - they thus have a massive window through all of November to simply create and deliver new ballots
And they are going to manufacture these ballots for state and local offices alone?
No.
The operation that has come together is to take the White House

Anonymous ID: c335f5 Sept. 6, 2020, 11:38 p.m. No.10553841 .is kun

>>10553802
Tanks Bakes
Issues

Anonymous ID: 1673a4 Sept. 6, 2020, 11:39 p.m. No.10553844 .is kun

>>10553813
>come on man you have more in you.
Kek, I feel like I'd be doing anons a disservice, my notable collection abilities have slowed way down.

Anons do motivate the fuck out of me though.

Anonymous ID: 028a42 Sept. 6, 2020, 11:40 p.m. No.10553846 .is kun >>3901

>>10553126 pb
This movie is becoming more like reality every day

Anonymous ID: f58b1c Sept. 6, 2020, 11:41 p.m. No.10553849 .is kun >>3869

Everything stopped...

test

Anonymous ID: e7aa65 Sept. 6, 2020, 11:42 p.m. No.10553852 .is kun

>>10553802
TYB
>bred number
long shift
small mistake
doing good work

o7

Anonymous ID: 114d87 Sept. 6, 2020, 11:42 p.m. No.10553853 .is kun >>3891

Biden support is crap but Biden is leading in the polls...lol

Anonymous ID: b1f509 Sept. 6, 2020, 11:42 p.m. No.10553856 .is kun

>>10553802
Tanks, Bakerer.

Anonymous ID: d88ae9 Sept. 6, 2020, 11:43 p.m. No.10553861 .is kun

Baker wars still happening?

Anonymous ID: 011dcf Sept. 6, 2020, 11:43 p.m. No.10553862 .is kun

**The Curse of Canaan (Eustace Mullins) Audiobook - Chapter 1**

Anonymous ID: 0df286 Sept. 6, 2020, 11:45 p.m. No.10553864 .is kun >>4447



Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools

About this project

Biden support is crap but Biden is leading in the polls, lol

**Anonymous** ID: b1f509 Sept. 6, 2020, 11:42 p.m. No.10553856 .is kun
>>10553802
Tanks, Bakerer.

**Anonymous** ID: d88ae9 Sept. 6, 2020, 11:43 p.m. No.10553861 .is kun
Baker wars still happening?

**Anonymous** ID: 011dcf Sept. 6, 2020, 11:43 p.m. No.10553862 .is kun
**The Curse of Canaan (Eustace Mullins) Audiobook - Chapter 1**

**Anonymous** ID: 0df286 Sept. 6, 2020, 11:45 p.m. No.10553864 .is kun >>4447
>>10553802
tanks baker

**Anonymous** ID: c4df6b Sept. 6, 2020, 11:45 p.m. No.10553865 .is kun >>3892
>>10553832
so.. that was confiscated?

**Anonymous** ID: a569d9 Sept. 6, 2020, 11:45 p.m. No.10553866 .is kun

**Anonymous** ID: 4e0880 Sept. 6, 2020, 11:46 p.m. No.10553867 .is kun >>3895 >>3905 >>3912 >>3939 >>4404
>>10553503 lb
>>10553814 lb
Go code given by "THE ENEMY"?
CASTLE_ROCK?
OPEN MUTINY?

**Anonymous** ID: 461319 Sept. 6, 2020, 11:46 p.m. No.10553868 .is kun >>3887 >>3942 >>3949
>>10553802

Moar fuckery in the catalog?

**Anonymous** ID: b1f509 Sept. 6, 2020, 11:46 p.m. No.10553869 .is kun
>>10553849

**Anonymous** ID: 1673a4 Sept. 6, 2020, 11:46 p.m. No.10553870 .is kun >>3883
>>10553813
>come on man you have more in you.
Kek, I feel like I'd be doing anons a disservice, my notable collection abilities have slowed way down.

Anons do motivate the fuck out of me though.

**Anonymous** ID: 011dcf Sept. 6, 2020, 11:46 p.m. No.10553871 .is kun >>3935
**The Curse of Canaan (Eustace Mullins) Audiobook - Chapter 2**

**Anonymous** ID: fc77ad Sept. 6, 2020, 11:46 p.m. No.10553872 .is kun
https://youtu.be/kljUXs0Re7w
Corona Offline, Kyle Rittenhouse, MSM on QAnon 2020, and Ohio Human Trafficking Ring Bust! Goat Boy!

**Anonymous** ID: 114d87 Sept. 6, 2020, 11:47 p.m. No.10553873 .is kun >>3878
TYB

**Anonymous** ID: d9f017 Sept. 6, 2020, 11:47 p.m. No.10553874 .is kun >>3906
>>10553807 (LB)
>>10553800 (LB)



Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools

About this project

**Anonymous** ID: 114087 Sept. 6, 2020, 11:47 p.m. No.10553873 .is kun >>3878

TYB

**Anonymous** ID: d9f017 Sept. 6, 2020, 11:47 p.m. No.10553874 .is kun >>3906

>>10553807 (LB)
>>10553800 (LB)

Movie shows the Baphomet...
And then there is this little thing called
**LUCIFERASE**
which is being added to the **COVID** Vaccines because of it's bioluminescence.

It will make it possible to confirm you have been vaccinated. it will also come with the Hydrogel nano bots from DARPA which can track you. maybe also change DNA...

**Luciferase** in this video about the new vaccines
https://youtu.be/ywuCRVJVDqs?t=632
and here:

https://www.promega.com/applications/virus-detection-assay-coronavirus-detection-covid-19-sars-cov-2/sars-cov-2-viral-research-vaccine-therapeutic-development/

https://archive.li/wip/biz1K

**Anonymous** ID: c335f5 Sept. 6, 2020, 11:47 p.m. No.10553875 .is kun

>>10553802
Odd.
Eyes on

**Anonymous** ID: fc77ad https://youtu.be/kljUXs0Re7w Sept. 6, 2020, 11:47 p.m. No.10553876 .is kun

https://youtu.be/kljUXs0Re7w

**Anonymous** ID: f58b1c Sept. 6, 2020, 11:47 p.m. No.10553878 .is kun >>3884

>>10553873
HAHAHAHA!!!
Yeah, try that.

**Anonymous** ID: 1673a4 Sept. 6, 2020, 11:48 p.m. No.10553879 .is kun >>4346

https://twitter.com/TheScoopUSA/status/1302824908691591169

**Anonymous** ID: 066887 Sept. 6, 2020, 11:48 p.m. No.10553880 .is kun

>>10553707 (lb)
> Planet Wars

1. The inverse square-of-the-distance law for E&M holds in a vacuum but space is not a vacuum; it is low density plasma which can conduct electricity very well.
2. You are assuming as most do that the planets were always in the orbits that they occupy now. Many different lines of evidence indicates this is not the case and extensive planet migration has occurred.

FYI.
See http://www.thunderbolts.info

**Anonymous** ID: 5e6f79 Sept. 6, 2020, 11:48 p.m. No.10553881 .is kun >>3886

the other programed FICA even though he knew nothing about programing.

**Anonymous** ID: fc77ad Corona Offline, Kyle Rittenhouse, MSM on QAnon 2020, and Ohio Human Trafficking Ring Bust! Sept. 6, 2020, 11:48 p.m. No.10553882 .is kun >>3889 >>3890 >>3935

<iframe width="560" height="315" src="https://www.youtube.com/embed/kljUXs0Re7w" frameborder="0" allow="accelerometer; autoplay; encrypted-media; gyroscope; picture-in-picture" allowfullscreen></iframe>

**Anonymous** ID: e7aa65 Sept. 6, 2020, 11:49 p.m. No.10553883 .is kun

>>10553870
>Anons do motivate the fuck out of me though.
5:5



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
>Anons do motivate the fuck out of me though.
Anonymous ID: 114d87 Sept. 6, 2020, 11:49 p.m. No.10553884 .is kun
>>10553878
Already happening you man of little knowledge.
Anonymous ID: 6719f3 Sept. 6, 2020, 11:49 p.m. No.10553885 .is kun
Anonymous ID: 5e6f79 Sept. 6, 2020, 11:49 p.m. No.10553886 .is kun >>3898
>>10553881
he died in a breaking news jet collision.
Anonymous ID: 5b42fd Sept. 6, 2020, 11:49 p.m. No.10553887 .is kun >>3894 >>3899 >>3900 >>3902 >>3909 >>3914 >>4014
>>10553868
WHATS ALL THIS SHIT?
Anonymous ID: 4f34fb Sept. 6, 2020, 11:50 p.m. No.10553888 .is kun >>3903
Moar mission patches.
Sempar Vigilans
"Always Watching"
Anonymous ID: 164945 Sept. 6, 2020, 11:50 p.m. No.10553889 .is kun >>3966
>>10553882
>https://www.youtube.com/embed/kIjUXs0Re7w
OR THIS.
Anonymous ID: d78d33 Sept. 6, 2020, 11:50 p.m. No.10553890 .is kun
>>10553882
You suck and fail.
Anonymous ID: 461319 Sept. 6, 2020, 11:50 p.m. No.10553891 .is kun
>>10553853
Anonymous ID: 000000 Sept. 6, 2020, 11:50 p.m. No.10553892 .is kun
>>10553832
>>10553865
you can hack cyborgs
Anonymous ID: 028a42 Sept. 6, 2020, 11:50 p.m. No.10553893 .is kun >>3921
I am governor Jerry Brown
My aura smiles and never frowns
Soon I will be president...
Carter power will soon go away
I will be Fuhrer one day
I will command all of you
Your kids will meditate in school
Your kids will meditate in school
California Über alles
California Über alles
Über alles California
Über alles Cali-California
Zen fascists will control you
Hundred percent natural
You will jog for the master race
And always wear the happy face
Close your eyes, can't happen here
Big Bro' on white horse is near
The hippies won't come back you say
Mellow out or you will pay



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
Zen fascists will control you
Hundred percent natural
You will jog for the master face
And always wear the happy face
Close your eyes, can't happen here
Big Bro' on white horse is near
The hippies won't come back you say
Mellow out or you will pay
Mellow out or you will pay
California Über alles
California Über alles
Über alles California
Über alles Cali-California
Now It Is 1984
Knock knock at your front door
It's the suede denim secret police
They have come for your uncool niece
Come quietly to the camp
You'd look nice as a drawstring lamp
Don't you worry, it's only a shower
For your clothes here's a pretty flower
Die on organic poison gas
Serpent's egg's already hatched
You will croak, you little clown
When you mess with President Brown
When you mess with President Brown
California Über alles
California Über alles
Über alles California
Über alles Cali-California
Anonymous ID: c335f5 Sept. 6, 2020, 11:50 p.m. No.10553894 .is kun
>>10553887
Quit fucking with the board ass widget
Anonymous ID: bdd92a Sept. 6, 2020, 11:51 p.m. No.10553895 .is kun >>3904 >>3912 >>3913 >>3939
>>10553867
EAM LOYALISTS GO CODE:
CASTLE_ROCK?
GO CODE given for TUESDAY SEPTEMBER 8TH?
POTUS TWITTER ACCOUNT TO BE REMOVED SEPTEMBER 8TH?
TRAITORS IN MILITARY MOVING MARINE/MILITARY ASSETS?
USSS?
Watch the water?
Anonymous ID: 37e655 Sept. 6, 2020, 11:52 p.m. No.10553897 .is kun
>>10553802
Thank You Baker!
Anonymous ID: 5e6f79 Sept. 6, 2020, 11:52 p.m. No.10553898 .is kun >>3907
>>10553886
Moral of the story trust fund babies get what they deserve. If you are trust fund baby? Don't take the money it's a trap.
Anonymous ID: e7aa65 Sept. 6, 2020, 11:52 p.m. No.10553899 .is kun
>>10553887
>WHATS ALL THIS SHIT?
baker wars
I assume the fags that would stoop to spamming the catalog are the shills
just thinking logically...
Anonymous ID: 461319 Sept. 6, 2020, 11:52 p.m. No.10553900 .is kun
>>10553887



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

just thinking logically...

**Anonymous** ID: 461319 Sept. 6, 2020, 11:52 p.m. No.10553900 .is kun

>>10553887

IDK
It looks odd, fuckery perhaps.

**Anonymous** ID: 35fbfa Sept. 6, 2020, 11:53 p.m. No.10553901 .is kun

>>10553846
Some aspects of Neofeudalism may be necessary in the transition to a New Republic.

**Anonymous** ID: c335f5 Sept. 6, 2020, 11:53 p.m. No.10553902 .is kun

>>10553887
I've embarrased your ass so many times.
Wanna go again in front of your troops and bots?
KeK
Fucking loser

**Anonymous** ID: e7aa65 Sept. 6, 2020, 11:53 p.m. No.10553903 .is kun

>>10553888
cheqqq'd

**Anonymous** ID: d78d33 Sept. 6, 2020, 11:53 p.m. No.10553904 .is kun

>>10553895
Phew lad.

**Anonymous** ID: c4df6b Sept. 6, 2020, 11:53 p.m. No.10553905 .is kun

>>10553867
>>10553867

THIS HAS TO BE Grand Solar Minimum.

**Anonymous** ID: f58b1c Sept. 6, 2020, 11:53 p.m. No.10553906 .is kun >>3929 >>4002

>>10553874
>LUCIFERASE
Lucifer = light-bearing
-ase = enzyme

Bioluminescence.

**Anonymous** ID: 3743fa Sept. 6, 2020, 11:53 p.m. No.10553907 .is kun

>>10553898
> Don't take the money

**Anonymous** ID: 91f81a Sept. 6, 2020, 11:54 p.m. No.10553908 .is kun >>3932

Night fags faggoting away in the night.

We're up against EVIL. Bitch Clinton and all ye minions and jew satan worshiper.

We will win, GOD WINS.

Love y'all faggots, no cuomo!

**Anonymous** ID: e9afd3 Sept. 6, 2020, 11:54 p.m. No.10553909 .is kun >>3925 >>3934

>>10553887
well, kinda looks like the usual set of multiple shill bakes designed to irritate anons and potentially prevent creation of new qr doughs.....
been here long??

**Anonymous** ID: fe63eb Sept. 6, 2020, 11:54 p.m. No.10553911 .is kun >>4128 >>4272 >>4465 >>4493 >>4505 >>4543

>>10553832

**Anonymous** ID: e9afd3 Sept. 6, 2020, 11:54 p.m. No.10553909 .is kun >>3925 >>3934

>>10553887
well, kinda looks like the usual set of multiple shill bakes designed to irritate anons and potentially prevent creation of new qr doughs.....
been here long??

**Anonymous** ID: fe63eb Sept. 6, 2020, 11:54 p.m. No.10553911 .is kun >>4128 >>4272 >>4465 >>4493 >>4505 >>4543

>>10553832

**Anonymous** ID: 6122c8 Sept. 6, 2020, 11:54 p.m. No.10553912 .is kun >>3939

>>10553867
>>10553895
Strong possibility I'd say. Possibly noteworthy that Castle Rock is all land. "One if by land, two if by sea"

**Anonymous** ID: 2949dd Sept. 6, 2020, 11:54 p.m. No.10553913 .is kun >>3939

>>10553895
Those in the military (esp. those in upper leadership roles) who put forward global governance over constitutional democracy are being called out as EAM loyalists to the Crown (same thing, different century).

**Anonymous** ID: c335f5 Sept. 6, 2020, 11:54 p.m. No.10553914 .is kun

>>10553887

**Anonymous** ID: 5b42fd Sept. 6, 2020, 11:54 p.m. No.10553915 .is kun

**Anonymous** ID: fe63eb Sept. 6, 2020, 11:55 p.m. No.10553917 .is kun >>3956 >>3964 >>3979 >>3992 >>4706

JA

**Anonymous** ID: a07acb Sept. 6, 2020, 11:56 p.m. No.10553918 .is kun >>3923 >>3928 >>4226

Still no criminal prosecutions against the deep state traitors. Nothing, not a damn thing. Bill Barr is just another Jeff Sessions do nothing faggot AG. Trump is a fucking idiot for appointing losers who keep getting wrecked by the deep state. What a fucking cluster fuck joke.

**Anonymous** ID: 114d87 Sept. 6, 2020, 11:56 p.m. No.10553920 .is kun >>3927 >>3971

Anons I'm just going to leave this here.

**Anonymous** ID: 461319 Sept. 6, 2020, 11:56 p.m. No.10553921 .is kun >>3940 >>3948 >>3957 >>4020

>>10553893

Holiday in Cambodia
This should be antifa/blm anthem.

https://www.youtube.com/watch?v=Qr6NOsluHYg

**Anonymous** ID: 1673a4 Sept. 6, 2020, 11:57 p.m. No.10553922 .is kun >>3943

>>10553802
>>10553802
**BAKER GONNA JUMP IN THE SHOWER**

Back in 15, don't go anywhere

**Anonymous** ID: 011dcf Sept. 6, 2020, 11:57 p.m. No.10553923 .is kun

>>10553918

**Anonymous** ID: c6d525 Sept. 6, 2020, 11:57 p.m. No.10553924 .is kun >>3953

shill nightshift is here.



Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools

About this project

>>10553918

Anonymous ID: c6d525 Sept. 6, 2020, 11:57 p.m. No.10553924 .is kun >>3953

shill nightshift is here.

Anonymous ID: e7aa65 Sept. 6, 2020, 11:57 p.m. No.10553925 .is kun >>3930 >>3953 >>4523

>>10553909
> the usual set of multiple shill bakes
as much as that has been the norm around here...

...pic related

Anonymous ID: d43f4b Sept. 6, 2020, 11:57 p.m. No.10553926 .is kun >>3938

Just in case a claim is made that the 2017 Covid-19 listings on WITS were changed automatically through an update retroactively; here
World Customs Organization-coop w/ WHO document showing 2017 exports of "Covid-19" Test kits:
https://web.archive.org/web/20200414020339/http://www.wcoomd.org/-/media/wco/public/global/pdf/topics/nomenclature/covid_1
classification-reference_en.pdf?la=en

Anonymous ID: 35fbfa Sept. 6, 2020, 11:57 p.m. No.10553927 .is kun >>3937

>>10553920
You really don't want to do that

Anonymous ID: fe63eb Sept. 6, 2020, 11:58 p.m. No.10553928 .is kun

>>10553918

Anonymous ID: d9f017 Sept. 6, 2020, 11:58 p.m. No.10553929 .is kun >>3936

>>10553906
yes. I understand that.
Lucifer simply means light bearer so they name it that.

But Symbolism...
will be [[their]] downfall.
Just like the U.N. and Lucis trust...publishing.

Just like the naming of the large Telescope in Arizona....

Anonymous ID: c335f5 Sept. 6, 2020, 11:58 p.m. No.10553930 .is kun

>>10553925
Stupid nigger.

Anonymous ID: 5e6f79 Sept. 6, 2020, 11:59 p.m. No.10553931 .is kun >>3951

None of your rock gods could play or sing. It's all fake.

Anonymous ID: d78d33 Sept. 6, 2020, 11:59 p.m. No.10553932 .is kun

>>10553908

Anonymous ID: b458fb Sept. 6, 2020, 11:59 p.m. No.10553933 .is kun >>3946 >>3950

Was driving by a Toxic Wings outlet and it occurred to me, they were using "toxic" as in manly, heroic, not for wussies. We should embrace the term, as we did "deplorables."

Anonymous ID: 5b42fd Sept. 6, 2020, 11:59 p.m. No.10553934 .is kun

>>10553909

Anonymous ID: fc77ad Sept. 7, 2020, midnight No.10553935 .is kun

>>10553882
>20

>>10553871
I'm related to Eustace! Great man. Sadly, the FBI targeted him wh>>10553889



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

Anonymous ID: fc77ad Sept. 7, 2020, midnight No.10553935 .is kun

>>10553882
>20

>>10553871
I'm related to Eustace! Great man. Sadly, the FBI targeted him wh>>10553889
>>>10553882
Damn, that looks better. Thank you

Anonymous ID: 3743fa Sept. 7, 2020, midnight No.10553936 .is kun >>3945

>>10553929

...or Open Societies

Anonymous ID: 114d87 Sept. 7, 2020, midnight No.10553937 .is kun >>4043

>>10553927
With Joe Biden that shit is a total reality.

Anonymous ID: b10ae2 Sept. 7, 2020, midnight No.10553938 .is kun >>3965

>>10553926
According to the footer in that document, it was updated as of April 2020. Sorry, not the smoking gun.

Anonymous ID: 6a6d40 Sept. 7, 2020, midnight No.10553939 .is kun >>3960 >>4026 >>4042 >>4125

>>10553913
>>10553912
>>10553895
>>10553867

https://allthingsliberty.com/2018/05/patriots-against-loyalists-on-eastern-long-island-1775-1776/
**By September 1776, Loyalists began to express their devotion to the Crown in greater numbers, and hoped that the coming of the British to New York would ease civil war tensions and erase the harsh boundaries drawn among Loyalists and Patriots during the Association conflicts of 1775 and 1776.**

Anonymous ID: 461319 Sept. 7, 2020, midnight No.10553940 .is kun

>>10553921

Anonymous ID: f921e3 Sept. 7, 2020, 12:01 a.m. No.10553941 .is kun >>3975

>>10553654 pb
>>10553659 pb
The moar nonsensical it is,
the more it insults the average innocent person
That is their goal
They hate us for being happy and loving.
they hate our goodness.
So they are driven to destroy our peace.
Ronald Bertand explained it, He knows them up close
He says they hate us.
Think of the xchange with LdR.
Can't be explained if she was normal.
Only explained if she's a psychopath
Psychopaths sit up all night thinking how they can hurt people and make them suffer.
It's a fetish. They can never punish enough.
They create nothing but suffering around themselves.
And escape emotional suffering, doubt, remorse, regret, themselves.
Only when they are caught do they suffer.
Think of Comey. Not a moment of hesitation in his bold lies.
Totally self-satisfied, pleased at his own ability to manipulate, deluded by his narcissism to feel he is invulnerable.
Once he's caught and in prison he will suffer and be sad, but only for himself. And only to blame others.
He will never regret the hurt he did to others and to the Country.
Read 20 books on psychopaths, think about it, and figure it out for yourself? This is how far I got on it.

Anonymous ID: 65aa18 Sept. 7, 2020, 12:01 a.m. No.10553942 .is kun



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
And escape emotional suffering, doubt, remorse, regret, themselves.
Think of Comey. Not a moment of hesitation in his bold lies.
Totally self-satisfied, pleased at his own ability to manipulate, deluded by his narcissism to feel he is invulnerable.
Once he's caught and in prison he will suffer and be sad, but only for himself. And only to blame others.
He will never regret the hurt he did to others and to the Country.
Read 20 books on psychopaths, think about it, and figure it out for yourself? This is how far I got on it.
Anonymous ID: 65aa18 Sept. 7, 2020, 12:01 a.m. No.10553942 .is kun
>>10553868
Someone's been spamming it for 4 or 5 hours
Anonymous ID: e9afd3 Sept. 7, 2020, 12:01 a.m. No.10553943 .is kun >>3952 >>3993
>>10553922
<<<<<
blow-by-blow baker action
wow- wow-wee, kekking.........
Anonymous ID: c335f5 Sept. 7, 2020, 12:01 a.m. No.10553944 .is kun >>3952
You're a joke.
I fought off a Discord server full of filth that had bots that could post 20+/min.
You're just a little bitch grbl
Anonymous ID: fc77ad Sept. 7, 2020, 12:02 a.m. No.10553945 .is kun >>3954 >>4051 >>4057
>>10553936
Wasn't tesla a luciferian?
Anonymous ID: 066887 Sept. 7, 2020, 12:02 a.m. No.10553946 .is kun
>>10553933
>We should embrace the term, as we did "deplorables."
OK. I am, in fact, embracing it already right now.
Anonymous ID: 3cfb19 Sept. 7, 2020, 12:02 a.m. No.10553947 .is kun >>3955 >>3963 >>4648
Well now what's the new slide or complaint or grief going to be?
It's all out on the table now. What's the word, nerds? No joke. What is the fucking word with all this childish shit?
Anonymous ID: 3743fa Sept. 7, 2020, 12:02 a.m. No.10553948 .is kun >>3969
>>10553921
>Holiday in Cambodia
or Facebook
Anonymous ID: f921e3 Sept. 7, 2020, 12:02 a.m. No.10553949 .is kun >>3958
>>10553868
what's the post the person is upset about?
Anonymous ID: 461319 Sept. 7, 2020, 12:02 a.m. No.10553950 .is kun
>>10553933
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:03 a.m. No.10553951 .is kun
>>10553931
The wrecking crew played all of it.
Anonymous ID: c335f5 Sept. 7, 2020, 12:03 a.m. No.10553952 .is kun
>>10553943
Yeah You
see
>>10553944



Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools

About this project

The wrecking crew played all of it.

**Anonymous** ID: c335f5 Sept. 7, 2020, 12:03 a.m. No.10553952 .is kun

>>10553943
Yeah You
see
>>10553944

**Anonymous** ID: e7aa65 Sept. 7, 2020, 12:03 a.m. No.10553953 .is kun >>3962

>>10553924
→ >>10553925
honest baker mistake
has been reported
all is /comfy for now
pics related

**Anonymous** ID: 3743fa Sept. 7, 2020, 12:03 a.m. No.10553954 .is kun

>>10553945

Not sure, was referring to Soros' Open Societies Foundation.

**Anonymous** ID: f921e3 Sept. 7, 2020, 12:03 a.m. No.10553955 .is kun

>>10553947
gotta be an -op
Timing too perfect.
Could get worse.

**Anonymous** ID: b206ab Sept. 7, 2020, 12:04 a.m. No.10553956 .is kun >>3992

>>10553917

How about some context on this? When / where was this?

**Anonymous** ID: 028a42 Sept. 7, 2020, 12:04 a.m. No.10553957 .is kun >>3980

>>10553921
Yep! Too bad Jello turned in to such a cuck now and mouthpiece for all those that he used to be so against

**Anonymous** ID: 066887 Sept. 7, 2020, 12:04 a.m. No.10553958 .is kun

>>10553949
>what's the post the person is upset about?

All of the growing blank or idiotic threads on the catalog page.

**Anonymous** ID: cd351c Sept. 7, 2020, 12:04 a.m. No.10553959 .is kun

>One Day Closer
...Never soon enough...

**Anonymous** ID: 041197 Sept. 7, 2020, 12:04 a.m. No.10553960 .is kun >>3973 >>3989 >>4026 >>4028 >>4042 >>4125 >>4128 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543

>>10553939

**Anonymous** ID: d43f4b Sept. 7, 2020, 12:05 a.m. No.10553961 .is kun

"All classifications are done under the current international HS –HS 2017.">>10553938

**Anonymous** ID: c335f5 Sept. 7, 2020, 12:05 a.m. No.10553962 .is kun >>3968 >>3985

>>10553953
>1673a4
^Thats bakes.
Fuck off

**Anonymous** ID: f921e3 Sept. 7, 2020, 12:05 a.m. No.10553963 .is kun

>>10553947

Document title: dChan - Q Origins Project Archive
Capture URL: https://dchan.qorigins.org/qresearch/res/10553774.html#10554341
Capture timestamp (UTC): Wed, 19 Apr 2023 15:36:47 GMT
Page 18 of 84



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
Anonymous ID: f921e3 Sept. 7, 2020, 12:05 a.m. No.10553963 .is kun
>>10553947
could be that being a baker is a dangerous job, highly coveted by the shill brigade.
Now competition getting more intense
Motives to delete certain info more intense and probably paid for?
Anonymous ID: 114d87 Sept. 7, 2020, 12:05 a.m. No.10553964 .is kun >>3986
>>10553917
>>1055
JA is currently a bump on a log nobody.
Anonymous ID: d43f4b Sept. 7, 2020, 12:05 a.m. No.10553965 .is kun
>>10553938
"All classifications are done under the current international HS –HS 2017.">>10553938
Anonymous ID: fc77ad Sept. 7, 2020, 12:06 a.m. No.10553966 .is kun >>3970
>>10553889
thank you!
Anonymous ID: 4903b8 Sept. 7, 2020, 12:06 a.m. No.10553967 .is kun >>3981 >>3983 >>3988 >>4155 >>4177
Not trying to slide...
still haven't figured this one out.
Maybe?
Anonymous ID: c6d525 Sept. 7, 2020, 12:06 a.m. No.10553968 .is kun >>3977
>>10553962
It's not just the shill bakes, but the 'errors in list' bullshit
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:06 a.m. No.10553969 .is kun >>3972 >>3974
>>10553948
Why do clothing manufacture get their linen from south east Asia ......?
Anonymous ID: 164945 Sept. 7, 2020, 12:06 a.m. No.10553970 .is kun >>4131
>>10553966
>thank you!
you're welcome.
lurn the mastery of the URL.
Anonymous ID: dda294 Sept. 7, 2020, 12:06 a.m. No.10553971 .is kun
>>10553920
Think this got a Notable couple breads ago.
It's the World Bank platform to orchestrate covid that's notable. Anons got stuck on the estimated population $'s.
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:07 a.m. No.10553972 .is kun
>>10553969
Sex with children.
Anonymous ID: 041197 Sept. 7, 2020, 12:07 a.m. No.10553973 .is kun >>3976 >>4026 >>4042 >>4125 >>4128 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543
>>10553960
This anniversary is TODAY!
Anonymous ID: 164945 Sept. 7, 2020, 12:07 a.m. No.10553974 .is kun >>3978
>>10553969
slave labor
Anonymous ID: 0df286 Sept. 7, 2020, 12:08 a.m. No.10553975 .is kun >>4066
>>10553941

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

Anonymous ID: 041197 Sept. 7, 2020, 12:07 a.m. No.10553973 .is kun >>3976 >>4026 >>4042 >>4125 >>4128 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543

>>10553960
This anniversary is TODAY!

Anonymous ID: 164945 Sept. 7, 2020, 12:07 a.m. No.10553974 .is kun >>3978

>>10553969
slave labor

Anonymous ID: 0df286 Sept. 7, 2020, 12:08 a.m. No.10553975 .is kun >>4066

>>10553941
they focus on he negative. not the positive.

People in Rochester are protesting for a guy who was high on PCP, naked and spitting on cops telling them he was covid+. and his brother called the cops on him.

Anonymous ID: 041197 Sept. 7, 2020, 12:08 a.m. No.10553976 .is kun >>4003 >>4026 >>4042 >>4125

>>10553973
https://www.history.navy.mil/research/histories/ship-histories/danfs/t/turtle-i.html

Anonymous ID: c335f5 Sept. 7, 2020, 12:08 a.m. No.10553977 .is kun >>3991 >>3994

>>10553968
What an absolute self triggering, pre-lubricated, sphincter sniffing, ass widget you are.

Anonymous ID: 5e6f79 Sept. 7, 2020, 12:08 a.m. No.10553978 .is kun >>3996

>>10553974
>And Sex with children.

Anonymous ID: f921e3 Sept. 7, 2020, 12:08 a.m. No.10553979 .is kun

>>10553917
see. he's with his lawyer / wife
getting ready for today / tommorow
the big hearing
can somebody stabilize that vid?

Anonymous ID: 461319 Sept. 7, 2020, 12:09 a.m. No.10553980 .is kun >>3999 >>4008

>>10553957

Hubris is the downfall of many.

Anonymous ID: 114d87 Sept. 7, 2020, 12:09 a.m. No.10553981 .is kun >>4006

>>10553967
>>10553967
Solid match, I made the Obama gay post on 8Chan that Q commented on about that dirt bag fucker.

Anonymous ID: 680048 Sept. 7, 2020, 12:09 a.m. No.10553982 .is kun >>4024 >>4128 >>4272 >>4465 >>4493 >>4505 >>4543

**Same Tactics for 80 Years...**

86 Cong. Rec. (Bound) - House of Representatives:**May 27, 1940**

I want to call attention to the fact that one of the most cruel and inhuman activities of these "fifth columns" has been **with reference to the Negroes of this country.** For years the **Communists**, and probably the **Nazis and the Fascists,** have been working among the **colored people of this Nation trying to stir them up against the white people of the country**, and particularly in the South.

Just the other day we had the most astonishing manifestation of it I have ever known when the so-called **Negro Congress** met here in Washington and declared that if we got into a war with Communist Russia **they would not fight for the United States**. Some of the better Negroes got up and walked out. One said, "You are trying to add to our handicap of being black the additional handicap of being 'red.' " He knew what it meant. **The sensible, law-abiding Negroes of the South know what it means.**

https://www.govinfo.gov/app/details/GPO-CRECB-1940-pt6-v86/GPO-CRECB-1940-pt6-v86-13-2

Document title: dChan - Q Origins Project Archive
Capture URL: https://dchan.qorigins.org/qresearch/res/10553774.html#10554341
Capture timestamp (UTC): Wed, 19 Apr 2023 15:36:47 GMT
Page 20 of 84



- Archives
  - 4chan
  - 8chan/8kun
  - Reddit
  - BBSPink
- Boards
  - /cbts/
  - /greatawakening/
  - /patriotsfight/
  - /pol/
  - /projectdcomms/
  - /qresearch/
  - /thestorm/
- Other Boards
- Thread Drops
  - No drops in this thread.
- Tools
- About this project

**Negro Congress** met here in Washington and declared that if we got into a war with Communist Russia **they would not fight for the United States.** Some of the better Negroes got up and walked out. One said, "You are trying to add to our handicap of being black the additional handicap of being 'red.' " He knew what it meant. **The sensible, law-abiding Negroes of the South know what it means.**

https://www.govinfo.gov/app/details/GPO-CRECB-1940-pt6-v86/GPO-CRECB-1940-pt6-v86-13-2

**Anonymous** ID: c6d525 Sept. 7, 2020, 12:09 a.m. No.10553983 .is kun

>>10553967
no. we don't know cause Q was talking about the photo taker, not someone that's easily identifiable like saddiq

**Anonymous** ID: 6b328f Sept. 7, 2020, 12:09 a.m. No.10553984 .is kun

Probably already posted, but Dana White hires Best Buy Security guard employee after doing their job.

https://www.google.com/amp/s/www.mmafighting.com/platform/amp/2020/9/3/21420361/dana-white-adds-ex-best-buy-employee-who-thwarted-tv-thief-to-ufc-security-team

**Anonymous** ID: e7aa65 Sept. 7, 2020, 12:09 a.m. No.10553985 .is kun >>3998

>>10553962
>1673a4
>^Thats bakes.
yep, I can see that
which is why I noticed he called out his own mistake in his dough post
as I pointed out with the pic related
shill bake is an easy conclusion to come to when you see duplicate bread numbers in the catalog, for sure (given current history...)
but you are probably doing this intentionally so I just failed by responding
yay

**Anonymous** ID: f921e3 Sept. 7, 2020, 12:09 a.m. No.10553986 .is kun >>3997

>>10553964
who's the guy on the right here.
what's the smirk for? And the beedy eyes?

**Anonymous** ID: e9f181 Sept. 7, 2020, 12:09 a.m. No.10553987 .is kun >>4011

welcome to the party fren

**Anonymous** ID: f921e3 Sept. 7, 2020, 12:10 a.m. No.10553988 .is kun

>>10553967
nope

**Anonymous** ID: dda294 Sept. 7, 2020, 12:10 a.m. No.10553989 .is kun >>4001 >>4026 >>4042 >>4125 >>4128 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543

>>10553960
**NOTABLE 1776**
Forgot about that one!
EO gonna sink their ship?

**Anonymous** ID: d78d33 Sept. 7, 2020, 12:11 a.m. No.10553991 .is kun >>4009

>>10553977
Dubs don't lie.

**Anonymous** ID: fe63eb Sept. 7, 2020, 12:11 a.m. No.10553992 .is kun >>4022

>>10553956
>>10553917

https://cryptome.org/2020/08/AssangeLeaks.zip

**Anonymous** ID: 1673a4 Sept. 7, 2020, 12:11 a.m. No.10553993 .is kun >>4005

>>10553943
You're welcome, snap photos next time



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

You're welcome, snap photos next time

**Anonymous** ID: e7aa65 Sept. 7, 2020, 12:11 a.m. No.10553994 .is kun

>>10553977
dubs confirm
a shill has woken from restless slumber
cheetos and 4loco -stat

**Anonymous** ID: a07acb Sept. 7, 2020, 12:11 a.m. No.10553995 .is kun >>4015

Q turned out to be a complete failure. No arrests not even one. All of the criminal traitors responsible for 9/11 and foreign wars are completely free. Trump never was going to drain the swamp. Enjoy your 100 nights of BLM riots, anons. There will be hundreds more. Looks like patriots will be having to drain the swamp ourselves. I have no problem with that, but I wish Q wouldn't have been a fucking lying con artist for several years. Patriots should have been told from the very beginning that we would be the ones having to do Trump's heavy lifting because he was too big of a pussy bitch to do it himself. What a complete fucking joke. The deep state traitors are laughing their asses off right now.

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 12:11 a.m. No.10553996 .is kun >>4012

>>10553978
I have a Thai neighbor he says its OK to let your children to be prostitutes if they are hungry.

**Anonymous** ID: ebb050 Sept. 7, 2020, 12:11 a.m. No.10553997 .is kun

>>10553986
her son

**Anonymous** ID: c335f5 Sept. 7, 2020, 12:11 a.m. No.10553998 .is kun

>>10553985
Dilate you anime posting, nigger dick scented, 33 year old, dick slurping, tween dressing tranny.

**Anonymous** ID: 3743fa Sept. 7, 2020, 12:11 a.m. No.10553999 .is kun >>4008

>>10553980

Hey baby, how you doin' ?

**Anonymous** ID: 1b3e1e Sept. 7, 2020, 12:12 a.m. No.10554000 .is kun

**Anonymous** ID: 6122c8 Sept. 7, 2020, 12:12 a.m. No.10554001 .is kun >>4013

>>10553989
I wonder. Does this mean today is the day biden drops out?

**Anonymous** ID: ef3cbb Sept. 7, 2020, 12:12 a.m. No.10554002 .is kun

>>10553906

**Anonymous** ID: 6309ba Sept. 7, 2020, 12:12 a.m. No.10554003 .is kun >>4047

>>10553976

**Bushnell picked out the imposing 64-gun HMS Eagle, the flagship of Admiral "Black Dick" Howe...**

KEK!

**Anonymous** ID: 21355c Sept. 7, 2020, 12:12 a.m. No.10554004 .is kun

**Anonymous** ID: e9afd3 Sept. 7, 2020, 12:12 a.m. No.10554005 .is kun >>4033

>>10553993
**notable**

**Anonymous** ID: 4903b8 Sept. 7, 2020, 12:13 a.m. No.10554006 .is kun >>4019

>>10553981
Tried everyone, even the Saddiq guy (who has a beard, which Q said he didn't anymroe)
He's 51, so he would have been a teenager in the 80's. Immigrated in 1980. Could have lied about age

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
>>10553993
notable
Anonymous ID: 4903b8 Sept. 7, 2020, 12:13 a.m. No.10554006 .is kun >>4019
>>10553981
Tried everyone, even the Saddiq guy (who has a beard, which Q said he didn't anymroe)
He's 51, so he would have been a teenager in the 80's. Immigrated in 1980. Could have lied about age then too.
Anonymous ID: 161196 Sept. 7, 2020, 12:13 a.m. No.10554007 .is kun
Jeff Sessions Swats Joe Biden's Hand Away From His Granddaughter
Anonymous ID: 1b3e1e Sept. 7, 2020, 12:13 a.m. No.10554008 .is kun >>4010
>>10553999
>>10553980
When they're old enough for retirement homes, we should do this all again.
Anonymous ID: c335f5 Sept. 7, 2020, 12:13 a.m. No.10554009 .is kun >>4016
>>10553991
Mimicry, the greatest form of flatery.
Nice kike image you use, nigger.
Seeth
Anonymous ID: 164945 Sept. 7, 2020, 12:13 a.m. No.10554010 .is kun >>4034
>>10554008
>we should do this all again.
DEAR GOD LET'S NOT DO THIS AGAIN.
Anonymous ID: 3743fa Sept. 7, 2020, 12:14 a.m. No.10554011 .is kun
>>10553987
>welcome to the party fren
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:14 a.m. No.10554012 .is kun
>>10553996
I have another neighbor in the business who bragged about having sex with 13 13 year olds. He died from sex cancer.
Anonymous ID: dda294 Sept. 7, 2020, 12:14 a.m. No.10554013 .is kun >>4058
>>10554001
>I wonder. Does this mean today is the day biden drops out?
Turtle = McConnell and Eagle = Bill Clinton
Anonymous ID: d87726 Sept. 7, 2020, 12:14 a.m. No.10554014 .is kun >>4025
>>10553887
Anonymous ID: 7e4779 Sept. 7, 2020, 12:15 a.m. No.10554015 .is kun
>>10553995
Anonymous ID: d78d33 Sept. 7, 2020, 12:16 a.m. No.10554016 .is kun >>4021
>>10554009
Apparently you missed the fucking joke.
Anonymous ID: 114d87 Sept. 7, 2020, 12:16 a.m. No.10554017 .is kun >>4065 >>4121
From what I understand is: if the democrats try to use force to remove Trump from the white house after the election MAGA patriots are going in balls deep.
I have seen the support Trump has and it is highly likely the patriots will do a number on the Deep State.
Anonymous ID: fe63eb Sept. 7, 2020, 12:16 a.m. No.10554018 .is kun >>4031 >>4128 >>4222 >>4237 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543





Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

Apparently you missed the fucking joke.

**Anonymous** ID: 114d87 Sept. 7, 2020, 12:16 a.m. No.10554017 .is kun >>4065 >>4121

From what I understand is: if the democrats try to use force to remove Trump from the white house after the election MAGA patriots are going in balls deep.

I have seen the support Trump has and it is highly likely the patriots will do a number on the Deep State.

**Anonymous** ID: fe63eb Sept. 7, 2020, 12:16 a.m. No.10554018 .is kun >>4031 >>4128 >>4222 >>4237 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543

DM CDC

SEPT —-17—– [week of]
https://www.cnn.com/2018/09/15/politics/fema-presidential-alert-trump-emergency-test/index.html

**Anonymous** ID: dda294 Sept. 7, 2020, 12:16 a.m. No.10554019 .is kun >>4030 >>4062 >>4374

>>10554006

**Anonymous** ID: 1b3e1e Sept. 7, 2020, 12:16 a.m. No.10554020 .is kun >>4029 >>4436

>>10553921
Kek!

**Anonymous** ID: c335f5 Sept. 7, 2020, 12:17 a.m. No.10554021 .is kun

>>10554016
>Apparently you missed the fucking joke.
No, been laughing my ass off at you since your post.
Oh wait, your not the joke?

**Anonymous** ID: b206ab Sept. 7, 2020, 12:17 a.m. No.10554022 .is kun >>4036 >>4039

>>10553992
>https://cryptome.org/2020/08/AssangeLeaks.zip

2 problems:

1. Link is dead
2. Doesn't answer the question about context.

**Anonymous** ID: 7b6157 Sept. 7, 2020, 12:17 a.m. No.10554023 .is kun

>>10553855

ABSOLUTELY CORRECT!

**Anonymous** ID: f921e3 Sept. 7, 2020, 12:17 a.m. No.10554024 .is kun

>>10553982
yes, I saw this
The "do - gooders" tell them how they should hate whitey and how they are being fucked over.
I saw it up close.
The controllers read too much of the wrong Propaganda.
And they want to burn down your house if you are a "gentrifier"
They think property is unimportant
And that the land of the USA belongs to the "suffering peoples of the world"
There should be no borders.
The USA was founded upon evil and genocide, etc. , etc.,
I know them.
they are atheist. If they find out your ancestors were original european settlers, they will want to kill you.
I said before "they want to kill Trump nd Trump supporters" and it sounded at the time "over the top" though I completely believed it and knew it to be true.
Yet now it's come to a more public level where they've shown themself, and what I said and wrote in the past is proved true.
They really want to kill us.

**Anonymous** ID: 0df286 Sept. 7, 2020, 12:17 a.m. No.10554025 .is kun

>>10554014



though I completely believed it and knew it to be true.
past is proved true.
They really want to kill us.

Anonymous ID: 0df286 Sept. 7, 2020, 12:17 a.m. No.10554025 .is kun

>>10554014

Anonymous ID: 1673a4 Sept. 7, 2020, 12:18 a.m. No.10554026 .is kun >>4042 >>4044 >>4058 >>4125

>>10553939
>>10553960
>>10553973
>>10553976
>>10553989

Anonymous ID: 2949dd Sept. 7, 2020, 12:18 a.m. No.10554028 .is kun >>4058

>>10553960
MOAR SEPTEMBER DROPS:

Anonymous ID: 1b3e1e Sept. 7, 2020, 12:18 a.m. No.10554029 .is kun

>>10554020

Anonymous ID: ff0538 Sept. 7, 2020, 12:18 a.m. No.10554030 .is kun

>>10554019

Anonymous ID: c6d525 Sept. 7, 2020, 12:18 a.m. No.10554031 .is kun >>4040

>>10554018
read it from bottom to top.
CDC MD = Fauci

Anonymous ID: 161196 Sept. 7, 2020, 12:19 a.m. No.10554032 .is kun

Green eyed lady, lovely lady
Strolling slowly towards the sun
Green eyed lady, ocean lady
Soothing every wave that comes

Anonymous ID: 1673a4 Sept. 7, 2020, 12:19 a.m. No.10554033 .is kun

>>10554005
kek

Anonymous ID: 1b3e1e Sept. 7, 2020, 12:19 a.m. No.10554034 .is kun >>4035

>>10554010
>DEAR GOD LET'S NOT DO THIS AGAIN.

Anonymous ID: 164945 Sept. 7, 2020, 12:20 a.m. No.10554035 .is kun >>4049 >>4055 >>4117 >>4440 >>4458

>>10554034

Anonymous ID: fe63eb Sept. 7, 2020, 12:20 a.m. No.10554036 .is kun >>4151

>>10554022

https://anonfiles.com/3aA119S8o8/20100900-Chat-Between-Odin-and-Sirgurdur_pdf
https://anonfiles.com/5cAa11S7o0/20100824-Chat-Between-Sigurdur-Thordarson-and-David-House_pdf
https://anonfiles.com/77Ab1fS8o3/20100721-Chat-Between-David-House-and-Sigurdur_pdf
https://anonfiles.com/95Ac1bSfo3/20100912-Chat-Between-David-House-and-Sigurdur_pdf
https://anonfiles.com/B6A313Seoe/20100913-Chat-between-Julian-Assange-and-Sigurdur-Thordarson_pdf
https://anonfiles.com/D8A012Sdo4/000000-Sunshine-Press-Productions-Financials_pdf
https://anonfiles.com/F4Ad11Sdof/2011-12-14.033631-0500EST_pdf
https://anonfiles.com/H5Af15Sfo2/2011-10-06.211648-0400EDT_pdf
https://anonfiles.com/J0Ab16S2o6/2011-12-17.051708-0500EST_pdf
https://anonfiles.com/L5Aa1aS4o3/2012-02-16.083053-0500EST_pdf



Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools

About this project

https://anonfiles.com/F4Ad11Sdof/2011-12-14.033631-0500EST_pdf
https://anonfiles.com/[illegible]
https://anonfiles.com/J0Ab16S2o6/2011-12-17.051708-0500EST_pdf
https://anonfiles.com/L5Aa1aS4o3/2012-02-16.083053-0500EST_pdf
https://anonfiles.com/N9Af18S2of/2012-01-05.102639-0500EST_pdf
https://anonfiles.com/P0Af1cSeo2/2012-01-12.205527-0500EST_pdf
https://anonfiles.com/T5Af1fS8oc/2012-02-19.225056-0500EST_pdf
https://anonfiles.com/VaA319S1o3/2012-02-22.145944-0500EST_pdf
https://anonfiles.com/XfA417S8o4/20100822-Chat-Between-Julian-Assange-and-Sigurdur-Thordarson_pdf
https://anonfiles.com/Z7A91cSfoe/20100801-Letter-from-David-House-to-Julian-Assange_pdf
https://anonfiles.com/b3Bb1fS4oc/20100917-Chat-Between-Sigurdur-Thordarson-and-David-House_pdf
https://anonfiles.com/d6Bb18S3o8/201008-IRC-Meeting_pdf
https://anonfiles.com/ffB91eSao9/20100925-Chat-Between-Sigurdur-Thordarson-and-David-House_pdf
https://anonfiles.com/haBd19S6od/20101110-Rainey-Reitman-Conference-Call-Email_pdf
https://anonfiles.com/j8B218S7o7/20100918-Chat-between-Julian-Assange-and-Sigurdur-Thordarson_pdf
https://anonfiles.com/lfB119S2oa/20110118-David-House-Contractor-Agreement_-_Copy_pdf
https://anonfiles.com/n5B915S8o1/201007-Chat-Between-Birgitta-Jonsdottir-and-Julian-Assange_pdf
https://anonfiles.com/p5B61eSfob/20101220-Letter-from-WikiLeaks-to-BMSN_pdf
https://anonfiles.com/rbBd10Sbo6/20100900-Chat-Between-Julian-Assange-and-Odin_pdf
https://anonfiles.com/tbB615S0o5/AssangeLeaks_png
https://anonfiles.com/16B81eSbob/IMG-0160_mp4

**Anonymous** ID: dda294 Sept. 7, 2020, 12:20 a.m. No.10554037 .is kun >>4041 >>4045

Trumpet fag is going to jail
WINNING

**Anonymous** ID: d7e707 Sept. 7, 2020, 12:20 a.m. No.10554038 .is kun

Portland Police just arrested the trumpet guy. kek

**Anonymous** ID: f921e3 Sept. 7, 2020, 12:21 a.m. No.10554039 .is kun

>>10554022
big hearing is today
that's the context.
extradition hearing.

**Anonymous** ID: 3743fa Sept. 7, 2020, 12:21 a.m. No.10554040 .is kun

>>10554031
>read it from bottom to top.

CDC MD = Fauci

By Jove, I think you got it.

**Anonymous** ID: 164945 Sept. 7, 2020, 12:21 a.m. No.10554041 .is kun >>4050

>>10554037
seen't it.

**Anonymous** ID: 1673a4 Sept. 7, 2020, 12:21 a.m. No.10554042 .is kun >>4082 >>4125

>>10553939
>>10553960
>>10553973
>>10553976
>>10553989
>>10554026

**Anonymous** ID: 1b3e1e Sept. 7, 2020, 12:21 a.m. No.10554043 .is kun

>>10553937
huh?

**Anonymous** ID: 2949dd Sept. 7, 2020, 12:21 a.m. No.10554044 .is kun >>4059

>>10554026
**SEPT 7, 2020?**



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
Anonymous ID: 1b3e1e Sept. 7, 2020, 12:21 a.m. No.10554043 .is kun
>>10553937
huh?
Anonymous ID: 2949dd Sept. 7, 2020, 12:21 a.m. No.10554044 .is kun >>4059
>>10554026
SEPT 7, 2020?
Anonymous ID: a93f63 Sept. 7, 2020, 12:21 a.m. No.10554045 .is kun >>4054
>>10554037
link please
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:21 a.m. No.10554046 .is kun >>4053 >>4063
Qanon is about one thing. Saving children from prostitution.
Anonymous ID: 461319 Sept. 7, 2020, 12:21 a.m. No.10554047 .is kun
>>10554003
Anonymous ID: e9f181 Sept. 7, 2020, 12:22 a.m. No.10554048 .is kun
we are fuking completely fuked
Anonymous ID: ff0538 Sept. 7, 2020, 12:22 a.m. No.10554049 .is kun
>>10554035
Anonymous ID: dda294 Sept. 7, 2020, 12:22 a.m. No.10554050 .is kun
>>10554041
Good times, eh? Bet he's got a warrant.
She took off after his ass.
Anonymous ID: f921e3 Sept. 7, 2020, 12:22 a.m. No.10554051 .is kun >>4131
>>10553945
Tesla was his own mysticism /
didn't belong to a group.
Anonymous ID: 3cfb19 Sept. 7, 2020, 12:22 a.m. No.10554052 .is kun
Anonymous ID: 164945 Sept. 7, 2020, 12:23 a.m. No.10554053 .is kun
>>10554046
>Qanon is about one thing. Saving children from prostitution.
I disagree.
I believe it is also about eliminating certain forms of corruption, murder, slavery, evil, medical malpractice, etc.
Anonymous ID: dda294 Sept. 7, 2020, 12:23 a.m. No.10554054 .is kun >>4060 >>4224
>>10554045
Anonymous ID: 0df286 Sept. 7, 2020, 12:23 a.m. No.10554055 .is kun >>4064
>>10554035
Anonymous ID: c335f5 Sept. 7, 2020, 12:23 a.m. No.10554056 .is kun
Grbl you are, without doubt, the biggest fucking pussy I've ever met.
Anonymous ID: f921e3 Sept. 7, 2020, 12:23 a.m. No.10554057 .is kun
>>10553945
wanted to help the world, not enslave it
That's why he was targeted and impoverished .
He stood up against them and was exiled from society.



Archives
- 4chan
- 8chan/8kun
- Reddit
- BBSPink

Boards
- /cbts/
- /greatawakening/
- /patriotsfight/
- /pol/
- /projectdcomms/
- /qresearch/
- /thestorm/

Other Boards

Thread Drops

No drops in this thread.

Tools

About this project

Grbl you are, without doubt, the biggest fucking pussy I've ever met.

**Anonymous** ID: f921e3 Sept. 7, 2020, 12:23 a.m. No.10554057 .is kun

>>10553945
wanted to help the world, not enslave it
That's why he was targeted and impoverished .
He stood up against them and was exiled from society.

**Anonymous** ID: 6122c8 Sept. 7, 2020, 12:23 a.m. No.10554058 .is kun

>>10554013
>>10554026
>>10554028
Damn. Feel dumb for not remembering those

**Anonymous** ID: 1673a4 Sept. 7, 2020, 12:23 a.m. No.10554059 .is kun >>4068

>>10554044
I don't know, I gave up delta fagging after my judgement day graphic failed so hard. But I will point out it was the day that Antifa killed Patriot Prayer guy.

**Anonymous** ID: a93f63 Sept. 7, 2020, 12:23 a.m. No.10554060 .is kun

>>10554054
Thank you anon.

**Anonymous** ID: 4e1dfe Sept. 7, 2020, 12:23 a.m. No.10554061 .is kun

**Anonymous** ID: 0021d7 Sept. 7, 2020, 12:24 a.m. No.10554062 .is kun >>4078

>>10554019
>>10554019
Ain't nobody put a dick in my hind end.

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 12:24 a.m. No.10554063 .is kun >>4077

>>10554046
>Qanon is about one thing. Saving children from prostitution.

And Nothing else

**Anonymous** ID: 0df286 Sept. 7, 2020, 12:24 a.m. No.10554064 .is kun >>4072

>>10554055

**Anonymous** ID: a07acb Sept. 7, 2020, 12:24 a.m. No.10554065 .is kun >>4067 >>4069 >>4073 >>4074 >>4102 >>4110

>>10554017

Tell me Muh Dick, why should we risk our lives to fight the deep state traitors when Trump wouldn't do the same for us? It's been nearly 4 years and 100% of the mass murdering criminals remain free. Trump is a fucking pussy bitch who never had the balls to drain the swamp. Not risking my life for him. I would rather watch him deservingly lose the election and retire to Israel. We can kill the traitors later and choose our own leader. One who isn't a fucking con artist Israel first pussy bitch who actually wants to drain the swamp. Fuck Trump for being a liar. No arrests, not even one. What a joke.

**Anonymous** ID: f921e3 Sept. 7, 2020, 12:24 a.m. No.10554066 .is kun

>>10553975
They think that the dirtier deeds they do, the better.

**Anonymous** ID: f921e3 Sept. 7, 2020, 12:25 a.m. No.10554067 .is kun >>4080

>>10554065
shut up, liar.

**Anonymous** ID: 65aa18 Sept. 7, 2020, 12:25 a.m. No.10554068 .is kun >>4075 >>4114

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
They think that the dirtier deeds they do, the better.
Anonymous ID: f921e3 Sept. 7, 2020, 12:25 a.m. No.10554067 .is kun >>4080
>>10554065
shut up, liar.
Anonymous ID: 65aa18 Sept. 7, 2020, 12:25 a.m. No.10554068 .is kun >>4075 >>4114
>>10554059
The calendar deltas have gone the way of the Q clock
Meaningless, but harmless, and Q used them to keep our interest
Anonymous ID: 38d931 Sept. 7, 2020, 12:26 a.m. No.10554069 .is kun
>>10554065
>and 100% of the mass murdering criminals remain free
This is what happens when you don't lurk.
Anonymous ID: 4903b8 Sept. 7, 2020, 12:26 a.m. No.10554070 .is kun >>4079
Stache
Anonymous ID: 6b328f Sept. 7, 2020, 12:26 a.m. No.10554071 .is kun
Really hope we get a nail in the coffin drop with this 17th 2y delta.
Anonymous ID: e9f181 Sept. 7, 2020, 12:26 a.m. No.10554072 .is kun
>>10554064
can we forward this to both of them
Anonymous ID: 164945 Sept. 7, 2020, 12:26 a.m. No.10554073 .is kun
>>10554065
Anonymous ID: 0021d7 Sept. 7, 2020, 12:26 a.m. No.10554074 .is kun
>>10554065
Muh Nigga Trump is not the law enforcement in America and real patriots know that. Trump has struggled remember Trust Sessions bullshit...
Anonymous ID: 1673a4 Sept. 7, 2020, 12:26 a.m. No.10554075 .is kun >>4081 >>4093 >>4114
>>10554068
At least it looked cool, kek
Anonymous ID: afa5e9 Sept. 7, 2020, 12:27 a.m. No.10554076 .is kun >>4142
Not sure what to do, or who to report it too, but someone has spammed the catalogue with over 40 threads about the same topic.
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:27 a.m. No.10554077 .is kun >>4084
>>10554063
Children cant save themselves.
Anonymous ID: 161196 Sept. 7, 2020, 12:27 a.m. No.10554078 .is kun
>>10554062
>Ain't nobody put a dick in my hind end.
EXIT only
Anonymous ID: e9f181 Sept. 7, 2020, 12:28 a.m. No.10554079 .is kun >>4091
>>10554070
bama likes his staff tickled





Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools

About this project

Anonymous ID: e9f181 Sept. 7, 2020, 12:28 a.m. No.10554079 .is kun >>4091

>>10554070

bama likes his staff tickled

Anonymous ID: a07acb Sept. 7, 2020, 12:28 a.m. No.10554080 .is kun >>4102 >>4104 >>4320 >>4352

>>10554067
Fuck off boomer faggot. The deep state is just as powerful as it was when Trump took office. Not a single criminal prosecution. Just the same old bullshit as always. Nationwide lockdowns, BLM riots, defunding police, cities collapsing, Churches closed, families not allowed to see their loved ones on their death bed, family businesses closing, Amazon making billions. Fuck off with your delusional bullshit. The collapse of America has happened under Trump's watch. He's a fucking liar con artist who never was going to drain the swamp.

Anonymous ID: 65aa18 Sept. 7, 2020, 12:28 a.m. No.10554081 .is kun

>>10554075
Very impressive skillz, anon

Anonymous ID: 4e0880 Sept. 7, 2020, 12:28 a.m. No.10554082 .is kun >>4087 >>4109 >>4125 >>4128 >>4252 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543

>>10554042
FYI:
Both 1776 and 2020 were and are Leap Years.

September 1st is the 245th day of the year.

The difference between 2020 and 1776 is 244.

Most years Sept 1st is the 244th day of the year.

Anonymous ID: ef3cbb Sept. 7, 2020, 12:28 a.m. No.10554083 .is kun

Anonymous ID: 5e6f79 Sept. 7, 2020, 12:29 a.m. No.10554084 .is kun >>4090

>>10554077
You are an adult no one gives a shit about the mess you got yourself into.

Anonymous ID: 58a3fb Sept. 7, 2020, 12:29 a.m. No.10554085 .is kun

Belarus is demonstrating against its government.

Is this another color revolution?

Why is this uprising being praised by Michael McFaul on Twitter?

Apparently he is a clown, too.

This intellectual arrogant deep state fraud is spreading rumors that Trump has "lost" his communities in DC (intelligence, state, military)

In reality, Trump is out of their control and they are freaking out. They are going to use All Their Tools. gearing our population up for own color revolution. Purple Tshirt anyone??

I am mad, scared and bothered.
We want free and fair elections.
So tired of liberal political elites foisting their worldview on the silent majority!

Anonymous ID: 0df286 Sept. 7, 2020, 12:29 a.m. No.10554086 .is kun >>4089 >>4094 >>4380

**MC PANTIFA is doing a whole album right now in a cops face.**

Anonymous ID: 1673a4 Sept. 7, 2020, 12:30 a.m. No.10554087 .is kun >>4125

>>10554082
I'm notabling this just because its good to know.

Anonymous ID: 161196 Sept. 7, 2020, 12:30 a.m. No.10554088 .is kun

Hold On Loosely



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
Anonymous ID: 1673a4 Sept. 7, 2020, 12:30 a.m. No.10554087 .is kun >>4125
>>10554082
I'm notabling this just because its good to know.
Anonymous ID: 161196 Sept. 7, 2020, 12:30 a.m. No.10554088 .is kun
Hold On Loosely
Anonymous ID: 0df286 Sept. 7, 2020, 12:30 a.m. No.10554089 .is kun >>4094
>>10554086
PLEASE STEP BACK FROM THE OFFICERS
you are a danger to traffic.
and your lyrics suck
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:30 a.m. No.10554090 .is kun
>>10554084
Except therapists who will take what money you have left.
Anonymous ID: 4903b8 Sept. 7, 2020, 12:30 a.m. No.10554091 .is kun
>>10554079
kek
Preet
He likes them Preety
Like Moochelle(michael)
Anonymous ID: a93f63 Sept. 7, 2020, 12:31 a.m. No.10554092 .is kun >>4098 >>4105
Arrest that faggot for shit rhymes.
Anonymous ID: 38d931 Sept. 7, 2020, 12:31 a.m. No.10554093 .is kun >>4099
>>10554075
It's not that they're wrong though, we just get no heavy confirmation into black/special ops, when they finish and when they start.
Anonymous ID: 1673a4 Sept. 7, 2020, 12:31 a.m. No.10554094 .is kun >>4120 >>4126
>>10554086
>>10554089
I could have never been one of these cops, I'd have maced this faggot already.
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:31 a.m. No.10554095 .is kun >>4096 >>4100 >>4101 >>4103 >>4116 >>4152
Qanon is about one thing. Saving children from prostitution.
Anonymous ID: e9f181 Sept. 7, 2020, 12:32 a.m. No.10554096 .is kun >>4108
>>10554095
gtfo
Anonymous ID: e7aa65 Sept. 7, 2020, 12:32 a.m. No.10554097 .is kun
Qanon is about one thing. And its not Ausneets.
Anonymous ID: 164945 Sept. 7, 2020, 12:33 a.m. No.10554098 .is kun >>4118 >>4153
>>10554092
IMO, the cops don't have to arrest very many of these guys before the agitator population disappears.
The severity of the Portland 'events' has really died off.
Anyone have any opinions on how long this Portland crap will be able to continue?
Anonymous ID: 1673a4 Sept. 7, 2020, 12:33 a.m. No.10554099 .is kun



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
Anonymous ID: 1673a4 Sept. 7, 2020, 12:33 a.m. No.10554099 .is kun
>>10554093
>It's not that they're wrong though, we just get no heavy confirmation into black/special ops, when they finish and when they start.
I actually believe they are misdirection. If I can figure it out, they can figure it out. Like I said, the Antifa guy killed the Patriot Prayer guy on the 29th, that could have been ammunition spent.
Don't know anymore, maybe Q will tell me one day.
Anonymous ID: 38d931 Sept. 7, 2020, 12:33 a.m. No.10554100 .is kun >>4111
>>10554095
Can you figure out what it's really about? The answer is "No".
Can you figure out why you can't figure out what it's really about?
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:33 a.m. No.10554101 .is kun
>>10554095
Thats it I've given all the shits I can give,
Anonymous ID: 64b99f Sept. 7, 2020, 12:33 a.m. No.10554102 .is kun
>>10554065
>>10554080
What a sniveling fucking pussy. Do yourself and us a favor and go play on the freeway with Summer, and Love.
Anonymous ID: 4903b8 Sept. 7, 2020, 12:34 a.m. No.10554103 .is kun
>>10554095
It's a lot more than that.
That is a primary goal.
Justices for the swamp,
Protecting America,
Exposing corruption,
Finding patterns,
Keeping America Great, Even After Trumps 3rd Term.
Anonymous ID: 65aa18 Sept. 7, 2020, 12:34 a.m. No.10554104 .is kun
>>10554080
Good, good, let the hate flow through you
But your anger is at Q, who built up the expectations of specific acts of justice
Don't take it out on POTUS, who actually has to deal with all the obstacles and snakes
Anonymous ID: 5b42fd Sept. 7, 2020, 12:34 a.m. No.10554105 .is kun
>>10554092
Anonymous ID: 225b00 Sept. 7, 2020, 12:34 a.m. No.10554107 .is kun >>4113 >>4137 >>4143
Democrats Will Steal The Election
Whether you like it or not America is going HOT.
MAGA patriots will do the heavy lifting to protect president Trump after the election.
Do democrats realize how many heavily armed MAGA patriots will show up at the white house in Washington DC if they try to illegally remove Trump?It will be biblical.
Do democrats know patriots with serious warfare skills are prepared and have been waiting patiently for the opportunity to drain the DC swamp ourselves with massive force?
President Trump is the hardest working president in US history and he has kept his promises.
We The People It's Go Time
President Trump patriots stand at the ready.
At least 14 million Americans will walk into combat tomorrow for president Trump.



- Archives
  - 4chan
  - 8chan/8kun
  - Reddit
  - BBSPink
- Boards
  - /cbts/
  - /greatawakening/
  - /patriotsfight/
  - /pol/
  - /projectdcomms/
  - /qresearch/
  - /thestorm/
- Other Boards
- Thread Drops
  - No drops in this thread.
- Tools
- About this project

**President Trump is the hardest working president in US history and he has kept his promises**

**We The People It's Go Time**

**President Trump patriots stand at the ready.**

**At least 14 million Americans will walk into combat tomorrow for president Trump.**

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 12:34 a.m. No.10554108 .is kun

>>10554096
choke on your own vomit.

**Anonymous** ID: 1673a4 Sept. 7, 2020, 12:34 a.m. No.10554109 .is kun >>4123 >>4125 >>4181 >>4222 >>4237 >>4252 >>4272 >>4313 >>4338 >>4432 >>4465 >>4493 >>4505 >>4543

>>10554082

**Anonymous** ID: e838c0 Sept. 7, 2020, 12:34 a.m. No.10554110 .is kun

>>10554065
>Muh Dick
Call me Ishmael.
Or just put me on a boat.
Don't even know how many times I started that book but never finished. If there is ever, like, a STORM, I will endeavor both to read that book in toto and to spend multiple nights at sea, learning stuff, somehow.

**Anonymous** ID: 59bcc6 Sept. 7, 2020, 12:35 a.m. No.10554111 .is kun

>>10554100

**Anonymous** ID: 006f88 Sept. 7, 2020, 12:35 a.m. No.10554112 .is kun >>4341

**Anonymous** ID: 164945 Sept. 7, 2020, 12:35 a.m. No.10554113 .is kun

>>10554107
>It's Go Time
dude, don't shoot the pot.

**Anonymous** ID: fefd5a Sept. 7, 2020, 12:35 a.m. No.10554114 .is kun >>4119

>>10554068
>>10554075
>At least it looked cool, kek
I know I saved and spread it on social media.

meh...this op is too sophisticated for there to be no rhyme or reason. We just don't [usually] know it in advance. If we did, it wouldn't be adequately sophisticated (hate that word, but makes the point) to outsmart its enemies.

I still can't help but keep an eye on the digits/clock, but can't bring myself to devote as much attention to knowing what's gonna happen. DO still wanna know WHY it happened precisely WHEN it does.

[45] on QClock for Labor Day...what gunna give birth?

**Anonymous** ID: beaecc Sept. 7, 2020, 12:35 a.m. No.10554115 .is kun >>4124

https://mobile.twitter.com/SVNewsAlerts/status/1302845329960824832

**Anonymous** ID: ef3cbb Sept. 7, 2020, 12:36 a.m. No.10554116 .is kun

>>10554095
>Qanon is about one thing.
+many more.
Pending Trust confirmations.

**Anonymous** ID: 4e1dfe Sept. 7, 2020, 12:36 a.m. No.10554117 .is kun

>>10554035
Proud S/M bottom



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
Pending Trust confirmations.
Anonymous ID: 4e1dfe Sept. 7, 2020, 12:36 a.m. No.10554117 .is kun
>>10554035
Proud S/M bottom
Anonymous ID: ff0538 Sept. 7, 2020, 12:36 a.m. No.10554118 .is kun >>4132
>>10554098
Disco Inferno man last night made them think of how much danger they are putting themselves into with each bottle of gasoline ....
"Na mom ...I think I'll stay home tonight. We got any hot pockets?"
Anonymous ID: 1673a4 Sept. 7, 2020, 12:36 a.m. No.10554119 .is kun
>>10554114
>[45] on QClock for Labor Day...what gunna give birth?
kek
Anonymous ID: c682dd Sept. 7, 2020, 12:36 a.m. No.10554120 .is kun
>>10554094
Sheep ripe for a fleecing.
Anonymous ID: a644d9 Sept. 7, 2020, 12:36 a.m. No.10554121 .is kun >>4133 >>4136 >>4183 >>4220
>>10554017
Theoretical question: Now that lefties have armed up its not as easy as North vs South.
It's going to be more like Lebanon
with each block in every city going exponential.
I'm not sure I'm sticking around for this.
Anonymous ID: 461319 Sept. 7, 2020, 12:36 a.m. No.10554122 .is kun
Kamala Harris Pre-Blames Russia For Potential Biden Election Loss
https://trendingpolitics.com/kamala-harris-pre-blames-russia-for-potential-biden-election-loss/
Anonymous ID: 4903b8 Sept. 7, 2020, 12:37 a.m. No.10554123 .is kun >>4141
>>10554109
Nice decode
Anonymous ID: b1f509 Sept. 7, 2020, 12:37 a.m. No.10554124 .is kun
>>10554115
>explosion
>electronics
too much flux paste?
Anonymous ID: 8d27df Sept. 7, 2020, 12:37 a.m. No.10554125 .is kun >>4222 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543
>>10553939
>>10553960
>>10553973
>>10553976
>>10553989
>>10554026
>>10554042
>>10554082
>>10554087
>>10554109



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
>>10554026
>>10554042
>>10554082
>>10554087
>>10554109
Anonymous ID: 0df286 Sept. 7, 2020, 12:37 a.m. No.10554126 .is kun >>4146
>>10554094
this guy has done 5 songs in a row
he has a whole album going
Anonymous ID: beaecc Sept. 7, 2020, 12:37 a.m. No.10554127 .is kun >>4139 >>4166 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543
>>la
Power out
Anonymous ID: 1673a4 Sept. 7, 2020, 12:37 a.m. No.10554128 .is kun
275
#13505
>>10553960, >>10553973, >>10553989 Turtle Sinks Eagle
>>10554082 Both 1776 and 2020 were and are Leap Years.
>>10553911 Central Casting
>>10553982 Same Tactics for 80 Years...
>>10554018 SEPT —-17—- [week of] CDC MD = Fauci?
Anonymous ID: 4903b8 Sept. 7, 2020, 12:37 a.m. No.10554129 .is kun >>4135
That's an image I haven't seen in a long time
I remember Clockfagging...
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:37 a.m. No.10554130 .is kun >>4138
Qanon is about one thing. Saving children from prostitution.
Anonymous ID: fc77ad Sept. 7, 2020, 12:38 a.m. No.10554131 .is kun >>4134
>>10553970
>>10554051
[ https://theghostdiaries.com/this-spirit-radio-scared-tesla-heres-how-to-built-it/ ]
https://www.express.co.uk/news/weird/583836/Devil-worshippers-using-ashes-of-Nikola-Tesla-for-Satanic-ritual
-https://www.express.co.uk/news/weird/583836/Devil-worshippers-using-ashes-of-Nikola-Tesla-for-Satanic-ritual
Anonymous ID: 164945 Sept. 7, 2020, 12:38 a.m. No.10554132 .is kun
>>10554118
I think the targeted arrests are removing the serious agitators. Very quickly, the only ones left aren't interested in violence.
At the same time, the agitators had been active, well known and looked up to by the dupes, so many dupes will be aware of the terms of the arrests. The risk of years or even months in prison is a REALLY good reason to stay home.
Anonymous ID: 65aa18 Sept. 7, 2020, 12:38 a.m. No.10554133 .is kun >>4220
>>10554121
The numbers would be massively unbalanced
Anonymous ID: fc77ad Sept. 7, 2020, 12:38 a.m. No.10554134 .is kun



At the same time, the agitators had been active, well known and looked up to by the dupes so many dupes will be aware of the terms of the arrests. The risk of years or even months in prison is a REALLY good reason to stay home.

**Anonymous** ID: 65aa18 Sept. 7, 2020, 12:38 a.m. No.10554133 .is kun >>4220

>>10554121
The numbers would be massively unbalanced

**Anonymous** ID: fc77ad Sept. 7, 2020, 12:38 a.m. No.10554134 .is kun

>>10554131
https://osharresearch.blogspot.com/2009/09/nikola-tesla-osharian-rite-freemason.html

**Anonymous** ID: 3743fa Sept. 7, 2020, 12:38 a.m. No.10554135 .is kun >>4144 >>4169

>>10554129

>I remember Clockfagging...

**Anonymous** ID: a644d9 Sept. 7, 2020, 12:38 a.m. No.10554136 .is kun >>4220

>>10554121
I don't want this to happen.
I don't want my neighbor knocking on my door and asking if I'm woke and if I remain silent they take out a 45 and end me but at the same time I;;m just not going there.

**Anonymous** ID: 0df286 Sept. 7, 2020, 12:38 a.m. No.10554137 .is kun >>4149

>>10554107
who is going to count the votes?

all the R's are going in person. and they will all vote by mail.

this will cause such a mess the election will be voided.

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 12:39 a.m. No.10554138 .is kun >>4163

>>10554130
If you fix that you fix everything.

**Anonymous** ID: 1673a4 Sept. 7, 2020, 12:39 a.m. No.10554139 .is kun >>4166

>>10554127
Damn, that's a lot of outages, have sauce?

**Anonymous** ID: e13c52 Sept. 7, 2020, 12:39 a.m. No.10554140 .is kun

>>10553840
I agree. I should've worded my assertion more clearly. The FIRST objective of the operation is to remove Potus, They are planting that narrative now, but they are also admitting it will Initially look like Trump has won, until they can make "every vote count". However, there is a lot at stake with state and local governments as well. Covid has woken many and exposed a lot of would be dictators. If certain traditionally blue states flip to Trump, it will be hard to justify how the same Dem governors, mayors, AG's, DA's, city and county officials were able to hold on to their power through the same votes that elected Trump. It is much more difficult to destabilize the country and hinder POTUS If they no longer have control over their states and their local populations. So yes, they planned it for the Presidential race, but the left never gives up power willingly and they want to keep the current power/control over their populations as well as gain additional power/control. Never let a crisis go to waste, so why not add an additional objective of keeping/obtaining power by also electing multiple individuals covering large areas of the country, allowing these areas to create coalitions with the sole purpose of hindering President Trump obstructing and dismantling his platform and everything he has accomplished.

**Anonymous** ID: 1673a4 Sept. 7, 2020, 12:39 a.m. No.10554141 .is kun

>>10554123
o7

**Anonymous** ID: dda294 Sept. 7, 2020, 12:40 a.m. No.10554142 .is kun >>4154

>>10554076
>someone has spammed the catalogue with over 40 threads



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

Anonymous ID: 1673a4 Sept. 7, 2020, 12:39 a.m. No.10554141 .is kun
>>10554123
o7

Anonymous ID: dda294 Sept. 7, 2020, 12:40 a.m. No.10554142 .is kun >>4154
>>10554076
>someone has spammed the catalogue with over 40 threads
**BAKER**
They're trying to lock the catalog again

Anonymous ID: a07acb Sept. 7, 2020, 12:40 a.m. No.10554143 .is kun >>4161 >>4164 >>4370
>>10554107
Trump wouldn't fight for us, so I sure as shit won't fight for him. If the Dems want to remove Trump, I don't give a shit. But once patriots completely wipe those traitors out, a real leader for America can emerge. Someone who isn't going to put up with BLM marxist bullshit and will protect Americans and our history. Trump isn't doing shit to stop the traitors. Zero arrests, Zero criminal prosecutions. Deep state traitors remain completely free. Fuck this bullshit. I hope Trump loses so patriots will finally wake the fuck up.

Anonymous ID: 4903b8 Sept. 7, 2020, 12:40 a.m. No.10554144 .is kun
>>10554135
YEs...

Anonymous ID: d43f4b Sept. 7, 2020, 12:40 a.m. No.10554145 .is kun

Anonymous ID: 433f6e Sept. 7, 2020, 12:40 a.m. No.10554146 .is kun >>4152
>>10554126
He needs to be violently arrested.

Anonymous ID: 161196 Sept. 7, 2020, 12:40 a.m. No.10554147 .is kun >>4171
I don't know when this was, I never heard about it, MLB is fucked up.

Anonymous ID: 07904f Sept. 7, 2020, 12:41 a.m. No.10554148 .is kun >>4156
President Trump is the hardest working president in US history and he has kept his promises.

We The People It's Go Time.

President Trump patriots stand at the ready.

At least 14 million Americans will walk into combat tomorrow for president Trump.

Anonymous ID: 3743fa Sept. 7, 2020, 12:41 a.m. No.10554149 .is kun
>>10554137

Voting should only occur once, on **ELECTIONDAY**

Anonymous ID: 1b3e1e Sept. 7, 2020, 12:41 a.m. No.10554150 .is kun
Q,

"THE MOST EFFECTIVE WAY TO DO IT IS TO DO IT."

-Amelia Earhart

Anonymous ID: f921e3 Sept. 7, 2020, 12:41 a.m. No.10554151 .is kun >>4188
>>10554036
was Thordarson the Pirates guy in Sweden with the defense dept style security for the servers?

Anonymous ID: e7aa65 Sept. 7, 2020, 12:41 a.m. No.10554152 .is kun
>>10554095
>>10554146
>violently arrested.
violetly at-rest-ed

Document title: dChan - Q Origins Project Archive
Capture URL: https://dchan.qorigins.org/qresearch/res/10553774.html#10554341
Capture timestamp (UTC): Wed, 19 Apr 2023 15:36:47 GMT
Page 37 of 84



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

>>10554095
>>10554148
>violently arrested.
violetly at-rest-ed
/fixd/

Anonymous ID: ef3cbb Sept. 7, 2020, 12:42 a.m. No.10554153 .is kun >>4158 >>4192
>>10554098
>Anyone have any opinions on how long this Portland crap will be able to continue?
Gone on too long already.
Complete control? Then Shut it Down.

Anonymous ID: 1673a4 Sept. 7, 2020, 12:42 a.m. No.10554154 .is kun >>4217
>>10554142
I reported a few, board owner doesn't appear to have been here all day. It started when I took the bread this morning and posted the shit about notables. I pissed someone off.

Anonymous ID: cd351c Sept. 7, 2020, 12:42 a.m. No.10554155 .is kun
>>10553967
>Not trying to slide...
Yeah you are.
Don't lie.
This slide has been going on for over two years now.
Strange how no one ever talks about the actual interview with the couch buddy. Which is loaded with precious gems, btw.
But seriously, though. I'm pretty sure the guy on the couch was really JFK Jr from the future time-traveling back to the past to spy on hussein for Trump during the Mayan Apocalypse, which created the rift in "space-time" to allow the whole continuum thingy to continue in the first place, which somehow was likely caused that one time in space camp when the Pleiadeians probed Uranus, but I swear that none of that is a slide. I'd sauce it, but clearly there's way to much ground so you should all totally just spend hours looking into it, because even though there's no real proof "proof", if you, like, totally believesies, and I, like, totally believesies, too, then together we can both convince the world just how bat-shit-crazy we QAnoners can be, right?

Anonymous ID: 4903b8 Sept. 7, 2020, 12:42 a.m. No.10554156 .is kun >>4168
>>10554148

Anonymous ID: 164945 Sept. 7, 2020, 12:42 a.m. No.10554158 .is kun
>>10554153
>Complete control? Then Shut it Down.
Stings involve allowing the target to incriminate themselves. What is going on is taking a lot of bad guys out.

Anonymous ID: a644d9 Sept. 7, 2020, 12:43 a.m. No.10554161 .is kun
>>10554143
You read Book 1 of 4: Kelly Turnbull | by Kurt Schlichter called People's Republic? It's really good.

Anonymous ID: 1673a4 Sept. 7, 2020, 12:43 a.m. No.10554162 .is kun
Does anyone think it is a possibility they roll out the blockchain voting before election day?

Anonymous ID: e838c0 Sept. 7, 2020, 12:43 a.m. No.10554163 .is kun
>>10554138
And how does that deal with banksters who contrive to drive billions into lives of desperation?

Don't worry, shills get justice too, and Socrates says that justice is learning. You'll learn.

Anonymous ID: f921e3 Sept. 7, 2020, 12:43 a.m. No.10554164 .is kun
>>10554143
liar

Anonymous ID: beaecc Sept. 7, 2020, 12:44 a.m. No.10554166 .is kun >>4272 >>4338 >>4465 >>4493 >>4505 >>4543
>>10554127



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
liar
Anonymous ID: beaecc Sept. 7, 2020, 12:44 a.m. No.10554166 .is kun >>4272 >>4338 >>4465 >>4493 >>4505 >>4543
>>10554127
>>10554139
https://mobile.twitter.com/NewsPolitics/status/1302824158028587008
Anonymous ID: a8056e Sept. 7, 2020, 12:44 a.m. No.10554167 .is kun >>4173 >>4176 >>4193 >>4210 >>4272 >>4465 >>4480 >>4493 >>4505 >>4543
BLM protesters in DC are calling for the White House to be burned down
Insurrection act when?
https://twitter.com/RyanAFournier/status/1302767136801255425
Anonymous ID: 07904f Sept. 7, 2020, 12:44 a.m. No.10554168 .is kun >>4175
>>10554156
Carl how is your Deep Throat seminars going at the gay bar?
Anonymous ID: 5b42fd Sept. 7, 2020, 12:44 a.m. No.10554169 .is kun >>4179 >>4190
>>10554135
could never understand it , so i have heaps in the archives
Anonymous ID: 65aa18 Sept. 7, 2020, 12:44 a.m. No.10554171 .is kun >>4185 >>4519 >>4613
>>10554147
I hope a lot of people can walk away from the NFL this year
if their ad revenues took a big hit that would send a shock wave throughout the entire entertainment industry
Imagine if the salary cap fell to $120 million, teams with a few high priced players would be fucked
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:44 a.m. No.10554172 .is kun >>4178
Who cares about power outages, Children are being raped.
Anonymous ID: 161196 Sept. 7, 2020, 12:45 a.m. No.10554173 .is kun
>>10554167
Please, please try it.....
Anonymous ID: 0f65a3 Sept. 7, 2020, 12:45 a.m. No.10554174 .is kun
Anonymous ID: 4903b8 Sept. 7, 2020, 12:45 a.m. No.10554175 .is kun >>4187
>>10554168
Anonymous ID: 1673a4 Sept. 7, 2020, 12:45 a.m. No.10554176 .is kun
>>10554167
>Insurrection act when?
Does anyone have to be notified in the case of the insurrection act being used, could it be done without announcing it and waiting?
Anonymous ID: 50d726 Sept. 7, 2020, 12:45 a.m. No.10554177 .is kun >>4186
>>10553967
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:46 a.m. No.10554178 .is kun >>4189 >>4197
>>10554172
Your child is being raped.
Anonymous ID: 3743fa Sept. 7, 2020, 12:46 a.m. No.10554179 .is kun
>>10554169
>could never understand it
Same here, it seems to hit randomly.

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

>>10554172
Your child is being raped.

Anonymous ID: 3743fa Sept. 7, 2020, 12:46 a.m. No.10554179 .is kun
>>10554169
>could never understand it
Same here, it seems to hit randomly.

Anonymous ID: afa5e9 Sept. 7, 2020, 12:46 a.m. No.10554180 .is kun
Remember anons, Patriot Day is Friday, shit is about to get real.

Anonymous ID: 4d17c9 Sept. 7, 2020, 12:46 a.m. No.10554181 .is kun >>4213 >>4222 >>4252 >>4272 >>4293 >>4338 >>4432 >>4465 >>4493 >>4505 >>4543
>>10554109
Also notice that Q used a EM DASH in their tripcode.
Marathon Dash?

Anonymous ID: 35fbfa Sept. 7, 2020, 12:47 a.m. No.10554182 .is kun
https://www.bbc.co.uk/news/uk-england-birmingham-54053892
Birmingham stabbings: Man arrested over city attacks
At 02:00 BST they were called to Hurst Street, in the city's Gay Village, where a 32-year-old woman was critically injured and two men suffered lesser injuries.
Muslim killing gays

Anonymous ID: ff0538 Sept. 7, 2020, 12:47 a.m. No.10554183 .is kun >>4220
>>10554121
It needs to stay cool.
However think of all the combat trained vets who lost friends needlessly at the hands of the same people who bring you ANTIFA every night. Wars without reason other than big money and worse. That's a lot of motivation against semi trained thugs. It would not be pretty. Little if no sempathy for any of the ANTIFA et-al crowed caught with a weapon or remotely involved with destablization. Human emotions are what they are . Pray it doesn't happen but if it does pray for the soul of our nation and the souls of the enemy, there will be no mercy for them in this land. The wrath upon them will be beyond human comprehension.

Anonymous ID: 461319 Sept. 7, 2020, 12:47 a.m. No.10554184 .is kun
Baptist Church In California Has Been Fined Nearly $60,000 for Services During Lockdown
https://flagandcross.com/baptist-church-in-california-has-been-fined-nearly-60000-for-services-during-lockdown/

Anonymous ID: 161196 Sept. 7, 2020, 12:47 a.m. No.10554185 .is kun
>>10554171
I ain't watchin it.

Anonymous ID: 4903b8 Sept. 7, 2020, 12:47 a.m. No.10554186 .is kun >>4191
>>10554177
Was another possibility.

Anonymous ID: 011dcf Sept. 7, 2020, 12:47 a.m. No.10554187 .is kun
>>10554175

Anonymous ID: fe63eb Sept. 7, 2020, 12:47 a.m. No.10554188 .is kun
>>10554151
Sigurdur Thordarson
Siggi



Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
>>10554175
Anonymous ID: fe63eb Sept. 7, 2020, 12:47 a.m. No.10554188 .is kun
>>10554151
Sigurdur Thordarson
Siggi
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:47 a.m. No.10554189 .is kun >>4195
>>10554178
By their teacher minister neighbor social worker therapist... you.
Anonymous ID: 65aa18 Sept. 7, 2020, 12:48 a.m. No.10554190 .is kun
>>10554169
A true autist created it but the premise was just an exercise, ultimately
Anonymous ID: ff0538 Sept. 7, 2020, 12:48 a.m. No.10554191 .is kun >>4202
>>10554186
Families.....?
Anonymous ID: a644d9 Sept. 7, 2020, 12:48 a.m. No.10554192 .is kun >>4206 >>4540 >>4543
>>10554153
Here's the answer on why Portland continues and hasn't been controlled. It covers usage of local, state and national guard.
https://townhall.com/columnists/kurtschlichter/2020/09/03/why-trump-doesnt-just-send-in-the-troops-n2575501
Anonymous ID: a07acb Sept. 7, 2020, 12:48 a.m. No.10554193 .is kun >>4215 >>4232 >>4248 >>4253 >>4307
>>10554167
Never because Trump doesn't care if the cities burn and innocent Americans get killed by BLM because he believes it's helping him in the polls. It's sick. If he would have arrested the traitors, like he said he was going to do, then they wouldn't be orchestrating 100 nights of violent marxist revolution. Trump is such a fucking lying con artist. Only reason many still support him at this point is because they still believe the Q bullshit.
Anonymous ID: 006f88 Sept. 7, 2020, 12:49 a.m. No.10554194 .is kun >>4199 >>4203 >>4205
I've been away for a bit shit posting on twatter and this is what you glow sticks have been up to??
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:49 a.m. No.10554195 .is kun >>4200
>>10554189
TV, radio internet....
Anonymous ID: a644d9 Sept. 7, 2020, 12:49 a.m. No.10554196 .is kun >>4346
Anonymous ID: 65aa18 Sept. 7, 2020, 12:49 a.m. No.10554197 .is kun
>>10554178
I feel like I'm being raped by your spam posts
Anonymous ID: 610e32 Sept. 7, 2020, 12:49 a.m. No.10554198 .is kun
Democrats be very careful when you try to remove Trump from the white house.
American people own the government in America not the corrupted democrat party.
Anonymous ID: 50d726 Sept. 7, 2020, 12:49 a.m. No.10554199 .is kun
>>10554194

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project
>>10554178
Anonymous ID: 610e32 Sept. 7, 2020, 12:49 a.m. No.10554198
Democrats be very careful when you try to remove Trump from the white house.
American people own the government in America not the corrupted democrat party.
Anonymous ID: 50d726 Sept. 7, 2020, 12:49 a.m. No.10554199
>>10554194
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:49 a.m. No.10554200 >>4204
>>10554195
Books newspapers. ..
Anonymous ID: a644d9 Sept. 7, 2020, 12:50 a.m. No.10554201
Anonymous ID: 4903b8 Sept. 7, 2020, 12:50 a.m. No.10554202 >>4212 >>4228
>>10554191
no confirmation on any of it.
They're all interwoven.
Deep state = DEEP
Anonymous ID: 161196 Sept. 7, 2020, 12:50 a.m. No.10554203
>>10554194
Yep. Wanna play?
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:50 a.m. No.10554204 >>4211
>>10554200
QANON.
Anonymous ID: e7aa65 Sept. 7, 2020, 12:50 a.m. No.10554205
>>10554194
>away for a bit shit posting on twatter
on the bright side
your time wasnt wasted
Anonymous ID: 65aa18 Sept. 7, 2020, 12:50 a.m. No.10554206
>>10554192
^^^^^^^^^^^^
Important article that every blackpilled anon should read
Anonymous ID: a644d9 Sept. 7, 2020, 12:51 a.m. No.10554208
Anonymous ID: 433f6e Sept. 7, 2020, 12:51 a.m. No.10554210
>>10554167
This black lives matter terrorist was saying to 'burn down the White House' a week ago. The FBI is aware of his threats.
Anonymous ID: 5e6f79 Sept. 7, 2020, 12:51 a.m. No.10554211 >>4214
>>10554204
Democrats
Anonymous ID: ff0538 Sept. 7, 2020, 12:51 a.m. No.10554212
>>10554202
As we suspect no ones is who they have ever been portrayed as ......
Anonymous ID: 1673a4 Sept. 7, 2020, 12:51 a.m. No.10554213 >>4222 >>4252 >>4272 >>4313 >>4332 >>4338 >>4432 >>4465 >>4493 >>4505 >>4543