# EXHIBIT 111
# part 2





Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

>>10554202
As we suspect no ones is who they have ever been portrayed as ......

**Anonymous** ID: 1673a4 Sept. 7, 2020, 12:51 a.m. No.10554213 .is kun >>4222 >>4252 >>4272 >>4313 >>4332 >>4338 >>4432 >>4465 >>4493 >>4505 >>4543

>>10554181
Chicago Marathon , October

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 12:51 a.m. No.10554214 .is kun >>4225

>>10554211
Republicans.

**Anonymous** ID: c56a79 Sept. 7, 2020, 12:51 a.m. No.10554215 .is kun

>>10554193

**Anonymous** ID: cd351c Sept. 7, 2020, 12:51 a.m. No.10554216 .is kun

Hold it down
**I'll be back**

**Anonymous** ID: c335f5 Sept. 7, 2020, 12:52 a.m. No.10554217 .is kun >>4230

>>10554154
Back.
We cant hold this all night.

**Anonymous** ID: 433f6e Sept. 7, 2020, 12:52 a.m. No.10554218 .is kun

Oregon State Police just locked up several people...I think Rosa got the cuffs. kek

**Anonymous** ID: e9f181 Sept. 7, 2020, 12:52 a.m. No.10554219 .is kun >>4244

I like me some Russian chicks

**Anonymous** ID: 461319 Sept. 7, 2020, 12:52 a.m. No.10554220 .is kun >>4245

>>10554121
>>10554133
>>10554136
>>10554183

If it goes hot it will be a shit storm of epic proportions until most everybody is sufficiently mortified by what they see. Blood will flow in many streets.
Probably KIA of over 5 mil.
It's not something any rational thinking person would ever want.

**Anonymous** ID: a644d9 Sept. 7, 2020, 12:53 a.m. No.10554221 .is kun

**Anonymous** ID: 030f12 Sept. 7, 2020, 12:53 a.m. No.10554222 .is kun >>4231 >>4237 >>4252 >>4272 >>4338 >>4465 >>4493 >>4505 >>4543

>>10554213
>>10554181
>>10554109
>>10554125
>>10554018

BOSTON MARATHON (VIRTUAL) SEPTEMBER!

https://www.bostonherald.com/2020/09/06/boston-marathon-virtual-race-kicks-off-amid-coronavirus-pandemic-heres-what-runners-are-planning-for-this-week/

**Anonymous** ID: 610e32 Sept. 7, 2020, 12:54 a.m. No.10554223 .is kun

USA Patriots stand at the he ready.

https://sputniknews.com/us/202009051080376487-chuck-schumer-backs-bernie-sanders-call-for-regime-change-plan-to-force-trump-from-office/

https://sputniknews.com/us/202009051080376487-chuck-schumer-backs-bernie-sanders-call-for-

**Anonymous** (ID: a50b50) Sept. 7, 2020, 12:54 a.m. No.10554224 ⊞.is 🔗 kun

>>10554054

This is the URL for the embedded video

"LIVE: Breaking News | Day 101 #RIOTS #NY #BLM"

https://www.youtube.com/watch?v=gCkOrMYX75c

**Anonymous** (ID: 5e6f79) Sept. 7, 2020, 12:54 a.m. No.10554225 ⊞.is 🔗 kun

>>10554214

Rape, raperaperaperaperaperaperaperaperape

..........................................................................................................................................................................

**Anonymous** (ID: f921e3) Sept. 7, 2020, 12:54 a.m. No.10554226 ⊞.is 🔗 kun

>>10553918

thank you for the correction

The things you learn.

I thought "we" were one happy-ish family enjoying the unfoldment of the Great Awakening. Basking in the accomplishment of the greatest Prez our imaginations could ever conjure.

Easily demolishing every shit-shit they throw at us. With ease.

It's "like"

When the FED ended, (absorbed into Treasury) nobody celebrated. It wasn't announced on the Mainstream. So it was like it didn't happen?

When he made peace with North Korea, unexpectedly. When we saw it from his plane flying over.

When we experienced all the foiled plots to kill him, including Kate the bait.

with Comey signaling to her from Congress?

When the plot to kill the R. Senate was foiled, the day after the great first SOTU address.

When he announced billions from China would be given to farmers

When his daughter announced 1 billion to feed the hungry with the money going directly to farmers, no middlemen

When he annouced the surplus in Tresury of 300 billions to give back to the people for stimulus (what's happening, fault of China)

When he fucked the big Pharma who've been overcharging, withholding cures, planning eugenics and mass murder,.

And then we see AOC choking on it when she tried to talk about prices of drugs - almost looking like a reptile; He took her platform!

PEACE in the MIDDLE EAST

TREATY

Ending of annexation of West Bank , for now and foreever if DJT gets his second term.

Only waited for that 50 years!

(Waited for the viper FED to end for 106!)

Calling the troops home from Iraq.

Ending the overseas wars...

Unless you think about it, you wouldn't even know it all happened? Since Mass Media isn't reporting it

Also, putting in place regulations to improve the performance of the police depts throughout the

Document title: dChan - Q Origins Project Archive
Capture URL: https://dchan.qorigins.org/qresearch/res/10553774.html#10554341
Capture timestamp (UTC): Wed, 19 Apr 2023 15:36:47 GMT



Archives
  4chan
  8chan/8kun
  Reddit
  BBSPink

Boards
  /cbts/
  /greatawakening/
  /patriotsfight/
  /pol/
  /projectdcomms/
  /qresearch/
  /thestorm/

Other Boards

Thread Drops
  No drops in this thread.

Tools

About this project

Calling the troops home from Iraq.

Ending the overseas wars...

Unless you think about it, you wouldn't even know it all happened? Since Mass Media isn't reporting it

Also, putting in place regulations to improve the performance of the police depts throughout the Country and to keep a record and track of the bad cops.

Getting the sadistic heath care workers out of the Veteran's dept.

I thought this 8kun free speech was a happy place.

YOU CAN"T FIND IT ANYWHERE

A GREAT GIFT

It sure brought me happiness, like I never imagined could happen.

ever since he won over HRC

and I realized the DEMs were finished after readin the wiki emails excerpts..

I think the real stress on my system ended for me after this last convention.

Notice how the bad shilling came back. It had been gone for a while?

I could be wrong but it's been amped up?

e b o t is back shadowing me again.

hi ....

All the haters and blackmailed are arrayed against us; they picked their side and revealed themselves.

What next?

---

Anonymous  ID: ff0538  Sept. 7, 2020, 12:54 a.m.  No.10554228   .is  kun  >>4238  >>4246  >>4255  >>4285  >>4413

>>10554202

Part 1

---

Anonymous  ID: 1673a4  Sept. 7, 2020, 12:54 a.m.  No.10554230   .is  kun  >>4242

>>10554217
>We cant hold this all night.
I offered a hand off twice, I gotta believe they wouldn't be dumb enough to remove anything or mess with the dough again so quickly but then again... these people really are stupid.

---

Anonymous  ID: 1673a4  Sept. 7, 2020, 12:55 a.m.  No.10554231   .is  kun

>>10554222
Checked

---

Anonymous  ID: 4903b8  Sept. 7, 2020, 12:55 a.m.  No.10554232   .is  kun  >>4253

>>10554193

---

Anonymous  ID: 5e6f79  Sept. 7, 2020, 12:55 a.m.  No.10554233   .is  kun  >>4235

Rape.

---

Anonymous  ID: e9f181  Sept. 7, 2020, 12:55 a.m.  No.10554234   .is  kun

moar Russia chicks

---

Anonymous  ID: 5e6f79  Sept. 7, 2020, 12:55 a.m.  No.10554235   .is  kun  >>4241

>>10554233

Document title: dChan - Q Origins Project Archive
Capture URL: https://dchan.qorigins.org/qresearch/res/10553774.html#10554341
Capture timestamp (UTC): Wed, 19 Apr 2023 15:36:47 GMT



Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools
About this project

Anonymous  ID: 5e6f79  Sept. 7, 2020, 12:55 a.m.  No.10554233  .is  kun  >>4235
rape

Anonymous  ID: e9f181  Sept. 7, 2020, 12:55 a.m.  No.10554234  .is  kun
moar Russia chicks

Anonymous  ID: 5e6f79  Sept. 7, 2020, 12:55 a.m.  No.10554235  .is  kun  >>4241
>>10554233
You people are sick.

Anonymous  ID: bdd92a  Sept. 7, 2020, 12:56 a.m.  No.10554237  .is  kun  >>4252  >>4272  >>4338  >>4465  >>4493  >>4505  >>4543
>>10554109
>>10554018
>>10554222

**WEEK OF SEPT- - 17 - –**

Anonymous  ID: ff0538  Sept. 7, 2020, 12:56 a.m.  No.10554238  .is  kun  >>4285  >>4413
>>10554228
Part 2

Anonymous  ID: 5e6f79  Sept. 7, 2020, 12:57 a.m.  No.10554241  .is  kun  >>4247
>>10554235
Child rape.

Anonymous  ID: c335f5  Sept. 7, 2020, 12:57 a.m.  No.10554242  .is  kun
>>10554230
Well I guess we're gonna try.
Sam should be here in 2.5 hrs.
Glad I got more Vodka.
na zdrowie

Anonymous  ID: 50d726  Sept. 7, 2020, 12:57 a.m.  No.10554244  .is  kun  >>4254  >>4257  >>4279
>>10554219
>>10554219

Anonymous  ID: a644d9  Sept. 7, 2020, 12:57 a.m.  No.10554245  .is  kun
>>10554220

I'm trying to prepare NOW. I'm looking to move from a city to the back of fucking beyond. Maybe get 1-2 acres somewhere Antifa fuckers and their white lefty 200k a year parents won't let them go bc there's no starbucks, no apple store, and limited wifi.

Just leave me alone at this point when "even silence means fuck whatever"

Anonymous  ID: f921e3  Sept. 7, 2020, 12:57 a.m.  No.10554246  .is  kun
>>10554228
bery attractive
but you got sofa boi wrong.

Anonymous  ID: 5e6f79  Sept. 7, 2020, 12:58 a.m.  No.10554247  .is  kun  >>4249
>>10554241
Stolen children.

Anonymous  ID: 7e4779  Sept. 7, 2020, 12:58 a.m.  No.10554248  .is  kun
>>10554193

Anonymous  ID: 5e6f79  Sept. 7, 2020, 12:58 a.m.  No.10554249  .is  kun
>>10554247
Walt Disney.



>>10554241
stolen children.

Anonymous ID: 7e4779 Sept. 7, 2020, 12:58 a.m. No.10554248 .is kun
>>10554193

Anonymous ID: 5e6f79 Sept. 7, 2020, 12:58 a.m. No.10554249 .is kun
>>10554247
Walt Disney.

Anonymous ID: 5e6f79 Sept. 7, 2020, 12:58 a.m. No.10554250 .is kun
Walt Disney.

Anonymous ID: 1673a4 Sept. 7, 2020, 12:59 a.m. No.10554252 .is kun
>>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, Both 1776 and 2020
were and are Leap Years.

Collaboration like this is what I have sorely been missing on this board as of late.

Anonymous ID: 461319 Sept. 7, 2020, 12:58 a.m. No.10554253 .is kun >>4268 >>4302
>>10554193

Follow up to your meme.
>>10554232

Anonymous ID: a644d9 Sept. 7, 2020, 12:59 a.m. No.10554254 .is kun
>>10554244
This is why men should not give sperm donations for money.

Anonymous ID: 4903b8 Sept. 7, 2020, 12:59 a.m. No.10554255 .is kun
>>10554228
I was there for all of that, helped decode it.
Used to live in Bremerton.
Suckdickie wasn't part of any of that.

Anonymous ID: 219b8a Sept. 7, 2020, 12:59 a.m. No.10554256 .is kun >>4288 >>4314
>>1055423

Czech Republic women are far above Russian women.

Anonymous ID: 3743fa Sept. 7, 2020, 12:59 a.m. No.10554257 .is kun >>4261
>>10554244

You couldn't just spoiler that. could you?

Anonymous ID: a644d9 Sept. 7, 2020, 12:59 a.m. No.10554258 .is kun

Anonymous ID: fe63eb Sept. 7, 2020, 1 a.m. No.10554260 .is kun >>4263 >>4270 >>4276 >>4280
https://constellis.com

https://anonfiles.com/X5d723S1oe/ddosecrets_txt
https://anonfiles.com/bce920S7o6/FOP_PPE_and_services_pdf
https://anonfiles.com/dee621S4o5/Constellis-Pandemic-Recovery-Leadership-FINAL-US_pdf
https://anonfiles.com/h5e527Sao0/Constellis_Risk_Crisis_Resilience_Services_pdf
https://anonfiles.com/j1ea22S3o1/CONSTELLIS_-_COVID19-Africa_Situation_Report-_09_Mar_2020_pdf
https://anonfiles.com/I4ea2dS7ob/Constellis_Aid_and_Development_Support_Services_pdf
https://anonfiles.com/p8e92cSfo2/CONSTELLIS_-_2019_nCoV-Situation_Report-_30_Jan_2020_pdf
https://anonfiles.com/r2e72bSbo0/CONSTELLIS_-_Piracy_in_the_Gulf_of_Guinea_Security_Overview-
_6_January_2020_pdf
https://anonfiles.com/v6ed2cS8oc/CONSTELLIS_-_US_Drone_Strike_Baghdad-Post_Incident_Report-
_7_Jan_2020_pdf
https://anonfiles.com/xaee23S1o0/Constellis-Kinetic_Global_pdf
https://anonfiles.com/3eee2aS8oc/CONSTELLIS_-Iraq_Protests_Overview-Post_Incident_Report-

Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools
About this project

https://anonfiles.com/l4ea2dS7ob/Constellis_Aid_and_Development_Support_Services_pdf
https://anonfiles.com/... CONSTELLIS_-_Piracy_in_the_Gulf_of_Guinea_Security_Overview-_6_January_2020_pdf
https://anonfiles.com/r2e72bSbo0/CONSTELLIS_-_Piracy_in_the_Gulf_of_Guinea_Security_Overview-_6_January_2020_pdf
https://anonfiles.com/v6ed2cS8oc/CONSTELLIS_-US_Drone_Strike_Baghdad-Post_Incident_Report-_7_Jan_2020_pdf
https://anonfiles.com/xaee23S1o0/Constellis_Kinetic_Global_pdf
https://anonfiles.com/3eee2aS8oc/CONSTELLIS_-Iraq_Protests_Overview-Post_Incident_Report-_October_2019_pdf
https://anonfiles.com/9ce92cS9o5/CONSTELLIS_-Global_Kidnap_for_Ransom_Report-_November_2019_pdf
https://anonfiles.com/D4ea2759o4/CONSTELLIS_-Global_Kidnap_for_Ransom_Report-_MARCH_2020_pdf
https://anonfiles.com/F5ee27Saoe/CONSTELLIS_-Global_Kidnap_for_Ransom_Insight_Report-_MAY_2020_pdf
https://anonfiles.com/Haee2dS2o8/CONSTELLIS_CONFIDENTIAL_-Burjesia_IDF_Attack-Post_Incident_Report-_20_June_2019_pdf
https://anonfiles.com/Lae92cSbof/CONSTELLIS_-Global_Kidnap_for_Ransom_Report-_May_2019_pdf
https://anonfiles.com/N6eb2dSco8/CONSTELLIS_-Global_Kidnap_for_Ransom_Report-_September_2019_pdf
https://anonfiles.com/Vaed20S1od/CONSTELLIS_-Global_Kidnap_for_Ransom_Report-_JANUARY_2020_pdf
https://anonfiles.com/Xce525Sbo4/CONSTELLIS_CONFIDENTIAL_-29_April_Dhaka_IED_Attack-Post_Incident_Report-_May_2019_pdf
https://anonfiles.com/Z2e629S6o8/CONSTELLIS_CONFIDENTIAL_-_Anadarko_Attack_Post_Incident_Report-28_February_2019-Itv2_pdf
https://anonfiles.com/bff42cS6o2/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_for_Ransom_Report-_March_2019-_pdf
https://anonfiles.com/j5fb26S7ob/CONSTELLIS_CONFIDENTIAL_-Nairobi_DusitD2_Attack-Post_Incident_Report-_17_Jan_2019_pdf
https://anonfiles.com/l1ff2dS1o3/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_for_Ransom_Report-_January_2019_pdf

Anonymous  ID: 50d726  Sept. 7, 2020, 1 a.m.  No.10554261    .js   kun

>>10554257

nope, a whole russian flag fit on it's shirt

Anonymous  ID: c335f5  Sept. 7, 2020, 1 a.m.  No.10554262    .js   kun

Anonymous  ID: fe63eb  Sept. 7, 2020, 1 a.m.  No.10554263    .js   kun   >>4270 >>4276 >>4280

https://constellis.com

>>10554260

https://anonfiles.com/n5fa2bS8o2/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_for_Ransom_Report-_July_2019_pdf
https://anonfiles.com/rafc2fSboe/CONSTELLIS_CONFIDENTIAL_JNIM_Group_Profile_February_2019_pdf
https://anonfiles.com/t8fc2bS2oc/CONSTELLIS_-JNIM_-Group_Profile-_February_2019_pdf
https://anonfiles.com/xdf32cS4o7/CONSTELLIS_-Global_Kidnap_for_Ransom_Report-_November_2018_pdf
https://anonfiles.com/37f626S5o6/CONSTELLIS_-Global_Kidnap_for_Ransom_Report-_September_20._pdf
https://anonfiles.com/54f825Sfod/CONSTELLIS_-Global_Kidnap_for_Ransom_Report-_July_2018_pdf
https://anonfiles.com/74f624Scob/CONSTELLIS_CONFIDENTIAL_-Iraq_Monthly_Report-_June_2018_pdf
https://anonfiles.com/98f325Sbo5/CONSTELLIS_CONFIDENTIAL_-Basra_Monthly_Report-_June_2018_pdf
https://anonfiles.com/Def42eS7o3/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_for_Ransom_Report-_May_2018_pdf
https://anonfiles.com/H1fd24Sao2/CONSTELLIS_CONFIDENTIAL-Basra_Weekly_Report-_26_May_2018_pdf
https://anonfiles.com/J5f020Seo9/CONSTELLIS_-Iraq_Weekly_Report-14_May-_20_May_2018_pdf
https://anonfiles.com/Nff62bS6o6/CONSTELLIS_CONFIDENTIAL-Algeria_Weekly_Report-_24_May_2018_pdf
https://anonfiles.com/Pdfe2aSdo8/CONSTELLIS_CONFIDENTIAL-Algeria_Weekly_Report-_10_May_2018_pdf
https://anonfiles.com/R4f426Sdo5/CONSTELLIS_CONFIDENTIAL_-Basra_Monthly_Report-_April_2018_pdf
https://anonfiles.com/Tfff26S8od/CONSTELLIS_CONFIDENTIAL_-Afghanistan_Weekly_Security_Report-_8_March_2018_pdf
https://anonfiles.com/Xff92aSco6/CONSTELLIS_CONFIDENTIAL_-Saudi_Arabia_Bi-Weekly_Summary-1-_15_May_2018_pdf

_10_May_2018_pdf
https://anonfiles.com/Tfff26S8od/CONSTELLIS_CONFIDENTIAL_-Afghanistan_Weekly_Security_Report-_8_March_2018_pdf
https://anonfiles.com/Xff92aSco6/CONSTELLIS_CONFIDENTIAL_-Saudi_Arabia_Bi-Weekly_Summary-1-_15_May_2018_pdf
https://anonfiles.com/d9gf28Sbo7/CONSTELLIS_CONFIDENTIAL_-Iraq_Weekly_Report-16-_22_April_2018.docx_pdf
https://anonfiles.com/j7g72aSao9/CONSTELLIS_CONFIDENTIAL-Basra_Weekly_Report-_10_March_2018_pdf
https://anonfiles.com/l2g325S8o7/Closing_Press_Release_Centerra_-_4-21-17_FINAL_pdf
https://anonfiles.com/n5g125Sbo7/Constellis_Acquires_AMK9_pdf
https://anonfiles.com/pfgb21S2o0/CONSTELLIS_CONFIDENTIAL_-Nigeria_Weekly_Report-_15_April_2018_pdf
https://anonfiles.com/t1g92fS7o4/Constellis_Acquires_OMNIPLEX_073117_pdf
https://anonfiles.com/x1g728S6o4/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_for_Ransom_Report-_March_2018_pdf
https://anonfiles.com/14g325S7o9/CONSTELLIS_CONFIDENTIAL_-Saudi_Arabia_Bi-Weekly_Summary-01-_15_March_2018_pdf
https://anonfiles.com/33g22bS3o4/CONSTELLIS_CONFIDENTIAL_-Afghanistan_Weekly_Security_Report-_13_April_2017_pdf
https://anonfiles.com/9fg522Sco7/CONSTELLIS_CONFIDENTIAL_-Saudi_Arabia_Bi-Weekly_Summary-15-_30_April_2018_pdf
https://anonfiles.com/B4ga24S1o0/CONSTELLIS_CONFIDENTIAL_-Afghanistan_Weekly_Security_Report-_8_June_2017_pdf
https://anonfiles.com/Ddgc23Seo4/CONSTELLIS_CONFIDENTIAL_-Basra_Monthly_Report-_June_2017_pdf
https://anonfiles.com/Feg124S8o2/CONSTELLIS_CONFIDENTIAL_-Afghanistan_Weekly_Security_Report-_23_November_2017_pdf
https://anonfiles.com/Nbg827S6oe/CONSTELLIS_CONFIDENTIAL_-Afghanistan_Weekly_Security_Report-_26_October_2017_pdf
https://anonfiles.com/hfh521Seo7/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_for_Ransom_Report-_Jan_2018_pdf
https://anonfiles.com/lah825Saof/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_For_Ransom_Insight_Report-_April_2017_pdf
https://anonfiles.com/p6h827Seo1/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_For_Ransom_Insight_Report-_August_2017_pdf
https://anonfiles.com/t9h52aS7o5/CONSTELLIS_CONFIDENTIAL_-Iraq_Monthly_Report-_December_2017_pdf
https://anonfiles.com/v9h32bSao1/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_for_Ransom_Insight_Report-_June_2017_pdf
https://anonfiles.com/17h121Sdof/CONSTELLIS_CONFIDENTIAL_-Iraq_Weekly_Report-5-_11_February_2018_pdf
https://anonfiles.com/31h42fS4o6/CONSTELLIS_CONFIDENTIAL_-Iraq_Weekly_Report-_12_September_2017.docx_pdf
https://anonfiles.com/73hb21S8o0/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_for_Ransom_Report-_Nov_2017_pdf

Anonymous   ID: a644d9   Sept. 7, 2020, 1 a.m.   No.10554264   .is   kun

Anonymous   ID: d8cd6a   Sept. 7, 2020, 1:01 a.m.   No.10554265   .is   kun

>>10553701 (pb)

If he in fact turns out to be a Mongol. 1%'ers are pure trash. Dealing in drugs mainly Meth, they see the handwriting on the wall if GEOTUS is reelected. He'll shut down their shit show.

Anonymous   ID: a644d9   Sept. 7, 2020, 1:01 a.m.   No.10554267   .is   kun

Anonymous   ID: 48f368   Sept. 7, 2020, 1:01 a.m.   No.10554268   .is   kun

>>10554253

Anonymous   ID: d7fecc   Sept. 7, 2020, 1:01 a.m.   No.10554269   .is   kun   >>4283 >>4299

Negroid people have made America a better country.

Anonymous   ID: fe63eb   Sept. 7, 2020, 1:01 a.m.   No.10554270   .is   kun   >>4276 >>4280

>>10554260
>>10554263

https://anonfiles.com/91h02aSeo1/CONSTELLIS_CONFIDENTIAL_-Kenya_DSMB-_14_June_2017_pdf
https://anonfiles.com/D0he2fSboc/CONSTELLIS_CONFIDENTIAL_-Iraq_Weekly_Report-15-

Archives
  4chan
  8chan/8kun
  Reddit
  BBSPink

Boards
  /cbts/
  /greatawakening/
  /patriotsfight/
  /pol/
  /projectdcomms/
  /qresearch/
  /thestorm/

> Other Boards

Thread Drops
  No drops in this thread.

> Tools

About this project

https://anonfiles.com/D0he2fSboc/CONSTELLIS_CONFIDENTIAL_-Iraq_Weekly_Report-15-_21_January_2018_pdf
https://anonfiles.com/F0hf2fSdo1/CONSTELLIS_CONFIDENTIAL_-Iraq_Weekly_Report-_18-24_September_2017_pdf
https://anonfiles.com/H1h82cSco7/CONSTELLIS_CONFIDENTIAL_-Kenya_DSMB-_16_May_2017_pdf
https://anonfiles.com/Lfhb2bScoe/CONSTELLIS_CONFIDENTIAL_-Iraq_Weekly_Report-_23_May_2017_pdf
https://anonfiles.com/N6hc27S0ob/CONSTELLIS_CONFIDENTIAL_-Iraq_Weekly_Report-_25_April_2017_pdf
https://anonfiles.com/Xdh527Sfob/CONSTELLIS_CONFIDENTIAL_-London_Terror_Attack-Post_Incident_Report-_.pdf
https://anonfiles.com/dci129S8o4/CONSTELLIS_CONFIDENTIAL_-Mozambique_Bi-Weekly_Summary-_28_February_2018_pdf
https://anonfiles.com/jaid2eS3o0/CONSTELLIS_CONFIDENTIAL_-Mozambique_Bi-Weekly_Summary-_16_October_2017_pdf
https://anonfiles.com/l9i821S4o0/CONSTELLIS_CONFIDENTIAL_-Nigeria_Weekly_Report-_4_February_2018_pdf
https://anonfiles.com/n8i421S5o7/CONSTELLIS_CONFIDENTIAL_-Kenya_Political_Security_Report-_16_July_201_.pdf
https://anonfiles.com/v7ie20S5o6/CONSTELLIS_CONFIDENTIAL_-Kenya_Political_Security_Report-_17_April_2017_pdf
https://anonfiles.com/xdi327S1od/CONSTELLIS_CONFIDENTIAL_-Nigeria_Weekly_Report-_25_February_2018_pdf
https://anonfiles.com/12i621S1o1/CONSTELLIS_CONFIDENTIAL_-UK_Threat_Monitor-_1_September_2017_pdf
https://anonfiles.com/3di12bSfod/CONSTELLIS_CONFIDENTIAL_-Presidential_Election_Rerun_Advisory_Note-_6_October_2017_pdf
https://anonfiles.com/5bi222S2o7/CONSTELLIS_CONFIDENTIAL_-Nigeria_Weekly_Report-_29_May_2017_pdf

---

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:01 a.m.  No.10554271   .is  kun  >>4275

Disney Walt

---

Anonymous  ID: 1673a4  Sept. 7, 2020, 1:01 a.m.  No.10554272   .is  kun

**400**
**#13505**
>>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, Both 1776 and 2020 were and are Leap Years. Boston Marathon, Chicago Marathon
>>10553960, >>10553973, >>10553989, >>10554125 Turtle Sinks Eagle
>>10554166, >>10554127, Current power outages in Los Angeles. This is future they want for the rest of America
>>10553911 Central Casting
>>10553982 Same Tactics for 80 Years...
>>10554018 SEPT ——17—— [week of] CDC MD = Fauci?
>>10554167 BLM protesters in DC are calling for the White House to be burned down

---

Anonymous  ID: c335f5  Sept. 7, 2020, 1:01 a.m.  No.10554273   .is  kun

---

Anonymous  ID: a644d9  Sept. 7, 2020, 1:02 a.m.  No.10554274   .is  kun  >>4295

---

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:02 a.m.  No.10554275   .is  kun

>>10554271
Walt Disney.

---

Anonymous  ID: fe63eb  Sept. 7, 2020, 1:02 a.m.  No.10554276   .is  kun  >>4280

>>10554260
>>10554263
>>10554270

https://anonfiles.com/9di328Sco3/CONSTELLIS_CONFIDENTIAL_-UK_Threat_Monitor-_4_August_2017_pdf
https://anonfiles.com/B0ic2aSaob/CONSTELLIS_CONFIDENTIAL_-UK_Threat_Monitor-_June_2017_pdf
https://anonfiles.com/Hdi626S3o8/CONSTELLIS_CONFIDENTIAL_-Top_10_Countries_Kidnap_for_Ransom_Risk-_December_2017_pdf
https://anonfiles.com/Jai02fS1od/CONSTELLIS_CONFIDENTIAL_-Saudi_Arabia_Bi-Weekly_Summary-16-_31_December_pdf

_4_August_2017_pdf
https://anonfiles.com/B0ic2aSaob/CONSTELLIS_CONFIDENTIAL_-UK_Threat_Monitor-_June_2017_pdf
https://anonfiles.com/Hdi626S3o8/CONSTELLIS_CONFIDENTIAL_-Top_10_Countries_Kidnap_for_Ransom_Risk-_December_2017_pdf
https://anonfiles.com/Jai02fS1od/CONSTELLIS_CONFIDENTIAL_-Saudi_Arabia_Bi-Weekly_Summary-16-_31_December_pdf
https://anonfiles.com/Lci22eS9o2/CONSTELLIS_CONFIDENTIAL-Algeria_Weekly_Report_-28_December_2017_pdf
https://anonfiles.com/P0ib25S0ob/CONSTELLIS-CONFIDENTIAL-Algeria_Weekly_Report_-_1_June_2017_pdf
https://anonfiles.com/R6i022S4o0/Constellis_Terra_Firma_Integration_Press_release_pdf
https://anonfiles.com/T1i52aSdo2/Constellis_Top_20_Countries_Kidnap_for_Ransom_Risk_-_December_2017_pdf
https://anonfiles.com/V0i325Sco3/Constellis_Welcomes_Former_Centerra_Leadership_pdf
https://anonfiles.com/X9ia2cS3oa/CONSTELLIS_CONFIDENTIAL_-Yemen_Monthly_AVSEC_Trend_Analysis-19_January_2017_pdf
https://anonfiles.com/Z6i127S9o2/Deborah_Ricci_CFO_Announcement_pdf

---

Anonymous ID: 21355c Sept. 7, 2020, 1:02 a.m. No.10554277 .is 🔗kun

---

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:02 a.m. No.10554278 .is 🔗kun

Disney Walt

---

Anonymous ID: 461319 Sept. 7, 2020, 1:02 a.m. No.10554279 .is 🔗kun >>4287

>>10554244

---

Anonymous ID: fe63eb Sept. 7, 2020, 1:03 a.m. No.10554280 .is 🔗kun

>>10554260
>>10554263
>>10554270
>>10554276

https://anonfiles.com/bejb2fSao9/FPS-PA-CA_Press_Release_FINAL_pdf
https://anonfiles.com/daj923Sao3/Modern_Slavery_Act_Statement_2017_pdf
https://anonfiles.com/fej029S6od/OMNIPLEX_Closing_081117_pdf
https://anonfiles.com/hajd2aS8o4/CONSTELLIS_CONFIDENTIAL-Algeria_Weekly_Report-_05_October_2017_pdf
https://anonfiles.com/j9j22cSao7/Roy_Shaposhnik_Press_Release_Final_pdf
https://anonfiles.com/lbj420S2o0/Secure_Success_Hurricane_victims_pdf
https://anonfiles.com/n9j92eS8o9/Acquisition_Centerra_Press_Release_3_13_17_FINAL_pdf
https://anonfiles.com/r4j526S6o1/CONSTELLIS-CONFIDENTIAL-Algeria_Weekly_Report-_22_February_2018_pdf
https://anonfiles.com/v9j52bS2of/Slicksheet_BusinessTravel_05_pdf
https://anonfiles.com/s5j25S6oe/CONSTELLIS-CONFIDENTIAL-Algeria_Weekly_Report-_22_June_2017_pdf
https://anonfiles.com/74jc25Sao7/CONSTELLIS_CONFIDENTIAL_-Bangladesh_Weekly_Report-_28_March_2017_pdf
https://anonfiles.com/B0j828S7o7/CONSTELLIS_CONFIDENTIAL_-Iraq_Weekly_Report-_3_January_2017_pdf
https://anonfiles.com/Ffj02bSdob/CONSTELLIS_CONFIDENTIAL_-Laikipia_and_Baringo_Situation_Report-_08_March_2017_pdf
https://anonfiles.com/Jdj12bS1oa/CONSTELLIS_CONFIDENTIAL_-Mozambique_Bi-Monthly_Summary-_2_February_2017_pdf
https://anonfiles.com/Rbj22aS2o4/CONSTELLIS_CONFIDENTIAL_-Global_Kidnap_For_Ransom_Insight_Report-_January_2017_pdf
https://anonfiles.com/T0j323S7od/CONSTELLIS_CONFIDENTIAL_-Saudi_Arabia_Bi-Weekly_Summary-14-_28_Febru_pdf
https://anonfiles.com/V1jc25S5of/CONSTELLIS_CONFIDENTIAL-Basra_Weekly_Report-_24_February_2017_pdf
https://anonfiles.com/Xaja27Seo3/CONSTELLIS_CONFIDENTIAL_-Iraq_Monthly_AVSEC_Trend_Analysis-_16_March_2017_pdf
https://anonfiles.com/b2kb2fS9o9/Constellis_SurvivalAdvice_03_pdf
https://anonfiles.com/h6k321Sdo0/Constellis_SecurityAwareness_03_pdf
https://anonfiles.com/j8ka2aS4o8/Constellis_Corporate_Brochure_A46_digital_pdf
https://anonfiles.com/n1kc25S8o5/Slicksheet_Kidnap_Response_02_pdf
https://anonfiles.com/r4kd26S7o8/Slicksheet_SecurityAwareness_03_pdf
https://anonfiles.com/vfkc27Scoa/Slicksheet_Kidnap_Response_05_pdf
https://anonfiles.com/zdka24S9o6/OLIVE_CONFIDENTIAL_-South_Sudan_Weekly_Security_Report-



_26_Febru_pdf
https://anonfiles.com/V1ic2555c4/CONSTELLIS_-CONFIDENTIAL_Press_Weekly_Report-_24_February_20_pdf
https://anonfiles.com/Xaja27Seo3/CONSTELLIS_CONFIDENTIAL_-Iraq_Monthly_AVSEC_Trend_Analysis-_16_March_2017_pdf
https://anonfiles.com/b2kb2fS9o9/Constellis_SurvivalAdvice_03_pdf
https://anonfiles.com/h6k321Sdo0/Constellis_SecurityAwareness_03_pdf
https://anonfiles.com/j8ka2aS4o8/Constelis_Corporate_Brochure_A46_digital_pdf
https://anonfiles.com/n1kc25S8o5/Slickseet_Kidnap_Response_02_pdf
https://anonfiles.com/r4kd26S7o8/Slickseet_SecurityAwareness_03_pdf
https://anonfiles.com/vfkc27Scoa/Slickseet_Kidnap_Response_05_pdf
https://anonfiles.com/zdka24S9o1/OLIVE_CONFIDENTIAL_-South_Sudan_Weekly_Security_Report-_16_December_20_pdf
https://anonfiles.com/18k620Sbo7/Slickseet_SurvivalAdvice_03_pdf
https://anonfiles.com/51ke26Scob/OLIVE_CONFIDENTIAL_-Global_Kidnap_For_Ransom_Insight_Report-November_pdf
https://anonfiles.com/91kc28Scod/Constellis_Crisis_Management_Brochure_31_Digital_web_pdf

---

**Anonymous** ID: 164945  Sept. 7, 2020, 1:03 a.m.  No.10554281  📋.is  🔗kun  >>4286

Has anyone gotten updated sealed court cases images for this month? (I have them from 36 days ago.)

---

**Anonymous** ID: 161196  Sept. 7, 2020, 1:03 a.m.  No.10554282  📋.is  🔗kun

It's a showdown, in a no-man's land
For the cowboy of the modern day.
Come on, sundown, don't be hangin' 'round,
'Cause the cowboy will blow you away

---

**Anonymous** ID: 4903b8  Sept. 7, 2020, 1:03 a.m.  No.10554283  📋.is  🔗kun

>>10554269

President Komacho Would prefer you address him in a non-racist manner.

---

**Anonymous** ID: a644d9  Sept. 7, 2020, 1:03 a.m.  No.10554284  📋.is  🔗kun

---

**Anonymous** ID: f58b1c  Sept. 7, 2020, 1:04 a.m.  No.10554285  📋.is  🔗kun  >>4319

>>10554228
>>10554238

Maybe smaller slides. This makes it difficult to see why you make many of the connections.

---

**Anonymous** ID: 1387e8  Sept. 7, 2020, 1:04 a.m.  No.10554286  📋.is  🔗kun  >>4308

>>10554281

>Has anyone gotten updated sealed court cases images for this month?
Apparently Austin Steinbart was arrested on weed charges and having a dildo that he could pee with.
He'll be in court on Tuesday.

---

**Anonymous** ID: 4903b8  Sept. 7, 2020, 1:04 a.m.  No.10554287  📋.is  🔗kun

>>10554279

kek...
accurate

---

**Anonymous** ID: 6309ba  Sept. 7, 2020, 1:04 a.m.  No.10554288  📋.is  🔗kun  >>4312

>>10554256
agreed!

---

**Anonymous** ID: d7fecc  Sept. 7, 2020, 1:05 a.m.  No.10554290  📋.is  🔗kun  >>4297

Q Research Soyboy fags will sit in mom's basement eating pizza pockets when the MAGA patriots stand for Trump in the democrats steal of the election of 2020.

Q suck balls you loser.

---

**Anonymous** ID: a644d9  Sept. 7, 2020, 1:05 a.m.  No.10554291  📋.is  🔗kun  >>4300

---

**Anonymous** ID: 1673a4  Sept. 7, 2020, 1:05 a.m.  No.10554293  📋.is  🔗kun  >>4303  >>4311  >>4338  >>4356
>>4465  >>4493  >>4505  >>4543





Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

for Trump in the democrats steal of the election of 2020.
Q suck balls you loser.

Anonymous ID: a644d9 Sept. 7, 2020, 1:05 a.m. No.10554291 .is kun >>4300

Anonymous ID: 1673a4 Sept. 7, 2020, 1:05 a.m. No.10554293 .is kun >>4303 >>4311 >>4338 >>4356 >>4465 >>4493 >>4505 >>4543

>>10554181
>EM DASH
Electro Magnetic
EMP
LA POWER SHUT DOWN
YOU SHUT DOWN POWER TO PROTECT FROM EMP?

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:05 a.m. No.10554294 .is kun

Walt Disney.

Anonymous ID: ff0538 Sept. 7, 2020, 1:05 a.m. No.10554295 .is kun

>>10554274

Anonymous ID: c335f5 Sept. 7, 2020, 1:06 a.m. No.10554297 .is kun

>>10554290
Go dilate ya tranny cucks

Anonymous ID: b97583 Sept. 7, 2020, 1:06 a.m. No.10554299 .is kun

>>10554269
You're a fucking idiot.

Anonymous ID: c335f5 Sept. 7, 2020, 1:06 a.m. No.10554300 .is kun

>>10554291

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:07 a.m. No.10554301 .is kun >>4305

Who cares about power outages, Children are being raped.

Anonymous ID: 0df286 Sept. 7, 2020, 1:07 a.m. No.10554302 .is kun >>4306

>>10554253
her pussy sounds just like snoopdog.

Anonymous ID: 6309ba Sept. 7, 2020, 1:07 a.m. No.10554303 .is kun >>4311

>>10554293
I don't know?
Perhaps.
I'm not an expert, but it sounds logical.
But could be that it wouldn't matter at all, and that an EMP attack would still effect power supplies even if they were shutdown.

Anonymous ID: 50d726 Sept. 7, 2020, 1:08 a.m. No.10554304 .is kun

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:08 a.m. No.10554305 .is kun >>4309

>>10554301
save the children.

Anonymous ID: c335f5 Sept. 7, 2020, 1:08 a.m. No.10554306 .is kun

>>10554302
>>10554302
>her pussy sounds just like snoopdog.
A man in a box?

Anonymous ID: f921e3 Sept. 7, 2020, 1:08 a.m. No.10554307 .is kun

save the children.

Anonymous ID: 5e6179   Sept. 7, 2020, 1:08 a.m.   No.10554306   .is   kun

>>10554302
>>10554302
>her pussy sounds just like snoopdog.
A man in a box?

Anonymous ID: f921e3   Sept. 7, 2020, 1:08 a.m.   No.10554307   .is   kun

>>10554193
false

I thought "we" were one happy-ish family enjoying the unfoldment of the Great Awakening. Basking in the accomplishment of the greatest Prez our imaginations could ever conjure.
Easily demolishing every shill-shit they throw at us. With ease.

When the FED ended. (absorbed into Treasury) nobody celebrated. It wasn't announced on the Mainstream. So it was like it didn't happen?
When he made peace with North Korea. unexpectedly. When we saw it from his plane flying over.
When we experienced all the foiled plots to kill him. including Kate the bait.
with Comey signaling to her from Congress?
When the plot to kill the R. Senate was foiled. the day after the great first SOTU address.
When he announced billions from China would be given to farmers
When his daughter announced 1 billion to feed the hungry with the money going directly to farmers. no middlemen
When he announced the surplus in Treasury of 300 billions to give back to the people for stimulus (what's happening. fault of China)
When he fucked- over the big Pharma who've been overcharging, withholding cures, planning eugenics and mass murder.
And then we see AOC choking on it when she tried to talk about prices of drugs - almost looking like a reptile: He took her platform!
PEACE in the MIDDLE EAST
TREATY
Ending of annexation of West Bank , for now and forever if DJT gets his second term.
Only waited for that israeli peace for 50 years!

(Waited for the viper FED to end for 106!)
Calling the troops home from Iraq.
Ending the overseas wars...
Unless you think about it, you wouldn't even know it all happened? Since Mass Media isn't reporting it
Also, putting in place regulations to improve the performance of the police depts throughout the Country and to keep a record and track of the bad cops.
Getting the sadistic heath care workers out of the Veteran's dept.
I thought this 8kun free speech was a happy place!
YOU CAN'T FIND IT ANYWHERE
A GREAT GIFT

It sure brought me happiness, like I never imagined could happen.

See how the shill are so desperate to destroy our happiness?!

Trump won over HRC - who they swore would beat him easily
Whadda joke. On them.

and I realized the DEMs were finished after readin the wiki emails excerpts..

I think the real stress on my system ended for me after this last convention.
Notice how the bad shilling came back.
Soon after POTUS advised the world that we are against the violence in the cities
Which means we are free of the "terrorism" category they tried so hard to place us in.

the Heavy shilling been gone for a while?

Hasn't it been obviously amped up?
They realized. finally. that they were losing and so renewed their futile and stupid effort.
At least they are getting paid though?
Unless they are perp Principals. who do their own defense?
e b o t is back shadowing me again.

hi ....



At least they are getting paid though?

~~L~~~~e~~~~s~~~~s~~ ~~t~~~~h~~~~a~~~~n~~ ~~P~~~~r~~~~i~~~~v~~~~a~~~~t~~~~e~~ ~~t~~~~h~~~~a~~~~n~~ ~~o~~~~w~~~~n~~~~ ~~t~~~~h~~~~e~~~~s~~~~e~~?
e b o t is back shadowing me again.

hi ....

All the haters and blackmailed are arrayed against us; they picked their side and revealed themselves.
What next?

Anonymous  ID: 164945  Sept. 7, 2020, 1:08 a.m.  No.10554308  .is  kun  >>4323
>>10554286
nono, I mean these (pic related)

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:08 a.m.  No.10554309  .is  kun  >>4316
>>10554305
Fuck airconditioning.

Anonymous  ID: 1673a4  Sept. 7, 2020, 1:09 a.m.  No.10554311  .is  kun  >>4321 >>4338 >>4383 >>4465
>>4493 >>4505 >>4543
>>10554293
>>10554303
Check this out
https://www.quora.com/Does-an-EMP-affect-the-circuits-through-which-electricity-is-not-passing-e-g-
a-car-or-a-device-that-is-turned-off

Anonymous  ID: 4d17c9  Sept. 7, 2020, 1:09 a.m.  No.10554312  .is  kun
>>10554288

Anonymous  ID: f58b1c  Sept. 7, 2020, 1:09 a.m.  No.10554313  .is  kun  >>4318 >>4324
>>10554109
>>10554213
This implies that Q has enough free time to sit down and plan-out these little puzzles for us to (maybe)
find.
He doesn't have enough time to proofread.
Nah.

Anonymous  ID: e9f181  Sept. 7, 2020, 1:09 a.m.  No.10554314  .is  kun
>>10554256
I stand corrected

Anonymous  ID: a644d9  Sept. 7, 2020, 1:09 a.m.  No.10554315  .is  kun
This is for Accosta who's dreaming of the Q Boards tonight.

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:09 a.m.  No.10554316  .is  kun  >>4325 >>4327
>>10554309
>save the children.

Anonymous  ID: 5b42fd  Sept. 7, 2020, 1:09 a.m.  No.10554317  .is  kun  >>4328 >>4337
chyna fire.

Anonymous  ID: 1673a4  Sept. 7, 2020, 1:09 a.m.  No.10554318  .is  kun  >>4323
>>10554313
Quantum computers could figure this all out in a matter of nanseconds.

Anonymous  ID: ff0538  Sept. 7, 2020, 1:10 a.m.  No.10554319  .is  kun
>>10554285
1 Left click on image.
2 Then right click on image again to select " view image"
3 then +

Anonymous  ID: f921e3  Sept. 7, 2020, 1:10 a.m.  No.10554320  .is  kun  >>4326
>>10554080



1 Left click on image,
2 Then right click on image again to select " view image"
3 then +

Anonymous ID: f921e3 Sept. 7, 2020, 1:10 a.m. No.10554320  .is 🌐kun  >>4326

>>10554080

liar
i bet you love sucking your own dick

Anonymous ID: 3743fa Sept. 7, 2020, 1:10 a.m. No.10554321  .is 🌐kun  >>4332

>>10554311

Anonymous ID: 1387e8 Sept. 7, 2020, 1:11 a.m. No.10554323  .is 🌐kun  >>4330 >>4353

>>10554318
>Quantum computers could figure this all out in a matter of nanseconds.
That's not how quantum computers work.
>>10554308
>nono, I mean these (pic related)
Oh right. still funny though.

Anonymous ID: f921e3 Sept. 7, 2020, 1:11 a.m. No.10554324  .is 🌐kun

>>10554313
fuck off retard.

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:11 a.m. No.10554325  .is 🌐kun  >>4331

>>10554316
what are you a total vagina?

Anonymous ID: e9f181 Sept. 7, 2020, 1:11 a.m. No.10554326  .is 🌐kun  >>4333

>>10554320
wait, is that even possible

Anonymous ID: 85d4e0 Sept. 7, 2020, 1:11 a.m. No.10554327  .is 🌐kun  >>4336

>>10554316
>>10554316

Anonymous ID: 4903b8 Sept. 7, 2020, 1:11 a.m. No.10554328  .is 🌐kun

>>10554317
Even in China, they don't know how to hold the camera sideways.

Anonymous ID: a644d9 Sept. 7, 2020, 1:11 a.m. No.10554329  .is 🌐kun  >>4345

Anonymous ID: 1673a4 Sept. 7, 2020, 1:12 a.m. No.10554330  .is 🌐kun  >>4339 >>4348 >>4353

>>10554323
>That's not how quantum computers work.
I thought QC had the ability to run multiple scenarios instantly?

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:12 a.m. No.10554331  .is 🌐kun  >>4342

>>10554325

man up asshole.

Anonymous ID: 4d17c9 Sept. 7, 2020, 1:12 a.m. No.10554332  .is 🌐kun

>>10554213
>>10554321
>Communists ruin everything



man up asshole.

Anonymous  ID: 4d17c9  Sept. 7, 2020, 1:12 a.m.  No.10554332  ⬜.is  🔗kun

>>10554213
>>10554321
>Communists ruin everything

Anonymous  ID: 85d4e0  Sept. 7, 2020, 1:12 a.m.  No.10554333  ⬜.is  🔗kun  >>4365

>>10554326

Its possible
Would you swallow?

Anonymous  ID: 2bea2b  Sept. 7, 2020, 1:12 a.m.  No.10554334  ⬜.is  🔗kun

Anonymous  ID: a644d9  Sept. 7, 2020, 1:12 a.m.  No.10554335  ⬜.is  🔗kun

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:12 a.m.  No.10554336  ⬜.is  🔗kun  >>4344 >>4347

>>10554327
you are retarded.

Anonymous  ID: 50d726  Sept. 7, 2020, 1:12 a.m.  No.10554337  ⬜.is  🔗kun

>>10554317

so literal...

Services: Burn-In Services:

Anonymous  ID: 1673a4  Sept. 7, 2020, 1:13 a.m.  No.10554338  ⬜.is  🔗kun  >>4354 >>4355 >>4357 >>4359 >>4376

>>10553960, >>10553973, >>10553989, >>10554125, >>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018, >>10554166, >>10554127, >>10554293, >>10554311

Am I the only one that seems to think all of these connect?

Anonymous  ID: 164945  Sept. 7, 2020, 1:13 a.m.  No.10554339  ⬜.is  🔗kun  >>4340 >>4353

>>10554330
>I thought QC had the ability to run multiple scenarios instantly?
No. Don't listen to internet idiots. They will try to convince you of all sorts of things. Read up on what quantum computers actually do. It is just an optimization that uses the fabric of reality to perform certain types of calculations much faster than procedurally.

Anonymous  ID: 10a70b  Sept. 7, 2020, 1:13 a.m.  No.10554340  ⬜.is  🔗kun  >>4373

>>10553593 (LB)
>over 5,000 homes report power issues (in Cobb County).

Reconcile?
https://poweroutage.us/area/county/164

Anonymous  ID: 0b8468  Sept. 7, 2020, 1:14 a.m.  No.10554341  ⬜.is  🔗kun

>>10554112

Jack Flynn #BeNotAfraid
@GoJackFlynn
Please send me information explaining Q' origins. Would like to truly understand more about this. Clarity matters. Thank you.
4:12 PM · Sep 6, 2020

https://mobile.twitter.com/GoJackFlynn/status/1302746576822112258

**NOTABLE**

**Archives**
  4chan
  8chan/8kun
  Reddit
  BBSPink

**Boards**
  /cbts/
  /greatawakening/
  /patriotsfight/
  /pol/
  /projectdcomms/
  /qresearch/
  /thestorm/

> Other Boards

**Thread Drops**
  No drops in this thread.

> Tools

About this project





Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

Please send me information explaining Q' origins. Would like to truly understand more about this. Clarity matters. Thank you.
4:12 PM · Sep 6, 2020

https://mobile.twitter.com/GoJackFlynn/status/1302746576822112258

**NOTABLE**

**Anonymous** ID: c335f5 Sept. 7, 2020, 1:14 a.m. No.10554342 .is kun

>>10554331
>man up asshole.
I bet they say that every time you get fucked, huh?

**Anonymous** ID: d7fecc Sept. 7, 2020, 1:14 a.m. No.10554343 .is kun >>4360

**At the end of the day who owns America? it's the MAGA patriots.**

**Anonymous** ID: 85d4e0 Sept. 7, 2020, 1:14 a.m. No.10554344 .is kun

>>10554336

Whatevah alphabet nigger

**Anonymous** ID: e9f181 Sept. 7, 2020, 1:14 a.m. No.10554345 .is kun

>>10554329
you and collective asses - exit now.

**Anonymous** ID: 2d8032 Sept. 7, 2020, 1:14 a.m. No.10554346 .is kun

>>10553879
I live in LA County and this week is insanely hot. Also there's fires in the Azuza mountains near where the Apache squads and v-22 Ospreys were seen.

>>10554196
I fucking love Ace Combat 7. Gonna make a QMV soon.

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:14 a.m. No.10554347 .is kun

>>10554336

And I mean that Jeb.

**Anonymous** ID: 1387e8 Sept. 7, 2020, 1:14 a.m. No.10554348 .is kun >>4353 >>4369

>>10554330
>I thought QC had the ability to run multiple scenarios instantly?
How would you program it to figure out something like that?
>>10554339
>It is just an optimization that uses the fabric of reality to perform certain types of calculations much faster than procedurally.
And they're years away from being useful.

**Anonymous** ID: c335f5 Sept. 7, 2020, 1:15 a.m. No.10554349 .is kun

Awakening

**Anonymous** ID: b206ab Sept. 7, 2020, 1:15 a.m. No.10554351 .is kun >>4362 >>4465 >>4493 >>4505 >>4543

Live feed outside Assange hearing..

**Anonymous** ID: 6ed0f8 Sept. 7, 2020, 1:15 a.m. No.10554352 .is kun

>>10554080
THIS...THIS right here anons is a fucking shill...pay attention and ignore, do not filter, you need to know what they are trying to instigate, this shows where they want the narrative to go every fucking time....
Have a lovely day night whatever...

**Anonymous** ID: 1673a4 Sept. 7, 2020, 1:15 a.m. No.10554353 .is kun >>4363 >>4378

>>10554330
>>10554323

Archives
 4chan
 8chan/8kun
 Reddit
 BBSPink

Boards
 /cbts/
 /greatawakening/
 /patriotsfight/
 /pol/
 /projectdcomms/
 /qresearch/
 /thestorm/

> Other Boards

Thread Drops
 No drops in this thread.

> Tools
 About this project

---

THIS...THIS right here anons is a fucking shill...pay attention and ignore, do not filter, you need to know what they are and those that it is, this is where they will try it on to censor fucking time
Have a lovely day night whatever...

Anonymous ID: 1673a4  Sept. 7, 2020, 1:15 a.m.  No.10554353   .is  kun   >>4363 >>4378
>>10554330
>>10554323
>>10554339
>>10554348

Right. but being they can be both on,off, on+off, or 1.0,1&0, if you put a large data set with all the possible variables wouldn't you be able to simulate outcomes?

Anonymous ID: f73f38  Sept. 7, 2020, 1:15 a.m.  No.10554354   .is  kun
>>10554338

I can see the way you're thinking, Anon!

Anonymous ID: f58b1c  Sept. 7, 2020, 1:15 a.m.  No.10554355   .is  kun   >>4377
>>10554338

There are enough numbers in the world that if you stare at them long enough you can always find connections.
If you see a connection you need to then step back and ask if what it implies, what is required for it to be a real causative connection. is plausible.

Anonymous ID: 38d931  Sept. 7, 2020, 1:15 a.m.  No.10554356   .is  kun
>>10554293
OOOOHHHHH

Anonymous ID: a644d9  Sept. 7, 2020, 1:16 a.m.  No.10554357   .is  kun
>>10554338
There was that story that the Dept. of Def or Homeland was worried an EMP was going to be let loose near the time of the election. Maybe those links you are pointing to are test runs to see if people will stay in their homes and swelter. losing the food in their fridge and powering down their iphones?

Anonymous ID: 5e6f79  Sept. 7, 2020, 1:16 a.m.  No.10554358   .is  kun
Jeb Bush is the is the retard that posts here every night.

Anonymous ID: f73f38  Sept. 7, 2020, 1:16 a.m.  No.10554359   .is  kun   >>4366 >>4404
>>10554338
Are we able to fit the word "KEYSTONE" into any of this?

Anonymous ID: 4903b8  Sept. 7, 2020, 1:16 a.m.  No.10554360   .is  kun   >>4382 >>4384
>>10554343
Nobody owns America.

Anonymous ID: e838c0  Sept. 7, 2020, 1:17 a.m.  No.10554361   .is  kun   >>4411 >>4628
Hope springs eternal!

Anonymous ID: 0b8468  Sept. 7, 2020, 1:17 a.m.  No.10554362   .is  kun
>>10554351
>Live feed outside Assange hearing.
NOTABLE

Anonymous ID: 1673a4  Sept. 7, 2020, 1:17 a.m.  No.10554363   .is  kun
>>10554353
>be able to simulate outcomes?
I mean they plan to use quantum computers to simulate running vaccines and medicines. why couldn't technology like that be appliead to political game theory?

Anonymous ID: 5e6f79  Sept. 7, 2020, 1:17 a.m.  No.10554364   .is  kun   >>4368
Jeb Bush is the is the retard that posts here every night.



Anonymous ID: 1673a4 Sept. 7, 2020, 1:17 a.m. No.10554363 🗔.is 🔗kun

>>10554353

>be able to simulate outcomes?

I mean they plan to use quantum computers to simulate running vaccines and medicines, why couldn't technology like that be appliead to political game theory?

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:17 a.m. No.10554364 🗔.is 🔗kun   >>4368

Jeb Bush is the is the retard that posts here every night.

Anonymous ID: e7aa65 Sept. 7, 2020, 1:17 a.m. No.10554365 🗔.is 🔗kun   >>4371

>>10554333

trips confirm

OP would swallow

Anonymous ID: c335f5 Sept. 7, 2020, 1:17 a.m. No.10554366 🗔.is 🔗kun   >>4404

>>10554359

Anonymous ID: 3d3937 Sept. 7, 2020, 1:17 a.m. No.10554367 🗔.is 🔗kun

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:18 a.m. No.10554368 🗔.is 🔗kun   >>4375

>>10554364

Jeb loves satan and hates Jesus.

Anonymous ID: 164945 Sept. 7, 2020, 1:18 a.m. No.10554369 🗔.is 🔗kun

>>10554348

>And they're years away from being useful.

Concur. Turbo-Hype.

Anonymous ID: 6ed0f8 Sept. 7, 2020, 1:18 a.m. No.10554370 🗔.is 🔗kun

>>10554143

Shill...shill....shill...shill...shill...shill...shill......

Anonymous ID: 1673a4 Sept. 7, 2020, 1:18 a.m. No.10554371 🗔.is 🔗kun   >>4395

>>10554365

>OP would swallow

How did I get drug into this?

Anonymous ID: 461319 Sept. 7, 2020, 1:18 a.m. No.10554372 🗔.is 🔗kun

If You Haven't Seen This Pelosi Impersonator You Are Seriously Missing Out

By

Miriam Weaver — 'Mockarena', Co-Founder COTR -

September 6, 2020

https://www.chicksonright.com/blog/2020/09/06/if-you-havent-seen-this-pelosi-impersonator-you-are-seriously-missing-out/?utm_source=whatfinger

Anonymous ID: fe63eb Sept. 7, 2020, 1:18 a.m. No.10554373 🗔.is 🔗kun   >>4381

>>10554340

>over 5,000 homes report power issues (in Cobb County).

Anonymous ID: f921e3 Sept. 7, 2020, 1:18 a.m. No.10554374 🗔.is 🔗kun

>>10554019

this is bingo compared to the dude fingered by the photog - who didn't meet a couple of the conditions which "Q" had layed out. anyway.

I t hink it might be Rice, but I less than certain.

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:19 a.m. No.10554375 🗔.is 🔗kun   >>4379







Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

>>10554019
this is bingo compared to the dude fingered by the photog - who didn't meet a couple of the conditions which "Q" had layed out, anyway.
I t hink it might be Rice, but I less than certain.

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:19 a.m. No.10554375 .is kun >>4379
>>10554368
Jeb's lover is his dead mommy.

**Anonymous** ID: 3743fa Sept. 7, 2020, 1:19 a.m. No.10554376 .is kun
>>10554338
>Am I the only one that seems to think all of these connect?

**Anonymous** ID: e9f181 Sept. 7, 2020, 1:19 a.m. No.10554377 .is kun
>>10554355

one fart fellar - I mean smart feller

**Anonymous** ID: 164945 Sept. 7, 2020, 1:19 a.m. No.10554378 .is kun >>4387
>>10554353
>Right, but being they can be both on,off, on+off, or 1,0,1&0, if you put a large data set with all the possible variables wouldn't you be able to simulate outcomes?
Read up on them.
They're difficult to understand, but you can do it.
Once it clicks, you'll say to yourself: "WTF is everyone talking about? This isn't THAT cool at all..."

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:19 a.m. No.10554379 .is kun >>4385
>>10554375
Jeb hates his wife and kids.

**Anonymous** ID: d00d00 Sept. 7, 2020, 1:20 a.m. No.10554380 .is kun
>>10554086
>ANTIFA

**Anonymous** ID: 1673a4 Sept. 7, 2020, 1:20 a.m. No.10554381 .is kun >>4388
>>10554373
Anyone seen oceans eleven where they detonate the EMP, big explosion knocks out power for miles around but not much real physical damage?

**Anonymous** ID: a644d9 Sept. 7, 2020, 1:20 a.m. No.10554382 .is kun >>4390 >>4405
>>10554360
Anyone that owns America's debt (bond purchases) owns America. If we can't pay the bondholder when they want their cash back they'll take something else - China took an oil field in an African nation when they couldn't pay their bond. The people were really upset - it was their 1 mine that they used for hard currency and now its China';s

**Anonymous** ID: 10a70b Sept. 7, 2020, 1:20 a.m. No.10554383 .is kun
>>10554311
It's quite possible that an EMP can damage or destroy circuits that are "turned off."
Capacitors can overload and explode, and coils can exert mechanical torque on other elements of a circuit, if the induced current exceeds the nominal rating.

**Anonymous** ID: bfd2f8 Sept. 7, 2020, 1:20 a.m. No.10554384 .is kun >>4405
>>10554360
If I remember correctly the white man started America you dip Shit illegal alien Bozo.

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:21 a.m. No.10554385 .is kun >>4393
>>10554379
Jeb can only get an erection if he thinks of his mommy.

**Anonymous** ID: 92bf7c Sept. 7, 2020, 1:21 a.m. No.10554386 .is kun

- Archives
  - 4chan
  - 8chan/8kun
  - Reddit
  - BBSPink
- Boards
  - /cbts/
  - /greatawakening/
  - /patriotsfight/
  - /pol/
  - /projectdcomms/
  - /qresearch/
  - /thestorm/
- Other Boards
- Thread Drops
  - No drops in this thread.
- Tools
- About this project

>>10554379
Jeb can only get an erection if he thinks of his mommy.

**Anonymous** ID: 92bf7c Sept. 7, 2020, 1:21 a.m. No.10554386 .is kun

**Anonymous** ID: 1673a4 Sept. 7, 2020, 1:21 a.m. No.10554387 .is kun >>4392

>>10554378
o7, will do

**Anonymous** ID: 164945 Sept. 7, 2020, 1:21 a.m. No.10554388 .is kun >>4403

>>10554381
>oceans eleven
movies != reality

**Anonymous** ID: a644d9 Sept. 7, 2020, 1:21 a.m. No.10554389 .is kun

**Anonymous** ID: 3743fa Sept. 7, 2020, 1:22 a.m. No.10554390 .is kun >>4400

>>10554382

The Port in Sri Lanka comes to mind as well.

**Anonymous** ID: 164945 Sept. 7, 2020, 1:22 a.m. No.10554392 .is kun >>4437

>>10554387
additionally, clowns (shills) here will talk all sorts of shit (usually mixed with little-green-men UFO bullshit) about quantum computers, the "looking glass", being able to predict multiple "timelines" in the future, etc.

yeah, that's all bullshit.

clowns will be clowns. they need to die.

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:22 a.m. No.10554393 .is kun >>4408

>>10554385
Jeb wants to rape George in the butt. George is with that.

**Anonymous** ID: c335f5 Sept. 7, 2020, 1:23 a.m. No.10554394 .is kun

ARCH ENEMY - The Eagle Flies Alone

**Anonymous** ID: e7aa65 Sept. 7, 2020, 1:23 a.m. No.10554395 .is kun >>4397 >>4403

>>10554371
sorry bakes, kek
just shit posting
meant original poster in that argument would swallow
shooting from the hip, didnt mean to friendly fire

o7

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:23 a.m. No.10554396 .is kun

OK

**Anonymous** ID: c335f5 Sept. 7, 2020, 1:23 a.m. No.10554397 .is kun

>>10554395

**Anonymous** ID: e9f181 Sept. 7, 2020, 1:23 a.m. No.10554398 .is kun

if i get a notable

**Anonymous** ID: aa65aa Sept. 7, 2020, 1:23 a.m. No.10554399 .is kun >>4406 >>4424

Q SoyBoy buttplug fags are doing research that nobody cares about..

Q played you morons like a fiddle.

if i get a notable

**Anonymous** ID: e9f181 Sept. 7, 2020, 1:23 a.m. No.10554398 .is kun

**Anonymous** ID: aa65aa Sept. 7, 2020, 1:23 a.m. No.10554399 .is kun >>4406 >>4424

Q SoyBoy buttplug fags are doing research that nobody cares about..

Q played you morons like a fiddle.

**Anonymous** ID: a644d9 Sept. 7, 2020, 1:24 a.m. No.10554400 .is kun >>4425

>>10554390

I hadn't heard about that one. Did China just take over the Port - now it's got control of all incoming outgoing items for Sri Lanka? That would suck.

**Anonymous** ID: 461319 Sept. 7, 2020, 1:24 a.m. No.10554401 .is kun

John Malkovich's son arrested at violent BLM rally in Portland

By Lee Brown

September 6, 2020 | 9:08am | Updated

https://nypost.com/2020/09/06/john-malkovichs-son-arrested-at-violent-blm-rally-in-portland/?
utm_source=whatfinger

**Anonymous** ID: 1bc2c3 Sept. 7, 2020, 1:24 a.m. No.10554402 .is kun >>4422

Who did this?

**Anonymous** ID: 1673a4 Sept. 7, 2020, 1:24 a.m. No.10554403 .is kun >>4409

>>10554388

>movies != reality

I'm not saying it equals reality, kek, just bringing it up for abstract thought. I guess my thought process is a little bit out there.

>>10554395

Kek, thought it was a /pol/ situation.

**Anonymous** ID: bbab2e Sept. 7, 2020, 1:24 a.m. No.10554404 .is kun >>4432

>>10554366
>>10554359
>>10553867

KEYSTONE, CO
CASTLE ROCK, CO

**Anonymous** ID: 4903b8 Sept. 7, 2020, 1:24 a.m. No.10554405 .is kun

>>10554382

The people do... not a political party.

>>10554384

5th generation legal immigrant
We started America. for everyone who wants to live as an American

**Anonymous** ID: a644d9 Sept. 7, 2020, 1:24 a.m. No.10554406 .is kun >>4415

>>10554399

**Anonymous** ID: 1673a4 Sept. 7, 2020, 1:25 a.m. No.10554407 .is kun >>4410 >>4423 >>4433

U.S. Air Force confirms electromagnetic pulse weapon

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:25 a.m. No.10554408 .is kun >>4417

>>10554393

Jeb has billions of cash and everyone hates him.

**Anonymous** ID: c335f5 Sept. 7, 2020, 1:25 a.m. No.10554409 .is kun

>>10554403

**Archives**
4chan
8chan/8kun
Reddit
BBSPink

**Boards**
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

**Thread Drops**
No drops in this thread.

Tools
About this project





Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools

About this project

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:25 a.m. No.10554408 .is kun >>4417

>>1055[illegible]

Jeb has billions of cash and everyone hates him.

**Anonymous** ID: c335f5 Sept. 7, 2020, 1:25 a.m. No.10554409 .is kun

>>10554403
>>10554403
>Kek, thought it was a /pol/ situation.

**Anonymous** ID: 164945 Sept. 7, 2020, 1:26 a.m. No.10554410 .is kun

>>10554407
every notice how Real EMP tests are always done at very high altitudes? Yeah. Huge air currents are necessary to make an EMP very powerful.

**Anonymous** ID: 50d726 Sept. 7, 2020, 1:26 a.m. No.10554411 .is kun >>4430

>>10554361
>>10554361
>>10554361

**Anonymous** ID: 1673a4 Sept. 7, 2020, 1:26 a.m. No.10554412 .is kun >>4427

ONE MINUTE | Nuclear E.M.P. explained

**Anonymous** ID: ff0538 Sept. 7, 2020, 1:26 a.m. No.10554413 .is kun

>>10554238
>>10554228
>1 Left click on image, open it.
>
>2 Then right click on image again to select " view image"
>
>3 then +

Format was difficult to make smaller, sorry

**Anonymous** ID: a644d9 Sept. 7, 2020, 1:27 a.m. No.10554414 .is kun

The Chinese J20

**Anonymous** ID: aa65aa Sept. 7, 2020, 1:27 a.m. No.10554415 .is kun >>4661

>>10554406
Mega SoyBoy buttplug shitstain you know I'm right.

**Anonymous** ID: 161196 Sept. 7, 2020, 1:27 a.m. No.10554416 .is kun >>4426

We're one body, it's one way
You're not leaving, come on stay
So get down on your knees
And let me know you're eager to please

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:28 a.m. No.10554417 .is kun >>4421

>>10554408
Jeb couldn't be elected dog catcher.

**Anonymous** ID: a644d9 Sept. 7, 2020, 1:28 a.m. No.10554418 .is kun

**Anonymous** ID: 461319 Sept. 7, 2020, 1:28 a.m. No.10554419 .is kun >>4445 >>4467

Restaurants Side With Protesters After They Target The Establishments

https://www.lacortenews.com/n/restaurants-side-with-protesters-after-they-target-the-establishments?utm_source=whatfinger

**Anonymous** ID: 1673a4 Sept. 7, 2020, 1:28 a.m. No.10554420 .is kun >>4435 >>4466 >>4473

What does it take to Survive an Electromagnetic Pulse?

Restaurants Side With Protesters After They Target The Establishments

https://www.lacortenews.com/n/restaurants-side-with-protesters-after-they-target-the-establishments?
utm_source=whatfinger

Anonymous  ID: 1673a4  Sept. 7, 2020, 1:28 a.m.  No.10554420  📄 .is  🔗 kun  >>4435  >>4466  >>4473

What does it take to Survive an Electromagnetic Pulse?

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:28 a.m.  No.10554421  📄 .is  🔗 kun  >>4431

>>10554417
George Bush is retarded.

Anonymous  ID: e9f181  Sept. 7, 2020, 1:29 a.m.  No.10554422  📄 .is  🔗 kun

>>10554402
notable

Anonymous  ID: 2bea2b  Sept. 7, 2020, 1:29 a.m.  No.10554423  📄 .is  🔗 kun  >>4433

>>10554407
**possible declas notable**

Anonymous  ID: fe63eb  Sept. 7, 2020, 1:29 a.m.  No.10554424  📄 .is  🔗 kun

>>10554399

moar[A]n al

Anonymous  ID: 3743fa  Sept. 7, 2020, 1:29 a.m.  No.10554425  📄 .is  🔗 kun  >>4446

>>10554400

It's in a debt trap

Anonymous  ID: c335f5  Sept. 7, 2020, 1:29 a.m.  No.10554426  📄 .is  🔗 kun  >>4455

>>10554416

Anonymous  ID: 164945  Sept. 7, 2020, 1:29 a.m.  No.10554427  📄 .is  🔗 kun  >>4434

>>10554412
Fear Porn.

Anonymous  ID: 7d6190  Sept. 7, 2020, 1:29 a.m.  No.10554428  📄 .is  🔗 kun  >>4442

MAKE_IT_SO

Anonymous  ID: a644d9  Sept. 7, 2020, 1:30 a.m.  No.10554429  📄 .is  🔗 kun

Anonymous  ID: 1387e8  Sept. 7, 2020, 1:30 a.m.  No.10554430  📄 .is  🔗 kun  >>4443

>>10554411
Damn, I didn't know Jobs had Daddy Fuck Flu.

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:30 a.m.  No.10554431  📄 .is  🔗 kun

>>10554421

Jeb bush is more retarded.

Anonymous  ID: 041197  Sept. 7, 2020, 1:30 a.m.  No.10554432  📄 .is  🔗 kun

>>10554213
>>10554181
>>10554109
>>10554404
NOTICE:
It's about 2 hours from Keystone, CO to Castle Rock, CO



Jeb bush is more retarded.

Anonymous ID: 041197 Sept. 7, 2020, 1:30 a.m. No.10554432 🖼️ .is 🔗 kun

>>10554213
>>10554181
>>10554109
>>10554404
NOTICE:
It's about 2 hours from Keystone, CO. to Castle Rock, CO.
2 hours would be a world class finish time for experienced athletes.

Anonymous ID: 0b8468 Sept. 7, 2020, 1:30 a.m. No.10554433 🖼️ .is 🔗 kun >>4512

>>10554423
>>10554407
>possible declas notable
Both you GTFO out with your CNN faggotry!

Anonymous ID: 1673a4 Sept. 7, 2020, 1:30 a.m. No.10554434 🖼️ .is 🔗 kun

>>10554427
Yea. I'm just looking into stuff and sharing what I find

Anonymous ID: c335f5 Sept. 7, 2020, 1:30 a.m. No.10554435 🖼️ .is 🔗 kun

>>10554420
>>10554420
>What does it take to Survive an Electromagnetic Pulse?
Lead foil hat.
With a copper coil
8 D cells.
Next

Anonymous ID: 33ea38 Sept. 7, 2020, 1:31 a.m. No.10554436 🖼️ .is 🔗 kun

>>10554020
could he be jewish by any chance?

Anonymous ID: f58b1c Sept. 7, 2020, 1:31 a.m. No.10554437 🖼️ .is 🔗 kun >>4444

>>10554392
>clowns (shills) here will talk all sorts of shit (usually mixed with little-green-men UFO bullshit) about
quantum computers, the "looking glass", being able to predict multiple "timelines" in the future, etc.
Our 48 post baker, who's using his position to push his own bad decodes and who's now saying that the
LA power outages are the result of an EMP, was saying something pretty close to that.

Anonymous ID: 461319 Sept. 7, 2020, 1:31 a.m. No.10554438 🖼️ .is 🔗 kun

Pollak: Eight Years Later, Andrew Breitbart Vindicated on Critical Race Theory

https://www.breitbart.com/politics/2020/09/06/pollak-eight-years-later-andrew-breitbart-vindicated-on-
critical-race-theory/?utm_source=whatfinger

Anonymous ID: 16e121 Sept. 7, 2020, 1:31 a.m. No.10554439 🖼️ .is 🔗 kun >>4448

WTF is going on with the catalog? Spam a rama!

Anonymous ID: 33ea38 Sept. 7, 2020, 1:31 a.m. No.10554440 🖼️ .is 🔗 kun

>>10554035
thinks with his penis and likes needles.

Anonymous ID: e9f181 Sept. 7, 2020, 1:31 a.m. No.10554441 🖼️ .is 🔗 kun

none of the digits look good

Anonymous ID: 041197 Sept. 7, 2020, 1:31 a.m. No.10554442 🖼️ .is 🔗 kun

>>10554428

Anonymous ID: 50d726 Sept. 7, 2020, 1:31 a.m. No.10554443 🖼️ .is 🔗 kun >>4457



Anonymous  ID: 50d726  Sept. 7, 2020, 1:31 a.m.  No.10554443  .is  kun  >>4457

>>10554430

He also has rose tinted glasses like all them fucks that have kuru also have, it helps with the side effect called Blepharospasms

Anonymous  ID: 164945  Sept. 7, 2020, 1:31 a.m.  No.10554444  .is  kun  >>4449 >>4459 >>4475

>>10554437

gay ass shit right there.

Anonymous  ID: 10a70b  Sept. 7, 2020, 1:32 a.m.  No.10554445  .is  kun

>>10554419

Restaurant owners = frightened sheep

If you don't side with us, we torch your place, with you in it!

Anonymous  ID: a644d9  Sept. 7, 2020, 1:32 a.m.  No.10554446  .is  kun  >>4452 >>4487

>>10554425

Did you read that China and India are really getting close to full warp speed conflict near the Himalayan border? They've both dug in & have brought up new assets.

Anonymous  ID: 1b312e  Sept. 7, 2020, 1:32 a.m.  No.10554447  .is  kun  >>4454

>>10553802

>>10553864

TYB

Anonymous  ID: 1673a4  Sept. 7, 2020, 1:32 a.m.  No.10554448  .is  kun  >>4453 >>4668

>>10554439

>WTF is going on with the catalog? Spam a rama!

Must be someone on the list

Anonymous  ID: 041197  Sept. 7, 2020, 1:33 a.m.  No.10554449  .is  kun  >>4461

>>10554444

quad fours chek'd.

>Gay ass shit.

Anonymous  ID: a644d9  Sept. 7, 2020, 1:33 a.m.  No.10554451  .is  kun

Anonymous  ID: 7d6190  Sept. 7, 2020, 1:33 a.m.  No.10554452  .is  kun  >>4468

>>10554446

Nothing can stop it

Anonymous  ID: 164945  Sept. 7, 2020, 1:33 a.m.  No.10554453  .is  kun

>>10554448

>Must be someone on the list

It is actually pretty funny how likely this is.

Anonymous  ID: c335f5  Sept. 7, 2020, 1:33 a.m.  No.10554454  .is  kun  >>4479

>>10554447

>>10554447

Anonymous  ID: 2bea2b  Sept. 7, 2020, 1:33 a.m.  No.10554455  .is  kun

>>10554426

Anonymous  ID: e9f181  Sept. 7, 2020, 1:33 a.m.  No.10554456  .is  kun  >>4471

what do we have 5 million lurkers?

## Sidebar

Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools

About this project





Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

>>10554447
>>10554426

Anonymous ID: 2bea2b Sept. 7, 2020, 1:33 a.m. No.10554455 .is kun
>>10554426

Anonymous ID: e9f181 Sept. 7, 2020, 1:33 a.m. No.10554456 .is kun >>4471
what do we have 5 million lurkers?

Anonymous ID: 1387e8 Sept. 7, 2020, 1:34 a.m. No.10554457 .is kun >>4460
>>10554443
So you're saying he had a parasite from eating brains on top of an ass full of pozzed cum?

Anonymous ID: 10a70b Sept. 7, 2020, 1:34 a.m. No.10554458 .is kun
>>10554035
Enjoys being spanked by a midget trannie in high heels.

Anonymous ID: 1b312e Sept. 7, 2020, 1:34 a.m. No.10554459 .is kun
>>10554444
digits checked

Anonymous ID: 50d726 Sept. 7, 2020, 1:34 a.m. No.10554460 .is kun >>4474 >>4478
>>10554457
>>10554457

yep

Anonymous ID: c335f5 Sept. 7, 2020, 1:34 a.m. No.10554461 .is kun
>>10554449

Anonymous ID: 161196 Sept. 7, 2020, 1:34 a.m. No.10554462 .is kun >>4485
Rock me
Rock me
Roll me through the night
We'll burn in love tonight

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:34 a.m. No.10554463 .is kun >>4477
I invented Q.

Anonymous ID: 1673a4 Sept. 7, 2020, 1:34 a.m. No.10554465 .is kun >>4488
**590**

**#13505**
>>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018 Both 1776 and 2020 were and are Leap Years, Boston Marathon, Chicago Marathon, SEPT —-17—– [week of] CDC MD = Fauci?
>>10553960, >>10553973, >>10553989, >>10554125 Turtle Sinks Eagle
>>10554166, >>10554127, Current power outages in Los Angeles. This is future they want for the rest of America
>>10553911 Central Casting
>>10553982 Same Tactics for 80 Years...
>>10554167 BLM protesters in DC are calling for the White House to be burned down
>>10554351 Live feed outside Assange hearing..
>>10553960, >>10553973, >>10553989, >>10554125, >>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018, >>10554166, >>10554127, >>10554293, >>10554311 Am I the only one that seems to think all of these connect?

Gonna bake a bread for 13506 and then ghost unless one of you want to bake it at the proper time

Anonymous ID: 3743fa Sept. 7, 2020, 1:34 a.m. No.10554466 .is kun >>4517
>>10554420
>What does it take to Survive an Electromagnetic Pulse?

>>10554311 Am I the only one that seems to think all of these connect?

Gonna bake a bread for 13506 and then ghost unless one of you want to bake it at the proper time

Anonymous  ID: 3743fa  Sept. 7, 2020, 1:34 a.m.  No.10554466  ⬛.is  🍀kun  >>4517

>>10554420
>What does it take to Survive an Electromagnetic Pulse?

Your digits indicate Weed.

Anonymous  ID: 4e1dfe  Sept. 7, 2020, 1:35 a.m.  No.10554467  ⬛.is  🍀kun

>>10554419

old mob tactics. which is why we never hear of mafia arrests anymore- they're gov contractors now.

Anonymous  ID: a644d9  Sept. 7, 2020, 1:35 a.m.  No.10554468  ⬛.is  🍀kun  >>4484

>>10554452
Let them go at it.
The numbers are equivalent right?
1.6 billion chinese
1 billion Indians
And China just became the worlds biggest navy. Whatever slows them down I'm all for.

Anonymous  ID: b19910  Sept. 7, 2020, 1:35 a.m.  No.10554469  ⬛.is  🍀kun  >>4472  >>4476  >>4486

Women in America gun buyer statistics show they are fucken around.

MAGA women are the best.

Anonymous  ID: a644d9  Sept. 7, 2020, 1:36 a.m.  No.10554470  ⬛.is  🍀kun

Anonymous  ID: c335f5  Sept. 7, 2020, 1:36 a.m.  No.10554471  ⬛.is  🍀kun  >>4478  >>4494

>>10554456
>what do we have 5 million lurkers?
Cuz 6 million would REALLY suck?

Anonymous  ID: c335f5  Sept. 7, 2020, 1:36 a.m.  No.10554472  ⬛.is  🍀kun

>>10554469
Dialte

Anonymous  ID: 7d6190  Sept. 7, 2020, 1:36 a.m.  No.10554473  ⬛.is  🍀kun

>>10554420
A lot of guns, water and canned food

Anonymous  ID: 50d726  Sept. 7, 2020, 1:36 a.m.  No.10554474  ⬛.is  🍀kun

>>10554460
>>10554460

blepharospasm
and Kuru signs

Anonymous  ID: e7aa65  Sept. 7, 2020, 1:36 a.m.  No.10554475  ⬛.is  🍀kun

>>10554444
czeq'd

Anonymous  ID: 5b42fd  Sept. 7, 2020, 1:36 a.m.  No.10554476  ⬛.is  🍀kun  >>4508

>>10554469

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:37 a.m.  No.10554477  ⬛.is  🍀kun  >>4483

>>10554463
Q wished he hung out with all the sick bastards I grew up with.

Document title: dChan - Q Origins Project Archive
Capture URL: https://dchan.qorigins.org/qresearch/res/10553774.html#10554341
Capture timestamp (UTC): Wed, 19 Apr 2023 15:36:47 GMT



Archives
- 4chan
- 8chan/8kun
- Reddit
- BBSPink

Boards
- /cbts/
- /greatawakening/
- /patriotsfight/
- /pol/
- /projectdcomms/
- /qresearch/
- /thestorm/

Other Boards

Thread Drops
- No drops in this thread.

Tools
- About this project

**Anonymous** ID: e7aa65 Sept. 7, 2020, 1:36 a.m. No.10554475 .is kun
>>10554444
czeq'd

**Anonymous** ID: 5b42fd Sept. 7, 2020, 1:36 a.m. No.10554476 .is kun >>4508
>>10554469

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:37 a.m. No.10554477 .is kun >>4483
>>10554463
Q wished he hung out with all the sick bastards I grew up with.

**Anonymous** ID: 1387e8 Sept. 7, 2020, 1:37 a.m. No.10554478 .is kun
>>10554460
Any evidence of that? I'm not saying it's wrong. I just never heard of that. I never heard of a case of kuru outside of that nigger tribe.
>>10554471
>Cuz 6 million would REALLY suck?
kek, remember the 6 million goyi..... fellow anon.

**Anonymous** ID: 1b31?c Sept. 7, 2020, 1:37 a.m. No.10554479 .is kun >>4495
>>10554454
Mein Gott !

**Anonymous** ID: 2fce75 Sept. 7, 2020, 1:37 a.m. No.10554480 .is kun
>>10554167
>https://twitter.com/RyanAFournier/status/1302767136801255425

**Anonymous** ID: e9f181 Sept. 7, 2020, 1:37 a.m. No.10554481 .is kun
blow it out your ass

**Anonymous** ID: 16e121 Sept. 7, 2020, 1:37 a.m. No.10554482 .is kun >>4499 >>4496
Anon probably shouldn't have posted the Judas Priest "Sentimental" video after Q made the drop. It's just that it seemed to fit the drop so well. Thematically speaking of course. But yeah. from the standpoint of being a Christian, probably not the wisest move on my part. I'll ask God to forgive me.

**Anonymous** ID: 5e6f79 Sept. 7, 2020, 1:37 a.m. No.10554483 .is kun
>>10554477
He just worked for Trump.

**Anonymous** ID: 7d6190 Sept. 7, 2020, 1:37 a.m. No.10554484 .is kun
>>10554468
The victor gets to make our iPhones

**Anonymous** ID: c335f5 Sept. 7, 2020, 1:38 a.m. No.10554485 .is kun >>4514
>>10554462

**Anonymous** ID: 7e4779 Sept. 7, 2020, 1:38 a.m. No.10554486 .is kun >>4492
>>10554469
China just clocked in.

**Anonymous** ID: 3743fa Sept. 7, 2020, 1:38 a.m. No.10554487 .is kun
>>10554446
History rhymes for an eternity.

**Anonymous** ID: 33ea38 Sept. 7, 2020, 1:38 a.m. No.10554488 .is kun >>4493
>>10554465
Can Bake next



Archives
  4chan
  8chan/8kun
  Reddit
  BBSPink

Boards
  /cbts/
  /greatawakening/
  /patriotsfight/
  /pol/
  /projectdcomms/
  /qresearch/
  /thestorm/

Other Boards

Thread Drops
  No drops in this thread.

Tools

About this project

Anonymous ID: 33ea38 Sept. 7, 2020, 1:38 a.m. No.10554488 .is kun >>4493
Can Bake next
-d2I-

Anonymous ID: 164945 Sept. 7, 2020, 1:38 a.m. No.10554489 .is kun >>4507
>>10554482
Don't beat yourself up.
Sentinel is a good song.

Anonymous ID: 461319 Sept. 7, 2020, 1:39 a.m. No.10554490 .is kun
Temperatures in the fire zone were in the 90s, but that was cool compared to many parts of the state. Downtown Los Angeles reached 111 degrees (44 Celsius), and a record-shattering high of 121 degrees (49.4 Celsius) was recorded in the nearby Woodland Hills neighborhood of the San Fernando Valley. Highest ever recorded in Los Angeles!

121 Degrees!

It was the highest temperature ever recorded in Los Angeles County, according to the National Weather Service. The mark rivaled the high in California's Death Valley, typically the hottest place in the country.

https://www.breitbart.com/news/california-wildfire-traps-campers-in-national-forest-2/

Anonymous ID: a644d9 Sept. 7, 2020, 1:39 a.m. No.10554491 .is kun

Anonymous ID: 7d6190 Sept. 7, 2020, 1:39 a.m. No.10554492 .is kun
>>10554486
BDT

Anonymous ID: 1673a4 Sept. 7, 2020, 1:39 a.m. No.10554493 .is kun >>4500
>>10554488
**Confirm Handoff**

**Notes I've Collected**

**#13505**
>>10553960, >>10553973, >>10553989, >>10554125, >>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018, >>10554166, >>10554127, >>10554293, >>10554311 Am I the only one that seems to think all of these connect?
>>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018 Both 1776 and 2020 were and are Leap Years. Boston Marathon, Chicago Marathon, SEPT —-17—— [week of] CDC MD = Fauci?
>>10553960, >>10553973, >>10553989, >>10554125 Turtle Sinks Eagle
>>10554166, >>10554127, Current power outages in Los Angeles. This is future they want for the rest of America
>>10553911 Central Casting
>>10553982 Same Tactics for 80 Years...
>>10554167 BLM protesters in DC are calling for the White House to be burned down
>>10554351 Live feed outside Assange hearing..

Anonymous ID: e7aa65 Sept. 7, 2020, 1:39 a.m. No.10554494 .is kun >>4499
>>10554471
>Cuz 6 million would REALLY suck?
no
6 gorillion would just 'sound a little high'


...more like 9 gay rollerbladers killed in a tragic subaru incident
I mean it was tragic
never forget
9 gay rollerbladers
subaru

Anonymous ID: 33ea38 Sept. 7, 2020, 1:39 a.m. No.10554495 .is kun
>>10554479



subaru

**Anonymous** `ID: 33ea38` Sept. 7, 2020, 1:39 a.m.  No.10554495   🖼️ .is  🔗 kun

>>10554479

Mein negar

**Anonymous** `ID: 164945` Sept. 7, 2020, 1:39 a.m.  No.10554496   🖼️ .is  🔗 kun   >>4501 >>4507 >>4510

>>10554482

Don't feel bad. I called Q out for being a breadshitter.

**Anonymous** `ID: e9f181` Sept. 7, 2020, 1:39 a.m.  No.10554497   🖼️ .is  🔗 kun   >>4506

oh shit I'm a shit poster tonight

**Anonymous** `ID: 5e6f79` Sept. 7, 2020, 1:40 a.m.  No.10554498   🖼️ .is  🔗 kun   >>4502

Satan was the creator of all music.

**Anonymous** `ID: c335f5` Sept. 7, 2020, 1:40 a.m.  No.10554499   🖼️ .is  🔗 kun

>>10554494

.

>6 gorillion would just 'sound a little high'

Yeah.

Had opening blew it.

**Anonymous** `ID: 33ea38` Sept. 7, 2020, 1:40 a.m.  No.10554500   🖼️ .is  🔗 kun   >>4504

>>10554493

can get it at the dough if that's ok I just got up

**Anonymous** `ID: 7d6190` Sept. 7, 2020, 1:41 a.m.  No.10554501   🖼️ .is  🔗 kun

>>10554496

Kek. I remember that.

**Anonymous** `ID: 164945` Sept. 7, 2020, 1:41 a.m.  No.10554502   🖼️ .is  🔗 kun

>>10554498

**Anonymous** `ID: 5e6f79` Sept. 7, 2020, 1:41 a.m.  No.10554503   🖼️ .is  🔗 kun

>>All your heroes are garbage. 10554498

**Anonymous** `ID: 1673a4` Sept. 7, 2020, 1:41 a.m.  No.10554504   🖼️ .is  🔗 kun

>>10554500

>can get it at the dough if that's ok I just got up

ok, no worries

**Anonymous** `ID: 1673a4` Sept. 7, 2020, 1:42 a.m.  No.10554505   🖼️ .is  🔗 kun   >>4518 >>4534 >>4540

**LAST CALL**

**#13505**

>>10553960, >>10553973, >>10553989, >>10554125, >>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018, >>10554166, >>10554127, >>10554293, >>10554311 Am I the only one that seems to think all of these connect?

>>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018 Both 1776 and 2020 were and are Leap Years. Boston Marathon. Chicago Marathon. SEPT ——17—— [week of] CDC MD = Fauci?

>>10553960, >>10553973, >>10553989, >>10554125 Turtle Sinks Eagle

>>10554166, >>10554127. Current power outages in Los Angeles. This is future they want for the rest of America

>>10553911 Central Casting

>>10553982 Same Tactics for 80 Years...

>>10554167 BLM protesters in DC are calling for the White House to be burned down

>>10554351 Live feed outside Assange hearing..



185853911 Central Casting

>>10554167 BLM protesters in DC are calling for the White House to be burned down

>>10554351 Live feed outside Assange hearing..

Anonymous  ID: 50d726  Sept. 7, 2020, 1:42 a.m.  No.10554506  ⬚ .is  🔗 kun

>>10554497

>>10554497

Anonymous  ID: 16e121  Sept. 7, 2020, 1:42 a.m.  No.10554507  ⬚ .is  🔗 kun

>>10554496 thx. it does have a nice sound
>>10554489 thx, kek

Anonymous  ID: 3743fa  Sept. 7, 2020, 1:42 a.m.  No.10554508  ⬚ .is  🔗 kun

>>10554476

He took the bait from those four anonymous sources, now he's a Seditioner.

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:42 a.m.  No.10554509  ⬚ .is  🔗 kun  >>4513

Satan was the creator of all music.

Anonymous  ID: 1b312e  Sept. 7, 2020, 1:42 a.m.  No.10554510  ⬚ .is  🔗 kun  >>4515

>>10554496

Anonymous  ID: b19910  Sept. 7, 2020, 1:42 a.m.  No.10554511  ⬚ .is  🔗 kun

MAGA women don't even try to fuck around they'll pump a bullet in your scrotum.

Anonymous  ID: 2bea2b  Sept. 7, 2020, 1:43 a.m.  No.10554512  ⬚ .is  🔗 kun

>>10554433

Anonymous  ID: 7d6190  Sept. 7, 2020, 1:43 a.m.  No.10554513  ⬚ .is  🔗 kun  >>4521 >>4527

>>10554509

Tell me about your mother.

Anonymous  ID: 161196  Sept. 7, 2020, 1:43 a.m.  No.10554514  ⬚ .is  🔗 kun  >>4520

>>10554485
Now let me tell ya. it sure feels good
First time I saw that girl I knew it would
Now let me tell ya, it sure felt right
No pullin' teeth, she didn't want to fight, she said
Shake me, all night, she said
Shake me, shake it, don't break it baby

Anonymous  ID: 164945  Sept. 7, 2020, 1:43 a.m.  No.10554515  ⬚ .is  🔗 kun

>>10554510
I also told him PEBKAC. Twice.
I've been a bad anon.

Anonymous  ID: 21355c  Sept. 7, 2020, 1:44 a.m.  No.10554517  ⬚ .is  🔗 kun

>>10554466

Anonymous  ID: bbab2e  Sept. 7, 2020, 1:44 a.m.  No.10554518  ⬚ .is  🔗 kun  >>4543

>>10554505
CASTLE_ROCK
KEYSTONE
TWO IF BY SEA

Anonymous  ID: 10a70b  Sept. 7, 2020, 1:45 a.m.  No.10554519  ⬚ .is  🔗 kun  >>4700

>>10554171
NFL team owners just write off losses, still keep their money, while players go back to pimping and drug

### Sidebar

**Archives**
- 4chan
- 8chan/8kun
- Reddit
- BBSPink

**Boards**
- /cbts/
- /greatawakening/
- /patriotsfight/
- /pol/
- /projectdcomms/
- /qresearch/
- /thestorm/

> Other Boards

**Thread Drops**
- No drops in this thread.

> Tools

About this project



>>10554505
LITTLE ROCK
KEYSTONE
TWO IF BY SEA

Anonymous  ID: 10a70b  Sept. 7, 2020, 1:45 a.m.  No.10554519  📁 .is  🖉 kun  >>4700

>>10554171
NFL team owners just write off losses. still keep their money, while players go back to pimping and drug dealing.

Anonymous  ID: c335f5  Sept. 7, 2020, 1:45 a.m.  No.10554520  📁 .is  🖉 kun  >>4524 >>4539

>>10554514

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:45 a.m.  No.10554521  📁 .is  🖉 kun

>>10554513
he thought you are an asshole and wished you would kill yourself.

Anonymous  ID: 461319  Sept. 7, 2020, 1:46 a.m.  No.10554522  📁 .is  🖉 kun  >>4528 >>4543

The American Mind
The Coming Coup?

Michael Anton

https://americanmind.org/essays/the-coming-coup/

Anonymous  ID: 1bc2c3  Sept. 7, 2020, 1:46 a.m.  No.10554523  📁 .is  🖉 kun

>>10553925

Airtight ladies and gentlemen. We're going to slow it down now at the rink pick your partner for a couple's bake. Note takers and cakers limbo coming up next.

Anonymous  ID: 16e121  Sept. 7, 2020, 1:46 a.m.  No.10554524  📁 .is  🖉 kun  >>4536

>>10554520
Ah memories. TY for that one anon.

Anonymous  ID: 2bea2b  Sept. 7, 2020, 1:46 a.m.  No.10554525  📁 .is  🖉 kun

The Commonwealth workers are welcome.

Anonymous  ID: b19910  Sept. 7, 2020, 1:46 a.m.  No.10554526  📁 .is  🖉 kun  >>4533 >>4546 >>4558 >>4577

You Q SoyBoys want my ass don't cha?

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:47 a.m.  No.10554527  📁 .is  🖉 kun  >>4529

>>10554513
Satan dismay mother.

Anonymous  ID: 3743fa  Sept. 7, 2020, 1:48 a.m.  No.10554528  📁 .is  🖉 kun

>>10554522
>>10554522
>The American Mind
>
>The Coming Coup?
>
>Michael Anton
>

From our friend who gave us Flight 93 Election.

Anons, read these.

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:48 a.m.  No.10554529  📁 .is  🖉 kun

>>10554527 but you are swell



Archives
4chan
8chan/8kun
Reddit
BBSPink

Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

Other Boards

Thread Drops
No drops in this thread.

Tools
About this project

Learn our Comms. Study the drops.
Anons, read these.

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:48 a.m. No.10554529 .is 🗲kun
>>10554527 but you are swell.

Anonymous ID: b19910 Sept. 7, 2020, 1:48 a.m. No.10554530 .is 🗲kun >>4559 >>4568
MAGA Pre-Show is awesome.

Anonymous ID: e9f181 Sept. 7, 2020, 1:49 a.m. No.10554532 .is 🗲kun
I'm switching to water

Anonymous ID: 1b312e Sept. 7, 2020, 1:49 a.m. No.10554533 .is 🗲kun
>>10554526
she's all woman

Anonymous ID: a644d9 Sept. 7, 2020, 1:49 a.m. No.10554534 .is 🗲kun
>>10554505
There's a URL for a townhall.com article explaining why Trump doesn't go into Portland. It's up near the top. That should be notable.

Anonymous ID: c335f5 Sept. 7, 2020, 1:50 a.m. No.10554536 .is 🗲kun >>4542
>>10554524

Anonymous ID: 1387e8 Sept. 7, 2020, 1:50 a.m. No.10554537 .is 🗲kun >>4550 >>4593 >>4636
I just wanna know wtf is Satan's fucking problem anyways, why is he such a fucking dick?

Anonymous ID: 2bea2b Sept. 7, 2020, 1:50 a.m. No.10554538 .is 🗲kun >>4549

Anonymous ID: 161196 Sept. 7, 2020, 1:50 a.m. No.10554539 .is 🗲kun >>4551
>>10554520
The bitch is hungry, she needs to tell
So give her inches and feed her well
More days to come, new places to go
I've got to leave, it's time for a show

Anonymous ID: a644d9 Sept. 7, 2020, 1:51 a.m. No.10554540 .is 🗲kun >>4541
>>10554192
Here - this is it
>>10554505

Anonymous ID: 1673a4 Sept. 7, 2020, 1:51 a.m. No.10554541 .is 🗲kun
>>10554540
got it. o7

Anonymous ID: 16e121 Sept. 7, 2020, 1:51 a.m. No.10554542 .is 🗲kun >>4560
>>10554536
That Tawny Kitaen turned out to be a real piece of work. Huh anon? kek

Anonymous ID: 1673a4 Sept. 7, 2020, 1:51 a.m. No.10554543 .is 🗲kun
FINAL

#13505
>>10553960, >>10553973, >>10553989, >>10554125, >>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018, >>10554166, >>10554127, >>10554293, >>10554311 Am I the only one that seems to think all of these connect?
>>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018 Both 1776 and 2020 were and are Leap Years, Boston Marathon, Chicago Marathon, SEPT —-17—— [week of]

Anonymous  ID: 1673a4  Sept. 7, 2020, 1:51 a.m.  No.10554543  ⬜.is  🔗kun

**FINAL**

**#13505**

>>10553960, >>10553973, >>10553989, >>10554125, >>10554082, >>10554109, >>10554181,
>>10554213, >>10554222, >>10554237, >>10554018, >>10554166, >>10554127, >>10554293,
>>10554311 Am I the only one that seems to think all of these connect?
>>10554082, >>10554109, >>10554181, >>10554213, >>10554222, >>10554237, >>10554018 Both
1776 and 2020 were and are Leap Years. Boston Marathon, Chicago Marathon, SEPT —17— [week of]
CDC MD = Fauci?
>>10553960, >>10553973, >>10553989, >>10554125 Turtle Sinks Eagle
>>10554166, >>10554127, Current power outages in Los Angeles. This is future they want for the rest of
America
>>10553911 Central Casting
>>10553982 Same Tactics for 80 Years...
>>10554167 BLM protesters in DC are calling for the White House to be burned down
>>10554351 Live feed outside Assange hearing..
>>10554518 CASTLE_ROCK, KEYSTONE, TWO IF BY SEA
>>10554522 The American Mind - The Coming Coup?
>>10554192 Here's the answer on why Portland continues and hasn't been controlled. It covers usage of
local, state and national guard.

Anonymous  ID: a25603  Sept. 7, 2020, 1:52 a.m.  No.10554545  ⬜.is  🔗kun  >>4564

>>10553787
**BAKER**
Duplicate entry in #13504 Notables.

>>10553104 on halfchan, someone dropped leaked Breonna Taylor's investigation phone records of all
the drug crew talking
>>10553104 on halfchan, someone dropped leaked Breonna Taylor's investigation phone records of all
the drug crew talking

Suggest removing one of these.

Anonymous  ID: 33ea38  Sept. 7, 2020, 1:52 a.m.  No.10554546  ⬜.is  🔗kun

>>10554526
Q research board clown ran out of gas on the side of the road.

Anonymous  ID: a644d9  Sept. 7, 2020, 1:52 a.m.  No.10554547  ⬜.is  🔗kun

Anonymous  ID: bf0bba  Sept. 7, 2020, 1:52 a.m.  No.10554548  ⬜.is  🔗kun

KEEP UP

Rudy W. Giuliani
@RudyGiuliani
The Biden Crime Family is susceptible to a RICO indictment.
It is an ongoing organization which engaged in the continuos business of crime...bribery, extortion,
money laundering.
The business is funded by the family monetizing his public. They have made millions illegally.

Anonymous  ID: 1b312e  Sept. 7, 2020, 1:52 a.m.  No.10554549  ⬜.is  🔗kun

>>10554538
mate
that video is plain wrong
there should be a Chinese flag at the intro

Anonymous  ID: e7aa65  Sept. 7, 2020, 1:52 a.m.  No.10554550  ⬜.is  🔗kun

>>10554537
>wtf is Satan's fucking problem anyways
for one
he is our eternal opponent here on dojo earth
how are we going to learn how to fight if no one ever takes a swing at us?

Anonymous  ID: c335f5  Sept. 7, 2020, 1:53 a.m.  No.10554551  ⬜.is  🔗kun  >>4561

Archives
  4chan
  8chan/8kun
  Reddit
  BBSPink

Boards
  /cbts/
  /greatawakening/
  /patriotsfight/
  /pol/
  /projectdcomms/
  /qresearch/
  /thestorm/

Other Boards

Thread Drops
  No drops in this thread.

Tools

About this project



Anonymous  ID: e7aa63  Sept. 7, 2020, 1:52 a.m.  No.10554537  .is  kun

>>10554537
>wtf is Satan's fucking problem anyways
for one
he is our eternal opponent here on dojo earth
how are we going to learn how to fight if no one ever takes a swing at us?

Anonymous  ID: c335f5  Sept. 7, 2020, 1:53 a.m.  No.10554551  .is  kun  >>4561

>>10554539

Anonymous  ID: a644d9  Sept. 7, 2020, 1:53 a.m.  No.10554554  .is  kun

Anonymous  ID: c4725a  Sept. 7, 2020, 1:54 a.m.  No.10554556  .is  kun  >>4571

1967: friday 11:43 29-NOVEMBER
_____

Niner: ravens on the dock !!!
23: treant. Give more power to the engines!
102: ten-4!
23: more power!
102: rogher that
Niner: maxwell powers online ?


102: I saw a girl
23: say again
102: I saw her clearly in that field

102: do you really think she knows about mars haaa...?
102: and if she knows it means that theaaaaaaaa
23: its real
Niner: oh no...

23: Niner!!!!!!!!!
102: Niner????

23: oi va voi I think we lost Niner
102: I can't do this not whiteout Niner
23: you mast!
23: Quick play the song!
102: the song?
23: the first that you think of.

102: obama song is up can't find it...
102: lot's of cover i don't... know...

102: whiskey_spi?
102: whiskey_psi?
102: whiskey_car?
102: whiskey_can?
102: whiskey_corn
102: whiskey_bus?
102: whiskey_bor?
102: whiskey_bar?
23: WHISKEY BAR!!!!!!!!!!!!!!!!

102: BullShrit

102: It's to old Not running
23: l3ssThrust!!
23: l3ssThrust!!
23: l3ssThrust!!
102: understood!! lAssThrust!!!

23: mothership WE need the...
102: do WE trust the homeworld now?
23: we need to Trust ALL...

The end.



23: mothership WE need the...
23: we need to Trust ALL...

The end.

///Just ander night at EVE online :)
//"Remember, love with your heart, use your head for everything else. " CD :)

#InLassWeTrust

Anonymous ID: f73f38 Sept. 7, 2020, 1:54 a.m. No.10554558 .is kun >>4570 >>4588

>>10554526
2 months ago, I weighed 435 pounds.
I can tell you that it was near impossible to wipe my ass.
At 400 lbs is when it really started to get difficult, and then I got laid off and sat around the house... balooned up to 435 really quick!
Now I'm down to 370 lbs in just 2 months. Got myself all educated on Keto lifestyle and intermittent fasting protocol.
I can clean my own ass properly now and I can pull my feet up to wash them in the shower!
It's the little things that matter and we take for granted!
I thank Anons for encouragement and the help I needed to turn myself around!
Lots of great info I gleaned off this board.

Anonymous ID: 5e6f79 Sept. 7, 2020, 1:54 a.m. No.10554559 .is kun >>4590

>>10554530
every time you post this you get thousands of days in hell. God hates you.

Anonymous ID: c335f5 Sept. 7, 2020, 1:54 a.m. No.10554560 .is kun

>>10554542
ok i got it.

Anonymous ID: 161196 Sept. 7, 2020, 1:54 a.m. No.10554561 .is kun >>4567

>>10554551
Yeah, a much better song. I was just tryin to stay with the theme.

Anonymous ID: 000000 Sept. 7, 2020, 1:55 a.m. No.10554562 .is kun >>4626

https://archive.org/details/SellingTheirSoulTheLuciferianContract

for those of you who know. why haven't you said anything? Is it because you didn't feel we would believe you?
Also. is he/they the shills?

Anonymous ID: a644d9 Sept. 7, 2020, 1:55 a.m. No.10554563 .is kun

Anonymous ID: 1673a4 Sept. 7, 2020, 1:55 a.m. No.10554564 .is kun

>>10554545
Just baked it, was to late when I saw this

Anonymous ID: 67aca3 Sept. 7, 2020, 1:55 a.m. No.10554565 .is kun

YAWN
it's gone full tard here....whew.

Anonymous ID: e686a4 Sept. 7, 2020, 1:55 a.m. No.10554566 .is kun

Early mornings and late good nights. frens

Anonymous ID: c335f5 Sept. 7, 2020, 1:56 a.m. No.10554567 .is kun

>>10554561
Not
I just threw that in.
RULAH
jams



Anonymous  ID: c335f5  Sept. 7, 2020, 1:56 a.m.  No.10554567  📄.is  🔗kun

>>10554561

Not

I just threw that in.

RULAH

jams

---

Anonymous  ID: 5e6f79  Sept. 7, 2020, 1:56 a.m.  No.10554568  📄.is  🔗kun  >>4590

>>10554530

God hates you more than Satan.

---

Anonymous  ID: 1673a4  Sept. 7, 2020, 1:56 a.m.  No.10554569  📄.is  🔗kun

**FRESH**

https://pastebin.com/mYk3NScb

>>10554544
>>10554544
>>10554544
>>10554544

---

Anonymous  ID: 3743fa  Sept. 7, 2020, 1:56 a.m.  No.10554570  📄.is  🔗kun

>>10554558

Eat to Live.

Don't Live to Eat.

---

Anonymous  ID: 16e121  Sept. 7, 2020, 1:56 a.m.  No.10554571  📄.is  🔗kun

>>10554556

The old meme always made anon kek. I just checked and see that they added to it.

---

Anonymous  ID: 7e4779  Sept. 7, 2020, 1:57 a.m.  No.10554576  📄.is  🔗kun  >>4583

FOX salivating over the biden poll.

https://ustv247.tv/foxnewslive/

---

Anonymous  ID: 461319  Sept. 7, 2020, 1:57 a.m.  No.10554577  📄.is  🔗kun  >>4586 >>4604

>>10554526

Nah, I got all the white chick ass I need right here. My fav has ass on both sides.

---

Anonymous  ID: 2bea2b  Sept. 7, 2020, 1:58 a.m.  No.10554579  📄.is  🔗kun

*Bread Breakerupperer* just in case some chicky babes want to dance or reminisce.

---

Anonymous  ID: 1673a4  Sept. 7, 2020, 1:59 a.m.  No.10554581  📄.is  🔗kun  >>4598

Good night anons. 07

---

Anonymous  ID: 16e121  Sept. 7, 2020, 1:59 a.m.  No.10554583  📄.is  🔗kun

>>10554576

FOX is not FOX anymoar. Not by a longshot. And increasingly people are recognizing this.

---

Anonymous  ID: 3c41ec  Sept. 7, 2020, 1:59 a.m.  No.10554584  📄.is  🔗kun

fill

---

Anonymous  ID: 5b42fd  Sept. 7, 2020, 2 a.m.  No.10554586  📄.is  🔗kun

>>10554577

---

Anonymous  ID: e7aa65  Sept. 7, 2020, 2:01 a.m.  No.10554588  📄.is  🔗kun

>>10554558



>>10554577

**Anonymous** ID: e7aa65  Sept. 7, 2020, 2:01 a.m.  No.10554588  .is  kun

>>10554558
congratulations anon!
keep it up!
makes anon happy to hear of your success
have my own struggles
(you) being healthy helps all of us
stay on the road!

**Anonymous** ID: b19910  Sept. 7, 2020, 2:01 a.m.  No.10554590  .is  kun

>>10554568
>>10554559
>>10554559
Eat shit on your day of death.

**Anonymous** ID: e000fb  Sept. 7, 2020, 2:02 a.m.  No.10554591  .is  kun  >>4602

**BANKING!**

**Anonymous** ID: 161196  Sept. 7, 2020, 2:02 a.m.  No.10554592  .is  kun

My parting shot for you quantum computing nerds......... later.

**Anonymous** ID: 461319  Sept. 7, 2020, 2:02 a.m.  No.10554593  .is  kun  >>4615

>>10554537

Satan would rather rule a day on earth than spend an eternity serving The Living God.

His followers are the same way.
Both will get neither.

**Anonymous** ID: e7aa65  Sept. 7, 2020, 2:04 a.m.  No.10554598  .is  kun

>>10554581
goodnight fren

**Anonymous** ID: 2bea2b  Sept. 7, 2020, 2:04 a.m.  No.10554599  .is  kun  >>4607

**Anonymous** ID: 3743fa  Sept. 7, 2020, 2:05 a.m.  No.10554602  .is  kun

>>10554591

>BANKING!

**STALLING!**

**Anonymous** ID: c33eff  Sept. 7, 2020, 2:06 a.m.  No.10554603  .is  kun  >>4633

https://www.ign.com/articles/raised-by-wolves-episode-1-2-3-mother-necromancer-mithraic-religion-sol

Spoilers in link above, but just watched first 3 episodes, highly recommend, filled with major symbolism, rabbit holes.

**Anonymous** ID: 4903b8  Sept. 7, 2020, 2:06 a.m.  No.10554604  .is  kun  >>4611  >>4640

>>10554577
Ladies and Gentlemen. You presented:
The Elephant Toe
and
Wide Load

**Anonymous** ID: 461319  Sept. 7, 2020, 2:07 a.m.  No.10554607  .is  kun  >>4610

>>10554599

## Left sidebar

**Archives**
4chan
8chan/8kun
Reddit
BBSPink

**Boards**
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/

> Other Boards

**Thread Drops**
No drops in this thread.

> Tools

About this project



Anonymous ID: 461319 Sept. 7, 2020, 2:07 a.m. No.10554607 .is kun >>4610
>>10554592

Anonymous ID: 4903b8 Sept. 7, 2020, 2:08 a.m. No.10554610 .is kun
>>10554607
Brian

Anonymous ID: 461319 Sept. 7, 2020, 2:08 a.m. No.10554611 .is kun
>>10554604

Anonymous ID: 2bea2b Sept. 7, 2020, 2:08 a.m. No.10554612 .is kun

Anonymous ID: 028a42 Sept. 7, 2020, 2:08 a.m. No.10554613 .is kun >>4632
>>10554171
I haven't watched in 3 years and used to be a die hard Packers fan. Going to try and do a NO super bowl party this year. Just get together with friends and family and just eat good food and hang out while not participating in their satanic mind control ritual

Anonymous ID: 16e121 Sept. 7, 2020, 2:08 a.m. No.10554614 .is kun

Anonymous ID: 1387e8 Sept. 7, 2020, 2:08 a.m. No.10554615 .is kun
>>10554593
>Satan would rather rule a day on earth than spend an eternity serving The Living God.
What a cocksucker.

Anonymous ID: 2949dd Sept. 7, 2020, 2:11 a.m. No.10554618 .is kun

Anonymous ID: 5b42fd Sept. 7, 2020, 2:12 a.m. No.10554621 .is kun

Anonymous ID: 55457b Sept. 7, 2020, 2:12 a.m. No.10554623 .is kun >>4639
"Share this HUGE PROOF of the Plandemic. Why send Covid-19 Test kits out worldwide so early? Obviously someone knew about this Covid-19 Pandemic of 2020 in 2018. And why change the webpage from "Covid-19 Test kits" to "Medial Test kits" a day after this webpage has been exposed & shared on social media? You can check it out yourself https://archive.org . add the entire webpage address into the search box & look up the webpage copy from 6th of Sept. & compare with today's webpage. Also see 2 screenshots.
https://wits.worldbank.org/trade/comtrade/en/country/ALL/year/2018/tradeflow/Exports/partner/WLD/nomen/h5/product/300215"

https://twitter.com/RealNew_Zealand/status/1302884440574627842

Anonymous ID: 000000 Sept. 7, 2020, 2:13 a.m. No.10554626 .is kun >>4701
>>10554562
Lucifer is not an allegory. Anons.
theY are real and theY are all one entity.
Lucifer exists here on earth.
You should know this. We all should have been told this.

Anonymous ID: de62cc Sept. 7, 2020, 2:14 a.m. No.10554628 .is kun
>>10554361
These fucktards need to be eliminated.

Anonymous ID: de62cc Sept. 7, 2020, 2:16 a.m. No.10554632 .is kun
>>10554613
A lifelong 49er fan. I turned it off in 2014 because of blatant game-fixing etc. and Ive only seen a few games out in bars ever since. NFL sucks now.

Anonymous ID: c33eff Sept. 7, 2020, 2:16 a.m. No.10554633 .is kun
>>10554603

Anonymous ID: 000000 Sept. 7, 2020, 2:16 a.m. No.10554636 .is kun >>4638 >>4672



A lifelong 49er fan, I turned it off in 2014 because of blatant game-fixing etc. and Ive only seen a few games out in bars ever since. NFL sucks now.

Anonymous  ID: c33eff  Sept. 7, 2020, 2:16 a.m.  No.10554633  .is  kun
>>10554603

Anonymous  ID: 000000  Sept. 7, 2020, 2:16 a.m.  No.10554636  .is  kun  >>4638 >>4672
>>10554537
>I just wanna know wtf is Satan's fucking problem anyways. why is he such a fucking dick?
Listen to Satan himself.

Anonymous  ID: de62cc  Sept. 7, 2020, 2:17 a.m.  No.10554638  .is  kun
>>10554636

ELIMINATE DEMONCRATS 2020.

I really hope Trump wins 45 states.

45 for 45.

Anonymous  ID: 3743fa  Sept. 7, 2020, 2:17 a.m.  No.10554639  .is  kun
>>10554623

around the same time there was also a big "get your flu shot" push in the twittersphere by them

Anonymous  ID: 461319  Sept. 7, 2020, 2:17 a.m.  No.10554640  .is  kun
>>10554604

Hey. Miss Purple has giggle saddle bags. You can try her sometime. ;-)

Anonymous  ID: e7aa65  Sept. 7, 2020, 2:19 a.m.  No.10554645  .is  kun
FRESH
>>10554557
>>10554557
>>10554557

FRESH

Anonymous  ID: f906d3  Sept. 7, 2020, 2:19 a.m.  No.10554648  .is  kun  >>4649
>>10553947

https://youtu.be/2WNrx2jq184

Anonymous  ID: f906d3  Sept. 7, 2020, 2:20 a.m.  No.10554649  .is  kun
>>10554648

embed newfag I know. kek.

Anonymous  ID: 028a42  Sept. 7, 2020, 2:26 a.m.  No.10554661  .is  kun
>>10554415
Sauce?

Anonymous  ID: c33eff  Sept. 7, 2020, 2:26 a.m.  No.10554662  .is  kun  >>4670 >>4689
Julian Assange re arrested in his court case

Anonymous  ID: 2bea2b  Sept. 7, 2020, 2:27 a.m.  No.10554663  .is  kun
Key Facts
Frontal lobe Location: in front of the parietal lobe (separated by central sulcus) and above and in front of temporal lobe (separated by lateral sulcus-Sylvian fissure)
Gyri: superior, middle and inferior frontal gyri, precentral gyrus, paracentral lobule



Julian Assange re arrested in his court case

Anonymous ID: 2bea2b Sept. 7, 2020, 2:27 a.m. No.10554663 🔗.is 🔗kun

Key Facts
Frontal lobe Location: in front of the parietal lobe (separated by central sulcus) and above and in front of temporal lobe (separated by lateral sulcus-Sylvian fissure)
Gyri: superior, middle and inferior frontal gyri, precentral gyrus, paracentral lobule
Function: control of voluntary movement, involved in attention, short term memory tasks, motivation, planning

Parietal lobe Location: above the occipital (separated by parieto-occipital sulcus) and behind the central sulcus
Gyri: postcentral gyrus, superior and inferior parietal lobules
Function: integrates proprioceptive and mechanoceptive stimuli, involved in language processing

Occipital lobe Location: behind parieto-occipital sulcus and behind temporal lobe (separated by temporo-occipital incisure)
Gyri: superior and inferior occipital gyri
Function: center for visual processing
Temporal lobe Location: beneath lateral sulcus
Gyri: superior, middle, inferior temporal gyri
Function: decoding sensory input into derived meanings for retention of visual memory and language comprehension

Insular lobe Location: beneath the cortex where temporal, parietal and frontal lobes meet
Gyri: long gyrus, short gyri
Function: processing and integration of taste sensation, visceral and pain sensation and vestibular functions

Limbic lobe Location: at the medial surface of each hemisphere and around the corpus calosum
Gyri: subcallosal, cingulate, parahippocampal gyri
Function: modulation of emotions, modulation of visceral and autonomic functions, learning, memory

Clinical relations Anterior cerebral artery syndrome, middle cerebral artery syndrome, posterior cerebral artery syndrome, watershed stroke, Gerstmann syndrome, prosopagnosia, herpesvirus encephalitis

Anonymous ID: 15d021 Sept. 7, 2020, 2:28 a.m. No.10554668 🔗.is 🔗kun >>4682
>>10554448
Sliding the catalog bump order. But why?

Mckittrick Hotel
#sleepnomorenyc

Those who know cannot sleep

Anonymous ID: c33eff Sept. 7, 2020, 2:29 a.m. No.10554670 🔗.is 🔗kun >>4679
>>10554662
https://twitter.com/ETheFriend/status/1302901435001171968?s=20

Anonymous ID: 15d021 Sept. 7, 2020, 2:30 a.m. No.10554672 🔗.is 🔗kun >>4691
>>10554636
'He' hates you because he is jealous of humanity.
Forgive him and move on?

'Do you not know that you will judge angels?'

Anonymous ID: a50b50 Sept. 7, 2020, 2:31 a.m. No.10554677 🔗.is 🔗kun

Anonymous ID: c33eff Sept. 7, 2020, 2:31 a.m. No.10554679 🔗.is 🔗kun >>4683
>>10554670
https://twitter.com/ETheFriend/status/1302901917325111297?s=20

Anonymous ID: 5b42fd Sept. 7, 2020, 2:32 a.m. No.10554682 🔗.is 🔗kun
>>10554668

Archives
4chan
8chan/8kun
Reddit
BBSPink
Boards
/cbts/
/greatawakening/
/patriotsfight/
/pol/
/projectdcomms/
/qresearch/
/thestorm/
Other Boards
Thread Drops
No drops in this thread.
Tools
About this project

Anonymous ID: c33eff Sept. 7, 2020, 2:31 a.m. No.10554679 .is kun >>4683
>>10554670
https://twitter.com/ETheFriend/status/1302901917325111297?s=20

Anonymous ID: 5b42fd Sept. 7, 2020, 2:32 a.m. No.10554682 .is kun
>>10554668

Anonymous ID: c33eff Sept. 7, 2020, 2:32 a.m. No.10554683 .is kun >>4696
>>10554679
https://twitter.com/ETheFriend/status/1302902243755200514?s=20

Anonymous ID: 2bea2b Sept. 7, 2020, 2:35 a.m. No.10554689 .is kun
>>10554662

Anonymous ID: 000000 Sept. 7, 2020, 2:36 a.m. No.10554691 .is kun
>>10554672
>Forgive
That's what we do, right?

Anonymous ID: c33eff Sept. 7, 2020, 2:38 a.m. No.10554696 .is kun
>>10554683
https://twitter.com/ETheFriend/status/1302902723591970816?s=20

https://twitter.com/ETheFriend/status/1302903517666062337?s=20

Anonymous ID: 000000 Sept. 7, 2020, 2:40 a.m. No.10554700 .is kun
>>10554519
>NFL

https://www.espn.com/nfl/story/_/id/29667030

Anonymous ID: 15d021 Sept. 7, 2020, 2:40 a.m. No.10554701 .is kun
>>10554626
Faustian Deal
Open your 'Stargate' 9th hole
88 Keys (gay sex) music to your ears up the spine
Uncoil the serpent (kundalini) 33 ladder (vertebrae) and down Santa's chimney with magic treats and 'gifts'.
Promise of enlightenment when the lies reach the pineal gland.
Make-a-wish
Submit

jk
gross
kek!

Anonymous ID: 16e121 Sept. 7, 2020, 2:41 a.m. No.10554703 .is kun
.

Anonymous ID: 16e121 Sept. 7, 2020, 2:41 a.m. No.10554704 .is kun
fill

Anonymous ID: 16e121 Sept. 7, 2020, 2:41 a.m. No.10554705 .is kun
phil

Anonymous ID: 63a48b Sept. 7, 2020, 2:41 a.m. No.10554706 .is kun
>>10553917

Anonymous ID: a50b50 Sept. 7, 2020, 2:42 a.m. No.10554708 .is kun

Anonymous ID: 16e121 Sept. 7, 2020, 2:42 a.m. No.10554709 .is kun

