# EXHIBIT 112

## Transcript of the deposition of Jennifer Freitas to be filed under seal pursuant to Your Honor's Individual Practices 11