# EXHIBIT 116

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

2                    -    -    -

3

    JOHN P. "JACK" FLYNN :   NO.:  1:21-cv-02587-GHW/SLC

4   and LESLIE A. FLYNN, :

                        :

5           Plaintiffs,:

                        :

6       v.              :

                        :

7   CABLE NEWS NETWORK,  :

    INC.,                :

8                        :

            Defendant. :

9

10                   -    -    -

11              June 23, 2023

12                   -    -    -

13              Videotaped deposition of DR.

14         SOPHIA MOSKALENKO, taken pursuant

15         to Notice, held at Veritext, 1801

16         Market Street, 18th Floor,

17         Philadelphia, Pennsylvania 19102,

18         beginning at approximately 10:04

19         a.m., before Mary Hammond, a

20         Registered Professional Reporter

21         and Notary Public in the state of

22         Pennsylvania.

23                   -    -    -

24

Page 2

```
 1  A-P-P-E-A-R-A-N-C-E-S
 2
    LAW OFFICE OF STEVEN S. BISS
 3  BY:  STEVEN S. BISS, ESQUIRE
    300 West Main Street
 4  Suite 102
    Charlottesville, Virginia  22903
 5  stevenbliss@earthlink.net
    Counsel for Plaintiffs
 6
 7  DAVIS, WRIGHT, TREMAINE, LLP
    BY:  KATHERINE M. BOLGER, ESQUIRE
 8  1251 Avenue of the Americas
    21st Floor
 9  New York, New York  10020
    katebolger@dwt.com
10  Counsel for Defendant
11
    Also Present:  Steve Cinaglia, Videographer
12
    Present via Zoom:  Lindsey Cherner
13            Meenakshi Krishnan
              Matt Riesdorph, Concierge
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1            -  -  -
 2    E-X-H-I-B-I-T-S - (Continued)
 3          -  -  -
 4  NAME          DESCRIPTION          PAGE
 5  Exhibit-421  Jack Flynn Twitter Printout,   96
             Tab 38
 6
    Exhibit-422   Tweets Published by Jack     104
 7            Flynn, Tab 48
 8  Exhibit-423   Tweets by Sidney Powell,     108
             Tab 58
 9
    Exhibit-424   PowerPoint Presentation     112
10
    Exhibit-425   Jack Flynn's Series of       170
11            Tweets, Tab 61,
12  Exhibit-426   Rebuttal Expert Report,      225
             Dated 6/20/23,
13
    Exhibit-427   Rothschild Expert Report     230
14
    Exhibit-428   Re-tweet from Jack Flynn,    276
15            Dated 12/23/20
16  Exhibit=429   Email Thread, Tab 59         300
17
18
19
20
21
22
23
24
```

Page 3

```
 1           -  -  -
 2         I-N-D-E-X
 3           -  -  -
 4  WITNESS:
 5  DR. SOPHIA MOSKALENKO
 6
                PAGE
 7
    BY MS. BOLGER      8, 363, 365
 8
    BY MR. BISS       347, 364
 9
10
11           -  -  -
12      E-X-H-I-B-I-T-S
13           -  -  -
14  NAME     DESCRIPTION        PAGE
15  Exhibit-412   Expert Report, Tab 00      10
16  Exhibit-413   Book, "Pastels and Pedophiles  47
17  Exhibit-414   Report, Tab 62         66
18  Exhibit-415   Internet Archive Document,   67
             CNN Report
19
    Exhibit-416   Alex Kaplan Article Printout  71
20
    Exhibit-417   Tweet from Jack Flynn       84
21
    Exhibit-418   Twitter Feed Printout, Tab 34  88
22
    Exhibit-419   Twitter Feed Printout, Tab 44  90
23
    Exhibit-420   Jack Flynn Twitter Printout,  94
24            Tab 37
```

Page 5

```
 1           -  -  -
 2      P-R-O-C-E-E-D-I-N-G-S
 3           -  -  -
 4      (By agreement of counsel, the
 5  reading, signing, sealing,
 6  certification and filing are
 7  waived, and all objections as to
 8  the form of the question, are
 9  reserved until the time of trial.)
10           -  -  -
11      THE VIDEOGRAPHER:  Good
12  morning.  We are here today,
13  June 23rd, 2023, for the videotaped
14  deposition of Dr. Sophia
15  Moskalenko.
16      Please note that microphones
17  are sensitive and may pick up
18  whispering and private
19  conversations.
20      Please mute your phones at
21  this time.  Audio and video
22  recordings will continue to take
23  place, unless all parties agree to
24  go off the record.
```

2 (Pages 2 - 5)

Page 6

1          This is Media Unit 1 of the
2    video-recorded deposition of
3    Dr. Sophia Moskalenko, taken for
4    John also known as "Jack" Flynn
5    versus Cable News Network
6    Incorporated.
7          The location of the deposition
8    is 1801 Market Street, in
9    Philadelphia, Pennsylvania, at the
10   Veritext offices.
11        My name is Steve Cinaglia, and
12   I represent Veritext and I'm the
13   videographer.
14        The court reporter is
15   Mary Hammond, also from the firm
16   Veritext.
17        I am not authorized to
18   administer an oath.  I am not
19   related to any party in this
20   action, nor am I financially
21   interested in the outcome.
22        If there are any objections to
23   the proceedings, please state them
24   at the time of your appearance.

Page 7

1    Remote counsel will be stated
2    stenographically.
3          In-person counsel will now
4    state their appearances and
5    affiliations for the record,
6    beginning with the noticing
7    attorney.
8          MS. BOLGER:  Kate Bolger from
9    Davis, Wright, Tremaine on behalf
10   of CNN, and on the line is
11   Lindsey Cherner, my colleague.
12        MR. BISS:  Steve Biss for the
13   Plaintiffs.
14        THE VIDEOGRAPHER:  Will the
15   court reporter now please swear in
16   the witness.
17              - - -
18        SOPHIA MOSKALENKO, Ph.D.,
19   after having been first duly sworn,
20   was examined and testified as
21   follows:
22              - - -
23        DIRECT EXAMINATION
24              - - -

Page 8

1    BY MS. BOLGER:
2        Q.  So good morning, Dr. Moskalenko.
3          As I said, my name is Kate Bolger.
4    And, as I mentioned before we went on the
5    record, I do tend to talk quickly, so please
6    let me know if you need me to slow down.
7          Have you ever been deposed before?
8        A.  No.
9        Q.  Okay.  I'm just going to give you
10   some ground rules, so you understand how it
11   works.  So I ask questions, you give me
12   answers.  The -- Mary is here to take down
13   what we say, so we want to be careful to
14   answer each other orally, not nod or shake
15   heads, just talk to each other, and try to
16   not -- to not jump over each other.
17        Mr. Biss may from time to time
18   object to the form of my question.  You may
19   answer it anyway.
20        If Mr. Biss tells you can't answer
21   it, then you can make a choice, but an
22   objection just means he doesn't like the form
23   of my question, rather than you can't answer
24   it.

Page 9

1          Did all of that make sense to you
2    today?
3        A.  Yes.
4        Q.  Okay.  What did you do to prepare
5    for this deposition?
6        A.  I re-read my expert opinion
7    reports, both of them.  I read
8    Mr. Rothschild's expert opinion.  I spoke
9    with Mr. Biss.  And that's it.
10       Q.  Okay.  About how long did you speak
11   with Mr. Biss?
12       A.  About an hour.
13       Q.  And when was that?
14       A.  Yesterday.  I think, yesterday.
15       Q.  What is time, really?  In the world
16   post COVID, I never remember what day it is.
17        And did you talk to anybody else
18   about it?
19       A.  No.
20       Q.  Okay.  Did you review any documents
21   in preparation for today?
22       A.  I already answered which documents
23   I reviewed in preparation for today.
24       Q.  Okay.  No other -- no other

3 (Pages 6 - 9)

1 documents other than the reports?
2    A.  That's right.
3    Q.  Okay.  Now, you're here today
4 because you are here to give expert testimony
5 at the request of the Flynns, right?
6    A.  Right.
7    Q.  Okay.  And this is your expert
8 report, right?
9              -  -  -
10        (Whereupon, Exhibit-412,
11        Expert Report, Tab 00, was marked
12        for identification.)
13             -  -  -
14        MS. BOLGER:  I'm going to hand
15        the witness Exhibit-412.
16        MS. CHERNER:  This is Tab 00.
17        Sorry.
18        THE COURT REPORTER:  I'm
19        sorry, who was it?
20        MS. BOLGER:  That was Lindsey.
21        THE COURT REPORTER:  Thank
22        you.
23 BY MS. BOLGER:
24    Q.  And this is your expert report,

1 right?
2    A.  That's right.
3    Q.  Okay.  And you -- you prepared
4 this?
5    A.  I did.
6    Q.  Right.
7       Yourself?
8    A.  Myself.
9    Q.  With no help?
10    A.  With no help.
11    Q.  Great.  Okay.
12       What were you asked to give an
13 expert opinion on?
14    A.  I was asked to give an expert
15 opinion on whether or not Jack and Leslie
16 Flynn were QAnon followers in the sense of
17 adhering to the system of beliefs represented
18 by QAnon, and whether an attribution can be
19 made about the intentions behind their
20 utterance of a phrase, "Where We Go One, We
21 Go All" at their back's -- backyard barbecue.
22    Q.  Okay.  Did Mr. Biss tell you that
23 the question of QAnon -- QAnon followers in
24 this case is limited in some way to saying

1 that they're adherents of the QAnon belief
2 system?
3    A.  I read the ruling of the Court on
4 that matter, which was part of the materials
5 that Mr. Biss gave me to familiarize myself
6 in order to prepare the expert witness
7 report.
8    Q.  Okay.  And, so, your -- your
9 testimony was limited solely to the
10 definition you thought the Court gave of the
11 being a QAnon follower?
12    A.  Yes.
13    Q.  Okay.  Do you know what this
14 lawsuit is about?
15    A.  I believe I do.
16    Q.  And what's that?
17    A.  That CNN misrepresented the
18 plaintiffs as QAnon followers in their
19 reporting.
20    Q.  Have you seen their report?
21    A.  Yes.
22    Q.  Can you tell me what happens in
23 their report?
24    A.  The report is about going in the

1 midst of QAnon-follower gatherings, that
2 includes several such gatherings.
3       And at one point, there is a video
4 of the Flynn family at their, you know,
5 barbecue reciting the oath to the
6 Constitution, then it follows with, "Where We
7 Go One, We Go All."
8       And there is a chyron on the bottom
9 that says "QAnon Followers," which is the
10 reason for their lawsuit.
11    Q.  Okay.  You said that the -- the
12 report is about several gatherings.
13       What gatherings do you think it was
14 about?
15    A.  I don't remember other instances.
16 I remember that it was not just about the
17 Flynns' barbecue.  There were other things
18 reported on in that segment.
19    Q.  When you looked at the report, did
20 you make a decision about the meaning of the
21 report?
22    A.  No.
23    Q.  Okay.  You're not here to opine on
24 what the report means, right?

Page 14

1    A.  That's right.
2    Q.  And you're not here to opine on the
3  truth of the report, right?
4        MR. BISS:  Object to the form.
5        THE WITNESS:  If -- I need to
6    answer more than just "yes" or "no"
7    to this.
8  BY MS. BOLGER:
9    Q.  That's fine.
10    A.  I'm here to opine on a small part
11  of the report, and whether there is evidence
12  to suggest that it's truthful or not, and
13  that small part is the label of people at the
14  barbecue as QAnon followers.
15    Q.  Are you trying to offer an opinion
16  as to truth as to what you construe that
17  meaning to be?
18        MR. BISS:  Object to form.
19  BY MS. BOLGER:
20    Q.  Are you trying to say it's true or
21  false today, is that your opinion?
22    A.  I can only offer my expert opinion
23  on the evidence in the case to the fact or
24  lack thereof of Jack and Leslie Flynn being

Page 15

1  adherence to QAnon belief system, and,
2  therefore, being accurately labeled as QAnon
3  followers.
4    Q.  You'll agree with me the report
5  doesn't say that they're adherent to a QAnon
6  belief system, right?
7    A.  I agree with you.
8    Q.  Okay.  You are also aware that this
9  is a defamation case and falsity and truth
10  are very important, right?
11    A.  Yes.
12    Q.  Okay.  Are you here, then, to offer
13  an opinion that the report is false?
14        MR. BISS:  Asked and answered.
15  BY MS. BOLGER:
16    Q.  You can answer it again.
17    A.  I already said that my opinion
18  pertains to a very small part of the report,
19  mainly, the labeling of the people in the
20  video as QAnon followers, and whether or not
21  that label corresponds with what the Court
22  ruled to be a definition of QAnon follower.
23  I can offer my expert opinion on whether or
24  not that label was accurate.

Page 16

1    Q.  Okay.  So one last time.
2        So are you offering your opinion,
3  then, that that label as it related to that
4  moment in the video is also?
5        MR. BISS:  Asked and answered,
6    twice.
7  BY MS. BOLGER:
8    Q.  You can answer it.
9    A.  I think I answered it.
10    Q.  You can answer it again.  I
11  don't -- I don't think you did.
12        MR. BISS:  Can --
13  BY MS. BOLGER:
14    Q.  So this time it's "yes" or "no."
15  You've told me you want to talk about a small
16  portion of the report, you want to talk about
17  what the Court said as to this label.
18        And I'm asking you:  Did you
19  conclude based on those two factors, which
20  were your limits, it's false?
21        MR. BISS:  Asked and answered.
22        This is the last time we're
23    going to answer it, Kate.
24        MS. BOLGER:  She's an expert,

Page 17

1    Steve.  I wouldn't do that here.
2  BY MS. BOLGER:
3    Q.  Please answer.
4        MR. BISS:  We're -- we're --
5    we're not going to do it again.
6    I'm just telling you.
7  BY MS. BOLGER:
8    Q.  You can answer.
9    A.  I can offer an opinion on whether
10  that label was warranted, given the facts in
11  the evidence submitted to me of beliefs or
12  lack thereof in QAnon belief system of Jack
13  and Leslie Flynn.
14    Q.  You said, based on evidence
15  submitted to you --
16    A.  Based on evidence that I reviewed.
17    Q.  Okay.  And that evidence was
18  provided to you by Mr. Biss?
19    A.  Yes.
20    Q.  Okay.  Are you in expressing an
21  opinion on CNN's intent in publishing the
22  report?
23    A.  5I do not.
24    Q.  So do you agree with what you

5 (Pages 14 - 17)

1 perceive the Court -- how you perceive the
2 Court to have defined QAnon followers?
3     A.  I do.
4     Q.  Okay.  So every time you've used
5 the word "QAnon followers" in your research,
6 you've meant it as someone who's adherent to
7 the QAnon belief system?
8     A.  I believe so.  Although to caveat,
9 I have been researching QAnon for four years,
10 four and a half years, and my understanding
11 of QAnon has evolved significantly since I
12 first started doing it, based on my
13 colleague's research, my own research, and
14 journalistic accounts.
15         And, so, it is very likely that
16 there is not a perfect continuity in how I
17 understood QAnon and how I reported on it.
18     Q.  Is it your testimony that the
19 judge's formulation is somehow more perfect
20 than yours was?
21     A.  It is my testimony.  And, again, to
22 caveat, my understanding of QAnon has changed
23 with more data.  And where I am now with my
24 understanding of QAnon is in agreement with

1 the judge's understanding of what a QAnon
2 follower is.
3     Q.  And when did that happen?
4     A.  I can't give you a date.  It's --
5 it's not an event that I marked on the
6 calendar.
7     Q.  Well, when you wrote the book
8 "Pastels and Pedophiles," did you agree with
9 the judge's opinion?
10     A.  I don't remember what I thought
11 then.  I can tell you that the book came out
12 in, I believe, 2020, which was three years
13 ago, and my knowledge of QAnon and my
14 understanding have been continually informed
15 by new data and new research, my own and my
16 colleague's.
17         And, so, it is possible that at the
18 time of writing the book it was different
19 than it is now.
20     Q.  Okay.  And when you wrote the
21 article, "Why QAnon Followers are like Opioid
22 Addicts and Why That Matters," in 2021, what
23 was the definition of "follower" you used
24 then?

1     A.  I don't remember.
2     Q.  Okay.  When you wrote an article
3 saying that, "QAnon was a mental health
4 crisis," and you referred to QAnon followers
5 in that piece, what did you mean QAnon
6 followers to be?
7     A.  So that I can answer a little
8 better because in that piece I rely on
9 somebody else's data, in particular the data
10 of the National -- National Consortium for
11 the Study of Terrorism and Responses to
12 Terrorism, a database called PIRUS that's
13 maintained by Mike Jensen.
14         And PIRUS has a definition -- an
15 operational definition for what a QAnon
16 follower is.  And I communicated with
17 Mike Jensen at that time to make sure that
18 his definition squares with my understanding.
19 And he defined QAnon followers as -- because
20 a PIRUS database is drawn from mostly
21 journalistic accounts.
22         So they use evidence from
23 journalistic accounts, such as CNN.  When it
24 is supplemented with visual evidence, like

1 screenshots, and they work hard to obtain
2 other data to triangulate journalistic
3 accounts, such as affidavits submitted in
4 court cases where other people testified to
5 this person who might or might not be a QAnon
6 follower, expressing their beliefs, or this
7 person in question's own writing on their
8 website and their blog in their, you know,
9 video recordings.
10         So it's never just journalistic
11 accounts, from what you told me.  It's always
12 triangulated, and that was comforting to me
13 and I felt that was a good way of
14 categorizing QAnon followers.
15     Q.  So what's his definition?
16     A.  It's somebody who expressing
17 beliefs in QAnon conspiracy theories, and,
18 also, somehow displays their membership in
19 their clothing and insignia, in their tweets,
20 in their online footprint.
21     Q.  And where is that written down?
22     A.  It's in an email that Mike sent to
23 me.
24     Q.  Okay.  Do you still have that

1 email?

2    A.  I'm not sure.

3    Q.  Okay.

4         MS. BOLGER:  Well, I will call

5    for the production of that email.

6 BY MS. BOLGER:

7    Q.  So, in 2020, what was your

8 understanding of the QAnon follower?

9    A.  I know that in 2020, I believe that

10 adherence to the belief system, namely, the

11 conspiracy theories associated with QAnon was

12 a necessary part of being a QAnon follower.

13        As to other components, I don't

14 remember.

15    Q.  How about in 2021, what was your

16 understanding of the QAnon -- being a QAnon

17 follower?

18    A.  I can't answer that.  I -- I didn't

19 track the evolution of my understanding

20 through time.

21    Q.  Okay.  In March of 2020- -- I'm

22 sorry, February 5, 2021, if you saw the word

23 "QAnon followers," what was your

24 understanding of it?

1    A.  I know that I would have understood

2 it as somebody believing in QAnon conspiracy

3 theories.  As to other elements, I cannot

4 answer that because I don't remember.

5    Q.  What is your basis for the fact

6 that you know that that would have been

7 someone who believed in conspiracy theories?

8    A.  Because that was the guiding

9 principle of learning about QAnon from the

10 time that I started studying it because QAnon

11 appeared to be -- and it still appears this

12 way -- a belief-based radical movement.

13    Q.  Do you mean belief-based as in

14 religion, or do you mean something different

15 than belief-based?

16    A.  I don't understand the question.

17        Can you please rephrase?

18    Q.  Sure.

19        Do you mean its religion?

20    A.  I don't know the answer to that

21 question.  There are some scholars who make

22 the case for it being a religion.  And at the

23 same time, I don't think that religions are

24 the only belief-based systems of community or

1 movements.

2    Q.  I don't have any other scholars

3 with me.  I only have you.

4        When you say it's a belief system,

5 did you mean it's a religion?

6    A.  I did not mean that.

7    Q.  Okay.  What is a belief-based

8 system if it's not a religion?

9    A.  It can be many different things.

10 For example, you know, some people in

11 feminist principles, that's a belief-based

12 system, and they, you know, sometimes have

13 more radical beliefs, or less radical

14 beliefs, but they center around those.

15    Q.  When you -- after Mr. Biss hired

16 you and gave you the specific definition of

17 "QAnon," what documents did you look at to

18 put together the report?

19    A.  They are listed in my report, I

20 believe, and...

21    Q.  If you can find them, I'd be have

22 happy to see that.

23    A.  Okay.  It's on Page 7.

24    Q.  Mm-humm.

1    A.  It says, "Facts and Data

2 Considered."

3        And the paragraph says, "In

4 offering the opinions in this report, I

5 reviewed A, the CNN Report."

6        "B-" --

7    Q.  Well, just take them one at a time.

8        So, the CNN report, what CNN report

9 do you mean?

10    A.  The video recording that contained

11 the -- the segment with the labeling "QAnon

12 followers."

13    Q.  Any other CNN recording?

14    A.  Maybe.  There was something with

15 Don Lemon?  I -- I don't remember.

16    Q.  Okay.  Now, it says, "The parties

17 pleadings, including the Flynns' Amended

18 Complaints."

19        How many Complaints did you look

20 at?

21    A.  I don't remember.

22    Q.  Okay.  What other pleadings did you

23 look at, other than the plaintiff's

24 Complaint?

Page 26

1     A.  I think this is a good list of what
2  I looked at.  I have looked at some other
3  things since filing this report; like, for
4  example, the motion to dismiss hearing before
5  the judge, but...
6     Q.  Well, I will tell you that this
7  says things like, "The parties' pleadings
8  including the Flynns' Amended Complaint."
9        And I'm asking you:  What other
10 pleadings did you look at?
11    A.  I don't remember that I looked at
12 other pleadings.
13    Q.  Well, it does say, "The parties'
14 pleadings, including."
15       Do you see that?
16       MR. BISS:  What's the point?
17       MS. BOLGER:  Right.
18 BY MS. BOLGER:
19    Q.  So it implies that you saw a bunch
20 of things, including this one.  That's what
21 I'm asking you.
22    A.  It does not necessarily.
23    Q.  Okay.  So are you saying you didn't
24 look at anything else?

Page 27

1     A.  I do not remember.  That's what I'm
2  saying.
3     Q.  Okay.  Well, that -- that's fine,
4  too.
5        The District Court's memorandum
6  opinion order we talked about, the Flynns'
7  disclosures and doc- -- discovery responses.
8        What disclosures did you look at?
9     A.  I think the disclosures included
10 some of their emails between them and some
11 private parties.
12       I -- I think it's a question of
13 fact that if I don't remember it, I don't
14 remember it, but it's easy enough to
15 ascertain because those are materials that
16 Mr. Biss submitted to me.
17       I'm not, you know, necessarily
18 going to remember everything that I looked
19 at, but I did look at the -- all the
20 materials submitted to me by Mr. Biss.
21    Q.  Okay.  Did you look -- what
22 portions of -- what exhibits introduced
23 during the deposition of Donie O'Sullivan?
24       THE COURT REPORTER:  I'm

Page 28

1        sorry, I didn't get any of that.
2        MS. BOLGER:  Sorry.
3  BY MS. BOLGER:
4     Q.  What exhibits introduced during the
5  during depositions of Donie O'Sullivan,
6  Jack Flynn, Leslie Flynn, Valerie Flynn, and
7  Lori Flynn, did you look at?
8     A.  I looked at all the exhibits
9  connected with those depositions that
10 Mr. Flynn turned over to me.
11    Q.  Did you read the deposition of
12 JT Wilde?
13    A.  No.
14    Q.  Did you read the deposition of
15 Donie O'Sullivan?
16    A.  Yes.
17    Q.  Did you read the whole deposition,
18 or just portions Mr. Biss gave you?
19    A.  I read whatever Mr. Biss gave me.
20    Q.  Right.  That's my question.
21       Did he give you portions, or did he
22 give you page -- page numbers, or did you sit
23 down and read it from beginning to end?
24    A.  I read from beginning to end,

Page 29

1  whatever he gave.  I don't remember if there
2  were some portions that were omitted from
3  that.
4     Q.  How about the deposition of
5  Leslie Flynn?
6     A.  I read that from beginning to end.
7     Q.  Okay.  How about General Flynn?
8     A.  I have not read that.
9     Q.  Tracy Diaz?
10    A.  I have not read that.
11    Q.  Valerie Flynn?
12    A.  I have read that.
13    Q.  Lori Flynn?
14    A.  Yes, I have.
15    Q.  Mary Flynn?
16    A.  No.
17    Q.  Joe Flynn?
18    A.  I don't think so, no.
19    Q.  Jennifer Freitas?
20    A.  No.
21    Q.  Okay.  Jack Flynn?
22    A.  Yes.
23    Q.  Okay.  Emily Lacey-Bordeaux?
24    A.  No.

1    Q.  Wilson Powell?
2    A.  Yes.
3    Q.  Whole thing, or just portions?
4    A.  I don't know that there were parts
5 omitted from it.  I don't remember.
6    Q.  Okay.  How about Jeffrey Pedersen?
7    A.  No.
8    Q.  And Fuzz Hogan?
9    A.  No.
10    Q.  Do you know who JT Wilde is?
11    A.  No.
12    Q.  Do you know who Jeffrey Pedersen?
13    A.  No.
14    Q.  Do you know who Tracy Diaz is?
15    A.  No.
16    Q.  Okay.
17        MS. BOLGER:  So I will call
18     for the production of the material
19     provided to you by Mr. Biss, which
20     I'm entitled to, so, Steve, please
21     make sure I get that.
22 BY MS. BOLGER:
23    Q.  What methodology did you apply in
24 reaching your conclusions?

1    A.  I applied the methodology that I
2 use in my work as a researcher, a
3 psychologist, who researches beliefs in
4 conspiracy theories;
5        And that methodology includes
6 understanding of surveys and questions that
7 are used in order to elicit answers on
8 beliefs;
9        Understanding of interviews, and
10 interview methods that are used in obtaining
11 information about people's beliefs;
12        Understanding of polling
13 methodology, and case study methodology that
14 I have myself used -- I've used all of these
15 in my work.
16        What else.  My experience in
17 reading QAnon-related Telegram channels and
18 Tweets and Facebook posts and YouTube videos
19 and my analysis of those;
20        My general knowledge of social
21 psychology and belief systems, as related to
22 social psychology research;
23        Knowledge of attributions,
24 attribution theory, and intention

1 attributions and attribution theories.
2        And I think that's a fairly good
3 list.
4    Q.  Okay.  You're not a journalist,
5 correct?
6    A.  Correct.
7    Q.  You do not purport to be an expert
8 in journalism, correct?
9    A.  Correct.
10    Q.  And you are not a data scientist,
11 correct?
12    A.  I'm a scientist who uses data.
13    Q.  But you are not an
14 information-based system scientist, someone
15 who invents the computer code that goes out
16 and seeks information?
17    A.  That is correct.
18    Q.  Okay.  By the way, since you've had
19 this, you know, evolving definition of QAnon
20 followers that just happens to coincide with
21 the Court's, have you gone back and corrected
22 any of your other articles or publications
23 when you had a different understanding of
24 QAnon followers?

1    A.  I don't know that there is anything
2 to correct, so I have not, you know, gone
3 back to correct anything because I don't know
4 that there are any errors.  I just don't
5 remember exactly what I thought.
6        However, as QAnon is a new
7 phenomenon, our understanding of it is
8 changing, and, so, my new work would be more
9 in agreement with my new views on QAnon.
10    Q.  What work are you working on
11 related to QAnon right now?
12    A.  Oh, a lot.  I have a really large
13 survey study, 500 people, who answered
14 questions about their QAnon beliefs, as well
15 as questions about their support for
16 January 6th insurrection, and some questions
17 about their personality composition and those
18 data show interesting differences in gender
19 and interrelations between QAnon beliefs and
20 personality variables, and an interaction
21 effect between gender, personality variables,
22 QAnon beliefs and support for January 6th.
23 So that's one work.
24        Another one is -- I'm comparing

9 (Pages 30 - 33)

1 data for people who believe in QAnon
2 conspiracy theories, data on their radical
3 intentions with perceptions of QAnon
4 followers' radical intentions from people who
5 don't believe in QAnon conspiracy theories.
6 In other words, what are the real reported
7 radical intentions of QAnon followers versus
8 perceived.
9         And a third point of comparison is
10 radical intentions of people who don't
11 believe in QAnon followers.
12       So that's a really important data
13 point to triangulate with Mike Jensen's
14 database on radical action out of QAnon
15 activity. That's another project.
16       The third project is I'm comparing
17 beliefs in QAnon conspiracy theories with
18 support for authoritarian leaders and with
19 something called fragile masculinity, which
20 has been shown before to predict
21 radicalization when threatened. So that's a
22 third project.
23    Q. And how are you gathering that
24 information?

1    A. All of the -- the projects that I
2 described are based on surveys of large
3 samples drawn through Prolific. Prolific is
4 a platform that enables researchers to
5 collect data from people that Prolific pre
6 selects, and filtering them according to
7 criteria of the researchers.
8       So, for example, I can select
9 participants selected on gender, age,
10 geographic location, in hopes of matching my
11 sample to the composition of the US
12 population, so the sample would be
13 representative and the data from that sample
14 could be better generalized to what QAnon
15 believers look like, for example, in the US,
16 as opposed to just in the sample.
17    Q. And you did not conduct any surveys
18 as part of your work in the expert report in
19 this case, did you?
20    A. I did not.
21    Q. Right, because the surveys wouldn't
22 have told you about the individual thoughts
23 of a few people, correct?
24    A. Correct.

1    Q. Okay. So what are your
2 conclusions?
3    A. On?
4    Q. In your report.
5    A. Based on the data that I reviewed,
6 the data that Mr. Flynn -- I'm sorry,
7 Mr. Biss turned over to me, I did not see
8 evidence that Jack or Leslie Flynn subscribed
9 to any QAnon conspiracy theories, not one.
10       I also didn't see evidence of them
11 expressing support in the sense of, you know,
12 positive feelings toward QAnon as a movement.
13       I also saw evidence of them
14 distancing themselves from QAnon in private
15 communications prior to the barbecue where
16 they filmed the reciting -- themselves
17 reciting the words, "Where We Go One, We Go
18 All."
19       And in their depositions, they made
20 it clear that they were not even familiar
21 with some of the basic tenants of QAnon, and
22 with what the phrase meant for QAnon.
23    Q. What phrase?
24    A. "Where We Go One, We Go All."

1       I also saw evidence of them,
2 especially Jack, expressing lack of knowledge
3 about QAnon in his direct tweeting.
4       So, based on those observations
5 from the data that I received from Mr. Biss,
6 my opinion was that Jack and Leslie Flynn at
7 the time of the recitation of the phrase,
8 "Where We Go One, We Go All," were not QAnon
9 followers.
10    Q. Okay. Any other conclusions that
11 you reached in your report, as opposed to
12 your rebuttal report?
13    A. I was asked to opine on the
14 intentions behind -- behind the recitation,
15 and intentions are harder to -- to gather
16 data on in the aftermath of the action than
17 beliefs, but beliefs offer important
18 information that helps to reach conclusions
19 about intentions.
20       And, so, based on my first
21 conclusion that Jack and Leslie Flynn were
22 not followers, my conclusion on the
23 intentions behind their recitation was that
24 it was not to pledge allegiance -- allegiance

1 to QAnon.
2    Q.  What was not?
3    A.  Reciting the phrase, "Where We Go
4 One, We Go" -- "We Go All."
5    Q.  Did you look at any documents from
6 CNN in reaching this conclusions -- from CNN
7 itself, CNN Bates numbered documents?
8    A.  I don't think so.
9    Q.  So you reached conclusions about
10 CNN's reporting but did not look at CNN's
11 documents, right?
12    A.  I did not make conclusions about
13 CNN reporting.  My conclusions pertained to
14 Jack and Leslie Flynn being or not being
15 followers of QAnon.  I did not make
16 conclusions about CNN.  I wasn't asked to
17 make conclusions about CNN.
18    Q.  CNN's reporting.
19    A.  I didn't opine about CNN reporting.
20 I opined about whether or not Jack and
21 Leslie Flynn could be labeled QAnon
22 followers, based on the evidence provided to
23 me.
24    Q.  So you have no idea what documents

1 CNN looked at before they published their
2 report?
3    A.  I read in motion hearings that
4 Mr. Biss argued that they -- that CNN did not
5 actually contact Jack or Leslie Flynn for
6 their comment, and that they did not go
7 through any available online footprint of
8 Jack and Leslie Flynn before publishing their
9 report.
10    Q.  Mr. Biss said that?
11    A.  I believe it was in the -- in the
12 motion hearing that I read.
13    Q.  Okay.  But that's not a CNN
14 document, right, Mr. Biss doesn't work for
15 CNN?
16        MR. BISS:  He doesn't.
17        THE WITNESS:  Are you --
18 BY MS. BOLGER:
19    Q.  I'm asking you:  Did you see a CNN
20 document --
21    A.  I said I don't think so.
22    Q.  -- about CNN's reporting?
23    A.  Yes.
24    Q.  Okay.  And you didn't look at

1 social media in putting together your report,
2 right, your -- your report?
3    A.  I look at social media every day.
4    Q.  Okay.  So if you look at Page 7 of
5 your report, it says, "I have not reviewed"
6 -- oh.  "I am aware that Flynns have produced
7 voluminous social media data files.  I have
8 not reviewed these files" --
9    A.  That is correct.
10    Q.  -- is that correct?
11        So you did not look at any of the
12 Flynns' social media files before you put
13 together your report?
14    A.  Some of the documents produced to
15 me by Mr. Biss contained records from --
16 resurrected from Jack Flynn's Twitter account
17 and Leslie Flynn's postings.
18        In that sense, I have looked at
19 their social media, but it was a limited
20 look, and that's what that phrase in my
21 report states, that I have not looked at all
22 other things that they may have posted,
23 which, you know, is a lot of things.
24    Q.  Okay?

1        MS. BOLGER:  And I'm going to
2    repeat my call for the production
3    of all of the documents that
4    Dr. Moskalenko has seen.
5        MR. BISS:  Why do you need to
6    repeat it?
7        MS. BOLGER:  Because I think
8    it's outrageous that I didn't get
9    them beforehand.
10        MR. BISS:  Well, you didn't
11    give me yours.
12        MS. BOLGER:  You haven't asked
13    me for yours -- for mine.
14        MR. BISS:  It doesn't matter.
15        MS. BOLGER:  Yes, it does.
16        MR. BISS:  You should have
17    done it anyway.
18 BY MS. BOLGER:
19    Q.  Other than the conclusions you
20 talked about, about the Flynns' belief and
21 intention, did you reach any other
22 conclusions in your report?
23    A.  It seems like a trick question.
24 May I look back on my report?

11 (Pages 38 - 41)

1    Q.  It's definitely not a trick
2 question.  It's an open-ended question.  You
3 may certainly look back at your report.
4    A.  Okay.  So the second part -- on
5 Page 12 of my report, there is a section
6 titled, "Was the Backyard Recitation an Oath
7 to QAnon?"
8        I guess you can file it generally
9 under the question of intention that I spoke
10 to earlier, but, if you wish, you can file it
11 separately as an opinion that I reached.
12    Q.  The phrase "Backyard Barbecue," did
13 Mr. Biss use that phr- -- that phrase in
14 talking to you?
15    A.  I don't think so.  I don't think
16 so.
17    Q.  Okay.  Can I ask you a question
18 about Page 12?
19    A.  Yes.
20    Q.  So the -- the -- the final full
21 paragraph on Page 12 reads, "In the absence
22 of evidence of the Flynns' belief in QAnon
23 conspiracy theories, the only parsimonious
24 interpretation of the intentions behind their

1 utterance is their desire to express
2 patriotism and family unity."
3        Do you see that?
4    A.  Yes, I do.
5    Q.  Why were you offering a
6 parsimonious interpretation?
7    A.  Because I didn't have a chance to
8 interview Jack and Leslie Flynn.  I didn't
9 know them personally.  I didn't have all the
10 information available in the universe to
11 support or not support my opinion.
12        And, so, I cannot offer a fully
13 100-percent informed opinion.  Parsimonious
14 opinion is the only one available to me,
15 based on availability of information to make
16 it.
17    Q.  Okay.  And just because I -- I want
18 to make sure the record is totally clear,
19 when you use the word "parsimonious," what do
20 you specifically mean by the word
21 "parsimonious"?
22    A.  The one the fits the best.
23    Q.  But that's not what "parsimonious"
24 means.  "Parsimonious" means the simplest,

1 right, or the most miserly.  It means the --
2 the most constrained conservative view,
3 correct?
4    A.  I don't think you're disagreeing
5 with me, but I'll -- I'll accept that
6 definition, yes.
7    Q.  Okay.  Which is different than a
8 reasonable opinion, right?
9    A.  Let me think about that for a
10 second.
11        I don't think so.  Can you explain,
12 please, what you mean by that?  How is it
13 different than --
14    Q.  So -- so parsimonious
15 interpretations are necessarily limited,
16 correct?  It's Occam's razor, right?
17    A.  Yes, yes.  Right.  Absolutely.
18    Q.  Parsimonious opinions are
19 necessarily limited?
20    A.  Yes, absolutely.
21    Q.  Reasonable opinions don't have the
22 supervisor of Occam's razor pars- -- limit,
23 right?
24    A.  They do to me.

1    Q.  Okay.  You think a reasonable
2 person who looks at a situation makes
3 parsimonious interpretations?
4    A.  To the best of their abilities, I
5 do.  I do.
6    Q.  You think that "reasonableness" and
7 "parsimony" are the same?
8    A.  I think one is a fancier and more
9 structured way to describe what the other one
10 is.
11    Q.  I don't need to fight with you,
12 Dr. Moskalenko, but "parsimonious" implies an
13 absence of information.
14        MR. BISS:  It sounds like a
15        fighting word.
16 BY MS. BOLGER:
17    Q.  Reasonableness does not, right?
18    A.  You base your reason on something,
19 and in the absence of complete information,
20 you must base it on limited information and
21 in that sense "reasonableness" is very much
22 like "parsimony."
23    Q.  Only when the information is
24 limited?

12 (Pages 42 - 45)

Page 46

1    A.  Correct.
2    Q.  Okay.  Do you know who
3  Donie O'Sullivan is?
4    A.  Yes.
5    Q.  Who is Donie O'Sullivan?
6    A.  He is a journalist who wrote to the
7  journalistic body of knowledge on QAnon and
8  spoke to it and appeared on CNN, I believe,
9  yeah.
10   Q.  Okay.  Have you ever spoken to him?
11   A.  No.
12   Q.  Do you have an opinion of his work?
13   A.  I respect his work.
14   Q.  And do you know what documents he
15 saw in putting -- I think you said you
16 don't -- in putting the report?  I'm sorry if
17 I asked you that already.
18       MR. BISS:  Object to the form.
19       THE WITNESS:  I do not.
20 BY MS. BOLGER:
21   Q.  Sorry.  I don't mean to keep asking
22 you the same question.
23       You actually cited Mr. O'Sullivan
24 in your work, right?

Page 47

1    A.  Probably.  I can't say off the top
2  of my head, but it sounds right.
3    Q.  I'm going to hand you your book,
4  which I suspect you probably know by heart.
5  But hold on.
6    A.  Thank you for buying.
7    Q.  I know, right?
8       Exhibit-413 will be the book,
9  Pastels and Pedophiles" by Mia Bloom and
10 Sophia Moskalenko.
11       -  -  -
12       (Whereupon, Exhibit-413, Book,
13       "Pastels and Pedophiles", was
14       marked for identification.)
15       -  -  -
16 BY MS. BOLGER:
17   Q.  So this is your book that you
18 published, yes?
19   A.  Indeed.
20   Q.  Okay.  You're the author in the
21 book, right?
22   A.  I am, indeed.
23   Q.  Okay.  If you will please turn to
24 Page 216, Footnote 52.

Page 48

1    A.  (Witness complies.)
2       Yes.
3    Q.  Footnote 52 is an article published
4  by Donie O'Sullivan in Madison.com, right?
5    A.  Yes.
6    Q.  Okay.  And you relied on that in
7  putting together the book?
8    A.  Yes.
9    Q.  Okay.  And, actually, the report at
10 issue in this case, the CNN report at issue
11 in this case, is also cited in your book,
12 right?
13   A.  Prob- -- I don't know.
14   Q.  Okay.  Turn to Page 39.
15   A.  39.
16       (Witness complies.)
17       Yes.
18   Q.  Sorry.  I'm having a hard time
19 turning to Page 39.
20       In that final graph on Page 39, the
21 two final sentences -- three final -- final
22 sentences, "CNN Donie O'Sullivan attended a
23 QAnon meeting in Arizona back in October 2020
24 before the election."

Page 49

1    A.  Mm-humm.
2    Q.  And it goes on from there.
3       That's this report, correct?
4    A.  Yes.
5    Q.  Okay.  And if you look at that --
6  if you look at that footnote, which is on
7  Page 203, you'll see Footnote 5,
8  "Donie O'Sullivan, Watch CNN Go Inside a
9  Gathering of QAnon Followers," right?
10   A.  Yes.
11   Q.  Okay.  And you relied on that page
12 out of the book?
13   A.  Yes.
14   Q.  Before we talk about your book,
15 other than -- just to close my loop on this,
16 other than the things we talked about, what
17 other ex- -- did you offer any other expert
18 opinions in your opening report?
19   A.  I think that those are the only
20 ones.
21   Q.  How many times have you seen the
22 CNN report at issue in this case?
23   A.  I saw it twice for the work I did
24 on my expert opinion.  I don't know how many

13 (Pages 46 - 49)

1 times I saw it in preparation for the book.
2 I don't remember.
3      Q.   To the best of your memory in the
4 video, what do Jack and Leslie Flynn do?
5      A.   They stand in line with other
6 members of their family, and General Flynn is
7 in the middle of that line.
8           They have their right hand raised,
9 and they recite -- after General Flynn who
10 reads off of his phone screen -- the oath to
11 the office, followed by the phrase, "Where We
12 Go One, We Go All."
13      Q.   Okay.
14           MS. BOLGER:  Can we -- can we
15      call up that video, Lindsey?
16           Hello.
17           THE CONCIERGE:  This is Matt.
18      Which tab is it?
19           MS. BOLGER:  Hey, Matt, I
20      don't know.  Lindsey will tell you.
21      It's the report at issue.
22           Where did Lindsey go?
23           MS. CHERNER:  Yeah, this is
24      going to take a minute.

1           MS. BOLGER:  Okay.
2           You know, why don't we take,
3      like, a two-minute break.  I'll run
4      to the bathroom, and he will call
5      it up, so we don't waste time, so
6      we'll take a break.
7           THE VIDEOGRAPHER:  The time is
8      10:50.  We are going off the video
9      record.  This ends Media Unit
10      Number 1.
11           -  -  -
12           (Whereupon, there was a brief
13      recess held off the video record.)
14           -  -  -
15           THE VIDEOGRAPHER:  One moment.
16      The time is 11:06.  We are going
17      back on the video record.  This
18      begins Media Unit Number 2.
19           -  -  -
20           (Back on the video record.)
21           -  -  -
22 BY MS. BOLGER:
23      Q.   So, before we took a break, I had
24 asked you to describe the content of the CNN

1 report that's this lawsuit's about, and you
2 did and your description was a little bit
3 off, so I want to show you the report, and,
4 then, we'll talk about it.
5           MS. BOLGER:  So, Matt, can you
6      play the report, please?
7           THE COURT REPORTER:  Do you
8      want me to take all this down, or
9      just put "(video playing)"?
10           MS. BOLGER:  No.
11           THE COURT REPORTER:  Okay.
12           MS. BOLGER:  This one, no.
13           (Video playing.)
14           MS. BOLGER:  Can you stop?
15      The sound is off, or is it on mute?
16      Can you go back just a little.
17           THE CONCIERGE:  How far back
18      would you like me to go?
19           MS. BOLGER:  Right there's
20      fine, Matt, as long as the sound is
21      caught up.
22           (Video playing.)
23           MS. BOLGER:  Okay.  Stop.
24      You can stop, Matt.

1           -  -  -
2           (Video stopped.)
3           -  -  -
4 BY MS. BOLGER:
5      Q.   Okay.  So despite the -- the -- the
6 sound glitch, which was slightly before the
7 portion I wanted to talk to you about, you'll
8 notice that before the break you thought in
9 the video Jack and Leslie Flynn stood next to
10 General Flynn, raised their hands, and
11 repeated what he said.
12           But he does not do that, right?
13      A.   That's right.  I made a mistake.
14      Q.   Okay.  The only person that talks
15 in that video is General Flynn, right?
16      A.   That's right.
17      Q.   Okay.  And, so, no one who watched
18 this video would have any knowledge about
19 whether or not Jack or Leslie Flynn said
20 anything, right?
21           MR. BISS:  Object to the form.
22      Speculation.
23           MS. BOLGER:  She's allowed to
24      speculate.  She's an expert

14 (Pages 50 - 53)

Page 54

1    witness.
2        MR. BISS:  She can't
3    speculate.
4        MS. BOLGER:  She can.
5        THE WITNESS:  I'm not sure
6    what, you know, millions of people
7    who watched this think en masse.  I
8    don't know.
9  BY MS. BOLGER:
10   Q.  Okay.  That's not quite my
11 question.
12   A.  What's your question?
13   Q.  Was there anything that the
14 video --
15   A.  Mm-humm.
16   Q.  -- that indicated that Jack or
17 Leslie Flynn ever said anything?
18   A.  You're asking my personal opinion?
19   Q.  I'm asking you in the video.
20   A.  Right.
21   Q.  Did Jack and Leslie Flynn say
22 anything?
23   A.  They didn't say anything in the
24 video here, no.

Page 55

1    Q.  So to believe -- to know that they
2  said something, you would have to have
3  knowledge outside of the video, right?
4    A.  Or you could make reasonable
5  assumptions.
6    Q.  Why would that -- why would that be
7  a reasonable assumption?
8    A.  Well, if people are, you know,
9  portrayed in a meeting of QAnon followers'
10 segment with their hands up and one of them
11 is saying something, one could make a
12 reasonable assumption that others are saying
13 something in response.
14   Q.  What would the possible basis of an
15 assumption that other people were talking be,
16 how can you assume someone spoke based on
17 this video, in which it says, "National
18 Security" -- "phrase repeated by National
19 Security Adviser Michael Flynn."
20       How can you make an assumption that
21 anybody else spoke, other than National
22 Security Advisor Michael Flynn?
23   A.  Well, the video portrays people
24 standing with their hands up, all lined up,

Page 56

1  and the banner says, "QAnon Followers," and
2  one person says something.
3        It's not unreasonable to think that
4  other people were repeating after them.
5  Maybe I am prejudiced by having seen the
6  video that's not here.  I can't make an
7  uneducated opinion now having seen it a bunch
8  of times.
9        You've seen I've even conflated my
10 experience of watching this with my
11 experience of watching this July 4th video
12 that was also provided to me.
13       So these things are now all part of
14 my impression, and I think you would be
15 better off asking a person naive to that
16 impression of what they might or might not
17 think.
18   Q.  So you -- just for the purpose of
19 the record, we all know what the two videos
20 are that we're talking about, but let's be
21 very explicit.
22       When you talk about the July 4th
23 video, you are just talking about the video
24 in which the Flynns take the oath of office,

Page 57

1  they say "Where We Go One, We Go All." They
2  say, "God bless America."
3        And they posted that there on
4  July 4th and July 5th of 2020, correct?
5    A.  Correct.  That's what I mean.
6    Q.  Okay.  And that -- that video,
7  you'll agree with me, was published by the
8  Flynns?
9    A.  Correct.
10   Q.  Okay.  Let's just start out with a
11 very really simple thing, and tell me what
12 you -- what QAnon is.
13   A.  QAnon is a -- a large online
14 following of people who believe in a set of
15 baseless and debunked conspiracy theories.
16 There is a very large number of these.  It is
17 commonly believed among researchers now and
18 journalists that there are three main tenets
19 of QAnon beliefs.
20       These include the idea that a -- an
21 international cabal of satan worshiping
22 sadists has taken over the government and the
23 media and maybe they're running a world
24 government.

15 (Pages 54 - 57)

1        Also, the idea that Donald Trump,
2  who is known as Q+ is secretly fighting
3  behind the scene to bring the cabal down and
4  to arrest and execute the cabal members,
5  among whom QAnon followers count major
6  democratic politicians, as well as some
7  celebrities, and even the pope.
8        And the last tenet of QAnon belief,
9  as it's called sometimes, is the idea that
10 some of these cabal members, including
11 Hollywood celebrities kidnap and torture
12 children in order to harvest the children's
13 blood, which they believe, then, becomes
14 enriched with adrenochrome, a substance that
15 they claim would give a person ingesting it,
16 you know, vitality and almost super powers.
17        So those are three major
18 foundational tenets of QAnon, but there is a
19 host of other ones, and it's expanding even
20 now.  And these include ideas about lasers in
21 outer space that are controlled by Jews and
22 used to burn out wild forests in California
23 to make room for a super speed highway.
24        The idea that they're human-lizard

1  or human-serpent hybrids living among us, and
2  are going to take over the world unless
3  they're stopped.
4        The idea that the earth is flat,
5  that COVID is either a hoax, or it is a
6  bio-weapon designed -- one -- one theory is
7  that Bill Gates is using it to control
8  population growth.
9        Ideas about vaccines as being
10 poisons or tracking devices.  Ideas about
11 COVID being a biological weapon.  I said that
12 already, right.
13        That JFK, Jr. is not dead in a
14 plane crash but actually alive and well and
15 is the Q, the poster of the original Q-drops,
16 these cryptic messages that started the QAnon
17 community.
18        You know, med beds, this idea that
19 the government has come to possess alien
20 technology; these beds that if you lay it in,
21 it will heal you of everything, and, so,
22 they're hording it for themselves while
23 they're charging everybody an arm and a leg
24 for medical treatment.

1        I could go on, but I think that
2  gives you an idea.
3        Q.  I will ask you:  Is the belief that
4  the 2020 election was somehow stolen by
5  either flipping votes or dumping votes also
6  part of that umbrella conspiracy theories?
7        A.  Yes.  Thank you.
8        That is.
9        Q.  Okay.  And as I understand your
10 research and I think your answer, you don't
11 have to believe in all of that to be a QAnon
12 follower, right?
13        A.  Correct.
14        Q.  It's kind of a -- in your words, an
15 a la carte belief system?
16        A.  Yes.
17        Q.  What is a Q-drop?
18        A.  A Q-drop is a -- one of almost
19 5,000 cryptic messages that appeared first on
20 these messenger boards, like 4chan and 8kun,
21 that were posted by somebody who signed Q,
22 referencing and implying a top level
23 government clearance incidentally from the
24 Energy Department, but that's the kind of

1  nuance that the QAnon doesn't bother with.
2        But the reference to the government
3  clearance suggested that these cryptic posts
4  carried some top secret information that
5  nobody else had access to, and these posts at
6  different times mentioned, for example,
7  Hillary Clinton, Donald Trump, and invited
8  people to do their own research on these
9  vaguely suggested connections between things
10 that are not connected at all, and they
11 became known as Q-drops in the QAnon
12 community of followers, and, now, they're
13 also referenced as such by researchers and
14 journalists.
15        Q.  When was the last Q-drop?
16        A.  Q resurfaced very recently.  I
17 don't have the date for you.  It's available
18 on the internet for those who seek the truth
19 and said something, "Shall we play."  That
20 was just very recently.  I don't have the
21 date.
22        Q.  Okay.  How many Q-drops mention the
23 phrase, "Where We Go One, We Go All"?
24        A.  I don't have the number for you,

1  but, again, that's information that's easily
2  obtainable.
3      Q.  Is it a small number?  A large
4  number?
5      A.  It depends on what's small and
6  large.
7      Q.  Okay.
8      A.  It's --
9      Q.  Is it more than 50?
10     A.  It sounds like it should be --
11  it's -- it's a fairly, you know, substantial
12  number.  I think it might be 50 or more.
13     Q.  Okay.  How about General Flynn?
14     A.  Who about General Flynn?
15     Q.  How about Q-drops mention
16  General Flynn?
17     A.  I don't have these numbers for you.
18  I'm sorry.  I don't keep them in my head.
19     Q.  Are you aware that he has -- that
20  General Flynn is mentioned in Q-drops?
21     A.  Yes, I am.
22     Q.  Okay.  And are you aware that he's
23  mentioned in more than one Q-drop?
24     A.  I am.

1      Q.  Okay.  As a matter of fact, he's
2  mentioned in several, correct?
3      A.  Yes.
4      Q.  Do you know who "In The Matrix" is?
5      A.  Who "In The Matrix" is?
6      Q.  Is.
7      A.  "In The Matrix" is a name?
8      Q.  Yes.
9      A.  I don't.
10     Q.  Do you know who "Praying Medic" is?
11     A.  No.
12     Q.  Okay.  Do you know who "Veronica
13  Wolfsgate" is?
14     A.  I remember the name, but I can't
15  tell you in what connection.
16     Q.  Okay.  Do you know who "Shady
17  Groove" is?
18     A.  No.
19     Q.  I think you said you don't know who
20  "JT Wilde" is, right?
21     A.  I think that's right.
22     Q.  When you -- do you think -- some
23  terms.
24         Is "The Storm" a QAnon term?

1      A.  It is, and it isn't.  It's a term
2  that QAnon uses, but I also use it to talk
3  about the storm.
4      Q.  Okay.  How about "The Great
5  Awakening"?
6      A.  Again, it is, and it isn't.  It's a
7  term that QAnon uses, but it's been around
8  since the enlightenment era, and it's
9  associated with some historical events, which
10  is also the case with QAnon content.
11     Q.  Okay.  How about "Follow the white
12  rabbit," other than "Alice in Wonderland"?
13     A.  See, and that's actually a very
14  good example because in addition to it being
15  part of "Alice in Wonderland," the reason
16  QAnon uses it is because it was part of "The
17  Matrix" movie, which they reference in their
18  folklore with the blue pill and red pill and
19  the main character was invited to follow the
20  white rabbit where he was looking for truth.
21     Q.  The Q persona likes "The Matrix,"
22  wouldn't you agree?
23     A.  It sounds about right.
24     Q.  Okay.  I'm going to ask you to look

1  back at your book, again, at Page 18.
2      A.  (Witness complies.)
3      Q.  Actually, you can close it for a
4  second.  I'm sorry I didn't ask this.
5          What role, if any, does posting on
6  social media play in QAnon?
7      A.  An enormous role.  It's their main
8  way of communicating with each other and with
9  the world.
10     Q.  Okay.  In fact, Q had -- Q -- the Q
11  persona says -- means that they're ready,
12  right?
13     A.  I'm sorry, can you repeat that.
14     Q.  The Q persona said or means --
15     A.  Persons.
16     Q.  Right.
17         That's why I was using "persona."
18         I thought it would catch
19  everybody -- is memes that they're ready, is
20  memes that they're ready, right?
21     A.  Yes.
22     Q.  So they're kind of directed by Q to
23  use memes, right?
24     A.  Yes.

17 (Pages 62 - 65)

1    Q.   And to speed things up, they use
2 memes to signal a community, correct?
3    A.   Sometimes.  Sometimes.  I mean,
4 they use memes for all kinds of things.
5    Q.   Okay.  What kinds of -- in your
6 expertise, when you -- what kinds of things
7 do QAnon followers say in social media to
8 indicate that they are part of the Q
9 movement?
10   A.   "Baking The Crumbs," "Follow The
11 White Rabbit," "The Storm Is Coming," "The
12 Great Awakening."
13       There's a whole host of these
14 hashtags, including "Where We Go One, We Go
15 All."
16   Q.   You would agree with me that
17 holding a sign that said, "Q Sent Me" would
18 be an indication that you were signaling that
19 you were part of the Q community, right?
20   A.   I would say yes.
21            -  -  -
22       (Whereupon, Exhibit-414,
23       Report, Tab 62, was marked for
24       identification.)

1            -  -  -
2 BY MS. BOLGER:
3    Q.   Okay.  I'm going to ask you to look
4 at Exhibit-414, which is -- sorry, I have the
5 wrong one --
6        MS. CHERNER:  Are you
7    referring to Tab 62?
8        MS. BOLGER:  It is.  I just
9    got everything -- everything got
10   all bundled in one.
11       THE WITNESS:  Sorry.  My legs
12   are too short.  I don't reach the
13   floor.
14           -  -  -
15       (Whereupon, Exhibit-415,
16       Internet Archive Document, CNN
17       Report, was marked for
18       identification.)
19           -  -  -
20       MS. CHERNER:  Exhibit-415,
21       4-1-5.
22       MS. BOLGER:  My box is little
23   messed up.
24

1 BY MS. BOLGER:
2    Q.   Okay.
3        MS. BOLGER:  What was 414?
4    The report.
5 BY MS. BOLGER:
6    Q.   Okay.  415 is a document that is
7 from the internet archive.
8        MR. BISS:  Kate, I marked the
9    report as 412.
10       MS. BOLGER:  CNN Report.  The
11   CNN Report is 415.
12 BY MS. BOLGER:
13   Q.   Okay.  So if you will look at and
14 turn over to the back of 415, you'll see that
15 this is a Twitter.  The tweet is from -- the
16 top tweet is from "RawStory."
17       And it reads, "Michael Flynn's
18 family insists showing them reciting the
19 QAnon oath was actually just showing off a
20 family tradition."
21       And you'll see there's a response
22 at the bottom that says, "Liars.  First it
23 inc. the line, "Where We Go One, We Go All,"
24 as QAnon supporters use.  Second, it's not

1 the only example, "Q Sent Me."
2        It's hard to see on this, but I'm
3 sure Matt can call it up.
4        MS. BOLGER:  Matt, can you
5    call up this image?
6        MS. CHERNER:  Tab 62, Matt.
7        MS. BOLGER:  Right.
8 BY MS. BOLGER:
9    Q.   So, then, you'll see there --
10 there's a gentleman in the picture on the far
11 right, who's wearing a blue shirt, that's
12 Jack Flynn, and he's holding a sign that
13 says, "Q Sent Me," can you see that?
14   A.   I can't.  If you say --if you --
15       MR. BISS:  I'm going to
16       object -- object to the form.
17 BY MS. BOLGER:
18   Q.   Do you have any reason to doubt me?
19   A.   I do not.
20   Q.   Okay.  You can put that aside.
21   A.   (Witness complies.)
22   Q.   Okay.  Now, let's look at your
23 book.
24   A.   (Witness complies.)

18 (Pages 66 - 69)

1    Q.  So Page 15 -- 18, sorry.
2    A.  (Witness complies.)
3    Q.  In the second paragraph, the last
4  sentence, last two sentences, read, "In the
5  2020 primaries, there are 97 QAnon-affiliated
6  candidates in 30 dates.  24 went on to
7  compete in the November 2020 election."
8       Do you see that?
9    A.  Yes.
10    Q.  Okay.  And do you remember
11  including this idea in the book?
12    A.  I remember talking about it.  I
13  don't remember writing this, but I did,
14  obviously.
15    Q.  Right.  Okay.
16       And what source did you rely on
17  when you made that statement?
18    A.  I'd have to look it up.
19    Q.  Please do.  I'll give you a hint.
20  It's on Page 200.
21    A.  Thank you.
22       Alex Kaplan --
23    Q.  Okay.
24    A.  "Here are QAnon supporters running

1  for Congress in 2020."
2    Q.  Okay.  So that was the source for
3  that sentence?
4    A.  It appears to be.
5    Q.  Okay.  There's no reason to doubt
6  that, right?
7    A.  That's right.
8    Q.  Okay.  So let's take a look at
9  Alex Kaplan.
10    A.  Can I close this?
11    Q.  Yes.
12       MS. CHERNER:  This is Tab 7,
13       Exhibit-416.
14            - - -
15       (Whereupon, Exhibit-416, Alex
16       Kaplan Article Printout, was marked
17       for identification.)
18            - - -
19  BY MS. BOLGER:
20    Q.  So Exhibit-416 is, as Lindsey just
21  said, a printout of the Alex Kaplan article
22  referred to in that Footnote 55 in your book,
23  and if you -- do you agree with me on that?
24    A.  Yes.

1    Q.  Okay.  So let's talk a look at a
2  couple of things.
3       So, first of all, let's talk about
4  on Page 2 of 80, there at the bottom
5  right-hand corner.
6    A.  Mm-humm.
7    Q.  Okay.  It talks about
8  Lauren Boebert.  And all of the candidates
9  listed in this article are referred to as
10  QAnon supporters running for Congress in
11  2020, right?
12    A.  That's right.
13    Q.  Okay.  And said --
14  Lauren Boebert -- Boebert -- Boebert, who is
15  the first person in the article, says, "She's
16  also said that everything that she heard
17  about QAnon is only motivating and
18  encouraging and bringing people together
19  stronger.  And if this is real, then it can
20  be really great for country."
21       Do you see that?
22    A.  Which line?  I'm sorry.  Can you --
23    Q.  I can.
24    A.  I'm going to get my classes

1  because --
2    Q.  I'm of the age where I need
3  glasses, so I -- I hear -- feel your pain.
4    A.  Okay.
5    Q.  Okay.  So in the paragraph around
6  Lauren Boebert --
7    A.  Yep.
8    Q.  -- six lines up from the top,
9  there's a sentence that begins, "She also
10  said everything she heard about QAnon is only
11  motivating and encouraging and bringing
12  people together stronger and if this is real,
13  then it can be really great for our country."
14       Do you see that?
15    A.  Yes, I do.
16    Q.  Okay.  And that -- those were the
17  kind of statements that made Media Matters
18  and you all list her as a QAnon candidate,
19  right?
20       MR. BISS:  Object to form.
21       THE WITNESS:  I -- I'm sorry.
22       I don't know that those were the
23       kinds of statement that made
24       Mr. Kaplan list her as a QAnon

Page 74

1 candidate.
2       As a matter of fact, there are
3 a bunch of other things in this
4 very paragraph --
5       MS. BOLGER: Okay. You can
6 read them all.
7       THE WITNESS: -- that might
8 have convinced Mr. Kaplan.
9    Q.  Sure.
10   A.  Including in May, Boebert also
11 appeared on Patriot Soapbox, a major QAnon
12 YouTube account that subscribes to multiple
13 QAnon channels.
14      And I don't know if that's an
15 exhaustive list of the reasons that
16 Mr. Kaplan used to classify Ms. Boebert.
17 However, I -- we did reference the original
18 source. So whoever, you know, may have
19 questions about that can ask Mr. Kaplan.
20   Q.  Well, when you read this article,
21 which you then included in your book --
22   A.  Mm-humm.
23   Q.  -- you accepted that these were
24 QAnon supporters because you wrote the

Page 75

1 sentence, "In 2020 primaries there were 97
2 QAnon-affiliated candidates in 30 states,"
3 right?
4    A.  Yes.
5    Q.  So you accepted that Mr. Kaplan's
6 reasons for why these were QAnon-affiliated
7 candidates was correct, right?
8    A.  Yes. Can I -- can I augment that?
9    Q.  Sure.
10   A.  Would it -- so without checking
11 Mr. Kaplan's data or diving into it
12 ourselves. We -- we did not -- we relied on
13 Mr. Kaplan's reporting, and that is the
14 reason we referenced the original
15 publication, as opposed to saying it, you
16 know, without a reference, "Lauren Boebert
17 was."
18   Q.  Okay. Okay. Page 4, there's a
19 reference to Shiva Ayyadurai. And it says
20 here, Shiva Ayyadurai was a Republican who
21 ran as a write-in candidate for the US Senate
22 in Massachusetts. He'd been defeated in a
23 Republican primary on September 1st, and had
24 subsequently launched a write-in campaign.

Page 76

1 Ayyadurai has tweeted a misspelled version of
2 the QAnon slogan of, "Where We Go One, We Go
3 All," often abbreviated -- often abbreviated,
4 "WWG1WGA," and he has re-tweeted a tweet that
5 contained a QAnon slogan.
6       Do you see that?
7    A.  Yes.
8    Q.  And that's the entirety of what he
9 says about Shiva Ayyadurai, right?
10   A.  That is an entirety of what he says
11 here, yes.
12   Q.  Okay. Look at Page 10.
13   A.  (Witness complies.)
14   Q.  There is a gentleman by the name of
15 Ron Curtis. And it says, "Ron Curtis was a
16 Republican candidate who ran in Hawaii's
17 First Congressional District. He had one
18 Republican primary on August 8th. He has
19 written the QAnon slogan misspelled while
20 quote "tweeting" a likely fake account of
21 Vincent Fusca, a man many QAnon supporters
22 incorrectly believe is actually John F.
23 Kennedy, Jr. in disguise. Curtis has also
24 re-tweeted the QAnon slogan more than once,

Page 77

1 and has also re-tweeted various videos and
2 hashtags for QAnon supporters giving an oath
3 supporting the conspiracy theory.
4       On Facebook, Curtis has posted a
5 link to a tweet urging that the QAnon
6 movement must not become comatose."
7       Do you see that?
8    A.  I do.
9    Q.  Okay. And there's -- there's a
10 quote there.
11      Do you see that? There's a quote
12 there -- a tweet there?
13   A.  Yes, I do.
14   Q.  And that's the entirety of what
15 made Alex Kaplan put Ron Curtis on the list
16 of QAnon supporters running for Congress?
17      MR. BISS: Object. Object to
18 the form.
19      THE WITNESS: I don't know
20 that that last part is true.
21 BY MS. BOLGER:
22   Q.  That's the only thing in the
23 article?
24   A.  That's the only thing in the

20 (Pages 74 - 77)

1 article.  It doesn't mean that what's in the
2 article is the entirety of the basis for
3 Mr. Kaplan's opinion.
4      Q.  Okay.  I'll accept your -- I'll
5 accept that.
6          Turn to Page -- Page 11, which is
7 actually should be the next page.
8      A.  (Witness complies.)
9      Q.  Start with, if you look at the
10 bottom of the page --
11      A.  Mm-humm.
12      Q.  -- Alison Hadden California.
13      A.  Mm-humm.
14      Q.  "Alison Hayden was a Republican
15 candidate who ran in California's 15th
16 Congressional District.  Hayden came in
17 second in a non-partisan blanket primary on
18 March 3rd, which meant under California
19 election law she appeared on the ballot in
20 November's general election.  On her campaign
21 Twitter account, Hayden has repeatedly
22 re-tweeted content explicitly promoting
23 QAnon, along with repeatedly tweeting the
24 QAnon hashtag, "#a great awakening."  She has

1 also tweeted the QAnon hashtag, and the
2 spinoff hashtag of the QAnon slogan
3 #WWG1WGAWORLDWIDE, on what Ballotpedia lists
4 as her personal Twitter account."
5          And there's a parenthetical, "(She
6 has tweeted the QAnon slogan and #great
7 awakening)."
8          Do you see that?
9      A.  I do.
10      Q.  Okay.  And that was the information
11 that Mr. Kaplan chose to include in this
12 article about who a QAnon supporting
13 candidate is?
14      A.  That is the information he chose to
15 include.
16      Q.  Flip on a little bit to Page 13.
17      A.  Mm-humm.
18         (Witness complies.)
19      Q.  There is Tracy Lovvorn in
20 Massachusetts.  It says, "Tracy Lovvorn was a
21 Republican candidate who ran in Massachusetts
22 2nd Congressional District.  She won the
23 Republican primary on September 1st by
24 default, running unopposed.  Lovvorn has

1 posted the QAnon slogan on her Twitter and
2 Facebook campaign accounts, along with a
3 photo of a bell with a slogan on it."
4          You'll see there it is.  "Tracy
5 Lovvorn.  Never forget we are all in this
6 together. #WWG1WGA#, #JFK, #ChooseLovv."
7          And, then, you'll see there's an
8 image of a brass bell.
9      A.  Yes.
10      Q.  And that is the entirety of the
11 information Alex Kaplan included in this
12 article about who a QAnon supporter was that
13 you then relied on in your book, right?
14      A.  It's true.
15      Q.  Take a look at Page 19.
16      A.  (Witness complies.)
17      Q.  I'm going to ask you to take a look
18 at the section about Theresa Raborn from
19 Illinois.  It says, "Theresa Raborn was a
20 Republican candidate who ran in Illinois's
21 2nd Congressional District by default,
22 running unopposed.  While quote-tweeting
23 "amen and congrats" to a video of former
24 National Security Advisor Michael Flynn,

1 giving an oath supporting QAnon, Raborn wrote
2 the QAnon slogan.  Raborn has since told the
3 Washington Post that Flynn's video endorsing
4 QAnon made it appear more legitimate to her
5 and, 'seemed to give a lot of validity to
6 people who support me who also happen to
7 follow Q."
8          Do you see that?
9      A.  Mm-humm.
10      Q.  Okay.  And on the next page you see
11 a picture of the tweet and there is
12 Ms. Raborn's tweet re-tweeting General Flynn.
13          You'll see General Flynn's tweet
14 has "#take the oath."
15          Do you agree with me?
16      A.  Yes.
17      Q.  Okay.  And you'll see that all of
18 the Flynns are in that picture, right?
19      A.  Yes.
20      Q.  Okay.  "Go Jack Flynn" is one of
21 the handles there, right?
22      A.  Yes.
23      Q.  Okay.  And that's all of the
24 information that Alex Kaplan included in his

Page 82

1 book -- in this article about QAnon
2 supporting candidates that you then put in
3 your book, right?
4     A.  That is correct.
5     Q.  Okay.  Let's look at Johnny Teague,
6 Page 22.
7     A.  (Witness complies.)
8     Q.  It says, "Johnny Teague was a
9 Republican candidate who ran in Texas's 9th
10 Congressional District.  He had won the
11 Republican primary on March 3rd.  Teague on
12 his campaign account has re-tweeted content
13 explicitly promoting QAnon, including
14 re-tweeting a video of QAnon supporters
15 giving an oath supporting a conspiracy
16 theory.  He also re-tweeted a false
17 conspiracy theory pushed by some QAnon
18 supporters that John F. Kennedy, Jr. is
19 secretly still alive despite dying in a plane
20 crash, and has tweeted a video from a QAnon
21 account with a major following."
22     Do you see that?
23     A.  I do.
24     Q.  Okay.  And that is the -- you can

Page 83

1 check the next page.  There's nothing there.
2 That is -- that is what Alex Kaplan
3 thought -- that is what Alex Kaplan
4 concluded -- included in his article to say
5 that Johnny Teague is a QAnon supporter,
6 right?
7     A.  Yes.
8     Q.  Okay.  Sorry, Dr. Moskalenko, I
9 have a lot of paper.
10     A.  That's all right.
11     Q.  Okay.  So Page 27, which we just
12 looked -- looked through, and let's go back
13 to Lauren Boebert -- Boebert, which is on
14 Page 2 of 80.
15     A.  (Witness complies.)
16     Q.  And you'll see that one of the
17 things that she says here is, "QAnon is only
18 motivating and encouraging and bringing
19 people together stronger and if this is real,
20 then it can be really great for our country,"
21 do you see that?
22     A.  (Witness indicating.)
23         -  -  -
24         (Whereupon, Exhibit-417, Tweet

Page 84

1     from Jack Flynn, was marked for
2     identification.)
3         -  -  -
4 BY MS. BOLGER:
5     Q.  Let's take a look at Exhibit-417 --
6     A.  (Witness complies.)
7     Q.  -- which is Tab 42, which is a
8 tweet from Jack Flynn, in which he says,
9 "There is nothing wrong with QAnon, just
10 people doing their own research and learning
11 independence of thought to find the truth.
12 If it triggers the daylights out of fools
13 like yourselves, all the better.  Don't you
14 get it?  It's a simple yet complex, just like
15 meritage wine."
16     Do you see that?
17     A.  I do.
18     Q.  Okay.  Similar tweets, right?
19     A.  Hmm...yeah, probably.  Let me see a
20 second.  Where is the co -- in some ways, it
21 is, and in some ways it isn't.
22     Q.  Both of them are expressing support
23 for the idea of QAnon, correct?
24     A.  No, I wouldn't say that.  I would

Page 85

1 say that Lauren Boebert's does because it
2 is -- it is saying is -- "QAnon only
3 motivating an encouraging and bringing people
4 together stronger."
5     This part, to me, is an expression
6 of support.  In Jack Flynn's tweet, there is
7 no parallel to this kind of expression of
8 support.
9     Q.  It says, "There is nothing wrong
10 with QAnon, just people doing their own
11 research and learning independence of thought
12 to find the truth."
13     That's a positive reflection on
14 what QAnon is, is it not?
15     A.  I would say that it's a neutral not
16 positive.
17     Q.  How is that a natural?  It says --
18     A.  "There is nothing wrong with
19 QAnon," to me, is neither positive nor
20 negative.
21     Q.  "People doing their own research
22 and learning independence of thought to find
23 the truth," isn't that a positive value?
24     A.  It depends on what Jack Flynn

1 considers to be positive values relative to
2 doing your own research.
3       I, for one, do not necessarily see
4 that as a positive value.
5    Q.  Is there really any doubt in your
6 mind, sincerely, looking at that tweet, that
7 Jack Flynn is saying that it's a positive
8 value to have people do they own research and
9 learn independence of thought to find the
10 truth --
11       MR. BISS:  Asked and answered.
12 BY MS. BOLGER:
13    Q.  -- as you sit here?
14       THE WITNESS:  I --
15       MR. BISS:  Asked and answered.
16       THE WITNESS:  I do not see
17    that as a positive judgment.
18 BY MS. BOLGER:
19    Q.  I didn't ask you if you saw it that
20 way.  I asked you if Mr. Flynn does.
21    A.  If Mr. Flynn saw it as a positive?
22    Q.  I asked you if there's a serious
23 doubt in your mind that Mr. Flynn's sentence,
24 "There's nothing wrong with QAnon, just

1 people doing their own research and learning
2 independence of thought to find the truth."
3       I'm asking you if you really have
4 any serious doubt that that is Mr. Flynn
5 making a positive statement about QAnon?
6       MR. BISS:  Asked and answered.
7    This is harassment, Kate.
8       You're just asking the same
9    question over and other, again,
10    raising your voice.
11       THE WITNESS:  I don't have
12    doubts.  I don't think it's a
13    positive expression.
14 BY MS. GILBERT:
15    Q.  Do you think it's a negative
16 expression?
17    A.  I said, it's a neutral expression.
18    Q.  But it's -- clearly, this phrase,
19 "there is nothing wrong with QAnon," is not a
20 neutral expression.
21    A.  I would say that it is a neutral
22 expression.
23    Q.  Wouldn't "I don't know about QAnon"
24 be a neutral expression?

1    A.  That would also be a neutral
2 expression.  They're not on the same scale.
3    Q.  You can put that aside.
4    A.  (Witness complies.)
5    Q.  Let's look at -- I'm just making
6 sure I've got the right thing.
7             -   -   -
8       (Whereupon, Exhibit-418,
9       Twitter Feed Printout, Tab 34, was
10       marked for identification.)
11             -   -   -
12 BY MS. BOLGER:
13    Q.  Okay.  This is Exhibit-418, which
14 is Tab 34.  For the record, the -- it has
15 Exhibit-42 because it's taken from another
16 document.
17       Okay.  Tab 34 is, again, a printout
18 from Jack Flynn's Twitter feed.
19       If you'll compare that for a second
20 with Page 4 of Exhibit-27, which is --
21    A.  I'm sorry, there's a lot of stuff
22 here.
23    Q.  I'll get you there in a second.
24    A.  Okay.

1    Q.  Get to Page 4 of Exhibit-27.
2    A.  (Witness complies.)
3    Q.  And you'll see that the -- in the
4 Alex Kaplan article, it talks about
5 Shiva Ayyadurai using the phrase, "WWG1WWGA,"
6 do you see that?
7    A.  Yes.
8    Q.  Okay.  If you look at Page 4 of 6
9 in the -- Exhibit-418 --
10    A.  Yes.
11    Q.  -- you will see Mr. Flynn
12 re-tweeting, "This is awesome.  My friend
13 wanted me to share that she donated this on
14 Friday in memory of her brother.  The Patriot
15 family on this platform is Happy Face
16 #WWG1WGA."
17       Do you see that?
18    A.  Yes, I do.
19    Q.  Okay.
20       THE VIDEOGRAPHER:  Doctor,
21    please move the water bottle.
22       THE WITNESS:  This?
23       THE VIDEOGRAPHER:  Yes.
24       MS. BOLGER:  I need about six

1      inches.  Okay.
2             -   -   -
3             (Whereupon, Exhibit-419,
4      Twitter Feed Printout, Tab 44, was
5      marked for identification.)
6             -   -   -
7   BY MS. BOLGER:
8      Q.   And I'm going to show you
9   Exhibit-419, which is Tab 44, which is a
10  printout from the Wayback Machine of
11  Jack Flynn's Twitter feed, dated August 21st,
12  2020.
13         And you'll see, if you will, turn
14  to Page 3 of 7.
15     A.   (Witness complies.)
16     Q.   And the third tweet down,
17  "Jack Flynn, #We Fight Back" tweeted, "I
18  don't know who or what Q is, so there's that,
19  but no one's hurting each other.  It's
20  civilized.  Encouraging people" --
21  "civilized.  Encouraging people to learn
22  independently supports Trump and the
23  Constitution so WTF. #WWG1WGA."
24         Do you see that?

1      A.   I do.
2      Q.   What does "WTF" mean?
3             MR. BISS:  Seriously, Kate.
4   BY MS. BOLGER:
5      Q.   For the record, what does it mean?
6      A.   "What the fuck."
7      Q.   Right.
8             So what do you think "what" -- what
9   does "what the fuck" means?
10     A.   "What the fuck" means what the
11  fuck.
12     Q.   It means "so what," right, would
13  you describe it as...
14     A.   It could mean a bunch of different
15  things.  It could mean outrage.  It could
16  mean surprise.  It could mean -- I don't know
17  exactly what it means, right here, in this
18  context.
19     Q.   It pretty clearly doesn't mean
20  outrage, though, right?
21     A.   Why not?
22     Q.   Because he's saying, "I don't know
23  what or what Q is, so there's that, but no
24  one's hurting each other.  It's civilized

1   encouraging people to learn independently.
2   Supports Trump and the Constitution."
3             So there's no outrage in that
4   tweet.
5      A.   Well, I can -- I can imagine, but I
6   don't need to imagine because you should ask
7   Jack Flynn what he meant.  He's still alive
8   and well, thank God, when he typed, "WTF."
9      Q.   And I'll have to ask Jack Flynn.  I
10  get to ask you, too.
11     A.   Okay.
12     Q.   It's the joys of a deposition.
13     A.   Okay.
14     Q.   There's nothing in that tweet that
15  expresses outrage, is there?
16     A.   It -- it could if he's arguing
17  against something that suggested that QAnon
18  was hurting other people.
19         So the second part of his tweet
20  seems to be arguing with a suggestion that
21  QAnon is hurting each other or some other
22  people or is not civilized, and in that sense
23  it could express outrage.
24         That's my reading on it.

1      Q.   But not with QAnon.
2      A.   Right.  I mean, with some
3   suggestion of --
4      Q.   But it -- it --
5      A.   -- QAnon doing these things.
6      Q.   It -- it would be expressing
7   outrage at the idea that QAnon was hurting
8   people.
9      A.   Or confusion about it.
10     Q.   Okay.  He doesn't think QAnon's
11  hurting people though, right?
12     A.   He doesn't.
13     Q.   Okay.  And he writes, "#WWG1WGA,"
14  right?
15     A.   Yes.
16     Q.   And that's exactly what
17  Shiva Ayyadurai tweeted out that got him on
18  Alex Kaplan's list, right --
19            MR. BISS:  Object to form.
20  BY MS. BOLGER:
21     Q.   -- with a typo?
22     A.   Okay.  So you're comparing
23  Mr. Kaplan's determination from 2020 with
24  mine today.

1    Q.  No.  I'm actually asking you
2  specifically.
3         In the Kaplan's article --
4    A.  Right.
5    Q.  -- Shiva Ayyadurai is on his list
6  for saying, "#WWG1WGA," correct?
7    A.  I don't know if that's the only
8  reason, because if I'm not Mr. Kaplan --
9    Q.  That's fine.
10    A.  -- and I don't know his methods.
11    Q.  Right now, as you see in front of
12  you --
13    A.  It is what Mr. -- it is what
14  Mr. Kaplan listed as the reason for including
15  him.
16    Q.  Okay.  And Jack Flynn has
17  "#WWG1WGA" right there, correct?
18    A.  Correct.
19    Q.  Okay.
20              -  -  -
21         (Whereupon, Exhibit-420, Jack
22         Flynn Twitter Printout, Tab 37, was
23         marked for identification.)
24              -  -  -

1  BY MS. BOLGER:
2    Q.  Okay.  I'm going to hand you a
3  document marked as Exhibit-420, which is a
4  printout from Jack Flynn's Twitter, dated
5  July 1st, 2020, and it is Tab 37.
6         MR. BISS:  Kate, you said,
7         "20."  You meant "420," right?
8         MS. BOLGER:  I did.  Sorry.
9  BY MS. BOLGER:
10    Q.  Okay.  So if you will look, please,
11  at the second page.
12    A.  (Witness complies.)
13    Q.  Sorry.  Page 2.  It's not actually
14  the second page.  It has "Page 2 of 7" in the
15  corner.
16         You'll see that in the middle of
17  Jack Flynn's Twitter feed, he re-tweets
18  Barbara Flynn saying, "So proud to #take the
19  oath to defend our Constitution."
20         And, then, it goes on from there.
21         Do you see that?
22    A.  I do.
23    Q.  Okay.  And, then, if you look at
24  the page that's Page 5 of this exhibit,

1  "Page 5 of 7" in the bottom right-hand
2  corner, you'll see there's a tweet from
3  Sharleta2468 saying, "#TakeTheOath," do you
4  see that?
5    A.  Yes.
6              -  -  -
7         (Whereupon, Exhibit-421, Jack
8         Flynn Twitter Printout, Tab 38, was
9         marked for identification.)
10              -  -  -
11  BY MS. BOLGER:
12    Q.  Okay.  Then I'm going to show you
13  Exhibit-421, which is Tab 38, which is
14  Jack Flynn's Twitter feeds printed out on
15  July 5, 2020, or as it appeared on July 5,
16  2020.  And it's on Page 1 of 6, the second
17  tweet, the first not-pinned tweet, is two
18  women.  And it's Sidney Powell, and it says,
19  "I solemnly swear to support and defend."
20         Do you see that?
21    A.  I do.
22    Q.  Okay.  And below that there's
23  Jack Flynn saying, "Excellent.  Thank you" to
24  JustInformed Talk tweeting a video with the

1  words, "#TakeTheOath."
2         Do you see that?
3    A.  Yes.
4    Q.  Okay.  And on the -- Page 3 of 6,
5  my favorite Twitter handle of this entire
6  case, "Big Moose."
7         Big Moose tweets out, "It's time to
8  retake the oath I first took in 1976 to
9  defend the constitution of my United States
10  of America on today, Independence Day 2020,
11  #TakeTheOath, #WWG1WGA."
12         And you see Jack Flynn re-tweeted
13  that?
14    A.  I do.
15    Q.  Right below that is General Flynn's
16  tweet of his family taking the oath, right?
17    A.  Right.
18    Q.  And Jack Flynn re-tweeted that?
19    A.  Right.
20    Q.  And, then, on the next page, Page 4
21  of 6, the right -- second -- the first full
22  tweet from the bottom says, "Jack Flynn Happy
23  Independence Day.  WWG1WGA #KAG2020."
24         And it re-tweets General Flynn's

Page 98

1 picture of the oath, right, you see that?
2     A.  Yes.
3     Q.  Okay.  Let's look at -- go back to
4 Exhibit-27, and let's talk about Ron Curtis
5 at Page 10.
6         Actually, I don't mean that one.
7 I'm sorry.
8         Page -- Page 19, Theresa Raborn.
9     A.  (Witness complies.)
10     Q.  And you'll see that the reason
11 Alex Kaplan lists as including her on his
12 list of people who are QAnon supporting
13 cabinets is because she quote-tweeted, "Amen
14 and congratulations to a video of former
15 National Security Advisor Michael Flynn
16 giving an oath supporting QAnon.  Raborn
17 wrote the QAnon slogan.  Raborn has since
18 told the Washington Post that Flynn's video
19 endorsing QAnon made it appear more
20 legitimate to her."
21         Do you see that?
22     A.  I do.
23     Q.  Okay.  And tweets she re-published,
24 which is on the second page, that's exactly

Page 99

1 the same as the one that Jack Flynn
2 re-published, right?
3     A.  Right.
4     Q.  Okay.  Let's take a look at
5 Exhibit-27, the big one, there's "C. Wesley
6 Morgan."
7     A.  Can you give me the page?
8     Q.  Page 62.  Sorry, I thought I said
9 that out loud.
10         Okay.  In -- the images are of the
11 tweet from Wesley Morgan.
12         So QLisa77 tweeted, "#QAnon is not
13 a cult.  #Q is self-programming therapy to
14 deprogram yourself out of the cult of
15 mindless indoctrination through use of
16 Socratic method.  Q provides info then
17 pushes:  Researching, logical thought,
18 altruism, and the constitution.  These are
19 never goals of a cult."
20         To which Wesley Morgan responds,
21 "You are 100 percent correct in your
22 assessment of Q.  We know the truth, and the
23 truth will set us free.  WWGIWGA."
24         Do you see that?

Page 100

1     A.  I do.
2     Q.  Okay.  And that's what -- one of
3 the factors that Kaplan used to put him on
4 his list of Q supporting candidates --
5     A.  It looks like it.
6     Q.  -- the idea that Q provides for
7 deprogramming yourself from mindless
8 indoctrination is one of the ideas, right?
9     A.  He's characterizing not Lisa77, but
10 Wesley Morgan, right, Mr. Kaplan?
11     Q.  Yeah, yeah, yeah, yeah.  Sorry.
12         Mr. Kaplan is characterizing
13 Mr. Morgan as saying that Lisa is correct in
14 her assessment of Q, right?
15     A.  Yes.
16     Q.  Okay.
17     A.  Can I just point out --
18     Q.  Sure.
19     A.  -- that Mr. Morgan then says,
20 "You're 100 percent correct in your
21 assessment of Q.  We know the truth, and the
22 truth will set us free," which could have
23 been interpreted as referring to himself as
24 part of Q in the "we," but otherwise I agree

Page 101

1 with you, yes.
2     Q.  Okay.  You'll notice that QLisa not
3 only says that QAnon supports deprogramming,
4 but also supports the Constitution, right?
5     A.  Yes, I do.
6     Q.  Okay.  In your experience of
7 reading social media tweets involving QAnon,
8 would you agree with me that it's a common
9 theme among supporters of QAnon that they
10 support the Constitution?
11     A.  It shows up.  I don't know about
12 how common it is relative to other QAnon
13 themes.
14     Q.  Okay.  Are there QAnon tweets that
15 you're familiar with where they say, "We
16 don't support the Constitution"?
17     A.  Not directly in my knowledge.
18     Q.  In fact, Q in general -- the QAnon
19 movement, in general is patriotic as it comes
20 to the United States of America, correct?
21     A.  Not in my judgment.
22     Q.  Okay.  What is your judgment?
23     A.  In my judgment, patriotism in Q
24 version of it is very selective, and leaves

26 (Pages 98 - 101)

1 out a whole lot of what people normatively
2 think of as patriotism.
3    Q.   Okay.  I'll accept that.  And my
4 question was, imprecise, so, I'll try to do a
5 better job.
6        Setting aside what patriotism is or
7 what norms of patriotism are, isn't it the
8 case that people using -- who are involved in
9 the QAnon movement use the language of
10 patriotism and the language of the
11 Constitution claiming they are supportive of
12 it, regardless of whether you think it's
13 consistent with our norms of what patriotism
14 is?
15    A.   Yes, I agree with that.
16    Q.   Okay.  So, in other words, if you
17 say "I support the Constitution and #QAnon,"
18 those two things often go together, correct?
19    A.   Sometimes they go together.
20    Q.   Including the Constitution in your
21 tweet where you say, "I support QAnon" would
22 not undercut -- so if you had, "I support the
23 Constitution #QAnon," to you, the "I support
24 the Constitution" sentence is consistent with

1 the "#QAnon," in other words, they're not in
2 conflict, right?
3    A.   In the then diagrams of using the
4 word "Constitution" and "QAnon," I would not
5 say they're consistent because most of the
6 time when people use "Constitution," it's
7 outside of the context of QAnon.
8        But there is an overlap, I agree
9 with that, where people use both "QAnon" and
10 "Constitution."
11    Q.   And to name -- to -- to use the
12 name "Constitution" in that context does not
13 necessarily mean that a person is disclaiming
14 QAnon, correct?
15    A.   It does not necessarily mean that.
16    Q.   Okay.  And if you use "QAnon," it
17 doesn't necessarily mean you're disclaiming
18 the Constitution either?
19    A.   "If you use QAnon, it doesn't
20 necessarily" --
21    Q.   If you say, "I stand by the
22 Constitution #QAnon" --
23    A.   Right.
24    Q.   -- we've already agreed that if you

1 say, "I stand by the Constitution", "#QAnon"
2 doesn't undercut it.
3        And I'm asking you if saying, "I
4 stand by the Constitution" undercuts the
5 "#QAnon."
6        MR. BISS:  Object to the form.
7        THE WITNESS:  It -- it may or
8        may not, depending on what the
9        person -- what the -- the context
10        is.
11 BY MS. BOLGER:
12    Q.   Okay.  I have a lot of stuff going
13 on here.  Sorry.
14        MS. BOLGER:  I'm going to mark
15        as Exhibit-421, another series of
16        tweets published by Jack Flynn.
17        MR. BISS:  I think that's 422.
18        MS. CHERNER:  It's 422.
19           -  -  -
20        (Whereupon, Exhibit-422,
21        Tweets Published by Jack Flynn, Tab
22        48, was marked for identification.)
23           -  -  -
24

1 BY MS. BOLGER:
2    Q.   Dr. Moskalenko, I happen to be
3 dyslexic, and the numbers of these exhibits
4 drives me crazy, so I'm very sorry I'm such a
5 mess.
6    A.   Mm-humm.  Don't worry --
7    Q.   I'm trying my best.
8    A.   Please don't worry about it.
9    Q.   So Tab 48, right?
10    A.   (Witness complies.)
11        Yeah.
12    Q.   So that's for you, and that's for
13 you.
14        Okay.  So let's look at Tab --
15 sorry, at Exhibit-422.
16    A.   (Witness complies.)
17    Q.   This is another printout, as I
18 mentioned of -- did I give you one with my
19 handwriting?  I did.  No.
20    A.   Mm-humm.
21    Q.   This is another printout of
22 Mr. Flynn's Twitter feed, and you'll see on
23 the very first page -- what does this banner
24 say?

27 (Pages 102 - 105)

1   A.   "Trump Won"?
2   Q.   Yep.  It's dated December 22nd,
3 2020.
4   A.   Mm-humm.
5   Q.   And, then, you'll see in the second
6 full tweets of the -- of the exhibit, it
7 says, From Trumptress, who says, "We are" --
8 "Beautiful.  We are under attack.  Patriots
9 will answer the call to fight.
10 #WWG1WGAWORLDWIDE."
11      Do you see that?
12   A.   I do.
13   Q.   And that was one of the hashtags
14 that was mentioned in Mr. Kaplan's article,
15 right?
16   A.   It was.
17   Q.   All right.
18      And, then, actually, if you go to
19 Page 3 of 5 --
20   A.   (Witness complies.)
21   Q.   -- you'll see Mr. Flynn tweeted
22 out, "#Trumpwon," right?
23   A.   Yes.
24   Q.   Okay.  You can put that aside.

1   A.   (Witness complies.)
2   Q.   I want to talk to you about the
3 bell.
4      What -- what do you know about the
5 expression, "Where We Go One, We Go All"?
6   A.   It appears on the bell in the movie
7 "White Squall."  It has been kind of adopted
8 by QAnon, and used prolifically with their
9 content.
10   Q.   And you'll see in Exhibit-27, if
11 you go back to Page 13 --
12   A.   (Witness complies.)
13   Q.   -- the -- among the reasons
14 Alex Kaplan lists them -- and it's pretty
15 much the only reason Alex Kaplan lists for
16 including Tracy Lovvorn on his list of
17 QAnon-sponsored contents is that she posted
18 the QAnon slogan, along with a photo of a
19 bell with the slogan on it.
20      Do you see that?
21   A.   I do.
22   Q.   Okay.  And you see the slogan, you
23 see the bell, right?
24   A.   I do.

1      - - -
2      (Whereupon, Exhibit-423,
3      Tweets by Sidney Powell, Tab 58,
4      was marked for identification.)
5      - - -
6 BY MS. BOLGER:
7   Q.   Okay.  I'm going to ask you to take
8 a look at Exhibit-423, which is a series of
9 tweets by Sidney Powell, and it's Tab 58.
10      MS. BOLGER:  Please tell me
11      that was 423, was it?
12      THE WITNESS:  Yeah.
13 BY MS. BOLGER:
14   Q.   And you'll see that this is a
15 series of tweets that were tweeted out by
16 Sidney Powell after the Flynn family tweeted
17 out their oath on the 4th of July, and you
18 will see that she holds herself out as doing
19 it on their behalf.
20      If you look at the second page of
21 the exhibit --
22   A.   (Witness complies.)
23   Q.   -- you'll see that there's -- flip
24 it one more over, sorry.

1   A.   (Witness complies.)
2   Q.   -- you'll see there's a picture of
3 the same bell, agreed?
4   A.   Yes.
5   Q.   Okay.  And she says here, "The
6 Flynn family -- #Flynn family and legal team
7 appreciate the support in all forms we have
8 received from countless #Patriots everywhere.
9 The short phrase we recited at the end of the
10 oath represents the sentiments expressed by
11 John Dunn in "For Whom the Bell Tolls."
12      And, then, there's a picture of the
13 bell, correct?
14   A.   Correct.
15   Q.   Okay.  Same picture?
16   A.   Yes.
17   Q.   Okay.
18      MS. BOLGER:  And can we do --
19      can we put up on the screen the
20      Complaint in the action, which is
21      Tab 65.  It may not be an exhibit.
22      Page 13 of the Complaint.
23      Can you make that a little
24      bigger, Matt.

28 (Pages 106 - 109)

1 BY MS. BOLGER:
2    Q.  Okay.  So this is from the
3 Complaint alleged in this action, which has
4 Jack Flynn tweeting out what's wrong with the
5 statement, "Where We Go One, We Go All,"
6 anyone.  #Where We Go One, We Go All, or
7 #WWG1WGA."
8         And, then, you'll see the third
9 tweet down says, "Anyone from a photo of
10 Kennedy's brass deck bell" -- I can't read
11 that, sorry -- "that shows" -- can you help
12 me out -- so it says, "anyone have a photo of
13 Kennedy's brass deck bell that shows this
14 statement?"
15         Do you see that?
16    A.  I do.
17    Q.  And that's this photo, right?
18    A.  What's "this photo"?
19    Q.  That he's calling for the
20 re-publication of this photo, right?
21         MR. BISS:  Object to form.
22         THE WITNESS:  I don't know
23         whether this is the photo he's
24         calling for.

1 BY MS. BOLGER:
2    Q.  But there is a misconception in
3 QAnon that this is from Kennedy's boat,
4 correct?
5    A.  There is.
6    Q.  Okay.  Okay.
7         We talked a little bit about QAnon
8 as an a la carte belief structure; is that a
9 fair --
10    A.  That's a fair statement.
11    Q.  Okay.  It's not an Orthodoxy,
12 right?
13    A.  It is not.
14    Q.  Right.
15         You don't have to believe in this,
16 this, and this to be a Q, right?
17    A.  Correct.
18         MS. BOLGER:  Okay.  We're
19         going to take a look at Tab 11,
20         which is going to be Exhibit-424,
21         which is a PowerPoint presentation
22         from a presentation given by
23         Dr. Moskalenko.
24              - - -

1         (Whereupon, Exhibit-424,
2         PowerPoint Presentation, was marked
3         for identification.)
4              - - -
5         THE CONCIERGE:  This is Matt
6 speaking.
7         Did we want to mark the
8 Complaint as an exhibit?
9         MS. BOLGER:  No.  Don't worry
10         about that one.
11         THE CONCIERGE:  Okay.  Thank
12 you.
13         THE WITNESS:  Can I say
14         something?
15 BY MS. BOLGER:
16    Q.  Of course you can.
17    A.  This is a PowerPoint that puts
18 together several of -- of my slides, as well
19 as not my slides.  I think they may be Mia
20 Bloom slides because she is one of the people
21 listed here, and it's consistent with what I
22 know of her.
23         So I was part of this presentation,
24 but I did not speak to all the slides in this

1 presentation.
2         Does that make sense?
3    Q.  Sure.
4    A.  Okay.
5    Q.  Take a look at the second page,
6 though.
7         You'll see that there's two
8 pictures of you there, right?
9    A.  Yes.
10    Q.  Okay.  And if you look at the pages
11 that says, "Our books."
12    A.  Yes.
13    Q.  At least two of those are yours,
14 right -- three of them are yours -- four of
15 them are yours?
16    A.  Four of them are mine.
17    Q.  Right.
18         So -- so this is unquestionably a
19 presentation that you were a part of putting
20 together, correct?
21    A.  Correct.  But as you see, there is
22 a book by Arie Perliger.  There's a book by
23 Nelly Lahoud, and there is a book by
24 Mia Bloom, several books by Mia Bloom and

1 John Horgan.
2        So, yes, I was a part of this
3 presentation, but it includes material that
4 is absolutely not my material, and I can't
5 speak to it.
6     Q.  Okay.  When you gave this
7 presentation, did you say at the beginning of
8 it, you know, "Some of this is not my
9 material, and I can't speak to it"?
10    A.  No, I didn't because I didn't speak
11 to anybody else's material.  I spoke to my
12 slides, and not to anybody else's slides.  So
13 it was clear to anybody watching what I was
14 speaking to.
15    Q.  If you look at -- it doesn't have
16 page numbers, which is a pain in the neck, so
17 the seventh slide, which has "QAnon
18 followers."
19    A.  Yes.
20    Q.  This is your slide, correct?
21    A.  Yes.
22    Q.  It says, "Followers for three top
23 QAnon-linked public Instagram accounts."
24        Do you see that?

1     Q.  And "The Storm"?
2     A.  Mm-humm.
3     Q.  And those are ideas that people who
4 believe in Q believe?
5     A.  Yes.
6     Q.  Okay.  And the next --
7     A.  I'm sorry.  Some people believe
8 them, as we already discussed.
9     Q.  Right.  I'm sorry.
10        I should have been more precise.  I
11 apologize.
12        On the next page it says, "QAnon
13 Candidates in 2020."
14        Is this your slide?
15    A.  This is not.
16    Q.  Okay.  Is this Mia's?
17    A.  This is Mia's.
18    Q.  Okay.  If you turn, now, so, one,
19 two, three, four, five pages from that you'll
20 find a slide that says, "But is QAnon a
21 Terrorist Group?"
22        Do you see that?
23    A.  Yes.
24    Q.  Okay.  Is that your slide?

1     A.  Yes.
2     Q.  Okay.  Were the names of the top
3 QAnon-linked public Instagram accounts
4 Qthewakeup, QAnon, #Obiwan, and WWG1WGA_?
5     A.  Yes.
6     Q.  Okay.  And if you see at the top
7 QAnon-linked Instagram account in August of
8 2020 was WWG1WGA_?
9     A.  Yes.
10    Q.  Okay.  Turn to the next page.
11    A.  (Witness complies.)
12    Q.  This is also your slide, right?
13    A.  This is my slide.
14    Q.  Okay.  You often speak of
15 unfreezing, right?
16    A.  Sometimes I do.
17    Q.  Okay.  And you'll see right in the
18 middle of Q --
19    A.  Yes.
20    Q.  -- you'll see it says, #WWG1WGA,
21 right?
22    A.  Yes, it does.
23    Q.  And it also says, "Vaccine Poison"?
24    A.  Yes.

1     A.  It is my slide.
2     Q.  Okay.  You'll see there it has
3 a la carte ideology, right?
4     A.  Yes.
5     Q.  It says, "Too numerous to be
6 converted, and approximately 30 million hold
7 radical views," right?
8     A.  Yes.
9     Q.  Okay.  And on the next page you
10 say, "QAnon, a Mental Health Emergency."
11        Is that your slide?
12    A.  Yes.
13    Q.  Okay.  You'll see the blue it says,
14 "Case Studies of QAnon Followers."
15    A.  Yes.
16    Q.  Do you see that?
17    A.  Yes.
18    Q.  What is the criteria you used for
19 QAnon followers in that slide?
20    A.  These are people who expressed
21 beliefs in QAnon conspiracy theories.  This
22 is my data.
23    Q.  Okay.  Is that -- is this data from
24 the next -- related to the next five --

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 118

1    A.  No.  No.
2    Q.  Okay.
3    A.  Case studies are not the same as
4  surveys.  The next page is looking at survey
5  data.
6    Q.  Okay.
7    A.  Different studies.
8    Q.  So what was the definition of QAnon
9  followers that you used to put together this
10  chart?
11    A.  Okay.  So this survey did not ask
12  participants.
13    Q.  Sorry.  This one?
14    A.  So -- oh, oh.  These were -- these
15  included two kinds of data.  One is
16  interviews that I conducted with people who
17  believe in QAnon conspiracy theories.
18      And this --
19    Q.  That you found how -- not to
20  interrupt you.
21    A.  -- is snowball sampling from
22  several personal friends and religious groups
23  contacts.
24    Q.  Okay.  So you found these people

Page 119

1  through the real world rather than the cyber
2  world?
3    A.  Correct.
4    Q.  Okay.  Sorry.
5      And the second group?
6    A.  And the second group was cases of
7  people who came out as having been QAnon
8  believers, or still being new QAnon believers
9  and gave extensive interviews to the media,
10  and some of these people are cited in the
11  book, like Melissa Ray Lively, and a guy
12  whose name I can't pronounce who, you know,
13  became disillusioned in QAnon, and, then,
14  became an outspoken advocate against it.
15      So those people who had a lot of
16  interview materials available to me, videos,
17  or interviews to, like, Washington Post, or
18  to The New Yorker was enough data to make a
19  judgment.  I selected them into the group of
20  case studies.
21    Q.  Okay.  And you would not have -- as
22  you sit here, you do not have enough data on
23  either Jack Flynn or Leslie Flynn or
24  Valerie Flynn or Lori Flynn to include them

Page 120

1  in these case studies, correct?
2    A.  These are different selection
3  criteria.  I could not use the data -- the
4  kinds of data for Jack and Leslie Flynn to
5  put them together into t his -- into this
6  study.
7      I would have to design a different
8  sample with the same kind of materials, like
9  depositions and collections of tweets and
10  re-tweets and the things that are available
11  to me for this trial in order to make
12  judgments for this new sample.
13    Q.  And you did not do that, right, for
14  the purposes of this report?
15    A.  I did not run a study of comparable
16  people, I didn't.
17    Q.  Okay.  And you didn't do a -- a
18  survey of the Flynns in any way, right?
19    A.  No.
20    Q.  Okay.  If you look at the next
21  page, these are also your slides, right?
22    A.  One -- I see one slide.  What are
23  you looking at?
24    Q.  I'm sorry.  Flip one more over.

Page 121

1    A.  (Witness complies.)
2    Q.  Other way.
3    A.  (Witness complies.)
4    Q.  It's a really confusing document, I
5  apologize.
6    A.  These are my slides yes.
7    Q.  Okay.  And I have heard you talk
8  about these slides, and I don't need to show
9  you the second part, but you say, "Do you
10  have a loved one who believes in conspiracy
11  theories?"
12      Was that the question, conspiracy
13  theories, or did you ask about QAnon?
14    A.  Okay.  I -- I don't want to lie.  I
15  don't remember what the questionnaire
16  actually asked.  It could be either one.  I
17  don't know right now.
18    Q.  Okay.  Okay.
19      Then you can flip -- flip to -- I
20  think it's 8 -- 8 down, you'll see there's a
21  flag that says, "Where We Go One, We Go All."
22    A.  Yes.
23    Q.  And the slide reads, "There's an
24  overlap between QAnon, anti Max, anti Vaxers,

31 (Pages 118 - 121)

1 anti 5G, Open Protests, "Stop the Steal" &
2 Right-Wing extremist groups who participated
3 in J6. QAnon beliefs are held at same time
4 with other adjacent conspiracy beliefs about
5 government overreach."
6       Is that your slide?
7   A.  No.
8   Q.  Whose slide is that?
9   A.  I'm not sure. Not mine.
10  Q.  Do you disagree with it?
11  A.  I don't.
12  Q.  The next slide is Jacob Chansley.
13 And, then, we go one, two, three, four, and
14 we get to the image of the Flynn family that
15 says, "Michael Flynn posts video featuring
16 QAnon slogan."
17       Do you see that?
18  A.  I do.
19  Q.  Is this your slide?
20  A.  No, it's not.
21  Q.  How was it used in the
22 presentation?
23  A.  I don't remember.
24  Q.  Did you ever have any conversations

1 with -- is this Mia Bloom's slide?
2   A.  I believe it is.
3   Q.  All right.
4       And she's your co-author, right?
5   A.  She is.
6   Q.  In many, many ways?
7   A.  In some ways, I've had -- I've had
8 some more prolifical authorships, but in some
9 ways.
10  Q.  Okay. But you've been on a lot of
11 panels together and podcasts together and
12 you've done a lot of things together in
13 promoting "Pastels and Pedophiles," right?
14  A.  We've done some things, yes.
15  Q.  Well, I guess I've watch a lot.
16  A.  I'm sorry. So sorry.
17  Q.  I'll go with between, like, 10 to
18 20, maybe?
19  A.  Sounds fair.
20  Q.  Okay. Did you ever tell
21 Ms. Bloom -- Dr. Bloom that you didn't want
22 her to use this slide?
23  A.  No.
24  Q.  Okay. Do you object to the

1 inclusion of this slide in a PowerPoint about
2 QAnon?
3   A.  No.
4   Q.  Why not?
5   A.  Why would I?
6   Q.  Just wondering.
7   A.  The caption is accurate.
8       Michael Flynn did post a video
9 featuring a QAnon slogan.
10      Why would I object to that?
11  Q.  Jack Flynn did, too, didn't he?
12  A.  That's not what you're asking
13 about.
14  Q.  I know. I'm asking you now.
15      Didn't Jack Flynn do the same
16 thing?
17  A.  He did, but this is not the
18 presentation.
19  Q.  Right. Okay.
20      You can put that aside.
21  A.  I can put this away?
22  Q.  Yeah.
23  A.  (Witness complies.)
24      MS. BOLGER: Let's take just a

1 five-minute break, or -- or we can
2 go have lunch, depending on how you
3 guys want to do this, but I need to
4 organize paper, so let's take a
5 break.
6       THE VIDEOGRAPHER: The time is
7 12:18. We are going off the video
8 record. This ends Media Unit
9 Number 2.
10         - - -
11      (Whereupon, there was a brief
12 recess held off the video record.)
13         - - -
14      THE VIDEOGRAPHER: Stand by.
15 The time is 1:00 o'clock. We are
16 going back on the video record.
17 This begins Media Unit Number 3.
18         - - -
19      (Back on the video record.)
20         - - -
21 BY MS. BOLGER:
22  Q.  Great.
23      If you look at Page 12 of your
24 report --

32 (Pages 122 - 125)

1    A. (Witness complies.)
2    Q. -- the second paragraph reads, "The
3 words, 'Where We Go One, We Go All,' make no
4 reference to QAnon or to any of
5 QAnon-associated beliefs.
6        "It is therefore possible for
7 anyone to recite these words without making
8 reference to QAnon or QAnon beliefs simply
9 for their appeal as a catchy" phase-- "phrase
10 with a nice ring to it, and to call" -- "and
11 call its unity and mutual support.
12        "In the absence of any evidence
13 that the Flynns believed QAnon conspiracy
14 theories at the time when they recited the
15 phrase, there is no basis to contribute the
16 recitation of their support of QAnon."
17        Do you see that?
18    A. Yes.
19    Q. Okay. Are you saying that that the
20 phrase, "Where We Go One, We Go All," has
21 some meaning in existence other than being
22 associated with QAnon?
23    A. It has an internal meaning.
24    Q. To a person?

1    A. Independent of QAnon.
2    Q. To a person?
3    A. To any person, yes. It has an
4 internal meaning.
5    Q. What is your basis for saying, "It
6 has an internal meaning"?
7    A. As a human being who uses language,
8 I see meaning in it. That's my basis.
9    Q. Other than your personal belief
10 that "Where We Go One, We Go All" has
11 personal ramifications, are you aware of the
12 use of the phrase, "Where We Go One, We Go
13 All," in anyplace else in the world, other
14 than the movie, "White Squall," Q-drops, and
15 in the QAnon movement?
16    A. Yes, I do.
17    Q. And what's that?
18    A. If you search for this phrase
19 in paren- -- in quotation marks on Twitter,
20 you will find numerous instances of people
21 using it completely unrelated to QAnon.
22        There is a person who is tweeting
23 about independence for Scotland on Twitter,
24 who is using it to express his support for

1 Scottish independence.
2    Q. What's his name?
3    A. I don't remember. But if you use
4 the search term in quotation marks, you will
5 see it.
6    Q. In 2023.
7        What about in 2021?
8    A. I didn't look at dates. I just
9 looked at the use of the phrase. There's a
10 Serbian person who is tweeting about a
11 family -- a -- a -- a short video, what looks
12 like a brother and sister expressing
13 affection to each other, and uses that phrase
14 to -- they then subsequent tweets explain to
15 denote family and unity and like that.
16    Q. When did you do this search?
17    A. Last night.
18    Q. In preparing for this deposition?
19    A. Yes.
20    Q. Okay. Before last night where you
21 decided to try to find another meaning for
22 "Where We Go One, We Go All" --
23        MR. BISS: Objection to the
24    form.

1 BY MS. BOLGER:
2    Q. -- were you ever aware of it being
3 used ever in the history of the world for
4 anything other than "White Squall" and QAnon?
5    A. I did not contemplate that question
6 until then.
7    Q. That doesn't matter.
8        Have you ever -- were you ever
9 aware -- whether you contemplated it or not,
10 were you ever aware prior to last night of
11 the use of the phrase, "Where We Go One, We
12 Go All," in any context other than "White
13 Squall" or QAnon?
14    A. I was not.
15    Q. When Michael Flynn formed the video
16 of his family saying the words, "Where We Go
17 One, We Go All," on June 5th -- July 5th. He
18 filmed it July 4th, and Jack Flynn posted it
19 on July 5th, at that moment, were you aware of
20 any meaning "Where We Go One, We Go All" had
21 other than associated with QAnon?
22    A. I'm sorry.
23        Are you asking me about my opinion
24 back then --

33 (Pages 126 - 129)

1   Q.   Yes.
2   A.   -- of this phrase?
3   Q.   Yes.  In July 2020, when --
4   A.   I didn't have an opinion then.  I
5   didn't have an opinion about the prevalence
6   of this phrase's usage in versus out of
7   QAnon.
8   Q.   That wasn't my question.
9        My question was:  Were you aware of
10  any usage of it outside of QAnon, any usage?
11  A.   No.
12  Q.   How could it -- what other thing --
13  sorry.  I'll do that again.
14       You're aware at the time that the
15  Flynns posted the video of the oath, there
16  was a lot of press coverage about it, right?
17  A.   Yes.
18  Q.   Okay.  And a lot of that press
19  coverage, as we have already seen, remarked
20  that General Flynn was using a QAnon slogan,
21  correct?
22  A.   Correct.
23  Q.   And you were aware of all of that
24  in July of 2020, correct?

1   A.   I was aware of some of that.
2   There's a lot of that.
3   Q.   Indeed, there was quite a lot of
4   coverage about that use, the QAnon slogan,
5   used by General Flynn on July 4th, right?
6   A.   There was -- yeah, a fair amount.
7   Q.   Did you disagree with it?
8        MR. BISS:  Objection to form.
9        THE WITNESS:  I didn't
10       disagree or agree.  I accepted it
11       as a fact of journalistic
12       reporting.
13  BY MS. BOLGER:
14  Q.   Okay.  Well, let's look at your
15  book, Page 20 -- 21.
16  A.   (Witness complies.)
17       Okay.
18  Q.   So there's a -- on Page, 20 there's
19  a break, and the topic is, "Lieutenant
20  General Michael Flynn.  The fourth candidate
21  for Q is that he is -- the fourth candidate
22  for Q is that he is a high-level Whitehouse
23  insider, like General Michael Flynn, or
24  someone closely connected the him.

1        "There's a great deal of
2   speculation as to why President Trump refused
3   to disavow the QAnon conspiracy during the
4   2020 campaign.  There are an additional set
5   of allegations that QAnon supporters point to
6   statements for President Trump that could
7   possibly be a coincidence.
8        "In one Q-drop, Q suggested that
9   Trump would use the term, "Tip Top."  And
10  shortly thereafter, Trump appeared on the
11  balcony of the Whitehouse with the First
12  Lady Melania Trump -- Melania Trump and the
13  Easter Bunny.  Trump called the bunny "Tippy
14  Top."  For QAnon believers, this was proof.
15       "The reason why people might
16  suspect that General Flynn was involved with
17  Q is because by 2019, most QAnon-related
18  posts on the encrypted app Telegram, the
19  right-wing social platform, Parler; on other
20  sites, including a now disabled link to
21  Flynn's legal defense fund.  As Q often
22  hinted, 'Follow the money.'
23       "General himself -- "General Flynn
24  himself pledged allegiance to QAnon on

1   July 4, 2020, in which he added the phrase to
2   the standard oath of office, "Where We Go
3   One, We Go All."
4        Flynn then posted the video to
5   Facebook, Twitter, and other platforms
6   ensuring that his oath of allegiance went
7   viral.  On General Flynn's website, he sold
8   Q-branded items, T-shirts, and other
9   merchandise, even before this material was
10  banned from Etsy and Amazon."  There's a
11  typo.
12       "Where We Go One, We Go All, this
13  phrase is" asserted -- "is usually used as
14  #acronym, #WWG1WGA.  In QAnon mythology cited
15  in Martin Geddes' writings, and their posts
16  on social media, the phrase comes from an
17  inspection on the bell on John F. Kennedy's
18  sailboat.  The boat, "Victura," is now part
19  of the JFK library on the campus of UMASS
20  Boston.  There is no inscription on the bell;
21  in fact, there is no bell.  We checked.  Nor
22  is it on the Kennedy's family other boat, the
23  "Honey Fitz."  The phrase on the bell is a
24  fabrication from the mind of Martin Geddes, a

34 (Pages 130 - 133)

Page 134

1  British QAnon conspiracist.
2       This lie, like so much of QAnon
3  lore, was ripped from a Hollywood film, the
4  1996 movie, "White Squall," featuring
5  Jeff Bridges, in which there is a bell on
6  their boat with that very inscription.
7       The screenshot from the film is
8  widely circulated among the QAnon supporters'
9  evidence of JFK's connection to Q."
10      Do you see that?
11  A.  Yes.
12  Q.  Okay.  So you and Ms. -- Dr. Bloom
13  wrote, "General Flynn himself pledged
14  allegiance to QAnon on July 4, 2020, in which
15  he added the phrase to the standard oath of
16  office, 'Where We Go One, We Go All.'"
17      Do you see that?
18  A.  I do.
19  Q.  Okay.  How can you have confidence
20  in saying that General Flynn pledged
21  allegiance to QAnon, but you're not
22  comfortable saying it about any of the other
23  Flynns?
24  A.  Now, first of all, there is a

Page 135

1  reference at the end of that statement on
2  Page 21, so the reason we're confident is
3  we're citing somebody who presumably did the
4  work of ascertaining the facts that we recite
5  here are accurate.  And that --
6  Q.  I think that's incorrect, but we'll
7  look.
8  A.  Right.  It's by Will Sommer in The
9  Daily Beast.
10  Q.  Right.
11      But that article is not about --
12  that article is about the selling of
13  merchandise, correct?
14  A.  It does reference the reci- --
15  recitation in the video.
16  Q.  Are you sure?
17  A.  Yeah.  I looked it up.
18  Q.  When did you look it up?
19  A.  In preparation for trying to
20  remember.
21  Q.  Trying to figure out a way to
22  distinguish between Jack and General Flynn?
23      MR. BISS:  Kate -- Kate,
24      why -- why are you doing that?

Page 136

1       It's really unprofessional.
2       MS. BOLGER:  She can answer
3  the question.
4       MR. BISS:  No, you can't.
5       She's not going to answer that
6  question.
7       THE WITNESS:  Is your -- what
8  is your question?
9  BY MS. BOLGER:
10  Q.  My question is:  Is the reason why
11  you decided to re-read Mr. Sommer's article
12  was that you were trying to seek a way to
13  somehow distinguish Jack Flynn from
14  General Flynn?
15      MR. BISS:  Grow up, Kate.
16      THE WITNESS:  Okay.  I don't
17      need to do that.  They are two
18      separate people, and it's very
19      clear in my mind, and there's no
20      need for supporting evidence.  Two
21      different people have the --
22  BY MS. BOLGER:
23  Q.  Is that a "yes" or "no"?
24  A.  I did not do that --

Page 137

1  Q.  Why not?
2  A.  -- because I don't need to do that.
3  Q.  When did you look at it?
4  A.  In preparation for, I think, the
5  first report.
6  Q.  Okay.  And that was the first time
7  you'd read it since read the book -- wrote
8  the book?
9  A.  It was the first time I read what?
10  Q.  The Will Sommer's article since you
11  wrote the book.
12  A.  Maybe.  I'm not sure.  It's been
13  three years, so I might have used it
14  somewhere else since then.
15  Q.  Okay.  So tell me, again, how
16  you're planning to say that when
17  General Flynn says that it's a pledge
18  allegiance to QAnon, but when Jack says it
19  it's not?
20  A.  Will Sommer helps me.  He says it
21  in his...
22  Q.  I'm talking about you.
23  A.  I'm citing Will Sommer.
24  Q.  Are you saying -- you are saying

35 (Pages 134 - 137)

1 General Flynn himself pledged allegiance to
2 QAnon on July 4, 2020, in which he added the
3 phrase to the standard oath of office, "Where
4 We Go One, We Go All."
5     A.  Right.
6     Q.  Okay.  It's exactly what Mr. --
7 what Jack Flynn said --
8     A.  Okay.
9     Q.  And here you say, "There is no
10 basis to attribute their recitation of it to
11 their support of QAnon."
12         And I'm asking you, you --
13     A.  Yes.
14     Q.  -- not Will Sommer -- how do you
15 distinguish between what you wrote in your
16 book and what you wrote in your report about
17 exactly the same action?
18     A.  Okay.  There are two things that I
19 need to say in answering your question:
20         One is that it is important that I
21 cite Will Sommer because I rely on
22 authenticity of his reporting because I
23 respect his work.  He's a reputable
24 journalist.  And at the time of the

1 preparation of his book, journalistic
2 accounts from QAnon were the primary source
3 of data for us to rely on.  There was no way
4 for me to get any kinds of materials that
5 were provided in this -- in this case, or any
6 other scientific material.
7         So journalistic accounts were what
8 were relied on believing that people who put
9 them together stand behind their words
10 through making sure that they're supported by
11 evidence.
12         Now, the second part is that two
13 people can do exactly the same thing for very
14 different reasons.  I don't think it's a --
15 it's something to be argued over, you know.
16 Somebody cuts somebody's leg off, maybe
17 because they're a surgeon and the person has
18 cancer and somebody else does it because
19 they're a torturer engaging in horrific
20 things.  They do the same things for very
21 different reasons.
22         People can the doing the same thing
23 in the same room for very different reasons.
24 For that reason one needs context to

1 understand intentions behind an action, and
2 it really helps to understand, if we can,
3 what beliefs precipitated that action.
4         There was enough information, I
5 thought, even in Sommer's report on
6 General Flynn in terms of benefiting from
7 QAnon movement and engaging with it to give
8 me confidence that the recitation of the
9 phrase had something to do with QAnon belief
10 system or, you know, pledging -- pledging
11 allegiance lean to it or whatever.
12         There is no parallel evidence in
13 the material I reviewed for writing the
14 reports and being here today about Jack and
15 Leslie Flynn.
16     Q.  We just spent some of the morning
17 going through some of the thousands of tweets
18 in which Jack Flynn references QAnon.  I can
19 do it all afternoon, Dr. -- Dr. Moskalenko --
20 sorry, Dr. Moskalenko.  I could do it all
21 afternoon.
22         Why is it that the things you saw
23 today don't change your mind?  Aren't they
24 the context you're looking for, for

1 General Flynn?
2         He tweets a lot about QAnon.  He
3 raises money out of QAnon.  He posts himself
4 taking an oath.
5         Why are these things not enough for
6 Jack Flynn?
7     A.  Okay.  First of all, the things
8 that we looked over a lot of times cite the
9 use of the same phrase that we're arguing
10 over.  The -- you showed me a lot of tweets
11 of Jack Flynn where we has a "#Where We Go
12 One, We Go All."
13     Q.  Some of them did.
14     A.  Right.  So if, in fact, at the time
15 of reciting these words on camera, Jack Flynn
16 did not have the same understanding of them
17 as QAnon does, then his use of these same
18 words or #s in other places, it follows,
19 would also be guided by something other than
20 promoting QAnon.  And that's where I am with
21 my understanding.
22     Q.  When a human being who read those
23 words and saw those hashtags, read them, do
24 you really think that a reader thought, "Oh,

36 (Pages 138 - 141)

1 I'm not sure he supports Q.  He's just using
2 that Q phrase, but maybe he's using it
3 differently."
4        Is that how you think that a reader
5 would read that?
6        MR. BISS:  Object to the form.
7        THE WITNESS:  I don't know
8        what "a reader" -- I mean, there's
9        no such thing as "a reader."
10        Everybody thinks whatever they
11        think based on, you know, their
12        genetics, upbringing, the
13        situation, personality, and so on,
14        so I don't know what anybody would
15        think.
16        I can tell you what I think.
17        I actually don't pay attention to
18        hashtags.  I don't read them.  So,
19        you know, I don't look at them when
20        I look at tweets personally.
21 BY MS. BOLGER:
22    Q.  Well, I will -- what -- what is the
23 conduct of General Flynn that you think made
24 him saying, "The QAnon oath," and you calling

1 it "a QAnon oath" is different from the
2 conduct of Jack Flynn doing exactly the same
3 thing, and you reaching the opposite
4 conclusion?
5    A.  The journalistic accounts about
6 General Flynn, some of which are referenced
7 in this section that you just cited --
8 there's more than that one by Will Sommer --
9 included speculation that he was Q, included
10 speculation that he leveraged QAnon for
11 financial gain, and maybe was somehow, you
12 know, engaged with driving up support for
13 QAnon in order to drive up donations.
14        That is not the same as to say he
15 was or is a QAnon follower, which we didn't
16 say here.  Different things, right?  So
17 somebody can be --
18    Q.  I didn't ask you that.  I asked
19 you -- what the difference was --
20    A.  No, no, no.  I'm still -- I'm still
21 answering your question.
22        So in my reading of those
23 journalistic accounts of General Flynn, they
24 were convincing that the context was

1 sufficient to make the inference that
2 Will Sommer did, that referenced here.
3        I did not see the same picture for
4 Jack Flynn when I read the material for this
5 case.
6    Q.  What you lacking for Jack Flynn
7 that you had with Michael Flynn?
8        You said there was some speculation
9 that he was Q.  You said he leveraged it for
10 financial gain.  You said he leveraged it for
11        What else?
12    A.  I don't remember.  I'd have to look
13 back over the referenced materials here.
14    Q.  Well, he sold Q clothing, right?
15    A.  That's what -- that's what
16 Will Sommer said, yeah.
17    Q.  Right.
18        And he believed in the deep state,
19 right?
20    A.  I -- I'm not ready to agree with
21 that, because I don't remember whether he
22 did.  I'm -- I'm not familiar enough with
23 General Flynn's beliefs and activity, I am
24 not, so please don't expect me to.

1    Q.  Well, you told me that the
2 difference between --
3    A.  Yes, and I --
4    Q.  I'm talking -- I'm talking.
5    A.  Yes.
6    Q.  You told me that the difference
7 between General Flynn and Jack Flynn was what
8 General Flynn did.  And the only things that
9 you've given me examples are, are that other
10 people thought he was Q., he made money off
11 of it.  Those are the only two things you
12 told me make him different from Jack Flynn.
13        Is there anything else that you
14 think makes him different from Jack Flynn?
15    A.  Probably.  I don't remember.  It's
16 been three years since I researched the book.
17    Q.  But it hasn't been three years
18 since you wrote an opinion that there wasn't
19 enough information to attribute the
20 support of the -- that there wasn't enough --
21 enough to attribute to Jack Flynn to say it
22 was a QAnon slogan.  That wasn't three years
23 ago.  That was recently.
24        What else would you have needed to

37 (Pages 142 - 145)

1 say the same thing about Jack Flynn that you
2 said in a book about Michael Flynn doing
3 exactly the same behavior?
4     A.   That -- no, I'm not saying the same
5 thing about Jack Flynn as I said about
6 General Flynn in the book.  Nowhere in the
7 book do I say that General Flynn is a QAnon
8 follower --
9     Q.   You --
10     A.   -- or a believer in the QAnon
11 conspiracy theories.
12     Q.   You say, "General Flynn himself
13 pledged allegiance to QAnon on July 4th,
14 2020" --
15     A.   Mm-humm.
16     Q.   -- "in which he added the phrase to
17 the standard oath of office, 'Where We Go
18 One, We Go All.' Flynn then posted the video
19 to Facebook Twitter and other platforms
20 ensuring that his oath of allegiance went
21 viral."
22          Jack Flynn did exactly the same
23 thing, but you say there is no basis to
24 attribute his recitation to it to their

1 support of QAnon.
2          MR. BISS:  Object to the form.
3 BY MS. BOLGER:
4     Q.   How are those two -- what is it
5 about Jack Flynn that is different from
6 General Flynn?
7     A.   Does it say anywhere in my book
8 that General Flynn is a -- is a believer in
9 QAnon conspiracy theories, or that he's a
10 follower?  And I --
11     Q.   I'm not comparing those two.  I'm
12 comparing this sentence.
13     A.   Yes, you are.
14     Q.   No, I'm comparing this sentence.
15 There?
16     A.   Yeah.
17     Q.   "There is no basis to attribute
18 their recitation of the phrase, 'Where We Go
19 One, We Go All,' to their support of QAnon."
20          That's your phrase.  That's not --
21 you've already told me your opinion is not
22 about the report.  You said --
23          MR. BISS:  Hey, Kate --
24          MS. BOLGER:  Sorry for the --

1          that's just a gesticulation.  I'll
2 re-compose --
3          MR. BISS:  Then -- then stop
4     that.
5 BY MS. BOLGER:
6     Q.   You say, "There is no basis to
7 attribute their recitation of it to their
8 support of QAnon."
9          That's what you said.
10          MR. BISS:  Let's --
11 BY MS. BOLGER:
12     Q.   -- that's the opposite of --
13          MR. BISS:  Let's -- let's stop
14     the gesticulation.
15 BY MS. BOLGER:
16     Q.   -- Glenn -- "General Flynn himself
17 pledged allegiance to QAnon on July 4, 2020,
18 in which he added the phrase to the standard
19 oath of office, 'Where We Go One, We Go All.'
20 Flynn then posted the video to Facebook,
21 Twitter, and other platforms ensuring that
22 his oath of allegiance went viral."
23          So in the book you say, "Posting
24 the Pledge of Allegiance, repeating the

1 phrase, 'Where We Go One, We Go All,' and
2 then posting it to ensure it goes viral is
3 pledging allegiance to QAnon."
4          But in your report you say, the
5 exact behavior done by Jack Flynn -- it's
6 exactly the same.  He did exactly the same
7 thing.
8          You say, "There's no basis to
9 attribute the recitation of it to their
10 support of QAnon."
11          How are they different?
12          MR. BISS:  Object to the form.
13     Argumentative.
14          THE WITNESS:  Does it say in
15     the book that I attribute these
16     behaviors of General Flynn to his
17     support of QAnon?
18 BY MS. BOLGER:
19     Q.   Your book says, "General Flynn
20 himself pledge allegiance to QAnon."
21     A.   Yep.
22     Q.   "Pledged allegiance" is generally
23 perceived as supportive, yes?
24     A.   Not necessarily.

38 (Pages 146 - 149)

1    Q.   Really?  You pledge allegiance to
2 thing that you don't support?
3    A.   Absolutely.  I lived in the Soviet
4 Union until I was 18 years old.  I pledged
5 alliance every morning to something.
6    Q.   Well, that's not what you meant
7 here.
8    A.   I don't --
9    Q.   "General Flynn himself pledged
10 allegiance to QAnon on July 4, 2020, in which
11 he added the phrase to the standard oath of
12 office, 'Where We Go One, We Go All.'  Flynn
13 then posted the video to Facebook, Twitter,
14 and other platforms ensuring that his oath of
15 allegiance went viral."
16        MR. BISS:  Kate --
17 BY MS. BOLGER:
18    Q.   But when Jack Flynn does it, he
19 says there is -- you say, "There's no basis
20 to attribute the recitation of their support
21 to QAnon."
22        And I want to know what the
23 difference is and you have not told me.
24        So what's the difference?

1        MR. BISS:  Object to the form.
2        THE WITNESS:  You're drawing a
3    false parallel, and because it's a
4    false parallel I can't really
5    answer that question directly.
6        And the -- and the real
7    parallel would be if I said in the
8    book that Jack Flynn is either a
9    believer in QAnon conspiracy
10   theories or a follower of QAnon or
11   a supporter of QAnon, and I didn't.
12 BY MS. BOLGER:
13   Q.   But that's not --
14   A.   That -- and that was the question I
15 was answering in regard to Jack and Leslie
16 Flynn.
17   Q.   Okay.  Take a look at your report,
18 because I think you must be confused.
19      Take a look at Page 12.
20   A.   (Witness complies.)
21        MR. BISS:  Kate, why don't
22   you --
23 BY MS. BOLGER:
24   Q.   You see the question you're

1 answering --
2        MR. BISS:  You're insulting --
3        THE COURT REPORTER:  I'm
4    sorry.  I can't take two people at
5    the same time.
6        MR. BISS:  I -- I know,
7    because she doesn't stop talking.
8    She's rude.
9 BY MS. BOLGER:
10   Q.   You're -- you're -- you're
11 answering the question.
12      Was the backyard barbecue
13 recitation an oath to QAnon?
14      That's the question you're
15 answering.  In this section, you're not
16 talking about QAnon following.
17      You're -- literally, the question
18 you have post -- and this is why I think you
19 just didn't remember where it was -- is, was
20 that the backyard barbecue recitation an oath
21 to QAnon?
22      And you say, "There is no basis to
23 attribute" -- "to attribute the recitation of
24 it to their support of QAnon."

1        And I am saying that is
2 inconsistent with Page 20 where you describe
3 exactly the same behaviors as pledging
4 allegiance to QAnon.  And I want to know what
5 the difference is and you have not told me.
6        MR. BISS:  Object to the form.
7    Argumentative.  Compound.
8        If you understand what the
9    question was in -- in the midst of
10   all of the speeches, go ahead and
11   answer it.
12       If you need clarity, ask her
13   for clarity.
14       THE WITNESS:  The difference
15   is that two people can do exactly
16   the same thing, intending different
17   roles, and doing it for different
18   reasons.
19       And you're asking me about two
20   different people.  One is
21   General Flynn, and -- sorry, three
22   different people.  General Flynn
23   versus Jack and Leslie Flynn.
24       And I don't think it's

39 (Pages 150 - 153)

1    reasonable to draw conclusions from
2    what General Flynn did as to why,
3    or, you know, what was intended by
4    Jack or Leslie Flynn when they did
5    it.
6  BY MS. BOLGER:
7    Q.  And I'm not asking you to.  You're
8  exactly right.  I agree with you.
9    There has to be something different
10  about Jack Flynn and General Flynn because
11  you've reached opposite conclusions about
12  both of them, and I'm asking you to tell me
13  what it is.
14    Why when Jack Flynn pledged
15  allegiance to QAnon, in which he added the
16  phrase to the standard oath of office, "Where
17  We Go One, We Go All," then posted the video
18  to Twitter and -- and other platforms
19  ensuring it went viral.
20    Jack Flynn did exactly that.  When
21  he did it, you say, "There is no basis to
22  attribute the recitation of it to QAnon."
23    To General Flynn, you say, it made
24  him -- he pledged allegiance.

1    Tell me what -- what about these
2  people makes them different?
3    A.  Conclusions in the book were
4  reached not by me but by a journalist who
5  is cited in the book.  I then -- I then
6  referenced Will Sommer's report, who is
7  talking about General Flynn reciting the
8  QAnon oath.
9    I did not reach identical
10  conclusions because, as I said, the statement
11  that I cite Will Sommer for refers to the --
12  the -- the -- the -- the actions of
13  General Flynn and not his beliefs, or to his
14  intensions when doing what he did at the --
15  in the video.
16    Q.  Is it -- do you agree with me that
17  Jack Flynn pledged allegiance to QAnon on
18  July 4th, 2020 when he added the phrase to
19  the standard oath of office, "Where We Go
20  One, We Go All"?
21    A.  I'm sorry, can you repeat that.
22    Q.  You -- in your book --
23    A.  Yes.
24    Q.  -- in your book that you published

1  with your name on the cover you say:
2  "General Flynn himself pledged allegiance to
3  QAnon on July 4th, 2020, in which he added
4  the phrase to the standard oath of office,
5  'Where We Go One, We Go All.'"
6    Jack Flynn did exactly the same
7  thing factually, right?
8    MR. BISS:  Object to the form.
9    THE WITNESS:  I am not sure of
10    that.
11  BY MS. BOLGER:
12    Q.  How could you not be sure of it?
13  It's a video of them doing exactly the same
14  thing.
15    A.  They said the same words.
16  Whether -- when the -- I mean, when you're
17  saying that he did the same things factually,
18  it contains also an implication of intention.
19    If we're talking about pledging an
20  oath -- and I'm not sure that the intention
21  was identical.
22    Q.  What are the -- you're our expert.
23  You have to have a basis for your opinion,
24  and the -- the basis of your opinion has to

1  be something you can articulate to me.  You
2  have not articulated to me what the
3  difference -- the factual difference is
4  between these two men that makes you think
5  one is pledging allegiance, and one is
6  totally not talking about QAnon.
7    What are -- what is the factual
8  basis of your opinion that these two men are
9  different?
10    A.  I re- ---
11    MR. BISS:  Object to form.
12    THE WITNESS:  I relied on
13    Will Sommer's report in my -- my
14    writing.  No expert is ever
15    separated from facts obtained by
16    other people, and at the time of
17    writing the book journalistic
18    accounts were the only facts
19    available to me.
20  BY MS. BOLGER:
21    Q.  Do you think it's wrong?
22    A.  Which part?
23    MR. BISS:  Object to the form.
24

1 BY MS. BOLGER:
2     Q.   The part in the book where you say,
3 In -- in connection with every other
4 organization -- news organization in the
5 world -- and I would remind you, there's no
6 footnote in this sentence.  Your footnote
7 relates to three sentences later.
8         The sentence is, "General Flynn
9 himself pledged allegiance to QAnon on July
10 4, 2020, in which he added the phrase to the
11 standard oath of office, 'Where We Go One, We
12 Go All.'"
13         No footnote there, right?  That's
14 your sentence that your wrote --
15     A.   Yes.
16     Q.   -- in keeping with all media
17 outlets in the world at the time.
18         What -- are you wrong?  Is that
19 wrong?
20     A.   Okay.  The fact that the footnote
21 is at the end of the paragraph does not mean
22 that it's only referencing that sentence.
23 It's okay to have a citation only once for
24 several sentences in scientific and

1 nonfiction writing.  And, in fact, that
2 reference refers to the sentence as well, not
3 just to the sentence where it's physically
4 located.
5     Q.   Do you -- do you think this is now
6 wrong?  As you sit here under oath, in your
7 expert opinion, do you think the book you
8 published where you said, "General Flynn
9 himself pledged allegiance to QAnon on
10 July 4th 2020, in which he added the phrase
11 to the standard oath of office, 'Where We Go
12 One, We Go All'" was wrong?
13     A.   I don't know whether it's wrong.
14 But if I were writing or re-publishing this
15 book today, I would have a lot more
16 information on which to base this opinion,
17 and I would use that information to
18 triangulate the very limited information I
19 had in 2020.
20     Q.   So you don't think it's wrong?
21     A.   I don't know whether it's wrong,
22 because I don't have that information,
23 because I haven't looked at it, because I'm
24 not opining on General Flynn.

1     Q.   So, now, when someone buys this
2 book, as I have bought many copies of it, and
3 I read this, what in this copy is -- makes me
4 think that you might want more data to
5 triangulate that might change your idea about
6 what General Flynn did?
7         MR. BISS:  Object to the form.
8         THE WITNESS:  Why would that
9         be part of what you're supposed to
10         have?
11 BY MS. BOLGER:
12     Q.   Well, you don't, right?  Anybody
13 who picks up a book and reads it reads the
14 book?
15     A.   Yes.
16     Q.   Right.
17         If an author wants to disavow or
18 say something different than what they said
19 in the book, then they say that publicly,
20 right?
21     A.   Not necessarily.  The -- the facts
22 come in, and we change our views depending on
23 new facts all the time, including in science,
24 and, usually, what happens is you publish

1 more recent material that is updated with all
2 the facts that you've accumulated since
3 you've published the last material.
4         And when people are interested in
5 most up-to-date opinion of yours, they go to
6 the most recent publication.  And I have not
7 yet --
8     Q.   I'm going -- I'm going to ask you
9 one more time, and, hopefully, this time you
10 can actually give me an answer.
11         MR. BISS:  Spare us the
12         speeches.
13 BY MS. BOLGER:
14     Q.   There is a --
15         MR. BISS:  Endless speeches.
16         Oh, my God.
17 BY MS. BOLGER:
18     Q.   On Page 12, you say that, "In the
19 absence of any evidence" -- so you say,
20 "There's no basis to believe to attribute the
21 recitation of the QAnon oath by Jack Flynn to
22 a support for QAnon."
23         That is your opinion.  Divorced
24 from intent, divorced from belief, divorced

41 (Pages 158 - 161)

1 from anything else.
2        On Page 12 of your report, you say,
3 "Was the backyard barbecue recitation an oath
4 to QAnon?"  And you conclude it was not.
5        On Page 20, you conclude that
6 exactly the same oath, exactly the same
7 actions, were pledging allegiance to QAnon.
8        What is the piece of information
9 that you have about Jack Flynn that makes
10 exactly the same action different?
11        MR. BISS:  Object to the form.
12     Argumentative.
13        THE WITNESS:  I have many
14     piece of information for Jack Flynn
15     that I didn't have for
16     General Flynn --
17 BY MS. BOLGER:
18     Q.  What are they?
19     A.  -- including his deposition where
20 he was asked about why he followed
21 General Flynn in -- in stating these -- these
22 words and including his opinion on QAnon and
23 his opinion on all these different beliefs.
24        I also have information from his

1 personal emails where he states his
2 disassociation from QAnon.  I also have his
3 tweets where he expresses his lack of
4 knowledge about QAnon, and solicits questions
5 from the public to elucidate QAnon to him.
6        So that is all the information --
7     Q.  So you're talking Jack Flynn's word
8 for it?
9     A.  Yes, I do.
10     Q.  That's your evidence, Jack Flynn's
11 word for it?
12     A.  On questions of belief, that is the
13 evidence.
14     Q.  And all of that evidence you got in
15 2023, right?
16     A.  On Jack Flynn?
17     Q.  Yeah.
18     A.  Absolutely.
19     Q.  Right.
20        So none of that evidence was
21 available to you, or, for that matter,
22 anybody else in 2020, right?
23     A.  Correct.
24        MR. BISS:  Object to the form.

1 BY MS. BOLGER:
2     Q.  And none of that evidence was
3 available to you or anybody else in February
4 of 2021, right?
5     A.  On -- I had no evidence on
6 Jack Flynn in February of -- 2021, you said?
7     Q.  Yes.
8        And, to the best of your knowledge,
9 no one else did either?
10     A.  Yes.
11     Q.  Look at Page 93.
12     A.  (Witness complies.)
13     Q.  There's a final -- the -- the final
14 paragraph is, "As a former employee of a
15 pharmaceutical company and a recovering
16 painkiller addict, Lauren Witzke experienced
17 firsthand the depravity of bad scientists
18 responsible for the opioid" -- epi -- "opioid
19 crisis.  Witzke supported anti-scientific
20 Q-conspiracy theories, including the flat
21 earth theory.  On her social media, she
22 repeatedly posted the QAnon pledge,
23 'WWG1WGA,' 'Where We Go One, We Go All,' and
24 was photographed wearing a Q-branded T- --

1 T-shirt."
2        Do you see that?
3     A.  Yes.
4     Q.  Okay.  So when she does it,
5 "WWG1WGA," you call it a QAnon pledge.
6        Why is it when Lizzy Witzke [sic]
7 says, "WWG1WGA," it's a QAnon pledge, but
8 when Jack Flynn does it, you're like, "No,
9 no -- no connection to QAnon."
10     A.  It's Lauren Witzke, and you see
11 that there is some context for making the
12 attribution to her being -- do I say that
13 she's a QAnon follower?
14     Q.  No, I said --
15     A.  She's --
16     Q.  That's not my question.  I asked
17 you specifically what she said.
18     A.  There's context for -- for her
19 posting the "WWG1WGA" that includes her
20 support for a number of QAnon conspiracy
21 theories, and wearing QAnon-branded clothes.
22 So it's more than just the pledge that drew
23 the conclusion.
24     Q.  So what is it then?  What were the

42 (Pages 162 - 165)

1 things that you made you draw that
2 conclusion?
3     A.  I just said she supported a number
4 of QAnon conspiracy theories, including a
5 flat earth theory.  She also was photographed
6 wearing a QAnon-branded T-shirt, and that's
7 just what's in here.
8         I'd have to look back at the
9 reference material to see what, if anything,
10 might be there in addition to what I chose to
11 retain for -- for the book.
12     Q.  And is it your contention, as you
13 sit here, that Jack Flynn never expressed any
14 support for any QAnon theories?
15     A.  I have not seen that evidence in
16 the materials provided to me.
17     Q.  Do you feel like you've had an
18 encyclopedic review of everything that
19 Jack Flynn has ever said online?
20     A.  I most certainly --
21         MR. BISS:  Object to the form.
22         THE WITNESS:  -- do not.
23         I -- in fact, I stated that I
24     have not reviewed probably a vast

1     majority of Jack Flynn's digital
2     footprint.  I've only reviewed
3     exhibits that Mr. Biss provided to
4     me.
5 BY MS. BOLGER:
6     Q.  But then -- but you feel
7 comfortable opining in the absence of that
8 information that he's not supporting QAnon?
9         You say here --
10     A.  Yes.
11     Q.  -- that there is no basis to
12 attribute their recitation of the oath to
13 their support of QAnon?
14     A.  Yes.
15     Q.  But you've just told me you
16 don't -- you can't vouch for his entire
17 catalog of -- of speech, right?
18     A.  I can only base my opinion on the
19 knowledge that I have before me.  If new
20 facts come in, I then change my opinion.
21 That's all.
22     Q.  So, so far, the only reason you
23 think that Jack Flynn hasn't been supportive
24 of QAnon is because, One, he tells you he

1 wasn't, right?  You took his word for it.
2         And, two, you claim he hasn't ever
3 supported any -- publicly supported any QAnon
4 causes, right?
5         MR. BISS:  Object to the form.
6 BY MS. BOLGER:
7     Q.  Or QAnon theories, right?
8         MR. BISS:  Mischaracterizes
9     the testimony.
10         THE WITNESS:  That's not true.
11     I said different things than what
12     you --
13 BY MS. BOLGER:
14     Q.  Okay.  I'm happy -- if I'm wrong,
15 I'm wrong.  Correct me.
16     A.  It's not about you being wrong.
17 It's just that my opinion was based on other
18 thing, including his statements in private
19 communications about distancing himself from
20 QAnon.
21     Q.  Right.
22         So you're taking his word for it.
23 We did that one.
24     A.  No.

1         MR. BISS:  No.
2         THE WITNESS:  No, you're
3     mixing together his deposition and
4     his private emails.  To me, those
5     are two very different kinds of
6     evidence, and each of them has a
7     distinct weight on my opinion.
8 BY MS. BOLGER:
9     Q.  He is the speaker in both of them,
10 yes?
11     A.  Yes.
12     Q.  Okay.
13     A.  To me, those are two distinct kinds
14 of evidence, and each has a separate weight.
15     Q.  Okay.  What -- other than -- other
16 than the things that Jack Flynn himself has
17 said, what are the things that you think mean
18 that you can conclusively say as an expert in
19 this litigation that there is no basis to
20 attribute Jack Flynn's recitation of the
21 QAnon to their support of QAnon?
22     A.  I was asked to issue an expert
23 opinion on whether or not Jack Flynn believed
24 in the QAnon belief system, whether he

Page 170

1 subscribed, whether he adhered to the QAnon
2 belief system.
3         On issues of belief, my primary
4 source of data, as is for social psychology
5 in general and social sciences, is the
6 person's statement.  That's how we measure
7 beliefs.  We ask people about them, or we
8 record their free utterances or -- yeah.
9                  -   -   -
10         (Whereupon, Exhibit-425, Jack
11         Flynn's Series of Tweets, Tab 61,
12         was marked for identification.)
13                  -   -   -
14 BY MS. BOLGER:
15     Q.  I'm going to ask you to take a look
16 at Exhibits -- 425, which is Tab 61, which is
17 Jack Flynn's series of tweets.
18     A.  (Witness complies.)
19     Q.  I think I may have given one of you
20 guys my copy.  I'm sorry if I did.
21         Take a look at the page of the
22 exhibit -- given the Page Number Page 2 of 7.
23     A.  (Witness complies.)
24     Q.  Okay.  There's the Barbara Flynn --

Page 171

1 there's Jack Flynn re-tweeting his sister
2 taking the oath, right?  And, then, below
3 that Jack Flynn re-tweets Barbara Flynn
4 saying, "The Obama/Clinton Cabal knew they
5 had to stop General Mike Flynn first, or they
6 would be all locked up now."
7         And it forwards a tweet from "Fake
8 News Crime Fighter," "The greatest
9 intelligence trap history has ever revealed."
10         Do you see that?
11     A.  Yes.
12     Q.  All right.
13         So Jack Flynn tweeted out, "The
14 Obama/Clinton Cabal knew they had to stop
15 General Mike Flynn first, or they would all
16 be locked up by now."
17         Do you see that?
18     A.  I don't agree that he tweeted that.
19 He re-tweeted somebody else tweeting that.
20     Q.  Okay.  So it's something he chose
21 to put on his Twitter feed, right?
22     A.  He re-tweeted, yes.
23     Q.  Right.
24         And that is not to you repeating an

Page 172

1 interest in QAnon theories?
2         MR. BISS:  Object to the form.
3         THE WITNESS:  There is a lot
4     of interest in QAnon theories,
5     including my own, and I sometimes
6     re-tweet things.  And you would
7     have to know me and why I might do
8     that to understand why I did that.
9         So I probably at some point
10     re-tweeted some QAnon conspiracy
11     theory because a lot of my
12     colleagues who study conspiracy
13     theories follow me, and I sometimes
14     want to alert them to some
15     interesting news related to their
16     work that is also related to my
17     work.
18         It does not mean that I
19     believe any of these theories or
20     support QAnon.
21 BY MS. BOLGER:
22     Q.  Turn to the last page of the
23 exhibit.
24     A.  (Witness complies.)

Page 173

1     Q.  All right.
2         So on the last page of the exhibit,
3 you'll see Jack Flynn re-tweeted, "Patriot
4 Transition Voice" with a meme that says,
5 "American Patriot," and there's a picture of
6 General Flynn.
7         And, then, underneath it it says,
8 "Where We Go One, We Go All," and, then, it
9 has two quotes from Q-drops.
10         Did you see this?
11     A.  Do you mean on the black frame --
12     Q.  Yes.  It says, "Same evidence to
13 free Flynn currently being used to indict
14 others, (Grand Jury)."  Q-drop 4693.
15         "Who knows where the bodies are
16 buried."  Q-drop.
17         Do you see that?
18     A.  Yes.
19     Q.  So just in this one stream of
20 Twitter, which is the one you saw, by the
21 way, in your report, you have Jack Flynn
22 re-tweeting someone saying, "Take The Oath"
23 and "Where We Go One, We Go All" on the
24 second page.

44 (Pages 170 - 173)

1        You have on the very first page him
2   asking for donations to the Mike Flynn
3   Defense Fund.  Then you have him re-tweeting
4   Barbara Flynn and the Cabal, right?
5        And, then, you have "Obamagate."
6   That's on Page 4 of 7.  That's a re-tweet of
7   the former president.
8        And, then, on Page 5 of 7, you,
9   again, have him re-tweeting someone taking
10  the oath.
11       And, then, you have a conspiracy
12  theory video about the attack on
13  September 11th.
14       And, then, you have
15  Sidney Powell -- well, she doesn't use any
16  terms.
17       Then you have Jack Flynn himself
18  tweeting that Hillary Clinton looks like
19  "nothing more than a" hagging -- "a nagging
20  of a loser."
21       And, then, you have Jack Flynn
22  tweeting out two Q-drops and the phrase,
23  "Where We Go One, We Go All."  It's on one
24  Twitter feed.  It's not the other things

1   we've seen today.  It's one completely
2   separate Twitter feed.
3        And I want you to repeat that you
4   can't be -- are you, in fact, comfortable
5   that Jack Flynn was not indicating support
6   for QAnon and its ideals when he re-tweeted
7   over and over and over again QAnon slogans,
8   QAnon hashes, and QAnon theories?
9        MR. BISS:  Object to the form.
10  Argumentative.
11       THE WITNESS:  I am struck in
12  particular by this last page, and
13  the tweet of the black frame.
14       And I want to submit to you
15  that putting this as evidence of
16  re-tweeting QAnon support is just
17  so strange, given that it's a
18  picture of his brother with a -- an
19  American flag in the background and
20  the huge words "American Patriot"
21  at the top.
22       And whatever else is on there
23  is besides the point because that
24  is, to my mind, enough of an

1   explanation for why he would
2   re-tweet that -- that outside of
3   any QAnon-related matters.
4        And I recall from the
5   deposition of Jack Flynn that, I
6   believe, you asked him about a lot
7   of these tweets, and his
8   explanations are convincing that he
9   was re-tweeting support
10  for financial -- re-tweeting people
11  who donated.
12       There's one here or in one of
13  the previous exhibits.  Somebody
14  donated, like, a fairly large sum,
15  like, hundreds of dollars.  And he
16  was re-tweeting that.
17       He was re-tweeting pictures of
18  his brother.  He was re-tweeting
19  his family members.
20       And people do that.  And, you
21  know, sometimes the content is the
22  reason they re-tweet.  Like, here's
23  a picture of his brother, "American
24  Patriot."  And sometimes it's just

1   really support for the person.
2        Sometimes you re-tweet a
3   person to show them that you're
4   friendly to them.  Re-tweeting
5   is -- is not necessarily indicative
6   of any kind of belief.
7   BY MS. BOLGER:
8    Q.   And the only reason you perceive
9   that Jack Flynn did anything -- had any
10  reason in tweeting anything is because you
11  read his deposition transcript and believed
12  it, right?
13   A.   No.  I also looked at the tweets to
14  make sure it makes sense to me.  And like I
15  said, this makes sense to me as him
16  re-tweeting a picture of his brother, the
17  American Patriot.
18       I don't even know if he read this,
19  or, if he did, that he understood, you know,
20  that he was re-tweeting QAnon Q-drops.
21   Q.   Right.
22       You believe Mr. Flynn -- perfectly
23  fine.  Everybody gets to believe whoever they
24  want.

45 (Pages 174 - 177)

1      But if a viewing audience looks at
2  a tweet, do you think the first thing they
3  think on a tweet is, "I just really believe
4  Mr. Flynn because I know all about his
5  allegiance to his brother, and, gosh, you
6  know, when he says, "Where We Go One, We Go
7  All,' he obviously just means it about his
8  family.
9      Do you think that's how people
10 react to --
11         MR. BISS:  Stop pounding the
12      table.  Stop pounding on the table.
13         MS. BOLGER:  Stop dancing on
14      the table.
15         MR. BISS:  You're just --
16      you're -- you're -- you're engaged
17      in histrionics now.  You're
18      excited --
19         MS. BOLGER:  Stop dancing on
20      the table.  Stop screaming at me.
21      You need to chill out.
22         MR. BISS:  You need to be calm
23      when you ask questions.
24         THE WITNESS:  I'm sorry, I

1      actually forgot the question.
2         MR. BISS:  So did I.
3         THE WITNESS:  I had this a
4      tumultuous childhood.
5  BY MS. BOLGER:
6      Q.  Do -- do you think in your expert
7  opinion as someone who is a sociologist --
8         MR. BISS:  You don't need to
9      be insulting, Kate, at all.  That
10      is very unprofessional.
11 BY MS. BOLGER:
12      Q.  -- that -- do you think in your
13 expert opinion, that is a person -- a person
14 who reads Twitter and reads, "WWG1WGA," looks
15 at that and thinks, "Gosh, he is just talking
16 about his brother"?
17      A.  First of all, I am not a socialist.
18      Q.  I know that, and I apologize.
19      A.  I'm a psychologist.  I've never
20 taken sociology in my life.
21      Q.  I apologize.  My sister-in-law is a
22 psych- -- is a sociologist.  I -- I
23 apologize.
24      A.  That's okay.  No worries.  I'm just

1  clarifying for the record.
2      Q.  Right.
3      A.  Second, I am not just a viewer, and
4  I can't speak to what somebody else would
5  think.  I can only speak to my opinion, as
6  you mentioned pejoratively, "expert opinion,"
7  and that is what I am giving you here today.
8  I can't speak for the public.
9      Q.  Right.
10      You cannot speak to the way a
11 reasonable reader would understand these
12 tweets, right?
13      A.  I would think I'm a reasonable
14 reader, but that wasn't my job here.  My job
15 was not to opine on the perception of people
16 with any kind of certainty attached to it.
17 My job was to opine on the beliefs and
18 intentions of the person posting.
19      Those are two very different
20 things, and you would be better off getting a
21 different expert to give you opinions on
22 perceptions.
23      That's not my area of expertise,
24 how people perceive tweets.  There are people

1  who do this work.
2      Q.  Your expertise is, among other
3  things, to look into intentions and beliefs
4  and radicalization, and one of the tools you
5  use by doing that is by survey mechanisms,
6  right?
7      A.  Right.
8      Q.  And you didn't do any surveys here,
9  right?
10      A.  Right.  But it's just one of the
11 tools.
12      Q.  What were the tools you used here?
13      A.  I listed all of them at the
14 beginning of the deposition.
15      You want me to go over all of them
16 again?
17      Q.  No.  I'm asking you a more specific
18 question than in the beginning of the
19 deposition.
20      What were the specific tools that
21 you used in deciding that when Jack Flynn
22 posted, "Where We Go One, We Go All," that he
23 posted Q-drop, after Q-drop, after Q-drop,
24 that he -- after he posted "#TakeTheOath,"

1 "#TakeTheOath," and after he posted the video
2 of himself taking an oath to QAnon, what was
3 the tool that you used to make the expert
4 conclusion that he didn't believe any of it,
5 that he was just trying to say nice things
6 about his brother?
7          MR. BISS:  Objection to form.
8      Argumentative.  Compound.
9          THE WITNESS:  In -- in
10         preparing my opinion, I used my
11         knowledge and practice in interview
12         methods and coding interviewing and
13         in compiling and analyzing case
14         studies, and in formulating and
15         assessing questions for all of
16         those methods, including survey
17         methods.
18 BY MR. BISS:
19     Q.  But you didn't do an interview with
20 him?
21     A.  No, but you did.
22     Q.  No, I didn't.  I took a deposition.
23         You didn't do an interview, right?
24         MR. BISS:  Objection.

1      Argumentative.
2 BY MS. BOLGER:
3      Q.  You -- you didn't code the
4 interview -- an interview that you did,
5 right?  You didn't do a case study, right?
6      A.  I kind of did.
7      Q.  Where is it?
8      A.  It's sitting in front of you.  I am
9 giving you results of it in the reports that
10 I put together.
11     Q.  That's all you -- that's all a case
12 study is you think it in your head, and you
13 write it down?
14     A.  Yes.
15         MR. BISS:  Objection.
16     Argumentative.
17 BY MS. BOLGER:
18     Q.  You don't have data that's --
19     A.  Yes, I do.  And I -- and I cite the
20 data that I used.  And I used --
21     Q.  You told me that that dataset is
22 very limited.
23         It's only what Mr. Biss gave you,
24 right?

1      A.  All datasets are very unlimited.
2 There's no complete dataset on a person's
3 belief or intentions.  All data are limited.
4      Q.  Your whole dataset is what Mr. Biss
5 gave you, right?
6      A.  Correct.
7      Q.  And, then, you said you formulated
8 questions, but you didn't ask any questions
9 of Mr. -- Mr. Flynn, right?
10     A.  I didn't -- I'm sorry.  I
11 formulated questions?
12     Q.  You said one of your tools is to
13 formulate questions, and I'm asking if --
14     A.  And assess questions.
15     Q.  Okay.  Eith- -- either -- I thought
16 you said formulate.  Assess is fine.
17         You never asked Mr. Flynn any
18 questions?
19     A.  That's right.
20     Q.  Okay.  Did you know about the
21 #TakeTheOath movement?
22     A.  I knew of it.
23     Q.  When did you know of it?
24     A.  Probably around the time that it

1 originated.
2      Q.  What did you know about it?
3      A.  That there was a -- a kind of fad
4 online with people tagging each other, and
5 inviting each other to follow them in saying
6 the words, including "Where We Go One, We Go
7 All," and that became known as the QAnon
8 oath, kind of like the water bucket challenge
9 was in years prior.
10     Q.  And you're aware it came from a
11 Q-drop?
12     A.  Yes.
13     Q.  So you're aware that there was a
14 Q-drop that caused people to engage in this
15 #TakeTheOath movement and you're aware that
16 General Flynn and Jack Flynn independently
17 tweeted themselves taking the oath that were
18 in the words of the Q-drop with the
19 #TakeTheOath, right?
20         MR. BISS:  Object to the form.
21     Argumentative.
22         THE WITNESS:  I'm aware that
23         they posted the videos of
24         themselves.

47 (Pages 182 - 185)

1 BY MS. BOLGER:
2    Q.  With the #TakeTheOath?
3    A.  With the #TakeTheOath, I'm aware of
4 that.
5    Q.  Okay.  And in the case of Jack
6 Flynn, it also had the #WWG1WGA, right?
7    A.  Yes.
8    Q.  Bearing in mind that you have
9 concluded that there's no basis to attribute
10 Jack Flynn's recitation of the oath to his
11 support for QAnon, how can you justify --
12 what do you do with the fact that it was
13 called "Take The Oath," and he re-tweeted
14 "Where We Go One, We Go All"?
15        He was evidently taking part of the
16 QAnon Take The Oath movement.
17        How do you separate that out?
18        MR. BISS:  Object to the form.
19        Argumentative.
20        THE WITNESS:  I don't have to
21        separate it out.  To me, it's not
22        necessarily in.  I don't -- I was
23        looking for evidence of whether or
24        not it was in, and the evidence I

1        saw was that at the same time as
2        this fad was going around, and a
3        lot of people who believed QAnon
4        did these things, Jack Flynn did
5        these same things.  The question
6        was whether he did it for the same
7        reasons.
8        That's what I've offered an
9        opinion on, not that he didn't do
10       the same thing.  It's that the
11       reason behind the thing might have
12       been different.  That's what I was
13       looking for.
14 BY MS. BOLGER:
15    Q.  So the Q-drop said an oath and
16 said, "Take The Oath," right?
17    A.  Yes.
18    Q.  So, then, Jack Flynn testified that
19 the things they said at the 4th of July
20 barbecue were verbatim, what was in that
21 Q-drop, right?
22    A.  I believe so.  I don't remember.
23    Q.  Okay.  So, then, he posted on
24 QAnon -- sorry, Freudian slip.

1        He posted it on Twitter with the
2 #TakeTheOath, right?
3    A.  Yes.
4    Q.  Okay.  And he re-posted lots and
5 lots and lots and lots of lots of other
6 people with #TakeTheOath, right?
7        MR. BISS:  Object to the form.
8        Argumentative.
9        THE WITNESS:  Probably.
10 BY MS. BOLGER:
11    Q.  I mean, I can show them to you.
12    A.  Yes, probably.  I believe you.
13    Q.  Okay.  And, then, he tweets it
14 himself as, "Where We Go One, We Go All,"
15 right?
16    A.  Yes.
17    Q.  Okay.  So, if -- if -- what factor
18 in that --
19    A.  Mm-humm.
20    Q.  -- could possibly lead you to
21 conclude that it's anything other than
22 joining a QAnon oath-taking moment?
23    A.  The factor is that I saw no
24 evidence that Jack Flynn had familiarity with

1 QAnon or awareness of the referenced Q-drop
2 or that at the time of this recitation that
3 anybody who was present made it clear that
4 what they were doing was supporting QAnon.
5        And, instead, what he believed in
6 his sworn deposition, that the oath was to
7 the country and the statement, "Where We Go
8 One, We Go All" was about the family.  And,
9 so, his posting of those things, to me,
10 attested to his beliefs about them, which I
11 just explained.
12    Q.  If a mem- -- if a human being were
13 to look at his taking an oath, which he
14 admits is directly from -- which he admits
15 the words are the same as a Q-drop, posting
16 it online with the words, "Take the oath,"
17 along with every other member -- with many
18 other people in QAnon, that it was
19 accompanied by the #TakeTheOath, so that it
20 would be searched by people in QAnon.
21        If he then posted it more than
22 once, once with "Take The Oath" and once
23 with, "Where We Go One, We Go All," and a
24 human being looked at that, is that not

Page 190

1  signaling a connection to QAnon to a
2  reasonable reader.
3        MR. BISS:  Object to the form.
4        Argumentative.
5        THE WITNESS:  I am not here to
6     offer opinion on an -- I don't
7     know, a reasonable reader's
8     perception of this.
9        I am not prepared to offer the
10     opinion, because I would need to do
11     a lot of research on reasonable
12     people's perceptions of tweets and
13     re-tweets.  And I am not familiar
14     with that literature and I don't
15     know that it exists, or how big it
16     is.
17        So I am not able to offer you
18     an opinion on that because it would
19     be just speculation.
20  BY MS. BOLGER:
21     Q.  Your only basis for concluding that
22  when Jack Flynn tweeted out "Where We Go One,
23  We Go All," when Jack Flynn tweeted it
24  Q-drops, when Jack Flynn tweeted out memes

Page 191

1  that his -- his brother -- around the sign of
2  the great awakening, and when Jack Flynn took
3  an oath and posted it online as part of a
4  #TakeTheOath movement, when Jack Flynn sought
5  to sell merchandise that said, "Where We Go
6  One, We Go All" on it to make money for his
7  brother's defense fund, when -- all of that
8  is his public-facing Twitter and social media
9  behavior.
10        Your only expert opinion, as I get
11  it -- as I understand it right now, is not
12  what that looked like to the outside world or
13  what it meant, but what you upon reading the
14  documents that he gave you and self-selected
15  for you think he believed; is that right?
16        MR. BISS:  Object to the form.
17        Compound and argumentative.
18        THE WITNESS:  No.  You --
19     okay.  So, first, you're lumping
20     together a lot of things.
21        For example, his support of
22     his brother's defense fund is
23     enough reason for him to re-tweet
24     anything.  There is no need to look

Page 192

1        for any QAnon hashtags or anything
2     when there is a benefit to be
3     gained from re-tweeting a call for
4     donations for his brother's fund.
5  BY MS. BOLGER:
6     Q.  What -- what -- what is the -- with
7  respect, because you're obviously brilliant,
8  what is the expertise that you just brought
9  to that calculus; isn't that just you
10  thinking it's good enough?
11     A.  No.  I actually have research to
12  back it up.
13     Q.  Of Jack Flynn?
14     A.  No, of research on attribution of
15  behavior.  And when a person stands to gain
16  and -- and there are two different
17  interpretations, and one of them is the
18  person sets to gain something, and the other
19  is something esoterical, like belief, the
20  personal gain tends to be the explanation for
21  behavior.
22     Q.  But that's Occam's razor again.
23  You're back to parsimony.  You're back --
24  you're back to saying, "I'm going to pick

Page 193

1  which of one of these things are because it
2  makes more sense."
3        That's not a -- a fact, right?
4        That's your -- that's your theory of what you
5  think is more likely to happen.
6     A.  It's -- it's supported also by
7  Jack Flynn testifying to that exact fact,
8  which is consistent with parsimony and only
9  adds to it.
10     Q.  I -- I agree with you, that you are
11  absolutely parroting what Jack Flynn says.
12  Jack Flynn says he does it for his reason,
13  and you're saying he does it for the same
14  reason.
15        I'm asking you:  Other than what
16  Jack Flynn has told you, is there anything
17  evidence that you can point to that, "Well,
18  Jack Flynn did that panoply of behavior that
19  we've been talking about for some of the day.
20  He was just doing it to support his brother"?
21        MR. BISS:  Objection.  Bad
22     form.  Very, very bad form.
23        THE WITNESS:  He was --
24        MR. BISS:  CNN-like bad form.

49 (Pages 190 - 193)

1        THE WITNESS:  He was not just
2   doing that to support his brother.
3   Supporting his brother was one of
4   the reasons he was doing it.
5        Sometimes, like I said, he was
6   doing it to support his family.
7   Sometimes he was doing it to thank
8   people who donated.
9        Sometimes he was doing it to
10  re-tweet some other part of the
11  tweet, because tweets are not --
12  you know, as somebody who knows how
13  to formulate questions, are not
14  just one thing.
15       They're double, triple
16  barreled.  There are several things
17  together in one tweet, and you may
18  agree very strongly with one part
19  of the tweet and be neutral on the
20  second tweet and not care, or, you
21  know, have disagreement with the
22  last part of the tweet, and you'll
23  re-tweet it for the first part.
24       So it's not just supportive of

1   his brother.  It's a number of
2   different interpretations, but
3   they're not his belief in QAnon
4   belief system.
5   BY MS. BOLGER:
6    Q.  So, again, I'm not actually asking
7   you what his belief is.  I'm asking you:  You
8   say in your report --
9    A.  Yes.
10   Q.  -- right, that there is no basis to
11  attribute their recitation of the QAnon oath
12  to their support of QAnon.
13       You say in your book, that exactly
14  the same conduct by General Flynn is a pledge
15  of allegiance.  And after all this time, I
16  think the only thing you are pointing to that
17  you say makes Jack different from
18  General Flynn is that -- your review of the
19  materials Jack Flynn provided you, right?
20       MR. BISS:  Object to the form.
21       Argumentative.
22       THE WITNESS:  Jack Flynn
23       didn't provide me with any
24       materials.

1   BY MS. BOLGER:
2    Q.  Sure, he did.
3    A.  Mr. Biss provided --
4    Q.  Mr. Biss is just his
5   representative.  That's the way it works.
6    A.  Okay.  Some of the materials were
7   provided in your deposition with Jack Flynn.
8   So these those were questions you got to ask.
9        MR. BISS:  Yeah, you provided
10       it, not me.
11       MS. BOLGER:
12  BY MS. BOLGER:
13   Q.  I'm sure you know that there's a
14  difference between an interview and a
15  deposition because as you say, right,
16  interview questions, so, obviously, they're
17  not the same thing.
18       I'm asking about --
19       MR. BISS:  Deposition is
20       better.
21  BY MS. BOLGER:
22   Q.  -- the only two things --
23       MS. BOLGER:  Actually, I
24       totally disagree.

1   BY MS. BOLGER:
2    Q.  The only two things --
3        MR. BISS:  Mine are.
4   BY MS. BOLGER:
5    Q.  -- that you --
6        MS. BOLGER:  I mean, you are a
7        God among men, Stephen.
8   BY MS. BOLGER:
9    Q.  The only two things that -- we have
10  two things here, right?
11       We have your report where you say,
12  "There is no basis to attribute the
13  recitation of the QAnon oath in support of
14  QAnon."
15       And we have a book where you say,
16  based on Will Sommer's article, by the way,
17  that General Flynn was pledging allegiance to
18  QAnon.  And it's exactly the same behavior.
19       And the only thing that makes them
20  different, as you sit here, is the
21  information Jack Flynn provided you in this
22  litigation, correct?
23       MR. BISS:  Object to the form.
24       Argumentative.

50 (Pages 194 - 197)

1          THE WITNESS:  No, I already
2      said, there are a lot of things
3      that make them different, and you
4      keep drawing the same false
5      equivalency between them.
6  BY MS. BOLGER:
7      Q.   What are they?
8      A.   General Flynn's behavior was
9  covered in Will Sommer's report, and it
10  included things other than stating the words
11  "Where We Go One, We Go All."
12          There were a lot of other
13  journalistic reports about him that also said
14  that he was a central figure in the QAnon
15  movement.
16          Whether or not those reports were
17  true, we relied on them, we cited them.  We
18  assumed that people who compiled them did
19  their homework, and ascertained the facts as
20  they printed them.
21      Q.   You're aware that -- and we talked
22  about this -- I'm just going to briefly set
23  the stage -- after the Flynns posted the
24  QAnon or the non-QAnon oath or whatever it

1  was on the 4th of July, there was an enormous
2  amount of press saying, "Hey, they just
3  posted a QAnon oath," right?
4      A.   Yes.
5      Q.   Okay.  And you're aware that, even
6  today, if you went to General Flynn's Twitter
7  feed, it's still there, right?
8      A.   I did not go to General Flynn's
9  Twitter feed, so I don't know.
10      Q.   Okay.  Well, I'll make a
11  representation to you that no member of the
12  Flynn family ever took it down after they
13  were -- until January 6th when they were
14  kicked off of Twitter or left because they
15  were in protest, right?  They were there from
16  July 4, 2020 until January 8th, 2021, right,
17  sitting on the internet, acquiring the
18  secondary meaning that the Flynn family said
19  the QAnon oath, right?
20      A.   Maybe.
21      Q.   Well, you heard them saying it, you
22  said it?
23      A.   Well, it was helped being acquired
24  by media reporting on it, right?

1      Q.   Meaning, your book?
2      A.   And I am a victim of media
3  reporting as well, and I cite it, to be
4  clear, that it's not my reporting.  It's
5  recitation of media reporting.
6      Q.   Well, I mean, you wrote this book,
7  right --
8      A.   Mm-humm.
9      Q.   -- 2021, by Mia Bloom and Sophia
10  Moskalenko, right?
11      A.   Yes.
12      Q.   Right.
13          It's your book?
14      A.   Yes.
15      Q.   Right.
16          MR. BISS:  Is there a
17      question?
18  BY MS. GILBERT:
19      Q.   If Jack Flynn was so wronged by the
20  association with QAnon, why wouldn't he take
21  it down?
22          MR. BISS:  Object to the form.
23          THE WITNESS:  I'm not
24      Jack Flynn.  I don't know why he

1      did not take it down.
2  BY MS. BOLGER:
3      Q.   I mean, you thought you were here
4  to articulate his intent, so tell me what --
5      A.   No, no, no.  I'm here to articulate
6  his intent beyond reciting his records.
7          You're asking me now about
8  something completely different and the intent
9  behind that.  And I didn't familiarize myself
10  with of the materials relevant to that.
11          In the aftermath, you know, why he
12  didn't take it down, I don't know how to
13  answer that without information, and I don't
14  have information.
15      Q.   So I'll just ask one last question
16  on this topic.
17          Despite the fact that you know that
18  Jack Flynn repeatedly tweeted out, "Where We
19  Go One, We Go All," despite the fact that you
20  know that Jack Flynn repeatedly tweeted out
21  memes of QAnon, despite the fact that you
22  know that he tweeted Q-drops, actual Q-drops,
23  on three occasions, despite that the fact
24  that he tweeted out, "Take the oath," and

1 posted a video of him saying the QAnon oath,
2 despite the fact that he did it as part of a
3 take the oath movement created by a Q-drop,
4 which you just testified to, despite the fact
5 that he raised money for his brother by
6 putting out the QAnon hashtag, nakedly and
7 unreservedly he said, "Yes, we did anything
8 we could to get money for our brother,"
9 despite the fact that he tweeted out a link
10 saying, "Please buy this T-shirt that says
11 'Where We Go One, We Go All,'" despite all of
12 that, you're really still comfortable saying
13 there's no basis to attribute his recitation
14 of the QAnon oath to his support of QAnon?
15    A.  Yes.  I believed I addressed most,
16 if not all, of those points earlier.
17    Q.  And the -- the reason you're still
18 comfortable with it is because you think he
19 felt something different in his heart?
20    A.  Belief is part, and emotion, which
21 is what you're eluding to in a pejorative
22 manner, but it's also a matter of cognition.
23 So his heart and his head, if you will.
24    Q.  None of which were public, neither

1 of which was public?
2    A.  Well, absence of tweeting anything
3 about QAnon conspiracy theories is public.
4 That he didn't say he believed that, you
5 know, Tom Hanks is kidnapping and torturing
6 children or Hillary Clinton is drinking
7 children's blood or that -- you know, that
8 was public.
9    Q.  But you told me it's -- QAnon is
10 a la carte, so you can't be saying there's a
11 formula for how you indicate QAnon belief,
12 right?
13    A.  Right, but I didn't see any of the
14 QAnon conspiracy theories being tweeted by
15 Jack Flynn.
16    Q.  Right.
17       Where did you see Jack Flynn
18 publicly say or do anything that said, "Even
19 though I've taken this oath, even though I've
20 taken your money, even though I've used these
21 memes, I really don't support QAnon" --
22       MR. BISS:  Object to
23       testimony?
24

1 BY MS. BOLGER:
2    Q.  -- "publicly"?
3    A.  That is not a criterion by -- that
4 is of any relevance to my opinion.
5    Q.  I'm just asking you whether you
6 ever saw --
7    A.  I -- I didn't, but I don't think
8 it's relevant.
9    Q.  Okay.  Again, your basis is based
10 on things the public did not see, right?
11    A.  No.  If I don't hurt anybody, the
12 public sees that I don't hurt anybody.  If I
13 don't kill anybody, the public sees that I
14 don't kill anybody.  Even though there's the
15 absence of action, the absence of action is
16 publicly available for others to examine.
17       In the same sense, the fact that
18 Jack Flynn never stated his belief in any of
19 the QAnon conspiracy theories, the absence of
20 that is already evidence of his state of mind
21 and belief.
22    Q.  So the fact that he tweeted out
23 QAnon conspiracy theories --
24       MR. BISS:  She just said he

1    didn't.
2 BY MS. BOLGER:
3    Q.  The fact that he tweeted out QAnon
4 memes, QAnon slogans, and the occasional
5 QAnon conspiracy theory, because we talked --
6 looked at him talking about the Cabal, to you
7 is somehow an indication that he didn't
8 believe in QAnon?
9       MR. BISS:  Object to the form.
10       THE WITNESS:  I would dispute
11       that the Cabal is a representation
12       of QAnon conspiracy theory.  The
13       cabal is a term that's been in use
14       since at least early 20th Century
15       where it was made famous by the
16       protocols of the elders of Zion,
17       and since then it has been used
18       consistently to denote malevolent
19       government that, you know, is -- is
20       intending to do harm behind the
21       scenes.  And I forgot what other
22       things you mentioned.
23       But there's just kind of like
24       a general lumping of things as

1      QAnon memes that is a very broad
2      category, and I would take issue
3      with that.
4  BY MS. BOLGER:
5      Q.  What I was saying was it seems to
6  me that what you're saying is the fact that
7  Jack Flynn engaged in all this public-facing
8  QAnon speech is somehow evidence to you that
9  he didn't believe in QAnon, and I don't
10  understand how that's consistent.
11         MR. BISS:  Object to the form.
12         THE WITNESS:  I don't agree
13      that he engaged in public-facing
14      QAnon speech.  That's the
15      difference between how you're
16      characterizing my statement and how
17      I actually, I believe, stated it.
18  BY MS. BOLGER:
19      Q.  Okay.  Well, then, maybe we're
20  getting somewhere.
21      So it is your position, as you sit
22  here, that every single time that Jack Flynn
23  tweeted out, "Where We Go One, We Go All," or
24  re-tweeted a Q-drop or re-tweeted a meme that

1  had "QAnon" on it or "The Great Awakening" or
2  "The Storm" or any of that stuff, you think
3  every time Jack Flynn did that he was not
4  using QAnon slogans?
5      A.  I did not say that.  He might have
6  been using QAnon slogans, but that is not the
7  same as using them for expressing QAnon
8  beliefs.  They -- they may be used by
9  accident.  They may be used in
10  misunderstanding.  They may be used as a
11  collateral damage when other things are being
12  re-tweeted.
13      There are all kinds of reasons why
14  people may end up -- like I said, I probably
15  have at one point or another re-tweeted some
16  QAnon-related material, and that does not at
17  all mean that I believe QAnon or support
18  QAnon or I'm a QAnon follower.
19      Q.  The only social media of
20  Jack Flynn's that you know is the stuff I've
21  shown you, right?
22      A.  And that I was provided for -- for
23  this case.
24      Q.  Okay.  But we don't know what it

1  is, right?
2         MR. BISS:  Who's "we"?
3         THE WITNESS:  Who's "we"?
4  BY MS. BOLGER:
5      Q.  "We," I don't know who it is.
6      A.  I don't know what you know.
7      Q.  "We" -- "We," the defendant, is
8  what I meant.
9         MR. BISS:  Kate, it's in the
10      report.  It says it right there.
11         MS. BOLGER:  It's not.  It's
12      not clear.
13         MR. BISS:  It's crystal clear.
14      Only to you.
15  BY MS. BOLGER:
16      Q.  Is it accidental to use "WWG1WGA"
17  over and over and over and over again?  Can
18  you accidently have used a QAnon slogan over
19  and over and over and over and over and over
20  and over?
21         MR. BISS:  Object to the form.
22         THE WITNESS:  I just gave you
23      examples from people who are
24      clearly not QAnon followers, that I

1      was able to find very quickly, who
2      use the WW -- whatever, "Where We
3      Go One, We Go All" for -- I don't
4      know if there's accident --
5      those people are probably not
6      aware.  And in that sense, they
7      don't have awareness of it being a
8      QAnon slogan.  It could be termed
9      coincidental.
10      It could also be termed -- you
11      know, I don't know, just a
12      different purpose of use.  So,
13      yeah, empirically speaking, it can
14      be done because it has been done.
15  BY MS. BOLGER:
16      Q.  So do you -- is it your testimony
17  that when other people use "Where We Go One,
18  We Go All," it's an indication of QAnon
19  support, but, uniquely, on planet earth when
20  Jack Flynn does it, it's not?
21         MR. BISS:  Object to the form.
22         THE WITNESS:  I just said,
23      there are other examples of people
24      using it without any reason to

1       think that they're QAnon followers,
2   so not uniquely at all.
3 BY MS. BOLGER:
4       Q.   So that's in 2023.  Stick to 2020.
5       A.   I don't know -- I don't know the
6 date.  You're saying it like you know what
7 I'm talking about, but it seems like --
8       Q.   Well, it was because you told me
9 last night is when you looked this up, so
10 that's 2023.
11      A.   Yeah, but the search does not limit
12 to the year.  It could be from two years ago,
13 or it could be from three years ago.
14      Q.   When you wrote your book --
15      A.   Yes.
16      Q.   -- in 2021 --
17      A.   Yes.
18      Q.   -- you told me -- you testified
19 earlier that you can't think of anybody who
20 used, "Where We Go One, We Go All" outside of
21 the QAnon movement.
22      So when you wrote your book in
23 2021, is it your testimony that when
24 everybody else used "Where We Go One, We Go

1 All," they were signifying support for the
2 QAnon movement, but when Jack Flynn done
3 it -- did it, he wasn't --
4       MR. BISS:  Object to the form.
5 BY MS. BOLGER:
6       Q.   -- uniquely in the world?
7       A.   You misrepresent --
8       MR. BISS:  Argumentative.
9       THE WITNESS:  You misrepresent
10      --
11 BY MR. BISS:
12      Q.   I'm asking you.
13      A.   Yes, you -- but in asking me you
14 include a statement about my test- -- my
15 earlier testimony that is incorrect.
16      Q.   Correct me.
17      A.   I did not say that just -- that I
18 was not aware of anyone using it.  I said
19 that I wasn't looking into that, and, so, I
20 was not aware.  I did not do the search I did
21 now then, and, statistically speaking, it is
22 likely that someone somewhere uses this term
23 in a different -- for a different purpose
24 than QAnon.

1       So terms like, "Unique to
2 Jack Flynn," I would never stand behind.
3 There's probably enough people on this earth
4 using Twitter that, you know, someone
5 somewhere has a different purpose for these
6 words.  That's --
7       Q.   So you wrote a book that accused --
8 that said that 97 people were candidates who
9 were QAnon supporting candidates.
10      MR. BISS:  Object to the form.
11 BY MS. BOLGER:
12      Q.   And, then, we went back and looked
13 at the -- at Exhibit-27 where it had the
14 people that who 97 --
15      A.   I'm sorry, what did you say I said
16 about those people?
17      Q.   That there were 97 QAnon supporting
18 candidates.
19      MR. BISS:  Let's see if that's
20      on Page 18.
21      THE WITNESS:  Page 19?
22 BY MS. BOLGER:
23      Q.   18.
24      A.   18.

1       Q.   On the left-hand side.  It's
2 three-quarters the way down the page.
3       MR. BISS:  Second full
4       paragraph, last sentence.
5       THE WITNESS:  Okay.
6       "In the 2020 primaries, there
7       were 97 QAnon-affiliated
8       candidates."
9       That is not the same.
10 BY MS. BOLGER:
11      Q.   Okay.  That's fine.
12      You're right.  I misquoted you, I'm
13 sorry.  It's QAnon-affiliated candidates, but
14 you based it on Exhibit-27, right?
15      A.   I did, yes.
16      Q.   Okay.  And in Exhibit-27, we went
17 through candidate after candidate after
18 candidate.
19      A.   Yes.
20      Q.   And all of those people were on
21 that list because they used QAnon slogans,
22 right?
23      A.   It seems that way, although I don't
24 know Mr. Kaplan's methodology, and I can't

54 (Pages 210 - 213)

1 speak to that.
2     Q.   But you used it in your book, so
3 you must have thought it was pretty good.
4     A.   No, I could have thought it was
5 only thing available, and --
6     Q.   So you just -- you just were okay
7 with anything that was available and threw it
8 in your book?
9     A.   No, I -- I kind of filtered
10 journalists by reputability, hoping that that
11 correlated with their journalistic methods.
12 But some data is better than no data, and as
13 long as I cited, then, I feel like I'm doing
14 a, you know, fairly good job of representing
15 what's out there.
16     Q.   So you wrote in a book that all 97
17 of those candidates were QAnon affiliated?
18     A.   Yes.
19     Q.   The reason Alex Kaplan gave for
20 their affiliations were their public social
21 media uses of words like, "Where We Go One,
22 We Go All," and "Take The Oath"?
23     A.   At least some of the reasons he
24 used to mark them, right?  We don't know what

1 else, if anything.
2     Q.   That's fine.
3          Bearing that your own book accepts
4 Mr. Kaplan's description of supporting QAnon,
5 and he uses "support," and you use
6 "affiliated," do you believe that Jack Flynn
7 is QAnon-affiliated?
8          MR. BISS:  Object to the form.
9          THE WITNESS:  Okay.  We're --
10     we're down to the nitty-gritty of
11     terms here, but QAnon
12     affiliating -- affiliated means
13     that they were affiliated with
14     QAnon, among other things, by
15     Kaplan.  There is a public report
16     where these people linked with
17     QAnon.
18 BY MS. BOLGER:
19     Q.   Your book uses the word
20 "affiliated."
21     A.   Yeah, yeah.
22     Q.   Your book.
23     A.   Yes, and they are.  And here's
24 evidence that they are.

1     Q.   Is Jack Flynn affiliated with
2 QAnon?
3     A.   Not by Kaplan.
4     Q.   By you.
5          Is Jack Flynn affiliated with
6 QAnon?
7     A.   Not in my opinion, but I'm not
8 Kaplan.  Kaplan has a different opinion.
9     Q.   Why are the same things that
10 were -- you accepted as affiliating someone
11 with QAnon in Kaplan's report different for
12 Jack Flynn?
13     A.   Because, A, I don't -- I didn't
14 think that this hashtag was the only thing
15 that would be a necessary and sufficient
16 condition to be called a supporter of QAnon.
17 I --
18     Q.   It's not.
19     A.   Okay.  So when it's not, there are
20 other things that speak to somebody's
21 connection with QAnon, and I, at that time,
22 had no way to triangulate any of these data,
23 so I presented them and I cited them.
24          And I used the word "affiliated,"

1 as opposed to "support" because they are, in
2 fact, affiliated, you know.  This is the
3 thing that affiliates them.
4          And Jack Flynn is not in here.
5 And, so, I wouldn't make the same judgment as
6 if Kaplan, indeed, only used the use of
7 hashtag, I would not rely on that to make a
8 judgment about somebody being a supporter.
9          And, so, I would not put Jack Flynn
10 into this report.
11     Q.   I didn't ask you if you would put
12 him in the report.
13          I asked you if you said, as you sit
14 here, do you believe given that you published
15 a book that described 97 affiliated QAnon
16 individuals, based on the Kaplan article,
17 based on this criteria that you put in your
18 book, do you think Jack Flynn is affiliated
19 with QAnon?
20          MR. BISS:  Object to the form.
21     Argumentative.  Object to the
22     histrionics.
23          THE WITNESS:  I didn't --
24     there is no criteria, other than

1        Kaplan's criteria.  I did not
2    describe a set of criteria.
3        I said, "These people are
4    affiliated.  Here is a reference to
5    the report that affiliates them."
6 BY MS. BOLGER:
7    Q.  Do you think based on that --
8    A.  Mm-humm.
9    Q.  -- Jack Flynn is affiliated with
10 QAnon?
11        MR. BISS:  Asked and answered.
12        MS. BOLGER:  Definitely asked.
13        MR. BISS:  And answered.
14        THE WITNESS:  I would not call
15    him a supporter in the same way
16    that Kaplan calls him, so he would
17    not --
18 BY MS. BOLGER:
19    Q.  I didn't say, "support."  I said,
20 "affiliated."  You know the words.
21    A.  I think there's -- there's a little
22 bit of a trickery because "affiliated" can be
23 interpreted in two different ways.
24        And if we're talking about being

1 affiliated in the public discourse, and this
2 is what this is doing, then, by CNN's report
3 and all the publicity that followed and cited
4 CNN report where Jack Flynn was presented as
5 a follower, he would indeed be affiliated.
6        But if we're using "affiliated" as
7 a supporter, which is what Kaplan did here,
8 then, no.  I hope that answers it.
9    Q.  With one caveat.
10        You said the CNN report affiliated
11 Jack Flynn with QAnon, and I think you mean
12 the reporting after the 4th of July by CNN,
13 correct?
14    A.  Yes.
15    Q.  Okay.  So not the report here, the
16 report in July of 2020?
17    A.  Yes.
18    Q.  Okay.  Okay.  You'll agree with me
19 that General Flynn is a significant figure in
20 QAnon?
21        MR. BISS:  Object to the form.
22        THE WITNESS:  I would
23    partition, if you would allow.
24        I absolutely agree that the

1        QAnon believers treat him as a
2    significant figure, that people who
3    follow QAnon consider Jack Flynn
4    very important and kind of central
5    to the movement.
6        MR. BISS:  You said,
7    "Jack Flynn."
8        THE WITNESS:  I'm sorry, I'm
9    sorry, I'm sorry.
10        General Flynn.
11        Thank you.
12 BY MS. BOLGER:
13    Q.  And you would agree with me that
14 General Flynn has financially benefited from
15 that support, right?
16        MR. BISS:  Object to the form.
17        THE WITNESS:  I don't have the
18    facts.  It seems that way from the
19    reporting that I've seen, but I --
20    yeah.  I would need to see tax
21    returns or something.
22 BY MS. BOLGER:
23    Q.  Well, let's look at your book.
24    A.  (Witness complies.)

1    Q.  You say on Page 44 of your book, in
2 the final paragraph, you say, "A handful of"
3 -- sorry, the dramatic pause is to find my
4 glasses -- "a handful of influencers and
5 high-profile conspiracists (like General
6 Michael Flynn) made a lot of money by selling
7 Q-branded items.  According to Vice News,
8 many links with QAnon content on the
9 right-wing Parler platform -- Parler
10 platform, QAnon Subreddits, or other
11 Q-promoting posts led to General Flynn's
12 legal defense fund website.  Flynn's website
13 contained Q merchandise until it was taken
14 down after the failed January 6th
15 insurrection."
16        Do you see that?
17    A.  Yes.
18    Q.  No cite there.
19        That's your book.
20    A.  Yes, it is.  "According to Vice
21 News, many links with QAnon content" --
22    Q.  There's no -- there's no -- that's
23 what I meant.  There's no citation.
24    A.  There should be a citation.  That

Page 222

1 must be a mistake.  I'm so sorry.
2    Q.  Okay.  So you -- you agree with me,
3 then, that General Flynn made a lot of money
4 out of QAnon?
5    A.  I said that the reporting seems to
6 indicate that.
7    Q.  That's not what it says.
8    A.  It says, "According to Vice News."
9    Q.  No, no.  The sentence before that
10 says, "A handful of influencers and
11 high-profile conspiracists, like General
12 Michael Flynn, made a lot of money by selling
13 QAnon-branded items," right?
14       That's your sentence, your English
15 language sentence?
16    A.  Yes.
17    Q.  Okay.  The other thing I thought
18 was very interesting is if you look at
19 Page 156, there's a discussion -- there's a
20 discussion of General Flynn's movement in
21 Japan, which I thought -- I thought was very
22 interesting and didn't know about.
23       Did -- were you involved in this
24 portion of the book?

Page 223

1    A.  No.  It's Mia's chapters.
2    Q.  Okay.  Which chapters were yours?
3    A.  3, 4, 6.  And in Chapter 5, there's
4 a section on Russian QAnon, and that was
5 mine.
6    Q.  Okay.  Do you have any reason to
7 doubt what Mia published?
8    A.  No.
9    Q.  Okay.  So on Page 156, there's a
10 paragraph that starts, "In the International
11 chapters."
12    A.  Mm-humm.
13    Q.  And it has a line that says, "In
14 Japan, General Michael Flynn is QAnon's focal
15 point more than President Trump.  Japan is a
16 receptive milieu to conspiratorial thinking
17 in part because Mü Magazine has peddled
18 various conspiracies for 40 years and 2chan
19 originated in Japan."
20       "Based on Graphika's research,
21 General Flynn is aware of his influence in
22 Japan and follows several QAnon influencers
23 in the Far East, including one woman whose
24 Twitter handle" is -- or "was @oakabaeri19-

Page 224

1 --[sic] sorry for misstating that -- "III."
2       Do you see that?
3    A.  Yes.
4    Q.  Are you aware that Jack Flynn has
5 re-tweeted @oakabaeri9III?
6    A.  I was not aware of that.
7       MS. BOLGER:  Okay.  Do you
8       want to take a break, or do you
9       want to keep going?
10       THE WITNESS:  I'm okay.  We
11       can keep going.
12 BY MS. BOLGER:
13    Q.  So there came a time when you were
14 asked to do a rebuttal part on -- or rebuttal
15 report on Mr. Rothschild's report, right?
16    A.  Yes.
17    Q.  Okay.  You know Mike Rothschild, I
18 guess.
19    A.  I never met him, never had a
20 conversation with him, but I know of him.
21    Q.  Okay.
22       MS. BOLGER:  I'm going to ask
23       -- I'm going to mark it as
24       Exhibit-426.  And it's Tab 56 --

Page 225

1 no, that's the wrong one.
2       THE COURT REPORTER:  I'm going
3 to need a break soon.
4       MS. BOLGER:  Okay.  Why don't
5 you -- why don't we just take a
6 break now, and, then, we'll do the
7 rest when we come back.
8       THE VIDEOGRAPHER:  The time is
9 2:23.  We are going off the video
10 record.  This ends Media Unit
11 Number 3.
12       - - -
13       (Whereupon, there was a brief
14 recess held off the video record.)
15       - - -
16       THE VIDEOGRAPHER:  The time is
17 2:30.  We are going back on the
18 video record.  This begins Media
19 Unit Number 4.
20       - - -
21       (Back on the video record.)
22       - - -
23       (Whereupon, Exhibit-426,
24 Rebuttal Expert Report, Dated

57 (Pages 222 - 225)

1      6/20/23, was marked for
2      identification.)
3              -   -   -
4  BY MS. BOLGER:
5      Q.  Okay.  I'm going to hand you your
6  rebuttal expert report, dated June 20, 2023,
7  which is going to Exhibit-426, which is
8  Tab 56.
9      A.  Thank you.
10     Q.  And if you'll just identify for the
11 record that that is your expert rebuttal
12 report, right.
13     A.  It is.
14     Q.  Okay.  We've talked at some length
15 about what you looked at in creating your
16 original report, and I'm wondering now were
17 there additional things you looked in
18 drafting your rebuttal?
19     A.  So I looked at both
20 Mr. Rothschild's and Dr. Giddens' reports.  I
21 did some searching for journa- -- standard
22 journalistic practices that Mr. Rothschild
23 references in his report.
24         I -- we're talking about additional

1  things, right.  So let's see...
2      Q.  Obviously, you read his report?
3      A.  Yes, yes.  Yes.  I looked for
4  scientific reports of journalistic biases,
5  especially as pertains to new religious
6  movements, which QAnon is often believed to
7  be, and Mr. Rothschild's book calls it a
8  cult, which is a pejorative term for any
9  religious movements.
10     Q.  But you've also used the word,
11 "cult," when you refer to QAnon, right?
12     A.  I used it to say some people that
13 it's cult-like.  I didn't say it was a cult.
14 I did not say that it was a cult.
15     Q.  Okay.  You're completing your
16 answer?
17     A.  Yes.
18     Q.  So that's all the --
19     A.  No.  No.  I was completing my
20 answer to the question you just asked me
21 about me using the word, "cult."
22         I researched this other phrase that
23 came to mind, that I knew about before, which
24 is "Jedem das Seine" translated as, "To each

1  its own."
2          What else?  I researched symbology
3  associated with Free Masons, because I knew
4  there were some symbols on the one dollar
5  bill from before, so I made sure that I could
6  speak to that to the extent needed for the
7  report.
8          I looked back on some of the
9  definitions in stereotyping.  And, also, I,
10 you know, looked for all kinds of examples of
11 measuring beliefs addressing Mr. Rothschild's
12 statement that beliefs cannot be
13 quantitatively measured, and to provide
14 examples of different kinds of ways to
15 measure beliefs quantitatively.  I looked at
16 both social scientific and public polling on
17 that.
18         What else?  I think that's it.
19     Q.  Okay.  Did you look at additional
20 social media posts by Jack, Leslie, General,
21 Lori, Val Flynn in the rebuttal report?
22     A.  No.
23     Q.  Okay.  The document -- the
24 documents -- the documents you just described

1  for me were sort of largely third-party
2  documents, as in things outside of the
3  parties to this litigation.
4          Did you get new documents from
5  Mr. Biss to rebut Mr. Rothschild's report?
6      A.  I believe the motion hearing to
7  dismiss was provided to me after the first
8  report.
9          I don't remember what, if anything
10 else, would have been provided from the case
11 materials after.  You should ask Mr. Biss.
12     Q.  Okay.
13         MS. BOLGER:  We'll call for
14         production of that as well.
15 BY MS. BOLGER:
16     Q.  Did you go back and watch the CNN
17 report before you did your rebuttal -- the
18 CNN report at issue here before you did your
19 rebuttal report?
20     A.  No.
21     Q.  Why not?
22     A.  I felt like I got the gist.  I
23 didn't need to see it again.
24     Q.  With all due respect, you got it

58 (Pages 226 - 229)

1 wrong this morning when you described it,
2 right?
3     A.  That is true.
4     Q.  Okay.  Are you aware that
5 Mr. Rothschild has been qualified as an
6 expert on QAnon in two other litigations?
7     A.  I am.  I read his qualifications.
8     Q.  Okay.  What is the expert opinion
9 of Mr. Rothschild's that you felt you were
10 rebutting, or you were rebutting?
11        Let me do it again.  It was a
12 really awkward question, and I don't know
13 why.
14        What was -- what was
15 Mr. Rothschild's ex- -- expert opinion that
16 you were seeking to rebut?
17     A.  That Jack and Leslie Flynn can be
18 accurately described as QAnon followers.
19           - - -
20        (Whereupon, Exhibit-427,
21        Rothschild Expert Report, was
22        marked for identification.)
23           - - -
24

1 BY MS. BOLGER:
2     Q.  Okay.  So let's take a look at his
3 report.  So this is Exhibit-427 --
4 Exhibit-427, which is Mike Rothschild's
5 report.
6     A.  (Witness complies.)
7     Q.  Can you tell me where you think he
8 says that Jack and Leslie Flynn can be
9 accurately described as QAnon followers?
10     A.  In my expert opinion, it says,
11 Page 3, at the top, "It would be reasonable
12 for any news organization, including CNN" --
13        THE COURT REPORTER:  Slow
14     down.
15        THE WITNESS:  Oh, I'm sorry.
16        THE COURT REPORTER:  That's
17     okay.
18        MS. BOLGER:  See, I'm not the
19     only one here.
20        THE WITNESS:  Where did I
21     stop?
22        THE COURT REPORTER:  "Any news
23     organization, including CNN."
24        THE WITNESS:  -- "to conclude

1        that Jack and Leslie Flynn were
2        either signifying that they were
3        QAnon followers, or were
4        comfortable being associated with
5        QAnon when they stood next to
6        General Michael Flynn, as he
7        repeated the QAnon mantra, "Where
8        We Go One, We Go All."
9 BY MS. BOLGER:
10     Q.  So that strikes me as different
11 from what you said.
12        I think what you said was that you
13 felt Mr. Rothschild's opinions was that it
14 was acc- -- and I -- and I -- and if I'm
15 getting it slightly wrong, it's only because
16 I'm tired.
17        I think what you said was that
18 Mike Rothschild said that the Flynns were
19 accurately described as QAnon followers, and
20 that is not what you just read to me.
21        MR. BISS:  Object to the form.
22 BY MS. BOLGER:
23     Q.  What you read to me was to conclude
24 that Jack and Leslie Flynn were either

1 signifying that they were QAnon followers, or
2 were comfortable being associated with QAnon,
3 right, that's what that says?
4     A.  I did not recite Mike Rothschild's
5 report.  I told you what I was addressing in
6 it.
7     Q.  Right.
8        And I'm asking you where that thing
9 that you were addressing -- Is?
10     A.  Mm-humm.
11     Q.  -- in the report.
12     A.  Well, the statement that I read to
13 you does not say verbatim what I said, but,
14 you know, that they could be -- what's the
15 words here -- they would be reasonably
16 labeled as QAnon followers, right?
17     Q.  No, that's not what it says.
18     A.  "It would be reasonable for any
19 news organizations to conclude that Jack and
20 Leslie Flynn were either signifying that they
21 were QAnon followers" --
22     Q.  And the rest of the sentence?
23     A.  -- "or were comfortable with being
24 associated with QAnon."

59 (Pages 230 - 233)

1    Q.  Right.
2        So that's his conclusion, right?
3  It's not that they were QAnon followers.
4  It's that it was reasonable to conclude that
5  they were signifying they were QAnon
6  followers, or were comfortable with being
7  associated with QAnon, right, that's his --
8  that's his conclusion.
9    A.  And he also says some other things
10 that is --
11   Q.  You want to look at the last --
12   A.  Yeah.
13   Q.  -- 31?
14   A.  Yeah.  "It is impossible to know
15 with certainty whether Jack and Leslie Flynn
16 believe QAnon was real" --
17   Q.  Where are you?
18   A.  Very last paragraph.  "But their
19 actions speak clearly.  They knew what the
20 QAnon movement was."
21       Actually, knowing is not an action,
22 so that is a contradiction.
23       He says, "Their actions speak
24 clearly."  And, then, he lists as an

1  example --
2    Q.  I understand what you're saying.  I
3  disagree with you.  That was my head move.
4        Go ahead.
5    A.  Okay.  That they knew what QAnon
6  movement was.  They wanted to appeal to QAnon
7  but believers for financial purposes, what
8  does that speak clearly to?
9        In my opinion, not anything that is
10 relevant to, you know, this front statement,
11 "and had no trouble sharing their interest in
12 Q with others."
13       And, again, what does that speak
14 to, because I share my interest in Q, and
15 Mr. Rothschild shares his interest in Q with
16 others.
17       And, then, he says, "By any
18 reasonable definition these are the hallmarks
19 of QAnon followers."
20       So he's looking for hallmarks of
21 QAnon followers.  That's his concluding
22 statement.  And in my opinion, that is wrong.
23 None of these are hallmarks of QAnon
24 followers.

1    Q.  In general, or do you mean Jack and
2  Leslie Flynn?
3    A.  I only am here giving an opinion on
4  Jack and Leslie Flynn, but I can speak to in
5  general as well, but these particular things
6  are not hallmarks of QAnon followers in
7  general.
8    Q.  What -- what's your basis for
9  saying that?
10   A.  My basis for saying that is the
11 years I've spent researching QAnon and
12 reading and following up on other's research
13 on QAnon, and the understanding that emerged
14 as a result of a lot of research since,
15 pretty much, 2020, and still a growing body
16 of research of what is QAnon and what a QAnon
17 follower is.
18   Q.  Which you say repeatedly has
19 evolved over years.
20   A.  Yes.
21   Q.  Okay.  So let's look -- look back
22 at your rebuttal.
23   A.  (Witness complies.)
24   Q.  So you -- your "Reporting Facts"

1  Section, you list essentially five,  six
2  inaccuracies in Mr. Rothschild's report, and
3  I want to start with the bottom of Page 1.
4        You say that "Mr. Roth-" -- that
5  "Mr. Rothschild" cites -- "fails to cite any
6  evidence for claim that Leslie and Jack were
7  familiar with the phase, "Where We Go One, We
8  Go All."
9        And, then, you say in your sworn
10 deposition that, "Leslie Flynn states
11 numerous times that she had no familiarity
12 with the phrase, and that in taking the oath
13 she was making a statement about family
14 unity."
15       Do you see that?
16   A.  I do.
17   Q.  Okay.  And that's, again, based on
18 what your -- was provided to you by Mr. Biss,
19 right?
20   A.  Correct.
21   Q.  Okay.  Did you see the tweets in
22 which Leslie likes a bunch of tweets that say
23 "WWG1WGA" before the 4th of July video?
24   A.  I -- I believe I did.

1    Q.  Okay.  And did you see that when
2  Leslie testified, she actually said that she
3  may have seen the phrase, "WWG1WGA," before
4  the 4th of July.  She just didn't -- hadn't
5  repeated it.
6        Did you see that testimony?
7        MR. BISS:  Object to -- object
8    to the form.  Mischaracterizing
9    testimony.
10        MS. BOLGER:  I'm reading it.
11        MR. BISS:  Kate, it's wrong.
12    You read it --
13  BY MS. BOLGER:
14    Q.  I say, "Q" -- I was just about to
15  ask you when Steve jumped in, ironically, "I
16  was going to ask you:  How it could be that
17  if you've never heard "WWG1WGA" before July
18  4, 2020, you could have seen it on May 9,
19  2020?"
20        And she responded, "I may have seen
21  it.  I have never repeated it."
22        MR. BISS:  Yeah, you're still
23    mischaracterizing it.
24        THE WITNESS:  I also have a

1    citation her where she says that
2    she has not seen it, or she's --
3  BY MS. BOLGER:
4    Q.  Right.
5        You're --
6    A.  "Where We Go One, We Go All."
7    Q.  Right.
8        You're crediting this portion of
9  her testimony, right?
10    A.  Yes.
11    Q.  Okay.  But there's the fact that
12  she liked "Where We Go One, We Go All" tweets
13  before July 4th, 2020, or this testimony that
14  says she may have seen it before July 4,
15  2020, are also parts of her testimony, right?
16        MR. BISS:  Object to the form.
17    Mischaracterizes her testimony
18    totally, knowingly, and
19    deliberately.
20        THE WITNESS:  Liking a tweet
21    that contains a hashtag does not
22    indicate understanding of what that
23    hashtag stands for --
24

1  BY MS. BOLGER:
2    Q.  Okay.
3    A.  -- or familiarity with it even.
4    Q.  All right.
5        You -- you say -- you're
6  discrediting that evidence -- I hear you, but
7  it exists, right?
8        MR. BISS:  Objection.
9        Objection to the form.
10        Mischaracterizes testimony,
11        deliberately and intentionally.
12        THE WITNESS:  Evidence to
13        what?
14  BY MS. BOLGER:
15    Q.  You say, "Mr. Rothschild fails to
16  cite any evidence for this claim."
17        And I'm telling you that in his
18  report --
19    A.  Yeah.
20    Q.  -- Mr. Rothschild cites to tweets
21  liked by Leslie before July 4th of 2020 that
22  say, "WWG1WGA," and this one line from her
23  deposition testimony.
24    A.  He actually doesn't cite it where

1  he says that she has familiarity.
2    Q.  So it's the -- it's the existence
3  of the cite that --
4    A.  No.  You're -- you're giving me a
5  double-barreled question, and I'm answering
6  the first part of it, that he doesn't cite
7  it.
8        And the second part of it is that
9  the existence of those tweets does not make
10  for evidence of her knowledge of what this
11  hashtag stood for.
12    Q.  Right.
13        Isn't it the case that he had
14  evidence that he credited, and you had
15  evidence that you credited, rather than that
16  he had no evidence?
17    A.  For this particular statement in
18  his report?  Would you direct me in the
19  report where he credits it?  I -- I
20  believe -- I -- I had the report in front of
21  me when I was writing the rebuttal.
22    Q.  Yeah, I -- I -- I'm not -- I'm
23  actually not -- I'm not quibbling with you
24  about the word --

61 (Pages 238 - 241)

1    A.  Okay.
2    Q.  -- about whether he cited it.  I
3  actually genuinely don't know --
4    A.  Okay.
5    Q.  -- as I sit here, what cite he put
6  on the sentence.
7    A.  Okay.
8    Q.  I'm asking you, though, that you're
9  saying he has no evidence, and I'm saying
10  isn't it the case that he just chose to value
11  different evidence than you?
12    A.  I didn't say he has no evidence.  I
13  said, "Mr. Rothschild fails to cite evidence
14  for this claim."
15    Q.  Okay.  So if he amended his report
16  and put a citation in there, that cited just
17  the two things I said to you, would you --
18    A.  Then I would not have that sentence
19  in there, and, instead, I would continue to
20  say that, "In her sworn deposition, Leslie
21  Flynn states numerous times that she had no
22  familiarity with the phrase."
23    Q.  So you disagree with his evidence,
24  but it is not the case that he had no

1  evidence, right?
2      MR. BISS:  Object to that
3      form.
4      THE WITNESS:  I did not say
5      that he had no evidence.  I said he
6      failed to cite evidence --
7  BY MS. BOLGER:
8    Q.  Okay.
9    A.  -- if he had it.
10  BY MS. BOLGER:
11    Q.  Okay.  The next page --
12    A.  (Witness complies.)
13    Q.  -- you say, "Similarly, on Page 16
14  of his report, Mr. Rothschild states that the
15  second take of video was to, quote, 'make
16  sure the video was perfect for a viral
17  video.'  There is no supporting evidence in
18  Mr. Rothschild's report."
19      Do you see that?
20    A.  I do.
21    Q.  Okay.  Do you -- do you dispute
22  that the Flynns took two versions of the
23  video?
24    A.  I do not.

1    Q.  Do you dispute that they discussed
2  how they wanted it to go viral?
3      MR. BISS:  Object to the form.
4      THE WITNESS:  As I recall it,
5      if memory serves, they discussed it
6      going viral after the video was
7      already recorded the second time;
8      in other words, I don't recall any
9      discussion behind taking the second
10      video as being for the purpose of
11      the video going viral, if memory
12      serves.
13  BY MS. BOLGER:
14    Q.  Do you recall the testimony in
15  which -- in which the witness testified --
16  and I have to get the name -- a witness
17  testified that they had done the second video
18  because they wanted to make sure it was
19  understandable?
20    A.  This is probably the -- maybe
21  you're referencing the quote that I have in
22  there.
23    Q.  I'm not.
24    A.  Then I don't know what you're

1  referring to.
2    Q.  Oh, no, that is what I'm saying,
3  sorry.  I apologize.  I -- I have a different
4  quote.
5      Yes.  So someone thought that
6  they -- they could say the Constitution a
7  little bit better, right?
8    A.  Yes.
9    Q.  Okay.  So you don't dispute that
10  the video was taken twice, you don't dispute
11  that it was taken because they thought they
12  could state the Constitution a little better,
13  you don't dispute that they then wanted it to
14  go viral and said, "It's going to go viral,"
15  and you don't dispute that they sat around
16  and looked at it on the -- on the veranda,
17  counting -- and looking at it on the veranda
18  near the fire pit counting its viral hits,
19  right?
20    A.  I don't dispute that.
21    Q.  Okay.  So what is the part you
22  dispute?
23    A.  Mr. Rothschild says that, "The
24  second take of the video was to make sure the

1 video was perfect for a viral video."
2      It is part of his argument that
3 this video was intended to appeal in QAnon
4 followers in going viral.
5      Q.   Oh, sorry.
6      Is it your actual testimony that
7 you think that the video was not intended to
8 appeal to QAnon followers?
9      A.   I didn't see any evidence that it
10 was intended that way in either depositions.
11      Q.   Right.
12      And even though it had #TakeTheOath
13 as part of the #TakeTheOath movement, you
14 don't think it wasn't intended to appeal to
15 QAnon people?
16      A.   I don't know what the intention of
17 General Flynn was.  I know that there was no
18 discussion about taking the second take in
19 order for it to go viral, according to
20 witness testimony.
21      Q.   I'm sorry.
22      Do you dispute that the pho- --
23 that the video was posted to appeal to QAnon
24 followers?

1      A.   The video was posted by
2 General Flynn, right?
3      Q.   And Jack Flynn, both of them.
4      MR. BISS:  That was -- it
5 was -- it was re-tweeted by
6 Jack Flynn.
7      THE WITNESS:  If it was
8 re-tweeted.
9      MR. BISS:  Let's be honest.
10      THE WITNESS:  You're
11 re-tweeting, right?
12      MR. BISS:  Let's be honest.
13 BY MS. BOLGER:
14      Q.   I'm looking at it.  It's -- it's
15 Tab 38.  It's actually not quite re-tweeted.
16 It's a little more than that.
17      So it's Tab 38, which I think was
18 421.
19      A.   I have -- I have 421.
20      Q.   Okay.  So the -- Jack -- Jack Flynn
21 posted twice.
22      So on the -- Page 3 of 6 --
23      A.   Yes.
24      Q.   -- he straight up re-tweets --

1      A.   Yes.
2      Q.   -- "General Flynn #TakeTheOath,"
3 right?
4      A.   Yes, he does.
5      Q.   Okay.  On the next page,
6 three-quarters of the way down, he himself
7 tweets "Happy Independence Day.  WWG1WGA."
8 And it is a -- it is a -- it is a commentary
9 he -- he himself has added to the
10 General Flynn video -- video.
11      Do you see that?
12      A.   "Happy Independence Day.  WWG1-" --
13 yeah.  I -- I see it, yes.
14      Q.   Okay.  Great.
15      A.   Yeah.
16      Q.   So I'm saying -- I'm asking you:
17 When the Flynn family -- when General Flynn
18 posted the video on Twitter -- on Twitter
19 with the "#TakeTheOath," and, then, when
20 Jack Flynn re-posted it adding, "Where We Go
21 One, We Go All," do you genuinely believe
22 that that was not intended to call out to the
23 QAnon community?
24      A.   Okay.  What General Flynn did is

1 besides the point.  I don't know.  He might
2 have.  He might not have.  He has his own
3 dealings with the QAnon community.
4      Jack Flynn re-tweeted his brother's
5 tweet with him in the picture, and that's
6 enough reason for me.  I don't have to dig
7 deeper for why he would re-tweet that.
8      Q.   Why not.  So what -- why is it
9 that -- and I -- I don't understand this.
10      Why is it that you can make a
11 conclusion -- you can think what is -- what
12 is the decision-making, the methodology
13 between "I'll buy this explanation rather
14 than this explanation"?
15      That's -- you're just picking one,
16 right?
17      A.   Well, I feel like I'm picking a
18 more reasonable one.
19      Q.   Why?
20      A.   Why family support is a reasonable
21 explanation?
22      Q.   No.  You're picking it as the --
23 the dominant explanation, not -- you're
24 not -- it's not, like, in the bucket.

1    Sure, it could be in the bucket,
2 but you've isolated it as "the reason," and I
3 want to know --
4    A.  Not only, no.  I have other
5 reasonable explanations, like, for example,
6 donations to the Defense Fund.  To me, that's
7 a very reasonable explanation.  It doesn't
8 require any other additional ones.
9    Q.  Right.
10    But it doesn't preclude additional
11 ones.
12    A.  But --
13    Q.  You're picking one.  You're not --
14 you're ignoring the others.
15    You're just picking one, right?
16    A.  Yeah.  I'm picking one that makes
17 more sense to me.
18    Q.  Right.
19    But what Rothschild -- what
20 Mr. Rothschild said was that there's --
21 reasonable to conclude that Jack and Leslie
22 Flynn were either signifying that they were
23 QAnon followers, or were comfortable being
24 associated with QAnon.

1    And you just said, saying that they
2 wanted to get money is okay, well, that's
3 because they were being associated with
4 QAnon, right?
5    A.  No.
6    Q.  Well, where's the -- where's the
7 request for money in these?
8    A.  No.  This one is not that.  This
9 one is family, right, they're all together as
10 a big happy family celebrating the dismissal
11 of charges against General Flynn.
12    Q.  Where does it say that?
13    A.  Where does it say what?
14    Q.  In that -- in these tweets, where
15 does it say that?
16    A.  That they're all as a family
17 together here --
18    Q.  Just celebrating --
19    A.  -- the picture says that.
20    Q.  Well, no, the -- the picture says,
21 "Take The Oath," as Big Moose, my favorite
22 Tweeter who says, "Take The oath," as do
23 Barbara Flynn who says, "Take The Oath."
24    All of these people say, "Take The

1 Oath."  And, then, Jack Flynn adds, "Where We
2 Go One, We Go All."
3    That's not a family thing.  He's
4 tweeting out, "Where We Go One, We Go All."
5    MR. BISS:  Objection.
6    Argumentative.
7    THE WITNESS:  To him --
8    MR. BISS:  It is too a family
9 thing.
10    THE WITNESS:  To him, it is a
11 family thing as he testified, and,
12 so, did his wife.  To him, it is a
13 family thing.
14    So you -- you have a circular,
15 like, a looping logic here that,
16 you know, it must have been that
17 that he knew what it was because he
18 tweeted it to explain what he did
19 before he tweeted it.
20    But if he didn't know then,
21 his tweet later would indicate the
22 same lack of knowledge.
23 BY MS. BOLGER:
24    Q.  Okay.  You genuinely believe that

1 Jack Flynn, on July 4th, 2020, did not know
2 what "Where We Go One, We Go All" means,
3 despite the fact that he had consistently
4 tweeted out -- tweeted it out over and over
5 again for a period of months before that, and
6 for a period of months afterwards?
7    A.  That he didn't --
8    MR. BISS:  Object to the form.
9    THE WITNESS:  That he didn't
10    know that this was a QAnon
11    statement?
12 BY MS. BOLGER:
13    Q.  Yes.
14    A.  I believe that.
15    Q.  Based on what?
16    A.  Based on his lack of familiarity
17 with QAnon that he expressed publicly --
18 publicly several times in his tweets, not
19 re-tweets, his tweets.
20    Q.  Never had the slightest desire to
21 tweet anything --
22    A.  Is it okay for you to interrupt
23 though?
24    Q.  I'm sorry, I thought you were done

64 (Pages 250 - 253)

Page 254

1 actually.
2     A.  I was not.
3         MR. BISS:  No, you interrupted
4     her, Kate.
5     Q.  You can keep going.  I didn't -- I
6 thought you were done.
7     A.  No.
8         So he expressed --based on his
9 expressed lack of knowledge of QAnon, based
10 on his expressed disassociation with QAnon in
11 his private communications, based on his lack
12 of public support, or private support for any
13 of QAnon conspiracy theories, based on all of
14 that I believe that his statements in
15 depositions are consistent with that, and
16 that they're true and that he didn't actually
17 know the link between the phrase and QAnon
18 movement, and what it might signify for
19 somebody who was familiar with a QAnon
20 movement and supported the QAnon conspiracy
21 theories, and knew of Q-drops and what they
22 meant.
23     Q.  So for a period of months, he just
24 accidently tweeted out things that so

Page 255

1 happened to be connected to the QAnon
2 movement?
3     A.  If he didn't know --
4         MR. BISS:  Object to the form.
5     Argumentative.
6         THE WITNESS:  -- he didn't
7     know.  You know, for years I
8     thought "mirror" was spelled with a
9     "W" at the end.  And I just went on
10     spelling it wrong again and again.
11     This was before spellchecks.
12         If you don't know, you just
13     keep on not knowing until someone
14     educates you.
15 BY MS. BOLGER:
16     Q.  There was a newspaper article that
17 says, "This is a QAnon phrase," and he kept
18 tweeting it out after that.
19         There were tons of newspaper
20 articles right after this came out that said,
21 "Where We Go One" is a QAnon oath, and
22 Jack Flynn tweeted it out for months and
23 months and months and months and months and
24 months after that, so --

Page 256

1     A.  Is there evidence that he read
2 those newspaper articles?
3     Q.  There certainly is.  During his
4 deposition testimony, if you want to go back
5 and look at it.  He totally knew what was
6 happening.  He didn't take it down.  He
7 didn't stop using it.  He didn't change it.
8         How do you square that with your
9 idea that he was pellucidly ignorant for
10 months on end?
11     A.  I am not sure why he didn't take it
12 down.  That's a separate question for -- from
13 the one that you were asking me just a second
14 ago, which is why he tweeted it.
15     Q.  How can you say that after someone
16 has tweeted out "Where We Go One, We Go All,"
17 there are newspaper articles about his
18 statement, "Where We Go One, We Go All," that
19 called it a QAnon oath, and, then, he
20 continues to tweet about it for months and
21 months and months, how can you sit here and
22 say he didn't know it was a QAnon oath, at
23 least from the time of the 4th of July -- you
24 -- even if you accepted beforehand, which I

Page 257

1 don't, but even if you accept it beforehand,
2 from the minute those newspaper articles came
3 out Jack Flynn knew "Where We Go One, We Go
4 All" was a QAnon oath, and he kept tweeting
5 it?
6         MR. BISS:  Object to the form.
7     Argumentative.
8 BY MS. BOLGER:
9     Q.  How do you square that with your
10 saying he didn't know what it meant?
11         MR. BISS:  Object to the form.
12     Argumentative.
13         THE WITNESS:  I -- I'm sorry.
14     You're now switching again, and
15     I'm -- I'm -- I just can't keep up.
16     I'm sorry.
17         You said before your objection
18     to the -- him was that he didn't
19     take it down.
20 BY MS. BOLGER:
21     Q.  No, I've -- I'm not changing.  I'm
22 being very clear.
23         You just testified that you think
24 Jack Flynn never knew what "Where We Go One,

65 (Pages 254 - 257)

1 We Go All" was.  He never knew it was part of
2 the QAnon oath.  And I'm telling you --
3     A.  I didn't say never.  I said that I
4 believe up until the July 4th video and
5 during that July 4th video, I believe that,
6 to him, "Where We Go One, We Go All" meant
7 something about family unity.
8     Q.  Okay.  So you know the CNN
9 report --
10     A.  He probably knows now, so...
11     Q.  You know the CNN report at issue in
12 this lawsuit is not from the 4th of July,
13 right, it's from February of 2021, right?
14     A.  Okay.
15     Q.  So between July 4th and, actually,
16 September 1st of 2020, Jack Flynn went on a
17 tweet storm, in which he talked about QAnon.
18 He tweeted out "#WWG1WGA," all that.
19         So "What The Fuck WWG1WGA," after
20 this, right?
21     A.  Yeah.
22     Q.  So how can you sit here and say at
23 the time that he was sending this stuff into
24 the air he didn't know which it had a QAnon

1 meaning?
2         MR. BISS:  Object to the form.
3         Argumentative.
4 BY MS. BOLGER:
5     Q.  He knew.
6         In August of 2020, he knew, right?
7     A.  I actually --
8         MR. BISS:  Object to the form.
9         Argumentative.
10         THE WITNESS:  I don't know.  I
11         don't know whether he knew or not.
12 BY MS. BOLGER:
13     Q.  Well, why are you --
14     A.  Just because there were --
15     Q.  -- willing to accept that he
16 didn't?
17     A.  Because I have no evidence to the
18 contrary.
19     Q.  Well, he's alive in the world,
20 right?
21     A.  Yes.
22     Q.  Right.
23         The words have meaning, right?
24     A.  Yes.

1     Q.  Okay.  And "Where We Go One, We Go
2 All," you agreed with me has had no meaning
3 other than at the -- in July 4th 2020 had no
4 other meaning, other than the movie "The
5 White Squall" and the QAnon movement?
6     A.  That's actually untrue.
7         MR. BISS:  She didn't --
8         THE WITNESS:  I did not say
9         that.
10         MR. BISS:  Yeah, she didn't
11         say that.
12         THE WITNESS:  That's
13         actually -- that's basically
14         untrue.
15         MR. BISS:  Yeah.
16         THE WITNESS:  I have not --
17 BY MS. BOLGER:
18     Q.  That's exactly what you said --
19         MR. BISS:  No, it's not.
20 BY MS. BOLGER:
21     Q.  -- for that moment in time, for
22 July 4, 2020 --
23         MR. BISS:  Absolutely not.
24

1 BY MS. BOLGER:
2     Q.  It's not true for now, but it's
3 what you said --
4         MR. BISS:  You are absolutely
5         mischaracter- --
6 BY MS. BOLGER:
7     Q.  Well, then correct me.
8         THE COURT REPORTER:  I can't
9         -- I can't take down everybody
10         yelling at the same time.
11 BY MS. BOLGER:
12     Q.  Then -- then go ahead and correct
13 me.
14     A.  I am correcting you.
15         I did say that.
16         MR. BISS:  She shouldn't have
17         to correct you.
18         THE WITNESS:  And I did not
19         believe that.
20 BY MS. BOLGER:
21     Q.  So what is it?
22     A.  And I said, in fact, that chances
23 are out there in the world there's somebody
24 who's using it for the purpose other than

1 QAnon, so I would never think that there was
2 no other use of it.
3          And I actually specifically said
4 that there is an intrinsic meaning in the
5 phrase, something that you said I -- I agreed
6 that there isn't.
7          I don't agree with that.  There is
8 a meaning in the phrase, and the phrase is
9 appealing and there's a reason to use that
10 just for those two reasons; that it sounds
11 good, and there's a meaning that some people
12 would resonate with.
13     Q.  And there's a meaning behind
14 "WWG1WGA"?  It's taken me months to figure
15 out how to say that actually.
16          It's really awkward, right?
17     A.  It's -- it's a hashtag.  Hashtags
18 are not beautiful.  They're just a shortened
19 version --
20     Q.  But there's nothing really
21 evocative that hails your heart out when you
22 read "WWG1WGA," right?
23     A.  It's a caption of the phrase,
24 right, so, presumably, when you see that in

1 your mind, you're thinking of a phrase.
2     Q.  You know --
3     A.  I don't know.  I don't use
4 hashtags.
5     Q.  Right.
6          What you are saying is that you
7 believe, as you sit here, that Mr. Flynn
8 didn't know that "Where We Go One, We Go All"
9 was a QAnon phrase.
10          And I am asking you:  How can you
11 possibly square that with the many, many,
12 many newspaper articles that Jack Flynn
13 testified he was aware of that said they used
14 a QAnon phrase?
15          MR. BISS:  Object to the form.
16          THE WITNESS:  I don't know
17          whether he knew or not.
18          Okay.  I don't know.  I have
19          to go back to his deposition and --
20          and -- and look at exactly what he
21          said, because sometimes you
22          misstate things, even that I said,
23          and I know --
24

1 BY MS. BOLGER:
2     Q.  Well, this is it --
3     A.  -- that I said them a certain way.
4     Q.  This is a -- this is a deposition,
5 so I'm allowed to ask you hypothetically.
6          MR. BISS:  Well, but you're
7          not allowed to steer.
8 BY MS. BOLGER:
9     Q.  Hypothetical --
10          MR. BISS:  That's what you're
11          not allowed to do.
12 BY MS. BOLGER:
13     Q.  If hypothetically --
14     A.  Okay.
15     Q.  -- if you go back and look at Jack
16 Flynn's deposition transcript --
17     A.  Yes.
18     Q.  -- and you find out, as you will,
19 that he was aware that there were newspaper
20 articles published about that oath would call
21 it a QAnon slogan?
22     A.  Okay.
23     Q.  And you then look at his Twitter
24 feed and you "Where We Go One, We Go All"

1 used repeatedly thereafter --
2     A.  Yes.
3     Q.  -- how can possibly say that he
4 didn't know what it meant?
5          MR. BISS:  Are you lying, or
6          are you telling her the truth?  Is
7          the -- is the premise of your
8          question truthful, or are you
9          lying?
10 BY MS. BOLGER:
11     Q.  Can you answer my question, please?
12          MR. BISS:  How can -- how can
13          she answer it?  She doesn't know.
14 BY MS. BOLGER:
15     Q.  It's a hypothetical question.
16          You can answer it.
17     A.  Your question is:  How I can sit
18 here?  I don't know how to answer that
19 question, how I can sit here.  I'm just
20 sitting here, okay.
21          If you want to ask me, like, a
22 slightly different version, I will be happy
23 to answer.
24     Q.  You can answer the question.  You

Page 266

1  can answer the question:  How can you
2  possibly say that someone who knows on
3  July 4, 2020 what "Where We Go One, We Go
4  All" means doesn't know what it means in
5  August of 2020?
6          MR. BISS:  Object to the form.
7          THE WITNESS:  I -- okay.
8  BY MS. BOLGER:
9      Q.  I'll do it again.
10     A.  Okay.
11     Q.  You're going to go back and look at
12 Mr. Flynn's deposition transcript --
13     A.  Okay.
14     Q.  -- and you're going to discover
15 that he was aware that there were newspaper
16 articles after the 4th of July that said,
17 "Where We Go One" --
18     A.  Yes.
19     Q.  -- "We Go All" was a QAnon slogan.
20       So in light of that hypothetical,
21 that -- that is what happens --
22     A.  Yes.
23     Q.  -- what possibly basis could there
24 be for saying he doesn't -- didn't know what

Page 267

1  it meant in August of 2020, or September of
2  2020 --
3      A.  Okay.
4      Q.  -- or December of 2020?
5      A.  Okay.  Supposing there is such
6  evidence in a deposition, as you described,
7  then, he had knowledge of these newspapers
8  connecting the slogan with QAnon movement in
9  these publications that came out after the
10 phrase.  And, then, he knew that people
11 somewhere out there who were QAnon followers
12 were using this phrase, right?
13     Q.  And that he was perceived as one of
14 them.
15     A.  By the media that he does not think
16 are being fair, right?  So that -- you know,
17 like --
18     Q.  Well, I don't -- if -- if you don't
19 know he testified that way, you can't tell me
20 he didn't think they weren't being fair,
21 right?
22     A.  No.  I -- I -- I think -- I think,
23 you know, he expressed some sentiments like
24 that in -- in -- in some of the materials I

Page 268

1  read.
2        But, hypothetically, if he does not
3  believe that media -- the media are fairly
4  representing his brother and him, especially
5  in the aftermath of, you know, the CNN
6  report, then his knowing of --
7      Q.  Which CNN report?
8      A.  -- how --
9      Q.  Which CNN report?
10     A.  The CNN report that labeled his
11 family as QAnon followers.
12     Q.  There was no such CNN report, but
13 there were two CNN reports.  There was one on
14 the 4th of July --
15         MR. BISS:  You're just arguing
16         with her.
17 BY MS. BOLGER:
18     Q.  I'm just -- I need to know what
19 you're talking about when you talk about a
20 CNN report.
21         MR. BISS:  You're just arguing
22         with her.
23 BY MS. BOLGER:
24     Q.  Was the 4th of July CNN report that

Page 269

1  was in Mia's slide --
2      A.  Yes.
3      Q.  -- that said it was a QAnon slogan.
4      A.  Mm-humm.
5      Q.  And, then, there was the Q- -- a
6  CNN report at issue in this litigation, which
7  was Jan- -- was February of 2021, right, so
8  they're separated by six months?
9          MR. BISS:  Kate -- Kate, I've
10         got to call you out on this one.
11 BY MS. BOLGER:
12     Q.  So there's a flurry --
13         MR. BISS:  Sorry.  This lie
14         has got to -- this lie -- this lie
15         has got to be called out.
16         MS. BOLGER:  Hey, Steve --
17         Steve, you've got to stop calling
18         me a liar.
19         MR. BISS:  Now, you just
20         represented for the record that
21         Mia's slide -- Mia's slide referred
22         to the CNN report at issue in this
23         case.
24         MS. BOLGER:  It did.

Page 270

1          MR. BISS:  And I -- I got to
2    call you out --
3          MS. BOLGER:  No, I didn't.  I
4    said, "the 4th of July."
5          MR. BISS:  I have to call you
6    out on this lie.
7          MS. BOLGER:  Hey, Steven,
8    you're wrong.  Mia's slide refers
9    to --
10         MR. BISS:  I can't let all the
11   lies go by, I'm sorry.
12         MS. BOLGER:  Mia's slide
13   refers --
14         THE COURT REPORTER:  I
15   can't -- I can't do this.
16         MS. BOLGER:  Yeah, sorry.
17   Mia's slide refers to the 4th
18   of July report, which is what I
19   think I said, but I'm happy to have
20   you look at it.  It's right there.
21         Mia -- Mia's slide refers to
22   the 4th of July CNN report.
23         MR. BISS:  Well, yeah, so
24   that's not what you said

Page 271

1    originally.
2          What you said is that Mia's
3    slide referred to the CNN
4    February 4, 2021 report.
5          MS. BOLGER:  I didn't --
6          MR. BISS:  Now you're -- now
7    you're backtracking.
8          MS. BOLGER:  I didn't, Steve,
9    but it's fine.
10         MR. BISS:  All right.
11         MS. BOLGER:  The -- the --
12   Mia's --
13         MR. BISS:  So you're back --
14   BY MS. BOLGER:
15     Q.  -- slide says that it's the 4th of
16   July report has -- the Marshall Cohen
17   article, which was published on the -- on
18   July 5th --
19         MR. BISS:  There you go.
20         MS. BOLGER:  -- that talks
21   about the 4th of July article.
22         MR. BISS:  There's the truth.
23         MS. BOLGER:  I told you the
24   truth.

Page 272

1          MR. BISS:  You didn't.  You
2    lied, and, now -- and, then, we
3    caught you, and, now, you're
4    telling -- now, you're telling the
5    truth.
6    BY MS. BOLGER:
7      Q.  The February 2021 report, which is
8    at issue in this lawsuit, is six months
9    later, right?  So the -- immediately after
10   the 4th of July, there's a bunch of newspaper
11   articles that say, "Where We Go One, We Go
12   All," is the QAnon oath that Michael Flynn
13   and his family took.
14         Mr. Flynn testified that he saw
15   that.
16     A.  Okay.
17     Q.  I'm asking you --
18     A.  Yeah.
19     Q.  -- how you could say that in
20   February 2021, he didn't know that "Where We
21   Go One, We Go All" was the QAnon slogan, if
22   it had been widely reported in media, and he
23   testified he was aware of that?
24     A.  If he testified he was aware, he

Page 273

1    was aware of the fact.  What is the question?
2    He was aware of the fact.
3      Q.  Well, then, how can you say that
4    his continued use of the phrase wasn't
5    affiliated with QAnon?
6      A.  You want me to answer that
7    question?
8      Q.  Yes.  How could -- if you he knew
9    it was associated with -- with QAnon --
10     A.  Yeah.
11     Q.  -- and he kept using it, how -- how
12   can your position be that it was just a
13   family slogan?
14     A.  If he continues to believe that to
15   him it's a family slogan, and he's entrenched
16   in his belief, as a lot of people are, he
17   will do it in order to, you know, make it
18   stronger.  Sometimes people just keep
19   repeating things, because they believe in
20   them.
21     Q.  But how could he reasonably have
22   expected anybody else in the universe to have
23   understood him to be making a family motto
24   when it was a slogan that he knew had been

69 (Pages 270 - 273)

Page 274

1 called a QAnon slogan?

2          MR. BISS:  Object to the form.

3          THE WITNESS:  But I don't know

4    what he reasonably believed about

5    other people.  I don't know who

6    his, you know, friends and family

7    are, and what they believe and what

8    he -- what he might expect of them.

9          I know, you know, when I tweet

10   something, I have a certain

11   anticipation based on who -- people

12   who watch my Twitter are.

13         And when Mike Rothschild

14   tweets something, he knows that

15   there's -- just a few days ago I

16   followed Mike Rothschild.

17         He tweeted something about

18   there's going to be a nuclear war

19   in the next brief amount of time, I

20   forget, and something, something.

21         And because people who follow

22   Mike Rothschild know Mike

23   Rothschild, and I do, too, I know

24   that he doesn't actually mean that.

Page 275

1    That is sarcastic.

2          So his anticipation was based

3    on his followers knowing that, you

4    know, this is an incident of

5    sarcasm.  But if you don't know who

6    he is and you go and you read that

7    and you read responses to that --

8    to that from his followers, it

9    looks like he's running an

10   apocalyptic cult, because they're

11   all saying, "Yes, Mike, thank you.

12   Just keep" -- you know, "keep

13   letting us know when the world is

14   going to end."

15         It's all sarcasm, and it's

16   understood by people who follow

17   Mike -- Mike Rothschild.

18 BY MS. BOLGER:

19   Q.  There -- is it your testimony that

20   Jack Flynn's followers were not QAnon

21   supporters?

22   A.  I have no understanding of who his

23   followers were.

24   Q.  Right.  I agree.

Page 276

1          You have no understanding --

2    A.  Yeah.

3    Q.  -- of who his followers were.

4          Okay.  Back to his rebuttal -- I'm

5    sorry, your rebuttal.

6          On Page 20 of his report,

7    Mr. Rothschild states, "Jack and Leslie Flynn

8    promoted the legal defense fund using digital

9    soldiers and "Where We Go One, We Go All"

10   when possible.

11         You say Mr. Rothschild fails to

12   provide evidence for this claim, right?

13   A.  Probably.

14              - - -

15         (Whereupon, Exhibit-428,

16   Re-tweet from Jack Flynn, Dated

17   12/23/20, was marked for

18   identification.)

19              - - -

20 BY MS. BOLGER:

21   Q.  Okay.  But he does provide evidence

22   of that.  For example -- this is Exhibit-428,

23   and it is a re-tweet from Jack Flynn, dated

24   December 23rd, 2020.

Page 277

1          So this is a -- Jack Flynn

2    re-tweeting someone saying, "I received my

3    hoodie and camo hat, as well as a WWG1WGA

4    T-shirt, super comfy and extremely well made.

5    Benefits The General Flynn Defense Fund.  Lot

6    of good stuff.  Check it out."

7          And it has a link.  So it's

8    promoting -- what are the words -- he's

9    promoting the legal defense fund using

10   digital soldiers and "Where We Go One, We Go

11   All," when possible, right?

12   A.  I'm sorry, I'm still trying to find

13   the statement on Rothschild's report that you

14   first referred to.

15   Q.  Well, I was looking at your report,

16   so your report --

17   A.  Yes.  I see on Page 20.

18   Q.  Okay.  Right.  Okay.

19   A.  Now, I'm -- looking at --

20   Q.  Sorry.

21   A.  Now, I'm looking at --

22   Q.  Right.  Sorry.

23   A.  -- where he says this, General

24   Jack and Leslie Flynn -- "and Jack and Leslie

70 (Pages 274 - 277)

1 Flynn promoted the legal defense fund using
2 digital soldiers and" -- blah, blah, blah --
3 "when possible."
4     Q.  So why is that -- what is this
5 document, in which Jack Flynn promotes the
6 Legal Defense Fund, and "Where We Go One, We
7 Go All" not evidence at that point?
8     A.  I didn't say it wasn't.  I said
9 that Mike Rothschild's report does not refer
10 to it.  I didn't say it wasn't evidence.  I
11 said that Mr. --
12     Q.  Okay.  Well, now there's evidence.
13     A.  Okay.
14     Q.  So does this change your analysis
15 of Mr. Rothschild's report?
16     A.  No.  My analysis is it failed to
17 provide claims it made.  That's the analysis.
18 And I stick it with because, look, there's no
19 evidence here.
20     Q.  Well, there's no citation there.
21     A.  Yeah, that's evidence.
22     Q.  Okay.  Take a look at the next one
23 of your paragraphs.
24     A.  (Witness complies.)

1     Q.  Sorry.
2         This is evidence, though, of it,
3 right?
4     A.  It's evidence of Jack Flynn
5 re-tweeting it.  It's not evidence of Leslie
6 Flynn, who testified, and I quote from
7 deposition, that "she was not at all involved
8 with the legal defense fund."
9     Q.  Right.
10     A.  Is there evidence to dispute that?
11     Q.  And she says -- I say, "Was your
12 husband involved?"
13         And she says, "No."
14         And we know that's not right,
15 right?
16         MR. BISS:  Object to the form.
17         She wasn't involved in the legal
18         defense fund, and you know it.
19 BY MS. BOLGER:
20     Q.  Actually, there's an email, which
21 Mr. Biss may or may not have provided to you,
22 in which Jack Flynn suggests the idea of
23 setting up the legal -- the legal defense
24 fund.

1         MR. BISS:  It doesn't mean he
2 was involved in it, which he
3 wasn't.
4         THE WITNESS:  Okay.  That's
5 fine.
6         But Mr. Rothschild says, "Jack
7 and Leslie Flynn promote."
8         Is there evidence to suggest
9 that Leslie Flynn promoted the
10 legal defense fund using these
11 signifiers that Mr. Rothschild is
12 referencing?
13 BY MS. BOLGER:
14     Q.  Well, I'm asking you if this
15 document that you're holding in your hand is
16 evidence of Jack Flynn promoting the legal
17 defense fund by use of "Where We Go One, We
18 Go All"?  That's my question.
19         MR. BISS:  Kate, she asked a
20         question.  Is there any evidence?
21         She asked you that question.
22         MS. BOLGER:  This is a one-way
23         dialogue, I'm sorry.
24         MR. BISS:  Yeah,

1     unfortunately.
2 BY MS. BOLGER:
3     Q.  You get to answer the question.
4     A.  Okay.  Mr. Rothschild makes a
5 compounded statement.  You provided evidence
6 for a piece of it, I agree.
7     Q.  Again --
8     A.  Is there evidence to support the
9 other half of that statement on Leslie Flynn?
10     Q.  Again, this is not a dialogue.
11         Okay.  So --
12         MR. BISS:  That means no.
13 BY MS. BOLGER:
14     Q.  Okay.  So the next paragraph,
15 Paragraph 4 --
16         MR. BISS:  That means the
17         answer is, no, we don't have any
18         evidence.
19 BY MS. BOLGER:
20     Q.  The next one down says -- on
21 Page --
22         MR. BISS:  She's
23         misrepresented --
24

71 (Pages 278 - 281)

Page 282

1 BY MS. BOLGER:
2    Q.  No.  On page -- oh, 25 writes,
3 "Over the course of 2019 and 2020, Jack
4 consistently boosted conspiracy theories
5 embraced by QAnon."
6        And you say that's incorrect,
7 right?
8    A.  Em, let's see.  Right.
9        Here, Mr. Rothschild does provide
10 citation, which is this web archive.  And I
11 went on that web archive and I didn't see any
12 evidence of Jack Flynn stating that he
13 believed any of QAnon conspiracy theories,
14 which, according to Mr. Rothschild, he was
15 consistently boosting.
16    Q.  Okay.  So, actually, the full
17 sentence -- because you truncated the
18 sentence, right, the full sentence that
19 Rothschild says is, "For example, over the
20 course of 2019 and 2020, Jack consistently
21 used QAnon hashtags, boosted conspiracy
22 theories embraced by QAnon, shared materials
23 directly referencing Q-drops, and, in
24 particular, the phrase, "Where We Go One, We

Page 283

1 Go All" or its abbreviation, "Where We Go
2 One, We Go All."
3        So that -- that is what Mr. --
4 Mr. Rothschild said.  Mr. Rothschild didn't
5 say the truncated sentence.  Your -- your
6 three ellipses took out the rest or
7 Mr. Rothschild's sentence, right?
8    A.  Right.  And this part -- this part
9 of his sentence has no evidence to support
10 it.  That's what I was referencing.
11        The -- the part of his statement
12 that says that, "Jack Flynn consistently
13 boosted conspiracy theories embraced by
14 QAnon," is not supported by facts in this
15 case.
16    Q.  Okay.  Well, put a -- put a pin in
17 that for a second.
18        Do you agree with me, then, that
19 Jack Flynn consistently used QAnon hashtags,
20 shared material directly referencing Q-drops,
21 and, in particular, "Where We Go One, We Go
22 All," or its abbreviation, "Where We Go One,
23 We Go All," so that part of Mr. Rothschild's
24 sentence you think is accurate?

Page 284

1        MR. BISS:  Object to the form.
2        THE WITNESS:  I would disagree
3    with consistency, because you would
4    have to look at the entirety of his
5    Twitter feed and how consistently
6    those hashtags were used.
7        I would -- I would suggest
8    that he did use them on more one
9    than one occasion.  Consistency,
10    though, requires an analysis that I
11    wasn't able to -- to perform.
12    Q.  So the only thing you're -- you
13 think is wrong in that sentence is the
14 boosted conspiracy theories?
15    A.  Let's see.  He did use the phrase:
16 "Where We Go One, We Go All," or the
17 abbreviation, which is actually in dispute in
18 this case, so it cannot be used as evidence
19 for itself.
20    Q.  That he used it is not in dispute?
21    A.  No.  That it provides evidence for
22 him being a QAnon follower.
23    Q.  So the sentence that Mr. Rothschild
24 wrote is, "Over the course of 2019 and 2020,

Page 285

1 Jack consistently used QAnon hashtags,
2 boosted conspiracies and phrases by QAnon,
3 shared material directly referencing Q-drops,
4 and, in particular, the phrase, "Where We Go
5 One, We Go All," or its abbreviation, "Where
6 We Go One, We Go All"?
7    A.  Yeah.
8    Q.  Okay.  I take it you don't disagree
9 that he shared material referencing Q-drops,
10 because you haven't mentioned that?
11    A.  I don't disagree with that.
12    Q.  Okay.  And you can't disagree that
13 he used the phrase, "Where We Go One, We Go
14 All," or its abbreviation, "Where We Go" --
15 "WWG1WGA"?
16    A.  I don't disagree with that.
17    Q.  Okay.
18    A.  I disagree with it being used as
19 basis for an opinion of whether his use of
20 that phrase in that video indicated that he
21 was QAnon follower.  This is --
22    Q.  Sorry.  What is the -- what is the
23 thing?
24        So in your report you say that

Page 286

1 there is no evidence for this sentence.
2    A.  There's no evidence for the phrase
3 that I -- that I isolated, right --
4    Q.  Okay.
5    A.  I did not.
6    Q.  And, now, I'm asking you:
7    A.  Right.
8    Q.  And there is evidence for the rest
9 of the phrase, right?
10    A.  I don't know about consistent --
11 consistently, and I take up the circular
12 reasoning on the "Where We Go One, We Go All"
13 in a different section of my report.  So I do
14 disagree with that, but it's not here.
15    Q.  Right.
16       There's no circular reasoning in
17 this sentence.
18    A.  Yes, it is, if that sentence is --
19 is used to form Mr. Rothschild's opinion on,
20 you know, Jack's frequent uses of Q phrases
21 could be -- could be more than enough
22 evidence for CNN to claim that Jack and
23 Leslie were Q followers.
24       This is the paragraph above.  So

Page 287

1 we're trying to understand in the context of
2 Mr. Rothschild's report what he's using this
3 sentence for that you just read to me.
4    Q.  What's -- what's confus- -- what
5 I'm finding a hard time with in articulating
6 why I think you're not -- well, you're wrong
7 about this particular quibble.
8       You think, based on your personal
9 knowledge of the documents Jack Flynn has
10 provided to you, that Jack Flynn had an
11 intent in using these words that was not
12 QAnon based?
13    A.  I do.
14       MR. BISS:  Object to the form.
15 BY MS. BOLGER:
16    Q.  You have that basis based on all of
17 the information you got from Jack Flynn
18 personally in helping you come up with your
19 theory, right?
20       Even in that evidence --
21       MR. BISS:  Object to the form.
22 BY MS. BOLGER:
23    Q.  Evidence in this evidence, which is
24 handpicked by Mr. Flynn, you have to admit

Page 288

1 that the phrase, "Where We Go One, We Go All"
2 was there?
3       MR. BISS:  Object to the form.
4 BY MS. BOLGER:
5    Q.  You have to at admit that "WWG1"
6 was there.  You have to admit he referenced
7 Q-drops and used QAnon hashtags, like "The
8 Great Awakening," like this picture of his
9 brother with "The Great Awakening."
10       You -- you have to admit that those
11 are part of Jack Flynn's Twitter feed, right?
12       MR. BISS:  Object to the form.
13       THE WITNESS:  These are part
14    of his Twitter feed?
15       Can I just step back for a
16    second?
17 BY MS. BOLGER:
18    Q.  That -- that's my question, so...
19    A.  I -- I said, I -- they are part of
20 his Twitter feed.
21    Q.  Okay.
22    A.  The question is:  Well, what does
23 that mean?  That is the question.
24    Q.  No, no, that's not my question.

Page 289

1       My question is --
2    A.  Okay.
3    Q.  -- you have to admit that these
4 things are public and exist in the world that
5 Mr. Rothschild is listing --
6    A.  Okay.  Back to Rothschild?
7    Q.  -- with the exception of the boost
8 conspiracy clause, which I know you take
9 issue with.  The other things.
10    A.  Well, here's the thing:  The videos
11 of them saying these words, "Where We Go One,
12 We Go All," Rothschild says that -- just
13 above, that there's enough evidence for CNN
14 to plausibly claim that Jack and Leslie were
15 Q followers when they say those words.
16       And one of the reasons he gives for
17 this plausibility is that the phrase, "Where
18 We Go One, We Go All," and the abbreviation
19 associated with it, were frequently used on
20 Jack's tweet.  It's circular.
21       If he didn't know what this stood
22 for, it can't be evidence for them -- for --
23 for him and Leslie being QAnon followers.
24    Q.  See, I really disagree with you on

73 (Pages 286 - 289)

1 that.  First of all, I think that's not what
2 it says.  And you and I can quibble about it
3 all day long.
4        Also, the fact that you won't just
5 agree with me that Jack Flynn used Twitter
6 hash- -- QAnon hashtags all of the time is
7 telling.
8        But third --
9              MR. BISS:  Telling to who, to
10       you?
11 BY MS. BOLGER:
12    Q.  Third --
13             MR. BISS:  It's not telling to
14       me.
15 BY MS. BOLGER:
16    Q.  -- the belief that someone can use
17 a random hashtag a couple times and
18 accidently say something they don't mean is
19 something I'm with you on.
20        There is -- are hundreds of times
21 when Jack Flynn used hashtags or memes or
22 phrases or, I mean, in this literal picture,
23 which is in Exhibit -- no idea -- 38 -- I'll
24 will get the exhibit number -- there's

1 literally him putting a picture of his
2 brother with the matrix behind it that says,
3 "The Great Awakening," right?
4        You can make one or two comments
5 online that you don't intend, but I think --
6 and I'm asking you your expert opinion of
7 this:  Isn't it the case that experts like
8 you think about how often people do things
9 and reach conclusions based on it; in other
10 words, isn't it more plausible that someone
11 gets it accidently the first time, but after
12 the 200th time, aren't you as a scientist
13 able to think, "Hey, there's something going
14 on here"?
15             MR. BISS:  Object to the form.
16             THE WITNESS:  I didn't say,
17       "accidentally."
18        I said he thought it meant
19       something other than what QAnon
20       meant.  That's what he said.
21 BY MS. BOLGER:
22    Q.  Even after --
23    A.  He thought it was something
24 different --

1    Q.  Even after --
2    A.  -- than QAnon.
3    Q.  -- the newspaper articles?
4    A.  I think if somebody believes
5 something, even when they're wrong, they
6 stick to their guns, especially if they're
7 attacked.
8        And if you've ever tried to dispute
9 with QAnon followers, their -- their beliefs,
10 that's a great example, but in any kind of a
11 belief system if somebody believes something
12 and you try to attack them for it, if he
13 believed that "Where We Go One, We Go All"
14 was a family value thing, and he felt
15 persecuted and associated with somebody or
16 something he wasn't feeling was a fair
17 association, chances are good that people
18 double-down, triple-down on their beliefs.
19    Q.  But you have no basis to conclude
20 that.
21             MR. BISS:  Object to the form.
22 BY MS. BOLGER:
23    Q.  That's just you guessing.  Chances
24 are -- you said it.  Chances are that's not

1 a -- that's not a factual basis for an
2 opinion, chances are, right?
3    A.  You -- you asked how -- how I can
4 believe it, and I explained to you -- you
5 asked me repeatedly, how can you believe it?
6 What basis is there?
7    Q.  Yeah --
8    A.  And I gave you how I can believe
9 it.  And, now, you're not happy with that, so
10 let's try something else.
11    Q.  No.
12             MR. BISS:  That's exactly
13       right.
14 BY MS. BOLGER:
15    Q.  If there's an imprecision in my
16 question, then I'll try again.
17        You can have an opinion that
18 Jack Flynn's a really great guy and you
19 believe every word he says and there's
20 nothing in the world that can ever change
21 that, right?  That's fine, but that's -- and
22 I don't think that is your opinion.
23        My opinion -- my -- my point is
24 you're having -- your expert opinion --

1    A.   Yes.
2    Q.   -- right, is that he never thought
3 these words were affiliated with QAnon, and
4 they were completely by himself.
5        And I don't understand how you're
6 in the face of the volume of information that
7 Mr. Flynn put out into the world after he
8 knew it was a QAnon slogan, after he was told
9 it was a QAnon slogan, I would like to know
10 what your methodology as an expert is that
11 lets you discount all of it, and accept only
12 his explanation?
13        MR. BISS:  Object to the form.
14        THE WITNESS:  I don't discount
15        all of it, and I disagree with you
16        that all of this volume of
17        information speaks to the same
18        thing as you think it does.
19        For example, the picture of
20        General Flynn speaks to his support
21        of General Flynn, and it's
22        completely unclear to me that any
23        other interpretation is needed
24        other than his support for his

1        brother and his --
2 BY MS. BOLGER:
3    Q.   It has a "Q" on it.  It has a "Q."
4    A.   Okay.  It also has General Flynn on
5 it.
6    Q.   Okay.  Okay.
7        I -- I didn't quite understand your
8 point about conflict of interest, but I'll
9 just, I guess, ask you directly.
10        Is it your belief that if someone
11 is paid to do something, they have an
12 incentive to lie?
13    A.   I didn't say, "lie."  I never said,
14 "lie."  Conflict of interest.
15    Q.   Right.
16        I'm actually -- as I told you, I
17 don't actually understand your conflict of
18 interest point.
19    A.   Okay.
20    Q.   So I'm asking you:  Is your -- is
21 your argument that someone's financial
22 interest caused them to have false opinions?
23 What is your -- what is your --
24    A.   To have biases in what they -- in

1 the judgments they make.
2    Q.   All people who get paid, right?
3    A.   Well, some people put all of their
4 eggs in one basket, and, then, you know,
5 they're a little bit more invested in that
6 basket than others, and that can sometimes
7 create conflicts of interest when, you know,
8 counting things out of that basket makes it
9 less lucrative.
10    Q.   So this is all speculative.
11        This is just what you think Mike --
12 Mike -- Mike Rothschild does?
13    A.   I didn't say that's what he does.
14    Q.   It's definitely --
15    A.   I said that it's a serious
16 consideration.
17        I said, "Mike Rothschild might,
18 therefore, be inclined to count false
19 positives as QAnon followers, thus
20 perpetuating the procedural elements of QAnon
21 and boosting his sales and hers as a
22 journalist relying on selling stories of
23 QAnon."
24    Q.   That's speculative, right?

1        You have no evidence to support
2 that claim, right?
3    A.   That's right.
4    Q.   Okay.  Next para- -- next section
5 is about bias.
6        And you say kind of in the middle
7 that paragraph, "However, Mr. Rothschild
8 supplies no evidence that General Flynn or
9 Sidney Powell ever spoke to or acted on
10 behalf of Jack and/or Leslie Flynn or shared
11 his opinions on QAnon or instructed Jack and
12 Leslie Flynn of the meaning of the phrase,
13 'Where We Go One, We Go All,' or what to
14 believe."
15        But that's incorrect.  We've
16 already shown that today.  I showed you the
17 tweet from Sidney Powell where she said she
18 was authorized to speak on behalf of the
19 Flynn family, right?
20        MR. BISS:  Objection to the
21        form.  That's not evidence of
22        anything.
23        THE WITNESS:  She said that,
24        but she was not speaking on behalf

1       of the family, and that's in the
2       deposition.
3          She was not their lawyer.  She
4       was not tasked with speaking on
5       behalf of the family.  I read that
6       as part of the materials.
7          I can say I speak on behalf of
8       the Flynn family, too, and it
9       doesn't mean anything.
10 BY MS. BOLGER:
11     Q.   Too many -- too many documents.
12        Also, if someone reads a tweet from
13 Sidney Powell, who is General Flynn's lawyer
14 who said, "The Flynn family asked me to do
15 this," what do you think a reasonable reading
16 of that tweet is?
17        MR. BISS:  Objection to the
18        form.  Who -- who?  Who?
19        THE WITNESS:  You keep asking
20        me about perceptions of people who
21        read tweets, and I can't speak to
22        that.  That's one.
23        Two, I don't know what the
24        Flynn family actually stands for.

1      Is it General Flynn and his wife?
2      Is it General Flynn and Joe Flynn?
3      It is General Flynn and all of his
4      siblings and his spouses?
5 BY MS. BOLGER:
6     Q.   I actually asked General Flynn
7 that.
8     A.   Is it all the third cousins who
9 live somewhere around the world?  What does
10 it mean --
11     Q.   I actually --
12     A.   -- when Sidney Powell
13 states --states that?
14     Q.   I asked General Flynn what the
15 Flynn family is, and, I assure you, it's
16 everything else.
17     A.   But that's not Sidney Powell,
18 right?  General Flynn is not the one who is
19 tweeting the Flynn family.
20     Q.   Let me show you an email, which was
21 produced in this litigation bearing the Bates
22 number PX602?
23        MS. BOLGER:  Am I at 430?  No.
24        429.

1          - - -
2          (Whereupon, Exhibit=429, Email
3       Thread, Tab 59, was marked for
4       identification.)
5          - - -
6          MS. CHERNER:  This is Tab 59?
7          MS. BOLGER:  Tab 59, yes.
8 BY MS. BOLGER:
9     Q.   Okay.  For the record, this is an
10 email string.  The first one at the back page
11 is -- obviously, the first one in
12 chronological order is from Matt Shuham from
13 Talking Points Memo to Ms. Powell, asking her
14 to provide a statement about the oath taken
15 by Michael Flynn.
16        And, then, Ms. Powell writes a
17 response, and she forwards it on to the
18 people you can't see from this version of the
19 email, because there's like eight versions of
20 this email.
21        And you'll see that the top email
22 in the response is from LFlynn62@aol.com.
23 That is Leslie Flynn, okay.
24        So this is Sidney Powell speaking

1 on behalf of the Flynn family, and
2 Leslie Flynn saying, "Go get them," right?
3        MR. BISS:  Object to the form.
4        That's -- that's not what it is at
5        all.  Come on.
6        THE WITNESS:  Where does she
7        say she's speaking on behalf of
8        the -- it says, "I only know what
9        General Flynn and I mean by our
10        post."
11        It's the opposite of what
12        you're saying it states.
13        It doesn't state on behalf
14        of --
15        MR. BISS:  You can't lie,
16        Kate.
17 BY MS. BOLGER:
18     Q.   What is she -- what -- what do you
19 think --
20     A.   It's --
21     Q.   -- "Go get them, Sidney" means?
22        Do you think -- do you think Leslie
23 Flynn is saying, "I don't want any connection
24 to Sidney Powell"?

76 (Pages 298 - 301)

1    A.  I am sorry.  Let's -- let's just
2 get first through the -- through the point
3 that she's not, in fact, speaking for the
4 Flynn family, so "Go get them" cannot
5 possibly refer to that.
6         She's not speaking on behalf of the
7 family, or making that clear to the person --
8    Q.  Okay.  Did you see --
9    A.  -- she's emailing.
10   Q.  Did you see what was Exhibit-423
11 where Gen- -- Sidney Powell says, "The Flynn
12 family and legal team appreciate the support
13 in all forms we have received," right?
14        She was speaking on behalf of the
15 Flynn family, or at least she was holding
16 herself out that way, right?
17   A.  She was saying that, A -- and I
18 don't know what the Flynn family means --
19   Q.  Okay.  Well, Mr. --
20   A.  -- B.
21   Q.  -- well, General Flynn means it
22 means his siblings.
23        MR. BISS:  Object to the form.
24        Mischaracterizes testimony.

1         You can't believe anything she
2   says.
3         MS. BOLGER:  If you call me a
4   liar or question my integrity one
5   more time, we're going to have to
6   have a conversation with the judge.
7         MR. BISS:  I do, Kate.
8 BY MS. BOLGER:
9    Q.  What he said was --
10        MR. BISS:  And -- and we just
11   saw you do it -- try to do it again
12   with Exhibit-429.
13        MS. BOLGER:  I'm sorry.  I'm
14   trying to find General Flynn's
15   definition of family.
16        Lindsey, do you know where
17   that is?
18        MS. CHERNER:  Yeah, it's
19   Page 23, but it's Deposition Cite
20   Page 112, Lines 18 through 25.
21        MS. BOLGER:  And what does he
22   say?
23        MS. CHERNER:  He says, "You
24   often use the phrase" -- or you

1         said, "You often use the phrase
2   'Inspired by' -- 'inspired by
3   family.  When you say 'family,'
4   what do you mean?
5         "Answer:  My family, my
6   brothers and sisters, my nieces and
7   nephews, my aunts and uncles.
8         "Question.  Okay.  The whole
9   Flynn clan, rather than just your
10   nuclear family?
11        "Answer.  Right."
12 BY MS. BOLGER:
13   Q.  So --
14   A.  Can -- can we --
15   Q.  -- that's how General Flynn defers
16 to his family.
17   A.  Well, can we link it back to the
18 point that you were making, which is
19 Sidney Powell's tweet.  However,
20 General Flynn considers his family is not
21 clear to me that Sidney Powell represents all
22 of them; and, in fact, I don't believe she
23 does.  I believe she only represents
24 General Flynn.

1         So his construction of family is
2   independent to her ability to speak on the
3   entire family's behalf, unless I am missing
4   information that she was, in fact,
5   representing all of them.
6    Q.  And yet, even though you may be
7   missing information, you feel comfortable
8   saying that Mike Rothschild was wrong?
9         MR. BISS:  Object to the form.
10 BY MS. BOLGER:
11   Q.  Even though you know of the
12   existence of a tweet where she says, "I'm
13   speaking on behalf of the Flynn family,"
14   you're comfortable saying, "The only reason
15   Mike Rothschild said it was because he was
16   biased"?
17   A.  She represents General Flynn.  And,
18   so, when she says, "the Flynn family," if we
19   want to think about who's speaking on
20   behalf of, that's the only possible
21   interpretation because she does not represent
22   as a lawyer other members -- members of the
23   Flynn family.
24        So what General Flynn considers his

1 family is unrelated to what we can take from
2 Sidney Powell's words, "the Flynn family" as
3 her speaking on their behalf.  That's one
4 thing.
5        Another thing --
6    Q.  But you disagree with Mike
7 Rothschild --
8        MR. BISS:  You interrupted
9        her, Kate.  You said you would
10       never do that.
11 BY MS. BOLGER:
12   Q.  You disagree with Mike Rothschild
13 on that, right?
14   A.  On -- on what?
15   Q.  You say you disagree that he has
16 any evidence that General Flynn or
17 Sidney Powell ever spoke of acted on behalf
18 of Jack or Leslie Flynn, right, you disagree
19 with him on that?
20   A.  I disagree with him on that.
21   Q.  All right.
22   A.  And -- and can I answer your
23 question that we got interrupted with by
24 going to General Flynn's deposition?

1        In this email that you gave me
2 as -- as evidence, Sidney Powell who got "Go
3 get them, Sidney," from Leslie Flynn states
4 unequivocally that, "Neither of us knows Q or
5 QAnon or follows anyone because of that,"
6 blah, blah, blah.  Something about conspiracy
7 theories.  Hold on.
8        "Scrap your own conspiracy theory.
9 It's log wash.  So, "Go get 'em, Sidney"
10 supports disavowing a connection between
11 General Flynn, herself, and QAnon.
12       So it does not at all speak against
13 my opinion that Leslie Flynn was not a
14 supporter of QAnon, and Sidney Powell did not
15 speak on her behalf.
16   Q.  Do you take Sidney Powell at face
17 value, absolutely, at what she says in this
18 email?
19   A.  I do not.  I'm responding to you --
20   Q.  You just said --
21   A.  -- showing me evidence from Leslie
22 Flynn.
23   Q.  You just told me that Sidney Powell
24 says they weren't involved in QAnon at all.

1 It wasn't QAnon at all.  And, so, Leslie is
2 agreeing with that.
3        I'm asking you:  Do you really
4 think that that's what Sidney Powell meant?
5    A.  I --
6    Q.  Are you accepting whatever
7 Sidney Powell says as true for the purposes
8 of this question?
9    A.  I have --
10       MR. BISS:  Which question
11       would you like her to answer?
12 BY MS. BOLGER:
13   Q.  You can answer.
14   A.  I have no opinion on Sidney
15 Powell's truthfulness.  I'm not familiar
16 enough with her character.
17       I do, however, have some opinion on
18 Leslie Flynn, and I believe what she says,
19 "Go get them, Sidney," she's genuine in her
20 excitement about Sidney Powell's words,
21 whatever those words are.
22       And those words happen to be
23 drawing a clear line between QAnon,
24 conspiracy theories and herself and General

1 Flynn, and my role here is to speak to Leslie
2 Flynn's beliefs and statements.
3    Q.  Have you met Leslie Flynn?
4    A.  No.
5    Q.  You take some time in your -- in
6 your report to talk about Terry Giddens.
7        Are you here to rebut Terry
8 Giddens' report -- report?
9    A.  No.
10   Q.  Okay.  And you know Mike Rothschild
11 did not rely on Giddens' report, right?
12   A.  Right.
13   Q.  Okay.  Do you disagree with the
14 sentence that the "Where We Go One, We Go
15 All" is a key catch phrase in the QAnon
16 movement?
17   A.  I do not.
18   Q.  You have this long discussion of --
19 I keep hearing the Latin in my head.
20       Is it Jedem das Seine?  How do you
21 say it?
22   A.  Jedem das Seine.
23   Q.  Okay.  But it's the same as suum
24 cuique?

1    A.  Yes.
2    Q.  And it's the same as Plato, right?
3    A.  Yes.
4    Q.  Okay.  So those words existed in
5  the universe before the horrific gates and
6  book involved, right?
7    A.  Yes.
8    Q.  Okay.  So, now, when someone uses
9  the phrase, "To each his own," it could be --
10  a lot of people think it's from Shakespeare,
11  which it wasn't.
12      They think it's from Polonius.  A
13  lot of people think it -- it could be from
14  Plato.  It could be from suum cuique.  It
15  could be from the -- it could be the book
16  involved.  There's a number of things that
17  that could be referencing, or, by the way,
18  they could know none of them, right?  Right?
19    A.  But John Dawn even, they might
20  think.
21    Q.  He doesn't have a "Where We Go One,
22  We Go All."  No Flynn had read the poem.
23        THE COURT REPORTER:  I'm
24      sorry, yous are going entirely too

1      fast.
2  BY MS. BOLGER:
3    Q.  He doesn't say, "Where We Go One,
4  We Go All," and no Flynn has read --
5        THE COURT REPORTER:  You're
6      going too fast.  You're really
7      going too fast.
8  BY MS. BOLGER:
9    Q.  So we talked about the smorgasbord
10  of possible things that "To each its own" can
11  mean, including, by the way, not knowing
12  anything about it.
13      What the smorgasbord of things that
14  you think "Where We Go One, We Go All" could
15  possibly mean?
16    A.  I'm sorry, what is a smorgasbord?
17  I'm very sorry.  I have no idea what you
18  mean.
19    Q.  Okay.  A smorgasbord is, like, a
20  big buffet where they serve lots of different
21  dishes and herring.
22    A.  I see.
23    Q.  And herring.
24      It's a -- maybe, is it Yiddish?  I

1  don't know.
2      Anyway, it's Swedish, I guess.
3      Anyway, a smorgas- -- a buffet.
4      We'll do it this way.
5    A.  Okay.
6    Q.  There's a -- we can say there's a
7  buffet --
8    A.  Okay.
9    Q.  -- of things that "To each his own"
10  can mean --
11    A.  Yeah.
12    Q.  -- and I just talked about some of
13  them.
14    A.  Yeah.
15    Q.  What are the dishes at the buffet
16  of meaning --
17    A.  Yeah.
18    Q.  -- for "Where We Go One, We Go
19  All"?
20    A.  Yeah.  So one dish, as I already
21  mentioned, that I found is empirically out
22  there is Scottish independence.
23    Q.  But that's now.
24    A.  I don't know when.

1        MR. BISS:  Kate, do you want
2      her to answer the question?
3  BY MS. BOLGER:
4    Q.  You found that now.
5    A.  No -- I found it now, but it exists
6  out there.
7    Q.  Right.
8    A.  You're asking me a general question
9  about --
10    Q.  Okay.
11    A.  -- other meanings --
12    Q.  Okay.  Can I --
13    A.  -- like the smorgasbord.
14        THE COURT REPORTER:  Okay.
15      This is impossible.
16        MS. BOLGER:  Sorry.
17        THE COURT REPORTER:  I can't
18      do this.
19        MS. BOLGER:  I'm getting
20      tired.  I apologize.
21        THE COURT REPORTER:  I can't
22      do this with you people --
23      everybody yelling over each other.
24      It's impossible.

79 (Pages 310 - 313)

Page 314

1        MS. BOLGER:  My apologies.
2   BY MS. BOLGER:
3        Q.  In July -- on July 4th in 2020,
4   when the Flynns said the words, what were the
5   possible dishes at the buffet?
6        A.  They are the same as they ever
7   were, same as they ever were, which include
8   any kind of unity, apparently Scottish unity,
9   or family unity, as the Serbian poster
10  thinks, or there is a basketball coach in PA
11  who keeps posting, "Where We Go One, We Go
12  All" to celebrate her team's victories or
13  anniversaries or whatever.
14       So unity of a team, a nation, a
15  family, that's what that phrase -- that
16  phrase has as its internal meaning.  And, so,
17  the possibilities are the ones that contain
18  that meaning.
19       Q.  You have a -- a section in your
20  rebuttal report saying that,
21  "Mr. Rothschild's inference at accepting
22  money associated with QAnon symbology means
23  Jack Flynn supports QAnon."
24       I think -- and, then, you make a

Page 315

1   reference to taking a dollar bill.
2        A.  Yes.
3        Q.  I think maybe you misunderstand
4   what Mr. Rothschild is saying.
5        He's not saying that the money or
6   the -- that it necessarily is linked to
7   QAnon.  What Mr. Flynn testified and what
8   Lori Flynn testified and what General Flynn
9   testified was that they didn't care if the
10  money was connected to QAnon, right, didn't
11  care --
12       A.  Yeah.
13       Q.  -- took it anyway?
14       A.  Yeah.
15       Q.  So it has nothing to do with the
16  dollar bill example, right, they're not
17  getting money with a symbol.  They're not
18  getting donations with a symbol.
19       They'll just take any money they
20  can get, right?
21       A.  They are getting donations with a
22  symbol, and re-tweeting it.  That's in your
23  evidence.
24       Somebody says, "I just donated some

Page 316

1   hundreds of dollars to General Flynn," and
2   there is a symbol and Jack Flynn re-tweeted
3   it, and that's your evidence.
4        Q.  Well, that's one evidence, but
5   there's testimony in which the Flynns say
6   repeatedly they didn't care where the money
7   came from.  They took the money from
8   everywhere -- anywhere.
9        That's not the same as saying, "We
10  only take people from money" -- "We only take
11  money from people with the Free Mason on it,"
12  right?  It's not the same as saying, "We'll
13  only take QAnon money."
14       It's the opposite.  It's saying,
15  "We don't care, just give us money," right?
16       A.  And it's exactly like that with the
17  one dollar bill, in that people will take it
18  if you print Free Mason signs on them, or any
19  other signs.  Most people don't even know
20  what those signs are, and don't need to find
21  and don't try to.
22       They will take the money no matter
23  what symbol it comes from it -- with it, just
24  Leslie and Jack Flynn testified, they would

Page 317

1   take the money for the defense found.
2        Q.  But when they asked for money for
3   the defense fund, or when they sell their
4   T-shirts, it says, "WWG1WGA."
5        To use your hypothetical, that
6   means that they're putting out a tweet that
7   has a Freemason eye on it, right?
8        MR. BISS:  You did it again,
9        Kate.  They didn't sell any
10       T-shirts.  Jack and Leslie Flynn
11       didn't sell any T-shirts.
12  BY MS. BOLGER:
13       Q.  That you would get a Free Mason --
14  they're -- they're -- your -- your
15  hypothetical would mean that in this re-tweet
16  from Jack Flynn where he talks about selling
17  T-shirts to make money for the shirt show for
18  General Flynn, he says, "WWG1WGA," but he --
19  he's saying I'll take your money.
20       He's saying, to use your
21  hypothetical, "Give me" -- "give me money,
22  Free Masons," by putting the triangle on,
23  isn't he?
24       I mean, isn't this the equivalent

80 (Pages 314 - 317)

1 of the Free Mason triangle?
2     A.   Well, that's the parallel.
3     Q.   Yeah, that's what I meant.
4     A.   That's the parallel, yeah.
5     Q.   Right.
6     A.   This is the sign on -- on --
7 printed on the T-shirt.  This is --
8     Q.   Yeah.
9     A.   -- part of the T-shirt.
10     Q.   Yes.
11     A.   So, yeah, anybody can buy the
12 T-shirt, and give them money, right, so
13 they're...
14     Q.   But they're -- they're putting out
15 the sign that they're available to people who
16 are interested in WWG1WGA, right?
17     A.   Yes.
18     Q.   Right.
19     A.   Yes.
20     Q.   So they're saying, "Hey, people
21 with Free Mason symbols on your dollar,
22 here's our Free Mason symbol."
23          That's the parallel, right?
24     A.   Well, Jack is not saying that.

1 He's re-tweeting somebody who is saying that.
2     Q.   Fine.  It's saying, "Hey, Free
3 Masons, here's your triangle.  Come by our
4 stuff," right?
5     A.   Well, yeah, Jack is just interested
6 in -- in the money that comes from buying
7 that, right?
8     Q.   Yes, but he's using symbology to
9 get --
10     A.   He's not.  Somebody else is.
11     Q.   He's re-tweeting --
12     A.   Yes.
13     Q.   -- that this is -- he's -- he
14 himself re-tweeted --
15     A.   Yes.
16     Q.   -- this symbol in an effort to get
17 money, right?
18          MR. BISS:  Object to the form.
19          THE WITNESS:  In an effort to
20      get money to General Flynn?
21 BY MS. BOLGER:
22     Q.   Yes.
23     A.   Right.  He is re-tweeting that
24 symbol.  I don't understand how is it

1 different or in contradiction to what I said.
2     Q.   You say in your -- in your
3 report -- and this is a minor point, so we
4 won't spend too much time on it.
5          You say that they are receiving
6 moneys with symbols on them, so you can't
7 take anything away from it.
8          And I'm telling you, I don't think
9 you're right because I think what they're
10 doing is sending a symbol out, and
11 encouraging people to give money to the
12 symbol rather than passively sitting there
13 receiving it.
14          So my -- my analogy -- and I think
15 you're right, it's parallel to my analogy --
16 is that there's -- this is a Free Mason
17 triangle calling on people to give money,
18 Free Mason, and I that's different.  And I'm
19 asking you if you disagree.
20          MR. BISS:  Object to the form.
21          THE WITNESS:  I'm still not
22      sure I understand.  I'm so sorry.
23 BY MS. BOLGER:
24     Q.   That's okay.

1     A.   I just don't understand this.
2 Yeah, sorry.
3     Q.   So you're not a journalistic
4 expert, right?
5     A.   Correct.
6     Q.   You have never been trained in
7 journalism?
8     A.   Correct.
9     Q.   You have no idea what the law is
10 affiliated with reporting?
11     A.   Other than the research that I did
12 and summarized for this report on the ethics
13 of journalism as they are listed on the
14 website of Society of Professional
15 Journalism.
16     Q.   Okay.  Well, I didn't ask about
17 ethics.  I asked about law.
18          You have no idea what the law of
19 journalism is, right?
20          MR. BISS:  Object to the form.
21          THE WITNESS:  That's right,
22      yes.
23 BY MS. BOLGER:
24     Q.   Okay.  And the only thing you know

81 (Pages 318 - 321)

1 about the Code of Ethics is having read the
2 SPJ Code of Ethics, right?
3    A.  Correct.
4    Q.  And did you notice on the bottom of
5 the SPJ Code of Ethics where it says that
6 "This isn't universal and it isn't standard
7 and it isn't meant to be enforceable
8 legally"?
9    A.  I did not.
10    Q.  Okay.  Other than the SPJ, you have
11 absolutely no understanding about what
12 reasonable journalistic practices are
13 correct?
14    A.  Correct.
15    Q.  You have a long discussion in
16 your -- in the rebuttal report about how
17 beliefs can be measured based on what you
18 characterize as Mr. Rothschild saying,
19 "Belief cannot be measured."
20        And that's in that final paragraph
21 of his report where he says, "because belief
22 cannot be measured," right?
23    A.  I think it's in the beginning of
24 his report.  Where is his report?  This is

1 his report.  The...
2    Q.  Dr. -- Dr. Moskalenko, I really am
3 trying to help you.  I think it might be that
4 last paragraph where it says, "It's important
5 to know with certainty" -- "It's impossible
6 to know with certainty whether Jack and
7 Leslie believed that QAnon is real," is that
8 correct?
9    A.  No, He used the phrase --
10    Q.  Okay.  Sorry.
11    A.  No, no, no, I'm not -- I'm sorry, I
12 don't mean to --
13    Q.  No.  I just want to know what
14 you're talking about.  I was just trying to
15 help you.
16    A.  Yeah, yeah.  He used a phrase,
17 like, "The beliefs cannot be quantitatively
18 measured."
19        If only I could use a search
20 function.  QAnon.
21    Q.  I think I found it.  It's on the
22 third page.
23    A.  Thank you so much.
24    Q.  "Standard Journalistic Practice of

1 describing anyone who shares QAnon material
2 or catch phrases as a follower or believer in
3 the conspiracy movement, even if quote,
4 'belief is a concept that cannot be
5 quantitatively measured.'"
6    A.  That's it.  Thank you.
7    Q.  So you then have a -- a very
8 interesting discussion of how to measure
9 belief among a group of people by conducting
10 surveys and inquiries and sending questions.
11        It's pretty clear from context, but
12 we don't have to fight about it, that
13 Mr. Rothschild is talking about knowing what
14 Jack and Leslie Flynn believe.
15        In your "Measuring Beliefs"
16 section, am I correct that you did not apply
17 any of these methods in the "Measuring
18 Beliefs" section to Jack and Leslie Flynn?
19    A.  That is incorrect.
20    Q.  Okay.  Which did you use?
21    A.  Specifically, it says, "In addition
22 to survey measurements, there are other ways
23 of quantitatively assessing beliefs in QAnon"
24 -- sorry -- "in addition to survey

1 measurements" --
2    Q.  I'm sorry, where are you?
3    A.  Page 11 -- "there are other ways of
4 quantitatively assessing beliefs in QAnon."
5    Q.  Okay.
6    A.  "This can be done through different
7 interviews."
8        And, then, it says, "In a way,
9 depositions are like semi-structured
10 interviews, in that individuals can be asked
11 about their beliefs, and these answers are
12 then quantifiable."
13        And I give examples for how some
14 answers can be scored if one were inclined to
15 quantify these answers.
16        "Additionally, individuals may
17 spontaneously utter statements that indicate
18 their beliefs.  This is something that is
19 used in case study analyses, like watching
20 somebody talk on their blog, or being
21 recorded during their arrest.  Those
22 statements continuously uttered can also be
23 used to measure beliefs."
24    Q.  But you said that you didn't look

1 at their social media in -- in doing these
2 reports?
3    A.   I -- I did look at all the social
4 media exhibits that were provided to me.
5    Q.   In your very first -- in your
6 report, in your opening report, you say you
7 did not look at their -- their full social
8 media.
9    A.   Not at their full --
10    Q.   You're making a distinction.
11    A.   Not at their full -- of course.
12    Q.   But wouldn't that be imprecise,
13 then to say that I -- you can't say that
14 you've accurately assessed someone's social
15 media presence if you've only done the
16 self-selected -- looked at their social --
17 self-selected tweets, right?
18    A.   I've looked at their tweets that
19 were deemed to be most relevant to the case
20 by both you -- because you raised --
21    Q.   Why --
22    A.   -- those issues in --
23    Q.   I didn't do it.
24    A.   -- in deposition.

1         MR. BISS:  You did.
2         THE WITNESS:  You brought them
3      up in deposition.
4 BY MS. BOLGER:
5    Q.   There's no reason to believe that I
6 think that's the most relevant.  I didn't --
7 I wasn't involved in this process at all.
8         You got a selected group of tweets,
9 but you never got the whole panoply of
10 their --
11    A.   No, no.  Let me just back up a
12 second.
13         When you were asking Jack Flynn
14 about his certain use of certain hashtags or
15 of certain memes that he liked or re-tweeted,
16 were you not, in fact, asking him about
17 things that are relevant to this case in his
18 social media footprint?
19    Q.   So that's a thing I think that I'm
20 telling you I disagree with you about
21 depositions and social media.
22         The way lawyers ask questions in a
23 deposition can be for all kinds of reasons.
24 You're aiming at a defense.  You want to try

1 to have them say something, and, then,
2 contradict it later.
3         You ask all kinds of questions in a
4 deposition that don't necessarily have to be
5 truth seeking.
6         In your investigations, you're
7 seeking to find the truth, right?
8    A.   Right.
9    Q.   That -- they're different.
10    A.   Right.
11    Q.   So I -- I -- I reject the idea that
12 a deposition is the same as the incredibly
13 sophisticated type of analysis that you are
14 specifically doing.  They're not the same
15 things.  I'm not interested in the same
16 things you're interested in, so I reject
17 that.
18         MR. BISS:  Well --
19 BY MS. BOLGER:
20    Q.   But I also -- am also telling you
21 is -- so that's one.
22         And two is social media-wise,
23 you -- if you wanted to assess how someone
24 was spontaneously reacting on social media,

1 wouldn't you want to see everything they did,
2 rather than just the things they picked for
3 you?
4         MR. BISS:  So -- hold on.
5         So this is your opportunity.
6      You've got seven hours to -- to
7      show her whatever documents you
8      have failed to show all the other
9      witnesses.
10         Whatever you have you want to
11      show her so she can -- she can
12      opine on it, show her.  Show her
13      all these social media things
14      that -- that were never shown to
15      another witness in the case.
16         MS. BOLGER:  So there's no
17      requirement that I do that.
18         THE WITNESS:  Can I answer
19      your -- can I answer your question?
20 BY MS. BOLGER:
21    Q.   Yes, please.
22    A.   There is never a complete set of
23 data on any judgment, and, certainly, not on
24 you know, journalistic judgments, and not on

83 (Pages 326 - 329)

Page 330

1 social psychology or sociology judgments.
2        We are always limited in the data
3 we have access to, and we are then making
4 analyses and derived conclusions based on the
5 data we have, not on all the data out there.
6        Some-- -- someone can be -- you
7 know, Ted Bundy was a very lovely person that
8 data people had -- who interacted with him
9 day to day, you know, led them to believe
10 that he was a very nice person.  They did not
11 have access to other data, which, as we know,
12 painted him as a completely different person.
13        Sometimes the difference between
14 available and unavailable data are drastic
15 like that.  Most of the time, they are not.
16 And in every single case, unless you are God.
17 There is data that you will not have, and you
18 will still be able to make an analysis of the
19 data you have and derive a conclusion from
20 that analysis.
21    Q.   In this case --
22    A.   Yeah.
23    Q.   -- what are the things you describe
24 for assessing belief --

Page 331

1    A.   Yeah.
2    Q.   -- that you used to assess the
3 personal beliefs of Jack and Leslie Flynn,
4 other than the documents that they selected
5 to give to you?
6        Reading them.  That's all you --
7 you read their stuff, right?  You didn't
8 design a survey.
9    A.   Right.
10    Q.   You didn't develop questions.  You
11 didn't do a semi-structured interview.
12        You couldn't have done those
13 things, because you can't have a survey of
14 one person, right?  You didn't do any of
15 those things.  So this discussion of --
16    A.   I can do a survey of one person.
17 Why not.
18    Q.   It wouldn't be very interesting.
19    A.   It depends on what you're into.
20    Q.   You're -- but you're -- but you're
21 none of these things --
22    A.   I --
23    Q.   -- and this discussion of
24 qualitative belief are things that you did

Page 332

1 here, right?
2    A.   I did analyze the data available to
3 me.  Yes, they were selected and provided to
4 me by Mr. Biss.
5        And using the same skills I use in
6 case studies and in analyzing interviews were
7 people utter things spontaneously, or when
8 prompted, I am able to analyze and derive an
9 opinion based on that analysis about their
10 beliefs.
11    Q.   In the first paragraph on Page 11,
12 you have a discussion of a PRRI poll, and,
13 then, you talk about this -- the different
14 types of conspiracies, like flat earth, space
15 lasers --
16    A.   Mm-humm.
17    Q.   -- lizards, and you say that they
18 were measured on a 5-point Likert Scale,
19 ranging from not at all to not very much.
20        You didn't do that in this case,
21 did you?
22    A.   I did not.
23    Q.   On Page 12, you say, "I don't know
24 who" -- you say -- in this report, you say

Page 333

1 that the first tweet, "I don't know who or
2 what Q is, so there's that, but no one's
3 hurting each other.  It's civilized,
4 encouraging people to learn independently,
5 supports Trump, and the Constitution, so
6 "What The Fuck #WWG1."
7        And you say in the sentence, you
8 say, "The first tweet above begins by clearly
9 stating Jack Flynn had no knowledge of QAnon
10 in contradiction to Mr. Rothschild's
11 conclusions on Page 32, that Jack and Leslie
12 Flynn knew what the QAnon movement was."
13        Do you see that?
14    A.   Yes.
15    Q.   That's not what the tweet says,
16 though.  It says, "I don't know who or what Q
17 is," right it doesn't say "QAnon."
18    A.   Knowledge of QAnon.
19    Q.   It doesn't say "QAnon."
20        It says "Q," right?
21    A.   QAnon presumes some knowledge of Q.
22 Right, QAnon is a lot of things.
23    Q.   We don't know who Q -- but nobody
24 knows who Q is.  That's not -- no, it doesn't

1 presume knowledge about Q, right?
2         Will you agree with me that that
3 sentence, "I don't know who or what Q is, so
4 there's that," does not say, "I do not know
5 who or what QAnon is, so there's that"?
6     A.  I think he uses Q to stand in for
7 QAnon as a second tweet suggests.  I think
8 "Q-sters" is not a term that people use, and
9 "Q" is not a term that people use, which,
10 again, speaks to lack of familiarity with
11 the, you know, jargon.
12        So he uses -- here he says,
13 "Honestly, I ask myself about this Q thing.
14 The Q thing is probably not the poster."
15     Q.  I'm not talking about that.
16     A.  I'm -- I'm interpreting the first
17 in the -- in light of the second.
18     Q.  But that's not what your sentence
19 says.  The first tweet above begins by
20 clearly stating that Jack Flynn has no
21 knowledge of QAnon.  Those are your words.
22     A.  Yes, to my --
23     Q.  That's incorrect.
24     A.  I -- I don't think that it is

1 incorrect.
2     Q.  You think having no knowledge of Q
3 and having no knowledge of QAnon are the same
4 thing?
5     A.  I think he's using Q to denote
6 QAnon --
7     Q.  And --
8     A.  -- as he clearly does in the second
9 tweet.
10     Q.  And that's -- your basis for that
11 is that you got these from Mr. Flynn and you
12 read them and you looked at them, and that's
13 your conclusion, right?
14     A.  My basis for that is -- is
15 reasonable interpretation the second tweet.
16 I don't -- I don't need any more than that
17 to -- you know, when I'm reading, honestly,
18        I ask myself about this Q thing
19 and, look for a reason not to trust anything
20 about it.  And, to me, this cannot possibly
21 denote the poster.  To me, it can only denote
22 the entirety of QAnon.  And, so, then, Q,
23 to -- to him stands for QAnon.
24     Q.  Right.

1         But you're here to give an expert
2 opinion not just your opinion.
3         Is it your testimony, as you sit
4 there, that every single person who reads
5 that tweet would come up with exactly the
6 same answer as you?
7         MR. BISS:  Object to the form.
8         THE WITNESS:  Ma'am, with all
9     due respect, I cannot possibly,
10     possibly presume to know what every
11     single person who reads this might
12     think.  You keep asking me that,
13     and I cannot ever answer that.
14 BY MS. BOLGER:
15     Q.  Right.
16         You can't guarantee that this
17 analysis is repeatable by anybody else,
18 right?
19         MR. BISS:  Object to the form.
20         THE WITNESS:  I cannot
21     guarantee anything.
22         THE VIDEOGRAPHER:  Counsel,
23     may have a break to change the
24     cartridge?

1         MS. BOLGER:  Yes, sure.  I'm
2     going to finish up pretty quickly.
3         THE VIDEOGRAPHER:  Are you
4     okay with going off?
5         MS. BOLGER:  Yeah, we're going
6     off.
7         MR. BISS:  Let's take a
8     five-minute break.
9         THE VIDEOGRAPHER:  The time is
10     4:01.  We're going off the video
11     record.  This ends Media Unit
12     Number 4.
13              -  -  -
14         (Whereupon, there was a brief
15     recess held off the video record.)
16              -  -  -
17         THE VIDEOGRAPHER:  The time is
18     4:18.  We are going back on the
19     video record.  This begins Media
20     Unit Number 5.
21              -  -  -
22         (Back on the video record.)
23              -  -  -
24

1 BY MS. BOLGER:
2    Q.  When did you publish "Pastels and
3 Pedophiles," or when was it published?
4    A.  I believe it was 2020.
5    Q.  The -- the copy -- the fly leaf
6 says '21.  I'm wondering what month.
7    A.  It came out in June, and I have
8 that data as part of my rebuttal, the
9 publication data, so you have it too.
10    Q.  And when did you start writing the
11 book?
12    A.  God, it's hard to tell because some
13 months before it went into production -- I
14 want to say December or -- December of 2020,
15 maybe.
16    Q.  Okay.  I ask because the first
17 paragraph of the Acknowledgment says, "After
18 eight months of trying to solicit a
19 manuscript about QAnon, and either getting no
20 response from journalists covering the Q beat
21 (whom I -- Mia -- will not name, but you know
22 who you are) or being ghosted by a
23 prospective author, Allen joked that at this
24 point I probably know enough about QAnon to

1 write a book" -- itself -- "myself."
2        Do -- so I don't know if that
3 refreshes your memory about when Mia reached
4 out to you to write the book.
5    A.  It doesn't.  It doesn't.  I'm
6 sorry.  I want to say it was mid winter,
7 December of 2020, or January or something.
8    Q.  Okay.  In the -- in your expert
9 report, in Appendix III, you have an
10 application for a grant.
11        That's not related to the book,
12 right?
13    A.  It is not.  It is a separate thing.
14    Q.  How did you come to be retained?
15    A.  Mr. Biss -- Biss reached out to me.
16    Q.  Okay.  Have you ever been an expert
17 before?
18    A.  I have been consulted, but it
19 didn't go as far as depositions.  So I've
20 been consulted as an expert, but...
21    Q.  And what was that in?
22    A.  I don't know that I'm allowed to
23 say.
24    Q.  You are.

1    A.  Those cases are still active.
2    Q.  Well, I mean, if there's a
3 protective order, you can designate it as
4 confidential, but I'm entitled to know the
5 answer to the question.
6    A.  Okay.
7        MR. BISS:  Yeah, but that --
8    but that -- the problem is there
9    might be some order or some
10    agreement or something in the other
11    cases that she's working on that
12    would prohibit it.
13        Let me figure out that out,
14    find that out, and, then -- and,
15    then, I'll identify them for you.
16 BY MS. BOLGER:
17    Q.  Can you tell the topic?  You don't
18 have to tell me the case.
19    A.  It's on QAnon belief.
20    Q.  Okay.  Does it involved Mr. Biss?
21    A.  No.
22    Q.  Okay.  Well, I would like to know
23 what those cases are.
24        Has a Court ever --

1        MS. BOLGER:  And, actually,
2    Steven, I think it's required,
3    but...
4        THE WITNESS:  I'm -- I'm happy
5    -- as long as it is preserved as
6    confidential, because I -- I did
7    have a conversation with the
8    attorneys who handle the case, and
9    it is clear that I can't disclose
10    anything until the case is over and
11    maybe even after that.  I don't
12    know.
13 BY MS. BOLGER:
14    Q.  Okay.  Well, I -- I think I'm
15 entitled to an answer to the question.  I
16 don't think Mr. Biss actually disagrees with
17 me, so I'll expect an answer to the question
18 after the deposition is over, or you can
19 answer it now, but I'm going to get it.
20 I'm -- I'm entitled to an answer to this
21 question.
22        MS. BOLGER:  So how to you
23    want to do it?
24        MR. BISS:  I think you are

86 (Pages 338 - 341)

1    entitled to it, but I'm not going
2  to put Mr. Moskalenko in a position
3  of violating some other order or
4  directive or agreement or whatever
5  it is in the other case.
6         I just want to make sure
7  that -- that, you know, we -- we do
8  everything by the book.
9         MS. BOLGER:  "Book."
10       I -- I think I'm entitled to
11  it.  I -- I will get it.  I hope I
12  don't have to compel it, but I'd
13  like the information.
14       MR. BISS:  You won't have to
15  compel it, because we'll -- we'll
16  mark this deposition highly
17  confidential, counsel's eyes only.
18       So as soon as I find out that
19  there's no problem in this other
20  case or no issue or restriction, I
21  will write you an email.
22  BY MS. BOLGER:
23    Q.  Your hourly rate is 330 an hour,
24  right?

1    A.  350 -- wait.  Sorry.  No, no, no.
2  I don't know where you got 330 at all.
3         It's 400 for preparing the report.
4  It's 450 for deposition, and if I have to
5  testify at trial, it's 500.  I don't know
6  where you got 350 -- 330.  That's never
7  featured.
8    Q.  I probably made a mistake.
9    A.  Okay.  That happens.
10   Q.  Did you make more money preparing
11  the rebuttal than you did the opening report?
12   A.  No, I didn't.
13   Q.  Why not.  It's longer.
14   A.  Why do you think it takes longer?
15   Q.  No.  It is longer.  I didn't say it
16  took longer.
17   A.  It is --
18   Q.  It is physically longer.
19   A.  Yeah.  I counted the amount of time
20  it took me to familiarize myself all the
21  materials.  There was a lot.  And reading
22  depositions takes a long time.
23   Q.  Okay.  So that's not the first
24  report.

1    A.  Yeah.  And I didn't have that same
2  amount of background work for the second one.
3    Q.  And you've already testified you
4  did them totally on your own, right?
5    A.  Correct.
6    Q.  Is this rate that you're charging
7  Mr. Biss higher, lower, the same as the other
8  matter?
9    A.  It is the same.
10   Q.  How much have you charged to date?
11   A.  I haven't charged yet.  I haven't.
12   Q.  You didn't charge for the preparing
13  of the report?
14   A.  Not yet.
15   Q.  Okay.  How -- how many --
16   A.  Mr. Biss told me that it will be
17  done after.
18       MR. BISS:  I think there's
19       some -- some miscommunication.
20       You're asking about --
21       MS. BOLGER:  How much money
22       you paid her.
23       MR. BISS:  But you're asking
24       about the time for the deposition,

1    or are you asking about for
2  preparation of the reports?
3       MS. BOLGER:  For the
4  preparation of the reports.
5       THE WITNESS:  Oh, you said how
6  many money I charge today.  I
7  thought today.
8       MS. BOLGER:  To date.
9       THE WITNESS:  Oh, to date.
10  I'm sorry, I'm sorry.
11      MR. BISS:  Oh, I thought -- I
12  thought she said -- I thought you
13  said, "today."
14      THE WITNESS:  So, I -- let's
15  see, a little less than 17,000.  I
16  don't know the exact amount.
17  BY MS. BOLGER:
18   Q.  Okay.  Does that include the
19  rebuttal?
20   A.  It does.
21   Q.  Okay.  And, now, you're telling me
22  that Mr. Biss has told you that he's not
23  going to pay you any amount of money yet for
24  today?  I didn't -- I didn't understand what

87 (Pages 342 - 345)

Page 346

1 the colloquy was.
2     MR. BISS:  No, here's what
3 we're going to do for today:
4 Because I honored your email and
5 the attached case, we're going to
6 send you a bill.  And, then, if the
7 bill isn't paid, then we're going
8 to go to Judge Cave, and compel CNN
9 to pay it.  So we hope that's not
10 necessary.
11     We're --
12     MS. BOLGER:  Why -- why --
13     MR. BISS:  Dr. Moskalenko is
14 going to prepare an invoice of all
15 the time to prepare for the
16 deposition, all the time for the
17 deposition, and whatever travel --
18 other travel costs there are.
19     MS. BOLGER:  We agree with the
20 travel costs.
21     MR. BISS:  Yeah.  And, then,
22 we're going to -- we're going to
23 submit it to you.
24     MS. BOLGER:  Okay.  But I

Page 347

1 would just point out for the record
2 that that decision by Magistrate
3 Judge Cave does not say it should
4 be paid now, and it does not say it
5 should be paid in full, but we
6 don't have to fight about it --
7 that now.
8     I think that's probably it.
9 No further questions.
10         - - -
11     CROSS-EXAMINATION
12         - - -
13 BY MR. BISS:
14   Q.  Okay.  Mr. Moskalenko, I just have
15 a cup of follow-up questions, and I want to
16 start with Exhibit-415.
17     MS. BOLGER:  I'm sorry.  Can I
18 ask one quick question, which I
19 should have asked?
20     MR. BISS:  Yeah, no problem.
21     MS. BOLGER:  Do you have prior
22 drafts of your report?
23     THE WITNESS:  I'm not sure.
24 Maybe.  I'm not sure.

Page 348

1     MS. BOLGER:  Okay.  We would
2 call for the production of prior
3 drafts of the report.
4     Sorry, Steve.
5     MR. BISS:  No problem.
6     Or confirmation there are
7 none, correct?
8     MS. BOLGER:  Yes.
9 BY MR. BISS:
10   Q.  Okay.  Dr. Moskalenko, I want to
11 ask you just a couple of follow-up questions,
12 and, then, I've got two exhibits I'm going to
13 show you.
14   A.  Mm-humm.
15   Q.  So you were shown a copy of
16 Exhibit-415, which is an arguably two-page
17 exhibit, and on the second page you were
18 asked about a tweet by somebody or something
19 called "MadMerlin," and it has a photograph
20 and it's very small.
21   A.  Yes.
22   Q.  Very, very.
23     But it has a reference in here to
24 "Q Sent Me."

Page 349

1   A.  Mm-humm.
2   Q.  And the -- the photograph that's
3 attached is a photograph of General Flynn on
4 the left, some gentleman in -- in the middle.
5 I don't remember his name, but he was
6 identified during Jack Flynn's deposition.
7 And, then, Jack Flynn on the right.
8     And each -- each of the gentlemen
9 is holding or referring to a -- a card or a
10 bumper sticker or whatever it is in their
11 hands.
12     Do you remember Jack Flynn's
13 deposition testimony about this particular
14 picture?
15   A.  I do not.  I'm sorry to say.
16     MS. BOLGER:  I object to the
17 form of the question.
18 BY MR. BISS:
19   Q.  Do you know -- do you know who or
20 where Jack Flynn got the card that he's
21 holding in his hand, do you know where
22 that -- that came from, or how he came to be
23 holding it?
24   A.  I have some vague recollection, but

1 I would be just misstating, so let's just say
2 I don't remember enough to -- to testify to
3 where he got it.
4    Q.  Okay.  Fair enough.
5        And earlier in the deposition, you
6 testified about sarcasm being a motivating
7 factor sometimes for what people tweet --
8        MS. BOLGER:  Object to the
9        form.
10 BY MR. BISS:
11    Q.  -- and you used Michael Rothschild
12 as an example.
13    A.  Yes.
14    Q.  And there are probably plenty
15 other -- other examples.
16        In your experience, do people
17 sometimes tweet things as a joke?
18        MS. BOLGER:  Object to the
19        form of the question.
20        THE WITNESS:  Yes, absolutely.
21 BY MR. BISS:
22    Q.  Okay.  That -- that certainly
23 wouldn't indicate that they were a QAnon
24 follower or a -- or a follower of anyone

1 else; is that correct?
2    A.  That's correct.
3    Q.  All right.
4        I'm going to show you an exhibit.
5        MR. BISS:  Can I borrow an
6        exhibit sticker from you?
7        MS. BOLGER:  Do you want my
8        numbers, or do you want to write
9        your own in?
10        MR. BISS:  I'm going to write
11        my own.  I'm going to mark them
12        Plaintiff's Exhibits.
13        MS. BOLGER:  How many do you
14        have?
15        MR. BISS:  I have two.
16        MS. BOLGER:  Okay.
17        MR. BISS:  A grand total of
18        two.
19        MS. BOLGER:  I'd just -- I'd
20        like at this point to tell you that
21        in my next life I'm going to be an
22        erasable pen salesman, because this
23        is the greatest pen in the world.
24            -  -  -

1        (Whereupon, Exhibit P-72,
2        One-Page Document, was marked for
3        identification.)
4            -  -  -
5 BY MS. BOLGER:
6    Q.  Dr. Moskalenko, I hand you a
7 one-page document that I've premarked for
8 identification as P-72.  The "P" meaning
9 "Plaintiffs."
10        Have you ever seen this document
11 before today?
12    A.  I have not.
13    Q.  All right.
14        Earlier in the deposition, you
15 testified that -- you were asked some
16 questions about a QAnon slogan called #Storm.
17        MS. BOLGER:  Object to the
18        form.
19 BY MR. BISS:
20    Q.  Do you remember that?
21    A.  It was mentioned as some of the
22 QAnon hashtags earlier in the deposition, it
23 was.
24    Q.  And you were asked about "Great

1 Awakening" and other terms that -- that CNN
2 says are QAnon slogans?
3        MS. BOLGER:  Objection to the
4        form of the question.
5        THE WITNESS:  Yes, I was asked
6        about that.
7 BY MR. BISS:
8    Q.  Are you aware that in -- this is a
9 tweet from Melania Trump on June 22, 2012,
10 from somewhere -- she says here, "earth."
11 "Somewhere on earth."
12        Are you aware that sometimes people
13 tweet and use hashtags in -- in the literal
14 sense, such as "A storm is on the way"?
15        MS. BOLGER:  Object to the
16        form.
17        THE WITNESS:  Yes.  And, in
18        fact, I -- I said that I sometimes,
19        you know, use "storm" in a little
20        way, as well, even though I don't
21        feel that's similar to Melania
22        Trump.
23 BY MR. BISS:
24    Q.  All right.

1       And this particular tweet has what
2   appears to be an ominous black sky in the
3   background.
4       Do you see that?
5       A.  I do.
6       Q.  Are you aware that some people
7   believe that a black sky, such as this --
8   this picture shows, is a beautiful depiction
9   of the sky?
10          MS. BOLGER:  Object to the
11      form.
12          THE WITNESS:  Probably.
13  BY MR. BISS:
14      Q.  All right.
15          You can set that to the side.
16      A.  (Witness complies.)
17      Q.  I'm going to show you a document
18  that I'm going to mark as P-73.
19              -  -  -
20          (Whereupon, Exhibit P-73,
21          Multi-Page Document, was marked for
22          identification.)
23              -  -  -
24

1   BY MR. BISS:
2       Q.  This is a multi-page document that
3   I put together for purposes of asking you
4   some questions today.
5           MS. BOLGER:  I'm just going to
6       object to the idea if it's a
7       composite exhibit, but go ahead.
8           MR. BISS:  Yeah.
9   BY MR. BISS:
10      Q.  So, anyway, the first part of the
11  exhibit -- the first four pages of the
12  exhibit are an article that appeared in the
13  Main Line Media News, and this is an article
14  in the Sports section about Villa Maria
15  Academy's Kathy McCartney getting her 500th
16  win.  And the article -- you can read it, but
17  the article is about a high school basketball
18  coach who earned her 500th win back in
19  February of 2023, against -- against Sacred
20  Heart School.
21          Earlier in the deposition, you
22  talked about a basketball coach?
23      A.  Yes.
24      Q.  Okay.  Have you seen this article

1   before today?
2       A.  I don't think I've seen the
3   article.  However, these tweets came up with
4   when I did the search for "Where We Go One,
5   Where We Go One, We Go All" with the hashtag.
6       Q.  Fair enough.  So let's look at the
7   last two pages of the exhibit, and these are
8   photocopies of a Twitter profile and some
9   tweets by Coach McCartney.
10          You don't know Coach McCartney, do
11  you?
12      A.  I do not.
13      Q.  Okay.  And her profile says that
14  she's a coach, a sister, a friend, a
15  long-time learner and a passionate -- and I
16  think that is -- is like --
17          MR. BISS:  No.  It's "liver."
18      She's a passionate liver of life.
19          THE WITNESS:  She lives
20      passionately.
21          MR. BISS:  Okay.  Fair enough.
22      Fair enough.
23  BY MR. BISS:
24      Q.  Okay.  So she's a passionate liver.

1       And she joined Twitter in March of
2   2014.  She has some number of followers an
3   foll- -- and a following.  But I want to ask
4   you most specifically about the -- about the
5   tweets.
6       And I just want to direct your
7   attention to three of these tweets:
8   February 13th, February 3rd, and
9   January 28th.
10      And do you know -- do -- can you
11  see the -- can you see the phrase that she
12  uses there?
13      A.  Yes.
14      Q.  And -- and one of those phrases is,
15  "#Where We Go One, We Go All."
16      Do you see that?
17      A.  I do.
18      Q.  And there's a hashtag that she's
19  put in front of that.
20      A.  Yes.
21      Q.  Okay.  And are you -- do you know
22  what putting a hashtag in front of something
23  on -- on Twitter does?  Do you know what --
24  what the hashtag architecture --

1          MS. BOLGER:  Object to form.
2          THE WITNESS:  It means it's
3      searchable, I understand, though.
4  BY MR. BISS:
5      Q.  Okay.
6      A.  Yeah.
7      Q.  So, in other words, Coach McCartney
8  wasn't hiding anything from anybody.  She
9  wanted that to be searchable.
10         MS. BOLGER:  Object to the
11     form.
12  BY MR. BISS:
13     Q.  She -- she wanted to counsel for
14  CNN, Ms. Bolger, to find that if she -- if
15  she was searching for it, right?
16         MS. BOLGER:  Object to the
17     form of the question.
18         Come on.  If you answer that
19     question, that would be outrageous.
20  BY MR. BISS:
21     Q.  Okay.  So -- so, in other -- in
22  other words, though, she put the hash- -- you
23  see she put the hashtag in front of, "#Where
24  We Go One, We Go All"?

1      A.  I do.
2      Q.  And she also put "#RollCanes."
3          Do you know why she said,
4  "#RollCanes"?
5          MS. BOLGER:  Object.
6          THE WITNESS:  I don't know
7      what that means.
8  BY MR. BISS:
9      Q.  Okay.  Is there anything about
10  these tweets that would suggest to you that
11  Coach McCartney is a QAnon follower?
12     A.  No, there isn't.
13     Q.  Okay.  You can put that to the
14  side.
15     A.  (Witness complies.)
16     Q.  Earlier in the deposition,
17  Ms. Bolger engaged in some chitchat about
18  baseball; do you remember that?
19     A.  Baseball?
20         MS. BOLGER:  Object --
21  BY MR. BISS:
22     Q.  Yeah.  Do you remember her telling
23  you --
24         MS. BOLGER:  Object to the

1      form.
2          I do not.
3          THE WITNESS:  I do not.
4  BY MS. BOLGER:
5      Q.  Do you remember her telling you who
6  her favorite baseball team was --
7      A.  No.
8          MS. BOLGER:  No.
9  BY MR. BISS:
10     Q.  And she said, the Yankees was her
11  favorite team, remember?
12     A.  We were not in the same --
13         MS. BOLGER:  We were not in
14     the same -- that did not happen.
15         We talked about it off the
16     record.
17         MR. BISS:  Oh, okay.
18  BY MR. BISS:
19     Q.  All right.
20         So you weren't here.  You didn't
21  her -- hear Ms. Bolger say the Yankees were
22  her favorite team?
23     A.  I did not, and I -- and I wasn't
24  here and I didn't hear it.

1      Q.  Fair enough.  Did you hear -- were
2  you here, and did you hear Ms. Bolger say
3  that her husband's favorite baseball team is
4  the Baltimore Orioles?
5      A.  Absolutely not.
6      Q.  Okay.  Do you have a favorite
7  baseball team?
8      A.  Do not.
9      Q.  Okay.  I don't either.  I'm -- I'm
10  Canadian.  I don't watch baseball.
11         Would you agree, though, that --
12  and -- and you're familiar there's -- there's
13  sporting good stores around the nation,
14  including publicly traded companies, like
15  DICK'S Sporting Goods.
16     A.  Can you please go easy on the -- on
17  the sports?
18     Q.  No, I understand.  I understand.
19         But you are aware -- you've heard
20  of DICK'S Sporting Goods?
21     A.  Yes, I have.
22     Q.  And you're aware that in sporting
23  goods stores they sell things like Yankees
24  uniforms and some other sporting goods?

Page 362

1    A.  Yes.
2         MS. BOLGER:  Object to the
3    form.
4  BY MR. BISS:
5    Q.  Okay.  And are you aware that there
6  are DICK'S Sporting Goods located in just
7  about every state, including the southern
8  states of Florida and Alabama and those
9  southern states?
10   A.  I was not aware of that.
11   Q.  Okay.  Do you believe that just
12  because a sporting goods store sells Yankees
13  clothing, Yankees hats, shirts, that type of
14  thing, what I would call "Yankees merch," do
15  you believe that that -- that automatically
16  makes them Yankees followers?
17        MS. BOLGER:  Object to the
18   form.  And, also, I don't get it.
19        Go ahead.
20        THE WITNESS:  I do not believe
21   that to be the fact.
22        MR. BISS:  No other questions.
23        Thank you.
24        MS. BOLGER:  I -- just two

Page 363

1    questions.
2         -  -  -
3         REDIRECT EXAMINATION
4         -  -  -
5  BY MS. BOLGER:
6    Q.  Do you have any actual information
7  about what Kathy McCartney's intent was in
8  tweeting out what she tweeted out on Twitter?
9    A.  I do not.
10   Q.  Okay.  So just as you think someone
11  could misunderstand what Jack Flynn said on
12  Twitter, someone could have misunderstand
13  what Kathy McCartney said on Twitter, right?
14   A.  Just as I said, Jack Flynn could
15  have used the term, "Where We Go One, We Go
16  All" to denote unity.
17        So, two, I think Ms. McCarthy can
18  be using it to denote exactly that.
19   Or she could be saying she's a
20  QAnon follower.  We don't know.
21        We don't know anything about her,
22  right?
23   A.  I guess, that's true.
24   Q.  And you're not an expert on

Page 364

1  sporting goods sales, right?
2    A.  Very much not.
3    Q.  Okay.
4         MS. BOLGER:  I have no further
5    questions.
6         -  -  -
7         RECROSS-EXAMINATION
8         -  -  -
9  BY MR. BISS:
10   Q.  Looking at -- one follow-up.
11        Looking a Coach McCartney's tweets
12  and the profile that -- that she wrote of
13  herself, do you think there's any chance that
14  she's a QAnon follower?
15   A.  Not from those data, no.
16   Q.  All right.
17        Is there any data in the Twitter
18  profile of Coach McCartney that would
19  indicate or support the view that she's a
20  QAnon follower?
21   A.  No, there isn't.
22   Q.  Okay.
23        MR. BISS:  No other questions.
24        MS. BOLGER:  I'm going to

Page 365

1    follow up on that.
2         -  -  -
3         REDIRECT EXAMINATION
4         -  -  -
5  BY MS. BOLGER:
6    Q.  Because your inquiry was fact-based
7  based on information provided to you directly
8  by the plaintiff, and no other person would
9  have reached the same conclusions you've
10  reached, right?
11   A.  I don't know that to be the fact.
12  Why -- why would no other person reach the
13  same --
14   Q.  Well, whatever -- that was badly
15  asked.  I'm getting tired.  I apologize.
16        You base your conclusions about the
17  Flynns' intent based on the documents they
18  provided to, yo, your review of them, and I
19  think you agreed with me that when I --
20  before the break, that it's possible that
21  someone could reach the same -- look at the
22  same data, and reach a different conclusion?
23   A.  It is possible that somebody could
24  do that.

92 (Pages 362 - 365)

Page 366

1    Q.  Okay.
2    A.  And, in fact, Matt -- Mike
3  Rothschild seems to have done just that.
4    Q.  Right.
5         MS. BOLGER:  Okay.
6         No further questions.
7         MR. BISS:  She'll read.
8         MS. BOLGER:  Okay.
9         THE VIDEOGRAPHER:  The time is
10        4:39.  We are going off the video
11        record.  This ends Media Unit
12        Number 5, and the video-recorded
13        deposition of Dr. Sophia
14        Moskalenko.
15               -  -  -
16        (Whereupon, the witness was
17        excused at this time.)
18               -  -  -
19        (Whereupon, the deposition
20        concluded at 4:39 p.m.)
21               -  -  -
22
23
24

Page 367

1               -  -  -
2    C-E-R-T-I-F-I-C-A-T-I-O-N
3               -  -  -
4        I hereby certify that the
5    witness was duly sworn in for this
6    deposition matter by the Court
7    Reporter.
8
9

10    _____
      Mary Hammond
11    June 23, 2023
12
13        (The foregoing certification
14    of this transcript does not apply
15    to any reproduction of the same by
16    any means, unless under the direct
17    control and/or supervision of the
18    Registered Professional Reporter.)
19
20
21
22
23
24

93 (Pages 366 - 367)

**[& - 276]**                                                                 Page 1

| & | | | |
|---|---|---|---|
| **&**   122:1 | **13th**   357:8 | **200th**   291:12 | **2021**   19:22 |
| **0** | **1471**   367:9 | **2012**   353:9 | 22:15,22 128:7 |
| **00**   3:15 10:11 | **15**   70:1 | **2014**   357:2 | 164:4,6 199:16 |
| 10:16 | **156**   222:19 | **2019**   132:17 | 200:9 210:16 |
| **02587**   1:3 | 223:9 | 282:3,20 | 210:23 258:13 |
| **1** | **15th**   78:15 | 284:24 | 269:7 271:4 |
| **1**   6:1 51:10 | **16**   243:13 | **2020**   19:12 | 272:7,20 |

**&**

**&**   122:1

**0**

**00**   3:15 10:11 10:16

**02587**   1:3

**1**

**1**   6:1 51:10 96:16 237:3

**10**   3:15 76:12 98:5 123:17

**100**   43:13 99:21 100:20

**10020**   2:9

**102**   2:4

**104**   4:6

**108**   4:8

**10:50**   51:8

**11**   78:6 111:19 325:3 332:11

**112**   4:9 303:20

**11:06**   51:16

**11th**   174:13

**12**   42:5,18,21 125:23 151:19 161:18 162:2 332:23

**12/23/20**   4:15 276:17

**1251**   2:8

**12:18**   125:7

**13**   79:16 107:11 109:22

**13th**   357:8

**1471**   367:9

**15**   70:1

**156**   222:19 223:9

**15th**   78:15

**16**   243:13

**17,000**   345:15

**170**   4:10

**18**   65:1 70:1 150:4 212:20 212:23,24 303:20

**1801**   1:15 6:8

**18th**   1:16

**19**   80:15 98:8 212:21

**19102**   1:17

**1976**   97:8

**1996**   134:4

**1:00**   125:15

**1:21**   1:3

**1st**   75:23 79:23 95:5 258:16

**2**

**2**   51:18 72:4 83:14 95:13,14 125:9 170:22

**20**   95:7 123:18 131:15,18 153:2 162:5 226:6 276:6 277:17

**200**   70:20

**200th**   291:12

**2012**   353:9

**2014**   357:2

**2019**   132:17 282:3,20 284:24

**2020**   19:12 22:7,9,21 48:23 57:4 60:4 70:5,7 71:1 72:11 75:1 90:12 93:23 95:5 96:15,16 97:10 106:3 115:8 116:13 130:3 130:24 132:4 133:1 134:14 138:2 146:14 148:17 150:10 155:18 156:3 158:10 159:10 159:19 163:22 199:16 210:4 213:6 219:16 236:15 238:18 238:19 239:13 239:15 240:21 253:1 258:16 259:6 260:3,22 266:3,5 267:1 267:2,4 276:24 282:3,20 284:24 314:3 338:4,14 339:7

**2021**   19:22 22:15,22 128:7 164:4,6 199:16 200:9 210:16 210:23 258:13 269:7 271:4 272:7,20

**2023**   1:11 5:13 128:6 163:15 210:4,10 226:6 355:19 367:11

**203**   49:7

**20th**   205:14

**21**   131:15 135:2 338:6

**216**   47:24

**21st**   2:8 90:11

**22**   82:6 353:9

**225**   4:12

**22903**   2:4

**22nd**   106:2

**23**   1:11 303:19 367:11

**230**   4:13

**23rd**   5:13 276:24

**24**   70:6

**25**   282:2 303:20

**27**   83:11 88:20 89:1 98:4 99:5 107:10 212:13 213:14,16

**276**   4:14

**[28th - 58]** Page 2

| | | | |
|---|---|---|---|
| **28th** 357:9 | **4** | **421** 4:5 96:7,13 | **4th** 56:11,22 |
| **2:23** 225:9 | | 104:15 247:18 | 57:4 108:17 |
| **2:30** 225:17 | **4** 75:18 88:20 | 247:19 | 129:18 131:5 |
| **2chan** 223:18 | 89:1,8 97:20 | **422** 4:6 104:17 | 146:13 155:18 |
| **2nd** 79:22 | 133:1 134:14 | 104:18,20 | 156:3 159:10 |
| 80:21 | 138:2 148:17 | 105:15 | 187:19 199:1 |
| | 150:10 158:10 | **423** 4:8 108:2,8 | 219:12 237:23 |
| **3** | 174:6 199:16 | 108:11 302:10 | 238:4 239:13 |
| | 223:3 225:19 | **424** 4:9 111:20 | 240:21 253:1 |
| **3** 90:14 97:4 | 238:18 239:14 | 112:1 | 256:23 258:4,5 |
| 106:19 125:17 | 260:22 266:3 | **425** 4:10 | 258:12,15 |
| 223:3 225:11 | 271:4 281:15 | 170:10,16 | 260:3 266:16 |
| 231:11 247:22 | 337:12 | **426** 4:12 | 268:14,24 |
| **30** 70:6 75:2 | **4-1-5** 67:21 | 224:24 225:23 | 270:4,17,22 |
| 117:6 | **40** 223:18 | 226:7 | 271:15,21 |
| **300** 2:3 4:16 | **400** 343:3 | **427** 4:13 | 272:10 314:3 |
| **31** 234:13 | **412** 3:15 10:10 | 230:20 231:3,4 | |
| **32** 333:11 | 10:15 68:9 | **428** 4:14 | **5** |
| **330** 342:23 | **413** 3:16 47:8 | 276:15,22 | |
| 343:2,6 | 47:12 | **429** 4:16 | **5** 22:22 49:7 |
| **34** 3:21 88:9,14 | **414** 3:17 66:22 | 299:24 300:2 | 95:24 96:1,15 |
| 88:17 | 67:4 68:3 | 303:12 | 96:15 106:19 |
| **347** 3:8 | **415** 3:18 67:15 | **430** 299:23 | 174:8 223:3 |
| **350** 343:1,6 | 67:20 68:6,11 | **44** 3:22 90:4,9 | 332:18 337:20 |
| **363** 3:7 | 68:14 347:16 | 221:1 | 366:12 |
| **364** 3:8 | 348:16 | **450** 343:4 | **5,000** 60:19 |
| **365** 3:7 | **416** 3:19 71:13 | **4693** 173:14 | **50** 62:9,12 |
| **37** 3:24 94:22 | 71:15,20 | **47** 3:16 | **500** 33:13 |
| 95:5 | **417** 3:20 83:24 | **48** 4:7 104:22 | 343:5 |
| **38** 4:5 96:8,13 | 84:5 | 105:9 | **500th** 355:15 |
| 247:15,17 | **418** 3:21 88:8 | **4:01** 337:10 | 355:18 |
| 290:23 | 88:13 89:9 | **4:18** 337:18 | **52** 47:24 48:3 |
| **39** 48:14,15,19 | **419** 3:22 90:3,9 | **4:39** 366:10,20 | **55** 71:22 |
| 48:20 | **42** 84:7 88:15 | **4chan** 60:20 | **56** 224:24 |
| **3rd** 78:18 | **420** 3:23 94:21 | | 226:8 |
| 82:11 357:8 | 95:3,7 | | **58** 4:8 108:3,9 |

**59** 4:16 300:3,6
300:7
**5g** 122:1
**5i** 17:23
**5th** 57:4 129:17
129:17,19
271:18

**6**

**6** 89:8 96:16
97:4,21 223:3
247:22
**6/20/23** 4:12
226:1
**61** 4:11 170:11
170:16
**62** 3:17 66:23
67:7 69:6 99:8
**65** 109:21
**66** 3:17
**67** 3:18
**6th** 33:16,22
199:13 221:14

**7**

**7** 24:23 40:4
71:12 90:14
95:14 96:1
170:22 174:6,8
**71** 3:19
**72** 352:1,8
**73** 354:18,20

**8**

**8** 3:7 121:20,20
**80** 72:4 83:14

**84** 3:20
**88** 3:21
**8kun** 60:20
**8th** 76:18
199:16

**9**

**9** 238:18
**90** 3:22
**93** 164:11
**94** 3:23
**96** 4:5
**97** 70:5 75:1
212:8,14,17
213:7 214:16
217:15
**9th** 82:9

**a**

**a.m.** 1:19
**abbreviated**
76:3,3
**abbreviation**
283:1,22
284:17 285:5
285:14 289:18
**abilities** 45:4
**ability** 305:2
**able** 190:17
209:1 284:11
291:13 330:18
332:8
**above** 286:24
289:13 333:8
334:19

**absence** 42:21
45:13,19
126:12 161:19
167:7 203:2
204:15,15,19
**absolutely**
44:17,20 114:4
150:3 163:18
193:11 219:24
260:23 261:4
307:17 322:11
350:20 361:5
**academy's**
355:15
**acc** 232:14
**accept** 44:5
78:4,5 102:3
257:1 259:15
294:11
**accepted** 74:23
75:5 131:10
216:10 256:24
**accepting**
308:6 314:21
**accepts** 215:3
**access** 61:5
330:3,11
**accident** 207:9
209:4
**accidental**
208:16
**accidentally**
291:17
**accidently**
208:18 254:24

290:18 291:11
**accompanied**
189:19
**account** 40:16
74:12 76:20
78:21 79:4
82:12,21 115:7
**accounts** 18:14
20:21,23 21:3
21:11 80:2
114:23 115:3
139:2,7 143:5
143:23 157:18
**accumulated**
161:2
**accurate** 15:24
124:7 135:5
283:24
**accurately** 15:2
230:18 231:9
232:19 326:14
**accused** 212:7
**acknowledg...**
338:17
**acquired**
199:23
**acquiring**
199:17
**acronym**
133:14
**acted** 297:9
306:17
**action** 6:20
34:14 37:16
109:20 110:3

138:17 140:1,3
162:10 204:15
204:15 234:21
**actions** 155:12
162:7 234:19
234:23
**active** 340:1
**activity** 34:15
144:23
**actual** 201:22
246:6 363:6
**actually** 39:5
46:23 48:9
59:14 64:13
65:3 68:19
76:22 78:7
94:1 95:13
98:6 106:18
121:16 142:17
161:10 179:1
192:11 195:6
196:23 206:17
234:21 238:2
240:24 241:23
242:3 247:15
254:1,16
258:15 259:7
260:6,13 262:3
262:15 274:24
279:20 282:16
284:17 295:16
295:17 298:24
299:6,11 341:1
341:16

**added** 133:1
134:15 138:2
146:16 148:18
150:11 154:15
155:18 156:3
158:10 159:10
248:9
**addict** 164:16
**addicts** 19:22
**adding** 248:20
**addition** 64:14
166:10 324:21
324:24
**additional**
132:4 226:17
226:24 228:19
250:8,10
**additionally**
325:16
**addressed**
202:15
**addressing**
228:11 233:5,9
**adds** 193:9
252:1
**adhered** 170:1
**adherence** 15:1
22:10
**adherent** 15:5
18:6
**adherents** 12:1
**adhering** 11:17
**adjacent** 122:4
**administer**
6:18

**admit** 287:24
288:5,6,10
289:3
**admits** 189:14
189:14
**adopted** 107:7
**adrenochrome**
58:14
**adviser** 55:19
**advisor** 55:22
80:24 98:15
**advocate**
119:14
**affection**
128:13
**affidavits** 21:3
**affiliated** 70:5
75:2,6 213:7
213:13 214:17
215:6,7,12,13
215:20 216:1,5
216:24 217:2
217:15,18
218:4,9,20,22
219:1,5,6,10
273:5 294:3
321:10
**affiliates** 217:3
218:5
**affiliating**
215:12 216:10
**affiliations** 7:5
214:20
**aftermath**
37:16 201:11

268:5
**afternoon**
140:19,21
**age** 35:9 73:2
**ago** 19:13
145:23 210:12
210:13 256:14
274:15
**agree** 5:23 15:4
15:7 17:24
19:8 57:7
64:22 66:16
71:23 81:15
100:24 101:8
102:15 103:8
131:10 144:20
154:8 155:16
171:18 193:10
194:18 206:12
219:18,24
220:13 222:2
262:7 275:24
281:6 283:18
290:5 334:2
346:19 361:11
**agreed** 103:24
109:3 260:2
262:5 365:19
**agreeing** 308:2
**agreement** 5:4
18:24 33:9
340:10 342:4
**ahead** 153:10
235:4 261:12
355:7 362:19

**aiming** 327:24
**air** 258:24
**alabama** 362:8
**alert** 172:14
**alex** 3:19 70:22
  71:9,15,21
  77:15 80:11
  81:24 83:2,3
  89:4 93:18
  98:11 107:14
  107:15 214:19
**alice** 64:12,15
**alien** 59:19
**alison** 78:12,14
**alive** 59:14
  82:19 92:7
  259:19
**allegations**
  132:5
**alleged** 110:3
**allegiance**
  37:24,24
  132:24 133:6
  134:14,21
  137:18 138:1
  140:11 146:13
  146:20 148:17
  148:22,24
  149:3,20,22
  150:1,10,15
  153:4 154:15
  154:24 155:17
  156:2 157:5
  158:9 159:9
  162:7 178:5

  195:15 197:17
**allen** 338:23
**alliance** 150:5
**allow** 219:23
**allowed** 53:23
  264:5,7,11
  339:22
**altruism** 99:18
**amazon** 133:10
**amen** 80:23
  98:13
**amended** 25:17
  26:8 242:15
**america** 57:2
  97:10 101:20
**american** 173:5
  175:19,20
  176:23 177:17
**americas** 2:8
**amount** 131:6
  199:2 274:19
  343:19 344:2
  345:16,23
**analogy** 320:14
  320:15
**analyses**
  325:19 330:4
**analysis** 31:19
  278:14,16,17
  284:10 328:13
  330:18,20
  332:9 336:17
**analyze** 332:2,8
**analyzing**
  182:13 332:6

**anniversaries**
  314:13
**answer** 8:14,19
  8:20,23 14:6
  15:16 16:8,10
  16:23 17:3,8
  20:7 22:18
  23:4,20 60:10
  106:9 136:2,5
  151:5 153:11
  161:10 201:13
  227:16,20
  265:11,13,16
  265:18,23,24
  266:1 273:6
  281:3,17 304:5
  304:11 306:22
  308:11,13
  313:2 329:18
  329:19 336:6
  336:13 340:5
  341:15,17,19
  341:20 358:18
**answered** 9:22
  15:14 16:5,9
  16:21 33:13
  86:11,15 87:6
  218:11,13
**answering**
  138:19 143:21
  151:15 152:1
  152:11,15
  241:5
**answers** 8:12
  31:7 219:8

  325:11,14,15
**anti** 121:24,24
  122:1 164:19
**anticipation**
  274:11 275:2
**anybody** 9:17
  55:21 114:11
  114:12,13
  142:14 160:12
  163:22 164:3
  189:3 204:11
  204:12,13,14
  210:19 273:22
  318:11 336:17
  358:8
**anyplace**
  127:13
**anyway** 8:19
  41:17 312:2,3
  315:13 355:10
**aol.com.**
  300:22
**apocalyptic**
  275:10
**apologies** 314:1
**apologize**
  116:11 121:5
  179:18,21,23
  245:3 313:20
  365:15
**app** 132:18
**apparently**
  314:8
**appeal** 126:9
  235:6 246:3,8

246:14,23
**appealing**
262:9
**appear** 81:4
98:19
**appearance**
6:24
**appearances**
7:4
**appeared** 23:11
46:8 60:19
74:11 78:19
96:15 132:10
355:12
**appears** 23:11
71:4 107:6
354:2
**appendix** 339:9
**application**
339:10
**applied** 31:1
**apply** 30:23
324:16 367:14
**appreciate**
109:7 302:12
**approximately**
1:18 117:6
**architecture**
357:24
**archive** 3:18
67:16 68:7
282:10,11
**area** 180:23
**arguably**
348:16

**argued** 39:4
139:15
**arguing** 92:16
92:20 141:9
268:15,21
**argument**
246:2 295:21
**argumentative**
149:13 153:7
162:12 175:10
182:8 183:1,16
185:21 186:19
188:8 190:4
191:17 195:21
197:24 211:8
217:21 252:6
255:5 257:7,12
259:3,9
**arie** 113:22
**arizona** 48:23
**arm** 59:23
**arrest** 58:4
325:21
**article** 3:19
19:21 20:2
48:3 71:16,21
72:9,15 74:20
77:23 78:1,2
79:12 80:12
82:1 83:4 89:4
94:3 106:14
135:11,12
136:11 137:10
197:16 217:16
255:16 271:17

271:21 355:12
355:13,16,17
355:24 356:3
**articles** 32:22
255:20 256:2
256:17 257:2
263:12 264:20
266:16 272:11
292:3
**articulate**
157:1 201:4,5
**articulated**
157:2
**articulating**
287:5
**ascertain** 27:15
**ascertained**
198:19
**ascertaining**
135:4
**aside** 69:20
88:3 102:6
106:24 124:20
**asked** 11:12,14
15:14 16:5,21
37:13 38:16
41:12 46:17
51:24 86:11,15
86:20,22 87:6
121:16 143:18
162:20 165:16
169:22 176:6
184:17 217:13
218:11,12
224:14 227:20

280:19,21
293:3,5 298:14
299:6,14 317:2
321:17 325:10
347:19 348:18
352:15,24
353:5 365:15
**asking** 16:18
26:9,21 39:19
46:21 54:18,19
56:15 87:3,8
94:1 104:3
124:12,14
129:23 138:12
153:19 154:7
154:12 174:2
181:17 184:13
193:15 195:6,7
196:18 201:7
204:5 211:12
211:13 233:8
242:8 248:16
256:13 263:10
272:17 280:14
286:6 291:6
295:20 298:19
300:13 308:3
313:8 320:19
327:13,16
336:12 344:20
344:23 345:1
355:3
**asserted** 133:13
**assess** 184:14
184:16 328:23

331:2
**assessed**  326:14
**assessing**
  182:15 324:23
  325:4 330:24
**assessment**
  99:22 100:14
  100:21
**associated**
  22:11 64:9
  126:5,22
  129:21 228:3
  232:4 233:2,24
  234:7 250:24
  251:3 273:9
  289:19 292:15
  314:22
**association**
  200:20 292:17
**assume**  55:16
**assumed**
  198:18
**assumption**
  55:7,12,15,20
**assumptions**
  55:5
**assure**  299:15
**attached**
  180:16 346:5
  349:3
**attack**  106:8
  174:12 292:12
**attacked**  292:7
**attended**  48:22

**attention**
  142:17 357:7
**attested**  189:10
**attorney**  7:7
**attorneys**  341:8
**attribute**
  138:10 145:19
  145:21 146:24
  147:17 148:7
  149:9,15
  150:20 152:23
  152:23 154:22
  161:20 167:12
  169:20 186:9
  195:11 197:12
  202:13
**attribution**
  11:18 31:24
  32:1 165:12
  192:14
**attributions**
  31:23 32:1
**audience**  178:1
**audio**  5:21
**augment**  75:8
**august**  76:18
  90:11 115:7
  259:6 266:5
  267:1
**aunts**  304:7
**authenticity**
  138:22
**author**  47:20
  123:4 160:17
  338:23

**authoritarian**
  34:18
**authorized**
  6:17 297:18
**authorships**
  123:8
**automatically**
  362:15
**availability**
  43:15
**available**  39:7
  43:10,14 61:17
  119:16 120:10
  157:19 163:21
  164:3 204:16
  214:5,7 318:15
  330:14 332:2
**avenue**  2:8
**awakening**
  64:5 66:12
  78:24 79:7
  191:2 207:1
  288:8,9 291:3
  353:1
**aware**  15:8
  40:6 62:19,22
  127:11 129:2,9
  129:10,19
  130:9,14,23
  131:1 185:10
  185:13,15,22
  186:3 198:21
  199:5 209:6
  211:18,20
  223:21 224:4,6

230:4 263:13
264:19 266:15
272:23,24
273:1,2 353:8
353:12 354:6
361:19,22
362:5,10
**awareness**
  189:1 209:7
**awesome**  89:12
**awkward**
  230:12 262:16
**ayyadurai**
  75:19,20 76:1
  76:9 89:5
  93:17 94:5

**b**

**b**  3:12 4:2 25:6
  302:20
**back**  32:21
  33:3 41:24
  42:3 48:23
  51:17,20 52:16
  52:17 65:1
  68:14 83:12
  90:17 98:3
  107:11 125:16
  125:19 129:24
  144:13 166:8
  192:12,23,23
  192:24 212:12
  225:7,17,21
  228:8 229:16
  236:21 256:4
  263:19 264:15

266:11 271:13
276:4 288:15
289:6 300:10
304:17 327:11
337:18,22
355:18

**back's** 11:21

**background**
175:19 344:2
354:3

**backtracking**
271:7

**backyard**
11:21 42:6,12
152:12,20
162:3

**bad** 164:17
193:21,22,24

**badly** 365:14

**baking** 66:10

**balcony** 132:11

**ballot** 78:19

**ballotpedia**
79:3

**baltimore**
361:4

**banned** 133:10

**banner** 56:1
105:23

**barbara** 95:18
170:24 171:3
174:4 251:23

**barbecue** 11:21
13:5,17 14:14
36:15 42:12

152:12,20
162:3 187:20

**barreled**
194:16 241:5

**base** 45:18,20
159:16 167:18
365:16

**baseball** 359:18
359:19 360:6
361:3,7,10

**based** 16:19
17:14,16 18:12
23:12,13,15,24
24:7,11 32:14
35:2 36:5 37:4
37:20 38:22
43:15 55:16
142:11 168:17
197:16 204:9
213:14 217:16
217:17 218:7
223:20 237:17
253:15,16
254:8,9,11,13
274:11 275:2
287:8,12,16
291:9 322:17
330:4 332:9
365:6,7,17

**baseless** 57:15

**basic** 36:21

**basically**
260:13

**basis** 23:5
55:14 78:2

126:15 127:5,8
138:10 146:23
147:17 148:6
149:8 150:19
152:22 154:21
156:23,24
157:8 161:20
167:11 169:19
186:9 190:21
195:10 197:12
202:13 204:9
236:8,10
266:23 285:19
287:16 292:19
293:1,6 335:10
335:14

**basket** 296:4,6
296:8

**basketball**
314:10 355:17
355:22

**bates** 38:7
299:21

**bathroom** 51:4

**bearing** 186:8
215:3 299:21

**beast** 135:9

**beat** 338:20

**beautiful** 106:8
262:18 354:8

**beds** 59:18,20

**beginning** 1:18
7:6 28:23,24
29:6 114:7
181:14,18

322:23

**begins** 51:18
73:9 125:17
225:18 333:8
334:19 337:19

**behalf** 7:9
108:19 297:10
297:18,24
298:5,7 301:1
301:7,13 302:6
302:14 305:3
305:13,20
306:3,17
307:15

**behavior** 146:3
149:5 191:9
192:15,21
193:18 197:18
198:8

**behaviors**
149:16 153:3

**belief** 12:1 15:1
15:6 17:12
18:7 22:10
23:12,13,15,24
24:4,7,11
31:21 41:20
42:22 58:8
60:3,15 111:8
127:9 140:9
161:24 163:12
169:24 170:2,3
177:6 184:3
192:19 195:3,4
195:7 202:20

203:11 204:18
204:21 273:16
290:16 292:11
295:10 322:19
322:21 324:4,9
330:24 331:24
340:19
**beliefs** 11:17
17:11 21:6,17
24:13,14 31:3
31:8,11 33:14
33:19,22 34:17
37:17,17 57:19
117:21 122:3,4
126:5,8 140:3
144:23 155:13
162:23 170:7
180:17 181:3
189:10 207:8
228:11,12,15
292:9,18 309:2
322:17 323:17
324:15,18,23
325:4,11,18,23
331:3 332:10
**believe** 12:15
18:8 19:12
22:9 24:20
34:1,5,11
39:11 46:8
55:1 57:14
58:13 60:11
76:22 111:15
116:4,4,7
118:17 123:2

161:20 172:19
176:6 177:22
177:23 178:3
182:4 187:22
188:12 205:8
206:9,17
207:17 215:6
217:14 229:6
234:16 237:24
241:20 248:21
252:24 253:14
254:14 258:4,5
261:19 263:7
268:3 273:14
273:19 274:7
293:4,5,8,19
297:14 303:1
304:22,23
308:18 324:14
327:5 330:9
338:4 354:7
362:11,15,20
**believed** 23:7
57:17 126:13
144:18 169:23
177:11 187:3
189:5 191:15
202:15 203:4
227:6 274:4
282:13 292:13
323:7
**believer** 146:10
147:8 151:9
324:2

**believers** 35:15
119:8,8 132:14
220:1 235:7
**believes** 121:10
292:4,11
**believing** 23:2
139:8
**bell** 80:3,8
107:3,6,19,23
109:3,11,13
110:10,13
133:17,20,21
133:23 134:5
**benefit** 192:2
**benefited**
220:14
**benefiting**
140:6
**benefits** 277:5
**best** 43:22 45:4
50:3 105:7
164:8
**better** 20:8
35:14 56:15
84:13 102:5
180:20 196:20
214:12 245:7
245:12
**beyond** 201:6
**bias** 297:5
**biased** 305:16
**biases** 227:4
295:24
**big** 97:6,7 99:5
190:15 251:10

251:21 311:20
**bigger** 109:24
**bill** 59:7 228:5
315:1,16
316:17 346:6,7
**bio** 59:6
**biological**
59:11
**biss** 2:2,3 3:8
7:12,12 8:17
8:20 9:9,11
11:22 12:5
14:4,18 15:14
16:5,12,21
17:4,18 24:15
26:16 27:16,20
28:18,19 30:19
36:7 37:5 39:4
39:10,14,16
40:15 41:5,10
41:14,16 42:13
45:14 46:18
53:21 54:2
68:8 69:15
73:20 77:17
86:11,15 87:6
91:3 93:19
95:6 104:6,17
110:21 128:23
131:8 135:23
136:4,15 142:6
147:2,23 148:3
148:10,13
149:12 150:16
151:1,21 152:2

| | | | |
|---|---|---|---|
| 152:6 153:6 | 247:4,9,12 | 339:15 340:7 | 123:21 134:12 |
| 156:8 157:11 | 252:5,8 253:8 | 340:20 341:16 | 200:9 |
| 157:23 160:7 | 254:3 255:4 | 341:24 342:14 | **bloom's**  123:1 |
| 161:11,15 | 257:6,11 259:2 | 344:7,16,18,23 | **blue**  64:18 |
| 162:11 163:24 | 259:8 260:7,10 | 345:11,22 | 69:11 117:13 |
| 166:21 167:3 | 260:15,19,23 | 346:2,13,21 | **boards**  60:20 |
| 168:5,8 169:1 | 261:4,16 | 347:13,20 | **boat**  111:3 |
| 172:2 175:9 | 263:15 264:6 | 348:5,9 349:18 | 133:18,22 |
| 178:11,15,22 | 264:10 265:5 | 350:10,21 | 134:6 |
| 179:2,8 182:7 | 265:12 266:6 | 351:5,10,15,17 | **bodies**  173:15 |
| 182:18,24 | 268:15,21 | 352:19 353:7 | **body**  46:7 |
| 183:15,23 | 269:9,13,19 | 353:23 354:13 | 236:15 |
| 184:4 185:20 | 270:1,5,10,23 | 355:1,8,9 | **boebert**  72:8,14 |
| 186:18 188:7 | 271:6,10,13,19 | 356:17,21,23 | 72:14,14 73:6 |
| 190:3 191:16 | 271:22 272:1 | 358:4,12,20 | 74:10,16 75:16 |
| 193:21,24 | 274:2 279:16 | 359:8,21 360:9 | 83:13,13 |
| 195:20 196:3,4 | 279:21 280:1 | 360:17,18 | **boebert's**  85:1 |
| 196:9,19 197:3 | 280:19,24 | 362:4,22 364:9 | **bolger**  2:7 3:7 |
| 197:23 200:16 | 281:12,16,22 | 364:23 366:7 | 7:8,8 8:1,3 |
| 200:22 203:22 | 284:1 287:14 | **bit**  52:2 79:16 | 10:14,20,23 |
| 204:24 205:9 | 287:21 288:3 | 111:7 218:22 | 14:8,19 15:15 |
| 206:11 208:2,9 | 288:12 290:9 | 245:7 296:5 | 16:7,13,24 |
| 208:13,21 | 290:13 291:15 | **black**  173:11 | 17:2,7 22:4,6 |
| 209:21 211:4,8 | 292:21 293:12 | 175:13 354:2,7 | 26:17,18 28:2 |
| 211:11 212:10 | 294:13 297:20 | **blah**  278:2,2,2 | 28:3 30:17,22 |
| 212:19 213:3 | 298:17 301:3 | 307:6,6,6 | 39:18 41:1,7 |
| 215:8 217:20 | 301:15 302:23 | **blanket**  78:17 | 41:12,15,18 |
| 218:11,13 | 303:7,10 305:9 | **bless**  57:2 | 45:16 46:20 |
| 219:21 220:6 | 306:8 308:10 | **blog**  21:8 | 47:16 50:14,19 |
| 220:16 229:5 | 313:1 317:8 | 325:20 | 51:1,22 52:5 |
| 229:11 232:21 | 319:18 320:20 | **blood**  58:13 | 52:10,12,14,19 |
| 237:18 238:7 | 321:20 327:1 | 203:7 | 52:23 53:4,23 |
| 238:11,22 | 328:18 329:4 | **bloom**  47:9 | 54:4,9 67:2,8 |
| 239:16 240:8 | 332:4 336:7,19 | 112:20 113:24 | 67:22 68:1,3,5 |
| 243:2 244:3 | 337:7 339:15 | 113:24 123:21 | 68:10,12 69:4 |

**[bolger - book]** Page 11

| | | | |
|---|---|---|---|
| 69:7,8,17 | 197:1,4,6,8 | 280:13,22 | 359:5,17,20,24 |
| 71:19 74:5 | 198:6 201:2 | 281:2,13,19 | 360:4,8,13,21 |
| 77:21 84:4 | 204:1 205:2 | 282:1 287:15 | 361:2 362:2,17 |
| 86:12,18 88:12 | 206:4,18 208:4 | 287:22 288:4 | 362:24 363:5 |
| 89:24 90:7 | 208:11,15 | 288:17 290:11 | 364:4,24 365:5 |
| 91:4 93:20 | 209:15 210:3 | 290:15 291:21 | 366:5,8 |
| 95:1,8,9 96:11 | 211:5 212:11 | 292:22 293:14 | **book**  3:16 19:7 |
| 104:11,14 | 212:22 213:10 | 295:2 298:10 | 19:11,18 47:3 |
| 105:1 108:6,10 | 215:18 218:6 | 299:5,23 300:7 | 47:8,12,17,21 |
| 108:13 109:18 | 218:12,18 | 300:8 301:17 | 48:7,11 49:12 |
| 110:1 111:1,18 | 220:12,22 | 303:3,8,13,21 | 49:14 50:1 |
| 112:9,15 | 224:7,12,22 | 304:12 305:10 | 65:1 69:23 |
| 124:24 125:21 | 225:4 226:4 | 306:11 308:12 | 70:11 71:22 |
| 129:1 131:13 | 229:13,15 | 311:2,8 313:3 | 74:21 80:13 |
| 136:2,9,22 | 231:1,18 232:9 | 313:16,19 | 82:1,3 113:22 |
| 142:21 147:3 | 232:22 238:10 | 314:1,2 317:12 | 113:22,23 |
| 147:24 148:5 | 238:13 239:3 | 319:21 320:23 | 119:11 131:15 |
| 148:11,15 | 240:1,14 243:7 | 321:23 327:4 | 137:7,8,11 |
| 149:18 150:17 | 243:10 244:13 | 328:19 329:16 | 138:16 139:1 |
| 151:12,23 | 247:13 252:23 | 329:20 336:14 | 145:16 146:2,6 |
| 152:9 154:6 | 253:12 255:15 | 337:1,5 338:1 | 146:7 147:7 |
| 156:11 157:20 | 257:8,20 259:4 | 340:16 341:1 | 148:23 149:15 |
| 158:1 160:11 | 259:12 260:17 | 341:13,22 | 149:19 151:8 |
| 161:13,17 | 260:20 261:1,6 | 342:9,22 | 155:3,5,22,24 |
| 162:17 164:1 | 261:11,20 | 344:21 345:3,8 | 157:17 158:2 |
| 167:5 168:6,13 | 264:1,8,12 | 345:17 346:12 | 159:7,15 160:2 |
| 169:8 170:14 | 265:10,14 | 346:19,24 | 160:13,14,19 |
| 172:21 177:7 | 266:8 268:17 | 347:17,21 | 166:11 195:13 |
| 178:13,19 | 268:23 269:11 | 348:1,8 349:16 | 197:15 200:1,6 |
| 179:5,11 183:2 | 269:16,24 | 350:8,18 351:7 | 200:13 210:14 |
| 183:17 186:1 | 270:3,7,12,16 | 351:13,16,19 | 210:22 212:7 |
| 187:14 188:10 | 271:5,8,11,14 | 352:5,17 353:3 | 214:2,8,16 |
| 190:20 192:5 | 271:20,23 | 353:15 354:10 | 215:3,19,22 |
| 195:5 196:1,11 | 272:6 275:18 | 355:5 358:1,10 | 217:15,18 |
| 196:12,21,23 | 276:20 279:19 | 358:14,16 | 220:23 221:1 |

221:19 222:24
227:7 310:6,15
338:11 339:1,4
339:11 342:8,9
**books** 113:11
113:24
**boost** 289:7
**boosted** 282:4
282:21 283:13
284:14 285:2
**boosting**
282:15 296:21
**bordeaux**
29:23
**borrow** 351:5
**boston** 133:20
**bother** 61:1
**bottle** 89:21
**bottom** 13:8
68:22 72:4
78:10 96:1
97:22 237:3
322:4
**bought** 160:2
**box** 67:22
**branded** 133:8
164:24 165:21
166:6 221:7
222:13
**brass** 80:8
110:10,13
**break** 51:3,6,23
53:8 125:1,5
131:19 224:8
225:3,6 336:23

337:8 365:20
**bridges** 134:5
**brief** 51:12
125:11 225:13
274:19 337:14
**briefly** 198:22
**brilliant** 192:7
**bring** 58:3
**bringing** 72:18
73:11 83:18
85:3
**british** 134:1
**broad** 206:1
**brother** 89:14
128:12 175:18
176:18,23
177:16 178:5
179:16 182:6
191:1 193:20
194:2,3 195:1
202:5,8 268:4
288:9 291:2
295:1
**brother's** 191:7
191:22 192:4
249:4
**brothers** 304:6
**brought** 192:8
327:2
**bucket** 185:8
249:24 250:1
**buffet** 311:20
312:3,7,15
314:5

**bumper** 349:10
**bunch** 26:19
56:7 74:3
91:14 237:22
272:10
**bundled** 67:10
**bundy** 330:7
**bunny** 132:13
132:13
**buried** 173:16
**burn** 58:22
**buy** 202:10
249:13 318:11
**buying** 47:6
319:6
**buys** 160:1

### c

**c** 2:1 5:2 99:5
367:2,2
**cabal** 57:21
58:3,4,10
171:4,14 174:4
205:6,11,13
**cabinets** 98:13
**cable** 1:7 6:5
**calculus** 192:9
**calendar** 19:6
**california**
58:22 78:12,18
**california's**
78:15
**call** 22:4 30:17
41:2 50:15
51:4 69:3,5
106:9 126:10

126:11 165:5
192:3 218:14
229:13 248:22
264:20 269:10
270:2,5 303:3
348:2 362:14
**called** 20:12
34:19 58:9
132:13 186:13
216:16 256:19
269:15 274:1
348:19 352:16
**calling** 110:19
110:24 142:24
269:17 320:17
**calls** 218:16
227:7
**calm** 178:22
**camera** 141:15
**camo** 277:3
**campaign**
75:24 78:20
80:2 82:12
132:4
**campus** 133:19
**canadian**
361:10
**cancer** 139:18
**candidate**
73:18 74:1
75:21 76:16
78:15 79:13,21
80:20 82:9
131:20,21
213:17,17,18

**candidates**
70:6 72:8 75:2
75:7 82:2
100:4 116:13
212:8,9,18
213:8,13
214:17
**caption** 124:7
262:23
**card** 349:9,20
**care** 194:20
315:9,11 316:6
316:15
**careful** 8:13
**carried** 61:4
**carte** 60:15
111:8 117:3
203:10
**cartridge**
336:24
**case** 11:24
14:23 15:9
23:22 31:13
35:19 48:10,11
49:22 64:10
97:6 102:8
117:14 118:3
119:20 120:1
139:5 144:5
182:13 183:5
183:11 186:5
207:23 229:10
241:13 242:10
242:24 269:23
283:15 284:18

291:7 325:19
326:19 327:17
329:15 330:16
330:21 332:6
332:20 340:18
341:8,10 342:5
342:20 346:5
**cases** 21:4
119:6 340:1,11
340:23
**catalog** 167:17
**catch** 65:18
309:15 324:2
**catchy** 126:9
**categorizing**
21:14
**category** 206:2
**caught** 52:21
272:3
**caused** 185:14
295:22
**causes** 168:4
**cave** 346:8
347:3
**caveat** 18:8,22
219:9
**celebrate**
314:12
**celebrating**
251:10,18
**celebrities** 58:7
58:11
**center** 24:14
**central** 198:14
220:4

**century** 205:14
**certain** 264:3
274:10 327:14
327:14,15
**certainly** 42:3
166:20 256:3
329:23 350:22
**certainty**
180:16 234:15
323:5,6
**certification**
5:6 367:13
**certify** 367:4
**challenge** 185:8
**chance** 43:7
364:13
**chances** 261:22
292:17,23,24
293:2
**change** 140:23
160:5,22
167:20 256:7
278:14 293:20
336:23
**changed** 18:22
**changing** 33:8
257:21
**channels** 31:17
74:13
**chansley**
122:12
**chapter** 223:3
**chapters** 223:1
223:2,11

**character**
64:19 308:16
**characterize**
322:18
**characterizing**
100:9,12
206:16
**charge** 344:12
345:6
**charged** 344:10
344:11
**charges** 251:11
**charging** 59:23
344:6
**charlottesville**
2:4
**chart** 118:10
**check** 83:1
277:6
**checked** 133:21
**checking** 75:10
**cherner** 2:12
7:11 10:16
50:23 67:6,20
69:6 71:12
104:18 300:6
303:18,23
**childhood**
179:4
**children** 58:12
203:6
**children's**
58:12 203:7
**chill** 178:21

chitchat   359:17
choice   8:21
chooselovv
   80:6
chose   79:11,14
   166:10 171:20
   242:10
chronological
   300:12
chyron   13:8
cinaglia   2:11
   6:11
circular   252:14
   286:11,16
   289:20
circulated
   134:8
citation   158:23
   221:23,24
   239:1 242:16
   278:20 282:10
cite   138:21
   141:8 155:11
   183:19 200:3
   221:18 237:5
   240:16,24
   241:3,6 242:5
   242:13 243:6
   303:19
cited   46:23
   48:11 119:10
   133:14 143:7
   155:5 198:17
   214:13 216:23
   219:3 242:2,16

cites   237:5
   240:20
citing   135:3
   137:23
civilized   90:20
   90:21 91:24
   92:22 333:3
claim   58:15
   168:2 237:6
   240:16 242:14
   276:12 286:22
   289:14 297:2
claiming
   102:11
claims   278:17
clan   304:9
clarifying
   180:1
clarity   153:12
   153:13
classes   72:24
classify   74:16
clause   289:8
clear   36:20
   43:18 114:13
   136:19 189:3
   200:4 208:12
   208:13 257:22
   302:7 304:21
   308:23 324:11
   341:9
clearance
   60:23 61:3
clearly   87:18
   91:19 208:24

234:19,24
   235:8 333:8
   334:20 335:8
clinton   61:7
   171:4,14
   174:18 203:6
close   49:15
   65:3 71:10
closely   131:24
clothes   165:21
clothing   21:19
   144:14 362:13
cnn   3:18 7:10
   12:17 20:23
   25:5,8,8,13
   38:6,6,7,13,16
   38:17,19 39:1
   39:4,13,15,19
   46:8 48:10,22
   49:8,22 51:24
   67:16 68:10,11
   193:24 219:4
   219:10,12
   229:16,18
   231:12,23
   258:8,11 268:5
   268:7,9,10,12
   268:13,20,24
   269:6,22
   270:22 271:3
   286:22 289:13
   346:8 353:1
   358:14
cnn's   17:21
   38:10,10,18

39:22 219:2
coach   314:10
   355:18,22
   356:9,10,14
   358:7 359:11
   364:11,18
code   32:15
   183:3 322:1,2
   322:5
coding   182:12
cognition
   202:22
cohen   271:16
coincide   32:20
coincidence
   132:7
coincidental
   209:9
collateral
   207:11
colleague   7:11
colleague's
   18:13 19:16
colleagues
   172:12
collect   35:5
collections
   120:9
colloquy   346:1
comatose   77:6
come   59:19
   160:22 167:20
   225:7 287:18
   301:5 319:3
   336:5 339:14

358:18
**comes** 101:19
133:16 316:23
319:6
**comfortable**
134:22 167:7
175:4 202:12
202:18 232:4
233:2,23 234:6
250:23 305:7
305:14
**comforting**
21:12
**comfy** 277:4
**coming** 66:11
**comment** 39:6
**commentary**
248:8
**comments**
291:4
**common** 101:8
101:12
**commonly**
57:17
**communicated**
20:16
**communicating**
65:8
**communicati...**
36:15 168:19
254:11
**community**
23:24 59:17
61:12 66:2,19
248:23 249:3

**companies**
361:14
**company**
164:15
**comparable**
120:15
**compare** 88:19
**comparing**
33:24 34:16
93:22 147:11
147:12,14
**comparison**
34:9
**compel** 342:12
342:15 346:8
**compete** 70:7
**compiled**
198:18
**compiling**
182:13
**complaint**
25:24 26:8
109:20,22
110:3 112:8
**complaints**
25:18,19
**complete** 45:19
184:2 329:22
**completely**
127:21 175:1
201:8 294:4,22
330:12
**completing**
227:15,19

**complex** 84:14
**complies** 48:1
48:16 65:2
69:21,24 70:2
76:13 78:8
79:18 80:16
82:7 83:15
84:6 88:4 89:2
90:15 95:12
98:9 105:10,16
106:20 107:1
107:12 108:22
109:1 115:11
121:1,3 124:23
126:1 131:16
151:20 164:12
170:18,23
172:24 220:24
231:6 236:23
243:12 278:24
354:16 359:15
**components**
22:13
**compose** 148:2
**composite**
355:7
**composition**
33:17 35:11
**compound**
153:7 182:8
191:17
**compounded**
281:5
**computer**
32:15

**concept** 324:4
**concierge** 2:13
50:17 52:17
112:5,11
**conclude** 16:19
162:4,5 188:21
231:24 232:23
233:19 234:4
250:21 292:19
**concluded** 83:4
186:9 366:20
**concluding**
190:21 235:21
**conclusion**
37:21,22 143:4
165:23 166:2
182:4 234:2,8
249:11 330:19
335:13 365:22
**conclusions**
30:24 36:2
37:10,18 38:6
38:9,12,13,16
38:17 41:19,22
154:1,11 155:3
155:10 291:9
330:4 333:11
365:9,16
**conclusively**
169:18
**condition**
216:16
**conduct** 35:17
142:23 143:2
195:14

conducted
  118:16
conducting
  324:9
confidence
  134:19 140:8
confident   135:2
confidential
  340:4 341:6
  342:17
confirmation
  348:6
conflated   56:9
conflict   103:2
  295:8,14,17
conflicts   296:7
confus   287:4
confused
  151:18
confusing
  121:4
confusion   93:9
congrats   80:23
congratulations
  98:14
congress   71:1
  72:10 77:16
congressional
  76:17 78:16
  79:22 80:21
  82:10
connected   28:9
  61:10 131:24
  255:1 315:10

connecting
  267:8
connection
  63:15 134:9
  158:3 165:9
  190:1 216:21
  301:23 307:10
connections
  61:9
conservative
  44:2
consider   220:3
consideration
  296:16
considered
  25:2
considers   86:1
  304:20 305:24
consistency
  284:3,9
consistent
  102:13,24
  103:5 112:21
  193:8 206:10
  254:15 286:10
consistently
  205:18 253:3
  282:4,15,20
  283:12,19
  284:5 285:1
  286:11
consortium
  20:10
conspiracies
  223:18 285:2

332:14
conspiracist
  134:1
conspiracists
  221:5 222:11
conspiracy
  21:17 22:11
  23:2,7 31:4
  34:2,5,17 36:9
  42:23 57:15
  60:6 77:3
  82:15,17
  117:21 118:17
  121:10,12
  122:4 126:13
  132:3 146:11
  147:9 151:9
  164:20 165:20
  166:4 172:10
  172:12 174:11
  203:3,14
  204:19,23
  205:5,12
  254:13,20
  282:4,13,21
  283:13 284:14
  289:8 307:6,8
  308:24 324:3
conspiratorial
  223:16
constitution
  13:6 90:23
  92:2 95:19
  97:9 99:18
  101:4,10,16

102:11,17,20
  102:23,24
  103:4,6,10,12
  103:18,22
  104:1,4 245:6
  245:12 333:5
constrained
  44:2
construction
  305:1
construe   14:16
consulted
  339:18,20
contact   39:5
contacts   118:23
contain   314:17
contained
  25:10 40:15
  76:5 221:13
contains
  156:18 239:21
contemplate
  129:5
contemplated
  129:9
content   51:24
  64:10 78:22
  82:12 107:9
  176:21 221:8
  221:21
contention
  166:12
contents
  107:17

**[context - credits]**

**context** 91:18
103:7,12 104:9
129:12 139:24
140:24 143:24
165:11,18
287:1 324:11
**continually**
19:14
**continue** 5:22
242:19
**continued** 4:2
273:4
**continues**
256:20 273:14
**continuity**
18:16
**continuously**
325:22
**contradict**
328:2
**contradiction**
234:22 320:1
333:10
**contrary**
259:18
**contribute**
126:15
**control** 59:7
367:17
**controlled**
58:21
**conversation**
224:20 303:6
341:7

**conversations**
5:19 122:24
**converted**
117:6
**convinced** 74:8
**convincing**
143:24 176:8
**copies** 160:2
**copy** 160:3
170:20 338:5
348:15
**corner** 72:5
95:15 96:2
**correct** 32:5,6,8
32:9,11,17
33:2,3 35:23
35:24 40:9,10
44:3,16 46:1
49:3 57:4,5,9
60:13 63:2
66:2 75:7 82:4
84:23 94:6,17
94:18 99:21
100:13,20
101:20 102:18
103:14 109:13
109:14 111:4
111:17 113:20
113:21 114:20
119:3 120:1
130:21,22,24
135:13 163:23
168:15 184:6
197:22 211:16
219:13 237:20

261:7,12,17
321:5,8 322:3
322:13,14
323:8 324:16
344:5 348:7
351:1,2
**corrected** 32:21
**correcting**
261:14
**correlated**
214:11
**corresponds**
15:21
**costs** 346:18,20
**counsel** 2:5,10
5:4 7:1,3
336:22 358:13
**counsel's**
342:17
**count** 58:5
296:18
**counted** 343:19
**counting**
245:17,18
296:8
**countless** 109:8
**country** 72:20
73:13 83:20
189:7
**couple** 72:2
290:17 348:11
**course** 112:16
282:3,20
284:24 326:11

**court** 1:1 6:14
7:15 10:18,21
12:3,10 15:21
16:17 18:1,2
21:4 27:24
52:7,11 152:3
225:2 231:13
231:16,22
261:8 270:14
310:23 311:5
313:14,17,21
340:24 367:6
**court's** 27:5
32:21
**cousins** 299:8
**cover** 156:1
**coverage**
130:16,19
131:4
**covered** 198:9
**covering**
338:20
**covid** 9:16 59:5
59:11
**crash** 59:14
82:20
**crazy** 105:4
**create** 296:7
**created** 202:3
**creating** 226:15
**credited** 241:14
241:15
**crediting** 239:8
**credits** 241:19

**crime** 171:8
**crisis** 20:4
  164:19
**criteria** 35:7
  117:18 120:3
  217:17,24
  218:1,2
**criterion** 204:3
**cross** 347:11
**crumbs** 66:10
**cryptic** 59:16
  60:19 61:3
**crystal** 208:13
**cuique** 309:24
  310:14
**cult** 99:13,14
  99:19 227:8,11
  227:13,13,14
  227:21 275:10
**cup** 347:15
**currently**
  173:13
**curtis** 76:15,15
  76:23 77:4,15
  98:4
**cuts** 139:16
**cv** 1:3
**cyber** 119:1

**d**

**d** 3:2 5:2
**daily** 135:9
**damage** 207:11
**dancing** 178:13
  178:19

**das** 227:24
  309:20,22
**data** 18:23
  19:15 20:9,9
  21:2 25:1
  32:10,12 33:18
  34:1,2,12 35:5
  35:13 36:5,6
  37:5,16 40:7
  75:11 117:22
  117:23 118:5
  118:15 119:18
  119:22 120:3,4
  139:3 160:4
  170:4 183:18
  183:20 184:3
  214:12,12
  216:22 329:23
  330:2,5,5,8,11
  330:14,17,19
  332:2 338:8,9
  364:15,17
  365:22
**database** 20:12
  20:20 34:14
**dataset** 183:21
  184:2,4
**datasets** 184:1
**date** 19:4 61:17
  61:21 161:5
  210:6 344:10
  345:8,9
**dated** 4:12,15
  90:11 95:4
  106:2 225:24

226:6 276:16
  276:23
**dates** 70:6
  128:8
**davis** 2:7 7:9
**dawn** 310:19
**day** 9:16 40:3
  97:10,23
  193:19 248:7
  248:12 290:3
  330:9,9
**daylights** 84:12
**days** 274:15
**dead** 59:13
**deal** 132:1
**dealings** 249:3
**debunked**
  57:15
**december**
  106:2 267:4
  276:24 338:14
  338:14 339:7
**decided** 128:21
  136:11
**deciding**
  181:21
**decision** 13:20
  249:12 347:2
**deck** 110:10,13
**deemed** 326:19
**deep** 144:18
**deeper** 249:7
**defamation**
  15:9

**default** 79:24
  80:21
**defeated** 75:22
**defend** 95:19
  96:19 97:9
**defendant** 1:8
  2:10 208:7
**defense** 132:21
  174:3 191:7,22
  221:12 250:6
  276:8 277:5,9
  278:1,6 279:8
  279:18,23
  280:10,17
  317:1,3 327:24
**defers** 304:15
**defined** 18:2
  20:19
**definitely** 42:1
  218:12 296:14
**definition**
  12:10 15:22
  19:23 20:14,15
  20:18 21:15
  24:16 32:19
  44:6 118:8
  235:18 303:15
**definitions**
  228:9
**deliberately**
  239:19 240:11
**democratic**
  58:6
**denote** 128:15
  205:18 335:5

335:21,21
363:16,18
**department**
60:24
**depending**
104:8 125:2
160:22
**depends** 62:5
85:24 331:19
**depiction** 354:8
**deposed** 8:7
**deposition** 1:13
5:14 6:2,7 9:5
27:23 28:11,14
28:17 29:4
92:12 128:18
162:19 169:3
176:5 177:11
181:14,19
182:22 189:6
196:7,15,19
237:10 240:23
242:20 256:4
263:19 264:4
264:16 266:12
267:6 279:7
298:2 303:19
306:24 326:24
327:3,23 328:4
328:12 341:18
342:16 343:4
344:24 346:16
346:17 349:6
349:13 350:5
352:14,22

355:21 359:16
366:13,19
367:6
**depositions**
28:5,9 36:19
120:9 246:10
254:15 325:9
327:21 339:19
343:22
**depravity**
164:17
**deprogram**
99:14
**deprogrammi...**
100:7 101:3
**derive** 330:19
332:8
**derived** 330:4
**describe** 45:9
51:24 91:13
153:2 218:2
330:23
**described** 35:2
217:15 228:24
230:1,18 231:9
232:19 267:6
**describing**
324:1
**description**
3:14 4:4 52:2
215:4
**design** 120:7
331:8
**designate** 340:3

**designed** 59:6
**desire** 43:1
253:20
**despite** 53:5
82:19 201:17
201:19,21,23
202:2,4,9,11
253:3
**determination**
93:23
**develop** 331:10
**devices** 59:10
**diagrams** 103:3
**dialogue**
280:23 281:10
**diaz** 29:9 30:14
**dick's** 361:15
361:20 362:6
**difference**
143:19 145:2,6
150:23,24
153:5,14 157:3
157:3 196:14
206:15 330:13
**differences**
33:18
**different** 19:18
23:14 24:9
32:23 44:7,13
61:6 91:14
118:7 120:2,7
136:21 139:14
139:21,23
143:1,16
145:12,14

147:5 149:11
153:16,17,20
153:22 154:9
155:2 157:9
160:18 162:10
162:23 168:11
169:5 180:19
180:21 187:12
192:16 195:2
195:17 197:20
198:3 201:8
202:19 209:12
211:23,23
212:5 216:8,11
218:23 228:14
232:10 242:11
245:3 265:22
286:13 291:24
311:20 320:1
320:18 325:6
328:9 330:12
332:13 365:22
**differently**
142:3
**dig** 249:6
**digital** 167:1
276:8 277:10
278:2
**direct** 7:23 37:3
241:18 357:6
367:16
**directed** 65:22
**directive** 342:4
**directly** 101:17
151:5 189:14

**[directly - double]**

282:23 283:20
285:3 295:9
365:7
**disabled**
132:20
**disagree**
122:10 131:7
131:10 196:24
235:3 242:23
284:2 285:8,11
285:12,16,18
286:14 289:24
294:15 306:6
306:12,15,18
306:20 309:13
320:19 327:20
**disagreeing**
44:4
**disagreement**
194:21
**disagrees**
341:16
**disassociation**
163:2 254:10
**disavow** 132:3
160:17
**disavowing**
307:10
**disclaiming**
103:13,17
**disclose** 341:9
**disclosures**
27:7,8,9
**discount**
294:11,14

**discourse** 219:1
**discover**
266:14
**discovery** 27:7
**discrediting**
240:6
**discussed** 116:8
244:1,5
**discussion**
222:19,20
244:9 246:18
309:18 322:15
324:8 331:15
331:23 332:12
**disguise** 76:23
**dish** 312:20
**dishes** 311:21
312:15 314:5
**disillusioned**
119:13
**dismiss** 26:4
229:7
**dismissal**
251:10
**displays** 21:18
**dispute** 205:10
243:21 244:1
245:9,10,13,15
245:20,22
246:22 279:10
284:17,20
292:8
**distancing**
36:14 168:19

**distinct** 169:7
169:13
**distinction**
326:10
**distinguish**
135:22 136:13
138:15
**district** 1:1,1
27:5 76:17
78:16 79:22
80:21 82:10
**diving** 75:11
**divorced**
161:23,24,24
**doc** 27:7
**doctor** 89:20
**document** 3:18
39:14,20 67:16
68:6 88:16
95:3 121:4
228:23 278:5
280:15 352:2,7
352:10 354:17
354:21 355:2
**documents**
9:20,22 10:1
24:17 38:5,7
38:11,24 40:14
41:3 46:14
191:14 228:24
228:24 229:2,4
287:9 298:11
329:7 331:4
365:17

**doing** 18:12
84:10 85:10,21
86:2 87:1 93:5
108:18 135:24
139:22 143:2
146:2 153:17
155:14 156:13
181:5 189:4
193:20 194:2,4
194:6,7,9
214:13 219:2
320:10 326:1
328:14
**dollar** 228:4
315:1,16
316:17 318:21
**dollars** 176:15
316:1
**dominant**
249:23
**don** 25:15
**donald** 58:1
61:7
**donated** 89:13
176:11,14
194:8 315:24
**donations**
143:13 174:2
192:4 250:6
315:18,21
**donie** 27:23
28:5,15 46:3,5
48:4,22 49:8
**double** 194:15
241:5 292:18

**doubt** 69:18
71:5 86:5,23
87:4 223:7
**doubts** 87:12
**dr** 1:13 3:5
5:14 6:3 8:2
41:4 45:12
83:8 105:2
111:23 123:21
134:12 140:19
140:19,20
226:20 323:2,2
346:13 348:10
352:6 366:13
**drafting** 226:18
**drafts** 347:22
348:3
**dramatic** 221:3
**drastic** 330:14
**draw** 154:1
166:1
**drawing** 151:2
198:4 308:23
**drawn** 20:20
35:3
**drew** 165:22
**drinking** 203:6
**drive** 143:13
**drives** 105:4
**driving** 143:12
**drop** 60:17,18
61:15 62:23
132:8 173:14
173:16 181:23
181:23,23

185:11,14,18
187:15,21
189:1,15 202:3
206:24
**drops** 59:15
61:11,22 62:15
62:20 127:14
173:9 174:22
177:20 190:24
201:22,22
254:21 282:23
283:20 285:3,9
288:7
**due** 229:24
336:9
**duly** 7:19 367:5
**dumping** 60:5
**dunn** 109:11
**dwt.com** 2:9
**dying** 82:19
**dyslexic** 105:3

**e**

**e** 2:1,1 3:2,12
4:2 5:2,2 367:2
**earlier** 42:10
202:16 210:19
211:15 350:5
352:14,22
355:21 359:16
**early** 205:14
**earned** 355:18
**earth** 59:4
164:21 166:5
209:19 212:3
332:14 353:10

353:11
**earthlink.net**
2:5
**easily** 62:1
**east** 223:23
**easter** 132:13
**easy** 27:14
361:16
**educates**
255:14
**effect** 33:21
**effort** 319:16
319:19
**eggs** 296:4
**eight** 300:19
338:18
**eith** 184:15
**either** 59:5 60:5
103:18 119:23
121:16 151:8
164:9 184:15
232:2,24
233:20 246:10
250:22 338:19
361:9
**elders** 205:16
**election** 48:24
60:4 70:7
78:19,20
**elements** 23:3
296:20
**elicit** 31:7
**ellipses** 283:6
**else's** 20:9
114:11,12

**elucidate** 163:5
**eluding** 202:21
**em** 282:8 307:9
**email** 4:16
21:22 22:1,5
279:20 299:20
300:2,10,19,20
300:21 307:1
307:18 342:21
346:4
**emailing** 302:9
**emails** 27:10
163:1 169:4
**embraced**
282:5,22
283:13
**emerged**
236:13
**emergency**
117:10
**emily** 29:23
**emotion** 202:20
**empirically**
209:13 312:21
**employee**
164:14
**en** 54:7
**enables** 35:4
**encouraging**
72:18 73:11
83:18 85:3
90:20,21 92:1
320:11 333:4
**encrypted**
132:18

encyclopedic
166:18
ended 42:2
endless 161:15
endorsing 81:3
98:19
ends 51:9 125:8
225:10 337:11
366:11
energy 60:24
enforceable
322:7
engage 185:14
engaged 143:12
178:16 206:7
206:13 359:17
engaging
139:19 140:7
english 222:14
enlightenment
64:8
enormous 65:7
199:1
enriched 58:14
ensure 149:2
ensuring 133:6
146:20 148:21
150:14 154:19
entire 97:5
167:16 305:3
entirely 310:24
entirety 76:8
76:10 77:14
78:2 80:10
284:4 335:22

entitled 30:20
340:4 341:15
341:20 342:1
342:10
entrenched
273:15
epi 164:18
equivalency
198:5
equivalent
317:24
era 64:8
erasable
351:22
errors 33:4
esoterical
192:19
especially 37:2
227:5 268:4
292:6
esquire 2:3,7
essentially
237:1
ethics 321:12
321:17 322:1,2
322:5
etsy 133:10
event 19:5
events 64:9
everybody
59:23 65:19
142:10 177:23
210:24 261:9
313:23

evidence 14:11
14:23 17:11,14
17:16,17 20:22
20:24 36:8,10
36:13 37:1
38:22 42:22
126:12 134:9
136:20 139:11
140:12 161:19
163:10,13,14
163:20 164:2,5
166:15 169:6
169:14 173:12
175:15 186:23
186:24 188:24
193:17 204:20
206:8 215:24
237:6 240:6,12
240:16 241:10
241:14,15,16
242:9,11,12,13
242:23 243:1,5
243:6,17 246:9
256:1 259:17
267:6 276:12
276:21 278:7
278:10,12,19
278:21 279:2,4
279:5,10 280:8
280:16,20
281:5,8,18
282:12 283:9
284:18,21
286:1,2,8,22
287:20,23,23

289:13,22
297:1,8,21
306:16 307:2
307:21 315:23
316:3,4
evidently
186:15
evocative
262:21
evolution 22:19
evolved 18:11
236:19
evolving 32:19
ex 49:17 230:15
exact 149:5
193:7 345:16
exactly 33:5
91:17 93:16
98:24 138:6,17
139:13 143:2
146:3,22 149:6
149:6 153:3,15
154:8,20 156:6
156:13 162:6,6
162:10 195:13
197:18 260:18
263:20 293:12
316:16 336:5
363:18
examination
7:23 347:11
363:3 364:7
365:3
examine
204:16

examined   7:20
example   24:10
  26:4 35:8,15
  61:6 64:14
  69:1 191:21
  235:1 250:5
  276:22 282:19
  292:10 294:19
  315:16 350:12
examples   145:9
  208:23 209:23
  228:10,14
  325:13 350:15
excellent   96:23
exception
  289:7
excited   178:18
excitement
  308:20
excused   366:17
execute   58:4
exhaustive
  74:15
exhibit   3:15,16
  3:17,18,19,20
  3:21,22,23 4:5
  4:6,8,9,10,12
  4:13,14,16
  10:10,15 47:8
  47:12 66:22
  67:4,15,20
  71:13,15,20
  83:24 84:5
  88:8,13,15,20
  89:1,9 90:3,9

94:21 95:3,24
96:7,13 98:4
99:5 104:15,20
105:15 106:6
107:10 108:2,8
108:21 109:21
111:20 112:1,8
170:10,22
172:23 173:2
212:13 213:14
213:16 224:24
225:23 226:7
230:20 231:3,4
276:15,22
290:23,24
300:2 302:10
303:12 347:16
348:16,17
351:4,6 352:1
354:20 355:7
355:11,12
356:7
exhibits   27:22
  28:4,8 105:3
  167:3 170:16
  176:13 326:4
  348:12 351:12
exist   289:4
existed   310:4
existence
  126:21 241:2,9
  305:12
exists   190:15
  240:7 313:5

expanding
  58:19
expect   144:24
  274:8 341:17
expected
  273:22
experience
  31:16 56:10,11
  101:6 350:16
experienced
  164:16
expert   3:15
  4:12,13 9:6,8
  10:4,7,11,24
  11:13,14 12:6
  14:22 15:23
  16:24 32:7
  35:18 49:17,24
  53:24 156:22
  157:14 159:7
  169:18,22
  179:6,13 180:6
  180:21 182:3
  191:10 225:24
  226:6,11 230:6
  230:8,15,21
  231:10 291:6
  293:24 294:10
  321:4 336:1
  339:8,16,20
  363:24
expertise   66:6
  180:23 181:2
  192:8

experts   291:7
explain   44:11
  128:14 252:18
explained
  189:11 293:4
explanation
  176:1 192:20
  249:13,14,21
  249:23 250:7
  294:12
explanations
  176:8 250:5
explicit   56:21
explicitly   78:22
  82:13
express   43:1
  92:23 127:24
expressed
  109:10 117:20
  166:13 253:17
  254:8,9,10
  267:23
expresses   92:15
  163:3
expressing
  17:20 21:6,16
  36:11 37:2
  84:22 93:6
  128:12 207:7
expression   85:5
  85:7 87:13,16
  87:17,20,22,24
  88:2 107:5
extensive   119:9

**extent** 228:6
**extremely**
  277:4
**extremist** 122:2
**eye** 317:7
**eyes** 342:17

**f**

**f** 76:22 82:18
  133:17 367:2
**fabrication**
  133:24
**face** 89:15
  294:6 307:16
**facebook** 31:18
  77:4 80:2
  133:5 146:19
  148:20 150:13
**facing** 191:8
  206:7,13
**fact** 14:23 23:5
  27:13 63:1
  65:10 74:2
  101:18 131:11
  133:21 141:14
  158:20 159:1
  166:23 175:4
  186:12 193:3,7
  201:17,19,21
  201:23 202:2,4
  202:9 204:17
  204:22 205:3
  206:6 217:2
  239:11 253:3
  261:22 273:1,2
  290:4 302:3

304:22 305:4
327:16 353:18
362:21 365:6
365:11 366:2
**factor** 188:17
  188:23 350:7
**factors** 16:19
  100:3
**facts** 17:10
  25:1 135:4
  157:15,18
  160:21,23
  161:2 167:20
  198:19 220:18
  236:24 283:14
**factual** 157:3,7
  293:1
**factually** 156:7
  156:17
**fad** 185:3 187:2
**failed** 221:14
  243:6 278:16
  329:8
**fails** 237:5
  240:15 242:13
  276:11
**fair** 111:9,10
  123:19 131:6
  267:16,20
  292:16 350:4
  356:6,21,22
  361:1
**fairly** 32:2
  62:11 176:14
  214:14 268:3

**fake** 76:20
  171:7
**false** 14:21
  15:13 16:20
  82:16 151:3,4
  198:4 295:22
  296:18
**falsity** 15:9
**familiar** 36:20
  101:15 144:22
  190:13 237:7
  254:19 308:15
  361:12
**familiarity**
  188:24 237:11
  240:3 241:1
  242:22 253:16
  334:10
**familiarize**
  12:5 201:9
  343:20
**family** 13:4
  43:2 50:6
  68:18,20 89:15
  97:16 108:16
  109:6,6 122:14
  128:11,15
  129:16 133:22
  176:19 178:8
  189:8 194:6
  199:12,18
  237:13 248:17
  249:20 251:9
  251:10,16
  252:3,8,11,13

258:7 268:11
272:13 273:13
273:15,23
274:6 292:14
297:19 298:1,5
298:8,14,24
299:15,19
301:1 302:4,7
302:12,15,18
303:15 304:3,3
304:5,10,16,20
305:1,13,18,23
306:1,2 314:9
314:15
**family's** 305:3
**famous** 205:15
**fancier** 45:8
**far** 52:17 69:10
  167:22 223:23
  339:19
**fast** 311:1,6,7
**favorite** 97:5
  251:21 360:6
  360:11,22
  361:3,6
**featured** 343:7
**featuring**
  122:15 124:9
  134:4
**february** 22:22
  164:3,6 258:13
  269:7 271:4
  272:7,20
  355:19 357:8,8

**feed** 3:21,22
88:9,18 90:4
90:11 95:17
105:22 171:21
174:24 175:2
199:7,9 264:24
284:5 288:11
288:14,20
**feeds** 96:14
**feel** 73:3 166:17
167:6 214:13
249:17 305:7
353:21
**feeling** 292:16
**feelings** 36:12
**felt** 21:13
202:19 229:22
230:9 232:13
292:14
**feminist** 24:11
**fight** 45:11
90:17 106:9
324:12 347:6
**fighter** 171:8
**fighting** 45:15
58:2
**figure** 135:21
198:14 219:19
220:2 262:14
340:13
**file** 42:8,10
**files** 40:7,8,12
**filing** 5:6 26:3
**film** 134:3,7

**filmed** 36:16
129:18
**filtered** 214:9
**filtering** 35:6
**final** 42:20
48:20,21,21,21
164:13,13
221:2 322:20
**financial**
143:11 144:10
176:10 235:7
295:21
**financially** 6:20
220:14
**find** 24:21
84:11 85:12,22
86:9 87:2
116:20 127:20
128:21 209:1
221:3 264:18
277:12 303:14
316:20 328:7
340:14 342:18
358:14
**finding** 287:5
**fine** 14:9 27:3
52:20 94:9
177:23 184:16
213:11 215:2
271:9 280:5
293:21 319:2
**finish** 337:2
**fire** 245:18
**firm** 6:15

**first** 7:19 18:12
37:20 60:19
68:22 72:3,15
76:17 96:17
97:8,21 105:23
132:11 134:24
137:5,6,9
141:7 171:5,15
174:1 178:2
179:17 191:19
194:23 229:7
241:6 277:14
290:1 291:11
300:10,11
302:2 326:5
332:11 333:1,8
334:16,19
338:16 343:23
355:10,11
**firsthand**
164:17
**fits** 43:22
**fitz** 133:23
**five** 116:19
117:24 125:1
237:1 337:8
**flag** 121:21
175:19
**flat** 59:4 164:20
166:5 332:14
**flip** 79:16
108:23 120:24
121:19,19
**flipping** 60:5

**floor** 1:16 2:8
67:13
**florida** 362:8
**flurry** 269:12
**fly** 338:5
**flynn** 1:3,4 3:20
3:23 4:5,7,14
6:4 11:16 13:4
14:24 17:13
28:6,6,6,7,10
29:5,7,11,13,15
29:17,21 36:6
36:8 37:6,21
38:14,21 39:5
39:8 43:8 50:4
50:6,9 53:9,10
53:15,19 54:17
54:21 55:19,22
62:13,14,16,20
69:12 80:24
81:12,20 84:1
84:8 85:24
86:7,20,21
87:4 89:11
90:17 92:7,9
94:16,22 95:18
96:8,23 97:12
97:18,22 98:15
99:1 104:16,21
106:21 108:16
109:6,6 110:4
119:23,23,24
119:24 120:4
122:14,15
124:8,11,15

129:15,18
130:20 131:5
131:20,23
132:16,23
133:4 134:13
134:20 135:22
136:13,14
137:17 138:1,7
140:6,15,18
141:1,6,11,15
142:23 143:2,6
143:23 144:4,6
144:7 145:7,7
145:8,12,14,21
146:1,2,5,6,7
146:12,18,22
147:5,6,8
148:16,20
149:5,16,19
150:9,12,18
151:8,16
153:21,22,23
154:2,4,10,10
154:14,20,23
155:7,13,17
156:2,6 158:8
159:8,24 160:6
161:21 162:9
162:14,16,21
163:16 164:6
165:8 166:13
166:19 167:23
169:16,23
170:24 171:1,3
171:3,5,13,15

173:3,6,13,21
174:2,4,17,21
175:5 176:5
177:9,22 178:4
181:21 184:9
184:17 185:16
185:16 186:6
187:4,18
188:24 190:22
190:23,24
191:2,4 192:13
193:7,11,12,16
193:18 195:14
195:18,19,22
196:7 197:17
197:21 199:12
199:18 200:19
200:24 201:18
201:20 203:15
203:17 204:18
206:7,22 207:3
209:20 211:2
212:2 215:6
216:1,5,12
217:4,9,18
218:9 219:4,11
219:19 220:3,7
220:10,14
221:6 222:3,12
223:14,21
224:4 228:21
230:17 231:8
232:1,6,24
233:20 234:15
236:2,4 237:10

242:21 246:17
247:2,3,6,20
248:2,10,17,17
248:20,24
249:4 250:22
251:11,23
252:1 253:1
255:22 257:3
257:24 258:16
263:7,12
272:12,14
276:7,16,23
277:1,5,24
278:1,5 279:4
279:6,22 280:7
280:9,16 281:9
282:12 283:12
283:19 287:9
287:10,17,24
290:5,21 294:7
294:20,21
295:4 297:8,10
297:12,19
298:8,14,24
299:1,2,2,3,6
299:14,15,18
299:19 300:15
300:23 301:1,2
301:9,23 302:4
302:11,15,18
302:21 304:9
304:15,20,24
305:13,17,18
305:23,24
306:2,16,18

307:3,11,13,22
308:18 309:1,3
310:22 311:4
314:23 315:7,8
315:8 316:1,2
316:24 317:10
317:16,18
319:20 324:14
324:18 327:13
331:3 333:9,12
334:20 335:11
349:3,7,20
363:11,14
**flynn's**   4:10
40:16,17 68:17
81:3,13 85:6
86:23 88:18
90:11 95:4,17
96:14 97:15,24
98:18 105:22
132:21 133:7
144:23 163:7
163:10 167:1
169:20 170:11
170:17 186:10
198:8 199:6,8
207:20 221:11
221:12 222:20
264:16 266:12
275:20 288:11
293:18 298:13
303:14 306:24
309:2 349:6,12
**flynns**   10:5
13:17 25:17

26:8 27:6 40:6
40:12 41:20
42:22 56:24
57:8 81:18
120:18 126:13
130:15 134:23
198:23 232:18
243:22 314:4
316:5 365:17
**focal** 223:14
**folklore** 64:18
**foll** 357:3
**follow** 64:11,19
66:10 81:7
132:22 172:13
185:5 220:3
274:21 275:16
347:15 348:11
364:10 365:1
**followed** 50:11
162:20 219:3
274:16
**follower** 12:11
13:1 15:22
19:2,23 20:16
21:6 22:8,12
22:17 60:12
143:15 146:8
147:10 151:10
165:13 207:18
219:5 236:17
284:22 285:21
324:2 350:24
350:24 359:11
363:20 364:14

364:20
**followers** 11:16
11:23 12:18
13:9 14:14
15:3,20 18:2,5
19:21 20:4,6
20:19 21:14
22:23 25:12
32:20,24 34:4
34:7,11 37:9
37:22 38:15,22
49:9 55:9 56:1
58:5 61:12
66:7 114:18,22
117:14,19
118:9 208:24
210:1 230:18
231:9 232:3,19
233:1,16,21
234:3,6 235:19
235:21,24
236:6 246:4,8
246:24 250:23
267:11 268:11
275:3,8,20,23
276:3 286:23
289:15,23
292:9 296:19
357:2 362:16
**following** 57:14
82:21 152:16
236:12 357:3
**follows** 7:21
13:6 141:18
223:22 307:5

**fools** 84:12
**footnote** 47:24
48:3 49:6,7
71:22 158:6,6
158:13,20
**footprint** 21:20
39:7 167:2
327:18
**foregoing**
367:13
**forests** 58:22
**forget** 80:5
274:20
**forgot** 179:1
205:21
**form** 5:8 8:18
8:22 14:4,18
46:18 53:21
69:16 73:20
77:18 93:19
104:6 110:21
128:24 131:8
142:6 147:2
149:12 151:1
153:6 156:8
157:11,23
160:7 162:11
163:24 166:21
168:5 172:2
175:9 182:7
185:20 186:18
188:7 190:3
191:16 193:22
193:22,24
195:20 197:23

200:22 205:9
206:11 208:21
209:21 211:4
212:10 215:8
217:20 219:21
220:16 232:21
238:8 239:16
240:9 243:3
244:3 253:8
255:4 257:6,11
259:2,8 263:15
266:6 274:2
279:16 284:1
286:19 287:14
287:21 288:3
288:12 291:15
292:21 294:13
297:21 298:18
301:3 302:23
305:9 319:18
320:20 321:20
336:7,19
349:17 350:9
350:19 352:18
353:4,16
354:11 358:1
358:11,17
360:1 362:3,18
**formed** 129:15
**former** 80:23
98:14 164:14
174:7
**forms** 109:7
302:13

formula 203:11
formulate
  184:13,16
  194:13
formulated
  184:7,11
formulating
  182:14
formulation
  18:19
forwards 171:7
  300:17
found 118:19
  118:24 312:21
  313:4,5 317:1
  323:21
foundational
  58:18
four 18:9,10
  113:14,16
  116:19 122:13
  355:11
fourth 131:20
  131:21
fragile 34:19
frame 173:11
  175:13
free 99:23
  100:22 170:8
  173:13 228:3
  316:11,18
  317:13,22
  318:1,21,22
  319:2 320:16
  320:18

freemason
  317:7
freitas 29:19
frequent
  286:20
frequently
  289:19
freudian
  187:24
friday 89:14
friend 89:12
  356:14
friendly 177:4
friends 118:22
  274:6
front 94:11
  183:8 235:10
  241:20 357:19
  357:22 358:23
fuck 91:6,9,10
  91:11 258:19
  333:6
full 42:20 97:21
  106:6 213:3
  282:16,18
  326:7,9,11
  347:5
fully 43:12
function
  323:20
fund 132:21
  174:3 191:7,22
  192:4 221:12
  250:6 276:8
  277:5,9 278:1

278:6 279:8,18
279:24 280:10
280:17 317:3
further 347:9
  364:4 366:6
fusca 76:21
fuzz 30:8

g

g 5:2
gain 143:11
  144:10 192:15
  192:18,20
gained 192:3
gates 59:7
  310:5
gather 37:15
gathering
  34:23 49:9
gatherings 13:1
  13:2,12,13
geddes 133:15
  133:24
gen 302:11
gender 33:18
  33:21 35:9
general 29:7
  31:20 50:6,9
  53:10,15 62:13
  62:14,16,20
  78:20 81:12,13
  97:15,24
  101:18,19
  130:20 131:5
  131:20,23
  132:16,23,23

133:7 134:13
134:20 135:22
136:14 137:17
138:1 140:6
141:1 142:23
143:6,23
144:23 145:7,8
146:6,7,12
147:6,8 148:16
149:16,19
150:9 153:21
153:22 154:2
154:10,23
155:7,13 156:2
158:8 159:8,24
160:6 162:16
162:21 170:5
171:5,15 173:6
185:16 195:14
195:18 197:17
198:8 199:6,8
205:24 219:19
220:10,14
221:5,11 222:3
222:11,20
223:14,21
228:20 232:6
236:1,5,7
246:17 247:2
248:2,10,17,24
251:11 277:5
277:23 294:20
294:21 295:4
297:8 298:13
299:1,2,3,6,14

| | | | |
|---|---|---|---|
| 299:18 301:9 | ghw 1:3 | 36:17,17,24,24 | 161:5 164:23 |
| 302:21 303:14 | giddens 226:20 | 37:8,8 38:3,4,4 | 164:23 173:8,8 |
| 304:15,20,24 | 309:6,8,11 | 39:6 49:8 | 173:23,23 |
| 305:17,24 | gilbert 87:14 | 50:12,12,22 | 174:23,23 |
| 306:16,24 | 200:18 | 52:16,18 57:1 | 178:6,6 181:15 |
| 307:11 308:24 | gist 229:22 | 57:1 60:1 | 181:22,22 |
| 313:8 315:8 | give 8:9,11 10:4 | 61:23,23 66:14 | 185:6,6 186:14 |
| 316:1 317:18 | 11:12,14 19:4 | 66:14 68:23,23 | 186:14 188:14 |
| 319:20 349:3 | 28:21,22 41:11 | 76:2,2 81:20 | 188:14 189:7,8 |
| **generalized** | 58:15 70:19 | 83:12 98:3 | 189:23,23 |
| 35:14 | 81:5 99:7 | 102:18,19 | 190:22,23 |
| **generally** 42:8 | 105:18 140:7 | 106:18 107:5,5 | 191:5,6 198:11 |
| 149:22 | 161:10 180:21 | 107:11 110:5,5 | 198:11 199:8 |
| **genetics** 142:12 | 316:15 317:21 | 110:6,6 121:21 | 201:19,19 |
| **gentleman** | 317:21 318:12 | 121:21 122:13 | 202:11,11 |
| 69:10 76:14 | 320:11,17 | 123:17 125:2 | 206:23,23 |
| 349:4 | 325:13 331:5 | 126:3,3,20,20 | 209:3,3,17,18 |
| **gentlemen** | 336:1 | 127:10,10,12 | 210:20,20,24 |
| 349:8 | **given** 17:10 | 127:12 128:22 | 210:24 214:21 |
| **genuine** 308:19 | 111:22 145:9 | 128:22 129:11 | 214:22 229:16 |
| **genuinely** | 170:19,22 | 129:12,16,17 | 232:8,8 235:4 |
| 242:3 248:21 | 175:17 217:14 | 129:20,20 | 237:7,8 239:6 |
| 252:24 | **gives** 60:2 | 133:2,3,12,12 | 239:6,12,12 |
| **geographic** | 289:16 | 134:16,16 | 244:2 245:14 |
| 35:10 | **giving** 77:2 | 138:4,4 141:11 | 245:14 246:19 |
| **gesticulation** | 81:1 82:15 | 141:12 146:17 | 248:20,21 |
| 148:1,14 | 98:16 180:7 | 146:18 147:18 | 252:2,2,4,4 |
| **getting** 180:20 | 183:9 236:3 | 147:19 148:19 | 253:2,2 255:21 |
| 206:20 232:15 | 241:4 | 148:19 149:1,1 | 256:4,16,16,18 |
| 313:19 315:17 | **glasses** 73:3 | 150:12,12 | 256:18 257:3,3 |
| 315:18,21 | 221:4 | 153:10 154:17 | 257:24 258:1,6 |
| 338:19 355:15 | **glenn** 148:16 | 154:17 155:19 | 258:6 260:1,1 |
| 365:15 | **glitch** 53:6 | 155:20 156:5,5 | 261:12 263:8,8 |
| **ghosted** 338:22 | **go** 5:24 11:20 | 158:11,12 | 263:19 264:15 |
| | 11:21 13:7,7 | 159:11,12 | 264:24,24 |

266:3,3,11,17
266:19 270:11
271:19 272:11
272:11,21,21
275:6 276:9,9
277:10,10
278:6,7 280:17
280:18 282:24
283:1,1,2,21,21
283:22,23
284:16,16
285:4,5,6,6,13
285:13,14
286:12,12
288:1,1 289:11
289:12,18,18
292:13,13
297:13,13
301:2,21 302:4
307:2,9 308:19
309:14,14
310:21,22
311:3,4,14,14
312:18,18
314:11,11
339:19 346:8
355:7 356:4,5
356:5 357:15
357:15 358:24
358:24 361:16
362:19 363:15
363:15
**goals** 99:19
**god** 57:2 92:8
161:16 197:7

330:16 338:12
**goes** 32:15 49:2
95:20 149:2
**going** 8:9 10:14
12:24 16:23
17:5 27:18
41:1 47:3
50:24 51:8,16
59:2 64:24
67:3 69:15
72:24 80:17
90:8 95:2
96:12 104:12
104:14 108:7
111:19,20
125:7,16 136:5
140:17 161:8,8
170:15 187:2
192:24 198:22
224:9,11,22,23
225:2,9,17
226:5,7 238:16
244:6,11
245:14 246:4
254:5 266:11
266:14 274:18
275:14 291:13
303:5 306:24
310:24 311:6,7
337:2,4,5,10,18
341:19 342:1
345:23 346:3,5
346:7,14,22,22
348:12 351:4
351:10,11,21

354:17,18
355:5 364:24
366:10
**good** 5:11 8:2
21:13 26:1
32:2 64:14
192:10 214:3
214:14 262:11
277:6 292:17
361:13
**goods** 361:15
361:20,23,24
362:6,12 364:1
**gosh** 178:5
179:15
**government**
57:22,24 59:19
60:23 61:2
122:5 205:19
**grand** 173:14
351:17
**grant** 339:10
**graph** 48:20
**graphika's**
223:20
**great** 11:11
64:4 66:12
72:20 73:13
78:24 79:6
83:20 125:22
132:1 191:2
207:1 248:14
288:8,9 291:3
292:10 293:18
352:24

**greatest** 171:8
351:23
**gritty** 215:10
**groove** 63:17
**ground** 8:10
**group** 116:21
119:5,6,19
324:9 327:8
**groups** 118:22
122:2
**grow** 136:15
**growing** 236:15
**growth** 59:8
**guarantee**
336:16,21
**guess** 42:8
123:15 224:18
295:9 312:2
363:23
**guessing**
292:23
**guided** 141:19
**guiding** 23:8
**guns** 292:6
**guy** 119:11
293:18
**guys** 125:3
170:20

**h**

**h** 3:12 4:2
**hadden** 78:12
**hagging** 174:19
**hails** 262:21
**half** 18:10
281:9

**hallmarks**
235:18,20,23
236:6
**hammond** 1:19
6:15 367:10
**hand** 10:14
47:3 50:8 72:5
95:2 96:1
213:1 226:5
280:15 349:21
352:6
**handful** 221:2
221:4 222:10
**handle** 97:5
223:24 341:8
**handles** 81:21
**handpicked**
287:24
**hands** 53:10
55:10,24
349:11
**handwriting**
105:19
**hanks** 203:5
**happen** 19:3
81:6 105:2
193:5 308:22
360:14
**happened**
255:1
**happening**
256:6
**happens** 12:22
32:20 160:24
266:21 343:9

**happy** 24:22
89:15 97:22
168:14 248:7
248:12 251:10
265:22 270:19
293:9 341:4
**harassment**
87:7
**hard** 21:1
48:18 69:2
287:5 338:12
**harder** 37:15
**harm** 205:20
**harvest** 58:12
**hash** 290:6
358:22
**hashes** 175:8
**hashtag** 78:24
79:1,2 202:6
216:14 217:7
239:21,23
241:11 262:17
290:17 356:5
357:18,22,24
358:23
**hashtags** 66:14
77:2 106:13
141:23 142:18
192:1 262:17
263:4 282:21
283:19 284:6
285:1 288:7
290:6,21
327:14 352:22
353:13

**hat** 277:3
**hats** 362:13
**hawaii's** 76:16
**hayden** 78:14
78:16,21
**head** 47:2
62:18 183:12
202:23 235:3
309:19
**heads** 8:15
**heal** 59:21
**health** 20:3
117:10
**hear** 73:3 240:6
360:21,24
361:1,2
**heard** 72:16
73:10 121:7
199:21 238:17
361:19
**hearing** 26:4
39:12 229:6
309:19
**hearings** 39:3
**heart** 47:4
202:19,23
262:21 355:20
**held** 1:15 51:13
122:3 125:12
225:14 337:15
**hello** 50:16
**help** 11:9,10
110:11 323:3
323:15

**helped** 199:23
**helping** 287:18
**helps** 37:18
137:20 140:2
**herring** 311:21
311:23
**hey** 50:19
147:23 199:2
269:16 270:7
291:13 318:20
319:2
**hiding** 358:8
**high** 131:22
221:5 222:11
355:17
**higher** 344:7
**highly** 342:16
**highway** 58:23
**hillary** 61:7
174:18 203:6
**hint** 70:19
**hinted** 132:22
**hired** 24:15
**historical** 64:9
**history** 129:3
171:9
**histrionics**
178:17 217:22
**hits** 245:18
**hmm** 84:19
**hoax** 59:5
**hogan** 30:8
**hold** 47:5 117:6
307:7 329:4

**holding** 66:17
  69:12 280:15
  302:15 349:9
  349:21,23
**holds** 108:18
**hollywood**
  58:11 134:3
**homework**
  198:19
**honest** 247:9
  247:12
**honestly**
  334:13 335:17
**honey** 133:23
**honored** 346:4
**hoodie** 277:3
**hope** 219:8
  342:11 346:9
**hopefully** 161:9
**hopes** 35:10
**hoping** 214:10
**hording** 59:22
**horgan** 114:1
**horrific** 139:19
  310:5
**host** 58:19
  66:13
**hour** 9:12
  342:23
**hourly** 342:23
**hours** 329:6
**huge** 175:20
**human** 58:24
  59:1 127:7
  141:22 189:12

  189:24
**humm** 24:24
  49:1 54:15
  72:6 74:22
  78:11,13 79:17
  81:9 105:6,20
  106:4 116:2
  146:15 188:19
  200:8 218:8
  223:12 233:10
  269:4 332:16
  348:14 349:1
**hundreds**
  176:15 290:20
  316:1
**hurt** 204:11,12
**hurting** 90:19
  91:24 92:18,21
  93:7,11 333:3
**husband**
  279:12
**husband's**
  361:3
**hybrids** 59:1
**hypothetical**
  264:9 265:15
  266:20 317:5
  317:15,21
**hypothetically**
  264:5,13 268:2

---

**i**

**idea** 38:24
  57:20 58:1,9
  58:24 59:4,18
  60:2 70:11

  84:23 93:7
  100:6 160:5
  256:9 279:22
  290:23 311:17
  321:9,18
  328:11 355:6
**ideals** 175:6
**ideas** 58:20
  59:9,10 100:8
  116:3
**identical** 155:9
  156:21
**identification**
  10:12 47:14
  66:24 67:18
  71:17 84:2
  88:10 90:5
  94:23 96:9
  104:22 108:4
  112:3 170:12
  226:2 230:22
  276:18 300:4
  352:3,8 354:22
**identified**
  349:6
**identify** 226:10
  340:15
**ideology** 117:3
**ignorant** 256:9
**ignoring**
  250:14
**iii** 224:1 339:9
**illinois** 80:19
**illinois's** 80:20

**image** 69:5
  80:8 122:14
**images** 99:10
**imagine** 92:5,6
**immediately**
  272:9
**implication**
  156:18
**implies** 26:19
  45:12
**implying** 60:22
**important**
  15:10 34:12
  37:17 138:20
  220:4 323:4
**impossible**
  234:14 313:15
  313:24 323:5
**imprecise**
  102:4 326:12
**imprecision**
  293:15
**impression**
  56:14,16
**inaccuracies**
  237:2
**incentive**
  295:12
**inches** 90:1
**incident** 275:4
**incidentally**
  60:23
**inclined** 296:18
  325:14

| | | | |
|---|---|---|---|
| **include** 57:20 | 334:23 335:1 | **individuals** | **inquiry** 365:6 |
| 58:20 79:11,15 | **incorrectly** | 217:16 325:10 | **inscription** |
| 119:24 211:14 | 76:22 | 325:16 | 133:20 134:6 |
| 314:7 345:18 | **incredibly** | **indoctrination** | **inside** 49:8 |
| **included** 27:9 | 328:12 | 99:15 100:8 | **insider** 131:23 |
| 74:21 80:11 | **independence** | **inference** 144:1 | **insignia** 21:19 |
| 81:24 83:4 | 84:11 85:11,22 | 314:21 | **insists** 68:18 |
| 118:15 143:9,9 | 86:9 87:2 | **influence** | **inspection** |
| 198:10 | 97:10,23 | 223:21 | 133:17 |
| **includes** 13:2 | 127:23 128:1 | **influencers** | **inspired** 304:2 |
| 31:5 114:3 | 248:7,12 | 221:4 222:10 | 304:2 |
| 165:19 | 312:22 | 223:22 | **instagram** |
| **including** 25:17 | **independent** | **info** 99:16 | 114:23 115:3,7 |
| 26:8,14,20 | 127:1 305:2 | **information** | **instances** 13:15 |
| 58:10 66:14 | **independently** | 31:11 32:14,16 | 127:20 |
| 70:11 74:10 | 90:22 92:1 | 34:24 37:18 | **instructed** |
| 82:13 94:14 | 185:16 333:4 | 43:10,15 45:13 | 297:11 |
| 98:11 102:20 | **indicate** 66:8 | 45:19,20,23 | **insulting** 152:2 |
| 107:16 132:20 | 203:11 222:6 | 61:4 62:1 | 179:9 |
| 160:23 162:19 | 239:22 252:21 | 79:10,14 80:11 | **insurrection** |
| 162:22 164:20 | 325:17 350:23 | 81:24 140:4 | 33:16 221:15 |
| 166:4 168:18 | 364:19 | 145:19 159:16 | **integrity** 303:4 |
| 172:5 182:16 | **indicated** 54:16 | 159:17,18,22 | **intelligence** |
| 185:6 223:23 | 285:20 | 162:8,14,24 | 171:9 |
| 231:12,23 | **indicating** | 163:6 167:8 | **intend** 291:5 |
| 311:11 361:14 | 83:22 175:5 | 197:21 201:13 | **intended** 154:3 |
| 362:7 | **indication** | 201:14 287:17 | 246:3,7,10,14 |
| **inclusion** 124:1 | 66:18 205:7 | 294:6,17 305:4 | 248:22 |
| **inconsistent** | 209:18 | 305:7 342:13 | **intending** |
| 153:2 | **indicative** | 363:6 365:7 | 153:16 205:20 |
| **incorporated** | 177:5 | **informed** 19:14 | **intensions** |
| 6:6 | **indict** 173:13 | 43:13 | 155:14 |
| **incorrect** 135:6 | **individual** | **ingesting** 58:15 | **intent** 17:21 |
| 211:15 282:6 | 35:22 | **inquiries** | 161:24 201:4,6 |
| 297:15 324:19 | | 324:10 | 201:8 287:11 |

363:7 365:17
**intention** 31:24
   41:21 42:9
   156:18,20
   246:16
**intentionally**
   240:11
**intentions**
   11:19 34:3,4,7
   34:10 37:14,15
   37:19,23 42:24
   140:1 180:18
   181:3 184:3
**interacted**
   330:8
**interaction**
   33:20
**interest** 172:1,4
   235:11,14,15
   295:8,14,18,22
   296:7
**interested** 6:21
   161:4 318:16
   319:5 328:15
   328:16
**interesting**
   33:18 172:15
   222:18,22
   324:8 331:18
**internal** 126:23
   127:4,6 314:16
**international**
   57:21 223:10
**internet** 3:18
   61:18 67:16

68:7 199:17
**interpretation**
   42:24 43:6
   294:23 305:21
   335:15
**interpretations**
   44:15 45:3
   192:17 195:2
**interpreted**
   100:23 218:23
**interpreting**
   334:16
**interrelations**
   33:19
**interrupt**
   118:20 253:22
**interrupted**
   254:3 306:8,23
**interview** 31:10
   43:8 119:16
   182:11,19,23
   183:4,4 196:14
   196:16 331:11
**interviewing**
   182:12
**interviews** 31:9
   118:16 119:9
   119:17 325:7
   325:10 332:6
**intrinsic** 262:4
**introduced**
   27:22 28:4
**invents** 32:15
**invested** 296:5

**investigations**
   328:6
**invited** 61:7
   64:19
**inviting** 185:5
**invoice** 346:14
**involved** 102:8
   132:16 222:23
   279:7,12,17
   280:2 307:24
   310:6,16 327:7
   340:20
**involving** 101:7
**ironically**
   238:15
**isolated** 250:2
   286:3
**issue** 48:10,10
   49:22 50:21
   169:22 206:2
   229:18 258:11
   269:6,22 272:8
   289:9 342:20
**issues** 170:3
   326:22
**items** 133:8
   221:7 222:13

**j**

**j6** 122:3
**jack** 1:3 3:20
   3:23 4:5,6,10
   4:14 6:4 11:15
   14:24 17:12
   28:6 29:21
   36:8 37:2,6,21

38:14,20 39:5
39:8 40:16
43:8 50:4 53:9
53:19 54:16,21
69:12 81:20
84:1,8 85:6,24
86:7 88:18
90:11,17 92:7
92:9 94:16,21
95:4,17 96:7
96:14,23 97:12
97:18,22 99:1
104:16,21
110:4 119:23
120:4 124:11
124:15 129:18
135:22 136:13
137:18 138:7
140:14,18
141:6,11,15
143:2 144:4,6
145:7,12,14,21
146:1,5,22
147:5 149:5
150:18 151:8
151:15 153:23
154:4,10,14,20
155:17 156:6
161:21 162:9
162:14 163:7
163:10,16
164:6 165:8
166:13,19
167:1,23
169:16,20,23

170:10,17
171:1,3,13
173:3,21
174:17,21
175:5 176:5
177:9 181:21
185:16 186:5
186:10 187:4
187:18 188:24
190:22,23,24
191:2,4 192:13
193:7,11,12,16
193:18 195:17
195:19,22
196:7 197:21
200:19,24
201:18,20
203:15,17
204:18 206:7
206:22 207:3
207:20 209:20
211:2 212:2
215:6 216:1,5
216:12 217:4,9
217:18 218:9
219:4,11 220:3
220:7 224:4
228:20 230:17
231:8 232:1,24
233:19 234:15
236:1,4 237:6
247:3,6,20,20
248:20 249:4
250:21 252:1
253:1 255:22

257:3,24
258:16 263:12
264:15 275:20
276:7,16,23
277:1,24,24
278:5 279:4,22
280:6,16 282:3
282:12,20
283:12,19
285:1 286:22
287:9,10,17
288:11 289:14
290:5,21
293:18 297:10
297:11 306:18
314:23 316:2
316:24 317:10
317:16 318:24
319:5 323:6
324:14,18
327:13 331:3
333:9,11
334:20 349:6,7
349:12,20
363:11,14
**jack's** 286:20
289:20
**jacob** 122:12
**jan** 269:7
**january** 33:16
33:22 199:13
199:16 221:14
339:7 357:9
**japan** 222:21
223:14,15,19

223:22
**jargon** 334:11
**jedem** 227:24
309:20,22
**jeff** 134:5
**jeffrey** 30:6,12
**jennifer** 29:19
**jensen** 20:13,17
**jensen's** 34:13
**jews** 58:21
**jfk** 59:13 80:6
133:19
**jfk's** 134:9
**job** 102:5
180:14,14,17
214:14
**joe** 29:17 299:2
**john** 1:3 6:4
76:22 82:18
109:11 114:1
133:17 310:19
**johnny** 82:5,8
83:5
**joined** 357:1
**joining** 188:22
**joke** 350:17
**joked** 338:23
**journa** 226:21
**journalism**
32:8 321:7,13
321:15,19
**journalist** 32:4
46:6 138:24
296:22

**journalistic**
18:14 20:21,23
21:2,10 46:7
131:11 139:1,7
143:5,23 155:4
157:17 198:13
214:11 226:22
227:4 321:3
322:12 323:24
329:24
**journalists**
57:18 61:14
214:10 338:20
**joys** 92:12
**jr** 59:13 76:23
82:18
**jt** 28:12 30:10
63:20
**judge** 26:5
303:6 346:8
347:3
**judge's** 18:19
19:1,9
**judgment**
86:17 101:21
101:22,23
119:19 217:5,8
329:23
**judgments**
120:12 296:1
329:24 330:1
**july** 56:11,22
57:4,4 95:5
96:15,15
108:17 129:17

129:18,19
130:3,24 131:5
133:1 134:14
138:2 146:13
148:17 150:10
155:18 156:3
158:9 159:10
187:19 199:1
199:16 219:12
219:16 237:23
238:4,17
239:13,14
240:21 253:1
256:23 258:4,5
258:12,15
260:3,22 266:3
266:16 268:14
268:24 270:4
270:18,22
271:16,18,21
272:10 314:3,3
**jump** 8:16
**jumped** 238:15
**june** 1:11 5:13
129:17 226:6
338:7 353:9
367:11
**jury** 173:14
**justify** 186:11
**justinformed**
96:24

**k**

**kag2020** 97:23
**kaplan** 3:19
70:22 71:9,16

71:21 73:24
74:8,16,19
77:15 79:11
80:11 81:24
83:2,3 89:4
94:8,14 98:11
100:3,10,12
107:14,15
214:19 215:15
216:3,8,8
217:6,16
218:16 219:7
**kaplan's** 75:5
75:11,13 78:3
93:18,23 94:3
106:14 213:24
215:4 216:11
218:1
**kate** 7:8 8:3
16:23 68:8
87:7 91:3 95:6
135:23,23
136:15 147:23
150:16 151:21
179:9 208:9
238:11 254:4
269:9,9 280:19
301:16 303:7
306:9 313:1
317:9
**katebolger** 2:9
**katherine** 2:7
**kathy** 355:15
363:7,13

**keep** 46:21
62:18 198:4
224:9,11 254:5
255:13 257:15
273:18 275:12
275:12 298:19
309:19 336:12
**keeping** 158:16
**keeps** 314:11
**kennedy** 76:23
82:18
**kennedy's**
110:10,13
111:3 133:17
133:22
**kept** 255:17
257:4 273:11
**key** 309:15
**kicked** 199:14
**kidnap** 58:11
**kidnapping**
203:5
**kill** 204:13,14
**kind** 60:14,24
65:22 73:17
85:7 107:7
120:8 177:6
180:16 183:6
185:3,8 205:23
214:9 220:4
292:10 297:6
314:8
**kinds** 66:4,5,6
73:23 118:15
120:4 139:4

169:5,13
207:13 228:10
228:14 327:23
328:3
**knew** 171:4,14
184:22 227:23
228:3 234:19
235:5 252:17
254:21 256:5
257:3,24 258:1
259:5,6,11
263:17 267:10
273:8,24 294:8
333:12
**know** 8:6 12:13
13:4 21:8 22:9
23:1,6,20
24:10,12 27:17
30:4,10,12,14
32:19 33:1,2,3
36:11 40:23
43:9 46:2,14
47:4,7 48:13
49:24 50:20
51:2 54:6,8
55:1,8 56:19
58:16 59:18
62:11 63:4,10
63:12,16,19
73:22 74:14,18
75:16 77:19
87:23 90:18
91:16,22 94:7
94:10 99:22
100:21 101:11

**[know - law]** Page 37

| | | | |
|---|---|---|---|
| 107:4 110:22 | 252:20 253:1 | 345:16 349:19 | **label** 14:13 |
| 112:22 114:8 | 253:10 254:17 | 349:19,21 | 15:21,24 16:3 |
| 119:12 121:17 | 255:3,7,7,12 | 353:19 356:10 | 16:17 17:10 |
| 124:14 139:15 | 256:22 257:10 | 357:10,21,23 | **labeled** 15:2 |
| 140:10 142:7 | 258:8,11,24 | 359:3,6 363:20 | 38:21 233:16 |
| 142:11,14,19 | 259:10,11 | 363:21 365:11 | 268:10 |
| 143:12 150:22 | 263:2,3,8,16,18 | **knowing** | **labeling** 15:19 |
| 152:6 153:4 | 263:23 265:4 | 234:21 255:13 | 25:11 |
| 154:3 159:13 | 265:13,18 | 268:6 275:3 | **lacey** 29:23 |
| 159:21 172:7 | 266:4,24 | 311:11 324:13 | **lack** 14:24 |
| 176:21 177:18 | 267:16,19,23 | **knowingly** | 17:12 37:2 |
| 177:19 178:4,6 | 268:5,18 | 239:18 | 163:3 252:22 |
| 179:18 184:20 | 272:20 273:17 | **knowledge** | 253:16 254:9 |
| 184:23 185:2 | 274:3,5,6,9,9 | 19:13 31:20,23 | 254:11 334:10 |
| 190:7,15 | 274:22,23 | 37:2 46:7 | **lacking** 144:6 |
| 194:12,21 | 275:4,5,12,13 | 53:18 55:3 | **lady** 132:12 |
| 196:13 199:9 | 279:14,18 | 101:17 163:4 | **lahoud** 113:23 |
| 200:24 201:11 | 286:10,20 | 164:8 167:19 | **language** 102:9 |
| 201:12,17,20 | 289:8,21 294:9 | 182:11 241:10 | 102:10 127:7 |
| 201:22 203:5,7 | 296:4,7 298:23 | 252:22 254:9 | 222:15 |
| 205:19 207:20 | 301:8 302:18 | 267:7 287:9 | **large** 33:12 |
| 207:24 208:5,6 | 303:16 305:11 | 333:9,18,21 | 35:2 57:13,16 |
| 208:6 209:4,11 | 309:10 310:18 | 334:1,21 335:2 | 62:3,6 176:14 |
| 209:11 210:5,5 | 312:1,24 | 335:3 | **largely** 229:1 |
| 210:6 212:4 | 316:19 321:24 | **known** 6:4 58:2 | **lasers** 58:20 |
| 213:24 214:14 | 323:5,6,13 | 61:11 185:7 | 332:15 |
| 214:24 217:2 | 329:24 330:7,9 | **knows** 173:15 | **latin** 309:19 |
| 218:20 222:22 | 330:11 332:23 | 194:12 258:10 | **launched** 75:24 |
| 224:17,20 | 333:1,16,23 | 266:2 274:14 | **lauren** 72:8,14 |
| 228:10 230:12 | 334:3,4,11 | 307:4 333:24 | 73:6 75:16 |
| 233:14 234:14 | 335:17 336:10 | **krishnan** 2:13 | 83:13 85:1 |
| 235:10 242:3 | 338:21,24 | **l** | 164:16 165:10 |
| 244:24 246:16 | 339:2,22 340:4 | **la** 60:15 111:8 | **law** 2:2 78:19 |
| 246:17 249:1 | 340:22 341:12 | 117:3 203:10 | 179:21 321:9 |
| 250:3 252:16 | 342:7 343:2,5 | | 321:17,18 |

lawsuit 12:14
13:10 258:12
272:8
lawsuit's 52:1
lawyer 298:3
298:13 305:22
lawyers 327:22
lay 59:20
lead 188:20
leaders 34:18
leaf 338:5
lean 140:11
learn 86:9
90:21 92:1
333:4
learner 356:15
learning 23:9
84:10 85:11,22
87:1
leaves 101:24
led 221:11
330:9
left 199:14
213:1 349:4
leg 59:23
139:16
legal 109:6
132:21 221:12
276:8 277:9
278:1,6 279:8
279:17,23,23
280:10,16
302:12
legally 322:8

legitimate 81:4
98:20
legs 67:11
lemon 25:15
length 226:14
leslie 1:4 11:15
14:24 17:13
28:6 29:5 36:8
37:6,21 38:14
38:21 39:5,8
40:17 43:8
50:4 53:9,19
54:17,21
119:23 120:4
140:15 151:15
153:23 154:4
228:20 230:17
231:8 232:1,24
233:20 234:15
236:2,4 237:6
237:10,22
238:2 240:21
242:20 250:21
276:7 277:24
277:24 279:5
280:7,9 281:9
286:23 289:14
289:23 297:10
297:12 300:23
301:2,22
306:18 307:3
307:13,21
308:1,18 309:1
309:3 316:24
317:10 323:7

324:14,18
331:3 333:11
letting 275:13
level 60:22
131:22
leveraged
143:10 144:9
lflynn62 300:22
liar 269:18
303:4
liars 68:22
library 133:19
lie 121:14
134:2 269:13
269:14,14
270:6 295:12
295:13,14
301:15
lied 272:2
lies 270:11
lieutenant
131:19
life 179:20
351:21 356:18
light 266:20
334:17
liked 239:12
240:21 327:15
likely 18:15
76:20 193:5
211:22
likert 332:18
likes 64:21
237:22

liking 239:20
limit 44:22
210:11
limited 11:24
12:9 40:19
44:15,19 45:20
45:24 159:18
183:22 184:3
330:2
limits 16:20
lindsey 2:12
7:11 10:20
50:15,20,22
71:20 303:16
line 7:10 50:5,7
68:23 72:22
223:13 240:22
308:23 355:13
lined 55:24
lines 73:8
303:20
link 77:5
132:20 202:9
254:17 277:7
304:17
linked 114:23
115:3,7 215:16
315:6
links 221:8,21
lisa 100:13
lisa77 100:9
list 26:1 32:3
73:18,24 74:15
77:15 93:18
94:5 98:12

100:4 107:16
213:21 237:1
**listed**  24:19
72:9 94:14
112:21 181:13
321:13
**listing**  289:5
**lists**  79:3 98:11
107:14,15
234:24
**literal**  290:22
353:13
**literally**  152:17
291:1
**literature**
190:14
**litigation**
169:19 197:22
229:3 269:6
299:21
**litigations**
230:6
**little**  20:7 52:2
52:16 67:22
79:16 109:23
111:7 218:21
245:7,12
247:16 296:5
345:15 353:19
**live**  299:9
**lived**  150:3
**lively**  119:11
**liver**  356:17,18
356:24

**lives**  356:19
**living**  59:1
**lizard**  58:24
**lizards**  332:17
**lizzy**  165:6
**llp**  2:7
**located**  159:4
362:6
**location**  6:7
35:10
**locked**  171:6,16
**log**  307:9
**logic**  252:15
**logical**  99:17
**long**  9:10 52:20
214:13 290:3
309:18 322:15
341:5 343:22
356:15
**longer**  343:13
343:14,15,16
343:18
**look**  24:17
25:19,23 26:10
26:24 27:8,19
27:21 28:7
35:15 38:5,10
39:24 40:3,4
40:11,20 41:24
42:3 49:5,6
64:24 67:3
68:13 69:22
70:18 71:8
72:1 76:12
78:9 80:15,17

82:5 84:5 88:5
89:8 95:10,23
98:3 99:4
105:14 108:8
108:20 111:19
113:5,10
114:15 120:20
125:23 128:8
131:14 135:7
135:18 137:3
142:19,20
144:12 151:17
151:19 164:11
166:8 170:15
170:21 181:3
189:13 191:24
220:23 222:18
228:19 231:2
234:11 236:21
236:21 256:5
263:20 264:15
264:23 266:11
270:20 278:18
278:22 284:4
325:24 326:3,7
335:19 356:6
365:21
**looked**  13:19
26:2,2,11
27:18 28:8
39:1 40:18,21
83:12,12 128:9
135:17 141:8
159:23 177:13
189:24 191:12

205:6 210:9
212:12 226:15
226:17,19
227:3 228:8,10
228:15 245:16
326:16,18
335:12
**looking**  64:20
86:6 118:4
120:23 140:24
186:23 187:13
211:19 235:20
245:17 247:14
277:15,19,21
364:10,11
**looks**  45:2
100:5 128:11
174:18 178:1
179:14 275:9
**loop**  49:15
**looping**  252:15
**lore**  134:3
**lori**  28:7 29:13
119:24 228:21
315:8
**loser**  174:20
**lot**  33:12 40:23
81:5 83:9
88:21 102:1
104:12 119:15
123:10,12,15
130:16,18
131:2,3 141:2
141:8,10
159:15 172:3

172:11 176:6
187:3 190:11
191:20 198:2
198:12 221:6
222:3,12
236:14 273:16
277:5 310:10
310:13 333:22
343:21
**lots**  188:4,5,5,5
188:5 311:20
**loud**  99:9
**loved**  121:10
**lovely**  330:7
**lovvorn**  79:19
79:20,24 80:5
107:16
**lower**  344:7
**lucrative**  296:9
**lumping**
191:19 205:24
**lunch**  125:2
**lying**  265:5,9

**m**

**m**  2:7
**ma'am**  336:8
**machine**  90:10
**made**  11:19
36:19 53:13
70:17 73:17,23
77:15 81:4
98:19 142:23
145:10 154:23
166:1 189:3
205:15 221:6

222:3,12 228:5
277:4 278:17
343:8
**madison.com**
48:4
**madmerlin**
348:19
**magazine**
223:17
**magistrate**
347:2
**main**  2:3 57:18
64:19 65:7
355:13
**maintained**
20:13
**major**  58:5,17
74:11 82:21
**majority**  167:1
**make**  8:21 9:1
13:20 20:17
23:21 30:21
38:12,15,17
43:15,18 55:4
55:11,20 56:6
58:23 109:23
113:2 119:18
120:11 126:3
144:1 145:12
177:14 182:3
191:6 198:3
199:10 217:5,7
241:9 243:15
244:18 245:24
249:10 273:17

291:4 296:1
314:24 317:17
330:18 342:6
343:10
**makes**  45:2
145:14 155:2
157:4 160:3
162:9 177:14
177:15 193:2
195:17 197:19
250:16 281:4
296:8 362:16
**making**  87:5
88:5 126:7
139:10 165:11
237:13 249:12
273:23 302:7
304:18 326:10
330:3
**malevolent**
205:18
**man**  76:21
**manner**  202:22
**mantra**  232:7
**manuscript**
338:19
**march**  22:21
78:18 82:11
357:1
**maria**  355:14
**mark**  104:14
112:7 214:24
224:23 342:16
351:11 354:18

**marked**  10:11
19:5 47:14
66:23 67:17
68:8 71:16
84:1 88:10
90:5 94:23
95:3 96:9
104:22 108:4
112:2 170:12
226:1 230:22
276:17 300:3
352:2 354:21
**market**  1:16
6:8
**marks**  127:19
128:4
**marshall**
271:16
**martin**  133:15
133:24
**mary**  1:19 6:15
8:12 29:15
367:10
**masculinity**
34:19
**mason**  316:11
316:18 317:13
318:1,21,22
320:16,18
**masons**  228:3
317:22 319:3
**massachusetts**
75:22 79:20,21
**masse**  54:7

matching   35:10

material   30:18
 114:3,4,9,11
 133:9 139:6
 140:13 144:4
 161:1,3 166:9
 207:16 283:20
 285:3,9 324:1

materials   12:4
 27:15,20
 119:16 120:8
 139:4 144:13
 166:16 195:19
 195:24 196:6
 201:10 229:11
 267:24 282:22
 298:6 343:21

matrix   63:4,5,7
 64:17,21 291:2

matt   2:13 50:17
 50:19 52:5,20
 52:24 69:3,4,6
 109:24 112:5
 300:12 366:2

matter   12:4
 41:14 63:1
 74:2 129:7
 163:21 202:22
 316:22 344:8
 367:6

matters   19:22
 73:17 176:3

max   121:24

mccarthy
 363:17

mccartney
 355:15 356:9
 356:10 358:7
 359:11 363:13
 364:18

mccartney's
 363:7 364:11

mean   20:5
 23:13,14,19
 24:5,6 25:9
 43:20 44:12
 46:21 57:5
 66:3 78:1 91:2
 91:5,14,15,16
 91:16,19 93:2
 98:6 103:13,15
 103:17 142:8
 156:16 158:21
 169:17 172:18
 173:11 188:11
 197:6 200:6
 201:3 207:17
 219:11 236:1
 274:24 280:1
 288:23 290:18
 290:22 298:9
 299:10 301:9
 304:4 311:11
 311:15,18
 312:10 317:15
 317:24 323:12
 340:2

meaning   13:20
 14:17 126:21
 126:23 127:4,6

 127:8 128:21
 129:20 199:18
 200:1 259:1,23
 260:2,4 262:4
 262:8,11,13
 297:12 312:16
 314:16,18
 352:8

meanings
 313:11

means   8:22
 13:24 43:24,24
 44:1 65:11,14
 91:9,10,12,17
 178:7 215:12
 253:2 266:4,4
 281:12,16
 301:21 302:18
 302:21,22
 314:22 317:6
 358:2 359:7
 367:16

meant   18:6
 36:22 78:18
 92:7 95:7
 150:6 191:13
 208:8 221:23
 254:22 257:10
 258:6 265:4
 267:1 291:18
 291:20 308:4
 318:3 322:7

measure   170:6
 228:15 324:8
 325:23

measured
 228:13 322:17
 322:19,22
 323:18 324:5
 332:18

measurements
 324:22 325:1

measuring
 228:11 324:15
 324:17

mechanisms
 181:5

med   59:18

media   6:1 40:1
 40:3,7,12,19
 51:9,18 57:23
 65:6 66:7
 73:17 101:7
 119:9 125:8,17
 133:16 158:16
 164:21 191:8
 199:24 200:2,5
 207:19 214:21
 225:10,18
 228:20 267:15
 268:3,3 272:22
 326:1,4,8,15
 327:18,21
 328:22,24
 329:13 337:11
 337:19 355:13
 366:11

medic   63:10

medical   59:24

meenakshi 2:13
meeting 48:23
55:9
melania 132:12
132:12 353:9
353:21
melissa 119:11
mem 189:12
member 189:17
199:11
members 50:6
58:4,10 176:19
305:22,22
membership
21:18
meme 173:4
206:24
memes 65:19
65:20,23 66:2
66:4 190:24
201:21 203:21
205:4 206:1
290:21 327:15
memo 300:13
memorandum
27:5
memory 50:3
89:14 244:5,11
339:3
men 157:4,8
197:7
mental 20:3
117:10
mention 61:22
62:15

mentioned 8:4
61:6 62:20,23
63:2 105:18
106:14 180:6
205:22 285:10
312:21 352:21
merch 362:14
merchandise
133:9 135:13
191:5 221:13
meritage 84:15
mess 105:5
messages 59:16
60:19
messed 67:23
messenger
60:20
met 224:19
309:3
method 99:16
methodology
30:23 31:1,5
31:13,13
213:24 249:12
294:10
methods 31:10
94:10 182:12
182:16,17
214:11 324:17
mia 47:9
112:19 113:24
113:24 123:1
200:9 223:7
270:21 338:21
339:3

mia's 116:16,17
223:1 269:1,21
269:21 270:8
270:12,17,21
271:2,12
michael 55:19
55:22 68:17
80:24 98:15
122:15 124:8
129:15 131:20
131:23 144:7
146:2 221:6
222:12 223:14
232:6 272:12
300:15 350:11
microphones
5:16
mid 339:6
middle 50:7
95:16 115:18
297:6 349:4
midst 13:1
153:9
mike 20:13,17
21:22 34:13
171:5,15 174:2
224:17 231:4
232:18 233:4
274:13,16,22
274:22 275:11
275:17,17
278:9 296:11
296:12,12,17
305:8,15 306:6
306:12 309:10

366:2
milieu 223:16
million 117:6
millions 54:6
mind 86:6,23
133:24 136:19
140:23 175:24
186:8 204:20
227:23 263:1
mindless 99:15
100:7
mine 41:13
93:24 113:16
122:9 197:3
223:5
minor 320:3
minute 50:24
51:3 125:1
257:2 337:8
mirror 255:8
mischaracter
261:5
mischaracteri...
168:8 239:17
240:10 302:24
mischaracteri...
238:8,23
miscommuni...
344:19
misconception
111:2
miserly 44:1
misquoted
213:12

misrepresent
  211:7,9
misrepresented
  12:17 281:23
missing  305:3,7
misspelled  76:1
  76:19
misstate  263:22
misstating
  224:1 350:1
mistake  53:13
  222:1 343:8
misunderstand
  315:3 363:11
  363:12
misunderstan...
  207:10
mixing  169:3
mm  24:24 49:1
  54:15 72:6
  74:22 78:11,13
  79:17 81:9
  105:6,20 106:4
  116:2 146:15
  188:19 200:8
  218:8 223:12
  233:10 269:4
  332:16 348:14
  349:1
moment  16:4
  51:15 129:19
  188:22 260:21
money  132:22
  141:3 145:10
  191:6 202:5,8

203:20 221:6
222:3,12 251:2
251:7 314:22
315:5,10,17,19
316:6,7,10,11
316:13,15,22
317:1,2,17,19
317:21 318:12
319:6,17,20
320:11,17
343:10 344:21
345:6,23
moneys  320:6
month  338:6
months  253:5,6
  254:23 255:22
  255:23,23,23
  255:23,24
  256:10,20,21
  256:21 262:14
  269:8 272:8
  338:13,18
moose  97:6,7
  251:21
morgan  99:6
  99:11,20
  100:10,13,19
morning  5:12
  8:2 140:16
  150:5 230:1
moskalenko
  1:14 3:5 5:15
  6:3 7:18 8:2
  41:4 45:12
  47:10 83:8

105:2 111:23
140:19,20
200:10 323:2
342:2 346:13
347:14 348:10
352:6 366:14
motion  26:4
39:3,12 229:6
motivating
72:17 73:11
83:18 85:3
350:6
motto  273:23
move  89:21
235:3
movement
23:12 36:12
66:9 77:6
101:19 102:9
127:15 140:7
184:21 185:15
186:16 191:4
198:15 202:3
210:21 211:2
220:5 222:20
234:20 235:6
246:13 254:18
254:20 255:2
260:5 267:8
309:16 324:3
333:12
movements
24:1 227:6,9
movie  64:17
107:6 127:14

134:4 260:4
multi  354:21
  355:2
multiple  74:12
mute  5:20
  52:15
mutual  126:11
mythology
  133:14
mü  223:17

**n**

n  2:1 3:2 5:2
  367:2
nagging  174:19
naive  56:15
nakedly  202:6
name  3:14 4:4
  6:11 8:3 63:7
  63:14 76:14
  103:11,12
  119:12 128:2
  156:1 244:16
  338:21 349:5
names  115:2
nation  314:14
  361:13
national  20:10
  20:10 55:17,18
  55:21 80:24
  98:15
natural  85:17
near  245:18
necessarily
  26:22 27:17
  44:15,19 86:3

103:13,15,17
103:20 149:24
160:21 177:5
186:22 315:6
328:4
**necessary**
22:12 216:15
346:10
**neck** 114:16
**need** 8:6 14:5
41:5 45:11
73:2 89:24
92:6 121:8
125:3 136:17
136:20 137:2
138:19 153:12
178:21,22
179:8 190:10
191:24 220:20
225:3 229:23
268:18 316:20
335:16
**needed** 145:24
228:6 294:23
**needs** 139:24
**negative** 85:20
87:15
**neither** 85:19
202:24 307:4
**nelly** 113:23
**nephews** 304:7
**network** 1:7
6:5
**neutral** 85:15
87:17,20,21,24

**88:1** 194:19
**never** 9:16
21:10 80:5
99:19 166:13
179:19 184:17
204:18 212:2
224:19,19
238:17,21
253:20 257:24
258:1,3 262:1
294:2 295:13
306:10 321:6
327:9 329:14
329:22 343:6
**new** 1:1 2:9,9
19:15,15 33:6
33:8,9 119:8
119:18 120:12
160:23 167:19
227:5 229:4
**news** 1:7 6:5
158:4 171:8
172:15 221:7
221:21 222:8
231:12,22
233:19 355:13
**newspaper**
255:16,19
256:2,17 257:2
263:12 264:19
266:15 272:10
292:3
**newspapers**
267:7

**nice** 126:10
182:5 330:10
**nieces** 304:6
**night** 128:17,20
129:10 210:9
**nitty** 215:10
**nod** 8:14
**non** 78:17
198:24
**nonfiction**
159:1
**normatively**
102:1
**norms** 102:7,13
**notary** 1:21
**note** 5:16
**notice** 1:15
53:8 101:2
322:4
**noticing** 7:6
**november** 70:7
**november's**
78:20
**nuance** 61:1
**nuclear** 274:18
304:10
**number** 51:10
51:18 57:16
61:24 62:3,4
62:12 125:9,17
165:20 166:3
170:22 195:1
225:11,19
290:24 299:22
310:16 337:12

337:20 357:2
366:12
**numbered** 38:7
**numbers** 28:22
62:17 105:3
114:16 351:8
**numerous**
117:5 127:20
237:11 242:21

**o**

**o** 5:2 367:2
**o'clock** 125:15
**o'sullivan**
27:23 28:5,15
46:3,5,23 48:4
48:22 49:8
**oakabaeri19**
223:24
**oakabaeri9iii**
224:5
**oath** 6:18 13:5
42:6 50:10
56:24 68:19
77:2 81:1,14
82:15 95:19
97:8,16 98:1
98:16 108:17
109:10 130:15
133:2,6 134:15
138:3 141:4
142:24 143:1
146:17,20
148:19,22
150:11,14
152:13,20

| | | | |
|---|---|---|---|
| 154:16 155:8 | 124:10 142:6 | 354:10 355:6 | 37:17 43:12 |
| 155:19 156:4 | 147:2 149:12 | 358:1,10,16 | 49:17 190:6,9 |
| 156:20 158:11 | 151:1 153:6 | 359:5,20,24 | 190:17 |
| 159:6,11 | 156:8 157:11 | 362:2,17 | **offered** 187:8 |
| 161:21 162:3,6 | 157:23 160:7 | **objection** 8:22 | **offering** 16:2 |
| 167:12 171:2 | 162:11 163:24 | 128:23 131:8 | 25:4 43:5 |
| 173:22 174:10 | 166:21 168:5 | 182:7,24 | **office** 2:2 50:11 |
| 182:2 185:8,17 | 172:2 175:9 | 183:15 193:21 | 56:24 133:2 |
| 186:10,13,16 | 185:20 186:18 | 240:8,9 252:5 | 134:16 138:3 |
| 187:15,16 | 188:7 190:3 | 257:17 297:20 | 146:17 148:19 |
| 188:22 189:6 | 191:16 195:20 | 298:17 353:3 | 150:12 154:16 |
| 189:13,16,22 | 197:23 200:22 | **objections** 5:7 | 155:19 156:4 |
| 191:3 195:11 | 203:22 205:9 | 6:22 | 158:11 159:11 |
| 197:13 198:24 | 206:11 208:21 | **observations** | **offices** 6:10 |
| 199:3,19 | 209:21 211:4 | 37:4 | **oh** 33:12 40:6 |
| 201:24 202:1,3 | 212:10 215:8 | **obtain** 21:1 | 118:14,14 |
| 202:14 203:19 | 217:20,21 | **obtainable** 62:2 | 141:24 161:16 |
| 214:22 237:12 | 219:21 220:16 | **obtained** | 231:15 245:2 |
| 251:21,22,23 | 232:21 238:7,7 | 157:15 | 246:5 282:2 |
| 252:1 255:21 | 239:16 243:2 | **obtaining** | 345:5,9,11 |
| 256:19,22 | 244:3 253:8 | 31:10 | 360:17 |
| 257:4 258:2 | 255:4 257:6,11 | **obviously** | **okay** 8:9 9:4,10 |
| 264:20 272:12 | 259:2,8 263:15 | 70:14 178:7 | 9:20,24 10:3,7 |
| 300:14 | 266:6 274:2 | 192:7 196:16 | 11:3,11,22 |
| **obama** 171:4 | 279:16 284:1 | 227:2 300:11 | 12:8,13 13:11 |
| 171:14 | 287:14,21 | **occam's** 44:16 | 13:23 15:8,12 |
| **obamagate** | 288:3,12 | 44:22 192:22 | 16:1 17:17,20 |
| 174:5 | 291:15 292:21 | **occasion** 284:9 | 18:4 19:20 |
| **obiwan** 115:4 | 294:13 301:3 | **occasional** | 20:2 21:24 |
| **object** 8:18 | 302:23 305:9 | 205:4 | 22:3,21 24:7 |
| 14:4,18 46:18 | 319:18 320:20 | **occasions** | 24:23 25:16,22 |
| 53:21 69:16,16 | 321:20 336:7 | 201:23 | 26:23 27:3,21 |
| 73:20 77:17,17 | 336:19 349:16 | **october** 48:23 | 29:7,21,23 |
| 93:19 104:6 | 350:8,18 | **offer** 14:15,22 | 30:6,16 32:4 |
| 110:21 123:24 | 352:17 353:15 | 15:12,23 17:9 | 32:18 36:1 |

**[okay - ominous]**

Page 46

37:10 39:13,24
40:4,24 42:4
42:17 43:17
44:7 45:1 46:2
46:10 47:20,23
48:6,9,14 49:5
49:11 50:13
51:1 52:11,23
53:5,14,17
54:10 57:6,10
60:9 61:22
62:7,13,22
63:1,12,16
64:4,11,24
65:10 66:5
67:3 68:2,6,13
69:20,22 70:10
70:15,23 71:2
71:5,8 72:1,7
72:13 73:4,5
73:16 74:5
75:18,18 76:12
77:9 78:4
79:10 81:10,17
81:20,23 82:5
82:24 83:8,11
84:18 88:13,17
88:24 89:8,19
90:1 92:11,13
93:10,13,22
94:16,19 95:2
95:10,23 96:12
96:22 97:4
98:3,23 99:4
99:10 100:2,16

101:2,6,14,22
102:3,16
103:16 104:12
105:14 106:24
107:22 108:7
109:5,15,17
110:2 111:6,6
111:11,18
112:11 113:4
113:10 114:6
114:20 115:2,6
115:10,14,17
116:6,16,18,24
117:2,9,13,23
118:2,6,11,24
119:4,21
120:17,20
121:7,14,18,18
123:10,20,24
124:19 126:19
128:20 130:18
131:14,17
134:12,19
136:16 137:6
137:15 138:6,8
138:18 141:7
151:17 158:20
158:23 165:4
168:14 169:12
169:15 170:24
171:20 179:24
184:15,20
186:5 187:23
188:4,13,17
191:19 196:6

199:5,10 204:9
206:19 207:24
213:5,11,16
214:6 215:9
216:19 219:15
219:18,18
222:2,17 223:2
223:6,9 224:7
224:10,17,21
225:4 226:5,14
227:15 228:19
228:23 229:12
230:4,8 231:2
231:17 235:5
236:21 237:17
237:21 238:1
239:11 240:2
242:1,4,7,15
243:8,11,21
245:9,21
247:20 248:5
248:14,24
251:2 252:24
253:22 258:8
258:14 260:1
263:18 264:14
264:22 265:20
266:7,10,13
267:3,5 272:16
276:4,21
277:18,18
278:12,13,22
280:4 281:4,11
281:14 282:16
283:16 285:8

285:12,17
286:4 288:21
289:2,6 295:4
295:6,6,19
297:4 300:9,23
302:8,19 304:8
309:10,13,23
310:4,8 311:19
312:5,8 313:10
313:12,14
320:24 321:16
321:24 322:10
323:10 324:20
325:5 337:4
338:16 339:8
339:16 340:6
340:20,22
341:14 343:9
343:23 344:15
345:18,21
346:24 347:14
348:1,10 350:4
350:22 351:16
355:24 356:13
356:21,24
357:21 358:5
358:21 359:9
359:13 360:17
361:6,9 362:5
362:11 363:10
364:3,22 366:1
366:5,8
**old**   150:4
**ominous**   354:2

[omitted - page]                                              Page 47

omitted   29:2
  30:5
once   76:24
  158:23 189:22
  189:22,22
one's   90:19
  91:24 333:2
ones   49:20
  58:19 250:8,11
  314:17
online   21:20
  39:7 57:13
  166:19 185:4
  189:16 191:3
  291:5
open   42:2
  122:1
opening   49:18
  326:6 343:11
operational
  20:15
opine   13:23
  14:2,10 37:13
  38:19 180:15
  180:17 329:12
opined   38:20
opining   159:24
  167:7
opinion   9:6,8
  11:13,15 14:15
  14:21,22 15:13
  15:17,23 16:2
  17:9,21 19:9
  27:6 37:6
  42:11 43:11,13

43:14 44:8
46:12 49:24
54:18 56:7
78:3 129:23
130:4,5 145:18
147:21 156:23
156:24 157:8
159:7,16 161:5
161:23 162:22
162:23 167:18
167:20 168:17
169:7,23 179:7
179:13 180:5,6
182:10 187:9
190:6,10,18
191:10 204:4
216:7,8 230:8
230:15 231:10
235:9,22 236:3
285:19 286:19
291:6 293:2,17
293:22,23,24
307:13 308:14
308:17 332:9
336:2,2
opinions   25:4
  44:18,21 49:18
  180:21 232:13
  295:22 297:11
opioid   19:21
  164:18,18
opportunity
  329:5
opposed   35:16
  37:11 75:15

217:1
opposite   143:3
  148:12 154:11
  301:11 316:14
orally   8:14
order   12:6 27:6
  31:7 58:12
  120:11 143:13
  246:19 273:17
  300:12 340:3,9
  342:3
organization
  158:4,4 231:12
  231:23
organizations
  233:19
organize   125:4
original   59:15
  74:17 75:14
  226:16
originally
  271:1
originated
  185:1 223:19
orioles   361:4
orthodoxy
  111:11
outcome   6:21
outer   58:21
outlets   158:17
outrage   91:15
  91:20 92:3,15
  92:23 93:7
outrageous
  41:8 358:19

outside   55:3
  103:7 130:10
  176:2 191:12
  210:20 229:2
outspoken
  119:14
overlap   103:8
  121:24
overreach
  122:5
own   18:13
  19:15 21:7
  61:8 84:10
  85:10,21 86:2
  86:8 87:1
  172:5 215:3
  228:1 249:2
  307:8 310:9
  311:10 312:9
  344:4 351:9,11

**p**

p   1:3 2:1,1 5:2
  352:1,8,8
  354:18,20
p.m.   366:20
pa   314:10
page   3:6,14 4:4
  24:23 28:22,22
  40:4 42:5,18
  42:21 47:24
  48:14,19,20
  49:7,11 65:1
  70:1,20 72:4
  75:18 76:12
  78:6,6,7,10

79:16 80:15
81:10 82:6
83:1,11,14
88:20 89:1,8
90:14 95:11,13
95:14,14,24,24
96:1,16 97:4
97:20,20 98:5
98:8,8,24 99:7
99:8 105:23
106:19 107:11
108:20 109:22
113:5 114:16
115:10 116:12
117:9 118:4
120:21 125:23
131:15,18
135:2 151:19
153:2 161:18
162:2,5 164:11
170:21,22,22
172:22 173:2
173:24 174:1,6
174:8 175:12
212:20,21
213:2 221:1
222:19 223:9
231:11 237:3
243:11,13
247:22 248:5
276:6 277:17
281:21 282:2
300:10 303:19
303:20 323:22
325:3 332:11

332:23 333:11
348:16,17
352:2,7 354:21
355:2
**pages**  113:10
116:19 355:11
356:7
**paid**  295:11
296:2 344:22
346:7 347:4,5
**pain**  73:3
114:16
**painkiller**
164:16
**painted**  330:12
**panels**  123:11
**panoply**  193:18
327:9
**paper**  83:9
125:4
**para**  297:4
**paragraph**
25:3 42:21
70:3 73:5 74:4
126:2 158:21
164:14 213:4
221:2 223:10
234:18 281:14
281:15 286:24
297:7 322:20
323:4 332:11
338:17
**paragraphs**
278:23

**parallel**  85:7
140:12 151:3,4
151:7 318:2,4
318:23 320:15
**paren**  127:19
**parenthetical**
79:5
**parler**  132:19
221:9,9
**parroting**
193:11
**pars**  44:22
**parsimonious**
42:23 43:6,13
43:19,21,23,24
44:14,18 45:3
45:12
**parsimony**
45:7,22 192:23
193:8
**part**  12:4 14:10
14:13 15:18
22:12 35:18
42:4 56:13
60:6 64:15,16
66:8,19 77:20
85:5 92:19
100:24 112:23
113:19 114:2
121:9 133:18
139:12 157:22
158:2 160:9
186:15 191:3
194:10,18,22
194:23 202:2

202:20 223:17
224:14 241:6,8
245:21 246:2
246:13 258:1
283:8,8,11,23
288:11,13,19
298:6 318:9
338:8 355:10
**participants**
35:9 118:12
**participated**
122:2
**particular**  20:9
175:12 236:5
241:17 282:24
283:21 285:4
287:7 349:13
354:1
**parties**  5:23
25:16 26:7,13
27:11 229:3
**partisan**  78:17
**partition**
219:23
**parts**  30:4
239:15
**party**  6:19
229:1
**passionate**
356:15,18,24
**passionately**
356:20
**passively**
320:12

pastels 3:16 19:8 47:9,13 123:13 338:2
patriot 74:11 89:14 173:3,5 175:20 176:24 177:17
patriotic 101:19
patriotism 43:2 101:23 102:2,6 102:7,10,13
patriots 106:8 109:8
pause 221:3
pay 142:17 345:23 346:9
peddled 223:17
pedersen 30:6 30:12
pedophiles 3:16 19:8 47:9 47:13 123:13 338:3
pejorative 202:21 227:8
pejoratively 180:6
pellucidly 256:9
pen 351:22,23
pennsylvania 1:17,22 6:9
people 14:13 15:19 21:4

24:10 33:13 34:1,4,10 35:5 35:23 54:6 55:8,15,23 56:4 57:14 61:8 72:18 73:12 81:6 83:19 84:10 85:3,10,21 86:8 87:1 90:20,21 92:1 92:18,22 93:8 93:11 98:12 102:1,8 103:6 103:9 112:20 116:3,7 117:20 118:16,24 119:7,10,15 120:16 127:20 132:15 136:18 136:21 139:8 139:13,22 145:10 152:4 153:15,20,22 155:2 157:16 161:4 170:7 176:10,20 178:9 180:15 180:24,24 185:4,14 187:3 188:6 189:18 189:20 194:8 198:18 207:14 208:23 209:5 209:17,23

212:3,8,14,16 213:20 215:16 218:3 220:2 227:12 246:15 251:24 262:11 267:10 273:16 273:18 274:5 274:11,21 275:16 291:8 292:17 296:2,3 298:20 300:18 310:10,13 313:22 316:10 316:11,17,19 318:15,20 320:11,17 324:9 330:8 332:7 333:4 334:8,9 350:7 350:16 353:12 354:6
people's 31:11 190:12
perceive 18:1,1 177:8 180:24
perceived 34:8 149:23 267:13
percent 43:13 99:21 100:20
perception 180:15 190:8
perceptions 34:3 180:22 190:12 298:20

perfect 18:16 18:19 243:16 246:1
perfectly 177:22
perform 284:11
period 253:5,6 254:23
perliger 113:22
perpetuating 296:20
persecuted 292:15
person 7:3 21:5 21:7 45:2 53:14 56:2,15 58:15 72:15 103:13 104:9 126:24 127:2,3 127:22 128:10 139:17 177:1,3 179:13,13 180:18 192:15 192:18 302:7 330:7,10,12 331:14,16 336:4,11 365:8 365:12
person's 170:6 184:2
persona 64:21 65:11,14,17
personal 54:18 79:4 118:22 127:9,11 163:1

192:20 287:8
331:3
**personality**
33:17,20,21
142:13
**personally** 43:9
142:20 287:18
**persons** 65:15
**pertained**
38:13
**pertains** 15:18
227:5
**ph.d.** 7:18
**pharmaceutical**
164:15
**phase** 126:9
237:7
**phenomenon**
33:7
**philadelphia**
1:17 6:9
**pho** 246:22
**phone** 50:10
**phones** 5:20
**photo** 80:3
107:18 110:9
110:12,17,18
110:20,23
**photocopies**
356:8
**photograph**
348:19 349:2,3
**photographed**
164:24 166:5

**phr** 42:13
**phrase** 11:20
36:22,23 37:7
38:3 40:20
42:12,13 50:11
55:18 61:23
87:18 89:5
109:9 126:9,15
126:20 127:12
127:18 128:9
128:13 129:11
130:2 133:1,13
133:16,23
134:15 138:3
140:9 141:9
142:2 146:16
147:18,20
148:18 149:1
150:11 154:16
155:18 156:4
158:10 159:10
174:22 227:22
237:12 238:3
242:22 254:17
255:17 262:5,8
262:8,23 263:1
263:9,14
267:10,12
273:4 282:24
284:15 285:4
285:13,20
286:2,9 288:1
289:17 297:12
303:24 304:1
309:15 310:9

314:15,16
323:9,16
357:11
**phrase's** 130:6
**phrases** 285:2
286:20 290:22
324:2 357:14
**physically**
159:3 343:18
**pick** 5:17
192:24
**picked** 329:2
**picking** 249:15
249:17,22
250:13,15,16
**picks** 160:13
**picture** 69:10
81:11,18 98:1
109:2,12,15
144:3 173:5
175:18 176:23
177:16 249:5
251:19,20
288:8 290:22
291:1 294:19
349:14 354:8
**pictures** 113:8
176:17
**piece** 20:5,8
162:8,14 281:6
**pill** 64:18,18
**pin** 283:16
**pinned** 96:17
**pirus** 20:12,14
20:20

**pit** 245:18
**place** 5:23
**places** 141:18
**plaintiff** 365:8
**plaintiff's**
25:23 351:12
**plaintiffs** 1:5
2:5 7:13 12:18
352:9
**plane** 59:14
82:19
**planet** 209:19
**planning**
137:16
**platform** 35:4
89:15 132:19
221:9,10
**platforms**
133:5 146:19
148:21 150:14
154:18
**plato** 310:2,14
**plausibility**
289:17
**plausible**
291:10
**plausibly**
289:14
**play** 52:6 61:19
65:6
**playing** 52:9,13
52:22
**pleadings**
25:17,22 26:7
26:10,12,14

**please** 5:16,20
6:23 7:15 8:5
17:3 23:17
30:20 44:12
47:23 52:6
70:19 89:21
95:10 105:8
108:10 144:24
202:10 265:11
329:21 361:16
**pledge** 37:24
137:17 148:24
149:20 150:1
164:22 165:5,7
165:22 195:14
**pledged** 132:24
134:13,20
138:1 146:13
148:17 149:22
150:4,9 154:14
154:24 155:17
156:2 158:9
159:9
**pledging**
140:10,10
149:3 153:3
156:19 157:5
162:7 197:17
**plenty** 350:14
**podcasts**
123:11
**poem** 310:22
**point** 13:3
26:16 34:9,13
100:17 132:5

172:9 175:23
193:17 207:15
223:15 249:1
278:7 293:23
295:8,18 302:2
304:18 320:3
332:18 338:24
347:1 351:20
**pointing**
195:16
**points** 202:16
300:13
**poison** 115:23
**poisons** 59:10
**politicians** 58:6
**poll** 332:12
**polling** 31:12
228:16
**polonius**
310:12
**pope** 58:7
**population**
35:12 59:8
**portion** 16:16
53:7 222:24
239:8
**portions** 27:22
28:18,21 29:2
30:3
**portrayed** 55:9
**portrays** 55:23
**position** 206:21
273:12 342:2
**positive** 36:12
85:13,16,19,23

86:1,4,7,17,21
87:5,13
**positives**
296:19
**possess** 59:19
**possibilities**
314:17
**possible** 19:17
55:14 126:6
276:10 277:11
278:3 305:20
311:10 314:5
365:20,23
**possibly** 132:7
188:20 263:11
265:3 266:2,23
302:5 311:15
335:20 336:9
336:10
**post** 9:16 81:3
98:18 119:17
124:8 152:18
301:10
**posted** 40:22
57:3 60:21
77:4 80:1
107:17 129:18
130:15 133:4
146:18 148:20
150:13 154:17
164:22 181:22
181:23,24
182:1 185:23
187:23 188:1,4
189:21 191:3

198:23 199:3
202:1 246:23
247:1,21
248:18,20
**poster** 59:15
314:9 334:14
335:21
**posting** 65:5
148:23 149:2
165:19 180:18
189:9,15
314:11
**postings** 40:17
**posts** 31:18
61:3,5 122:15
132:18 133:15
141:3 221:11
228:20
**pounding**
178:11,12
**powell** 4:8 30:1
96:18 108:3,9
108:16 174:15
297:9,17
298:13 299:12
299:17 300:13
300:16,24
301:24 302:11
304:21 306:17
307:2,14,16,23
308:4,7
**powell's** 304:19
306:2 308:15
308:20

powerpoint 4:9 111:21 112:2 112:17 124:1
powers 58:16
practice 182:11 323:24
practices 226:22 322:12
praying 63:10
pre 35:5
precipitated 140:3
precise 116:10
preclude 250:10
predict 34:20
prejudiced 56:5
premarked 352:7
premise 265:7
preparation 9:21,23 50:1 135:19 137:4 139:1 345:2,4
prepare 9:4 12:6 346:14,15
prepared 11:3 190:9
preparing 128:18 182:10 343:3,10 344:12
presence 326:15

present 2:11,12 189:3
presentation 4:9 111:21,22 112:2,23 113:1 113:19 114:3,7 122:22 124:18
presented 216:23 219:4
preserved 341:5
president 132:2 132:6 174:7 223:15
press 130:16,18 199:2
presumably 135:3 262:24
presume 334:1 336:10
presumes 333:21
pretty 91:19 107:14 214:3 236:15 324:11 337:2
prevalence 130:5
previous 176:13
primaries 70:5 75:1 213:6
primary 75:23 76:18 78:17 79:23 82:11

139:2 170:3
principle 23:9
principles 24:11
print 316:18
printed 96:14 198:20 318:7
printout 3:19 3:21,22,23 4:5 71:16,21 88:9 88:17 90:4,10 94:22 95:4 96:8 105:17,21
prior 36:15 129:10 185:9 347:21 348:2
private 5:18 27:11 36:14 168:18 169:4 254:11,12
prob 48:13
probably 47:1 47:4 84:19 145:15 166:24 172:9 184:24 188:9,12 207:14 209:5 212:3 244:20 258:10 276:13 334:14 338:24 343:8 347:8 350:14 354:12
problem 340:8 342:19 347:20 348:5

procedural 296:20
proceedings 6:23
process 327:7
produced 40:6 40:14 299:21
production 22:5 30:18 41:2 229:14 338:13 348:2
professional 1:20 321:14 367:18
profile 221:5 222:11 356:8 356:13 364:12 364:18
programming 99:13
prohibit 340:12
project 34:15 34:16,22
projects 35:1
prolific 35:3,3 35:5
prolifical 123:8
prolifically 107:8
promote 280:7
promoted 276:8 278:1 280:9
promotes 278:5

**promoting**
78:22 82:13
123:13 141:20
221:11 277:8,9
280:16
**prompted**
332:8
**pronounce**
119:12
**proof** 132:14
**prospective**
338:23
**protective**
340:3
**protest** 199:15
**protests** 122:1
**protocols**
205:16
**proud** 95:18
**provide** 195:23
228:13 276:12
276:21 278:17
282:9 300:14
**provided** 17:18
30:19 38:22
56:12 139:5
166:16 167:3
195:19 196:3,7
196:9 197:21
207:22 229:7
229:10 237:18
279:21 281:5
287:10 326:4
332:3 365:7,18

**provides** 99:16
100:6 284:21
**prri** 332:12
**psych** 179:22
**psychologist**
31:3 179:19
**psychology**
31:21,22 170:4
330:1
**public** 1:21
114:23 115:3
163:5 180:8
191:8 202:24
203:1,3,8
204:10,12,13
206:7,13
214:20 215:15
219:1 228:16
254:12 289:4
**publication**
75:15 110:20
161:6 338:9
**publications**
32:22 267:9
**publicity** 219:3
**publicly** 160:19
168:3 203:18
204:2,16
253:17,18
361:14
**publish** 160:24
338:2
**published** 4:6
39:1 47:18
48:3 57:7

98:23 99:2
104:16,21
155:24 159:8
161:3 217:14
223:7 264:20
271:17 338:3
**publishing**
17:21 39:8
159:14
**purport** 32:7
**purpose** 56:18
209:12 211:23
212:5 244:10
261:24
**purposes**
120:14 235:7
308:7 355:3
**pursuant** 1:14
**pushed** 82:17
**pushes** 99:17
**put** 24:18 40:12
52:9 69:20
77:15 82:2
88:3 100:3
106:24 109:19
118:9 120:5
124:20,21
139:8 171:21
183:10 217:9
217:11,17
242:5,16
283:16,16
294:7 296:3
342:2 355:3
357:19 358:22

358:23 359:2
359:13
**puts** 112:17
**putting** 40:1
46:15,16 48:7
113:19 175:15
202:6 291:1
317:6,22
318:14 357:22
**px602** 299:22

**q**

**qanon** 11:16,18
11:23,23 12:1
12:11,18 13:1
13:9 14:14
15:1,2,5,20,22
17:12 18:2,5,7
18:9,11,17,22
18:24 19:1,13
19:21 20:3,4,5
20:15,19 21:5
21:14,17 22:8
22:11,12,16,16
22:23 23:2,9
23:10 24:17
25:11 31:17
32:19,24 33:6
33:9,11,14,19
33:22 34:1,3,5
34:7,11,14,17
35:14 36:9,12
36:14,21,22
37:3,8 38:1,15
38:21 42:7,22
46:7 48:23

| | | | |
|---|---|---|---|
| 49:9 55:9 56:1 | 116:20 117:10 | 161:22 162:4,7 | 211:24 212:9 |
| 57:12,13,19 | 117:14,19,21 | 162:22 163:2,4 | 212:17 213:7 |
| 58:5,8,18 | 118:8,17 119:7 | 163:5 164:22 | 213:13,21 |
| 59:16 60:11 | 119:8,13 | 165:5,7,9,13,20 | 214:17 215:4,7 |
| 61:1,11 63:24 | 121:13,24 | 165:21 166:4,6 | 215:11,14,17 |
| 64:2,7,10,16 | 122:3,16 124:2 | 166:14 167:8 | 216:2,6,11,16 |
| 65:6 66:7 | 124:9 126:4,5 | 167:13,24 | 216:21 217:15 |
| 68:19,24 70:5 | 126:8,8,13,16 | 168:3,7,20 | 217:19 218:10 |
| 70:24 72:10,17 | 126:22 127:1 | 169:21,21,24 | 219:11,20 |
| 73:10,18,24 | 127:15,21 | 170:1 172:1,4 | 220:1,3 221:8 |
| 74:11,13,24 | 129:4,13,21 | 172:10,20 | 221:10,21 |
| 75:2,6 76:2,5 | 130:7,10,20 | 175:6,7,8,8,16 | 222:4,13 223:4 |
| 76:19,21,24 | 131:4 132:3,5 | 176:3 177:20 | 223:22 227:6 |
| 77:2,5,16 | 132:14,17,24 | 182:2 185:7 | 227:11 230:6 |
| 78:23,24 79:1 | 133:14 134:1,2 | 186:11,16 | 230:18 231:9 |
| 79:2,6,12 80:1 | 134:8,14,21 | 187:3,24 | 232:3,5,7,19 |
| 80:12 81:1,2,4 | 137:18 138:2 | 188:22 189:1,4 | 233:1,2,16,21 |
| 82:1,13,14,17 | 138:11 139:2 | 189:18,20 | 233:24 234:3,5 |
| 82:20 83:5,17 | 140:7,9,18 | 190:1 192:1 | 234:7,16,20 |
| 84:9,23 85:2 | 141:2,3,17,20 | 195:3,11,12 | 235:5,6,19,21 |
| 85:10,14,19 | 142:24 143:1 | 197:13,14,18 | 235:23 236:6 |
| 86:24 87:5,19 | 143:10,13,15 | 198:14,24,24 | 236:11,13,16 |
| 87:23 92:17,21 | 145:22 146:7 | 199:3,19 | 236:16 246:3,8 |
| 93:1,5,7 98:12 | 146:10,13 | 200:20 201:21 | 246:15,23 |
| 98:16,17,19 | 147:1,9,19 | 202:1,6,14,14 | 248:23 249:3 |
| 99:12 101:3,7 | 148:8,17 149:3 | 203:3,9,11,14 | 250:23,24 |
| 101:9,12,14,18 | 149:10,17,20 | 203:21 204:19 | 251:4 253:10 |
| 102:9,17,21,23 | 150:10,21 | 204:23 205:3,4 | 253:17 254:9 |
| 103:1,4,7,9,14 | 151:9,10,11 | 205:5,8,12 | 254:10,13,17 |
| 103:16,19,22 | 152:13,16,21 | 206:1,8,9,14 | 254:19,20 |
| 104:1,5 107:8 | 152:24 153:4 | 207:1,4,6,7,16 | 255:1,17,21 |
| 107:17,18 | 154:15,22 | 207:17,18,18 | 256:19,22 |
| 111:3,7 114:17 | 155:8,17 156:3 | 208:18,24 | 257:4 258:2,17 |
| 114:23 115:3,4 | 157:6 158:9 | 209:8,18 210:1 | 258:24 260:5 |
| 115:7 116:12 | 159:9 161:21 | 210:21 211:2 | 262:1 263:9,14 |

264:21 266:19
267:8,11
268:11 269:3
272:12,21
273:5,9 274:1
275:20 282:5
282:13,21,22
283:14,19
284:22 285:1,2
285:21 287:12
288:7 289:23
290:6 291:19
292:2,9 294:3
294:8,9 296:19
296:20,23
297:11 307:5
307:11,14,24
308:1,23
309:15 314:22
314:23 315:7
315:10 316:13
323:7,20 324:1
324:23 325:4
333:9,12,17,18
333:19,21,22
334:5,7,21
335:3,6,22,23
338:19,24
340:19 350:23
352:16,22
353:2 359:11
363:20 364:14
364:20
**qanon's** 93:10
223:14

**qlisa** 101:2
**qlisa77** 99:12
**qthewakeup**
115:4
**qualifications**
230:7
**qualified** 230:5
**qualitative**
331:24
**quantifiable**
325:12
**quantify**
325:15
**quantitatively**
228:13,15
323:17 324:5
324:23 325:4
**quarters** 213:2
248:6
**question** 5:8
8:18,23 11:23
23:16,21 27:12
28:20 41:23
42:2,2,9,17
46:22 54:11,12
87:9 102:4
121:12 129:5
130:8,9 136:3
136:6,8,10
138:19 143:21
151:5,14,24
152:11,14,17
153:9 165:16
179:1 181:18
187:5 200:17

201:15 227:20
230:12 241:5
256:12 265:8
265:11,15,17
265:19,24
266:1 273:1,7
280:18,20,21
281:3 288:18
288:22,23,24
289:1 293:16
303:4 304:8
306:23 308:8
308:10 313:2,8
329:19 340:5
341:15,17,21
347:18 349:17
350:19 353:4
358:17,19
**question's** 21:7
**questionnaire**
121:15
**questions** 8:11
31:6 33:14,15
33:16 74:19
163:4,12
178:23 182:15
184:8,8,11,13
184:14,18
194:13 196:8
196:16 324:10
327:22 328:3
331:10 347:9
347:15 348:11
352:16 355:4
362:22 363:1

364:5,23 366:6
**quibble** 287:7
290:2
**quibbling**
241:23
**quick** 347:18
**quickly** 8:5
209:1 337:2
**quite** 54:10
131:3 247:15
295:7
**quotation**
127:19 128:4
**quote** 76:20
77:10,11 80:22
98:13 243:15
244:21 245:4
279:6 324:3
**quotes** 173:9

**r**

**r** 2:1 5:2 367:2
**rabbit** 64:12,20
66:11
**raborn** 80:18
80:19 81:1,2
98:8,16,17
**raborn's** 81:12
**radical** 23:12
24:13,13 34:2
34:4,7,10,14
117:7
**radicalization**
34:21 181:4
**raised** 50:8
53:10 202:5

326:20
**raises** 141:3
**raising** 87:10
**ramifications**
127:11
**ran** 75:21
76:16 78:15
79:21 80:20
82:9
**random** 290:17
**ranging** 332:19
**rate** 342:23
344:6
**rather** 8:23
119:1 241:15
249:13 304:9
320:12 329:2
**rawstory** 68:16
**ray** 119:11
**razor** 44:16,22
192:22
**reach** 37:18
41:21 67:12
155:9 291:9
365:12,21,22
**reached** 37:11
38:9 42:11
154:11 155:4
339:3,15 365:9
365:10
**reaching** 30:24
38:6 143:3
**react** 178:10
**reacting** 328:24

**read** 9:6,7 12:3
28:11,14,17,19
28:23,24 29:6
29:8,10,12
39:3,12 70:4
74:6,20 110:10
136:11 137:7,7
137:9 141:22
141:23 142:5
142:18 144:4
160:3 177:11
177:18 227:2
230:7 232:20
232:23 233:12
238:12 256:1
262:22 268:1
275:6,7 287:3
298:5,21
310:22 311:4
322:1 331:7
335:12 355:16
366:7
**reader** 141:24
142:4,8,9
180:11,14
190:2
**reader's** 190:7
**reading** 5:5
31:17 92:24
101:7 143:22
191:13 236:12
238:10 298:15
331:6 335:17
343:21

**reads** 42:21
50:10 68:17
121:23 126:2
160:13,13
179:14,14
298:12 336:4
336:11
**ready** 65:11,19
65:20 144:20
**real** 34:6 72:19
73:12 83:19
119:1 151:6
234:16 323:7
**really** 9:15
33:12 34:12
57:11 72:20
73:13 83:20
86:5 87:3
121:4 136:1
140:2 141:24
150:1 151:4
177:1 178:3
202:12 203:21
230:12 262:16
262:20 289:24
293:18 308:3
311:6 323:2
**reason** 13:10
45:18 64:15
69:18 71:5
75:14 94:8,14
98:10 107:15
132:15 135:2
136:10 139:24
167:22 176:22

177:8,10
187:11 191:23
193:12,14
202:17 209:24
214:19 223:6
249:6 250:2
262:9 305:14
327:5 335:19
**reasonable**
44:8,21 45:1
55:4,7,12
154:1 180:11
180:13 190:2,7
190:11 231:11
233:18 234:4
235:18 249:18
249:20 250:5,7
250:21 298:15
322:12 335:15
**reasonableness**
45:6,17,21
**reasonably**
233:15 273:21
274:4
**reasoning**
286:12,16
**reasons** 74:15
75:6 107:13
139:14,21,23
153:18 187:7
194:4 207:13
214:23 262:10
289:16 327:23
**rebut** 229:5
230:16 309:7

**rebuttal** 4:12
37:12 224:14
224:14 225:24
226:6,11,18
228:21 229:17
229:19 236:22
241:21 276:4,5
314:20 322:16
338:8 343:11
345:19
**rebutting**
230:10,10
**recall** 176:4
244:4,8,14
**received** 37:5
109:8 277:2
302:13
**receiving** 320:5
320:13
**recent** 161:1,6
**recently** 61:16
61:20 145:23
**receptive**
223:16
**recess** 51:13
125:12 225:14
337:15
**reci** 135:14
**recitation** 37:7
37:14,23 42:6
126:16 135:15
138:10 140:8
146:24 147:18
148:7 149:9
150:20 152:13

152:20,23
154:22 161:21
162:3 167:12
169:20 186:10
189:2 195:11
197:13 200:5
202:13
**recite** 50:9
126:7 135:4
233:4
**recited** 109:9
126:14
**reciting** 13:5
36:16,17 38:3
68:18 141:15
155:7 201:6
**recollection**
349:24
**record** 5:24 7:5
8:5 43:18 51:9
51:13,17,20
56:19 88:14
91:5 125:8,12
125:16,19
170:8 180:1
225:10,14,18
225:21 226:11
269:20 300:9
337:11,15,19
337:22 347:1
360:16 366:11
**recorded** 6:2
244:7 325:21
366:12

**recording**
25:10,13
**recordings**
5:22 21:9
**records** 40:15
201:6
**recovering**
164:15
**recross** 364:7
**red** 64:18
**redirect** 363:3
365:3
**refer** 227:11
278:9 302:5
**reference** 61:2
64:17 74:17
75:16,19 126:4
126:8 135:1,14
159:2 166:9
218:4 315:1
348:23
**referenced**
61:13 75:14
143:6 144:2,13
155:6 189:1
288:6
**references**
140:18 226:23
**referencing**
60:22 158:22
244:21 280:12
282:23 283:10
283:20 285:3,9
310:17

**referred** 20:4
71:22 72:9
269:21 271:3
277:14
**referring** 67:7
100:23 245:1
349:9
**refers** 155:11
159:2 270:8,13
270:17,21
**reflection**
85:13
**refreshes** 339:3
**refused** 132:2
**regard** 151:15
**regardless**
102:12
**registered** 1:20
367:18
**reject** 328:11
328:16
**related** 6:19
16:3 31:17,21
33:11 117:24
132:17 172:15
172:16 176:3
207:16 339:11
**relates** 158:7
**relative** 86:1
101:12
**relevance**
204:4
**relevant** 201:10
204:8 235:10
326:19 327:6

327:17
**relied** 48:6
49:11 75:12
80:13 139:8
157:12 198:17
**religion** 23:14
23:19,22 24:5
24:8
**religions** 23:23
**religious**
118:22 227:5,9
**rely** 20:8 70:16
138:21 139:3
217:7 309:11
**relying** 296:22
**remarked**
130:19
**remember** 9:16
13:15,16 19:10
20:1 22:14
23:4 25:15,21
26:11 27:1,13
27:14,18 29:1
30:5 33:5 50:2
63:14 70:10,12
70:13 121:15
122:23 128:3
135:20 144:12
144:21 145:15
152:19 187:22
229:9 349:5,12
350:2 352:20
359:18,22
360:5,11

**remind** 158:5
**remote** 7:1
**repeat** 41:2,6
65:13 155:21
175:3
**repeatable**
336:17
**repeated** 53:11
55:18 232:7
238:5,21
**repeatedly**
78:21,23
164:22 201:18
201:20 236:18
265:1 293:5
316:6
**repeating** 56:4
148:24 171:24
273:19
**rephrase** 23:17
**report** 3:15,17
3:18 4:12,13
10:8,11,24
12:7,20,23,24
13:12,19,21,24
14:3,11 15:4
15:13,18 16:16
17:22 24:18,19
25:4,5,8,8 26:3
35:18 36:4
37:11,12 39:2
39:9 40:1,2,5
40:13,21 41:22
41:24 42:3,5
46:16 48:9,10

49:3,18,22
50:21 52:1,3,6
66:23 67:17
68:4,9,10,11
120:14 125:24
137:5 138:16
140:5 147:22
149:4 151:17
155:6 157:13
162:2 173:21
195:8 197:11
198:9 208:10
215:15 216:11
217:10,12
218:5 219:2,4
219:10,15,16
224:15,15
225:24 226:6
226:12,16,23
227:2 228:7,21
229:5,8,17,18
229:19 230:21
231:3,5 233:5
233:11 237:2
240:18 241:18
241:19,20
242:15 243:14
243:18 258:9
258:11 268:6,7
268:9,10,12,20
268:24 269:6
269:22 270:18
270:22 271:4
271:16 272:7
276:6 277:13

277:15,16
278:9,15
285:24 286:13
287:2 309:6,8
309:8,11
314:20 320:3
321:12 322:16
322:21,24,24
323:1 326:6,6
332:24 339:9
343:3,11,24
344:13 345:4
347:22 348:3
**reported** 13:18
18:17 34:6
272:22
**reporter** 1:20
6:14 7:15
10:18,21 27:24
52:7,11 152:3
225:2 231:13
231:16,22
261:8 270:14
310:23 311:5
313:14,17,21
367:7,18
**reporting**
12:19 38:10,13
38:18,19 39:22
75:13 131:12
138:22 199:24
200:3,4,5
219:12 220:19
222:5 236:24
321:10

| | | | |
|---|---|---|---|
| **reports** 9:7 | **required** 341:2 | **responding** | 167:2 |
| 10:1 140:14 | **requirement** | 307:19 | **riesdorph** 2:13 |
| 183:9 198:13 | 329:17 | **responds** 99:20 | **right** 10:2,5,6,8 |
| 198:16 226:20 | **requires** | **response** 55:13 | 11:1,2,6 13:24 |
| 227:4 268:13 | 284:10 | 68:21 300:17 | 14:1,3 15:6,10 |
| 326:2 345:2 | **research** 18:5 | 300:22 338:20 | 26:17 28:20 |
| **represent** 6:12 | 18:13,13 19:15 | **responses** | 33:11 35:21 |
| 305:21 | 31:22 60:10 | 20:11 27:7 | 38:11 39:14 |
| **representation** | 61:8 84:10 | 275:7 | 40:2 44:1,8,16 |
| 199:11 205:11 | 85:11,21 86:2 | **responsible** | 44:17,23 45:17 |
| **representative** | 86:8 87:1 | 164:18 | 46:24 47:2,7 |
| 35:13 196:5 | 190:11 192:11 | **rest** 225:7 | 47:21 48:4,12 |
| **represented** | 192:14 223:20 | 233:22 283:6 | 49:9 50:8 |
| 11:17 269:20 | 236:12,14,16 | 286:8 | 52:19 53:12,13 |
| **representing** | 321:11 | **restriction** | 53:15,16,20 |
| 214:14 268:4 | **researched** | 342:20 | 54:20 55:3 |
| 305:5 | 145:16 227:22 | **result** 236:14 | 59:12 60:12 |
| **represents** | 228:2 | **results** 183:9 | 63:20,21 64:23 |
| 109:10 304:21 | **researcher** 31:2 | **resurfaced** | 65:12,16,20,23 |
| 304:23 305:17 | **researchers** | 61:16 | 66:19 69:7,11 |
| **reproduction** | 35:4,7 57:17 | **resurrected** | 70:15 71:6,7 |
| 367:15 | 61:13 | 40:16 | 72:5,11,12 |
| **republican** | **researches** 31:3 | **retain** 166:11 | 73:19 75:3,7 |
| 75:20,23 76:16 | **researching** | **retained** | 76:9 80:13 |
| 76:18 78:14 | 18:9 99:17 | 339:14 | 81:18,21 82:3 |
| 79:21,23 80:20 | 236:11 | **retake** 97:8 | 83:6,10 84:18 |
| 82:9,11 | **reserved** 5:9 | **returns** 220:21 | 88:6 91:7,12 |
| **reputability** | **resonate** | **revealed** 171:9 | 91:17,20 93:2 |
| 214:10 | 262:12 | **review** 9:20 | 93:11,14,18 |
| **reputable** | **respect** 46:13 | 166:18 195:18 | 94:4,11,17 |
| 138:23 | 138:23 192:7 | 365:18 | 95:7 96:1 |
| **request** 10:5 | 229:24 336:9 | **reviewed** 9:23 | 97:15,16,17,19 |
| 251:7 | **responded** | 17:16 25:5 | 97:21 98:1 |
| **require** 250:8 | 238:20 | 36:5 40:5,8 | 99:2,3 100:8 |
| | | 140:13 166:24 | 100:10,14 |

| | | | |
|---|---|---|---|
| 101:4 103:2,23 | 191:15 193:3 | 282:7,8,18 | 363:22 364:1 |
| 105:9 106:15 | 195:10,19 | 283:7,8 286:3 | 364:16 365:10 |
| 106:17,22 | 196:15 197:10 | 286:7,9,15 | 366:4 |
| 107:23 110:17 | 199:3,7,15,16 | 287:19 288:11 | **ring**  126:10 |
| 110:20 111:12 | 199:19,24 | 291:3 293:2,13 | **ripped**  134:3 |
| 111:14,16 | 200:7,10,12,15 | 293:21 294:2 | **role**  65:5,7 |
| 113:8,14,17 | 203:12,13,16 | 295:15 296:2 | 309:1 |
| 115:12,15,17 | 204:10 207:21 | 296:24 297:2,3 | **roles**  153:17 |
| 115:21 116:9 | 208:1,10 | 297:19 299:18 | **rollcanes**  359:2 |
| 117:3,7 120:13 | 213:12,14,22 | 301:2 302:13 | 359:4 |
| 120:18,21 | 214:24 220:15 | 302:16 304:11 | **ron**  76:15,15 |
| 121:17 122:2 | 221:9 222:13 | 306:13,18,21 | 77:15 98:4 |
| 123:3,4,13 | 224:15 226:12 | 309:11,12 | **room**  58:23 |
| 124:19 130:16 | 227:1,11 230:2 | 310:2,6,18,18 | 139:23 |
| 131:5 132:19 | 233:3,7,16 | 313:7 315:10 | **roth**  237:4 |
| 135:8,10 138:5 | 234:1,2,7 | 315:16,20 | **rothschild**  4:13 |
| 141:14 143:16 | 237:19 239:4,7 | 316:12,15 | 224:17 226:22 |
| 144:14,17,19 | 239:9,15 240:4 | 317:7 318:5,12 | 230:5,21 |
| 154:8 156:7 | 240:7 241:12 | 318:16,18,23 | 232:18 235:15 |
| 158:13 160:12 | 243:1 245:7,19 | 319:4,7,17,23 | 237:5 240:15 |
| 160:16,20 | 246:11 247:2 | 320:9,15 321:4 | 240:20 242:13 |
| 163:15,19,22 | 247:11 248:3 | 321:19,21 | 243:14 245:23 |
| 164:4 167:17 | 249:16 250:9 | 322:2,22 | 250:19,20 |
| 168:1,4,7,21 | 250:15,18 | 326:17 328:7,8 | 274:13,16,22 |
| 171:2,12,21,23 | 251:4,9 255:20 | 328:10 331:7,9 | 274:23 275:17 |
| 173:1 174:4 | 258:13,13,20 | 331:14 332:1 | 276:7,11 280:6 |
| 177:12,21 | 259:6,20,22,23 | 333:17,20,22 | 280:11 281:4 |
| 180:2,9,12 | 262:16,22,24 | 334:1 335:13 | 282:9,14,19 |
| 181:6,7,9,10 | 263:5 267:12 | 335:24 336:15 | 283:4,4 284:23 |
| 182:23 183:5,5 | 267:16,21 | 336:18 339:12 | 289:5,6,12 |
| 183:24 184:5,9 | 269:7 270:20 | 342:24 344:4 | 296:12,17 |
| 184:19 185:19 | 271:10 272:9 | 349:7 351:3 | 297:7 305:8,15 |
| 186:6 187:16 | 275:24 276:12 | 352:13 353:24 | 306:7,12 |
| 187:21 188:2,6 | 277:11,18,22 | 354:14 358:15 | 309:10 315:4 |
| 188:15 191:11 | 279:3,9,14,15 | 360:19 363:13 | 322:18 324:13 |

| | | | |
|---|---|---|---|
| 350:11 366:3 | 120:8,12 | 202:10,12 | 117:5,13 |
| **rothschild's** 9:8 | **samples** 35:3 | 203:10 206:5,6 | 121:21 122:15 |
| 224:15 226:20 | **sampling** | 210:6 235:2 | 137:17,18,20 |
| 227:7 228:11 | 118:21 | 236:9,10 242:9 | 149:19 150:19 |
| 229:5 230:9,15 | **sarcasm** 275:5 | 242:9 245:2 | 165:7 173:4,7 |
| 231:4 232:13 | 275:15 350:6 | 248:16 251:1 | 173:12 178:6 |
| 233:4 237:2 | **sarcastic** 275:1 | 257:10 263:6 | 193:11,12 |
| 243:18 277:13 | **sat** 245:15 | 266:24 275:11 | 202:10 208:10 |
| 278:9,15 283:7 | **satan** 57:21 | 277:2 289:11 | 222:7,8,10 |
| 283:23 286:19 | **saw** 22:22 | 301:2,12,23 | 223:13 231:8 |
| 287:2 314:21 | 26:19 36:13 | 302:17 305:8 | 231:10 233:3 |
| 333:10 | 37:1 46:15 | 305:14 314:20 | 233:17 234:9 |
| **rude** 152:8 | 49:23 50:1 | 315:4,5 316:9 | 234:23 235:17 |
| **ruled** 15:22 | 86:19,21 | 316:12,14 | 239:1,14 241:1 |
| **rules** 8:10 | 140:22 141:23 | 317:19,20 | 245:23 251:19 |
| **ruling** 12:3 | 173:20 187:1 | 318:20,24 | 251:20,22,23 |
| **run** 51:3 | 188:23 204:6 | 319:1,2 322:18 | 255:17 271:15 |
| 120:15 | 272:14 303:11 | 363:19 | 277:23 279:11 |
| **running** 57:23 | **saying** 11:24 | **says** 13:9 25:1 | 279:13 280:6 |
| 70:24 72:10 | 20:3 26:23 | 25:3,16 26:7 | 281:20 282:19 |
| 77:16 79:24 | 27:2 55:11,12 | 40:5 55:17 | 283:12 289:12 |
| 80:22 275:9 | 75:15 85:2 | 56:1,2 65:11 | 290:2 291:2 |
| **russian** 223:4 | 86:7 91:22 | 68:22 69:13 | 293:19 301:8 |
| | 94:6 95:18 | 72:15 75:19 | 302:11 303:2 |
| **s** | 96:3,23 100:13 | 76:9,10,15 | 303:23 305:12 |
| **s** 2:1,2,3 3:12 | 104:3 126:19 | 79:20 80:19 | 305:18 307:17 |
| 4:2 5:2 141:18 | 127:5 129:16 | 82:8 83:17 | 307:24 308:7 |
| **sacred** 355:19 | 134:20,22 | 84:8 85:9,17 | 308:18 315:24 |
| **sadists** 57:22 | 137:24,24 | 96:18 97:22 | 317:4,18 322:5 |
| **sailboat** 133:18 | 142:24 146:4 | 100:19 101:3 | 322:21 323:4 |
| **sales** 296:21 | 153:1 156:17 | 106:7,7 109:5 | 324:21 325:8 |
| 364:1 | 171:4 173:22 | 110:9,12 | 333:15,16,20 |
| **salesman** | 185:5 192:24 | 113:11 114:22 | 334:12,19 |
| 351:22 | 193:13 199:2 | 115:20,23 | 338:6,17 353:2 |
| **sample** 35:11 | 199:21 202:1 | 116:12,20 | 353:10 356:13 |
| 35:12,13,16 | | | |

| | | | |
|---|---|---|---|
| **scale** 88:2 | 210:11 211:20 | **section** 42:5 | 114:24 115:6 |
| 332:18 | 323:19 356:4 | 80:18 143:7 | 115:17,20 |
| **scene** 58:3 | **searchable** | 152:15 223:4 | 116:22 117:2 |
| **scenes** 205:21 | 358:3,9 | 237:1 286:13 | 117:13,16 |
| **scholars** 23:21 | **searched** | 297:4 314:19 | 120:22 121:20 |
| 24:2 | 189:20 | 324:16,18 | 122:17 126:17 |
| **school** 355:17 | **searching** | 355:14 | 127:8 128:5 |
| 355:20 | 226:21 358:15 | **security** 55:18 | 134:10,17 |
| **science** 160:23 | **second** 42:4 | 55:19,22 80:24 | 144:3 151:24 |
| **sciences** 170:5 | 44:10 65:4 | 98:15 | 165:2,10 166:9 |
| **scientific** 139:6 | 68:24 70:3 | **see** 24:22 26:15 | 171:10,17 |
| 158:24 164:19 | 78:17 84:20 | 36:7,10 39:19 | 173:3,10,17 |
| 227:4 228:16 | 88:19,23 92:19 | 43:3 49:7 | 203:13,17 |
| **scientist** 32:10 | 95:11,14 96:16 | 64:13 68:14,21 | 204:10 212:19 |
| 32:12,14 | 97:21 98:24 | 69:2,9,13 70:8 | 220:20 221:16 |
| 291:12 | 106:5 108:20 | 72:21 73:14 | 224:2 227:1 |
| **scientists** | 113:5 119:5,6 | 76:6 77:7,11 | 229:23 231:18 |
| 164:17 | 121:9 126:2 | 79:8 80:4,7 | 237:15,21 |
| **scored** 325:14 | 139:12 173:24 | 81:8,10,13,17 | 238:1,6 243:19 |
| **scotland** | 180:3 194:20 | 82:22 83:16,21 | 246:9 248:11 |
| 127:23 | 213:3 241:8 | 84:16,19 86:3 | 248:13 262:24 |
| **scottish** 128:1 | 243:15 244:7,9 | 86:16 89:3,6 | 277:17 282:8 |
| 312:22 314:8 | 244:17 245:24 | 89:11,17 90:13 | 282:11 284:15 |
| **scrap** 307:8 | 246:18 256:13 | 90:24 94:11 | 289:24 300:18 |
| **screaming** | 283:17 288:16 | 95:16,21 96:2 | 300:21 302:8 |
| 178:20 | 327:12 334:7 | 96:4,20 97:2 | 302:10 311:22 |
| **screen** 50:10 | 334:17 335:8 | 97:12 98:1,10 | 329:1 333:13 |
| 109:19 | 335:15 344:2 | 98:21 99:24 | 345:15 354:4 |
| **screenshot** | 348:17 | 105:22 106:5 | 357:11,11,16 |
| 134:7 | **secondary** | 106:11,21 | 358:23 |
| **screenshots** | 199:18 | 107:10,20,22 | **seek** 61:18 |
| 21:1 | **secret** 61:4 | 107:23 108:14 | 136:12 |
| **sealing** 5:5 | **secretly** 58:2 | 108:18,23 | **seeking** 230:16 |
| **search** 127:18 | 82:19 | 109:2 110:8,15 | 328:5,7 |
| 128:4,16 | | 113:7,21 | |

seeks  32:16
seemed  81:5
seems  41:23
  92:20 206:5
  210:7 213:23
  220:18 222:5
  366:3
seen  12:20 41:4
  49:21 56:5,7,9
  130:19 166:15
  175:1 220:19
  238:3,18,20
  239:2,14
  352:10 355:24
  356:2
sees  204:12,13
segment  13:18
  25:11 55:10
seine  227:24
  309:20,22
select  35:8
selected  35:9
  119:19 191:14
  326:16,17
  327:8 331:4
  332:3
selection  120:2
selective
  101:24
selects  35:6
self  99:13
  191:14 326:16
  326:17
sell  191:5 317:3
  317:9,11

361:23
selling  135:12
  221:6 222:12
  296:22 317:16
sells  362:12
semi  325:9
  331:11
senate  75:21
send  346:6
sending  258:23
  320:10 324:10
sense  9:1 11:16
  36:11 40:18
  45:21 92:22
  113:2 177:14
  177:15 193:2
  204:17 209:6
  250:17 353:14
sensitive  5:17
sent  21:22
  66:17 69:1,13
  348:24
sentence  70:4
  71:3 73:9 75:1
  86:23 102:24
  147:12,14
  158:6,8,14,22
  159:2,3 213:4
  222:9,14,15
  233:22 242:6
  242:18 282:17
  282:18,18
  283:5,7,9,24
  284:13,23
  286:1,17,18

287:3 309:14
  333:7 334:3,18
sentences  48:21
  48:22 70:4
  158:7,24
sentiments
  109:10 267:23
separate
  136:18 169:14
  175:2 186:17
  186:21 256:12
  339:13
separated
  157:15 269:8
separately
  42:11
september
  75:23 79:23
  174:13 258:16
  267:1
serbian  128:10
  314:9
series  4:10
  104:15 108:8
  108:15 170:11
  170:17
serious  86:22
  87:4 296:15
seriously  91:3
serpent  59:1
serve  311:20
serves  244:5,12
set  57:14 99:23
  100:22 132:4
  198:22 218:2

329:22 354:15
sets  192:18
setting  102:6
  279:23
seven  329:6
seventh  114:17
several  13:2,12
  63:2 112:18
  113:24 118:22
  158:24 194:16
  223:22 253:18
shady  63:16
shake  8:14
shakespeare
  310:10
share  89:13
  235:14
shared  282:22
  283:20 285:3,9
  297:10
shares  235:15
  324:1
sharing  235:11
sharleta2468
  96:3
she'll  366:7
shirt  69:11
  165:1 166:6
  202:10 277:4
  317:17 318:7,9
  318:12
shirts  133:8
  317:4,10,11,17
  362:13

shiva  75:19,20
76:9 89:5
93:17 94:5
short  67:12
109:9 128:11
shortened
262:18
shortly  132:10
show  33:18
52:3 90:8
96:12 121:8
177:3 188:11
299:20 317:17
329:7,8,11,12
329:12 348:13
351:4 354:17
showed  141:10
297:16
showing  68:18
68:19 307:21
shown  34:20
207:21 297:16
329:14 348:15
shows  101:11
110:11,13
354:8
shuham  300:12
siblings  299:4
302:22
sic  165:6 224:1
side  213:1
354:15 359:14
sidney  4:8
96:18 108:3,9
108:16 174:15

297:9,17
298:13 299:12
299:17 300:24
301:21,24
302:11 304:19
304:21 306:2
306:17 307:2,3
307:9,14,16,23
308:4,7,14,19
308:20
sign  66:17
69:12 191:1
318:6,15
signal  66:2
signaling  66:18
190:1
signature  367:9
signed  60:21
significant
219:19 220:2
significantly
18:11
signifiers
280:11
signify  254:18
signifying
211:1 232:2
233:1,20 234:5
250:22
signing  5:5
signs  316:18,19
316:20
similar  84:18
353:21

similarly
243:13
simple  57:11
84:14
simplest  43:24
simply  126:8
sincerely  86:6
single  206:22
330:16 336:4
336:11
sister  128:12
171:1 179:21
356:14
sisters  304:6
sit  28:22 86:13
119:22 159:6
166:13 197:20
206:21 217:13
242:5 256:21
258:22 263:7
265:17,19
336:3
sites  132:20
sitting  183:8
199:17 265:20
320:12
situation  45:2
142:13
six  73:8 89:24
237:1 269:8
272:8
skills  332:5
sky  354:2,7,9
slc  1:3

slide  114:17,20
115:12,13
116:14,20,24
117:1,11,19
120:22 121:23
122:6,8,12,19
123:1,22 124:1
269:1,21,21
270:8,12,17,21
271:3,15
slides  112:18
112:19,20,24
114:12,12
120:21 121:6,8
slightest  253:20
slightly  53:6
232:15 265:22
slip  187:24
slogan  76:2,5
76:19,24 79:2
79:6 80:1,3
81:2 98:17
107:18,19,22
122:16 124:9
130:20 131:4
145:22 208:18
209:8 264:21
266:19 267:8
269:3 272:21
273:13,15,24
274:1 294:8,9
352:16
slogans  175:7
205:4 207:4,6
213:21 353:2

**[slow - speak]**                                                          Page 65

| | | | |
|---|---|---|---|
| **slow** 8:6 231:13 | **solely** 12:9 | 366:13 | 285:22 302:1 |
| **small** 14:10,13 | **solemnly** 96:19 | **sophisticated** | 303:13 310:24 |
| 15:18 16:15 | **solicit** 338:18 | 328:13 | 311:16,17 |
| 62:3,5 348:20 | **solicits** 163:4 | **sorry** 10:17,19 | 313:16 320:22 |
| **smorgas** 312:3 | **somebody** 20:9 | 22:22 28:1,2 | 321:2 323:10 |
| **smorgasbord** | 21:16 23:2 | 36:6 46:16,21 | 323:11 324:24 |
| 311:9,13,16,19 | 60:21 135:3 | 48:18 62:18 | 325:2 339:6 |
| 313:13 | 139:16,18 | 65:4,13 67:4 | 343:1 345:10 |
| **snowball** | 143:17 171:19 | 67:11 70:1 | 345:10 347:17 |
| 118:21 | 176:13 180:4 | 72:22 73:21 | 348:4 349:15 |
| **soapbox** 74:11 | 194:12 217:8 | 83:8 88:21 | **sort** 229:1 |
| **social** 31:20,22 | 254:19 261:23 | 95:8,13 98:7 | **sought** 191:4 |
| 40:1,3,7,12,19 | 292:4,11,15 | 99:8 100:11 | **sound** 52:15,20 |
| 65:6 66:7 | 315:24 319:1 | 104:13 105:4 | 53:6 |
| 101:7 132:19 | 319:10 325:20 | 105:15 108:24 | **sounds** 45:14 |
| 133:16 164:21 | 348:18 365:23 | 110:11 116:7,9 | 47:2 62:10 |
| 170:4,5 191:8 | **somebody's** | 118:13 119:4 | 64:23 123:19 |
| 207:19 214:20 | 139:16 216:20 | 120:24 123:16 | 262:10 |
| 228:16,20 | **someone's** | 123:16 129:22 | **source** 70:16 |
| 326:1,3,7,14,16 | 295:21 326:14 | 130:13 140:20 | 71:2 74:18 |
| 327:18,21 | **sommer** 135:8 | 147:24 152:4 | 139:2 170:4 |
| 328:22,24 | 137:20,23 | 153:21 155:21 | **southern** 1:1 |
| 329:13 330:1 | 138:14,21 | 170:20 178:24 | 362:7,9 |
| **socialist** 179:17 | 143:8 144:2,16 | 184:10 187:24 | **soviet** 150:3 |
| **society** 321:14 | 155:11 | 212:15 213:13 | **space** 58:21 |
| **sociologist** | **sommer's** | 220:8,9,9 | 332:14 |
| 179:7,22 | 136:11 137:10 | 221:3 222:1 | **spare** 161:11 |
| **sociology** | 140:5 155:6 | 224:1 231:15 | **speak** 9:10 |
| 179:20 330:1 | 157:13 197:16 | 245:3 246:5,21 | 112:24 114:5,9 |
| **socratic** 99:16 | 198:9 | 253:24 257:13 | 114:10 115:14 |
| **sold** 133:7 | **soon** 225:3 | 257:16 269:13 | 180:4,5,8,10 |
| 144:14 | 342:18 | 270:11,16 | 214:1 216:20 |
| **soldiers** 276:9 | **sophia** 1:14 3:5 | 276:5 277:12 | 228:6 234:19 |
| 277:10 278:2 | 5:14 6:3 7:18 | 277:20,22 | 234:23 235:8 |
| | 47:10 200:9 | 279:1 280:23 | 235:13 236:4 |

**[speak - stereotyping]**

297:18 298:7 298:21 305:2 307:12,15 309:1

**speaker** 169:9

**speaking** 112:6 114:14 209:13 211:21 297:24 298:4 300:24 301:7 302:3,6 302:14 305:13 305:19 306:3

**speaks** 294:17 294:20 334:10

**specific** 24:16 181:17,20

**specifically** 43:20 94:2 165:17 262:3 324:21 328:14 357:4

**speculate** 53:24 54:3

**speculation** 53:22 132:2 143:9,10 144:8 190:19

**speculative** 296:10,24

**speech** 167:17 206:8,14

**speeches** 153:10 161:12 161:15

**speed** 58:23 66:1

**spellchecks** 255:11

**spelled** 255:8

**spelling** 255:10

**spend** 320:4

**spent** 140:16 236:11

**spinoff** 79:2

**spj** 322:2,5,10

**spoke** 9:8 42:9 46:8 55:16,21 114:11 297:9 306:17

**spoken** 46:10

**sponsored** 107:17

**spontaneously** 325:17 328:24 332:7

**sporting** 361:13,15,20 361:22,24 362:6,12 364:1

**sports** 355:14 361:17

**spouses** 299:4

**squall** 107:7 127:14 129:4 129:13 134:4 260:5

**square** 256:8 257:9 263:11

**squares** 20:18

**stage** 198:23

**stand** 50:5 103:21 104:1,4 125:14 139:9 212:2 334:6

**standard** 133:2 134:15 138:3 146:17 148:18 150:11 154:16 155:19 156:4 158:11 159:11 226:21 322:6 323:24

**standing** 55:24

**stands** 192:15 239:23 298:24 335:23

**start** 57:10 78:9 237:3 338:10 347:16

**started** 18:12 23:10 59:16

**starts** 223:10

**state** 1:21 6:23 7:4 144:18 204:20 245:12 301:13 362:7

**stated** 7:1 166:23 204:18 206:17

**statement** 70:17 73:23 87:5 110:5,14 111:10 135:1

155:10 170:6 189:7 206:16 211:14 228:12 233:12 235:10 235:22 237:13 241:17 253:11 256:18 277:13 281:5,9 283:11 300:14

**statements** 73:17 132:6 168:18 254:14 309:2 325:17 325:22

**states** 1:1 40:21 75:2 97:9 101:20 163:1 237:10 242:21 243:14 276:7 299:13,13 301:12 307:3 362:8,9

**stating** 162:21 198:10 282:12 333:9 334:20

**statistically** 211:21

**steal** 122:1

**steer** 264:7

**stenographic...** 7:2

**step** 288:15

**stephen** 197:7

**stereotyping** 228:9

**sters**   334:8
**steve**   2:11 6:11
  7:12 17:1
  30:20 238:15
  269:16,17
  271:8 348:4
**steven**   2:2,3
  270:7 341:2
**stevenbliss**   2:5
**stick**   210:4
  278:18 292:6
**sticker**   349:10
  351:6
**stolen**   60:4
**stood**   53:9
  232:5 241:11
  289:21
**stop**   52:14,23
  52:24 122:1
  148:3,13 152:7
  171:5,14
  178:11,12,13
  178:19,20
  231:21 256:7
  269:17
**stopped**   53:2
  59:3
**store**   362:12
**stores**   361:13
  361:23
**stories**   296:22
**storm**   63:24
  64:3 66:11
  116:1 207:2
  258:17 352:16

353:14,19
**straight**   247:24
**strange**   175:17
**stream**   173:19
**street**   1:16 2:3
  6:8
**strikes**   232:10
**string**   300:10
**stronger**   72:19
  73:12 83:19
  85:4 273:18
**strongly**   194:18
**struck**   175:11
**structure**   111:8
**structured**   45:9
  325:9 331:11
**studies**   117:14
  118:3,7 119:20
  120:1 182:14
  332:6
**study**   20:11
  31:13 33:13
  120:6,15
  172:12 183:5
  183:12 325:19
**studying**   23:10
**stuff**   88:21
  104:12 207:2
  207:20 258:23
  277:6 319:4
  331:7
**submit**   175:14
  346:23
**submitted**
  17:11,15 21:3

27:16,20
**subreddits**
  221:10
**subscribed**
  36:8 170:1
**subscribes**
  74:12
**subsequent**
  128:14
**subsequently**
  75:24
**substance**
  58:14
**substantial**
  62:11
**sufficient**   144:1
  216:15
**suggest**   14:12
  280:8 284:7
  359:10
**suggested**   61:3
  61:9 92:17
  132:8
**suggestion**
  92:20 93:3
**suggests**   279:22
  334:7
**suite**   2:4
**sum**   176:14
**summarized**
  321:12
**super**   58:16,23
  277:4
**supervision**
  367:17

**supervisor**
  44:22
**supplemented**
  20:24
**supplies**   297:8
**support**   33:15
  33:22 34:18
  36:11 43:11,11
  81:6 84:22
  85:6,8 96:19
  101:10,16
  102:17,21,22
  102:23 109:7
  126:11,16
  127:24 138:11
  143:12 145:20
  147:1,19 148:8
  149:10,17
  150:2,20
  152:24 161:22
  165:20 166:14
  167:13 169:21
  172:20 175:5
  175:16 176:9
  177:1 186:11
  191:21 193:20
  194:2,6 195:12
  197:13 202:14
  203:21 207:17
  209:19 211:1
  215:5 217:1
  218:19 220:15
  249:20 254:12
  254:12 281:8
  283:9 294:20

294:24 297:1
302:12 364:19
**supported**
139:10 164:19
166:3 168:3,3
193:6 254:20
283:14
**supporter**
80:12 83:5
151:11 216:16
217:8 218:15
219:7 307:14
**supporters**
68:24 70:24
72:10 74:24
76:21 77:2,16
82:14,18 101:9
132:5 134:8
275:21
**supporting**
77:3 79:12
81:1 82:2,15
98:12,16 100:4
136:20 167:8
189:4 194:3
212:9,17 215:4
243:17
**supportive**
102:11 149:23
167:23 194:24
**supports**  90:22
92:2 101:3,4
142:1 307:10
314:23 333:5

**supposed**  160:9
**supposing**
267:5
**sure**  20:17 22:2
23:18 30:21
43:18 54:5
69:3 74:9 75:9
88:6 100:18
113:3 122:9
135:16 137:12
139:10 142:1
156:9,12,20
177:14 196:2
196:13 228:5
243:16 244:18
245:24 250:1
256:11 320:22
337:1 342:6
347:23,24
**surgeon**  139:17
**surprise**  91:16
**survey**  33:13
118:4,11
120:18 181:5
182:16 324:22
324:24 331:8
331:13,16
**surveys**  31:6
35:2,17,21
118:4 181:8
324:10
**suspect**  47:4
132:16
**suum**  309:23
310:14

**swear**  7:15
96:19
**swedish**  312:2
**switching**
257:14
**sworn**  7:19
189:6 237:9
242:20 367:5
**symbol**  315:17
315:18,22
316:2,23
318:22 319:16
319:24 320:10
320:12
**symbology**
228:2 314:22
319:8
**symbols**  228:4
318:21 320:6
**system**  11:17
12:2 15:1,6
17:12 18:7
22:10 24:4,8
24:12 32:14
60:15 140:10
169:24 170:2
195:4 292:11
**systems**  23:24
31:21

**t**

**t**  3:12 4:2 120:5
133:8 164:24
165:1 166:6
202:10 277:4
317:4,10,11,17

318:7,9,12
367:2,2
**tab**  3:15,17,21
3:22,24 4:5,7,8
4:11,16 10:11
10:16 50:18
66:23 67:7
69:6 71:12
84:7 88:9,14
88:17 90:4,9
94:22 95:5
96:8,13 104:21
105:9,14 108:3
108:9 109:21
111:19 170:11
170:16 224:24
226:8 247:15
247:17 300:3,6
300:7
**table**  178:12,12
178:14,20
**tagging**  185:4
**take**  5:22 8:12
25:7 50:24
51:2,6 52:8
56:24 59:2
71:8 80:15,17
81:14 84:5
95:18 99:4
108:7 111:19
113:5 124:24
125:4 151:17
151:19 152:4
170:15,21
173:22 186:13

186:16 187:16
189:16,22
200:20 201:1
201:12,24
202:3 206:2
214:22 224:8
225:5 231:2
243:15 245:24
246:18 251:21
251:22,23,24
256:6,11
257:19 261:9
278:22 285:8
286:11 289:8
306:1 307:16
309:5 315:19
316:10,10,13
316:17,22
317:1,19 320:7
337:7
**taken**  1:14 6:3
57:22 88:15
179:20 203:19
203:20 221:13
245:10,11
262:14 300:14
**takes**  343:14,22
**taketheoath**
96:3 97:1,11
181:24 182:1
184:21 185:15
185:19 186:2,3
188:2,6 189:19
191:4 246:12
246:13 248:2

248:19
**talk**  8:5,15 9:17
16:15,16 49:14
52:4 53:7
56:22 64:2
72:1,3 96:24
98:4 107:2
121:7 268:19
309:6 325:20
332:13
**talked**  27:6
41:20 49:16
111:7 198:21
205:5 226:14
258:17 311:9
312:12 355:22
360:15
**talking**  42:14
55:15 56:20,23
70:12 137:22
145:4,4 152:7
152:16 155:7
156:19 157:6
163:7 179:15
193:19 205:6
210:7 218:24
226:24 268:19
300:13 323:14
324:13 334:15
**talks**  53:14
72:7 89:4
271:20 317:16
**tasked**  298:4
**tax**  220:20

**teague**  82:5,8
82:11 83:5
**team**  109:6
302:12 314:14
360:6,11,22
361:3,7
**team's**  314:12
**technology**
59:20
**ted**  330:7
**telegram**  31:17
132:18
**tell**  11:22 12:22
19:11 26:6
50:20 57:11
63:15 108:10
123:20 137:15
142:16 154:12
155:1 201:4
231:7 267:19
338:12 340:17
340:18 351:20
**telling**  17:6
240:17 258:2
265:6 272:4,4
290:7,9,13
320:8 327:20
328:20 345:21
359:22 360:5
**tells**  8:20
167:24
**tenants**  36:21
**tend**  8:5
**tends**  192:20

**tenet**  58:8
**tenets**  57:18
58:18
**term**  63:24
64:1,7 128:4
132:9 205:13
211:22 227:8
334:8,9 363:15
**termed**  209:8
209:10
**terms**  63:23
140:6 174:16
212:1 215:11
353:1
**terrorism**
20:11,12
**terrorist**
116:21
**terry**  309:6,7
**test**  211:14
**testified**  7:20
21:4 187:18
202:4 210:18
238:2 244:15
244:17 252:11
257:23 263:13
267:19 272:14
272:23,24
279:6 315:7,8
315:9 316:24
344:3 350:6
352:15
**testify**  343:5
350:2

| | | | |
|---|---|---|---|
| **testifying** 193:7 | 166:14 168:7 | 233:8 252:3,9 | 216:9,20 |
| **testimony** 10:4 | 172:1,4,13,19 | 252:11,13 | 226:17 227:1 |
| 12:9 18:18,21 | 175:8 203:3,14 | 284:12 285:23 | 229:2 234:9 |
| 168:9 203:23 | 204:19,23 | 289:10 292:14 | 236:5 242:17 |
| 209:16 210:23 | 254:13,21 | 294:18 306:4,5 | 254:24 263:22 |
| 211:15 238:6,9 | 282:4,13,22 | 321:24 327:19 | 273:19 289:4,9 |
| 239:9,13,15,17 | 283:13 284:14 | 334:13,14 | 291:8 296:8 |
| 240:10,23 | 307:7 308:24 | 335:4,18 | 310:16 311:10 |
| 244:14 246:6 | **theory** 31:24 | 339:13 362:14 | 311:13 312:9 |
| 246:20 256:4 | 59:6 77:3 | **things** 13:17 | 327:17 328:15 |
| 275:19 302:24 | 82:16,17 | 24:9 26:3,7,20 | 328:16 329:2 |
| 316:5 336:3 | 164:21 166:5 | 40:22,23 49:16 | 329:13 330:23 |
| 349:13 | 172:11 174:12 | 56:13 61:9 | 331:13,15,21 |
| **texas's** 82:9 | 193:4 205:5,12 | 66:1,4,6 72:2 | 331:24 332:7 |
| **thank** 10:21 | 287:19 307:8 | 74:3 83:17 | 333:22 350:17 |
| 47:6 60:7 | **therapy** 99:13 | 91:15 93:5 | 361:23 |
| 70:21 92:8 | **thereof** 14:24 | 102:18 120:10 | **think** 9:14 |
| 96:23 112:11 | 17:12 | 123:12,14 | 13:13 16:9,11 |
| 194:7 220:11 | **theresa** 80:18 | 138:18 139:20 | 23:23 26:1 |
| 226:9 275:11 | 80:19 98:8 | 139:20 140:22 | 27:9,12 29:18 |
| 323:23 324:6 | **thing** 30:3 | 141:5,7 143:16 | 32:2 38:8 |
| 362:23 | 57:11 77:22,24 | 145:8,11 | 39:21 41:7 |
| **theme** 101:9 | 88:6 124:16 | 156:17 166:1 | 42:15,15 44:4 |
| **themes** 101:13 | 130:12 139:13 | 168:11 169:16 | 44:9,11 45:1,6 |
| **theories** 21:17 | 139:22 142:9 | 169:17 172:6 | 45:8 46:15 |
| 22:11 23:3,7 | 143:3 146:1,5 | 174:24 180:20 | 49:19 54:7 |
| 31:4 32:1 34:2 | 146:23 149:7 | 181:3 182:5 | 56:3,14,17 |
| 34:5,17 36:9 | 150:2 153:16 | 187:4,5,19 | 60:1,10 62:12 |
| 42:23 57:15 | 156:7,14 | 189:9 191:20 | 63:19,21,22 |
| 60:6 117:21 | 168:18 178:2 | 193:1 194:16 | 87:12,15 91:8 |
| 118:17 121:11 | 187:10,11 | 196:22 197:2,9 | 93:10 102:2,12 |
| 121:13 126:14 | 194:14 195:16 | 197:10 198:2 | 104:17 112:19 |
| 146:11 147:9 | 196:17 197:19 | 198:10 204:10 | 121:20 135:6 |
| 151:10 164:20 | 214:5 216:14 | 205:22,24 | 137:4 139:14 |
| 165:21 166:4 | 217:3 222:17 | 207:11 215:14 | 141:24 142:4 |

142:11,15,16
142:23 145:14
151:18 152:18
153:24 157:4
157:21 159:5,7
159:20 160:4
167:23 169:17
170:19 178:2,3
178:9 179:6,12
180:5,13
183:12 191:15
193:5 195:16
202:18 204:7
207:2 210:1,19
216:14 217:18
218:7,21
219:11 228:18
231:7 232:12
232:17 246:7
246:14 247:17
249:11 257:23
262:1 267:15
267:20,22,22
270:19 283:24
284:13 287:6,8
290:1 291:5,8
291:13 292:4
293:22 294:18
296:11 298:15
301:19,22,22
305:19 308:4
310:10,12,13
310:20 311:14
314:24 315:3
320:8,9,14

322:23 323:3
323:21 327:6
327:19 334:6,7
334:24 335:2,5
336:12 341:2
341:14,16,24
342:10 343:14
344:18 347:8
356:2,16
363:10,17
364:13 365:19
**thinking**
192:10 223:16
263:1
**thinks**  142:10
179:15 314:10
**third**  34:9,16
34:22 90:16
110:8 229:1
290:8,12 299:8
323:22
**thought**  12:10
19:10 33:5
53:8 65:18
83:3 84:11
85:11,22 86:9
87:2 99:8,17
140:5 141:24
145:10 184:15
201:3 214:3,4
222:17,21,21
245:5,11
253:24 254:6
255:8 291:18
291:23 294:2

345:7,11,12,12
**thoughts**  35:22
**thousands**
140:17
**thread**  4:16
300:3
**threatened**
34:21
**three**  19:12
48:21 57:18
58:17 113:14
114:22 116:19
122:13 137:13
145:16,17,22
153:21 158:7
201:23 210:13
213:2 248:6
283:6 357:7
**threw**  214:7
**time**  5:9,21
6:24 8:17,17
9:15 16:1,14
16:22 18:4
19:18 20:17
22:20 23:10,23
25:7 37:7
48:18 51:5,7
51:16 97:7
103:6 122:3
125:6,15
126:14 130:14
137:6,9 138:24
141:14 152:5
157:16 158:17
160:23 161:9,9

184:24 187:1
189:2 195:15
206:22 207:3
216:21 224:13
225:8,16 244:7
256:23 258:23
260:21 261:10
274:19 287:5
290:6 291:11
291:12 303:5
309:5 320:4
330:15 337:9
337:17 343:19
343:22 344:24
346:15,16
356:15 366:9
366:17
**times**  49:21
50:1 56:8 61:6
141:8 237:11
242:21 253:18
290:17,20
**tip**  132:9
**tippy**  132:13
**tired**  232:16
313:20 365:15
**titled**  42:6
**today**  5:12 9:2
9:21,23 10:3
14:21 93:24
97:10 140:14
140:23 159:15
175:1 180:7
199:6 297:16
345:6,7,13,24

| | | | |
|---|---|---|---|
| 346:3 352:11 | 343:20 | **translated** | **trump** 58:1 |
| 355:4 356:1 | **tool** 182:3 | 227:24 | 61:7 90:22 |
| **together** 24:18 | **tools** 181:4,11 | **trap** 171:9 | 92:2 106:1 |
| 40:1,13 48:7 | 181:12,20 | **travel** 346:17 | 132:2,6,9,10,12 |
| 72:18 73:12 | 184:12 | 346:18,20 | 132:12,13 |
| 80:6 83:19 | **top** 47:1 60:22 | **treat** 220:1 | 223:15 333:5 |
| 85:4 102:18,19 | 61:4 68:16 | **treatment** | 353:9,22 |
| 112:18 113:20 | 73:8 114:22 | 59:24 | **trumptress** |
| 118:9 120:5 | 115:2,6 132:9 | **tremaine** 2:7 | 106:7 |
| 123:11,11,12 | 132:14 175:21 | 7:9 | **trumpwon** |
| 139:9 169:3 | 231:11 300:21 | **trial** 5:9 120:11 | 106:22 |
| 183:10 191:20 | **topic** 131:19 | 343:5 | **truncated** |
| 194:17 251:9 | 201:16 340:17 | **triangle** 317:22 | 282:17 283:5 |
| 251:17 355:3 | **torture** 58:11 | 318:1 319:3 | **trust** 335:19 |
| **told** 16:15 | **torturer** 139:19 | 320:17 | **truth** 14:3,16 |
| 21:11 35:22 | **torturing** 203:5 | **triangulate** | 15:9 61:18 |
| 81:2 98:18 | **total** 351:17 | 21:2 34:13 | 64:20 84:11 |
| 145:1,6,12 | **totally** 43:18 | 159:18 160:5 | 85:12,23 86:10 |
| 147:21 150:23 | 157:6 196:24 | 216:22 | 87:2 99:22,23 |
| 153:5 167:15 | 239:18 256:5 | **triangulated** | 100:21,22 |
| 183:21 193:16 | 344:4 | 21:12 | 265:6 271:22 |
| 203:9 210:8,18 | **toward** 36:12 | **trick** 41:23 | 271:24 272:5 |
| 233:5 271:23 | **track** 22:19 | 42:1 | 328:5,7 |
| 294:8 295:16 | **tracking** 59:10 | **trickery** 218:22 | **truthful** 14:12 |
| 307:23 344:16 | **tracy** 29:9 | **tried** 292:8 | 265:8 |
| 345:22 | 30:14 79:19,20 | **triggers** 84:12 | **truthfulness** |
| **tolls** 109:11 | 80:4 107:16 | **triple** 194:15 | 308:15 |
| **tom** 203:5 | **traded** 361:14 | 292:18 | **try** 8:15 102:4 |
| **tons** 255:19 | **tradition** 68:20 | **trouble** 235:11 | 128:21 292:12 |
| **took** 51:23 97:8 | **trained** 321:6 | **true** 14:20 | 293:10,16 |
| 168:1 182:22 | **transcript** | 77:20 80:14 | 303:11 316:21 |
| 191:2 199:12 | 177:11 264:16 | 168:10 198:17 | 327:24 |
| 243:22 272:13 | 266:12 367:14 | 230:3 254:16 | **trying** 14:15,20 |
| 283:6 315:13 | **transition** | 261:2 308:7 | 105:7 135:19 |
| 316:7 343:16 | 173:4 | 363:23 | 135:21 136:12 |

| | | | |
|---|---|---|---|
| 182:5 277:12 | 289:20 297:17 | 274:17 316:2 | 163:3 170:11 |
| 287:1 303:14 | 298:12,16 | 319:14 327:15 | 170:17 171:3 |
| 323:3,14 | 304:19 305:12 | 363:8 | 176:7 177:13 |
| 338:18 | 317:6,15 333:1 | **tweeter** 251:22 | 180:12,24 |
| **tumultuous** | 333:8,15 334:7 | **tweeting** 37:3 | 188:13 190:12 |
| 179:4 | 334:19 335:9 | 76:20 78:23 | 190:13 194:11 |
| **turn** 47:23 | 335:15 336:5 | 80:22 81:12 | 237:21,22 |
| 48:14 68:14 | 348:18 350:7 | 82:14 89:12 | 239:12 240:20 |
| 78:6 90:13 | 350:17 353:9 | 96:24 110:4 | 241:9 247:24 |
| 115:10 116:18 | 353:13 354:1 | 127:22 128:10 | 248:7 251:14 |
| 172:22 | **tweeted** 76:1,4 | 171:1,19 | 253:18,19,19 |
| **turned** 28:10 | 76:24 77:1 | 173:22 174:3,9 | 274:14 298:21 |
| 36:7 | 78:22 79:1,6 | 174:18,22 | 326:17,18 |
| **turning** 48:19 | 82:12,16,20 | 175:16 176:9 | 327:8 356:3,9 |
| **tweet** 3:20 4:14 | 90:17 93:17 | 176:10,16,17 | 357:5,7 359:10 |
| 68:15,16 76:4 | 97:12,18 98:13 | 176:18 177:4 | 364:11 |
| 77:5,12 81:11 | 99:12 106:21 | 177:10,16,20 | **twice** 16:6 |
| 81:12,13 83:24 | 108:15,16 | 192:3 203:2 | 49:23 245:10 |
| 84:8 85:6 86:6 | 171:13,18,19 | 247:11 252:4 | 247:21 |
| 90:16 92:4,14 | 171:22 172:10 | 255:18 257:4 | **twitter** 3:21,22 |
| 92:19 96:2,17 | 173:3 175:6 | 277:2 279:5 | 3:23 4:5 40:16 |
| 96:17 97:16,22 | 185:17 186:13 | 299:19 315:22 | 68:15 78:21 |
| 99:11 102:21 | 190:22,23,24 | 319:1,11,23 | 79:4 80:1 88:9 |
| 110:9 171:7 | 201:18,20,22 | 363:8 | 88:18 90:4,11 |
| 172:6 174:6 | 201:24 202:9 | **tweets** 4:6,8,11 | 94:22 95:4,17 |
| 175:13 176:2 | 203:14 204:22 | 21:19 31:18 | 96:8,14 97:5 |
| 176:22 177:2 | 205:3 206:23 | 84:18 95:17 | 105:22 127:19 |
| 178:2,3 191:23 | 206:24,24 | 97:7,24 98:23 | 127:23 133:5 |
| 194:10,11,17 | 207:12,15 | 101:7,14 | 146:19 148:21 |
| 194:19,20,22 | 224:5 247:5,8 | 104:16,21 | 150:13 154:18 |
| 194:23 239:20 | 247:15 249:4 | 106:6 108:3,9 | 171:21 173:20 |
| 249:5,7 252:21 | 252:18,19 | 108:15 120:9 | 174:24 175:2 |
| 253:21 256:20 | 253:4,4 254:24 | 120:10 128:14 | 179:14 188:1 |
| 258:17 274:9 | 255:22 256:14 | 140:17 141:2 | 191:8 199:6,9 |
| 276:16,23 | 256:16 258:18 | 141:10 142:20 | 199:14 212:4 |

223:24 248:18
248:18 264:23
274:12 284:5
288:11,14,20
290:5 356:8
357:1,23 363:8
363:12,13
364:17
**two** 16:19
48:21 51:3
56:19 70:4
96:17 102:18
113:7,13
116:19 118:15
122:13 136:17
136:20 138:18
139:12 145:11
147:4,11 152:4
153:15,19
157:4,8 168:2
169:5,13 173:9
174:22 180:19
192:16 196:22
197:2,9,10
210:12 218:23
230:6 242:17
243:22 262:10
268:13 291:4
298:23 328:22
348:12,16
351:15,18
356:7 362:24
363:17
**type** 328:13
362:13

**typed** 92:8
**types** 332:14
**typo** 93:21
133:11

**u**

**umass** 133:19
**umbrella** 60:6
**unavailable**
330:14
**unclear** 294:22
**uncles** 304:7
**under** 42:9
78:18 106:8
159:6 367:16
**undercut**
102:22 104:2
**undercuts**
104:4
**underneath**
173:7
**understand**
8:10 23:16
60:9 140:1,2
153:8 172:8
180:11 191:11
206:10 235:2
249:9 287:1
294:5 295:7,17
319:24 320:22
321:1 345:24
358:3 361:18
361:18
**understandable**
244:19

**understanding**
18:10,22,24
19:1,14 20:18
22:8,16,19,24
31:6,9,12
32:23 33:7
141:16,21
236:13 239:22
275:22 276:1
322:11
**understood**
18:17 23:1
177:19 273:23
275:16
**uneducated**
56:7
**unequivocally**
307:4
**unfortunately**
281:1
**unfreezing**
115:15
**uniforms**
361:24
**union** 150:4
**unique** 212:1
**uniquely**
209:19 210:2
211:6
**unit** 6:1 51:9,18
125:8,17
225:10,19
337:11,20
366:11

**united** 1:1 97:9
101:20
**unity** 43:2
126:11 128:15
237:14 258:7
314:8,8,9,14
363:16
**universal** 322:6
**universe** 43:10
273:22 310:5
**unlimited**
184:1
**unopposed**
79:24 80:22
**unprofessional**
136:1 179:10
**unquestionably**
113:18
**unreasonable**
56:3
**unrelated**
127:21 306:1
**unreservedly**
202:7
**untrue** 260:6
260:14
**upbringing**
142:12
**updated** 161:1
**urging** 77:5
**usage** 130:6,10
130:10
**use** 20:22 31:2
42:13 43:19
64:2 65:23

66:1,4 68:24
99:15 102:9
103:6,9,11,16
103:19 120:3
123:22 127:12
128:3,9 129:11
131:4 132:9
141:9,17
159:17 174:15
181:5 205:13
208:16 209:2
209:12,17
215:5 217:6
262:2,9 263:3
273:4 280:17
284:8,15
285:19 290:16
303:24 304:1
317:5,20
323:19 324:20
327:14 332:5
334:8,9 353:13
353:19
**used**   18:4 19:23
31:7,10,14,14
58:22 74:16
100:3 107:8
117:18 118:9
122:21 129:3
131:5 133:13
137:13 173:13
181:12,21
182:3,10
183:20,20
203:20 205:17

207:8,9,10
208:18 210:20
210:24 213:21
214:2,24
216:24 217:6
227:10,12
263:13 265:1
282:21 283:19
284:6,18,20
285:1,13,18
286:19 288:7
289:19 290:5
290:21 323:9
323:16 325:19
325:23 331:2
350:11 363:15
**uses**   32:12 64:2
64:7,16 127:7
128:13 211:22
214:21 215:5
215:19 286:20
310:8 334:6,12
357:12
**using**   59:7
65:17 89:5
102:8 103:3
127:21,24
130:20 142:1,2
207:4,6,7
209:24 211:18
212:4 219:6
227:21 256:7
261:24 267:12
273:11 276:8
277:9 278:1

280:10 287:2
287:11 319:8
332:5 335:5
363:18
**usually**   133:13
160:24
**utter**   325:17
332:7
**utterance**
11:20 43:1
**utterances**
170:8
**uttered**   325:22

| **v** |
|---|

**v**   1:6
**vaccine**   115:23
**vaccines**   59:9
**vague**   349:24
**vaguely**   61:9
**val**   228:21
**valerie**   28:6
29:11 119:24
**validity**   81:5
**value**   85:23
86:4,8 242:10
292:14 307:17
**values**   86:1
**variables**   33:20
33:21
**various**   77:1
223:18
**vast**   166:24
**vaxers**   121:24
**veranda**   245:16
245:17

**verbatim**
187:20 233:13
**veritext**   1:15
6:10,12,16
**veronica**   63:12
**version**   76:1
101:24 262:19
265:22 300:18
**versions**   243:22
300:19
**versus**   6:5 34:7
130:6 153:23
**vice**   221:7,20
222:8
**victim**   200:2
**victories**
314:12
**victura**   133:18
**video**   5:21 6:2
13:3 15:20
16:4 21:9
25:10 50:4,15
51:8,13,17,20
52:9,13,22
53:2,9,15,18
54:14,19,24
55:3,17,23
56:6,11,23,23
57:6 80:23
81:3 82:14,20
96:24 98:14,18
122:15 124:8
125:7,12,16,19
128:11 129:15
130:15 133:4

**[video - weapon]**

135:15 146:18
148:20 150:13
154:17 155:15
156:13 174:12
182:1 202:1
225:9,14,18,21
237:23 243:15
243:16,17,23
244:6,10,11,17
245:10,24
246:1,1,3,7,23
247:1 248:10
248:10,18
258:4,5 285:20
337:10,15,19
337:22 366:10
366:12
**videographer**
2:11 5:11 6:13
7:14 51:7,15
89:20,23 125:6
125:14 225:8
225:16 336:22
337:3,9,17
366:9
**videos** 31:18
56:19 77:1
119:16 185:23
289:10
**videotaped**
1:13 5:13
**view** 44:2
364:19
**viewer** 180:3

**viewing** 178:1
**views** 33:9
117:7 160:22
**villa** 355:14
**vincent** 76:21
**violating** 342:3
**viral** 133:7
146:21 148:22
149:2 150:15
154:19 243:16
244:2,6,11
245:14,14,18
246:1,4,19
**virginia** 2:4
**visual** 20:24
**vitality** 58:16
**voice** 87:10
173:4
**volume** 294:6
294:16
**voluminous**
40:7
**votes** 60:5,5
**vouch** 167:16

**w**

**w** 255:9
**wait** 343:1
**waived** 5:7
**want** 8:13
16:15,16 43:17
52:3,8 107:2
112:7 121:14
123:21 125:3
150:22 153:4
160:4 172:14

175:3,14
177:24 181:15
224:8,9 234:11
237:3 250:3
256:4 265:21
273:6 301:23
305:19 313:1
323:13 327:24
329:1,10
338:14 339:6
341:23 342:6
347:15 348:10
351:7,8 357:3
357:6
**wanted** 53:7
89:13 235:6
244:2,18
245:13 251:2
328:23 358:9
358:13
**wants** 160:17
**war** 274:18
**warranted**
17:10
**wash** 307:9
**washington**
81:3 98:18
119:17
**waste** 51:5
**watch** 49:8
123:15 229:16
274:12 361:10
**watched** 53:17
54:7

**watching** 56:10
56:11 114:13
325:19
**water** 89:21
185:8
**way** 11:24
21:13 23:12
32:18 45:9
65:8 86:20
120:18 121:2
135:21 136:12
139:3 173:21
180:10 196:5
197:16 213:2
213:23 216:22
218:15 220:18
246:10 248:6
264:3 267:19
280:22 302:16
310:17 311:11
312:4 325:8
327:22 353:14
353:20
**wayback** 90:10
**ways** 84:20,21
123:6,7,9
218:23 228:14
324:22 325:3
**we've** 103:24
123:14 175:1
193:19 226:14
297:15
**weapon** 59:6
59:11

| | | | |
|---|---|---|---|
| **wearing** 69:11 | **willing** 259:15 | 151:20 153:14 | 278:24 280:4 |
| 164:24 165:21 | **wilson** 30:1 | 156:9 157:12 | 284:2 288:13 |
| 166:6 | **win** 355:16,18 | 160:8 162:13 | 291:16 294:14 |
| **web** 282:10,11 | **wine** 84:15 | 164:12 166:22 | 297:23 298:19 |
| **website** 21:8 | **wing** 122:2 | 168:10 169:2 | 301:6 319:19 |
| 133:7 221:12 | 132:19 221:9 | 170:18,23 | 320:21 321:21 |
| 221:12 321:14 | **winter** 339:6 | 172:3,24 | 327:2 329:15 |
| **weight** 169:7 | **wise** 328:22 | 175:11 178:24 | 329:18 336:8 |
| 169:14 | **wish** 42:10 | 179:3 182:9 | 336:20 341:4 |
| **went** 8:4 70:6 | **witness** 3:4 | 185:22 186:20 | 345:5,9,14 |
| 133:6 146:20 | 7:16 10:15 | 188:9 190:5 | 347:23 350:20 |
| 148:22 150:15 | 12:6 14:5 | 191:18 193:23 | 353:5,17 |
| 154:19 199:6 | 39:17 46:19 | 194:1 195:22 | 354:12,16 |
| 212:12 213:16 | 48:1,16 54:1,5 | 198:1 200:23 | 356:19 358:2 |
| 255:9 258:16 | 65:2 67:11 | 205:10 206:12 | 359:6,15 360:3 |
| 282:11 338:13 | 69:21,24 70:2 | 208:3,22 | 362:20 366:16 |
| **wesley** 99:5,11 | 73:21 74:7 | 209:22 211:9 | 367:5 |
| 99:20 100:10 | 76:13 77:19 | 212:21 213:5 | **witnesses** 329:9 |
| **west** 2:3 | 78:8 79:18 | 215:9 217:23 | **witzke** 164:16 |
| **whispering** | 80:16 82:7 | 218:14 219:22 | 164:19 165:6 |
| 5:18 | 83:15,22 84:6 | 220:8,17,24 | 165:10 |
| **white** 64:11,20 | 86:14,16 87:11 | 224:10 231:6 | **wolfsgate** 63:13 |
| 66:11 107:7 | 88:4 89:2,22 | 231:15,20,24 | **woman** 223:23 |
| 127:14 129:4 | 90:15 95:12 | 236:23 238:24 | **women** 96:18 |
| 129:12 134:4 | 98:9 104:7 | 239:20 240:12 | **won** 79:22 |
| 260:5 | 105:10,16 | 243:4,12 244:4 | 82:10 106:1 |
| **whitehouse** | 106:20 107:1 | 244:15,16 | **wondering** |
| 131:22 132:11 | 107:12 108:12 | 246:20 247:7 | 124:6 226:16 |
| **widely** 134:8 | 108:22 109:1 | 247:10 252:7 | 338:6 |
| 272:22 | 110:22 112:13 | 252:10 253:9 | **wonderland** |
| **wife** 252:12 | 115:11 121:1,3 | 255:6 257:13 | 64:12,15 |
| 299:1 | 124:23 126:1 | 259:10 260:8 | **word** 18:5 |
| **wild** 58:22 | 131:9,16 136:7 | 260:12,16 | 22:22 43:19,20 |
| **wilde** 28:12 | 136:16 142:7 | 261:18 263:16 | 45:15 103:4 |
| 30:10 63:20 | 149:14 151:2 | 266:7 274:3 | 163:7,11 168:1 |

168:22 215:19
216:24 227:10
227:21 241:24
293:19
**words** 34:6
36:17 60:14
97:1 102:16
103:1 126:3,7
129:16 139:9
141:15,18,23
156:15 162:22
175:20 185:6
185:18 189:15
189:16 198:10
212:6 214:21
218:20 233:15
244:8 259:23
277:8 287:11
289:11,15
291:10 294:3
306:2 308:20
308:21,22
310:4 314:4
334:21 358:7
358:22
**work** 21:1 31:2
31:15 33:8,10
33:23 35:18
39:14 46:12,13
46:24 49:23
135:4 138:23
172:16,17
181:1 344:2
**working** 33:10
340:11

**works** 8:11
196:5
**world** 9:15
57:23 59:2
65:9 119:1,2
127:13 129:3
158:5,17
191:12 211:6
259:19 261:23
275:13 289:4
293:20 294:7
299:9 351:23
**worries** 179:24
**worry** 105:6,8
112:9
**worshiping**
57:21
**wright** 2:7 7:9
**write** 75:21,24
183:13 339:1,4
342:21 351:8
351:10
**writes** 93:13
282:2 300:16
**writing** 19:18
21:7 70:13
140:13 157:14
157:17 159:1
159:14 241:21
338:10
**writings** 133:15
**written** 21:21
76:19
**wrong** 67:5
84:9 85:9,18

86:24 87:19
110:4 157:21
158:18,19
159:6,12,13,20
159:21 168:14
168:15,16
225:1 230:1
232:15 235:22
238:11 255:10
270:8 284:13
287:6 292:5
305:8
**wronged**
200:19
**wrote** 19:7,20
20:2 46:6
74:24 81:1
98:17 134:13
137:7,11
138:15,16
145:18 158:14
200:6 210:14
210:22 212:7
214:16 284:24
364:12
**wtf** 90:23 91:2
92:8
**ww** 209:2
**wwg1** 248:12
288:5 333:6
**wwg1wga** 76:4
80:6 89:16
90:23 93:13
94:6,17 97:11
97:23 110:7

115:4,8,20
133:14 164:23
165:5,7,19
179:14 186:6
208:16 237:23
238:3,17
240:22 248:7
258:18,19
262:14,22
277:3 285:15
317:4,18
318:16
**wwg1wgawo...**
79:3 106:10
**wwg1wwga**
89:5
**wwgiwga** 99:23

**x**

**x** 3:2,12 4:2

**y**

**yankees** 360:10
360:21 361:23
362:12,13,14
362:16
**yeah** 46:9
50:23 84:19
100:11,11,11
100:11 105:11
108:12 124:22
131:6 135:17
144:16 147:16
163:17 170:8
196:9 209:13
210:11 215:21

215:21 220:20
234:12,14
238:22 240:19
241:22 248:13
248:15 250:16
258:21 260:10
260:15 270:16
270:23 272:18
273:10 276:2
278:21 280:24
285:7 293:7
303:18 312:11
312:14,17,20
315:12,14
318:3,4,8,11
319:5 321:2
323:16,16
330:22 331:1
337:5 340:7
343:19 344:1
346:21 347:20
355:8 358:6
359:22
**year**   210:12
**years**   18:9,10
  19:12 137:13
  145:16,17,22
  150:4 185:9
  210:12,13
  223:18 236:11
  236:19 255:7
**yelling**   261:10
  313:23
**yep**   73:7 106:2
  149:21

**yesterday**   9:14
  9:14
**yiddish**   311:24
**yo**   365:18
**york**   1:1 2:9,9
**yorker**   119:18
**yous**   310:24
**youtube**   31:18
  74:12

**z**

**zion**   205:16
**zoom**   2:12

New York Code

Civil Practice Law and Rules

Article 31 Disclosure, Section 3116


(a) Signing. The deposition shall be submitted to the witness for examination and shall be read to or by him or her, and any changes in form or substance which the witness desires to make shall be entered at the end of the deposition with a statement of the reasons given by the witness for making them. The deposition shall then be signed by the witness before any officer authorized to administer an oath. If the witness fails to sign and return the deposition within sixty days, it may be used as fully as though signed. No changes to the transcript may be made by the witness more than sixty days after submission to the witness for examination.


DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.