

**Jared Roberts**
ASSOCIATE

**D:** 571-267-1555
**E:** jared@binnall.com

December 20, 2023

<u>VIA ECF</u>
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 15A
New York, NY 10007-1312

  Re: *Flynn et al, v. Cable News Network, Inc.,* No. 1:21-cv-02587-AS-SLC
  <u>Letter-Motion to File Confidential and Highly Confidential Materials Under Seal</u>

Dear Judge Subramanian,

  I represent Plaintiffs Jack and Leslie Flynn in the above captioned matter. Pursuant to Fed. R. Civ. P. 5.2(e) and 26(c), and the Court's Individual Practice Rule 11B, I respectfully request to file portions of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment under seal, given that this Memorandum cites to exhibits and deposition testimony designated "confidential" or "highly confidential" by Defendants pursuant to the Parties' Confidentiality Stipulation and Protective Order (ECF No. 60).

  Pursuant to the Court's Individual Practice Rule 11Ci, counsel for the Parties conferred, and Defendants consent to this motion.

Dated: December 20, 2023      Respectfully submitted,

                <u>/s/ Jared Roberts</u>
                Jared J. Roberts, *pro hac vice*
                BINNALL LAW GROUP, PLLC
                717 King Street, Suite 200
                Alexandria, Virginia 22314
                Tel: (703) 888-1943
                Fax: (703) 888-1930
                jared@binnall.com

                *Counsel for Plaintiffs*