

Jared Roberts
ASSOCIATE

D: 571-267-1555
E: jared@binnall.com

December 20, 2023

VIA ECF
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 15A
New York, NY 10007-1312

    Re:  *Flynn et al, v. Cable News Network, Inc.,* No. 1:21-cv-02587-AS-SLC
         Letter-Motion to File Confidential and Highly Confidential Materials Under Seal

Dear Judge Subramanian,

    I represent Plaintiffs Jack and Leslie Flynn in the above captioned matter. Pursuant to Fed. R. Civ. P. 5.2(e) and 26(c), and the Court's Individual Practice Rule 11B, I respectfully request to file portions of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment under seal, given that this Memorandum cites to exhibits and deposition testimony designated "confidential" or "highly confidential" by Defendants pursuant to the Parties' Confidentiality Stipulation and Protective Order (ECF No. 60).

    Pursuant to the Court's Individual Practice Rule 11Ci, counsel for the Parties conferred, and Defendants consent to this motion.

Dated: December 20, 2023

Respectfully submitted,

/s/ Jared Roberts
Jared J. Roberts, *pro hac vice*
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com

*Counsel for Plaintiffs*

---

The request is GRANTED. By January 5, 2024, Plaintiffs shall file a redacted version to be publicly available on the docket, in line with this Court's individual practices. The Clerks of Court is directed to close ECF 196 and 199.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 21, 2023

WWW.BINNALL.COM