

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

katebolger@dwt.com

December 21, 2023

<u>VIA ECF</u>
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Consent Letter-Motion for Extension of Time to Move to Seal and File Summary Judgment and *Daubert* Replies in *Flynn et al v. Cable News Network, Inc.*, No. 1:21-cv-02587-AS-SLC (S.D.N.Y.)

Dear Judge Subramanian:

We represent Defendant Cable News Network, Inc. ("CNN") in the above-referenced action. With Plaintiffs' consent, we write to request that (1) the deadline in this matter for CNN to move to seal the materials referenced in Plaintiffs' opposition for CNN's summary judgment motions be extended from December 26, 2023 to **January 9, 2024**, and (2) the deadline in this matter for CNN to file its replies in support of its summary judgment motion and *Daubert* motions be extended by one day, from Sunday, January 28, 2024, to the next business day, **January 29, 2024**.

On November 13, 2023, this Court ordered that CNN's summary judgment replies be filed by Sunday, January 28, 2024. ECF No. 193. On December 20, 2023, Plaintiffs filed their opposition to CNN's motion for summary judgment, along with supporting exhibits and a Rule 56.1 Statement. ECF Nos. 197-200. These filings reference materials that CNN has designated "Confidential" or "Highly Confidential" pursuant to the parties' protective order entered in this action. Per your Honor's Individual Rules 11.C, CNN must file within three business days, by December 26, a letter explaining the need to seal or redact the referenced information and/or documents.

There is good cause for this request to extend. First, in light of the Christmas holiday, CNN's counsel respectfully requests additional time to confer with their client to ascertain whether any of its materials can be de-designated. Second, CNN respectfully requests an additional day to file its reply so that the filing can take place on a business day instead of a Sunday. Extending these deadlines would not prejudice any party, and Plaintiffs consent to this extension.

Judge Subramanian
Page 2

      CNN has not previously requested an extension of time in connection with the sealing deadline. Plaintiffs previously requested an extension of time for CNN's reply deadline in connection with their opposition extension request, which this Court granted on November 13, 2023. ECF No. 193.

* * *

      Accordingly, CNN requests an extension of its motion to seal deadline, from December 26, 2023 to January 9, 2024; and its deadline to file replies in support of its summary judgment and *Daubert* motions from January 28, 2024 to January 29, 2024. Thank you for the Court's consideration of this request.

Respectfully Submitted,

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 22, 2023

By: */s/ Katherine M. Bolger*
Katherine M. Bolger (N.Y. Bar No. 2976868)
Lindsey B. Cherner (N.Y. Bar No. 5571534)
Meenakshi Krishnan (*pro hac vice*)
Sam Cate-Gumpert (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
katebolger@dwt.com
lindseycherner@dwt.com
meenakshikrishnan@dwt.com
samcategumpert@dwt.com

ATTORNEYS FOR CABLE NEWS NETWORK, INC.