# EXHIBIT J



