# EXHIBIT K

EXHIBIT

33

tabbies®

By using Twitter's services you agree to our Cookie Use. We and our partners operate globally and use cookies, including for analytics, personalisation, and ads.

🔒 web.archive.org

Have an account? Log In ▾

**Jack Flynn #WeFightBack**
@GoJackFlynn

Brother of LTG Mike Flynn (R) ✳️🎖️⭐⭐
⭐🎖️THANK YOU ALL FOR YOUR
UNDYING SUPPORT
MikeFlynnDefenseFund.org
sidneypowell.com

📅 Joined March 2019

🔵 Home    About

**Jack Flynn #WeFightBack**
@GoJackFlynn

( Follow )

I was told today that QAnons are dangerous people to be aligned with. That there is actually "no plan". True or not, most people seem pretty normal to me who support the idea of Q. I advocate for the Constitution and Bill of Rights. 🇺🇸 if Q does too~No harm no foul. #KAG2020

**Jack Flynn #WeFightBack** @GoJackFlynn
There is nothing wrong with QAnon. Just People doing their own research and learning independence of thought to find the truth. If it triggers the daylights out of fools like yourself all the better. 🍷 Don't you get it?? It's so simple~Yet complex. Like a meritage wine. twitter.com/Kylegriffin1/s...

11:20 AM - 20 Aug 2020

4 Retweets  9 Likes

🔁 4    ♡ 9



© 2020 Twitter  About  Help Center  Terms  Privacy policy  Imprint  Cookies  Ads info

© 2020 Twitter    About   Help Center   Terms
Privacy policy   Imprint   Cookies   Ads info