# EXHIBIT L

EXHIBIT 34



**Jack Flynn #WeFightBack**
@GoJackFlynn

If this means you believe in the constitution and equal justice under the law then this works for me. 🇺🇸🇺🇸

Escape The Matrix @PookztA · Aug 21
Replying to @GoJackFlynn
We are with you Jack! 🇺🇸🇺🇸



WHERE WE GO ONE WE GO ALL