# EXHIBIT P

# TO BE FILED UNDER SEAL
Pursuant to U.S. District Judge Arun Subramanian's
Civil Individual Practices 11(B)