

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

katebolger@dwt.com

January 9, 2024

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 15A
New York, NY 10007-1312

Re: *Flynn et al, v. Cable News Network, Inc.*, No. 1:21-cv-02587-AS-SLC – Letter-Motion in Support of Confidential and Highly Confidential Materials Remaining Under Seal

Dear Judge Subramanian:

    We represent Defendant Cable News Network, Inc. ("CNN") in the above-referenced action. Pursuant to the Federal Rules of Civil Procedure 5.2(e) and 26(c), and Your Honor's Individual Practice Rule 11B, we file this letter-motion in support of keeping certain redacted portions of Plaintiffs' Memorandum in Opposition to CNN's Motion for Summary Judgment (ECF No. 197), certain redacted portions of Plaintiffs' Rule 56.1 Statement of Material Facts in Dispute (ECF No. 200), and certain confidential exhibits and portions of deposition transcripts that are designated as "Confidential" or "Highly Confidential" under seal pursuant to the parties March 15, 2022 Confidentiality Stipulation and Protective Order (ECF Doc. No. 60) in this action.

    CNN requests that the following portions of Exhibit A to the Declaration of Jared R. Roberts ("Roberts Decl.") (ECF No. 198), which is the deposition transcript of Donie O'Sullivan, as well as any of Plaintiff's Opposition filings that reference those portions, remain under seal. CNN requests leave of the Court to work with Plaintiffs' counsel to unredact only those parts of Exhibit A that do not relate to these portions.

- Ex. A at 161:8-13: This portion of the transcript references Mr. O'Sullivan's confidential medical information.

- Ex. A at 340:14-342:20: This portion of the transcript references a document relating to the Report's Nielsen ratings produced as "Highly Confidential" by CNN. CNN requests that this information remain under seal per its contractual obligations with Nielsen.

January 9, 2024
Page 2

                          Respectfully Submitted,

                          Davis Wright Tremaine LLP

                          */s/ Katherine M. Bolger*
                          Katherine M. Bolger

The above-referenced categories of information may remain redacted. Counsel shall submit redacted versions of exhibits by January 30, 2024.
SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: January 9, 2024