# EXHIBIT A

## TO BE FILED UNDER SEAL
**Pursuant to U.S. District Judge Arun Subramanian's
Civil Individual Practices 11(B)**

HIGHLY CONFIDENTIAL

Page 1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   Case No. 1-19-cv-09193-PGG
    - - - - - - - - - - - - - - - - -x
3   JOHN P. "JACK" FLYNN, LESLIE A.    :
    FLYNN,                             :
4                                      :
                          Plaintiffs, :
5                                      :
              - vs -                   :
6                                      :
    CABLE NEWS NETWORK, INC.,          :
7                                      :
                          Defendant.  :
8   - - - - - - - - - - - - - - - - -x
9
                            February 27, 2023
10                          10:30 a.m.
                            1251 6th Avenue
11                          New York, NY
12
13
14
15          ***HIGHLY CONFIDENTIAL***
16
17
18
19
20          DEPOSITION UPON ORAL EXAMINATION OF
21   DONIE O'SULLIVAN, held at the above-mentioned
22   time and place, before Randi Friedman, a
23   Registered Professional Reporter, within and for
24   the State of New York.
25

HIGHLY CONFIDENTIAL

Page 2

1 APPEARANCES:
2        STEVEN S. BLISS LAW OFFICES
         Attorneys for Plaintiffs
3
         300 West Main Street, Suite 102
4        Charlottesville, Virginia 22903
5        BY:  STEVEN S. BLISS, ESQ.
6
7        DAVIS WRIGHT TREMAINE LLP
         Attorneys for Defendant
8
         1251 Avenue of the Americas
9        21st Floor
         New York, New York 10020
10
         BY:  KATHERINE M. BOLGER, ESQ.
11            MEENU KRISHNAN, ESQ.
12             * * *
13
14
15
16
17
18
19
20 ALSO PRESENT:
21        Mary Kate Tischler, Esq.(CNN)
22
23
24
25

Page 3

1        STIPULATIONS
2        IT IS HEREBY STIPULATED AND AGREED, by
3 and among counsel for the respective parties
4 hereto, that the filing, sealing and
5 certification of the within deposition shall be
6 and the same are hereby waived;
7        IT IS FURTHER STIPULATED AND AGREED
8 that all objections, except as to form of the
9 question, shall be reserved to the time of the
10 trial;
11        IT IS FURTHER STIPULATED AND AGREED
12 that the within deposition may be signed before
13 any Notary Public with the same force and effect
14 as if signed and sworn to before the Court.
15             * * *
16
17
18
19
20
21
22
23
24
25

Page 4

1             * * *
2        DONIE O'SULLIVAN, the witness
3    herein, having been duly sworn, was examined
4    and testified as follows:
5             * * *
6        EXAMINATION
7 BY MR. BISS:
8    Q    Good morning, sir.  Will you state
9 your full name for the record?
10    A    Donie Conor O'Sullivan.
11    Q    Mr. O'Sullivan, my name is Steve Biss,
12 I'm an attorney from Charlottesville, Virginia.
13 I represent Jack Flynn, Leslie Flynn, in a case
14 pending in the Southern District of New York
15 that's styled Flynn versus Cable News Network.
16 We're here today for your deposition.
17        I also represent Valerie Flynn and
18 Lori Flynn in connection with some litigation
19 that's pending in the Middle District of Florida.
20 Are you aware of that litigation as well?
21    A    Yes.
22    Q    Okay.  So I have an agreement with
23 counsel for CNN to use the discovery in the
24 Southern District of New York case in the Middle
25 District of Florida cases.  Are you aware of

Page 5

1 that?
2        MS. BOLGER:  I don't know that
3    I've told him that, Steve, but we do have
4    that agreement.  I'll note that the Valerie
5    Flynn case was dismissed, but we're not
6    going to say not to take discovery on that
7    case.
8 BY MR. BISS:
9    Q    Mr. O'Sullivan, I'm going to ask you
10 some questions today and you're here to provide
11 answers.  I want to go over just a couple of road
12 rules to sort of facilitate this process, make it
13 easier for you and me and everybody else in the
14 room and easier for the court reporter, who's
15 taking down your transcript -- your testimony.
16        If any of my questions are unclear in
17 any way, will you tell me?
18    A    Sure.
19    Q    Okay.  I do want to get answers to my
20 questions today, so I'm not interested in having
21 you volunteer information or volunteer -- if I
22 ask you what color the light was, I just want to
23 know what color the light was.  I don't want to
24 know where you went to high school and anything
25 like that.  So if you could just answer my

HIGHLY CONFIDENTIAL

Page 6

1 questions, that will help us get through this
2 faster.
3          MS. BOLGER:  I object to the
4     instruction.  The witness should tell the
5     truth and the whole truth, but you can ask
6     whatever you want.
7          MR. BISS:  Okay.
8 BY MR. BISS:
9     Q     And my third road rule is I don't want
10 you to speculate.  I'm interested in your
11 firsthand knowledge.  If there's a question that
12 I ask you that -- that you don't know the answer
13 to, will you just be forthright and tell me that?
14     A     Sure.
15     Q     And the last road rule is hopefully
16 going to be the easiest one to follow, and that
17 is, I don't want to argue with you today, I don't
18 want to quibble.  Will you just answer my
19 questions and that type of thing?
20     A     Sure.
21     Q     Okay.  All right.
22          Mr. O'Sullivan, sitting with me here
23 in the deposition room is Jack Flynn, one of the
24 plaintiffs in the case.  Have you ever met Jack
25 Flynn before today?

Page 7

1     A     No.  No.
2     Q     Have you ever spoken with Jack Flynn
3 on the phone?
4     A     No.
5     Q     Have you ever in your lifetime ever
6 had or ever attempted to make any contact with
7 Jack Flynn for any reason?
8     A     Not that I can recall.
9     Q     I'm going to show you some documents
10 today.  There's 58 in total.  Hopefully we'll --
11 hopefully we'll get through most of these very
12 quickly.
13     A     All right.
14     Q     So the first document I'm going to
15 hand you, I'm going to mark it as Exhibit 1 to
16 this deposition.
17          (Exhibit 1 was marked.)
18          I'm going to slide them across the
19 table, hopefully not quickly, but I'll slide them
20 across the table.  I've got a copy here for
21 Ms. Bolger as well.
22          MS. BOLGER:  Thanks.
23 BY MR. BISS:
24     Q     Mr. O'Sullivan, this is a copy of a
25 memorandum opinion and order that was entered

Page 8

1 in -- I'm going to call it the New York
2 litigation, if that's okay with you -- memorandum
3 opinion and order entered in the New York
4 litigation on August 12, 2022.
5          Have you ever seen this document
6 before today?
7     A     I believe I've reviewed it, yes.
8     Q     Okay.  And I want you to turn to
9 Page 5 of the memorandum opinion and order, and I
10 just want to -- I just want to read into the
11 record a portion of the memorandum opinion and
12 order that begins on the bottom of Page 5, and it
13 says, quote, "Nothing in CNN's report suggests
14 that a QAnon follower is someone who merely
15 engages with the movement on Twitter in the sense
16 that a fan might follow their favorite actor.
17 Rather, in the context of CNN's report, the term
18 'QAnon follower' would be reasonably understood
19 by a viewer to mean an adherent to the QAnon
20 movement in the sense that a member of a faith
21 follows its belief system.  The report, which was
22 aired roughly a month after the January 6, 2021
23 attack on the United States Capitol, focuses on
24 individuals attending a QAnon meeting with
25 prominent figures in the QAnon movement.  Among

Page 9

1 other things, the report shows a speaker at the
2 meeting state, 'We are at war now and we in this
3 room understand that very, very much.'  One of
4 the individuals at the meeting, known as the
5 QAnon Shaman, is shirtless, has his face painted,
6 and is wearing a horned headdress and a QAnon
7 flag as a cape.  The report states that at least
8 two people at the meeting were in Washington,
9 D.C. on January 6, including the QAnon Shaman,
10 who stormed the Capitol.  The report interposes
11 footage of the QAnon meeting with violent footage
12 from the January 6 attack.  A commentator
13 explains that the people at the meeting 'felt
14 like they were part of something big and
15 revolutionary and that they were opposing
16 absolute evil.'.
17          "The Flynns further allege that in
18 CNN's own words, QAnon is a 'cult' and that
19 'trusting the plan was an important part of QAnon
20 belief.'  In this context a viewer would
21 reasonably understand that a QAnon follower is an
22 adherent to the QAnon belief system, including
23 the belief that a high-ranking government insider
24 known as Q -- known as 'Q' is exposing a cabal of
25 Satan-worshiping pedophiles which controls the

HIGHLY CONFIDENTIAL

Page 10

1 government, not merely someone who read or
2 forwarded tweets about QAnon."
3        Are you aware that the District Court
4 has defined the term "QAnon follower" in the
5 context of the CNN report?
6        MS. BOLGER:  Object to the form.
7 Calls for a legal conclusion.
8 BY MR. BISS:
9    Q    Are you aware that the judge has
10 decided what a QAnon follower means?
11        MS. BOLGER:  Object to the form.
12        You can answer.
13        THE WITNESS:  I'm aware of this,
14    yes.
15 BY MR. BISS:
16    Q    Do you agree with the judge's
17 definition of QAnon follower?
18        MS. BOLGER:  Object to the form.
19 Calls for a legal conclusion.
20        You can answer.
21        THE WITNESS:  No.
22 BY MR. BISS:
23    Q    Do you intend to object to the judge's
24 definition of "QAnon follower"?
25        MS. BOLGER:  Object to the form.

Page 11

1    Calls for a legal conclusion.  He wouldn't
2    know the answer to that.
3 BY MR. BISS:
4    Q    Do you understand, Mr. O'Sullivan,
5 you're bound by the court's order?
6        MS. BOLGER:  Object to the form.
7    That's a legal conclusion.  He's not lawyer.
8    I'm not going to let him answer questions
9    about being a lawyer.
10 BY MR. BISS:
11    Q    I'm going to ask you a series of
12 questions today about the QAnon belief system.
13        Would you consider yourself to be an
14 expert in QAnon?
15    A    I've reported on it for a good number
16 of years, I guess since it's been around, since
17 2017, and I've further reported on
18 disinformation, misinformation online for almost
19 decades.  I'm certainly done a lot of reporting
20 on QAnon, yes.
21    Q    Do you consider yourself an expert?
22    A    I would consider myself a -- one of
23 the -- it's part of my beat, so, yes, I know a
24 lot about it.
25    Q    Okay.  You can set that to the side,

Page 12

1 sir.  I'm going to show you a document.
2    A    Thank you.
3    Q    Let me take that back for one second.
4    A    You need to mark it?
5    Q    Yeah.
6        (Exhibit 2 was marked.)
7        Let me show you a document,
8 Mr. O'Sullivan, I've marked as Exhibit 2 for
9 identification.  This is a copy of Jack and
10 Leslie Flynn's Amended Complaint.  Have you ever
11 seen this document before?
12    A    I have.
13    Q    Okay.  All right.  Let's go back to
14 Exhibit 1 for one moment.  And I want to ask you
15 to turn to Page 7.  I'm going to quote from the
16 first full paragraph.
17        "Further, the Flynns' tweets, which
18 Judge Cave determined were integral to the
19 complaint and could therefore be considered in
20 connection with the motion to dismiss, do not
21 establish that the Flynns are adherents to the
22 QAnon credo."
23        Do you see that?
24    A    Yes.
25    Q    Do you agree with that statement?

Page 13

1        MS. BOLGER:  Object to the form to
2    the extent it calls for a legal conclusion
3    about what's included or not in the
4    complaint.
5        But you can otherwise answer.
6        THE WITNESS:  Do I agree with what
7    the judge has said here?
8 BY MR. BISS:
9    Q    Yeah, that the Flynns' tweets do not
10 establish that the Flynns are adherents to the
11 QAnon credo.  Do you agree with that statement?
12        MS. BOLGER:  Same objection.
13        THE WITNESS:  Well, first I would
14    say that I think the premise of the
15    statement that you read is not wholly
16    accurate in that I didn't call the Flynns
17    QAnon followers or necessarily in the report
18    adherents to the QAnon credo.  What the
19    report did was establish that the Flynns had
20    taken the so-called QAnon oath.
21 BY MR. BISS:
22    Q    Do you agree with the statement that
23 the Flynns' tweets do not establish that the
24 Flynns are adherents to the QAnon credo?  Do you
25 agree with that statement?  That was my question.

4 (Pages 10 - 13)

HIGHLY CONFIDENTIAL

Page 14

1          MS. BOLGER:  Objection.
2     Objection.  Asked and answered.
3          THE WITNESS:  No.
4  BY MR. BISS:
5     Q     The next statement on Page 7 is the
6  next paragraph, and Judge Woods writes,
7  "Crucially, none of the Flynns' tweets state that
8  they are believers in the QAnon movement."
9          Do you agree with that?
10          MS. BOLGER:  Object to the form.
11          THE WITNESS:  I think the judge is
12     misunderstanding how people would pledge
13     allegiance to or indicate that they are
14     followers or sympathetic to the QAnon
15     movement.  So, no, I do not agree with that
16     statement.
17  BY MR. BISS:
18     Q     Turn to Page 8.  I'm going to quote
19  from the third full paragraph, where Judge Woods
20  writes, "There are many reasons that someone
21  might retweet a statement.  A retweet is not
22  necessarily an endorsement of the original tweet,
23  much less an endorsement of the unexpressed
24  belief system of the original tweeter."
25          MS. BOLGER:  Sorry.  Steve, I hate

Page 15

1     to break your -- what page are we on?
2          MR. BISS:  Page 8.  The second
3     full paragraph.  Looked like the third, but
4     it's the second full paragraph.
5          MS. BOLGER:  I've got it.  Sorry
6     for that.
7  BY MR. BISS:
8     Q     Mr. O'Sullivan, I'm going to direct
9  you on Page 8, to the second full paragraph,
10  where Judge Woods writes, "There are many reasons
11  that someone might retweet a statement.  A
12  retweet is not necessarily an endorsement of the
13  original tweet, much less an endorsement of the
14  unexpressed belief system of the original
15  tweeter."
16          Do you agree with that statement?
17          MS. BOLGER:  Object to the form.
18          THE WITNESS:  If we could break
19     that -- if you don't mind if I break that
20     sentence down into its parts, there are many
21     reasons that somebody might retweet a
22     statement, that is true.  A retweet is not
23     necessarily an endorsement of the original
24     tweet; that can also be true.  Much less an
25     endorsement of the unexpressed belief

Page 16

1     system.  Certainly the, you know, familiar
2     maxim at this point, retweets are not
3     endorsements, that's a common phrase on
4     Twitter.  But you take it in the broader
5     context of what people are posting.  So if
6     people are repeatedly retweeting or posting
7     or saying specific accounts, well, then
8     that's important context, so...
9  BY MR. BISS:
10     Q     All right.  What did you do to prepare
11  for the deposition today?
12     A     I met with my counsel over a couple of
13  days.
14     Q     Couple of days?
15     A     Yes.
16     Q     A full couple of days?
17     A     No.  A few hours.
18     Q     A few hours each day?
19     A     Yes.
20     Q     How many hours each day?
21     A     Probably in total, up to 10 or 11
22  hours.
23     Q     Okay.  Just one lawyer or more than
24  one lawyer?
25     A     More than one.

Page 17

1     Q     How many?
2     A     Three, four.
3     Q     All three of the lawyers on the other
4  side of the counsel table?
5     A     Yes.  And one more.
6     Q     And one more.
7     A     Yeah.
8     Q     Did you go over some documents?
9     A     Yes.  I went over the story.  And I
10  was shown a few emails and things like that as
11  well.
12     Q     If you see those emails today, will
13  you let me know?
14     A     Yes.
15     Q     Any other documents that you were
16  shown to prepare for the deposition?
17     A     I think that's pretty much it, yeah.
18  We just reviewed the court documents and stuff as
19  well.
20     Q     When you say you reviewed the court
21  documents, do you mean you reviewed --
22     A     Like the suits and the opinions or --
23          MS. BOLGER:  Let him finish.
24          THE WITNESS:  Sorry.
25

5 (Pages 14 - 17)

HIGHLY CONFIDENTIAL

Page 18

BY MR. BISS:

2    Q    When you say "court documents" do you
3 mean you reviewed the Flynns' Amended Complaint,
4 CNN's response, the memorandum order, other
5 pleadings in the case?
6    A    Yes.  Things like that, yes.
7    Q    All right.  Have you ever been sued
8 before?
9         MS. BOLGER:  Object to the form.
10        You can answer.
11        THE WITNESS:  No.  There was a
12 story that -- a story that got -- I think
13 the case got kicked out.  It was a story I
14 was involved in that the person sued CNN,
15 but it didn't go far.
16 BY MR. BISS:
17   Q    Were you a named defendant in that
18 case?
19   A    No.
20   Q    What was the style of that case?
21        MS. BOLGER:  Object to the form.
22        THE WITNESS:  The style?
23 BY MR. BISS:
24   Q    Yeah.  What was the name of the case?
25   A    Oh, it's a guy called George Webb.

Page 19

1    Q    George Webb, okay.  Didn't go far,
2 huh?
3    A    No, it didn't, no.
4    Q    All right.  So I'd like you to take a
5 look at what I've marked as Exhibit 2, sir.  This
6 is the Amended Complaint.  I want to ask you some
7 things about Paragraphs 1 and 2 only.
8    A    Okay.
9    Q    So I want to start on Page 1 of the
10 complaint?
11        MS. BOLGER:  Object for one
12 second.  You can't instruct the witness that
13 he can only respond to one portion of the
14 document.  The witness is entitled to see
15 the whole document if he wants.  He doesn't
16 have to, but he's entitled to see the whole
17 document if he wants.
18 BY MR. BISS:
19   Q    Didn't you tell me that this is
20 something you reviewed already yesterday to
21 prepare for the deposition?
22        MS. BOLGER:  Object to the form.
23        THE WITNESS:  That I reviewed it
24 yesterday, no.
25

Page 20

BY MR. BISS:

2    Q    Okay.  All right.
3         Mr. O'Sullivan, let's take a look at
4 Page 1, Paragraph 1.  I want to quote from what
5 the -- what's written in the Wall Street Journal.
6 We're going to look at the Wall Street Journal
7 independently, but the Wall Street -- Paragraph 1
8 of the Amended Complaint indicates that the Wall
9 Street Journal concludes that QAnon is a "far
10 right wing, loosely organized network and
11 community of believers who embrace a range of
12 unsubstantiated beliefs."
13        Do you agree with that statement?
14   A    I think that is mostly accurate, yes.
15   Q    What's inaccurate about it?
16   A    I don't know if all people who support
17 QAnon would necessarily identify themselves as
18 far right wing, but certainly a lot of them
19 would.  But I think, you know, that's -- it is --
20 yes, its mostly accurate.
21   Q    The Wall Street Journal article goes
22 on to state, "These views center on the idea that
23 a cabal of Satan-worshiping pedophiles mainly
24 consisting of what they see as elitist Democrats,
25 politicians, journalists, entertainment moguls

Page 21

1 and other institutional figures have long
2 controlled much of the so-called deep state
3 government, which they say sought to undermine
4 President Trump, mostly with aid of media and
5 entertainment outlets."
6         Do you agree with that statement?
7    A    Do we have a date on this Wall Street
8 Journal article?
9    Q    It's February -- we're going to see
10 it.  It's February 4.
11   A    What year?
12   Q    2021.
13   A    2021?  I would -- that is certainly a
14 description of QAnon that, you know, I think for
15 the most part sums up a lot of the beliefs, but,
16 you know, I think if you were to have two
17 self-professed QAnon followers in the room, they
18 might not necessarily agree on everything, so
19 that is part of the kind of the QAnon belief
20 system, is you don't have to necessarily buy into
21 everything.  But a lot of this is true.
22   Q    I'm not interested in their views.
23 I'm interested in your views.
24   A    That's my view, yeah.
25   Q    Would you agree with me that the

6 (Pages 18 - 21)

HIGHLY CONFIDENTIAL

Page 22

1 central view of QAnon is that a cabal of
2 Satan-worshiping pedophiles control the
3 government?
4    A   I wouldn't, no.
5    Q   You don't agree that that's a central
6 tenet of the QAnon belief system?
7    A   No.
8    Q   What are the -- what are the pillars
9 or tenets of the QAnon belief system?
10    A   It's pretty fluid, I would say.
11    Q   Give me your top ten.
12    A   Sure. Well, one, I would say it
13 seemed to change and evolve over time.
14 Certainly, you know, I think there's a range and
15 a spectrum, right, of folks who follow QAnon.
16 There are certainly people I've encountered that,
17 you know, would adhere to a lot of what the Wall
18 Street Journal describes here. But then there's
19 a lot of people, too, who like QAnon but they
20 don't necessarily believe that there's a
21 Satan-worshiping cabal. They might be very
22 interested in QAnon because of its links to what
23 is said about the 2020 election and alleged
24 election fraud and things like that. So I think
25 it's a kind of wide Spectrum of beliefs?

Page 23

1      I think the commonality among QAnon
2 supporters or followers of Q or QAnon is the use
3 of the kind of memes and the slogans that are
4 associated with the movement.
5    Q   Any other tenets of the QAnon belief
6 system?
7      MS. BOLGER: Objection to form.
8 BY MR. BISS:
9    Q   Or the QAnon faith?
10      MS. BOLGER: Object to the form.
11      THE WITNESS: Trump is -- for a
12 lot of people Trump is the essential figure
13 in it. He's the hero-type figure, as is
14 General Michael Flynn is a figure in the
15 movement for some. There's a lot of unusual
16 beliefs that I'm still trying to wrap my
17 head around about John F. Kennedy and JFK,
18 Jr., that they're in some way involved and
19 perhaps not even dead. But again, it's a
20 range of beliefs.
21      As I say, I've been in the room
22 with QAnon supporters, so -- professed QAnon
23 supporters and, you know, there's not --
24 there's not one core definition. There's
25 not a Ten Commandments as such in the QAnon

Page 24

1 faith, as it were.
2 BY MR. BISS:
3    Q   You would agree that there are
4 identifiable tenets of or commandments, as you
5 put it, of the QAnon belief system that have been
6 articulated over the years by yourself and by
7 other -- by the Wall Street Journal and by
8 others?
9      MS. BOLGER: Object to the form.
10    Compound and other things.
11 BY MR. BISS:
12    Q   You would agree that there is a belief
13 system that is composed of certain tenets?
14    A   There is a set of beliefs, but I don't
15 think there's a -- you know, everybody has to
16 believe in X, Y and Z. I think actually a lot of
17 QAnon followers, supporters, would take issue
18 with this portrayal in the Wall Street Journal,
19 would take issue with the description by media.
20 They would say, "I don't believe that, I believe
21 something else. My focus is mostly about Trump
22 or mostly about Flynn."
23    Q   Have you ever seen or do you have or
24 know of any evidence that Jack Flynn or Leslie
25 Flynn ever believed or adhered to the belief that

Page 25

1 a cabal of Satan-worshiping pedophiles mainly
2 consisting of elitist Democrats, politicians,
3 journalists, entertainment moguls and other
4 institutional figures have long controlled much
5 of the so-called deep state government? Have you
6 ever seen any evidence that Jack and Leslie Flynn
7 subscribed or ascribed to that belief system?
8    A   Firstly, I would say as it relates to
9 the report, my report, I didn't allege that
10 either Jack or Leslie were QAnon followers. They
11 took the QAnon oath in a video that was posted
12 publicly by General Michael Flynn. It was
13 retweeted by Jack Flynn. That's what I reported.
14      You know, in terms of Jack Flynn's
15 social media, there's certainly a lot of posts
16 there with QAnon iconography and slogans down
17 through the years. And similarly, Leslie also
18 appeared, of course, in the QAnon oath video on
19 July 4, 2020, and her similar social media
20 activity where she seemed to be liking posts
21 about QAnon on Twitter.
22    Q   You didn't answer my question.
23      Have you ever seen any evidence that
24 Jack or Leslie Flynn subscribed or promoted the
25 belief that a cabal of Satan-worshiping

7 (Pages 22 - 25)

HIGHLY CONFIDENTIAL

Page 26

1 pedophiles have long controlled much of the
2 so-called deep state government?
3          MS. BOLGER:  Object to the form.
4     Asked and answered.
5          THE WITNESS:  I did not allege
6     that.
7 BY MR. BISS:
8     Q    I didn't say you alleged it.
9          MS. BOLGER:  Let him answer,
10    Steve.
11         MR. BISS:  He's not answering my
12    question.
13         MS. BOLGER:  Steve, you can't
14    interrupt the witness.
15 BY MR. BISS:
16    Q    I want you to respond to my question.
17 If for some reason you can't, let me know that;
18 all right?
19         Here's my very specific question.
20 Okay.  I want you to listen to my question.  Do
21 you know of any evidence that Jack Flynn or
22 Leslie Flynn ever subscribed or ever promoted the
23 belief that a cabal of Satan-worshiping
24 pedophiles have long controlled much of the
25 so-called deep state government?

Page 27

1          MS. BOLGER:  Object to the form.
2          THE WITNESS:  I didn't allege
3     that.
4 BY MR. BISS:
5     Q    I'm not saying you alleged it at all.
6 I want to know if you have any evidence that it's
7 true?
8     A    I take issue with the premise of your
9 question.  The premise being you are trying to
10 say all QAnon followers believe this thing about
11 Satan-worshiping pedophiles.  I didn't call them
12 QAnon followers nor did I put it in this context
13 in that report.
14    Q    Okay.  So is your answer that you have
15 seen evidence that Jack Flynn, for instance, has
16 ever stated that he believes that a cabal of
17 Satan-worshiping pedophiles have controlled much
18 of the deep state government?
19         Have you ever seen any evidence that
20 Jack Flynn ever said that or that he ever
21 believed that to be true?
22         MS. BOLGER:  Object to the form.
23         THE WITNESS:  I've seen abundant
24    evidence that Jack Flynn has promoted Q
25    iconography and slogans on his social media,

Page 28

1 and this is -- yeah, you guys wrote this.
2 In terms of pointing to what -- as you
3 highlighted the Wall Street Journal article
4 and that characterization of QAnon, you
5 know, that is something that I don't
6 necessarily agree with all of the Wall
7 Street Journal's characterization here of
8 QAnon.  But the QAnon movement is something
9 that Jack Flynn was posting about on social
10 media.
11 BY MR. BISS:
12    Q    What about this specific belief?  Did
13 Jack Flynn ever promote the specific belief that
14 a cabal of Satan-worshiping pedophiles have long
15 controlled much of the so-called deep state
16 government?
17         Have you ever seen any evidence that
18 Jack Flynn or Leslie Flynn ever promoted that
19 belief or ever believed that to be true?
20         MS. BOLGER:  Object to the form.
21    Asked and answered.
22    I'll let you answer it one more
23    time.
24         THE WITNESS:  Is this referred to
25    as the Amended Complaint?

Page 29

1 BY MR. BISS:
2    Q    Yes, it is the Amended Complaint.
3    A    Exhibit 2, my report doesn't talk
4 about Satan-worshiping pedophiles.  It's in the
5 Amended Complaint where you guys choose this
6 definition from the Wall Street Journal.  My
7 report pointed out how they had taken the QAnon
8 pledge.  And if you want to go with the
9 definition that you guys have chosen to outline
10 here in the Amended Complaint, certainly QAnon is
11 a movement, a group that the Flynns were openly
12 flirting with.
13    Q    I've done my best to try to get an
14 answer out of you.
15         MR. BISS:  Will you mark that as
16    part of the transcript.
17    We'll go to court and compel you
18    to respond to that, Mr. O'Sullivan.
19         MS. BOLGER:  Just for the record,
20    if that's what we're going to do, if we're
21    going to threaten the witness, then I'll
22    just say you asked the same question three
23    times and he gave the answer three times.
24    He may not have used the words you wanted,
25    but that's not not responding.

8 (Pages 26 - 29)

HIGHLY CONFIDENTIAL

Page 30

1 MR. BISS: He gave me no answer to
2 that at all. I've stated my position.
3 We're going to move on,
4 Mr. O'Sullivan, and hopefully you can answer
5 my next question; all right?
6 BY MR. BISS:
7 Q In Paragraph 2 of the Amended
8 Complaint there's reference to a January 31, 2021
9 CNN special report. Do you see that?
10 A Yes.
11 Q Hosted by Anderson Cooper, entitled
12 Inside the QAnon Conspiracy.
13 Do you see that?
14 A Yes.
15 Q Have you watched that special report?
16 A Yes.
17 Q And the statements that CNN and
18 Mr. Cooper made in that special report about
19 QAnon, do you agree with those statements?
20 MS. BOLGER: Object to the form.
21 That's way too vague. I'm not going to let
22 him answer a question about everything he's
23 never seen. You can show him the video or
24 show him the transcript and ask a question,
25 but you can't ask him to guess what CNN

Page 31

1 said.
2 MR. BISS: Why are you interfering
3 with the deposition? He had testified he
4 had seen it.
5 MS. BOLGER: But he didn't say he
6 memorized it so that he can comment on its
7 truth.
8 MR. BISS: Why are you interfering
9 with the deposition?
10 MS. BOLGER: Do you have a
11 question?
12 MR. BISS: Yeah, I do.
13 MS. BOLGER: Go ahead.
14 BY MR. BISS:
15 Q Mr. O'Sullivan, do you agree with the
16 statements that CNN and Mr. Cooper made in the
17 special report, Inside the QAnon Conspiracy?
18 A What specific statements? Could you
19 point me to some?
20 Q Sure. If you can -- I'm going to read
21 the rest of Paragraph 2.
22 "CNN called QAnon a deranged
23 conspiracy cult. CNN stated that some of Q's
24 conspiracy claims were actually based on age-old
25 racist and anti-Semitic beliefs. CNN asserted

Page 32

1 that QAnon, like the Nazis, promoted ancient and
2 dark biases and bigotry in world history. CNN
3 stated that QAnon supporters were detached from
4 reality and had an utter disregard for the facts.
5 CNN alleged that QAnon followers were mentally
6 ill and crazy. CNN concluded that it was
7 abundantly clear that QAnon was a dangerous and
8 violent movement, a movement that has become
9 insurrectionist."
10 Do you agree with those statements
11 made by CNN in the special report?
12 MS. BOLGER: Object to the form.
13 THE WITNESS: I think part of --
14 parts of it are accurate. I think in the
15 broader sense, you know, it's been two years
16 since I watched this documentary, I guess,
17 but, yeah, a lot of this is true. I didn't
18 write that report or that script. So I
19 don't have the context here for everything.
20 I would just make the broader
21 point about this being, if we break this
22 down, yes, a lot of this is -- I couldn't
23 take issue with what is here, but I would
24 make the broader point that, you know, my
25 reporting, and I think even the week this

Page 33

1 aired back in 2021, I think the lady I
2 interviewed was in this report, too, maybe.
3 I could be wrong about that. A lot of
4 people get kind of sucked into these rabbit
5 holes of misinformation, QAnon online, and
6 they're not violent, they're not
7 anti-Semitic, and they're not necessarily
8 mentally ill or crazy or go on and take part
9 in a dangerous and violent insurrection. I
10 think that a lot of people get sucked into
11 these things are victims.
12 But I still think, you know, the
13 broader umbrella of that is QAnon is
14 dangerous, absolutely. And particularly
15 because it, you know, pulls people into just
16 a very dark frame of mind, I think, which
17 could lead to violence or could, at least,
18 lead to one condoning violence. So I think
19 on the whole of what I see here, yes. I
20 think, yeah.
21 BY MR. BISS:
22 Q All right, sir --
23 MS. BOLGER: He's not done.
24 Finish.
25 THE WITNESS: Yeah, I was just

9 (Pages 30 - 33)

HIGHLY CONFIDENTIAL

Page 34

1  going to say on the whole, you know, I think
2  this is true in the broad sense, because
3  obviously it's just a few lines from a
4  90-minute or hourlong documentary.  I know
5  there's more context around it.
6  BY MR. BISS:
7      Q    Anything else?
8      A    No.
9      Q    Okay.  You agree that QAnon is a
10  deranged conspiracy cult?  You agree with that;
11  correct?
12      A    QAnon is wacky.  There's definitely
13  absurd elements to it.  "Deranged" I suppose is a
14  word some folks would use.  I wouldn't
15  necessarily say deranged.  A conspiracy, yes,
16  based on a cult.  I think it certainly has some
17  characterizations of a cult, yeah.  But I
18  wouldn't necessarily use these words.
19      Q    Okay.  Do you believe that QAnon is
20  based on age-old racist and anti-Semitic beliefs?
21      A    Some of it certainly comes through,
22  yeah, but again, I would just point out that, you
23  know, a lot of the QAnon followers and former
24  QAnon followers that I have spoken to, you know,
25  don't hold those views.

Page 35

1      Q    Do you believe that QAnon is a
2  dangerous and violent movement?
3          MS. BOLGER:  Object to the form.
4          THE WITNESS:  I think it certainly
5      has the potential to lead to violence, and
6      obviously we saw, you know, with my report
7      in question, we did see that from that QAnon
8      event that I attended, some of those people
9      went on to take part in the attack on the
10      Capitol January 6.  I certainly think --
11      yeah, I think in many aspects it has the --
12      it is dangerous, and can be violent.  But
13      again, I've also spoken to, you know,
14      housewives and moms who have found
15      themselves going down these rabbit holes and
16      they are not necessarily turning violent,
17      you know.
18  BY MR. BISS:
19      Q    Of course, you took security with you
20  to the Q Con Live event; correct?
21      A    Yes.
22      Q    And you took security because you were
23  concerned for your safety?
24      A    At that time, 2020, just before the
25  election, obviously a very politically charged

Page 36

1  time in the U.S., CNN being in the center of the
2  politics.  It was kind of practice at that point
3  for CNN correspondents and others, when we're
4  going to basically any political events, to bring
5  security.  Certainly any political events I was
6  going to at that point, I had security.
7      Q    All right.  How did -- just to follow
8  up on something you said earlier, how does JFK
9  and JFK, Jr. fit into the QAnon belief system?
10  What did QAnon believe JFK and JFK, Jr. were
11  going to do?
12      A    I'm trying to figure that one out.
13  Depending on the followers you speak to, there's
14  a different set of beliefs on how JFK plays into
15  all of this.  So based off my reporting and many
16  conversations -- more conversations than I
17  probably would have liked to have about this --
18  some people believe that JFK, Jr. is not dead.
19  That he faked his own death to -- he thought he
20  was going to get assassinated and that, you know,
21  he came up with a plan with Trump to fake his
22  death and then save America.  Others also believe
23  that JFK actually wasn't assassinated and others
24  believe there's a lineage with, you know, from
25  JFK, Trump through to our Lord Jesus Christ.

Page 37

1      Q    Did you ever hear Jack Flynn make any
2  of those statements or say that he believed any
3  of that stuff about JFK and JFK, Jr.?
4      A    I saw Jack Flynn sharing a lot of
5  QAnon memes.
6      Q    Did you ever see Jack Flynn make any
7  statements about JFK, Jr. or JFK along the lines
8  you just described?
9          MS. BOLGER:  Steve, you
10      interrupted him.  Please don't interrupt
11      him.
12          Go ahead, Donie.
13          THE WITNESS:  I've seen Jack Flynn
14      and the Flynns share lots of QAnon memes,
15      iconography, the slogans.  I can't
16      specifically recall a Jack Flynn post
17      referencing JFK.  I do know that Leslie
18      Flynn liked a QAnon adjacent post with a
19      picture of either JFK or JFK, Jr.
20  BY MR. BISS:
21      Q    How do you know that?
22      A    Because I saw it on her Twitter feed.
23  Her public Twitter feed.
24      Q    When?
25      A    Over the course of this -- in the

10 (Pages 34 - 37)

HIGHLY CONFIDENTIAL

Page 38

1 course of this legal process.
2   Q   So after the lawsuit had been filed?
3   A   Correct.  But I would point out that I
4 was aware at the time of the story of the general
5 social media posts from the Flynns which were
6 flirting or indicating a signal to QAnon and
7 QAnon followers, and, of course, I was very aware
8 that Jack, Leslie and the other Flynns had
9 appeared in a video oath to QAnon that was posted
10 publicly on social media.
11   Q   You're not testifying under oath that
12 you saw Leslie Flynn's tweet about JFK before
13 this lawsuit was filed?
14        MS. BOLGER:  Object to the form.
15        THE WITNESS:  Not prior to
16   publication, no.
17        (Exhibit 3 was marked.)
18 BY MR. BISS:
19   Q   All right, Mr. O'Sullivan, I'm handing
20 you a document I've marked as Exhibit 3.  And
21 this is a document that I cut and pasted from the
22 internet.  It's your bio with the link cited down
23 at the bottom.  My question is you're aware that
24 there's a bio for you on the website of CNN;
25 correct?

Page 39

1   A   Yes.
2   Q   And did you take any part in preparing
3 that bio?
4   A   To my recollection, I think I was
5 consulted on it.
6   Q   Without going through the entire
7 document, are the statements that -- in the
8 biography published on CNN's website about you,
9 are they truthful and accurate?
10        MS. BOLGER:  Objection to form.
11        You should read it before you
12   answer the question, so do go through the
13   whole document.
14        THE WITNESS:  Yes, accurate.
15 BY MR. BISS:
16   Q   All right.  So you write in here,
17 quote, "O'Sullivan is a top expert in his field,
18 whose work primarily focuses on the real world
19 effects of online misinformation and the role it
20 plays in American politics."
21        Do you see that?
22   A   I see that, yeah.  You said I wrote
23 it, but I didn't write it, to the best of my
24 recollection.
25   Q   All right.  You authorized it to be

Page 40

1 published on CNN's website; correct?
2   A   I was involved in it, yes.
3   Q   Have you ever made any effort to
4 correct CNN?
5        MS. BOLGER:  Object to the form.
6 BY MR. BISS:
7   Q   Or have you ever told anybody, "Hey,
8 this bio contains inaccuracies"?
9   A   Not that I can recall.
10   Q   Have you ever afforded CNN the
11 opportunity to correct any misinformation in your
12 biography on its website?
13   A   Not that I can recall.
14   Q   Okay, so it's true that you're a top
15 expert in your field; correct?
16   A   I think that's very kind.  As
17 somebody -- you know, somebody raised with Irish
18 Catholic parents taught me to be humble.  Top
19 expert is not something that I would go about
20 bandying about myself, but I suppose when it
21 comes to online misinformation and the role it
22 plays in American politics, yes, that's accurate.
23   Q   The next line here says, "In the
24 months leading up to the 2020 U.S. presidential
25 election, he," referring to you, "traveled the

Page 41

1 country reporting on the role conspiracy theories
2 were playing in voters' attitude to the election
3 and to the country's response to the COVID-19
4 pandemic."
5        Do you see that?
6   A   Yes.
7   Q   Is that accurate?
8   A   Yes.
9   Q   All right.  And what conspiracy
10 theories?
11   A   So I had been reporting on online
12 misinformation and from behind the computer
13 screen for a long time.  In 2020, you know, we
14 saw so much misinformation about the election and
15 about COVID, I wanted to kind of get into the
16 country and start talking to people about what
17 they were seeing online and how it was affecting
18 their views on politics and whatnot.  Yeah, in
19 the months leading up to the 2020 election there
20 was a lot about -- conspiracy theories about the
21 upcoming election, that it was going to be
22 rigged, that if Trump didn't win, the only way he
23 couldn't win is that it would be rigged.  And --
24 yeah.
25   Q   All right.  Other than the Q Con Live

11 (Pages 38 - 41)

HIGHLY CONFIDENTIAL

Page 42

1 event, what other events did you attend or where
2 did you travel in the country to? What did you
3 do to report on these conspiracy theories?
4         MS. BOLGER: Object to the form.
5         THE WITNESS: A lot of Trump
6    rallies. Bemidji, Minnesota. And I went to
7    what was called, I think, a Save the
8    Children event, which had nothing to do with
9    the -- or Save Our Children event. It was a
10   QAnon-adjacent event in Los Angeles, where
11   people were repeating some of the conspiracy
12   theories you referenced earlier about a
13   cabal of pedophiles and whatnot. And I'm
14   trying to think what else. I was definitely
15   at lots of other events, but that's what I
16   recall right now.
17 BY MR. BISS:
18   Q    All right, sir. Put that to the side.
19        (Exhibit 4 was marked.)
20        Mr. O'Sullivan, I'm handing you a
21 document that I have marked as Exhibit 4. This
22 is a copy of your Twitter profile; correct?
23   A    Yes.
24   Q    How long have you -- have you been a
25 member of Twitter since December of 2010?

Page 43

1    A    That's what it says there, and I think
2 that's accurate, yes.
3    Q    And you currently have about 298,000
4 followers?
5    A    Yes.
6    Q    Do you remember how many followers you
7 had back in February of 2021?
8    A    I couldn't say exactly, but it's
9 probably in the 200 to 250 range maybe.
10   Q    Do you remember how many followers you
11 had on June 15, 2021?
12   A    Not specifically.
13   Q    Do you generally have a general
14 working knowledge of who your followers are?
15        MS. BOLGER: Object to the form.
16        THE WITNESS: No.
17 BY MR. BISS:
18   Q    Do you ever go in and click on the
19 followers tab and look at who's following you?
20   A    I mean, I'm aware of some people who
21 follow me, but not everybody.
22   Q    How many CNN employees follow you?
23   A    I don't know.
24   Q    Mr. Darcy?
25   A    He does.

Page 44

1    Q    How about Mr. Stelter? He's ex-CNN.
2    A    He follows me. Last time I checked,
3 yeah.
4    Q    Do you know how Twitter works?
5        MS. BOLGER: Object to the form.
6        You can answer if you can.
7        THE WITNESS: In what way?
8 BY MR. BISS:
9    Q    In the sense of when you publish a
10 tweet, do you know what happens to that tweet?
11 Whose Twitter accounts it goes to? Do you know
12 how Twitter --
13        MS. BOLGER: Object to the form.
14        THE WITNESS: I mean, you
15   wouldn't -- you publish it and your
16   followers can see it. But also, of course,
17   I have a public account, so other people
18   could access it who are not my followers.
19 BY MR. BISS:
20   Q    So when you publish a tweet, that goes
21 to Mr. Darcy and Mr. Stelter and all your other
22 followers; you agree with that?
23        MS. BOLGER: Object to the form.
24        THE WITNESS: They might see it in
25   their feed if they're on Twitter at that

Page 45

1    time, I suppose, but it's impossible to say
2    for every individual tweet, you know. But
3    they would certainly have access to it, of
4    course.
5 BY MR. BISS:
6    Q    This Twitter account @Donie,
7 D-O-N-I-E, this is your -- the Twitter account
8 that you use for business purposes for CNN;
9 correct?
10   A    I tweet my stories there and I also
11 tweet bad jokes.
12   Q    Some of them are particularly bad
13 jokes. Nonetheless --
14   A    I've been reading your entries.
15   Q    Your profile says -- has your office
16 or your work email address; correct?
17   A    Yeah.
18   Q    And it identifies you as a CNN
19 correspondent. Is that an accurate description
20 of your duties and responsibilities?
21   A    Yes.
22   Q    And then the Signal number there, is
23 that a Signal account that you use to conduct
24 business of CNN?
25   A    That is basically like -- it's not my

12 (Pages 42 - 45)

Page 46

1  main number.  It's just a number I use for Signal
2  that I post publicly, which I think I added that
3  in the last year or so.  But it's for if people
4  want to send me tips through that number, or they
5  can email.
6      Q    And you don't use that Signal account
7  for personal purposes?
8      A    No.
9      Q    Just for CNN business purposes?
10     A    Yes.  For basically if people want to
11  send tips.
12     Q    All right.  Do you live in New York
13  City?
14     A    I do, yeah.
15     Q    Do you have an office -- do you work
16  in New York City -- out of New York City?
17     A    Yeah, that's a base office here, yeah.
18     Q    Do you have an office that you go to?
19     A    In the CNN building, yeah.
20     Q    Fair enough.  What's the address of
21  the CNN building?
22     A    It is 30 Hudson Yards.
23     Q    Describe for me in your business who
24  your supervisor or supervisors are, if you have
25  them.

Page 47

1      A    Do you want to know now or at the time
2  of the story?
3      Q    That's a good qualification.  Let's
4  talk -- unless I say otherwise, let's talk about
5  at the time of the story.
6      A    At the time of the story.  So at that
7  point -- I work with numerous people because I
8  kind of work across a few different teams.
9  Sometimes I do stories that are articles for
10  digital, sometimes stories for TV, sometimes for
11  both.  So depending on the kind of platform it
12  will live, that can dictate who I work with on
13  specific stories.
14     But at that time, my editor was Alex
15  Koppelman.  So kind of my text written pieces.
16  And then for the -- for this particular TV piece,
17  I worked with an executive producer and a
18  producer on the show where this first aired,
19  which was CNN Tonight.  And, yeah, that would
20  have been about it.
21     Q    Okay.  Put that to the side.
22         (Exhibit 5 was marked.)
23         I'm handing you a document that I've
24  marked as Exhibit 5.  This is a copy of the Wall
25  Street Journal article written by Brett Forrest

Page 48

1  two R's, titled What Is QAnon?  What We Know
2  about the Conspiracy Theory Group.
3         Have you ever seen this article before
4  today?
5      A    I don't think so.
6      Q    When you first saw a reference to the
7  article in the Flynns' Amended Complaint, did you
8  go read it?
9      A    No.
10     Q    All right.  I want to ask you some
11  questions about some of the statements that
12  Mr. Forrest has made in here, and my question is
13  going to be the same with regard to most all of
14  these.  That is whether you agree with the
15  statements.  If you don't agree, I'm interested
16  in knowing why you don't agree with them.
17         So the first one on Page 1 is one we
18  talked about that's quoted in the Flynns' Amended
19  Complaint, and that is that the views of QAnon
20  center on the idea that a cabal of
21  Satan-worshiping pedophiles have long controlled
22  much of the so-called deep state government.
23         Do you agree with that statement?
24         MS. BOLGER:  I'm just going to
25  object to using an exhibit that the witness

Page 49

1         has said he has not seen, and if he wants --
2         if he wants to, he has the chance to read
3         the whole article.
4             Otherwise you can answer the
5         question.
6             MR. BISS:  You can do all that on
7         redirect if you want.
8             MS. BOLGER:  No, actually, the
9         rules are he's entitled to look at the
10        exhibits you put in front of him.
11  BY MR. BISS:
12     Q    Mr. O'Sullivan, if you want to take a
13  look at the whole document, we can do that so we
14  can dispense with this.
15     A    I'm happy for now to go through it.
16         MR. BISS:  I don't find anybody
17        really wants to waste the time to do that.
18        I find it somewhat outrageous that you would
19        think he had to have reviewed this document
20        to answer simple a question.
21         MS. BOLGER:  That is the rules.
22  BY MR. BISS:
23     Q    Do you agree with the views expressed
24  by Mr. Forrest that I just read?
25     A    I think as I kind of mentioned

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL

Page 50

1 earlier, that's certainly something that some
2 QAnon believers might believe, but not all.
3    Q    All right, sir.  Turn to the second
4 page.  There's a sentence at the top that says,
5 "QAnon followers are awaiting two major events:
6 The Storm and The Great Awakening."
7         Do you see that?
8    A    Uh-huh.
9    Q    Have you ever seen any evidence that
10 suggests that Jack Flynn or Leslie Flynn were
11 ever awaiting these two major events?
12         MS. BOLGER:  Objection to form.
13         THE WITNESS:  I've seen plenty of
14    evidence, including them taking a QAnon
15    oath, that they were engaging in or flirting
16    with QAnon.  You know, I can't speak to
17    what's in their heart about their -- you
18    know, this, but in terms of, you know, you
19    bring this line up, "QAnon followers are
20    awaiting two major events:  The Storm and
21    The Great Awakening," again, my answer on --
22    my response to this Wall Street Journal
23    characterization is that, yes, many QAnon
24    supporters, followers, you know, believe in
25    this.  But not necessarily everybody.

Page 51

1 BY MR. BISS:
2    Q    How about Jack Flynn and Leslie Flynn?
3         MS. BOLGER:  Object to form, asked
4    and answered.
5 BY MR. BISS:
6    Q    Have you ever seen any evidence that
7 they believe these two major events are going to
8 occur?
9    A    Seen evidence of them engaging in
10 QAnon iconography and slogans.
11    Q    I want you to -- if you can, I want
12 you to focus on The Storm and The Great
13 Awakening.  I want you to keep those two events
14 right in the front of -- right here, front of
15 your cerebral core text or whatever it's called.
16         Have you ever seen any evidence that
17 Jack or Leslie Flynn are awaiting these two major
18 events?
19    A    I've seen them share and engage in
20 QAnon iconography and slogans.
21    Q    How about The Storm; have you ever
22 seen them share any -- what did you say,
23 iconography?
24    A    Yeah.  Is that a correct word?
25         MS. BOLGER:  Objection.

Page 52

1 BY MR. BISS:
2    Q    It's a big word.  I have trouble
3 saying it.  Have you ever seen Jack Flynn or
4 Leslie Flynn share any memes or iconography that
5 references The Storm?
6    A    For a lot of QAnon supporters, seeing
7 Jack or Leslie Flynn engage in or share slogans
8 like "Where We Go One We Go All," they would view
9 that as a signal -- they could view that as a
10 signal to The Storm, The Great Awakening.
11         So, you know, I think you can try and
12 divide up QAnon into these parts, as this Wall
13 Street Journal article attempts to do, but, you
14 know, as I said, QAnon followers, supporters,
15 there's not an agreement on everything that they
16 believe in.
17    Q    Would you agree with me that The Storm
18 and The Great Awakening are two tenets of the
19 QAnon belief system?
20         MS. BOLGER:  Object to the form.
21         THE WITNESS:  No.
22 BY MR. BISS:
23    Q    Okay.  A few lines below it says,
24 "Followers believe that Q is a high-ranking
25 government insider, presumably with a military or

Page 53

1 intelligence background, committed to exposing
2 the hidden truth," and it goes on.
3         Do you see that?
4    A    Yes.
5    Q    Have you ever seen a document in which
6 Jack Flynn or Leslie Flynn has ever expressed the
7 belief that Q is a high-ranking government
8 insider?
9    A    I have seen the Flynns take the QAnon
10 pledge.  I've seen Jack Flynn share a post from
11 the persona Q, who is behind QAnon.  And, yes, I
12 mean, a general tenet -- I guess a general tenet
13 is when it comes to Q, that I would say
14 definitely a majority of people who are engaging
15 in the world of QAnon definitely believe that Q
16 is somebody who is -- has some kind of insight --
17 insider intelligence.
18    Q    Would you agree with me that one of
19 the tenets of the QAnon belief system is that Q
20 is a high-ranking government insider?
21         MS. BOLGER:  Object to the form.
22         THE WITNESS:  Again, tenet -- I
23    would say a good if not a majority of QAnon
24    followers or believers believe that's
25    somebody with definite insider intelligence

14 (Pages 50 - 53)

Page 54

1    or insider information.  Yeah, a lot of them
2    agree it's a high-ranking insider.  But some
3    people speculate it's multiple people.  So
4    it's a very fluid set of beliefs.
5 BY MR. BISS:
6    Q   Do you know who Sidney Powell is?
7    A   I do.
8    Q   And have you ever heard of the phrase
9 "Release the Kraken"?
10   A   I have.
11   Q   Is that a QAnon phrase?
12        MS. BOLGER:  Object to the form.
13        THE WITNESS:  I couldn't say.
14 BY MR. BISS:
15   Q   What about if I put a hashtag in front
16 of it?
17        MS. BOLGER:  Object to form.
18        THE WITNESS:  I haven't reported
19   on that.
20 BY MR. BISS:
21   Q   What's the purpose of a hashtag?
22   A   What is the purpose of a hashtag?
23   Q   Yeah.  What do you get when you put a
24 hashtag, Release the Kraken, the phrase "Release
25 the Kraken"?

Page 55

1    A   To answer your first question, what's
2 the purpose of the hashtag, lots of times it's to
3 show solidarity, like hashtag Me Too or hashtag
4 MAGA or hashtag Trump 2024.  And it's a way, I
5 guess, in practice on Twitter or other social
6 media platforms where you can click the hashtag
7 and you can see all the other people who are
8 sharing it and having a conversation around that.
9        MS. BOLGER:  Steve, we've been
10   going about an hour, so when you're done
11   with this document I would love to take
12   break.
13        MR. BISS:  We can take one now.
14   I'm not done with the document.  It might
15   take more than five minutes.
16        (Whereupon there was a brief
17   recess from 11:31 a.m. until 11:42 a.m.)
18 BY MR. BISS:
19   Q   Mr. O'Sullivan, we're back on the
20 record after a short break and I wanted to follow
21 up on the "Release the Kraken" phrase.  What
22 was -- what's your understanding of Sidney
23 Powell's use of that phrase?  What was it
24 referring to?  What was the meaning of the
25 phrase?

Page 56

1        MS. BOLGER:  Object to the form.
2 BY MR. BISS:
3    Q   I'm looking for your understanding.
4    A   Yeah.  I mean, I didn't report much on
5 it at the time, so to my recollection, it was --
6 I think she was suggesting that she would have
7 evidence of mass voter fraud that could
8 potentially overturn the results of the 2020
9 election.  I think that's what the Kraken in this
10 case was referring to.
11        MS. BOLGER:  Steve, can I ask a
12   question?
13        Are you recording?  You have a
14   thing around your neck.
15        MR. FLYNN:  No, no.
16        MS. BOLGER:  You're listening to
17   music?  No, I'm kidding.  Thank you for
18   answering me.
19        MR. FLYNN:  Thanks for asking.  I
20   moved your wire because I didn't want the
21   documents to get hung up.
22        MS. BOLGER:  Thank you.
23 BY MR. BISS:
24   Q   Mr. O'Sullivan, if you turn to the
25 next page of the Wall Street Journal article, it

Page 57

1 says, "QAnon supporters adopted the phrase as a
2 rallying cry."
3    A   Is this Page 2?  Sorry.  The second
4 page?
5    Q   Third page of the article.  The very
6 top it says, "QAnon supporters adopted the phrase
7 as a rallying cry."
8        Do you agree with that?
9    A   It's my recollection I know a lot of
10 QAnon folks, QAnon forums and things.  They
11 certainly love that slogan.  I don't think I ever
12 reported it as a rallying cry.
13   Q   Do you believe that Release the Kraken
14 is a rallying cry of QAnon supporters?
15   A   Based on the reporting that I've done
16 on it, which has been slim, I don't feel -- I
17 certainly know it was in the forums.  So that's
18 kind of all I know about it, that it would have
19 been in the forums.  I'm not sure about the
20 characterization of the Wall Street Journal.
21   Q   Have you ever seen any evidence that
22 Jack or Leslie Flynn has ever used the phrase
23 "Release the Kraken"?
24   A   Not that -- I mean I can't say for
25 certain.  I can't say for certain, no.

HIGHLY CONFIDENTIAL

Page 58

1    Q    The next paragraph on the third page
2 of the Wall Street Journal article refers to
3 QAnon apparel; do you see that?
4    A    The next page, is it?
5    Q    The same -- third page. Same page.
6 Just below "rallying cry" there's a quote, "QAnon
7 apparel."
8    A    Yeah. Yeah.
9    Q    Do you believe that a QAnon follower
10 is a person who, among other things, wears QAnon
11 apparel?
12        MS. BOLGER: Object to the form.
13        THE WITNESS: I think that for
14    some people who follow QAnon or like QAnon,
15    that they would wear QAnon apparel, yeah.
16    That could be somebody wearing the big Q on
17    their top or of course the Where We Go One
18    We Go All QAnon slogan.
19 BY MR. BISS:
20    Q    What do you believe constitutes QAnon
21 apparel other than a shirt with a Q on it?
22    A    In the context, of course.
23    Q    A shirt with ""Where We Go One We Go
24 All" on it?
25    A    Yeah.

Page 59

1    Q    What other types of apparel would be
2 QAnon apparel, as far as you're concerned?
3    A    They're the main two, just because
4 Where We Go One We Go All I think is the most
5 overt slogan, but I would have seen at QAnon
6 events and things like that people wearing, you
7 know, shirts and things that say The Storm Is
8 Coming or The Great Awakening or that kind of
9 thing as well.
10    Q    How about hats?
11    A    Sure.
12    Q    QAnon hats?
13    A    Sure.
14    Q    Okay. Anything else? Have you ever
15 seen any other -- socks? Have you seen QAnon
16 socks?
17    A    I'm sure they have everything. I was
18 at a Trump rally back in maybe October of 2020,
19 the vendors outside the event, there had been an
20 ex explosion for demand of QAnon type
21 merchandise. They said they couldn't sell it
22 quick enough.
23    Q    I forgot to ask you, where did you go
24 to university or college?
25    A    I went to -- did my undergraduate

Page 60

1 University College Dublin in Ireland and I did a
2 postgraduate in Queen's University Belfast.
3    Q    Did they have like a university store
4 where you could go buy University of Dublin or
5 Queen's University apparel?
6    A    They would have, yeah.
7    Q    The Queen's University, was that a Q?
8    A    QUB was their slogan, yeah.
9    Q    How about Dublin, was that a D or how
10 did their shirts look?
11    A    UCD.
12    Q    I went to Princeton, and shirts all
13 had a big P on it. Did you ever see one of those
14 Princeton shirts with a P on it?
15    A    I haven't. I don't keep such great
16 company, Steve.
17    Q    I have to tell you, I wouldn't be
18 caught dead in it. I wouldn't be caught dead
19 wearing Princeton apparel.
20    A    Why not?
21    Q    Just because of the way the university
22 has become. I don't agree with any of its tenets
23 or beliefs.
24        Do you think that some people wear
25 QAnon apparel just because they think the shirt's

Page 61

1 cool?
2        MS. BOLGER: Object to the form.
3        THE WITNESS: I don't know.
4 BY MR. BISS:
5    Q    Do you think there might be -- other
6 than to indicate that they may be a QAnon
7 follower or an adherent to the QAnon belief
8 system, do you think there might be other reasons
9 for people to purchase a QAnon T-shirt or a QAnon
10 hat?
11        MS. BOLGER: Object to the form.
12        THE WITNESS: I don't know.
13 BY MR. BISS:
14    Q    Have you ever seen any photos or any
15 other evidence that Jack Flynn ever wore any item
16 of QAnon apparel?
17    A    I don't believe I've seen Jack Flynn
18 in QAnon apparel, but I've seen him share a lot
19 of QAnon slogans and take the QAnon oath.
20    Q    How about Leslie Flynn; did you ever
21 see her in a QAnon --
22    A    I don't think so.
23    Q    -- shirt or hat or maybe a nice pair
24 of QAnon socks?
25    A    I don't think so.

16 (Pages 58 - 61)

Page 62

1    Q    How about Valerie Flynn or Lori Flynn;
2  have you ever seen them in any QAnon apparel?
3    A    I don't think so, although I know at
4  the time in 2020, the Flynns were selling QAnon
5  merchandise through their -- the online store.  I
6  think they were selling Where We Go One We Go All
7  merchandise.
8    Q    What led you to that conclusion, that
9  the Flynns were selling it?
10    A    It was through the Flynn Defense Fund
11  or whatever the correct terminology is, but yeah,
12  that was just something that was known.
13    Q    You thought the Flynns were selling
14  those T-shirts?
15    A    It was being sold in conjunction -- it
16  was being sold on a website that was linked to
17  the Flynns.
18    Q    Linked to the Flynns?
19    A    Yes.
20    Q    How was it linked to Jack Flynn?
21    A    I can only tell you what I know.
22    Q    Okay.
23    A    Which is -- and also through this
24  discovery process, I also saw an email from Lori
25  Flynn in December 2020 where she wrote about how

Page 63

1  I think the online store, the eCommerce platform,
2  I think they had a ban on selling QAnon
3  merchandise, and I think whatever that
4  Flynn-adjacent store was had to take down Where
5  We Go One We Go All slogan.
6    Q    Okay.  Who is Ron Watkins?
7    A    Ron Watkins is -- he is the son of Jim
8  Watkins, who is the guy who set up a platform
9  called 8chan, which I think later became 8kun,
10  and that website is where the person -- persona,
11  whatever you want to call it, Q, posts their
12  so-called Q drops.  And Ron Watkins also was
13  engaging in, you know, sharing a lot of
14  allegations about the 2020 election and voting
15  machines and whatnot on social media.
16    Q    This Wall Street journal says that Ron
17  Watkins is a prominent QAnon supporter.  Do you
18  agree with that?
19    A    I would say he is a prominent figure
20  in the QAnon movement, given his association with
21  the website which is the home of Q.
22        There was also an HBO documentary that
23  focused on QAnon, and that documentary alleged in
24  some way that Ron Watkins might have been
25  actually involved in running the Q persona

Page 64

1  himself, although he denies that.
2    Q    Do you know whether or not Jack Flynn
3  or Leslie Flynn have ever had any communications
4  of any kind with Ron Watkins or his father, Jim
5  Watkins?
6    A    I don't know.
7    Q    Turn to the next page.  There is an
8  individual who is -- has his mouth open as if
9  he's about to -- maybe throw some of those
10  Swedish fish into his mouth or something.  He's
11  wearing a headdress with some horns and he's
12  tattooed.  He appears to be in the Capitol.  He
13  is referred to as the QAnon Shaman.  Do you see
14  this individual?
15    A    I do.
16        MS. BOLGER:  Objection.  I don't
17    see him referred to as a QAnon Shaman, but
18    everything else you said was right.
19        MR. BISS:  Fair enough.
20  BY MR. BISS:
21    Q    So that guy is colloquially known as
22  the QAnon Shaman; correct?
23    A    That's correct.
24    Q    And his name is Jacob Anthony
25  Chansley, or Jake Angeli if you prefer that.

Page 65

1        You're familiar with who that person
2  is; right?
3    A    Yes.
4    Q    The wall Street Journal identifies him
5  as a QAnon adherent.  Do you agree with that?
6        MS. BOLGER:  Object to the form.
7        THE WITNESS:  I think he would --
8    I think the QAnon Shaman would probably
9    agree with that.  I didn't have the
10    opportunity to ask him, but I saw him at one
11    QAnon event.  Of course, he does style
12    himself as the QAnon Shaman.  So I think it
13    would be fair to say that he is a fan of
14    QAnon.
15  BY MR. BISS:
16    Q    And he often carried a battered sign
17  reading Q Sent Me?
18    A    Yes.
19    Q    Do you know whether Jack Flynn or
20  Leslie Flynn have ever had any communications of
21  any kind with the QAnon Shaman?
22    A    I don't know.
23    Q    Do you know whether or not Valerie,
24  Lori Flynn have any communications of any kind
25  with the QAnon Shaman?

17 (Pages 62 - 65)

Page 66
1     A    I don't know.
2     Q    Do you know whether General Flynn has
3  ever had any communications with the QAnon
4  Shaman, Ron Watkins or Jim Watkins?
5     A    I don't know.
6     Q    If you turn to the next page, it talks
7  about "Where and how did QAnon start?"
8         Do you see that at the bottom of the
9  page?
10    A    Yes.
11    Q    There's a reference there to Q drops.
12  You've referenced something called Q drops.
13    A    Yeah.
14    Q    What is your understanding of what Q
15  drops are?
16    A    They're the posts that the persona Q
17  publishes on the 8chan/8kun platforms.  They are
18  understood to be by, you know, many supporters,
19  followers of this movement, to be, you know,
20  these coded messages from the so-called Q
21  persona.  And I think there's a few thousand
22  drops.
23    Q    Are they also known as bread crumbs?
24        MS. BOLGER:  Object to the form.
25        THE WITNESS:  I think so.

Page 67
1  BY MR. BISS:
2     Q    What's the basis of your belief
3  that -- or your suspicion that Q drops are also
4  known as bread crumbs?
5     A    I think I've heard that be used
6  colloquially.  I don't think I've used it in my
7  reporting, but that sounds right to me.
8     Q    This article by the Wall Street
9  Journal represents that the first Q drop was in
10  October of 017.  Is that -- do you agree with
11  that statement?
12        MS. BOLGER:  Object to the form.
13        THE WITNESS:  To the best of my
14    recollection, yes.
15  BY MR. BISS:
16    Q    And it was posted on the 4chan website
17  by someone or some number of people identified
18  as, quote, "Q clearance Patriot"; do you see
19  that?
20    A    Uh-huh.
21    Q    Do you agree with that?
22    A    To the best of my recollection, yes.
23    Q    And who determined that the reference
24  to Q clearance is a reference to the Energy
25  Department's highest level of security clearance

Page 68
1  for nuclear weapons?  Who figured that out?
2        MS. BOLGER:  Object to form.
3        If you know.
4        THE WITNESS:  I don't know.
5  BY MR. BISS:
6     Q    Have you ever seen any evidence that
7  would suggest that General Flynn is Q or the Q
8  clearance patriot?
9     A    That is something that I think some
10  QAnon followers believe.
11    Q    How about you?
12    A    Or wish for or hope for.  I have not
13  seen evidence of him saying, "I am this person."
14  But obviously I have seen a lot of signaling to
15  the QAnon movement, including taking the QAnon
16  oath on July 4, 2020.
17    Q    Have you ever seen any evidence that
18  General Flynn is Q or the founder of QAnon?
19        MS. BOLGER:  Object to the form.
20        THE WITNESS:  I have not.  Just
21    only seen the evidence in public posts of,
22    you know, the public flirtation with this
23    conspiracy theory movement.  I think that,
24    you know, it was notable and why many
25    outlets in the U.S. and around the world

Page 69
1     picked up on the July 4 pledge -- oath was
2     that it came, you know, only about ten days
3     after the Q persona called for that exact
4     oath to be taken.  So I think for a lot of
5     QAnon supporters or followers, they viewed
6     that as a signal to say, you know, "We're
7     with you," or solidarity or whatnot.
8  BY MR. BISS:
9     Q    How many millions of other Americans
10  took the oath after the Q drop appeared?  How
11  many other millions?
12        MS. BOLGER:  Object to the form.
13        THE WITNESS:  I don't know.
14  BY MR. BISS:
15    Q    You are aware, though, that millions
16  of Americans took the same oath?
17    A    They took the QAnon oath?
18    Q    Well, you call it a QAnon oath.
19    A    So there is the oath which is -- the
20  first part of the oath is a common oath that's
21  taken by elected officials and others, but it's
22  the final line which makes it distinct and
23  unique, which is Where We Go One We Go All.  That
24  is not something that is said in a standard oath.
25  And that is the precise language that the Flynns

HIGHLY CONFIDENTIAL

Page 70

1 used in their video that they posted publicly on
2 July 4, 2020. That's the precise language that
3 was in the Q post from ten days or so before
4 that.
5   Q   Okay. Have you -- other than General
6 Flynn posting that video, have you seen any
7 evidence that General Flynn is Q or founded the
8 QAnon movement?
9   A   Well --
10      MS. BOLGER: Object to the form.
11      THE WITNESS: On the first part of
12   your question, I'm not saying that him
13   posting that video of them taking the QAnon
14   oath is evidence that he is the Q persona.
15   I'm just saying that it's a signal to QAnon
16   supporters and followers.
17      Yeah, I mean, I've seen General
18   Flynn, he's obviously appeared on some QAnon
19   radio shows. I think I saw, you know, he
20   gave an autograph of a book that was posted
21   where, you know, he posted Where We Go One
22   We Go All hashtag slogan.
23 BY MR. BISS:
24   Q   Anything else?
25   A   It was just kind of general -- just

Page 71

1 generally a lot of signal intro in 2020. But I
2 think certainly the oath taken on July 4, 2020
3 was certainly the -- one of the highlights.
4   Q   Is the phrase Where We Go One We Go
5 All, is that a phrase that is exclusive -- an
6 exclusive slogan to QAnon?
7   A   I think it is the QAnon slogan, yes.
8   Q   Is it exclusive to QAnon or can other
9 groups use it, too? Like the Boy Scouts or
10 others?
11   A   It is synonymous with QAnon.
12   Q   And where does it come from?
13   A   Where We Go One We Go All?
14   Q   Yeah. When was it first used and what
15 was its purpose? Give me the etymological
16 history of Where We Go One We Go All.
17      MS. BOLGER: Objection to form.
18      THE WITNESS: The slogan, the
19   hashtag, et cetera, in the context of the
20   QAnon movement was posted by -- posted
21   through the Q persona.
22 BY MR. BISS:
23   Q   Who first used it?
24   A   Who was the first person to ever say
25 it? I don't know.

Page 72

1   Q   Where did it come from? I mean, of
2 all sayings, do you know how they invented it?
3      MS. BOLGER: Object to the form.
4 BY MR. BISS:
5   Q   Like Johnson & Johnson has a product
6 and I've struggled with this product for a long
7 time. Do you know what the product is?
8   A   No.
9   Q   It's a Q-Tip. I have a lot of trouble
10 using Q-Tips because I always think of QAnon. Is
11 that a QAnon slogan?
12      MS. BOLGER: Is there a question?
13      MR. BISS: Yeah.
14      MS. BOLGER: What's the question?
15      MR. BISS: I just asked him. You
16   have to pay attention.
17      MS. BOLGER: Is it about Q-Tips?
18   You can answer the question on Q-Tips.
19 BY MR. BISS:
20   Q   Is Q-Tips a QAnon slogan?
21   A   No.
22   Q   Okay. So where did the Where We Go
23 One We Go All -- how did it become a QAnon
24 slogan?
25   A   The Q persona was repeating it in the

Page 73

1 Q forums.
2   Q   So it was used in the Q drops and
3 that's how it became a QAnon slogan?
4   A   It evolved from there, yeah.
5   Q   All right. Do you know whether or not
6 the phrase has been used in other contexts?
7   A   I know it was used in a Ridley Scott
8 movie, the director, in his movie White Squall,
9 which I think is from the '90s. They say "Where
10 we go one we go all" in that.
11   Q   So that would have predated QAnon?
12   A   That's correct.
13   Q   Any other context in which the phrase
14 has been used?
15   A   In terms of -- I mean, it's often
16 misattributed to the Kennedys, including by
17 Sidney Powell.
18   Q   Any other context in which it's been
19 used in history?
20   A   I can't say for certain.
21   Q   What about the Three Musketeers? I
22 keep hearing it's the phrase that is used in the
23 book The Three Musketeers, "All for one and one
24 for all." Isn't that the same thing?
25   A   That's not Where We Go One We Go All.

19 (Pages 70 - 73)

Page 74

1    Q    Why not?
2    A    It's different words.
3    Q    So turn to the next page of the Wall
4  Street Journal article. There's a reference to
5  Comet Ping Pong in Washington, D.C.?
6          MS. BOLGER: Can I just make sure
7    we're on the same page, with the flag in the
8    middle?
9          MR. BISS: The guy wearing the
10   QAnon apparel. Is that what you're
11   referring to?
12         MS. BOLGER: Yes. It looks
13   exactly like one of the tweets that
14   Mr. Flynn tweeted.
15 BY MR. BISS:
16   Q    I'm asking is that -- you're looking
17 at the gentleman wearing the QAnon apparel?
18         MS. BOLGER: Which matches exactly
19   one of Jack Flynn's tweets.
20 BY MR. BISS:
21   Q    All right. Mr. O'Sullivan, there's a
22 reference to Comet Ping Pong in the first full
23 paragraph. Do you see that?
24   A    I do, yeah.
25   Q    Is one of the QAnon conspiracy

Page 75

1  theories that Hillary Clinton and her former
2  campaign chairman, John Podesta, ran a child sex
3  ring in a basement of a pizzeria in Washington,
4  D.C.? One of the QAnon conspiracy theories?
5          MS. BOLGER: Object to form.
6          THE WITNESS: That's is what's
7    known as the Pizzagate conspiracy theory,
8    which came about, I think, before QAnon.
9    But certainly in the QAnon forums and things
10   there would be a lot of overlap and mention
11   of pizza and Pizzagate.
12   Q    Was it part Pizzagate or is it part of
13 QAnon?
14         MS. BOLGER: Let him finish,
15   Steve.
16         Go ahead.
17         THE WITNESS: Both.
18 BY MR. BISS:
19   Q    How about Where We Go One We Go All,
20 is that part of Pizzagate and QAnon or is it just
21 QAnon?
22   A    It is most commonly associated with
23 QAnon.
24   Q    What is a conspiracy theory? Give me
25 your best definition.

Page 76

1    A    A conspiracy theory, you know, it's
2  often put forward as a -- sometimes it can be a
3  simple explanation to something that's
4  complicated, Around d it's often just purely
5  based on fantasy. Sometimes it's based on
6  misinformation and disinformation. So, yeah.
7    Q    Turn to the -- I think it's the next
8  page. At the top it says, "What are Facebook,
9  YouTube, Twitter and Amazon doing to address
10 QAnon?" Let me know when you're there.
11   A    Yeah.
12   Q    Were you aware -- at the time that you
13 published the report at issue in this case, were
14 you aware that the FBI had labeled QAnon as a
15 domestic terrorist threat?
16         MS. BOLGER: Object to the form.
17         THE WITNESS: Yes. And if I
18   recall correctly, I think it was from their
19   Phoenix field office.
20 BY MR. BISS:
21   Q    All right.
22   A    I'm not sure if it was a nationwide
23 statement. I could stand to be corrected there.
24 That's my recollection.
25   Q    In the bottom portion of the same

Page 77

1  page, Mr. Forrest, the author of the Wall Street
2  Journal article, poses the question, "Is QAnon
3  dangerous?" Do you see that?
4    A    Yes.
5    Q    I think you told me earlier that it's
6  your view that QAnon -- it was your view at the
7  time you published the report at issue in this
8  case that you believed that QAnon was dangerous?
9          MS. BOLGER: Object to the form.
10   He did not.
11         THE WITNESS: I think what I said,
12   and what I believe, is that certainly it has
13   the potential to be dangerous and the
14   potential to inspire or allow people to
15   condone violence, but again, not necessarily
16   everybody who has QAnon sympathies is
17   violent or dangerous.
18 BY MR. BISS:
19   Q    So your testimony is you could be a
20 QAnon follower but not be violent or dangerous?
21   A    You can be a supporter of QAnon and
22 not go on to commit violent acts. I've spoken to
23 a lot of them.
24   Q    So you agree with what I just said?
25 You can be a QAnon follower but not be violent or

20 (Pages 74 - 77)

Page 78

1 dangerous; correct?

2    A    That is a possibility, yes.

3    Q    You can be a QAnon follower but not

4 believe in -- that a cabal of Satan-worshiping

5 pedophiles controls the government; correct?

6    A    There isn't the Ten Commandments meant

7 of QAnon.

8    Q    So you agree with me you could be a

9 QAnon follower and not believe that a cabal of

10 Satan-worshiping pedophiles controls the

11 government; correct?

12        MS. BOLGER:  Object to the form.

13        THE WITNESS:  Yes, you could

14    self-identify as a QAnon follower and not

15    necessarily believe that, yes.

16 BY MR. BISS:

17    Q    You could be a QAnon follower and not

18 believe that JFK, Jr. survived that plane crash;

19 correct?

20    A    That is something a self-described a

21 QAnon follower might say, yes.

22    Q    You can be a QAnon follower and not

23 believe that Hillary Clinton and John Podesta ran

24 a child sex ring out of the Comet Ping Pong

25 Pizzeria; correct?

Page 79

1    A    Yeah.  I mean, as I said earlier, I

2 think if you got a bunch of QAnon followers in a

3 room, they would take issue with the term "QAnon

4 followers."  They would tell you they're Anons.

5 They might say there is no such thing as QAnon.

6 There are Q and Anons.  There's certainly a lot

7 of beliefs, a lot of commonality.  It's not like

8 something to say, you know, you must believe X, Y

9 and Z.  The one commonality among, you know, all

10 the QAnon followers I've encountered, of which

11 there have been many now, is the sharing of the

12 memes and the slogans Where We Go One We Go All.

13    Q    Is Jeffrey Peterson a QAnon follower?

14        MS. BOLGER:  Object to the form.

15        THE WITNESS:  Who is Jeffrey

16    Peterson?

17 BY MR. BISS:

18    Q    In The Matrix.

19    A    You're referring to --

20    Q    I always like to do my Steven Segal

21 imitation.

22        MS. BOLGER:  For the record, it

23    was Keanu Reeves, not Steven Segal, Steve.

24        MR. BISS:  It was who?

25        MS. BOLGER:  It was Keanu Reeves.

Page 80

1        MR. BISS:  You are right about

2    that.

3        (Exhibit 6 was marked.)

4 BY MR. BISS:

5    Q    Mr. O'Sullivan, I hand you a one-page

6 document.  I've marked it as Exhibit 6.  This is

7 a photocopy or a screenshot of the Paramount Plus

8 website that contains a for-purchase version of

9 the CBS 60 Minutes report entitled "QAnon's -- Q

10 sent me.  QAnon's corrosive impact on the U.S."

11        Have you ever seen that?  It's the CBS

12 News report that's referenced in the Amended

13 Complaint.

14    A    I recall it.  Yeah, I recall it.

15    Q    Have you ever watched it?

16    A    I have.  I watched it, yeah.

17    Q    And it features Leslie Stahl?

18    A    Yes.

19    Q    And --

20    A    I don't recall all the details of it,

21 but I remember.

22    Q    Fair enough.  I'm not going to ask you

23 anything about it because I want to ask you about

24 what's written here on the website.

25        It says, "Tens of millions of

Page 81

1 Americans believe QAnon's core and false theory

2 than an evil cabal Satan-worshiping elites

3 commits atrocities against children and controls

4 much of the world."

5        You see that?

6    A    Yes.

7    Q    Do you agree with that statement?

8    A    It's not a statement I would have

9 reported.  I think the tens of millions of

10 Americans believe QAnon's core, I believe there

11 was some polling around this time in 2021 I think

12 CBS news was referring to.  But, you know, the

13 totality of this, I don't agree with, no.

14    Q    CBS News reports that QAnon's core

15 theory is, quote, "that an evil cabal of

16 Satan-worshiping elites commits atrocities

17 against children and controls much of the world."

18        Do you agree that that is QAnon's core

19 theory?

20        MS. BOLGER:  Object to the form.

21    Asked and answered.

22        THE WITNESS:  I think that is -- I

23    think -- that is certainly a description

24    that was used in media, obviously by CBS

25    News and others.  But I think, you know,

21 (Pages 78 - 81)

HIGHLY CONFIDENTIAL

Page 82

1    this is February 2021, right, that this
2    aired?
3 BY MR. BISS:
4    Q    Yes, sir.
5    A    I think people were -- there was a lot
6 of reports done after January 6 about QAnon,
7 including this CBS News story, I guess.  And, you
8 know, the more I reported on it, you know, at
9 this time I was, you know, aware of that.  You
10 could be a QAnon supporter, follower, and not
11 necessarily believe this core tenet, as CBS News
12 puts it.
13    Q    My question for you is, is that an
14 accurate statement of QAnon's core theory?  Is
15 that QAnon's core theory?
16        MS. BOLGER:  Object to the form.
17 BY MR. BISS:
18    Q    In your view?
19    A    It's definitely one of the more
20 popular tenets in it, I guess.  I don't know if I
21 would say core theory, knowing what I know now.
22        (Exhibit 7 was marked.)
23    Q    All right, sir.  I'll show you a
24 document that I created just for purposes of
25 identification, and it's -- it is a document that

Page 83

1 refers to a document that CNN produced in
2 discovery in this case.  It is Bates stamped CNN
3 2001 and it is a copy of the CNN Special Report
4 Inside the QAnon Conspiracy that aired
5 January 30, 2021.
6        MS. BOLGER:  For the record, this
7    is a piece of paper that you created, that
8    says those words.  That is not CNN002001.
9        MR. BISS:  I just said that.
10        MS. BOLGER:  But I object to this
11    exhibit.  It isn't what it says it is.
12        MR. BISS:  You can state your
13    objections.
14        MS. BOLGER:  I just did.
15        MR. BISS:  Without your run-ons,
16    okay.  You state your objection.  Objection,
17    relevance.  It's succinct.  You don't have
18    to give me any type of speech; okay?
19 BY MR. BISS:
20    Q    Did you see that special report?
21    A    I think I watched most of it, yeah.
22    Q    Did you participate in any way in the
23 production of it?  Were you asked to supply
24 information?  Did you talk to Anderson Cooper at
25 all?  Did you participate in any way in the

Page 84

1 production?
2        MS. BOLGER:  Object to the
3    question.  Compound.
4        THE WITNESS:  I was interviewed as
5    part of this special report, although I
6    think they might have made two versions.  I
7    think this might have aired twice, one
8    January 30th, and then maybe another one a
9    few weeks later that was a bit extended.  I
10    could be wrong on that.  I was in one of
11    them, which is this.  So I was interviewed
12    as part of it.
13 BY MR. BISS:
14    Q    You were interviewed for one or the
15 other is what you're saying?
16    A    I could be sending you guys wrong now.
17 I was interviewed for this.
18    Q    Fair enough.
19    A    Yeah.  Yeah.
20    Q    I think we're going to clarify that in
21 one second.
22    A    Sorry.
23        (Exhibit 8 was marked.)
24    Q    I'm going to hand you another document
25 that I've marked as Exhibit 8, and this is again

Page 85

1 a piece of paper.
2    A    Got it, yeah.
3    Q    It is a piece of paper that refers to
4 CNN 2003, which is a CNN Special Report dated
5 February 26, 2021, titled "The Cult of QAnon."
6        MS. BOLGER:  I'll object again to
7    the exhibit because this is not the CNN
8    Special Report about QAnon.  And to the
9    extent that you seek to use it as a proxy, I
10    object.
11 BY MR. BISS:
12    Q    On February 26, 2021 CNN ran a special
13 report called The Cult of QAnon; correct?
14        MS. BOLGER:  Object to the form.
15        THE WITNESS:  I believe so.
16 BY MR. BISS:
17    Q    This is the one that you were
18 interviewed for?
19        MS. BOLGER:  Object to the form.
20        THE WITNESS:  I believe so.
21 BY MR. BISS:
22    Q    And did you watch the special report
23 when it was aired?
24    A    I watched some of it.  Most of it, I
25 think.

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL

Page 86

1          (Exhibit 9 was marked.)
2     Q    Mr. O'Sullivan, I hand you a document
3 that I have marked as Exhibit 9, and this is a
4 transcript of the February 26, 2021 special
5 report, The Cult of QAnon.  Have you ever seen
6 this document before today?
7     A    I have, yeah.
8     Q    I just want to ask you some questions
9 about some of the things that are in here.
10    A    Sure.
11    Q    Mr. Cooper, do you have an opinion as
12 to Mr. Cooper's reputation for truthfulness and
13 veracity in the community in which he works?
14    A    He's a respected journalist.
15    Q    Do you think he's a truthful person?
16    A    Yes.
17    Q    When you listened to and reviewed the
18 special reports, either the Inside the QAnon
19 Conspiracy or The Cult of QAnon, did you notice
20 or did you hear any misinformation?
21         MS. BOLGER:  Object to the form.
22         THE WITNESS:  I don't recall.
23 BY MR. BISS:
24    Q    Because you're an expert in
25 misinformation.  Top expert.

Page 87

1          What is your definition of
2 misinformation?
3     A    Misinformation is normally false
4 information that is shared wittingly or most
5 times unwittingly.  Well wittingly or
6 unwittingly, how people are passing it on.
7     Q    You agree that's the Department of
8 Homeland Security definition?
9         MS. BOLGER:  Object to form.
10        THE WITNESS:  I don't know.
11 BY MR. BISS:
12    Q    You don't know.  Looking at the
13 transcript, I want to ask you some questions
14 about some of the things that are in here.  The
15 very first page, Mr. Anderson represents, quote,
16 "QAnon is based on this fantasy that Donald Trump
17 is some kind of messianic figure waging a crusade
18 against a secret global cabal of Democrats and
19 celebrities who worship Satan, sexually abuse
20 children and harvest their blood in order to
21 extract, ingest a chemical called adrenochrome."
22        Do you agree with Mr. Anderson's
23 statement?
24        MS. BOLGER:  Object to the form.
25        THE WITNESS:  Yeah, I think that's

Page 88

1 a fair enough understanding, outline of the
2 understanding of QAnon, but I don't think,
3 you know -- it's not necessarily -- it
4 doesn't outline everything, because as I
5 mentioned before, QAnon's beliefs can be
6 broad and evolving.
7 BY MR. BISS:
8     Q    You would agree, though, that
9 Mr. Anderson's statement is accurate?
10        MS. BOLGER:  Object to the form.
11        THE WITNESS:  I think that's, you
12 know, a fair summary of a lot of the
13 beliefs.  I would have added, and I think it
14 gets into the piece, you know, the election
15 stuff also, but that kind of gets, you know,
16 to the point Anderson made here that Trump
17 is a messianic figure.  It certainly touches
18 on a lot of what people who like QAnon might
19 follow.
20 BY MR. BISS:
21    Q    You would agree with me, though, this
22 doesn't mention anything to do with the election
23 at all?
24    A    I mean, I think it definitely gets
25 into it, I'm sure, but I think the fact that

Page 89

1 Donald Trump is some kind of messianic figure
2 would be a reference to that.
3     Q    All right.  Is that one of the core
4 tenets of the QAnon movement, is that Donald
5 Trump is some kind of messianic figure?
6         MS. BOLGER:  Object to the form.
7         THE WITNESS:  I think for the most
8 part, certainly back in 2020 and 2021, Trump
9 was definitely a hero.  Some QAnon followers
10 certainly spoke about him in divine
11 circumstances.  And actually I interviewed a
12 woman around this time called Ashley
13 Vanderbilt, no relation to the Vanderbilts,
14 but she was a lady in South Carolina, a mom,
15 and she was explaining how she had kind of
16 got sucked in through TikTok to a lot of the
17 QAnon beliefs.  And she's a woman of faith.
18 Christian.  She said, you know, one thing
19 that kind of shook her, or in retrospect
20 made her a bit concerned about the rabbit
21 hole she was going down was she was starting
22 to view Trump as the divine figure and
23 putting him above God.  So in retrospect,
24 she said certainly that was something, as
25 she was going down the rabbit hole, that was

HIGHLY CONFIDENTIAL

Page 90

1  a belief of hers.
2  BY MR. BISS:
3      Q    When did the QAnon movement first
4  embrace as one of its tenets the idea that a
5  secret global cabal of Democrats and celebrities
6  who worship Satan sexually abused children and
7  drank their blood in order to ingest a chemical
8  called adrenochrome -- when did that become part
9  of the QAnon system?
10         MS. BOLGER:  Object to the form.
11         THE WITNESS:  I couldn't give you
12  an exact date.
13     Q    Do you recall if it was before or
14  after the election of 2020?
15     A    This kind of thing would have been
16  before the election, yeah.
17     Q    Have you ever in your lifetime ever
18  seen any evidence or any documents that would
19  show that Jack Flynn or Leslie Flynn subscribed
20  to this belief system that a secret cabal of
21  Democrats and celebrities sexually abuse children
22  and drank their blood to ingest andrenochrome?
23         MS. BOLGER:  Object to the form.
24  Asked and answered.
25         You can answer it again.

Page 91

1          THE WITNESS:  I've seen evidence
2  of both taking the QAnon oath, and in Jack's
3  case posting a lot of QAnon memes and
4  slogans and whatnot.  And, you know, I can't
5  speak for what is in their heart, but I do
6  know that from speaking to a lot of former
7  QAnon followers and observing, you know,
8  current followers or people who in 2021 and
9  2020 were followers of this movement, that
10  seeing those phrases, slogans, oaths, being
11  shared by the Flynns was extremely important
12  because it kind of gave a lot of these
13  people a -- the idea that they were on to
14  something.  That's not to say that all those
15  people necessarily believed the adrenochrome
16  and all that stuff, but whatever aspects of
17  QAnon those people had embraced, seeing the
18  Flynns share the oath was important to them.
19 BY MR. BISS:
20     Q    I would ask you the question again.
21         Have you ever seen any documents,
22  including during your 10 to 15 hours of
23  preparation with the lawyers, have you ever seen
24  any documents in which any member of the Flynn
25  family has subscribed, endorsed or adhered to the

Page 92

1  view that a bunch of Democrats and celebrities
2  sexually abuse children, drink their blood for
3  adrenochrome?
4          MS. BOLGER:  Object to the form.
5  Asked and answered.
6          You can answer it again, but this
7  is the last time I'm going to let him
8  answer.
9          MR. BISS:  We're going to go to
10  the judge, definitely, on this.  You are
11  deliberately interfering with my deposition.
12 BY MR. BISS:
13     Q    Can you answer the question?
14 Specifically with regard to this -- to
15 Mr. Cooper's statement that a secret global cabal
16 of Democrats and celebrities who worship Satan
17 sexually abuse children and harvest their blood
18 in order to extract or ingest adrenochrome, have
19 you ever seen any evidence that any member of the
20 Flynn family has ever believed that or subscribed
21 to that belief?
22         MS. BOLGER:  Object to the form.
23  It's been asked and answered repeatedly.
24         You can answer it one more time.
25         THE WITNESS:  As I mentioned --

Page 93

1  BY MR. BISS:
2      Q    This is a yes or no question.
3          MS. BOLGER:  It's not a yes or no
4  question.
5          MR. BISS:  It is.
6          MS. BOLGER:  He can answer the
7  question however he wants under oath.
8  BY MR. BISS:
9      Q    I want you to answer yes or no.
10         MS. BOLGER:  You don't have to
11  answer it the way he tells you to answer it.
12 BY MR. BISS:
13     Q    Have you seen any evidence, yes or no,
14  and then you can explain.
15         MS. BOLGER:  No.  Don't tell him
16  how to answer a question.
17         THE WITNESS:  I think the sharing
18  of the QAnon memes and slogans to many QAnon
19  supporters and followers was a signal that Q
20  and the QAnon beliefs was -- they were on to
21  something.
22 BY MR. BISS:
23     Q    Anything else you want to add?
24     A    No.
25     Q    All right.

24 (Pages 90 - 93)

Page 94

1    MR. BISS: Will you mark that part
2 of the transcript, please.
3 BY MR. BISS:
4    Q    If you would turn to the fourth page
5 of the exhibit.
6        MS. BOLGER: Just for the record,
7 it's a very long exhibit. I think you
8 should give the witness a chance to read it.
9        MR. BISS: Why?
10        MS. BOLGER: Because you're asking
11 him questions to hold him to account for a
12 document he has never read.
13        MR. BISS: So you can run the
14 clock out.
15        MS. BOLGER: I don't want to run
16 the clock out. You can go off the record to
17 do it.
18        MR. BISS: Why are you interfering
19 with my deposition?
20        MS. BOLGER: Mr. Biss, I want
21 Donie to understand the questions that are
22 being asked, and I think allowing him to
23 read the exhibit, which, by the way, are the
24 rules, is all I can ask of you.
25

Page 95

1 BY MR. BISS:
2    Q    Mr. O'Sullivan, if you feel like you
3 have the need to read this entire document when
4 I'm not going to examine you on it, you can go
5 ahead and do so. Just let me know when you're
6 done.
7        MS. BOLGER: You don't have to if
8 you don't want it. I just didn't know if
9 you wanted to.
10        THE WITNESS: I'm happy to proceed
11 for now, yeah.
12 BY MR. BISS:
13    Q    All right. Fourth page, if you can
14 turn there. In the -- towards the bottom of the
15 document, the second -- the last full paragraph,
16 it says that, quote, "The ideas that Q puts out
17 are based on theories that have been floating
18 around for centuries and a lot of them are based
19 on, you know, anti-Semitic, anti-Catholic tropes
20 that have been used -- you know, the Nazis said
21 the Jews drank the blood of children in the late
22 '30s. That was one of the things they used
23 against Jews."
24        Do you see that?
25    A    Yes.

Page 96

1    Q    Were you aware that the QAnon belief
2 system included anti-Semitic, anti-Catholic
3 tropes, including that the Jews drank the blood
4 of children?
5        MS. BOLGER: Object to the form.
6        THE WITNESS: Definitely, you
7 know, for some followers of QAnon, that was
8 a part of it. You know, as Anderson Cooper
9 mentions here, you know, QAnon is like a
10 modern-day version twist of an ancient
11 conspiracy theory, oftentimes very
12 anti-Semitic, about the drinking of blood
13 and abuse of children and things like that.
14        So, yeah, that I think kind of
15 also explains a lot of QAnon's success and
16 appeal in some way, in that it's tapping
17 into these ancient or very old tropes and
18 beliefs. So, yeah, that's a part of it.
19 That's not to say that everybody who's a
20 QAnon follower necessarily knows --
21 necessarily knows this or would endorse this
22 in any way. I mentioned the lady, Ashley
23 Vanderbilt, who is a Christian and, you
24 know, said that anti-Semitism, et cetera,
25 was abhorrent to her.

Page 97

1 BY MR. BISS:
2    Q    Have you ever seen any evidence that
3 Jack Flynn or Leslie Flynn was anti-Semitic or
4 they have ever used or promoted any anti-Catholic
5 tropes or any Nazi symbolism?
6        MS. BOLGER: Objection. Compound.
7        THE WITNESS: I believe the
8 Flynns, like myself, are Irish Catholics. I
9 could be wrong. As it pertains to my
10 reporting, I've just seen the Flynns share
11 QAnon slogans and QAnon imagery.
12 BY MR. BISS:
13    Q    How many times do you have to say the
14 phrase Where We Go One We Go All before you --
15 before CNN labels you a QAnon follower?
16    A    In the context of this story, the
17 Flynns were not labeled as QAnon followers.
18    Q    You really believe that?
19    A    Yes.
20    Q    How many times do you have to say
21 Where We Go One We Go All before you are --
22 become a QAnon follower?
23        MS. BOLGER: Object to the form.
24        THE WITNESS: There isn't -- if
25 you're asking in the context of this story,

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL

Page 98

1    you know, this was a story that I did about
2    an event where there were self-professed
3    QAnon followers, or followers of Q, whatever
4    way you want to frame it.
5        When it came to the Flynns, I had
6    put it into the context that, you know,
7    Trump had failed to disavow this stuff.
8    General Flynn himself had posted the QAnon
9    pledge ten days after QAnon -- ten days
10   after the Q persona asked people to do so.
11   That was the context of it.  It wasn't -- it
12   didn't call them QAnon followers.
13   BY MR. BISS:
14   Q    How many times do you have to say
15   Where We Go One We Go All before you become a
16   QAnon follower?
17       MS. BOLGER:  Objection.
18   Objection, asked and answered.
19   BY MR. BISS:
20   Q    Before you become an adherent of the
21   belief system as Judge Woods has ruled?
22       MS. BOLGER:  Object to the form.
23       THE WITNESS:  I mean, that's just
24   not how it works.
25

Page 99

1    BY MR. BISS:
2    Q    So how many times has Leslie Flynn
3    ever said the words "Where We Go One We Go All"?
4    A    Most importantly in our story --
5    Q    I'm sorry --
6        MS. BOLGER:  No, no.  He's not
7    done.
8        MR. BISS:  He's not answering.  I
9    said how many times.
10       MS. BOLGER:  You can't interrupt
11   the witness.
12       You can answer.
13       MR. BISS:  You can't -- you're
14   interfering with the deposition.
15   BY MR. BISS:
16   Q    I want you to answer my questions like
17   you promised at the beginning.
18       MS. BOLGER:  Stop it.
19   BY MR. BISS:
20   Q    You promised to answer my questions.
21       MS. BOLGER:  Stop it.  He made no
22   promises.  You can't say that to people.
23       MR. BISS:  It's on the record.
24       MS. BOLGER:  It wasn't a promise.
25       MR. BISS:  It was a promise.  He

Page 100

1    gave his word.
2        MS. BOLGER:  He did not.
3    BY MR. BISS:
4    Q    How many times -- give me a number.
5    How many times has Leslie Flynn said the words
6    "Where We Go One We Go All"?
7        MS. BOLGER:  Object to the form,
8    and you're badgering the witness.  Watch it.
9        THE WITNESS:  I can't say how many
10   times Leslie has said this privately or
11   publicly or, you know, in the company of her
12   family and others.  But for the purpose of
13   this story, General Michael Flynn posted
14   publicly a video of the family taking this
15   QAnon oath, just ten days after the Q
16   persona called people to do just that.
17   BY MR. BISS:
18   Q    How many times has Leslie Flynn
19   publicly said the words "Where We Go One We Go
20   All"?
21   A    Again, for the context of this story,
22   said it in the oath video.  Appeared in the oath
23   video.  Also, we've seen her engage with QAnon
24   content on Twitter.
25   Q    How many times has Leslie Flynn used

Page 101

1    the phrase Where We Go One We Go All or the
2    hashtag WWG1WGA, whatever the words are?  How
3    many times has she used that, published it in
4    writing?
5        MS. BOLGER:  Object to the form.
6        THE WITNESS:  I don't remember.
7    BY MR. BISS:
8    Q    Do you know if she's ever done it?
9    A    I don't have that number.  She was in
10   the QAnon -- in the July 4th video.
11   Q    Okay.  How about Valerie Flynn?  How
12   many times has Valerie Flynn publicly used the
13   phrase Where We Go One We Go All?
14   A    Again, I don't have that number.  But
15   my report was a reference to the video.
16   Q    How about Lori Flynn?  How many times
17   has she ever publicly stated the phrase Where We
18   Go One We Go All?
19   A    Once again, it's in the video that was
20   published by her husband and shared by Jack
21   Flynn.  And also there's that email from
22   December 2020, I believe that we saw through the
23   discovery process, where she acknowledges that
24   Where We Go One We Go All is related to the QAnon
25   conspiracy theory.

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL

Page 102

1    Q    Anything else?
2         MS. BOLGER: Object to the form.
3         THE WITNESS: I mean, for this
4    report, the focus was the video that was
5    published by the Flynns.
6    BY MR. BISS:
7    Q    How many times has General Flynn
8    publicly used the phrase Where We Go One We Go
9    All?
10   A    I don't have that number, but he did
11   post the video to his -- I think at that point
12   many thousands of followers, and ten days after
13   the Q persona had called for people to do just
14   that.
15   Q    What evidence do you have that General
16   Flynn ever saw that Q drop that you're referring
17   to?
18   A    He posted a video verbatim, saying the
19   oath that the Q persona encouraged people to take
20   in that Q post. Also, I believe there was a
21   hashtag used in the post, if I recall correctly,
22   of something along the lines of "take the oath,"
23   which was also used in that Q drop.
24   Q    Do you have any evidence that General
25   Flynn saw that Q drop --

Page 103

1         MS. BOLGER: Object to the form.
2    BY MR. BISS:
3    Q    -- that you're referring to?
4         MS. BOLGER: Object to the form.
5         THE WITNESS: The behavior -- his
6    behavior would certainly indicate that he
7    was aware of it. In some form oftentimes
8    people who, you know, follow QAnon or are
9    sympathetic to it may not necessarily access
10   the Q drop, as it were, on 8chan or 4chan or
11   8kun or whatever. But many times it will be
12   reposted around Twitter. That's where
13   people will see them. In October of 2020,
14   Jack himself reposted a Q drop on Twitter.
15   So that's also a way for people to see these
16   drops, see these messages from Q.
17   BY MR. BISS:
18   Q    Do you have any evidence that Jack
19   Flynn, Leslie Flynn, Valerie Flynn or Lori Flynn
20   or Joe Flynn ever saw the Q drop that you're
21   referring to?
22        MS. BOLGER: Object to the form.
23   Compound.
24        THE WITNESS: They all took part
25   in an oath precisely laid out by the Q

Page 104

1    persona just a few days after the Q persona
2    asked people to do so.
3    BY MR. BISS:
4    Q    Do you have any evidence that Jack
5    Flynn, Leslie Flynn, Valerie Flynn, Joe Flynn or
6    Lori Flynn ever saw the Q drop?
7    A    Again, I would just say they did
8    exactly as what was outlined in the Q drop and,
9    you know, based off the Jack Flynn's Twitter
10   history, we certainly know that in October 2020,
11   when he reposted a literal Q drop, he was in a
12   social media environment where this sort of stuff
13   was being shared.
14   Q    All right. Let's go back to Exhibit
15   9. I'd like you to turn to the ninth page of the
16   exhibit.
17   A    Is that the one that starts with "Days
18   and weeks trying to decipher"?
19   Q    Yes, sir, it does. Thank you.
20        So I want to ask you some questions
21   about a couple of lines down it says, "Unknown
22   Where We Go One We Go All"; do you see that?
23   A    Yes.
24   Q    There's a subsequent "unknown" and
25   that states, "There's sort of a rallying cry that

Page 105

1    is Where We Go One We Go All, which is an
2    expression of solidarity."
3         Do you see that?
4    A    Yes.
5    Q    Do you agree that the phrase Where We
6    Go One We Go All is an expression of solidarity?
7    A    Not to be pedantic, but do we know who
8    the unknown is here?
9    Q    No.
10   A    So the unknown person says that's sort
11   of a rallying cry, that is Where We Go One We Go
12   All, which is an expression of solidarity.
13   Certainly, "Where we go one, we go all" is the
14   QAnon slogan and definitely QAnon followers,
15   supporters, would see that as an expression of
16   solidarity, yes.
17   Q    So you agree that it's an expression
18   of solidarity?
19        MS. BOLGER: Objection to form.
20   Asked and answered.
21        THE WITNESS: It can be seen as an
22   expression of solidarity.
23   BY MR. BISS:
24   Q    What else can it be seen as?
25   A    You know, there isn't a QAnon

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL

Page 106

1 rulebook, Ten Commandments, as I said, but "Where
2 we go one, we go all" is the QAnon slogan, so to
3 answer your question, I think, yes, it can be
4 seen as an expression of solidarity.
5    Q    That's fine.  What else can it be seen
6 as?
7    A    I suppose it would depend on the
8 context.
9    Q    How about an expression of unity?
10         MS. BOLGER:  Object to the form.
11         THE WITNESS:  In what sense?
12 BY MR. BISS:
13    Q    Any sense.  An expression of unity
14 "Where we go one, we go all."
15    A    I think the context is very important,
16 obviously.
17    Q    Okay.  Do you agree that the phrase
18 "Where we go one, we go all" is an expression of
19 unity?
20         MS. BOLGER:  Object to the form.
21         THE WITNESS:  Context is very
22    important.
23 BY MR. BISS:
24    Q    Do you agree or not?
25    A    I think the premise of your question

Page 107

1 needs to relate to what context.
2    Q    In the context of the QAnon movement.
3    A    In the context of -- it depends.  In
4 the context of sharing a video publicly on social
5 media on July 4, 2020, ten days after the Q
6 persona asked people to say a specific oath,
7 including the phrase "Where we go one, we go
8 all," and were posted by General Michael Flynn,
9 who is a person who is pointed to as a hero by
10 many in the QAnon movement, and in the context of
11 particularly Jack Flynn's social media activity,
12 I think it would not be reasonable to assume that
13 saying "Where we go one, we go all", in that
14 context is just something that's a pure statement
15 of unity.
16    Q    How about in the context of a backyard
17 barbecue in which the Flynn family and their
18 lawyer, Sidney Powell appears, after they had
19 just won a major court victory?
20    A    Again, I think it's the same context.
21    Q    Okay.  Any other -- "Where we go one,
22 we go all," is it an expression of anything else
23 other than solidarity?
24         MS. BOLGER:  Object to the form.
25         THE WITNESS:  Well, I did not say

Page 108

1    it was an expression of solidarity unless it
2    was in the context of the solidarity of the
3    QAnon movement.  Again, it depends on the
4    context.  Sidney Powell falsely stated in
5    the aftermath of this video being published
6    publicly by the Flynns that the "Where we go
7    one, we go all" slogan had come from a bell
8    on JFK's boat.  And that attempt to
9    defend -- that statement in itself is false
10    and also a belief within the QAnon movement,
11    but it's false.  The Kennedy library says
12    so.
13 BY MR. BISS:
14    Q    Anything else?  I'm not sure what that
15 was responsive to, but anything --
16    A    You brought up Sidney Powell in the
17 context of this video, so...
18    Q    All right.  Fine.  Okay.
19         So the next unknown, on the same page
20 in the transcript of the February 26, 2021
21 special report says, "They call each other
22 patriots almost universally."
23         So my question is, is that -- any time
24 you use the phrase "patriot" is that synonymous
25 with a QAnon follower?

Page 109

1         MS. BOLGER:  Object to form.  This
2    is an unknown person whose name is not
3    known.
4 BY MR. BISS:
5    Q    Is that your understanding?  Seeing
6 you're a top expert in the area.
7         MS. BOLGER:  Object to the form.
8    He didn't say this.
9         THE WITNESS:  It would be helpful
10    to know who the unknown is.  I genuinely
11    don't know the context of who is speaking
12    here.  But obviously what is being said here
13    is that many QAnon followers call each other
14    patriots.  That is, of course, not to say
15    that any person who describes himself as a
16    patriot is an adherent to QAnon.
17 BY MR. BISS:
18    Q    You could be a patriot and also be a
19 Canadian citizen who doesn't get to vote; true?
20         MS. BOLGER:  Object to the form.
21         THE WITNESS:  Would you mind
22    repeating that?
23 BY MR. BISS:
24    Q    You could be a patriot and a Canadian
25 citizen who doesn't get to vote?

28 (Pages 106 - 109)

Page 110

1          MS. BOLGER:  Object to form.
2 BY MR. BISS:
3     Q    Is that right?
4     A    You could be a -- if you're saying if
5 you're a Canadian living in the U.S. --
6     Q    Yeah.
7     A    -- you could love America, for sure.
8     Q    You could be -- and that's really what
9 a patriot is, someone who loves America; right?
10    A    Yes.  Obviously, in the context of
11 this situation -- again, context matters -- there
12 are many patriots.  I'm a patriot.  I'm a proud
13 U.S. citizen.  So this merely, in the context of
14 this transcript, of which we don't know who is
15 speaking, they are just pointing out that QAnon
16 followers will oftentimes call each other
17 patriots.
18    Q    And you can be a patriot, person who
19 loves America, and still use the phrase "Where we
20 go one, we go all" and not be a QAnon follower;
21 correct?
22          MS. BOLGER:  Can I hear that
23      again?
24    Q    You could be a patriot who loves
25 America and still use the phrase "Where we go

Page 111

1 one, we go all" and not be a QAnon follower;
2 correct?
3     A    Again, it would really depend on the
4 context on which you're sharing it, saying that.
5     Q    And what would be the context that
6 would be important?
7     A    An important context would be, you
8 know, if you happen to say it in days after the Q
9 persona called for you to say it, and in the
10 broader context of sharing memes and slogans that
11 are related to the QAnon movement.  That would be
12 an important context.
13    Q    Is the 4th of July, is that part of
14 the context?
15    A    Correct.
16    Q    That is part of the context?
17    A    I mean, I think that would be a
18 scenario where the context is different to merely
19 somebody describing themselves as a patriot.
20    Q    Was General Flynn's -- was the
21 procedural posture of General Flynn's
22 persecution, was that part of the context of the
23 January -- of the July 4, 2020 barbecue oath?
24          MS. BOLGER:  Object to the form.
25          I actually didn't understand the

Page 112

1 question.  If you understood it, you can
2 answer.
3          THE WITNESS:  Would you mind --
4     Q    I'll repeat it.
5          Was the procedural posture of General
6 Flynn's criminal case --
7     A    And the handling of that?
8          MS. BOLGER:  Let him ask, Donie.
9 BY MR. BISS:
10    Q    Was the procedural posture of General
11 Flynn's criminal case as of July 4, 2020, the
12 date that the video was taken and posted to
13 Twitter, is that part of the overall context of
14 how the statement should be interpreted?
15    A    I don't quite understand the question.
16    Q    Are you aware that General Flynn had
17 won a major victory in his criminal case some two
18 weeks before the -- maybe three weeks before the
19 July 4 backyard barbecue?
20          MS. BOLGER:  Object to the form.
21          THE WITNESS:  That sounds
22      familiar.
23 BY MR. BISS:
24    Q    Do you know why Sidney Powell was at
25 that barbecue, that family barbecue, on July 4?

Page 113

1          MS. BOLGER:  Object to the form.
2          THE WITNESS:  No.
3 BY MR. BISS:
4     Q    Do you know why her son, Wilson
5 Powell, was there?
6     A    No.
7          MS. BOLGER:  Steve, if you want to
8      keep asking questions, go ahead.  We have
9      lunch outside maybe in 10-15 minutes, we can
10     take a break and have lunch.
11          MR. BISS:  Sure.
12          MS. BOLGER:  We have lunch for you
13     guys, too.
14 BY MR. BISS:
15    Q    Okay.  Same page, Mr. O'Sullivan,
16 there's somebody identified by the name of Roose,
17 R-O-O-S-E.  Do you know who that is?
18    A    I believe that would be Kevin Roose,
19 who's a reporter with the New York Times.
20    Q    Do you find him to be a trustworthy,
21 competent reporter?
22          MS. BOLGER:  Did you just groan?
23          MR. BISS:  No, not at all.
24          MR. FLYNN:  My stomach maybe.
25          MS. BOLGER:  I think you just

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL

Page 114

1    groaned when you said New York Times.
2          MR. BISS: I'm anticipating lunch.
3    I'm excited now.
4          MS. BOLGER: You groaned when you
5    said New York Times.
6          MR. BISS: I'm hungry. That's the
7    only reason I'm doing that.
8          MS. BOLGER: That's not true.
9    BY MR. BISS:
10   Q    Do you consider him to be a competent,
11   trustworthy reporter?
12   A    I followed a lot of his work and it's
13   been good.
14   Q    He represents here, "Trusting the plan
15   is an important part of QAnon belief."
16         Do you see that?
17         MS. BOLGER: That's not an end
18   quote. That's part of the sentence. Read
19   the whole sentence.
20   BY MR. BISS:
21   Q    Mr. Roose represents, quote, "Trusting
22   the plan is an important part of QAnon belief,"
23   and it goes on.
24         Do you see that?
25   A    Yes.

Page 115

1          MS. BOLGER: It's not an end quote
2    there. It goes on.
3          MR. BISS: It's the end of the
4    quote as far as this record is concerned.
5          MS. BOLGER: That's exactly my
6    point, Steven. That's not fair. It's not
7    the end of the quote. You're making a
8    record that's false.
9          MR. BISS: If you want to follow
10   up and make some argument, you can do that.
11   But these are improper objections.
12   BY MR. BISS:
13   Q    Do you see where he makes that
14   representation?
15   A    Yes, and he goes on to say -- he says
16   in full, "Trusting the plan is an important part
17   of QAnon belief because there's sometimes that
18   predictions don't pan out and the things that Q
19   has said would happen don't."
20   Q    Do you believe that trusting the plan
21   is an important part of the QAnon belief system?
22   A    It's a common slogan, common maxim in
23   the QAnon community, that there is some form of
24   plan and that you trust the plan. That is
25   sometimes a slogan that people say. And Kevin

Page 116

1    Roose is right, that sometimes there are
2    predictions that the Q persona makes that don't
3    happen. I think actually one of Q's earliest
4    predictions back in 2017 or so was that Hillary
5    Clinton was about to be arrested and persecuted
6    or charged or something, and of course that
7    didn't pan out.
8    Q    Have you ever heard any member of the
9    Flynn family use the phrase "trust the plan"?
10   A    I don't recall.
11   Q    If you turn ahead a few more pages,
12   you're going to see where you come into this
13   special report. It's a page that begins with
14   Mr. Cooper's statement, quote, "Donie O'Sullivan
15   has been following QAnon for the past year for
16   CNN." Let me know when you get there.
17   A    Sorry. I see it. Cooper -- yes.
18   Q    All right. So here's my question:
19   The statements that you made during the CNN
20   Special Report on February 26, 2021, were they
21   accurate and truthful in all material respects?
22         MS. BOLGER: Object to form. If
23   you want to ask him a question, at least
24   show him the statements.
25

Page 117

1    BY MR. BISS:
2    Q    You can read all the statements.
3          MS. BOLGER: Then he has to have
4    the chance to read all the statements.
5          MR. BISS: Why don't we take a
6    break for lunch?
7          MS. BOLGER: No, no, no. He can
8    read the statements right now.
9          THE WITNESS: Sorry.
10         MR. BISS: You're just running the
11   clock out is what you're trying to do.
12         MS. BOLGER: I'm not.
13         MR. BISS: It's so obvious.
14         MS. BOLGER: What's the question,
15   Donie?
16         THE WITNESS: I might be on the
17   wrong page, sorry. So is there a timestamp?
18   BY MR. BISS:
19   Q    2325, in the middle.
20   A    I think I'm on a later page.
21         MS. BOLGER: Can I lean over to
22   show you where it is? That's you.
23   BY MR. BISS:
24   Q    2325.
25   A    Okay.

30 (Pages 114 - 117)

HIGHLY CONFIDENTIAL

Page 118

1    Q    So here's my question: We can do it I
2  think the easiest way because there aren't a lot
3  of statements by you. My question is, take a
4  look at the document and you'll see where you are
5  referenced. For instance, on that page it says,
6  "Donie O'Sullivan, CNN business reporter." My
7  question is are the statements that you make, are
8  they truthful and accurate in all material
9  respects? I'm not interested in Anderson Cooper
10  or Ashley Vanderbilt, former QAnon believer. I'm
11  not interested in them. I'm just interested in
12  you.
13    A    I'm not trying to be difficult, but I
14  don't fully recall everything I said here. So on
15  the part that begins where I'm speaking, so this
16  is what Instagram does now, save the children,
17  you're looking for information, that was me
18  demonstrating how, you know, you could quickly
19  get pulled into a QAnon content -- QAnon-type
20  content by searching around on some of these
21  platforms. Then I think I appear later, do I?
22    Q    I think you have to keep flipping,
23  though. It's a long way --
24    A    I had it there a minute ago. Okay.
25         So then there's another page that I'm

Page 119

1  on that says, "What we've seen is since after the
2  insurrection when -- so there's a part where I
3  say, "What we've seen is since after the
4  insurrection and Twitter and Facebook already
5  started kicking off a lot of QAnon accounts, seen
6  a lot of QAnon followers move to platforms like
7  Gap. Gap has been a social media platform that's
8  been around for a few years -- it's pretty much
9  one of the most hate-filled platforms out there.
10  So this one QAnon group on Gap called QAnon and
11  The Great Awakening, it has more than 200,000
12  members. And if you're in it you basically live
13  in a parallel universe." Then I stop quoting. I
14  kind of walk through, you know, what users of
15  this Gap channel, this QAnon Gap channel would be
16  seeing.
17    Q    The statements that you made there,
18  that you partially read, those are truthful and
19  accurate statements; correct?
20    A    Yes.
21    Q    Did you ever see any evidence that the
22  Flynns ever posted anything hate-filled or
23  QAnon-related on Gap?
24         MS. BOLGER: Object to the form.
25  Compound.

Page 120

1         THE WITNESS: I don't recall.
2  BY MR. BISS:
3    Q    All right. And you know that the
4  Flynns never participated in this QAnon group
5  called QAnon and The Great Awakening. You know
6  no member ever participated in that group; right?
7         MS. BOLGER: Object to form.
8         THE WITNESS: I don't know.
9  BY MR. BISS:
10    Q    You certainly haven't seen any
11  evidence that they did?
12    A    The evidence I've seen of the Flynns
13  in QAnon are other platforms. I can't say for
14  certain about Gap, but no, I did not see any
15  evidence of that.
16    Q    Have you ever seen any evidence that
17  the Flynns have ever talked about the Illuminati?
18         MS. BOLGER: Object to the form.
19         THE WITNESS: I don't recall.
20  BY MR. BISS:
21    Q    Have you ever seen any evidence that
22  any member of the Flynn family has ever talked
23  about aliens or Area 51?
24    A    I don't recall that.
25    Q    Okay. Have you ever seen any evidence

Page 121

1  that any member of the Flynn family ever posted
2  any messages on any platform to the extent,
3  referring to the banking system, George Soros?
4    A    I don't recall.
5    Q    Have you ever seen any evidence that
6  any member of the Flynn family ever insinuated
7  that Hillary Clinton was involved in spirit
8  cooking by Marina Abramovic?
9         MS. BOLGER: Object to the form.
10         MR. BISS: That's spelled
11  A-B-R-A-M-O-V-I-C.
12         THE WITNESS: That's not something
13  I'm familiar with.
14  BY MR. BISS:
15    Q    Have you ever seen any evidence of any
16  member of the Flynn family ever accuse Hillary
17  Clinton of being a Satanic witch?
18    A    Not publicly.
19    Q    How about privately?
20    A    No. I think they wanted to lock her
21  up, though.
22    Q    Have you ever seen any evidence, other
23  than General Flynn's statement, that any member
24  of the Flynn family ever indicated that they ever
25  wanted to lock Hillary Clinton up, for any

31 (Pages 118 - 121)

HIGHLY CONFIDENTIAL

1 reason?
2     A    Not that I can recall.
3     Q    The "lock her up" statement, you're
4 referring to an incident that occurred at the
5 National Republican Convention?
6     A    That sounds about right.
7     Q    All right.  And that would have been
8 in 2016, I believe; correct?
9     A    I would trust you on that one.
10    Q    That's before QAnon.  All right.
11        Are you familiar or do you know
12 whether or not the Texas Republican Party ever
13 used the slogan "We Are The Storm"?
14    A    I don't recall.
15    Q    Are you aware that Tom Hanks was one
16 of the dozens of celebrities that QAnon
17 supporters accused of being part of the so-called
18 global cabal of Satan-worshiping pedophiles?
19    A    Some QAnon supporters that I have
20 encountered believe that, yeah.  I encountered
21 one, actually, in -- on, I think, Sunset
22 Boulevard or Hollywood boulevard in L.A. back in
23 October 2020.  The guy was wearing a Q top and
24 had a sign saying something about Tom Hanks.
25 Yeah, that's a familiar one.

1     Q    Have you ever seen any evidence that
2 any member of the Flynn family ever accused Tom
3 Hanks of being one of the dozens of celebrities
4 that were part of this global cabal of
5 Satan-worshiping pedophiles?
6     A    No.
7     Q    Is one of the tenets of the QAnon
8 belief system that Hillary Clinton and others
9 have been arrested and they've been replaced with
10 a double?
11        MS. BOLGER:  Object to the form.
12 BY MR. BISS:
13    Q    Is that one of the QAnon beliefs?
14    A    That's like a very, very -- I said
15 earlier that there's a kind of range of beliefs
16 when it comes to QAnon.  That's a very out there,
17 far down the spectrum of it.
18        Yeah, I spoke to one person at a Trump
19 rally a year or two ago who -- she was convinced
20 that, you know, Joe Biden wasn't in the White
21 House and it was on a Hollywood set and things
22 like that.  That's kind of the very extremist end
23 of things, I think.
24    Q    Have you ever heard any member of the
25 Flynn family ever espouse that belief?

1     A    That specific belief, no.  I've only
2 seen the Flynns engage in sharing QAnon slogans.
3     Q    Okay.  If you turn to the
4 third-to-last page of the exhibit, there are a
5 couple of follow-up questions.
6        In the middle of the page there's a
7 reference to you, O'Sullivan that begins, quote,
8 "The big belief among," and it goes on."  Do you
9 see that?
10    A    Yeah.
11    Q    So is that a truthful statement?
12    A    The big belief that you see a lot of
13 chatter about right now is the idea that on the
14 4th of March Trump is going to come back and that
15 on the 5th of March there will be public
16 executions of Trumps's political enemies, end
17 quote.  Yeah, that was the thing that was
18 circulating at the time, that there would be
19 this -- something would happen on the 4th of
20 March.  It was -- there was substantial amount of
21 chatter about it, but I would still describe it
22 as fringe.  As far as I can recall, I didn't see
23 the Flynns talking about that.
24    Q    That was going to be my next question.
25 Have you seen any evidence that the Flynns, any

1 member of the Flynn family, ever engaged in that
2 kind of chatter?
3     A    As I said, no.
4     Q    Okay.  All right.  Last question on
5 this document and then we can break for lunch,
6 hopefully.  Second-to-last page, down at the
7 bottom, "Cooper voiceover"; do you see that?
8     A    Yes.
9     Q    He describes the QAnon conspiracy
10 theories as being, quote, "deranged, sick
11 fantasies and dangerous beliefs."
12        Do you agree with Mr. Cooper's
13 representations?
14        MS. BOLGER:  I object to the form.
15 That's not what that says.
16        THE WITNESS:  Anderson Cooper
17 says, quote, "There have always been
18 conspiracy theories but never before have
19 they been able to spread so quickly.  Just a
20 few clicks can take you down a rabbit hole
21 of deranged, sick, fantasies and dangerous
22 beliefs."
23        That's accurate.
24        MR. BISS:  Okay.  All right.  No
25 other questions on that document.  We can

HIGHLY CONFIDENTIAL

Page 126

1  break for lunch now.
2          (Whereupon there was a lunch
3  recess from 1:12 p.m. until 1:48 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 127

1          AFTERNOON SESSION
2          (Exhibit 10 was marked.)
3  BY MR. BISS:
4      Q   Mr. O'Sullivan, we're back on the
5  record after a lunch break.  I'm handing you a
6  document I've marked as Exhibit 10.  And this is
7  a document that was produced by CNN in discovery
8  in this case, and do you recognize this document?
9      A   Yeah, it's the transcript from the
10  show that -- my story aired.
11     Q   If you look at page -- the first page
12  of the document, Bates stamped CNN 21.  When I
13  say "Bates stamp" I mean there's a number at the
14  bottom right-hand corner of all the documents.
15  CNN 21 on the first page, that's what I call a
16  Bates stamp.
17         On the first page it indicates
18  February 4, 2021, 2200 hours, and the show is CNN
19  Tonight.  That's a show that used to be hosted
20  by -- what was that guy's name again, Don Lemon?
21     A   That's correct.
22     Q   He doesn't host CNN Tonight anymore,
23  does he?
24     A   He is now the host of CNN This
25  Morning.

Page 128

1      Q   So the first time that the report
2  that's at issue in this case aired was on
3  February 4, 2021; correct?
4      A   Correct.
5          MS. BOLGER:  Object to the form.
6  BY MR. BISS:
7      Q   I want to ask you some questions about
8  some of the things that were said after the
9  report.  So if you will turn, sir, to the page
10  that's Bates stamped CNN 33, about the middle of
11  the page there is a statement, "end video clip."
12         You see that?
13     A   Yes.
14     Q   Then we have Mr. Lemon making the
15  following statement:  "That was Donie O'Sullivan
16  there in that QAnon meeting and he's got more
17  details about what could be QAnon's next moves.
18  He's going to tell us after the break," and then
19  it goes on.
20         Do you see that?
21     A   Yes.
22     Q   All right.  My question to you is if
23  you would take a look at the statement on pages
24  33 and 34 that are attributable to you, could you
25  just confirm that those statements are statements

Page 129

1  that you made on February 4, 2021?
2      A   Yeah, that all looks correct to me.
3      Q   Did you have any conversations with
4  Mr. Lemon prior to February 4, 2021 about the
5  report?
6      A   No.
7      Q   Did you have any conversations with
8  him on February 4, 2021 about the report?
9      A   Other than what was said on air, I
10  don't believe so.
11     Q   Was this just ad libbed?  Was this
12  just --
13     A   My answer?
14     Q   Yeah.  It looks like you're having a
15  conversation with Mr. Lemon.  This wasn't
16  scripted, it wasn't rehearsed ahead of time, was
17  it?
18     A   No.  Most of the time, yeah, most of
19  the time it's a Q and A.  Sometimes they'll say,
20  "Oh, we're going to ask you this or that," which
21  might have happened in this case.
22     Q   Did you know ahead of time that there
23  was going to be a colloquy after the report
24  aired?
25     A   The back-and-forth between Don and I?

33 (Pages 126 - 129)

HIGHLY CONFIDENTIAL

Page 130

1 Yeah.
2    Q    Did you know what questions he was
3 going to ask you?
4    A    I don't recall specifically, but --
5         MS. BOLGER:  Don't speculate.
6    Neither Mr. Biss nor I want you to
7    speculate.
8 BY MR. BISS:
9    Q    So for instance, Mr. Lemon asks you,
10 "So you pointed out the sense of the community in
11 that meeting, that QAnon would last past Trump.
12 So, I mean, what do you think?  Tell us, what do
13 you think their next moves are?"
14         Was that something -- that subject
15 matter, was that something that you and Mr. Lemon
16 discussed before this colloquy?
17         MS. BOLGER:  Object to the form.
18         THE WITNESS:  Not that I recall.
19 BY MR. BISS:
20    Q    Earlier you talked about context and
21 the -- before the report aired and in the
22 colloquy after the report aired, there's a
23 reference to Marjorie Taylor Greene; do you see
24 that?
25    A    Yes.

Page 131

1    Q    And I think the context here is that
2 there was a vote either on February 4 or shortly
3 before February 4 to oust her from certain
4 committee assignments?
5         MS. BOLGER:  You can check the
6    transcript for the context of the
7    transcript.
8 BY MR. BISS:
9    Q    Did you have that understanding as the
10 context for why the report was aired on
11 February 4th?
12         MS. BOLGER:  Object to the form.
13    I'm sorry.  You mean -- I actually don't
14    understand it.  Can you ask that again?
15         MR. BISS:  Sure.
16 BY MR. BISS:
17    Q    Why February 4, 2021?  What was the
18 context of airing the report on that day?
19         MS. BOLGER:  Do you mean why did
20    it air that day?
21         MR. BISS:  Yeah.
22         THE WITNESS:  My best
23    recollection, I don't think there was any
24    specific reason as far as I can recall.
25

Page 132

1 BY MR. BISS:
2    Q    Do you know whether any member of the
3 Flynn family ever had any conversations with
4 Marjorie Taylor Greene about QAnon?
5         MS. BOLGER:  Object to the form.
6         THE WITNESS:  I do not.
7         (Exhibit 11 was marked.)
8 BY MR. BISS:
9    Q    Mr. O'Sullivan, I have handed you a
10 document I've marked as Exhibit 11.  It's a
11 one-page document.  It's a still shot of one of
12 the -- one of the parts of the report.  You'll
13 see up in the right-hand corner there is a
14 watermark or whatever you want to call it which
15 says, "Twitter Michael Flynn July 2020."  Down at
16 the bottom, across the bottom of the document or
17 close to the bottom of the document, is a chyron
18 which reads, "Exclusive:  CNN goes inside a
19 gathering of QAnon followers."
20         Do you see that?
21    A    Yes.
22    Q    What is this document?
23         MS. BOLGER:  Object to the form.
24         THE WITNESS:  This is a freeze
25    frame of a -- part of this story, which was

Page 133

1    about three minutes long.  And this is a
2    freeze frame from a segment within that,
3    which I think it was about two seconds.
4 BY MR. BISS:
5    Q    This is the segment of the report in
6 which you captured the Flynn family taking the
7 oath on July 4, 2020 and used it in the report;
8 correct?
9         MS. BOLGER:  Object to the form.
10         THE WITNESS:  That was in the
11    story, yes.
12 BY MR. BISS:
13    Q    And it was -- who was it that clipped
14 that little piece and put it in the report?  Who
15 created that clip?
16    A    Who physically clipped it?
17    Q    Yeah.
18    A    I wrote the script.
19    Q    I understand that.  We'll get to that
20 in a second.  Who was the one who physically
21 decided to use a clip and use the length of the
22 clip and the portions of the clip?
23    A    Me.
24    Q    Okay.  So you clearly decided just to
25 use the portion where the Flynn family said,

34 (Pages 130 - 133)

HIGHLY CONFIDENTIAL

Page 134

1 "Where we go one, we go all"?  You made that
2 decision yourself; right?
3     A    That is what was most relevant to the
4 report, yes.
5     Q    And you chose to leave out "God bless
6 America."  You chose to leave out the oath to the
7 Constitution; correct?
8     A    What was notable about the video the
9 Flynns posted, which was widely reported at the
10 time by many outlets in July 2020, was the line
11 "Where we go one, we go all."  So that is what
12 was most relevant.
13     Q    You chose -- you intentionally chose
14 not to use the portions of the July 4, 2020 video
15 where the Flynn family recited the oath to the
16 U.S. Constitution and also the portion afterward
17 saying, "God bless America"?  You purposely chose
18 to omit those portions; correct?
19     A    I exercised my editorial judgment.
20 What was notable about this clip that was posted
21 publicly by Michael Flynn, and shared by others
22 in his family, was that this oath came only a few
23 days after the Q persona called for such an oath
24 to be taken, and, you know, as you mentioned
25 yourself, the phrase the -- you know, the first

Page 135

1 half of the oath is from an oath that's familiar
2 to people, office takers.  People who take office
3 take it.  But what was notable and unique was the
4 "Where we go one, we go all" QAnon slogan which
5 was repeated by the Flynns.
6     Q    You created that truncated clip
7 because you wanted to -- you wanted the audience
8 to believe that the Flynn family, all the Flynns
9 in the lineup here, were QAnon followers?  That's
10 why you created the clip and omitted the other
11 portions; correct?
12         MS. BOLGER:  Object to the form.
13         THE WITNESS:  That is not correct.
14 BY MR. BISS:
15     Q    Why didn't you include the other
16 portions, to be fair?
17     A    What was most noteworthy was the QAnon
18 slogan which was posted by General Flynn.
19     Q    Who created the chyron?
20     A    I don't know.
21     Q    Was it one of the editors or one of
22 the producers that were assigned working with you
23 on this report?
24     A    I don't know.  I can speak in general
25 terms, though, but --

Page 136

1     Q    Do you have any general understanding
2 as to who would have created that chyron?
3     A    Generally it would be somebody who is
4 working on the show.
5     Q    Mr. O'Sullivan, this is true, isn't
6 it?  So you truncated or edited the July 4, 2020
7 video that was posted to Twitter by General Flynn
8 and you put that chyron on the screen because you
9 wanted to convince viewers that the Flynns were
10 QAnon followers; correct?
11     A    No.
12     Q    Can you identify the people in the
13 photo?
14     A    Yes.  It's General Flynn in the
15 middle.  This image isn't super clear, but I
16 believe that's -- as I look at the image, Lori to
17 the right, and then that is -- next to her is
18 Jack and Leslie.  Over at the other end, Valerie
19 and Joe, I think.
20     Q    All right.  Let me ask you this
21 question:  Did you know that on February 4, 2021
22 or is that something that you've learned since
23 this litigation was filed?
24     A    I knew in February, when this piece
25 published, that the Flynns had posted this.

Page 137

1     Q    Let's talk about Valerie Flynn on the
2 far left.  Did you know on February 4, 2021 that
3 that was Valerie Flynn?
4     A    I knew which Flynns had taken the oath
5 because I read about it.  It was widely reported.
6 Would I have been able to point them out at that
7 time, no.  But I knew who was in the frame.
8     Q    Okay.  Did you know -- going to the
9 opposite side, the right, did you know that was
10 Leslie Flynn?
11     A    I knew she was in the video.
12     Q    Did you know that was her?
13     A    I knew she was in the video.  As I
14 said, you know, beyond General Michael Flynn, I
15 just knew it was his family members.
16     Q    All right.  Did you know anything
17 about Leslie Flynn at the time that -- at the
18 time that you published the report on February 4,
19 2021, other than that she appeared in the July 4,
20 2020 video?  Did you know anything about her?
21     A    Well, I knew she had appeared, as you
22 say, in this video taking the QAnon oath, and was
23 also aware of that there had been social media
24 activity from the Flynns that was supportive or
25 signaling to QAnon.

35 (Pages 134 - 137)

HIGHLY CONFIDENTIAL

Page 138

1    Q    Anything else?
2    A    I also knew that in an attempt, a
3 botched attempt to clarify what this video was,
4 Sidney Powell, in turn, repeated a piece of
5 misinformation that is familiar among QAnon
6 folks.
7    Q    How did that relate to Leslie Flynn?
8    A    Sidney Powell gave a statement on
9 behalf of the Flynns, on behalf of General Flynn,
10 seeking to clarify what this video was about the
11 Flynn family.  That was the context.
12    Q    What else did you know about Leslie
13 Flynn before February 4, 2021, other than what
14 you testified to?
15    A    As far as I can recall, that's what I
16 knew about her.
17    Q    When did you go to Leslie Flynn's
18 Twitter account and look at tweets or retweets
19 that indicated to you that she was a QAnon
20 follower?
21        MS. BOLGER:  Object to form.
22        THE WITNESS:  I don't recall.
23 BY MR. BISS:
24    Q    Was it before February 4, 2021 or
25 after?

Page 139

1    A    I was aware prior to February 4th that
2 there was social media activity from the Flynns
3 that was signaling, was viewed as signaling to
4 QAnon.  I can't recall specifically about her
5 feed.
6    Q    And what did you learn that indicated
7 that Leslie Flynn was signaling QAnon?
8    A    Again, she appears in this video.
9    Q    What about her Twitter feed indicated
10 that she was signaling QAnon or she was A QAnon
11 follower or she had some other attachment to
12 QAnon?
13    A    Well, through this legal process, I
14 know there's tweets that she liked in relation to
15 QAnon.
16    Q    How about before this?  I want to know
17 before this litigation, at the time you published
18 the report.
19    A    She appeared in this video.
20    Q    Anything else -- any other evidence
21 that you had that led you to the conclusion that
22 she was a QAnon follower?
23    A    They're seen in this video taking the
24 QAnon oath and repeating the slogan.
25    Q    I'll ask it again.  Any other

Page 140

1 evidence?
2        MS. BOLGER:  Object to the form.
3    Asked and answered.
4        THE WITNESS:  Don't recall.
5 BY MR. BISS:
6    Q    At the time that you published the
7 report on February 4, 2021, did you have any
8 other evidence that Leslie Flynn was a QAnon
9 follower?
10    A    I don't recall.
11    Q    Jack Flynn; what evidence did you have
12 at the time you published the report on
13 February 4, 2021 that Jack Flynn was a QAnon
14 follower?
15    A    Jack Flynn's Twitter timeline I was
16 familiar with through reporting.  I don't
17 specifically recall what tweets I might have
18 seen, but I do recall just reporting.  And that
19 he, along with Joe in particular, had been
20 sharing QAnon memes.
21    Q    You said Joe in particular?
22    A    Yes.
23    Q    How about anything else for Jack
24 Flynn?  Any other evidence that you had at the
25 time you published the report on February 4, 2021

Page 141

1 that Jack Flynn was a QAnon follower?
2    A    Again, I was familiar with the
3 reporting on the Flynns flirting with the QAnon
4 conspiracy theory, and of course there's this
5 video.
6    Q    Anything else?
7    A    Not that I recall.
8    Q    Lori Flynn, what evidence did you have
9 at the time of publication on February 4, 2021
10 that Lori Flynn was a QAnon follower?
11        I might add, she's wearing a USA
12 shirt; correct?
13    A    I can't see that in this image.
14    Q    You can't see it?
15    A    Excuse me.  Lori?  Are you talking
16 about Lori?
17    Q    Yeah, Lori Flynn.  You do recognize
18 that that's Lori Flynn wearing the USA shirt?
19    A    Yes, General Flynn's wife.
20    Q    Right.
21    A    Well, you said -- you characterize her
22 as a QAnon follower.  I would point out that we
23 did not call them -- call the Flynns QAnon
24 followers.
25    Q    Oddly enough, it's right in the chyron

36 (Pages 138 - 141)

Page 142

1 there, "QAnon followers"?
2    A    The chyron reads, "CNN goes inside a
3 gathering of QAnon followers."
4    Q    That looks like a gathering right
5 there, doesn't it?  Backyard barbecue gathering?
6        MS. BOLGER:  Let him answer.
7        THE WITNESS:  The chyron clearly
8    is a reference to the QAnon event that I
9    attended in Arizona, which I believe this
10   chyron stayed up throughout the story.  It
11   was clear the entire premise of the story
12   was based around the QAnon gathering in
13   Arizona.  You know, this clip of the Flynns
14   was used to give context to the fact that
15   Trump and his former national security
16   advisor had flirted with the QAnon
17   conspiracy theory and had echoed the
18   slogans.
19        This is obviously a selective
20   freeze frame from a three-minute piece.
21   There are other scenes in this story, too,
22   where the chyron also stayed up, including
23   an NBC Town Hall with Savannah Guthrie,
24   including a Trump rally, including a shot
25   with an expert, Travis Hugh, so I think it

Page 143

1    would be clear to a reasonable person
2    watching this story that the gathering that
3    is being referred to is not the NBC News
4    Town Hall, is not the expert in a room and
5    is not this barbecue.
6 BY MR. BISS:
7    Q    At the time you published the report
8 on February 4, 2021, what evidence did you have
9 that General Flynn was a QAnon follower?
10   A    Well, this video, of course.  Again, I
11 will just point out that we did not allege
12 General Michael Flynn was a QAnon follower.  We
13 have this video, of course, and a representative
14 of General Flynn, when asked about this video,
15 failed to clarify it in a way that would make it
16 clear that it had nothing to do with QAnon.  And
17 I had seen, you know, multiple references, you
18 know, on QAnon shows and QAnon forums of Flynn
19 signaling to the QAnon group.
20        I think, if I recall correctly, one
21 QAnon influencer, self-described QAnon-type
22 person, shared a picture of a signature -- an
23 autograph the general gave that included the
24 "Where we go one, we go all" hashtag.
25   Q    Anything else?  Any other evidence

Page 144

1 that General Flynn was a QAnon follower?
2    A    We didn't call him a QAnon follower,
3 but that's -- there was quite a hefty body of
4 reporting on Flynn's flirtation with QAnon.
5    Q    What were these podcasts that you
6 testified about, these shows, these podcasts
7 where General Flynn flirted or indicated in some
8 manner that is he is a QAnon follower?
9        MS. BOLGER:  Object to form.
10       THE WITNESS:  There's the QAnon
11   Anonymous podcast, which is a podcast that
12   is run by non-QAnon believers who report on
13   the phenomena.  They would have talked a lot
14   about how the Flynns, Michael Flynn
15   specifically, was a central figure in all of
16   this, in the QAnon movement, a hero, and how
17   he wasn't necessarily shying away from that.
18   There's also podcasts or radio shows,
19   whatever you want to call it, run by -- I
20   think it would be fair to call them fans of
21   Q, fans of QAnon, called In the Matrix,
22   where, if I recall correctly, you know, a
23   lot of talk about Flynn there and how --
24   social media postings and whatnot from the
25   Flynns was an indication that the Flynns

Page 145

1    were with them as such.  And of course this
2    pledge video being very, very important.
3 BY MR. BISS:
4    Q    So was General Flynn on this QAnon
5 Anonymous podcast or is this just some commentary
6 from somebody you found on the internet?
7        MS. BOLGER:  Object to form.
8        THE WITNESS:  I don't believe
9    General Flynn appeared on the QAnon
10   Anonymous podcast.
11 BY MR. BISS:
12   Q    How about In the Matrix, is this some
13 type of show where General Flynn appeared and
14 made some type of statements?
15   A    I think he might have been on the
16 show, but I can't say for certain.
17   Q    Was there any other evidence that
18 General Flynn was ever a QAnon follower?
19   A    We didn't call him a QAnon follower.
20   Q    Any other evidence that General Flynn
21 was an adherent to the QAnon system, as Judge
22 Woods plainly and unequivocally ruled?
23       MS. BOLGER:  Objection to form,
24   calls for a legal conclusion.
25       THE WITNESS:  Yeah, I wouldn't say

37 (Pages 142 - 145)

HIGHLY CONFIDENTIAL

Page 146

1    I would call him an adherent here.  I think
2  it was clear in the report, too, that the
3  slogan had been used by him.
4  BY MR. BISS:
5    Q    How many times has General Flynn ever
6  used the slogan, as you call it?
7    A    I don't know.
8    Q    What do you mean you don't know?
9    A    How many times he's used the slogan?
10    Q    All of your expertise and all of your
11  research, you don't know how many times he's used
12  it?
13    A    I don't know specifically the amount
14  of times.
15    Q    Do you know if he's used it more than
16  once?
17    A    Yes.
18    Q    When was the second time he used it?
19    A    As I mentioned earlier, I said he
20  signed an autograph, if I recall correctly, where
21  he signed, "Where we go one, we go all."
22    Q    What was the context of that?
23    A    It was -- I saw it on a QAnon forum, a
24  person who had a book signing with Flynn or had
25  met him at some event.  That was the autograph.

Page 147

1    Q    Do you know the circumstances why he
2  signed it that way?
3    A    He may have been asked to.  But I
4  don't know.  I'm speculating.
5    Q    Other than the book signing and the
6  backyard barbecue, do you know whether General
7  Flynn has ever used the phrase "Where we go one,
8  we go all"?
9    A    I can't say for sure.  What we're
10  looking at right now, this Exhibit 11, where
11  they're giving the QAnon oath ten days after the
12  Q persona called for it, there's an expression in
13  QAnon followers, QAnon adherents, they like to
14  say there's no such thing as coincidences.  So
15  them seeing something like this in the broader
16  context, with QAnon merchandise being sold linked
17  to the Flynns, a post from Jack and Joe and
18  others, this is a clear signal to them that the
19  Flynns are on their side and the Flynns like
20  QAnon.
21    Q    Do you know of any other instances,
22  other than the book signing and the backyard
23  barbecue in July of 2020, in which General Flynn
24  has used the phrase "Where we go one, we go all"?
25    MS. BOLGER:  Objection.

Page 148

1    THE WITNESS:  Not to my
2  recollection, but, again, this video, which
3  Flynn himself posted, who has many, many
4  followers, it was important as evidenced by
5  how widely reported it was at the time.
6  BY MR. BISS:
7    Q    Did you happen to review it on July 4,
8  2020, when it was posted?
9    A    To the best of my recollection, I
10  remember reading it around July 4th or 5th or
11  6th.
12    Q    Fair enough.  Did you happen to read
13  Sidney Powell's many posts on July 4, 2020 about
14  the video?
15    A    I recall reading a response she had
16  given to the Washington Examiner, which I believe
17  CNN used in its reporting also.
18    Q    Did you review her tweets?
19    A    I may have.  I can't recall.
20    Q    What evidence did you have as of
21  February 4, 2021, when the report was published,
22  that Joe Flynn was a QAnon follower?
23    A    We didn't allege he was a QAnon
24  follower, but I know he had posted quite a bit on
25  social media, again, signaling to QAnon.

Page 149

1    Q    Can you identify any of those social
2  media posts?
3    A    I can't recall.
4    Q    Do you have copies of them?
5    A    I'm not sure.
6    Q    What do you mean you're not sure?  You
7  would know if you had copies.
8    MS. BOLGER:  Object to the form.
9    THE WITNESS:  I'm not sure.
10  BY MR. BISS:
11    Q    Did you turn over -- were you
12  requested by counsel, Ms. Bolger, to search for
13  and turn over documents?
14    A    Yes.
15    MS. BOLGER:  What was the
16  question?  I didn't hear you.
17  BY MR. BISS:
18    Q    Were you asked by counsel for CNN,
19  Ms. Bolger to search for and turn over documents
20  that showed that the various Flynn family members
21  were QAnon followers?
22    A    I was asked to produce any documents
23  relevant to this case, and I did that, yes.
24    Q    What did you do to search for
25  documents?

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL

Page 150

1    A    I did an extensive search through my
2  social media, direct messages, text messages.
3  Some emails, too, I suppose.  My notes.  In the
4  case of the -- in the case of the Flynns' social
5  media, that would have been something that I
6  would have been reviewing and monitoring kind of
7  throughout 2020, 2021, so it wasn't as if I had
8  them centralized in one place.
9    Q    Did you have any screenshots of any
10  social media posts by any Flynn family members
11  that you kept in a file somewhere or that you
12  saved to a computer?
13    A    I don't believe so.
14    Q    So was it just your good memory that
15  Joe Flynn had posted something about QAnon?
16    A    It was a very widely reported,
17  known --
18    Q    Reported by whom?
19        MR. BISS:  Let him finish the
20    answer.
21        THE WITNESS:  You could find
22    multiple accounts and multiple outlets who
23    documented that.
24  BY MR. BISS:
25    Q    Outlets?  What do you mean, outlets?

Page 151

1    A    News outlets.
2    Q    What do you mean, news outlets?
3    A    News outlets.
4    Q    Are you talking about The Daily Beast?
5    A    That would probably be one outlet that
6  might have reported on it, I suppose.
7    Q    How about Media Matters, do you think
8  that's a news outlet?
9    A    No.
10    Q    How about Vice, do you think that's a
11  news outlet?
12    A    Vice employs some very good employees,
13  yes.
14    Q    How about Gizmodo, you think that's a
15  news outlet?
16    A    Gizmodo employs some good journalists.
17    Q    Think you think those are news
18  outlets, Daily Beast, Vice, Gizmodo?
19        MS. BOLGER:  Object to form.
20  BY MR. BISS:
21    Q    Is that where you get your news?
22    A    I get my news from a variety of
23  sources.
24    Q    How about CNN?
25    A    Do I get my news from CNN?

Page 152

1    Q    Yes.
2    A    Yes.
3    Q    All right.
4    A    And I watch Fox.  I watch them all.
5  Try to keep up with the Irish news as well.
6    Q    All right.  So what evidence did you
7  have on February 4, 2021, at the time that the
8  report was published, that Valerie Flynn was a
9  QAnon follower?
10    A    We didn't call her a QAnon follower,
11  and, again, we had this video that she appeared
12  in, taking the QAnon pledge.
13    Q    Anything else?
14    A    Not that I recall.
15    Q    What did you know about Valerie Flynn
16  at the time you published the report on
17  February 4, 2021?
18    A    I knew she had appeared in this video
19  alongside Michael Flynn, taking the QAnon oath.
20  And was a supporter of Michael Flynn.
21    Q    Anything else?
22    A    To the best of my recollection,
23  that's -- I don't recall.
24    Q    Do you know if she had any children?
25    A    I don't recall.

Page 153

1    Q    Do you know if she was employed or
2  what her work background was?
3    A    I don't recall.
4    Q    Do you know what her standing was in
5  the community in which she lived?
6    A    I don't recall.
7    Q    Did you make any effort to -- before
8  the report was published, did you make any effort
9  to learn anything about the various targets in
10  the lineup here?
11        MS. BOLGER:  Object to the form.
12        THE WITNESS:  I would not agree
13    with that characterization as targets.
14  BY MR. BISS:
15    Q    Let me rephrase it.
16        Before CNN published the report on
17  February 4, 2021, did you do anything to learn
18  about who Valerie Flynn was, who Lori Flynn was,
19  who Leslie Flynn was?
20    A    We had -- as it pertains to this
21  video, this statement from Sidney Powell which
22  was issued after this video was posted, which
23  essentially was further evidence that Sidney
24  Powell and the Flynns were steeped in the QAnon
25  lexicon.

Page 154

1    Q    What evidence did you have or what
2 evidence do you have that Sidney Powell, when she
3 spoke with the Washington Examiner, that she was
4 acting as an agent for Valerie Flynn, Joe Flynn,
5 Lori Flynn, Jack Flynn, or Leslie Flynn, or
6 General Flynn for that matter?
7    A    The statement that was issued, if I
8 recall correctly, was, I think, characterized as
9 a response on behalf of General Michael Flynn.
10   Q    And only General Flynn; correct?
11       MS. BOLGER:  Object to the form.
12   You're misleading the witness.  You are.
13       THE WITNESS:  May I ask how I'm
14   being misled?
15 BY MR. BISS:
16   Q    Just answer the question if you can.
17 If you can't answer the question, tell me that,
18 too.
19   A    The Flynns had been given an
20 opportunity to clarify what had happened here,
21 and the response that was given from Sidney
22 Powell was repeating more QAnon garbage.
23   Q    Did you make any effort to contact any
24 member of the Flynn family for comment before you
25 published the February 4, 2021 report?

Page 155

1    A    When this story -- when this incident
2 originally happened, CNN I thought would have
3 sought comment and also then included a comment
4 from Sidney Powell in the reporting.  So we had
5 already -- that had already been achieved.
6    Q    So the answer is no, you made no
7 effort to contact any member of the Flynn family
8 before the report was aired on February 4, 2021;
9 correct?
10   A    CNN had reported what the Flynns had
11 to say for themselves.
12   Q    Did you make any effort to contact
13 Valerie Flynn before February 4, 2021?
14   A    Again, CNN had reported what the
15 Flynns had said.
16   Q    Who contacted Valerie Flynn?
17       MS. BOLGER:  Object to form.
18 BY MR. BISS:
19   Q    What I'm hearing you say is CNN
20 contacted the Flynns.  Who contacted Valerie
21 Flynn?
22       MS. BOLGER:  Object to the form.
23       THE WITNESS:  I'm not familiar
24   with the story that was published by -- I'm
25   not familiar with all the work that went

Page 156

1 into the story that was published by CNN in
2 July of 2020, but, you know, clearly, per
3 our normal procedures, there would have been
4 an effort to represent if there was a
5 comment from the Flynns.  In that case it
6 came through Sidney Powell.
7 BY MR. BISS:
8    Q    Do you remember when I asked you and
9 you agreed that not to speculate at the very
10 beginning of the deposition?  Do you remember I
11 went over that road rule with you?
12       MS. BOLGER:  Object to the form.
13   You didn't enter into a binding contract
14   with him.  You gave him instructions that I
15   objected to at the time.
16       MR. BISS:  You can object.
17       MS. BOLGER:  I just did.
18       MR. BISS:  That's not an objection
19   at all.
20 BY MR. BISS:
21   Q    Do you remember when I went over that
22 with you?
23   A    Remind me.
24   Q    Do you remember when I asked you not
25 to speculate and you said you wouldn't?

Page 157

1       MS. BOLGER:  Object to the form.
2 BY MR. BISS:
3    Q    Do you remember that?
4       MS. BOLGER:  Object to the form.
5       THE WITNESS:  I'm trying to be
6   helpful.
7 BY MR. BISS:
8    Q    Do you know whether anyone at CNN
9 whether that was in July of 2020 or in February
10 of 2021, do you know if anyone ever contacted
11 Valerie Flynn for comment?
12   A    I know that CNN included a response
13 from Sidney Powell.
14   Q    Do you know if anyone contacted
15 Valerie Flynn?
16   A    I know that CNN included a response
17 from Sidney Powell.
18       MR. BISS:  Will you mark that
19   portion of the transcript, please.
20 BY MR. BISS:
21   Q    Do you know whether or not, prior to
22 airing the report on February 4, 2021, no one
23 from CNN reached out or made any effort to
24 contact Joe Flynn for comment?
25   A    Again, when I came to this video that

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL

Page 158

1 Michael Flynn had posted publicly of his family
2 taking a QAnon oath ten days after the Q persona
3 called for people to do just this, for them to do
4 exactly what we're seeing here, CNN's reporting
5 around that story, around this video, includes a
6 comment from a representative for the Flynns.
7    Q    Do you know if anyone contacted Joe
8 Flynn, prior to airing the report on February 4,
9 2021, for comment?
10        MS. BOLGER:  Asked and answered.
11        THE WITNESS:  I know we have
12 Sidney Powell's statement.
13 BY MR. BISS:
14    Q    Did you contact anyone?
15    A    Can you clarify?
16    Q    Did you contact Joe Flynn?
17    A    No.
18    Q    Did you contact Sidney Powell for
19 comment?
20    A    No.  Because we already had Sidney
21 Powell's statements, and if I may add Sidney
22 Powell's statement was full of misinformation,
23 and we try not to --
24    Q    You're talking about her statement to
25 the Washington Examiner?

Page 159

1    A    About the bell.
2    Q    That's the statement you're talking
3 to?
4    A    That's the statement she gave after
5 this video was posted publicly by Michael Flynn.
6    Q    Did you reach out to Sidney Powell
7 before February 4, 2021 for comment?
8    A    CNN already had her comment.
9    Q    That's the only comment that it had,
10 was what the Washington Examiner published;
11 correct?
12    A    That is the statement that CNN
13 included in its previous reporting, yes.
14    Q    Did you or to the best of your
15 knowledge anyone at CNN ever reach out to Lori
16 Flynn, Jack Flynn or Leslie Flynn for comment
17 before the report aired on February 4, 2021?
18    A    Not that I recall, and I can't speak
19 for what my colleagues would have done.
20    Q    Is it your normal business practice to
21 document -- when you reach out to a source for a
22 comment, is it your normal, customary business
23 practices to document the matter?
24    A    In what way?
25    Q    An email, a text message, memo, any

Page 160

1 other kind of document.
2    A    It depends on how you reach out to the
3 person.
4    Q    What you did here, Mr. O'Sullivan, is
5 you reached out to one source, Jeffrey Peterson,
6 In the Matrix.  That's the only source that you
7 reached out to.  You deliberately avoided
8 reaching out to the Flynns here for any comment
9 because you wanted this report to be as one-sided
10 as possible; isn't that true?
11    A    No.
12    Q    You keep talking about a Q drop that
13 appeared ten days or so before the July 4, 2020
14 barbecue.  That's what you're talking about, a
15 Q drop?
16    A    Yes.
17    Q    Did that Q drop end with the words
18 "God bless America"?
19    A    I know it included "Where we go one,
20 we go all."
21    Q    That's not what I asked you.  Did it
22 end with "God bless America"?
23    A    I don't recall.
24    Q    Why not?  Why isn't that something
25 that's not right in front of your mind?

Page 161

1    A    Because the relevant and unique part
2 of the oath was "Where we go one, we go all."
3    Q    Do you suffer from any ailments or
4 disabilities that would affect your memory?
5    A    No.
6    Q    Or your ability to tell the truth?
7    A    No.
8 ███████████████████████████████████████
9 ███████████████████████████████████
10 ███████   ███████████████████
11 ████   █  ████████████████████████████
12 ████████████████████████████████
13
14        (Exhibit 12 was marked.)
15    Q    Mr. O'Sullivan, I hand you a copy of a
16 document I've marked as Exhibit 12.  It's a
17 one-page document.  It is a screenshot of an
18 internet archive of the -- of a portion of the
19 Rachel Maddow Show which aired on MSNBC on
20 March 12, 2021, and it features the photo, the
21 still photo of the Flynn family members in the
22 backyard on July 4 of 2020.
23        Have you ever seen this still shot
24 before?
25        MS. BOLGER:  Object to the form.

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL

Page 162

1          THE WITNESS:  I don't think so.
2    BY MR. BISS:
3    Q    Did you watch the Rachel Maddow Show
4    on March 12, 2021?
5    A    I can't recall.
6    Q    Is that somebody who you get your news
7    from?
8    A    I'd watch her occasionally.
9    Q    Now if you compare Exhibit 11 to
10   Exhibit 12, my question is this:  Why did CNN
11   take no care whatsoever to blur out the images of
12   Jack Flynn, Leslie Flynn, Valerie Flynn and Joe
13   Flynn?
14          MS. BOLGER:  Object to the form.
15          THE WITNESS:  The MSNBC clip shown
16   here in Exhibit 12, was that a still MSNBC
17   showed or was it a video?
18   BY MR. BISS:
19   Q    I'm pretty sure it was a still shot.
20          MS. BOLGER:  Object to form.
21          Don't answer the question if you
22   don't know if it's a still shot.  You can't
23   speculate.
24          So far this is a document from the
25   internet archives that just says

Page 163

1    Archives.org.  I'm going to ask the witness
2    not to answer the question.
3          MR. BISS:  Are you instructing him
4    not to answer?
5          MS. BOLGER:  I'm going to tell --
6    say that you, Steve, if you're going to make
7    a representation that this is a still shot
8    and it's not a still shot, it's going to be
9    a misrepresentation.  I mean, I'll seek
10   sanctions for it.  If you want to say it's a
11   still shot --
12          MR. BISS:  You're just bumbling
13   through this.  You don't know what you're
14   doing.  I'm telling you, Kate, this is
15   improper interference with a deposition.
16          MS. BOLGER:  If it's a still shot,
17   say it's a still shot.  If you don't know,
18   say "I don't know."  But he's not answering
19   a question based on speculation.
20   BY MR. BISS:
21   Q    Mr. O'Sullivan, here's my question:
22   MSNBC blurred out, or whatever it's called in the
23   production business, and put an oval over just
24   General Flynn.  Why didn't CNN take any care to
25   blur out the identities of Leslie Flynn, Jack

Page 164

1    Flynn, Lori Flynn, Joe Flynn and Valerie Flynn?
2          MS. BOLGER:  Objection.
3    BY MR. BISS:
4    Q    Why didn't you do the same thing and
5    show the same care, I hate to say it, that the
6    Rachel Maddow showed?
7          MS. BOLGER:  Object to the form.
8    We don't know how Rachel Maddow shot it.
9          THE WITNESS:  This is a video that
10   Michael Flynn posted himself on an account.
11   Some of his family members reposted.
12   BY MR. BISS:
13   Q    So general Flynn didn't post Exhibit
14   12 with the oval, whatever that's called in the
15   production business.  Why didn't CNN show the
16   Flynns the same courtesy that MSNBC did?
17          MS. BOLGER:  Objection.  Asked and
18   answered.  And also we don't know what MSNBC
19   did.
20          MR. BISS:  It's right there.
21          MS. BOLGER:  No.  This is your
22   representation of -- this is what your
23   representation of what MSNBC did.  We don't
24   know what the rest of the report was.
25          MR. BISS:  You can go look on the

Page 165

1    internet for yourself, or you can continue
2    your state of denial.
3          MS. BOLGER:  My objection remains.
4          You can answer if you can.
5    BY MR. BISS:
6    Q    Do you know why CNN didn't do anything
7    at all to blur out or whatever this is called
8    that MSNBC did?
9          MS. BOLGER:  Object to the form.
10   We don't know that MSNBC did this.  You are
11   representing that.
12          THE WITNESS:  I mean, I can
13   speak -- I think the context does actually
14   matter, whether this was an MSNBC shot that
15   was up on the screen as a still for many
16   seconds or if it is from the video.  I think
17   that actually does matter.
18          I can say from our perspective,
19   from what the CNN piece was, we took the
20   relevant part of the video that Michael
21   Flynn himself posted on social media and the
22   Flynns shared, and I believe it was less
23   than two seconds or about two seconds of a
24   three-minute or so long piece.  If I recall
25   correctly, in our clip we show Michael Flynn

42 (Pages 162 - 165)

HIGHLY CONFIDENTIAL

Page 166

1  saying the words "Where we go one, we go
2  all," which is also what I wrote directly to
3  in my script.  I said something along the
4  lines of, you know, a slogan that has been
5  promoted, or something along those lines, by
6  Michael Flynn.
7  BY MR. BISS:
8      Q    Was there any discussion, prior to the
9  publication of the report on February 4, 2021,
10  about whether or not accusing the Flynns of being
11  QAnon followers would cause them harm, cause harm
12  to their reputations?
13          MS. BOLGER:  Object to form.
14          THE WITNESS:  We didn't accuse
15      them of being QAnon followers.
16  BY MR. BISS:
17      Q    Was there any discussion, prior to
18  publication of the report on February 4, 2021,
19  about whether the publication of the Flynns'
20  images together with a chyron that says, "CNN
21  goes inside a gathering of QAnon followers" would
22  cause harm to the Flynns and their reputations?
23          MS. BOLGER:  Objection to form.
24          THE WITNESS:  Taking the question
25      in two parts, the first, the video that

Page 167

1      Flynns themselves published online, that had
2      been widely reported since the previous
3      July, is what we showed in our report.  And
4      the chyron, I think, to any reasonable
5      viewer, they would know that the chyron was
6      about what the substantive part of the
7      piece, which was the QAnon gathering in
8      Arizona, which the entire piece was about.
9  BY MR. BISS:
10      Q    Would you agree with me that QAnon as
11  a movement changed between July of 2020 and
12  February of 2021?
13      A    I think QAnon has always been
14  evolving.
15      Q    You agree with me, it was evolving?
16      A    It was always evolving.
17      Q    It was much more violent and extremist
18  by February of 2021; correct?
19          MS. BOLGER:  Object to the form.
20          THE WITNESS:  Not -- I don't know
21      if I would agree with that characterization.
22  BY MR. BISS:
23      Q    So the clip of the backyard barbecue
24  that CNN chose to air, the truncated clip, you
25  put that in a three-minute plus report along with

Page 168

1  footage of the violent insurrection at the
2  Capitol along with statements and images about
3  prominent figures of the QAnon movement who would
4  later go on to participate in the insurrection.
5  You juxtaposed the truncated clip with all those
6  other matters; correct?
7      A    It was important to show how people
8  like Trump and Flynn, by signaling to QAnon in
9  this way, the QAnon followers, that it helped
10  enable, encourage this, and contributed to
11  getting us to the place where we were in February
12  of 2021.
13      Q    You took the video that General Flynn
14  posted on July 4, you clipped it, you omitted
15  material portions of it, and you stuck it in
16  another report that talked about the
17  insurrection, and then included video of the
18  violent, seditious acts of QAnon -- a QAnon mob;
19  isn't that true?
20          MS. BOLGER:  Object to the form.
21          THE WITNESS:  No.
22  BY MR. BISS:
23      Q    Okay.  You think that it was fair the
24  way you portrayed the Flynns in the February 4,
25  2021 report?  You think that was a fair

Page 169

1  portrayal?
2      A    Yes.
3          (Exhibit 13 was marked.)
4      Q    I'm going to hand you a document I've
5  marked as Exhibit 13.
6          MS. BOLGER:  Can we just take a
7      quick break so I can make a quick telephone
8      call?
9          MR. BISS:  Not a problem.
10          (Whereupon there was a brief
11      recess from 2:45 p.m. until 3:00 p.m.)
12  BY MR. BISS:
13      Q    Mr. O'Sullivan, we took a break.
14  We're back.  I've handed you a document that I've
15  marked as Exhibit 13.  Could you identify this
16  document for us?
17      A    Yeah.  It is a transcript of another
18  airing of this story.
19      Q    This was the next day, February 5, on
20  CNN Newsroom with Brooke Baldwin; correct?
21      A    Correct.
22      Q    Who made the decision to air it
23  multiple times?
24          MS. BOLGER:  Object to the form.
25          THE WITNESS:  I don't know.

43 (Pages 166 - 169)

HIGHLY CONFIDENTIAL

Page 170

1  BY MR. BISS:
2     Q    Was it something that you contemplated
3  at the time that you created the report, that it
4  would be aired on CNN Tonight, CNN Newsroom?
5     A    It depends on the news cycle, but a
6  lot of times the story would air a few times,
7  yes.
8     Q    And is the purpose of airing the story
9  a few times to take advantage of the news cycle?
10        MS. BOLGER:  Object to the form.
11        THE WITNESS:  What did you mean,
12  sorry?
13  BY MR. BISS:
14     Q    Is the purpose for republishing the
15  report multiple times to take advantage of the
16  news cycle?
17     A    You can tell me if I'm not answering
18  your question, because I'm not sure I understand
19  it, but what I meant by a news cycle, if there's
20  a huge breaking news story like a terror attack
21  or something like that, that then a news package
22  like this may not run again because it would get
23  preempted by that breaking news.  For the most
24  part stores like this, with original reporting,
25  would air multiples times.

Page 171

1     Q    Fair enough.
2        If you turn to page CNN 7, the last
3  page, I think it's the last page of the document,
4  there's a colloquy after the report airs that
5  begins "after end videotape; do you see that?
6     A    Yeah.
7     Q    You state on camera to Brooke Baldwin,
8  "And Brooke, as we go into this impeachment trial
9  next week," and it goes on.  Do you see that?
10     A    Yes.
11     Q    Was that the second impeachment trial
12  of the president?
13     A    Yes.
14     Q    Was the purpose of publishing the
15  report on February 4, 2021 to get some negative
16  press about Donald Trump ahead of the impeachment
17  trial?
18        MS. BOLGER:  Object to the form.
19        THE WITNESS:  No.
20  BY MR. BISS:
21     Q    Because you would agree with me you
22  did a real quick turnaround on getting this
23  package put together; correct?
24     A    Kind of what was happening after
25  the -- naturally, you know, when everybody saw

Page 172

1  the terrible attack on the Capitol on January 6,
2  I was actually there reporting on the ground that
3  day, but a lot of people, a lot of Americans,
4  people around the world, had questions as to how
5  did this all happen.  And as I had been covering
6  this world of misinformation for quite a few
7  years, you know, it was important for me to help
8  give context to all of what happened, and what
9  led up to a lot of this and how QAnon had grown,
10  lies about the election were spreading.  So I did
11  a number of stories throughout January, February,
12  March, where I was trying to give people a better
13  understanding of this.  This was one of those
14  stories.
15     Q    You write -- you state on camera, the
16  paragraph that begins, "And Brooke"; do you see
17  that?
18     A    Yeah.
19     Q    Is that all truthful and accurate?
20        MS. BOLGER:  Do you mean just that
21  paragraph?
22        MR. BISS:  Just that paragraph.
23        THE WITNESS:  Yes.
24  BY MR. BISS:
25     Q    And then among others things,

Page 173

1  Ms. Baldwin says to you, quote, "Please keep
2  digging up these stories and just educating us on
3  who these people are and how they think.  Donie
4  O'Sullivan, thank you so much."  And you reply,
5  "Thanks, Brooke."
6        See that?
7     A    Yes.
8     Q    Did you make any effort to advise
9  Brooke Baldwin that the Flynns were -- should
10  be -- were and should be treated differently than
11  the QAnon Shaman who you also featured in the
12  report?
13     A    As I wrote directly to in the script,
14  the reference to General Michael Flynn and Trump
15  was to show how the QAnon world was getting these
16  signals from Flynn and Trump and so, you know,
17  that is why they were included in that.  You
18  know, obviously, then we made clear that the
19  likes of the QAnon Shaman had gone on to storm
20  the Capitol.
21     Q    When the magistrate judge in this case
22  said that everybody you featured in that report
23  were all treated as QAnon followers, she was
24  correct?
25     A    No.

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL

Page 174

1           MS. BOLGER:  Object to the form.
2 BY MR. BISS:
3      Q     What efforts did you make to
4 distinguish the Flynns, any of the Flynn family
5 members, from Alan Hostetter or any other person
6 who went on to commit acts of insurrection on
7 January 6?
8      A     I think it was clear in the piece that
9 the reference to General Michael Flynn, the video
10 that they had posted publicly, and then we
11 clearly indicated how Alan Hostetter had gone on
12 to take part in the insurrection.
13     Q     Ms. Baldwin just says "these people."
14          MS. BOLGER:  Object to the form.
15 BY MR. BISS:
16     Q     That's who she meant; right?
17          MS. BOLGER:  Object to the form.
18          THE WITNESS:  I didn't understand
19     it that way.
20 BY MR. BISS:
21     Q     You thought it meant who?
22     A     I thought -- I would go back to the --
23 that there's a range in terms of beliefs when it
24 comes to QAnon, and I think she meant folks who,
25 you know, engaged in the QAnon world or QAnon

Page 175

1 slogans, whatever it might be.  Again, one
2 extreme of folks who had gone on to commit
3 violence, but then also others who do not.
4      Q     Did she tell you that or are you just
5 trying to read her mind?
6          MS. BOLGER:  He's answering the
7     question you asked him.
8 BY MR. BISS:
9      Q     Did she tell you that or did you --
10     A     I think it was clear in the context of
11 the piece.
12     Q     But in any case, all she says is
13 "these people."  You agree with that; right?
14          MS. BOLGER:  Object to the form.
15          THE WITNESS:  She's talking about
16     me being in the room at this QAnon event,
17     the Shaman.  And says, "Continue your work."
18 BY MR. BISS:
19     Q     She doesn't say that at all.  "Please
20 keep digging up these stories and educating us on
21 who these people are and how they think."  And
22 you said, "Thanks, Brooke."
23          So you made no effort to distinguish
24 the Flynns from the Shaman, Alan Hostetter, the
25 people in the report, in the video of the

Page 176

1 insurrection who were committing violence,
2 breaking into the Capitol.  You made no effort to
3 distinguish the Flynns from the violent
4 insurrectionists, did you?
5          MS. BOLGER:  Object to the form.
6     Asked and answered.
7          THE WITNESS:  I think it's clear
8     in the report.
9 BY MR. BISS:
10     Q     And the reason that you didn't make
11 any distinction, the reason you didn't correct
12 Ms. Baldwin and say, "There's a distinction,
13 Brooke, to be made between the Flynns, who we
14 feature in the report, and the violent
15 insurrectionists," the reason you didn't make any
16 effort to distinguish the Flynns from the violent
17 insurrectionists is because you wanted the
18 readers and the viewers to believe that the
19 Flynns were violent insurrectionists, same as the
20 Shaman, same as Hostetter --
21          MS. BOLGER:  Object to the form.
22 BY MR. BISS:
23     Q     And the others --
24          MS. BOLGER:  Object to the form.
25          THE WITNESS:  Not at all.

Page 177

1          (Exhibit 14 was marked.)
2 BY MR. BISS:
3      Q     I'll hand you a document that I've
4 marked as Exhibit 14.  This is a document
5 produced in discovery by CNN in this case.  Can
6 you identify it for us?
7      A     It is the report airing -- excuse me.
8 I think it shows the piece airing again.
9      Q     So this is -- if you turn to the first
10 page of the document, Bates stamp CNN 8, this
11 indicates that this is a transcript of a
12 broadcast on February 6, CNN Newsroom with Ana
13 Cabrera; is that correct?
14     A     That is what it appears to be, yes.
15     Q     If you would turn to CNN 15, I just
16 have a couple of questions.
17          Did you have any discussions with
18 Ms. Cabrera about the QAnon or the report or the
19 Flynns?
20     A     Not that I recall.
21     Q     Was the post airing of the report
22 here, was this all just on the go, ad lib?  There
23 was no script for any of this?
24          MS. BOLGER:  Object to the form.
25          THE WITNESS:  I don't recall.

45 (Pages 174 - 177)

HIGHLY CONFIDENTIAL

Page 178

1 BY MR. BISS:
2    Q    Okay.  And the statements that you
3 made to Ms. Cabrera or to her viewers on
4 February 6, 2021, are these statements truthful
5 and accurate?
6         MS. BOLGER:  What statements are
7    you talking about?
8         MR. BISS:  The statements that he
9    made beginning on CNN 15 and going through
10    CNN 16, where it's indicated "O'Sullivan."
11        THE WITNESS:  Yes.  That all looks
12    accurate to me.
13        And I'll also point out, we aired
14    a clip of Ashley Vanderbilt, who's a former
15    QAnon believer, to also show there were
16    regular people, who didn't commit violence,
17    were also getting sucked into this thing.
18    That lady was brave enough to speak out and
19    speak to us and, you know, unequivocally
20    condemn and disavow this conspiracy theory.
21 BY MR. BISS:
22    Q    Yet you lacked the common courtesy to
23 contact Jack Flynn before you aired this report
24 and labeled him a QAnon follower.  You lacked the
25 common courtesy to contact him, but you want me

Page 179

1 to give you some bonus points or something
2 because you talked to this Vanderbilt person and
3 she's courageous?
4    A    We didn't call him a QAnon follower.
5    Q    Okay.  One question here on 16, second
6 line from the bottom.  You say to Ms. Cabrera,
7 a quote, "She speaks like she's a former believer.
8 She's called this out for what it is, a
9 ridiculous, dangerous conspiracy theory."
10        Do you see that?
11    A    Yes.
12    Q    Is that a truthful statement?
13        MS. BOLGER:  Object to the form.
14        THE WITNESS:  Yes, I think so.
15        (Exhibit 15 was marked.)
16 BY MR. BISS:
17    Q    All right, Mr. O'Sullivan, I hand you
18 a copy of a document, sir.  It is a one-page
19 document.  Can you identify it for us; 15?
20    A    It's a tweet I sent saying we have
21 this story coming.
22    Q    The document consists of two tweets;
23 correct?
24    A    Yes.
25    Q    And you're the author of both of these

Page 180

1 tweets?
2    A    Yes.
3    Q    You prepared them and then you
4 published them on your Twitter account?
5    A    Yeah.
6    Q    The first one is February 4, 2021.
7 Why did you publish that tweet?
8    A    Because I wanted to let people know
9 that we had this story coming.
10    Q    And you had -- how many followers did
11 you have at that time?
12    A    Around then, the 200,000 mark.
13    Q    Did you try to get any of your pals at
14 CNN to help you get the word out?  Just call up
15 Mr. Darcy and say, "Ollie, a little solid for
16 your buddy Donie"?  Did you do that?
17        MS. BOLGER:  Object to form.
18 BY MR. BISS:
19    Q    Did you try to get anybody, like
20 Stelter, with his 100 million followers, did you
21 try to get him to publish this to as wide an
22 audience as possible?
23        MS. BOLGER:  Object to form.
24 BY MR. BISS:
25    Q    Or no?

Page 181

1    A    Not that I can recall, no.
2    Q    Do you recall any effort to try to
3 boost the audience numbers?
4    A    No.  I mean, you know, when I have a
5 story coming that I'm proud of, oftentimes
6 I'll -- especially, you know, I interact with a
7 lot of experts who kind of work at the social
8 media platforms or in the misinformation space on
9 Twitter, so, you know, when I have a new story I
10 would post it out there.  Then also post the
11 story itself.
12    Q    Did you work with any of the
13 misinformation experts at Twitter?
14        MS. BOLGER:  Object to the form.
15 BY MR. BISS:
16    Q    Regarding this story?
17        MS. BOLGER:  Object to the form.
18        THE WITNESS:  No.  Not that I
19    recall.
20 BY MR. BISS:
21    Q    Including those who have been
22 summarily fired by Elon Musk?
23        MS. BOLGER:  Object to the form.
24        THE WITNESS:  I didn't work with
25    any of them on this story, as far as I can

HIGHLY CONFIDENTIAL

Page 182

1    recall.
2 BY MR. BISS:
3        Q    Do you remember what time of the day
4 you published the February 4 tweet?
5        A    I don't.
6        Q    We might see a document later on that
7 might refresh your recollection on that.
8        A    All right.
9        Q    The February 5 tweet -- so by this
10 time on February 5 it's already aired on CNN
11 Tonight; correct?
12       A    Yes, it would have.
13       Q    Do you know whether Don Lemon ever
14 tweeted it out?
15       A    No.
16       Q    Did you ever have any discussions
17 about him tweeting it out?
18       A    No.
19       Q    Okay.  At the time that the report
20 aired, were you aware that it was going to be
21 tweeted out by other accounts associated with
22 CNN?
23       A    I mean, that happens with most
24 stories.
25       Q    And the purpose -- what was the

Page 183

1 purpose of the February 5, 2021 tweet?
2        A    Just linking the full story so people
3 could watch it.
4        Q    That was the purpose of you
5 republishing it on February 5, 2021; correct?
6        A    Yes.
7        Q    You wanted at least your 200,000
8 followers to look at it?
9        A    I doubt that I had all look at it.  I
10 post pretty much most of my stories, I post to my
11 Twitter account.
12       Q    You've got some pretty heavy hitting
13 followers, people who follow you, don't you?
14       MS. BOLGER:  Object to the form.
15       If you know what it means, you can
16    answer it.
17 BY MR. BISS:
18       Q    You have some blue checks with a lot
19 of followers who follow you.  You're aware of
20 that; right?
21       MS. BOLGER:  Objection.
22 BY MR. BISS:
23       Q    You know wham a blue check is?
24       A    I know wham a blue check is, yeah.
25       Q    Because you're a blue check?

Page 184

1        A    I'm a blue check.
2        Q    You know that some of your followers
3 are blue checks with a lot of followers?
4        A    Yes.
5        Q    Was it your intention when you
6 published the February 5 tweet that your
7 followers would then amplify the breadth of the
8 publication?
9        A    I don't really think about that
10 much, to be honest.  But any kind of new,
11 original reporting I have, obviously, as any
12 journalist would, like people to read it or watch
13 it.  So that would have been the case here, too.
14       Q    Were you aware at the time that you
15 published your tweet on February 5, were you
16 aware that CNN either had or was going to upload
17 the video report, the video of the report, to its
18 YouTube channel?
19       A    I wouldn't have known for sure, no.
20 Some reports go up.
21       Q    Do you subscribe to the CNN YouTube
22 channel?
23       A    Do I subscribe?  I check in on it.  I
24 don't know if I'm a subscriber.  Yeah, I watch
25 videos on it.

Page 185

1        Q    All right.
2             (Exhibit 16 was marked.)
3        Mr. O'Sullivan, I hand you a copy of a
4 document.  I've marked that as Exhibit 16.  It's
5 a one-page document.  It's a screenshot of a
6 tweet by CNN Newsroom dated February 5, 2021.
7             Were you aware that CNN Newsroom had
8 published this tweet on February 5, 2021?
9             MS. BOLGER:  I'll object.  The
10    tweet itself was actually the video.  You
11    have done the freeze frame here.
12             You can answer, Donie.
13             THE WITNESS:  I don't recall.
14 BY MR. BISS:
15       Q    Do you know who or what CNN Newsroom
16 is, other than a Twitter account?  Do you know
17 who operates it?
18       A    CNN Newsroom is the name of -- it's
19 what they call -- what they did call, they might
20 call, some hours of CNN TV, so they call it CNN
21 Newsroom.  This is the Twitter account for that
22 show, or hours, or however you would like to
23 describe it.  And I don't know who would have
24 been running the account at that time, to my
25 recollection.

47 (Pages 182 - 185)

Page 186

1    Q    Do you know how many followers?
2    A    No.
3    Q    Or did you know how many followers
4  they had in February of 2021?
5    A    No.
6    Q    Do you follow CNN Newsroom or the
7  Twitter account at CNN Newsroom?
8    A    I can't say for certain.
9         (Exhibit 17 was marked.)
10   Q    Mr. O'Sullivan, I hand you a copy of a
11  document I've marked as Exhibit 17.  It's a
12  one-page document.  It's a tweet from Donie
13  O'Sullivan dated June 15, 2021.
14        Did you prepare and send this tweet on
15  June 15, 2021?
16        MS. BOLGER:  For the record,
17     there's some video referenced in this
18     document but it's not there, so I don't know
19     what it said.
20        THE WITNESS:  I think that, yes, I
21     would have sent this, yes.
22  BY MR. BISS:
23   Q    Do you know -- addressing Ms. Bolger's
24  speaking objection, do you know what the video
25  was that you attached to this tweet?

Page 187

1    A    Looks like it is the report that aired
2  back in February of '21.
3    Q    So where would you have gotten this
4  attachment to attach it to your tweet?  Would you
5  have gone to YouTube?
6    A    Yes.
7    Q    Do you know how many followers or
8  subscribers there are to CNN YouTube channel?
9    A    No.
10   Q    When did you first become aware that
11  Jack Flynn and Leslie Flynn had sued CNN over
12  this report of February 4, 2021?
13   A    I think it was around March of '21.
14   Q    Were you provided a copy of the
15  complaint?
16   A    Pretty sure, yeah.
17   Q    And you read it, I assume?
18   A    Yeah.
19        (Exhibit 18 was marked.)
20   Q    I hand you a copy of a document that I
21  have marked as Exhibit 18.  This is a text
22  message from Leslie Flynn to Jack Flynn dated --
23  I'm not sure where the date is on it --
24  February 6, 2021.  You can see the date at the
25  top there behind -- in front of the timestamp.

Page 188

1        Have you ever seen this document
2  before today?
3    A    Yes.
4    Q    This was included in the original
5  complaint.
6    A    Yeah.
7    Q    And also the Amended Complaint.
8        When you published the February 4,
9  2021 report, were you -- did you contemplate that
10  it would be viewed by friends of the Flynn family
11  or the Flynns?
12        MS. BOLGER:  Object to the form.
13        THE WITNESS:  CNN has a wide
14     audience, so it could have been viewed by
15     anyone.
16        (Exhibit 19 was marked.)
17  BY MR. BISS:
18   Q    Mr. O'Sullivan, I hand you a copy of a
19  document.  It is marked as Exhibit 19.  And this
20  is a tweet that you made on July 7, 2020;
21  correct?
22   A    Yes.
23   Q    You prepared and published this tweet
24  using your Twitter account @Donie, D-O-N-I-E?
25   A    Yeah.

Page 189

1    Q    Do you know if anyone at CNN spoke
2  with any Flynn family member prior to July 7,
3  2020?
4        MS. BOLGER:  Ever in the history
5     of the world, on any topic?
6  BY MR. BISS:
7    Q    Yeah, do you know if anyone at CNN,
8  including Marshall Cohen, spoke with any member
9  of the Flynn family before July 7, 2020?
10   A    In relation to the July 4th video?
11   Q    Yes.
12   A    I do not know.  I know we have, as I
13  tweeted there, a response from Sidney Powell.
14   Q    And do you know whether Mr. Cohen
15  spoke with Sidney Powell before he published his
16  story?
17   A    No.  I just know what's in the story.
18        (Exhibit 20 was marked.)
19   Q    Mr. O'Sullivan, I hand you a copy of a
20  document that I have marked as Exhibit 20.  It's
21  a two-page document, two tweets.  The first tweet
22  is a tweet from you dated February 19, 2022, and
23  the second one is a tweet from an account, CNN
24  This Morning, with an attached video broadcast
25  dated February 21, 2022.

48 (Pages 186 - 189)

HIGHLY CONFIDENTIAL

Page 190

1      Did you prepare and send the email on
2 February 19, 2022, the first page?
3    A    The tweet?
4    Q    Yes.
5    A    Yes.
6    Q    Did you appear -- who is the anchor
7 who you're appearing with?
8    A    That is Brianna Keilar.
9    Q    Did you appear with her on the air
10 sometime between February 19 and February 21,
11 2022 to discuss matters relating to QAnon?
12    A    Certainly seems like that, yeah.  That
13 should be accurate, yeah.
14    Q    I just want to ask you about this.
15      By February of 2022, had you -- in the
16 course of your investigations, had you uncovered
17 any evidence that would suggest that General
18 Flynn was a person or the person behind QAnon?
19    A    No.
20    Q    Who are the linguists?  On the first
21 page of this exhibit in your tweet, who are the
22 linguists?
23    A    It's a reference to a New York Times
24 story where they spoke to some linguists, I don't
25 recall who, but it would be in the story that's

Page 191

1 linked.
2    Q    Did you make any effort to contact
3 those linguists or did you rely on the New York
4 Times?
5    A    I don't recall.
6    Q    Did you ever determine that Ron
7 Watkins and Paul Ferber were the two men likely
8 behind QAnon?
9    A    I think both of them denied it.
10      (Exhibit 21 was marked.)
11    Q    Mr. O'Sullivan, I hand you a copy of a
12 document I have marked as Exhibit 21.  This is a
13 three-page document.  The first is a tweet from
14 the @CNN account dated June 6, 2022.  The second
15 one is a tweet from yourself dated June 6, 2022.
16 And the third page is another version of a tweet
17 from yourself, dated June 6, 2022.  Here's my
18 question with regard to these:
19      MS. BOLGER:  You created this
20    exhibit by putting three separate tweets
21    together?
22      MR. BISS:  That's right.  That's
23    right.
24 BY MR. BISS:
25    Q    So, Mr. O'Sullivan, the first one, do

Page 192

1 you remember doing a report titled or -- titled
2 We Are Q and relating to the origin of the QAnon
3 slogan WWG1WGA?
4    A    I remember this report, yes.  It was
5 prior to a wider report.
6    Q    The second page, your tweet of June 6,
7 2022, in terms of your investigation, your wider
8 investigation into the origins of the slogan,
9 what you've called the QAnon slogan, WWG1WGA, you
10 determined that it wasn't something from the back
11 of a boat that was owned at some point by John F.
12 Kennedy?
13    A    Yeah.  According to the Kennedy
14 library.  But I should point out, you know, we
15 did this report -- this was part of a wider
16 report that was published in June of 2022, where
17 we got in the bit about a slogan, but it had been
18 reported by others, like many others, well
19 prior to that, about the Kennedy -- it not being
20 associated with Kennedy.
21    Q    At least by June of 2022, you had
22 determined that the slogan was not associated
23 with Kennedy?
24    A    Oh, yeah.  Long before that, it was
25 known.

Page 193

1    Q    So at least by June 6, 2022, you knew
2 that the slogan in fact came from the Ridley
3 Scott movie White Squall?
4    A    Yes.
5    Q    With Jeff Bridges?
6    A    I haven't watched it all.
7    Q    You haven't watched the movie?
8    A    No.
9    Q    Didn't you call it a QAnon movie or
10 hashtag QAnon movie?
11    A    It was from the '90s, before QAnon.
12    Q    Had you ever known a QAnon follower
13 refer to it as a QAnon movie?
14    A    I don't think so.
15    Q    Did they adopt it as their rallying
16 cry?
17      MS. BOLGER:  Objection to form.
18      THE WITNESS:  I think what
19 happened was -- what happened was that the
20 slogan "Where we go one, we go all" was from
21 that movie.  And I think in the exhibit
22 there you have, you have the bell, which is
23 in the movie, a screenshot of it.  A lot of
24 QAnon followers, supporters, people in that
25 world mistakenly thought it was from a boat,

49 (Pages 190 - 193)

HIGHLY CONFIDENTIAL

Page 194

1   a John F. Kennedy boat, as was repeated by
2   Sidney Powell when she tried to deny that
3   the July 4, 2020 Flynn video had anything to
4   do with QAnon.  Of course, that turned out
5   to be false.
6   BY MR. BISS:
7       Q    Sidney Powell's statement to the
8   Washington Examiner, would you characterize it as
9   misinformation or disinformation?
10          MS. BOLGER:  Object to the form.
11  BY MR. BISS:
12      Q    You know what disinformation is?
13      A    I do, yeah.
14      Q    Fair.
15      A    What's that?
16      Q    You're well aware of the difference
17  between --
18      A    I am, yes.
19      Q    -- misinformation and disinformation?
20      A    Yeah.
21      Q    Would you characterize Sidney Powell's
22  statements to the Washington Examiner as
23  misinformation or disinformation?
24          MS. BOLGER:  Well, first of all,
25      you don't know what he thinks misinformation

Page 195

1       is or what he thinks disinformation is.  So
2       if you're going to ask him, you need to ask
3       him to define those terms.
4   BY MR. BISS:
5       Q    Define disinformation.
6       A    Speaks to intent.  Falsely
7   manufactured, so they know it's false.
8           MS. BOLGER:  He's not done
9       answering.
10          Go ahead.
11          THE WITNESS:  Misinformation then
12      can be passed along by somebody who thinks
13      it's true, but it's false.  But
14      misinformation -- yeah, so I couldn't speak
15      to Sidney Powell's intent, whether she was
16      deliberately trying to mislead people.
17  BY MR. BISS:
18      Q    You don't know if it was
19  disinformation, but you can say definitively in
20  your view it's misinformation?
21      A    It's certainly false, according to the
22  Kennedy Presidential Library, yeah.
23          (Exhibit 22 was marked.)
24      Q    I hand you a copy of a document that
25  I've marked as Exhibit 22.  This is a tweet from

Page 196

1   The Lead -- the account The Lead CNN.  It's about
2   a report that was published in September of 2022
3   on far right extremism.
4           Do you remember publishing that
5   report?
6       A    It's hard to tell just by the chyron
7   and the screenshot, but I think it's related
8   potentially to what some people described as a
9   QAnon song being played at a Trump rally.  But I
10  can't say for certain.
11      Q    Were you aware that as of
12  September 2022, the FBI was still calling QAnon a
13  far right extremist group?
14          MS. BOLGER:  Object to the form.
15          THE WITNESS:  I don't recall.
16      Sorry.
17          (Exhibit 23 was marked.)
18  BY MR. BISS:
19      Q    Mr. O'Sullivan, I hand you a copy of a
20  document I've marked as Exhibit 23.  And this is
21  a two-page document.  The first page is a tweet
22  from CNN This Morning dated April 19, 2021.  The
23  second page is the same tweet, but a different
24  time of the tweet.
25          Here's my question on this document:

Page 197

1   Do you remember doing a report on the Passion of
2   Christ star pushing false QAnon conspiracy
3   theories?
4           MS. BOLGER:  Just for the record,
5       these are screen grabs of the tweets.  It's
6       where Mr. Biss chose to stop it.
7   BY MR. BISS:
8       Q    She's right, I chose to stop it and --
9   the first one with you -- at the very beginning
10  with you and the chyron and some more
11  descriptions of what the report was all about.  I
12  chose to stop the second one with the picture of
13  the Passion of Christ guy.
14          With regard to the first page, do you
15  remember doing a report on the Passion of Christ
16  star spreading baseless QAnon conspiracy theories
17  at a right wing convention?
18      A    I remember doing this report, but I
19  can't say I remember all the specifics of it.
20      Q    Who was the Passion of Christ guy?
21  What was his name?
22      A    I think it's in the chyron there.
23  It's in the chyron.
24      Q    It says, "Passion of Christ star."
25          MS. BOLGER:  Underneath it it

Page 198

1     says, "Jim Caviezel, actor."  Second page.
2  BY MR. BISS:
3     Q    Okay.  Gotcha.  Okay.  Do you
4  remember, what was the baseless conspiracy theory
5  that Mr. Caviezel was spreading?
6          MS. BOLGER:  Object to form.
7          THE WITNESS:  I don't recall.
8  BY MR. BISS:
9     Q    Do you remember that this guy was the
10  guy who believed that if you got the kids riled
11  up enough, like really get them riled up, get
12  them really angry, their adrenaline goes through
13  the roof?  If you get them into an ADHD mode and
14  then you kill them and you drink their blood,
15  that that's somehow going to allow you to achieve
16  immortality or total consciousness as Bill Murray
17  said in Caddy Shack?
18          MS. BOLGER:  Object to form.
19     Q    Do you remember that is what
20  Caviezel's belief was?
21     A    Now that you reminded me, that sounds
22  familiar.
23     Q    He was the adrenochrome guy?
24          MS. BOLGER:  Object to the form.
25

Page 199

1  BY MR. BISS:
2     Q    Did you ever refer to him as the
3  adrenochrome guy?
4     A    I don't know.
5     Q    Isn't it true, Mr. O'Sullivan, that
6  one of the core tenets of the QAnon belief system
7  was that these Democrats, elitists and others,
8  including Tom Hanks and various other people who
9  we heard about, one of the core tenets was they
10  would get all the kids riled up so their
11  adrenaline levels went through the roof and then
12  they would kill them and drink their blood?  That
13  was one of the core tenets of the QAnon belief
14  system; correct?
15          MS. BOLGER:  Object to form.
16          THE WITNESS:  It was a belief by
17  some QAnon supporters, but I wouldn't say
18  all.
19  BY MR. BISS:
20     Q    And it's true that you have never in
21  your lifetime heard any member of the Flynn
22  family espouse any of those kinds of radical --
23  what I'll call crazy beliefs?
24     A    Just as we report in the piece for the
25  Flynns, evidence of them sharing QAnon slogans

Page 200

1  and whatnot, but adrenochrome, that one --
2  again --
3     Q    That would make front page news if a
4  member of the Flynn family started talking about
5  killing kids and drinking blood and stuff?  That
6  would be New York Times' first page?
7     A    It may.
8          (Exhibit 24 was marked.)
9     Q    Mr. O'Sullivan, I hand you a copy of a
10  document we marked Exhibit 24.  It is House
11  Resolution 1094, a resolution that was sponsored,
12  among others, by Denver Riggleman.  It's a
13  resolution that is titled Condemning QAnon and
14  Rejecting the Conspiracy Theories it Promotes,
15  dated August 25, 2020.
16          Have you ever seen this document
17  before?
18     A    I'm aware of this.
19     Q    Prior to the publication of the report
20  on February 4, 2021, were you aware that Congress
21  had condemned QAnon and rejected the conspiracy
22  theories it promotes?
23     A    I believe so.
24     Q    Did you read a copy of this House
25  resolution before February 4, 2021?

Page 201

1     A    I don't recall.  I certainly was aware
2  of it.
3     Q    Turn to the second page of the
4  document.  The whereas clause at the top says,
5  "Whereas many QAnon followers express
6  anti-Semitic views and the Anti-Defamation League
7  has said that the movement's central conspiracy
8  theory includes anti-Semitic elements," it goes
9  on; do you see that?
10     A    Yes.
11     Q    Have you ever seen any evidence that
12  any member of the Flynn family has ever expressed
13  any anti-Semitic views?
14          MS. BOLGER:  Object to form for
15  lots of reasons.
16          THE WITNESS:  We didn't allege
17  that in our report.  This determination by
18  the Anti-Defamation League, you know, it's
19  the Anti-Defamation League's determination,
20  view.  Certainly CNN has reported a bit how
21  there's anti-Semitic elements to QAnon,
22  but --
23  BY MR. BISS:
24     Q    So have you ever even any evidence
25  that the Flynns expressed any anti-Semitic views,

51 (Pages 198 - 201)

HIGHLY CONFIDENTIAL

Page 202

1 ever?
2          MS. BOLGER:  Objection to form.
3          THE WITNESS:  We didn't allege
4    that in our piece.
5 BY MR. BISS:
6    Q    Didn't ask you that.
7          MS. BOLGER:  Hey.  Don't interrupt
8    Donie.  Let him answer the question.
9          THE WITNESS:  We didn't allege
10   that in our piece.  What we reported on was
11   they were -- had taken the QAnon oath and
12   posted it publicly, and that's what we
13   reported.
14 BY MR. BISS:
15   Q    I'm going to give you one final chance
16 to answer it.  We'll put it on the list for the
17 judge.
18        Have you ever seen any evidence that
19 the Flynns ever expressed any anti-Semitic views,
20 ever?
21          MS. BOLGER:  Objection, asked and
22    answered.
23 BY MR. BISS:
24   Q    And it's a yes or no question.
25          MS. BOLGER:  It doesn't have to be

Page 203

1    a yes or no question.  You can answer
2    truthfully, as you choose.
3          THE WITNESS:  I don't believe that
4    I have seen that evidence, but I would point
5    out that we didn't claim that.  We simply
6    reported that they had taken a QAnon oath.
7 BY MR. BISS:
8    Q    The Anti-Defamation League, have you
9 ever -- before publication on February 4, 2021,
10 did you ever review any reports or any statements
11 published by the Anti-Defamation League
12 concerning QAnon?
13   A    I may have, yes.
14   Q    Is it true -- as Congress says here,
15 is it true that the Anti-Defamation League said
16 that the movement, QAnon movement's central
17 conspiracy theory includes anti-Semitic elements?
18   A    I can't say for sure, but that
19 certainly sounds consistent with the
20 Anti-Defamation League's research in this area.
21   Q    If you turn to the third page of the
22 House resolution, there's a whereas clause, the
23 fourth one, that reads, "Whereas QAnon adherents
24 have been harming legitimate efforts to combat
25 child exploitation and sex trafficking, including

Page 204

1 by overwhelming anti-trafficking hotlines with
2 false reports," and it goes on.
3          Do you see that?
4    A    Yes.
5    Q    Do you know of or have you ever seen
6 any evidence that any Flynn family member ever
7 made any false reports to any anti-trafficking
8 hotline?
9    A    No.  I would just say in the context
10 of QAnon in this anti-trafficking hotlines and
11 children's rights groups, there's -- I think I
12 have done some reporting on it, but it's been
13 pretty widely reported how, because QAnon -- a
14 lot of QAnon pushes this idea, that children are
15 being abused, and that you can't trust the
16 institutions that are currently charged with
17 caring for children, that a lot of people, some
18 QAnon followers, are -- you know, even tried to
19 disrupt the works of actual services that are
20 helping children.  So, again, it just kind of
21 goes back to the point of the importance of, you
22 know, when public figures are engaging or
23 signaling or flirting with this, it can have a
24 lot of unintended consequences.
25          (Exhibit 25 was marked.)

Page 205

1    Q    I'll show you what I've marked as
2 Exhibit 25.  This is a document published by the
3 Office of the Director of National Intelligence
4 titled Domestic Violent Extremism Poses
5 Heightened Threat in 2021.
6          Have you ever seen this document
7 before?
8    A    I can't say for sure.
9    Q    Do you know what a domestic violent
10 extremist is?
11          MS. BOLGER:  What he thinks or
12    what Donie and I think?
13          MR. BISS:  What he thinks.
14          THE WITNESS:  I think it would
15    depend on the context.  So in this case,
16    ODNI have a definition for themselves.
17 BY MR. BISS:
18   Q    Page 3 they have a definition.  Here's
19 what they say:  "For the purposes of this
20 assessment, the IC" -- that means intelligence
21 community -- "defines a DVE" -- that's a domestic
22 violent extremist -- "as an individual based and
23 operating primarily in the United States, without
24 direction or inspiration from a foreign terrorist
25 group or other foreign power, and who seeks to

52 (Pages 202 - 205)

Page 206

1 further political or social goals wholly or in
2 part through unlawful acts of force or violence."
3        You see that?
4    A    Yes.
5    Q    Were you aware that the FBI and
6 Department of Homeland Security had referred to
7 QAnon as a domestic violent extremist group?
8        MS. BOLGER:  In this March 2021
9    report?
10       MR. BISS:  No.  No.
11 BY MR. BISS:
12   Q    Are you aware that the FBI and the
13 Department of Homeland Security identified QAnon
14 as being a DVE?
15       MS. BOLGER:  In this report or
16   otherwise?
17       MR. BISS:  Not in this report.  I
18   would say that if that was my question.
19 BY MR. BISS:
20   Q    Are you aware that they had referred
21 to QAnon as a domestic violent extremist group?
22   A    I recall the FBI had said something,
23 but I do not know if it was this, if it matches
24 the definition that's outlined in this March 2021
25 report.

Page 207

1        (Exhibit 26 was marked.)
2    Q    Okay.  Mr. O'Sullivan, I hand you a
3 copy of a document.  It's a one-page document
4 which consists of a video and Instagram post by
5 Project Veritas.  And in the -- have you seen
6 this video titled #EXPOSECNN?
7    A    I think I might have watched parts of
8 it, but I can't say for sure.
9    Q    Are you aware that CNN targeted Matt
10 Gaetz, Congressman Matt Gaetz?
11       MS. BOLGER:  Object to the form of
12   the question.
13 BY MR. BISS:
14   Q    As admitted by Charlie Chester, CNN
15 technical director?
16   A    That sounds a bit familiar.
17   Q    Are you aware that CNN, as a routine
18 business practice, targets Republicans?
19   A    No.
20       MS. BOLGER:  Object to the form of
21   the question.
22 BY MR. BISS:
23   Q    And publishes propaganda about those
24 Republicans?
25       MS. BOLGER:  Object to the form of

Page 208

1 the question.
2        THE WITNESS:  No.
3 BY MR. BISS:
4    Q    In this video Charlie Chester, CNN
5 technical director, admitted on tape, quote, "If
6 the agenda is, say, to get Matt Gaetz, he's a
7 problem for the Democratic party, we're going to
8 keep running these stories to keep hurting him.
9 If we keep pushing that, it's helping us."
10       MS. BOLGER:  For the record,
11   Mr. Biss did not read the ellipses in
12   different places.
13 BY MR. BISS:
14   Q    Was your report of February 4, 2021
15 part of an agenda to get General Flynn and
16 President Trump?
17   A    No.
18       (Exhibit 27 was marked.)
19   Q    I'll show you a document that I have
20 marked as Exhibit 27.  And this is a notice
21 published by Project Veritas, again relating to
22 the Charlie Chester, CNN technical director of
23 video.  And in the notice published by Ifrah Law
24 dated July 21, 2022, the author states, "A CNN
25 employee was filmed discussing the defendant's

Page 209

1 coverage of the 2020 presidential election.  The
2 employee boasted that CNN helped to defeat
3 President Trump in the 2020 election and called
4 the defendant, his employer, propaganda."
5        Were you aware that Mr. Chester
6 referred to CNN as propaganda?
7    A    I don't recall.
8        MS. BOLGER:  Objection.  This
9    appears to be a text message from Mr. Flynn
10   that is about CNN and therefore would have
11   been responsive to our document requests.
12   It was not produced to us.
13       MR. BISS:  That's an improper
14   speaking objection and you know that.
15       MS. BOLGER:  There's no pending
16   question.  I waited until there was no
17   pending question to tell you that this
18   question was from Mr. Flynn's text messages.
19   It should have been produced to us before
20   now.
21       MR. BISS:  It was produced to you.
22       MS. BOLGER:  It was not.  There's
23   no Bates number.
24       MR. BISS:  Maybe I just got it
25   from the internet.

53 (Pages 206 - 209)

HIGHLY CONFIDENTIAL

Page 210

1          MS. BOLGER:  Maybe, but if it is
2    in Mr. Flynn's custody, I'm entitled to it.
3          MR. BISS:  You've got it already.
4          MS. BOLGER:  I don't think we do,
5    for the record.
6    BY MR. BISS:
7      Q    Here's my question for you:  Was this
8    February 4, 2021 report propaganda?
9      A    No.
10     Q    About the violent extremists QAnon who
11   were a prominent part of the January 6 mob,
12   published within a week of the second impeachment
13   trial?
14         MS. BOLGER:  Object to the form.
15     Was there a question?
16   BY MR. BISS:
17     Q    Yeah.  Isn't that what this report
18   was, viewed in context?
19         MS. BOLGER:  Object to form.
20   BY MR. BISS:
21     Q    A propaganda effort by CNN?
22     A    No.
23         (Exhibit 28 was marked.)
24     Q    I hand you a copy of a document, a
25   one-page document marked as Exhibit 28.

Page 211

1          When was the first time you ever heard
2    of the phrase "digital soldiers"?
3      A    I don't recall.
4      Q    Have you done any investigation or
5    research to determine the origin of the phrase?
6      A    I think it was something that General
7    Michael Flynn said, and I think even -- I think
8    it was before the QAnon -- before QAnon had got
9    going, but digital soldiers then became -- QAnon
10   very much adopted that as a thing they would
11   describe themselves as because they were big
12   Flynn fans.  A lot of them.
13     Q    So if CNN -- so whatever phrase
14   QAnon -- the QAnon movement adopts, is it your
15   testimony that that's a QAnon slogan?
16     A    No.
17     Q    So it's just some of the ones that
18   they adopt.  Is "digital soldiers" a QAnon
19   slogan?
20     A    I would say "Where we go one, we go
21   all" is a QAnon slogan.  "Digital soldiers" is,
22   you know, it's definitely something they adopted,
23   but I wouldn't say -- necessarily say a slogan,
24   but it definitely became, you know, for many
25   QAnon followers, because General Michael Flynn

Page 212

1    was their hero, you know, they wanted to be
2    digital soldiers.  And I believe some Q posts
3    started referencing digital soldiers, so there
4    was that kind of feedback going on.
5      Q    You would agree with me that a lot of
6    people in the QAnon movement had a lot of
7    different heroes?
8      A    Yeah.  I think Trump and Flynn would
9    have been the more prominent of the heroes.
10     Q    Have you ever done any research to
11   determine who the QAnon heroes are?
12         MS. BOLGER:  Object to the form.
13         THE WITNESS:  Through my
14     reporting, yes.
15   BY MR. BISS:
16     Q    Who are all the QAnon heroes?
17     A    As I just said, I think Michael Flynn
18   and Trump are two of the main heroes.
19     Q    Any others?
20     A    They're certainly the two most
21   prominent.
22     Q    Can you think of any others, sitting
23   here today?  You're a top expert here.  You've
24   been writing stuff on QAnon for years.  Who are
25   the other heroes?  They have to have other

Page 213

1    heroes.
2          MS. BOLGER:  Object to form.
3          THE WITNESS:  Do they have to have
4      other heroes?
5    BY MR. BISS:
6      Q    Yeah.
7      A    Why?
8      Q    You can't just have two.
9      A    You can't?
10     Q    No.  In any event, you can't think of
11   any other heroes that the QAnon movement has, at
12   least sitting here today; correct?
13     A    Trump and Flynn are the most
14   prominent, I would say.
15     Q    What about Devin Nunes?
16     A    There's a lot of folks, a lot of
17   Republicans, I suppose, that some people who
18   follow QAnon can be a fan of, but he doesn't
19   feature in such a prominent way.
20     Q    How about Kevin McCarthy?
21     A    I don't think so, but I can't say for
22   certain.
23         (Exhibit 29 was marked.)
24     Q    So Mr. O'Sullivan, I hand you a copy
25   of a document marked Exhibit 29.  This is a copy

54 (Pages 210 - 213)

HIGHLY CONFIDENTIAL

Page 214

1 of a document produced in discovery in this case
2 from Jack Flynn's Instagram account, and it is a
3 repost of a -- what do you call them on
4 Instagram?  Are they posts?
5    A    Yeah.
6    Q    It's a repost of a post on Instagram
7 by an account called The Literal Purge.
8    A    The Liberal Purge.
9    Q    Liberal Purge.
10        This repost is dated October 11, 2018,
11 4:41 p.m.  You'll see it references hashtag
12 WWG1WGA U.S.
13        Do you see that?
14    A    Yes.
15    Q    And it looks like -- what are those
16 things called, emojis?
17    A    Yes.
18    Q    And what's that one?  Is that laughing
19 or crying emoji; can you tell me?
20    A    Looks like a smiley emoji, I guess.
21    Q    It's got tears out of its eyes.  It's
22 laughing so hard it's crying.  That's the name of
23 the -- laughing so hard it's crying?
24    A    It can be used in that context, yeah.
25    Q    You see it looks like a smiley face

Page 215

1 with tears coming out of its eyes?
2    A    Yes.
3    Q    So is this an example of what you told
4 me before, Jack Flynn is a QAnon follower because
5 he's reposted or retweeted or re-whatever the
6 QAnon slogan?
7        MS. BOLGER:  Object to the form.
8 BY MR. BISS:
9    Q    Does this support your testimony that
10 he's a QAnon follower?
11    A    Certainly it seems to be another
12 instance of where he is sharing something that
13 references the QAnon slogan, yes.
14    Q    Why did Jack Flynn repost this to his
15 Instagram followers?
16        MS. BOLGER:  Objection to form.
17 That would be speculation.
18        Don't speculate.
19 BY MR. BISS:
20    Q    Do you know?
21    A    I don't want to speculate.
22    Q    Do you think maybe he reposted it
23 because he thought it was funny?
24        MS. BOLGER:  Calls for
25 speculation.

Page 216

1        Don't answer a question that calls
2 for speculation.
3        THE WITNESS:  I don't want to
4 speculate.
5 BY MR. BISS:
6    Q    Taylor Swift Special; see that?
7    A    Uh-huh.
8    Q    You think that's funny?
9    A    Not particularly.
10    Q    I think it's really funny.  Hence the
11 emoji.
12    A    How would you explain, then, the
13 "Where we go one, we go all" hashtag?
14    Q    Well, it's not his.  It's somebody
15 else's.  That's what you don't get about the
16 judge's opinion.  That's what you don't -- you're
17 ignoring and I know you're deliberating ignoring
18 it.
19        MS. BOLGER:  Object to the form.
20 You're not here to criticize the witness and
21 you're not here to fight with the witness.
22 Don't do it again.
23        MR. BISS:  Okay.
24 BY MR. BISS:
25    Q    Let me rephrase.

Page 217

1        Just because Jack Flynn reposted
2 something from The Liberal Purge, and The Liberal
3 Purge used the phrase "Where we go one, we go
4 all," is it really your testimony that this
5 repost makes Jack Flynn a QAnon follower?
6        MS. BOLGER:  Objection to the
7 form.  I don't know that you're correctly
8 characterizing this exhibit.
9        You can answer the question.
10        THE WITNESS:  We didn't call him a
11 QAnon follower.  This would be another
12 instance, yes, of where Jack Flynn just
13 appears again to be sharing something that
14 happens to have a QAnon logo on it and it
15 fits into, obviously, a pattern of sharing
16 QAnon slogans and memes over a long period
17 of time.  Of course, appearing in a video
18 taking the QAnon pledge.  So this is -- yes,
19 it's another example of the slogan being
20 reshared.
21 BY MR. BISS:
22    Q    Is it your testimony that any time, no
23 matter what the content of the repost, any time
24 that you include the words or the letters
25 WWG1WGA, any time you use those letters in that

55 (Pages 214 - 217)

HIGHLY CONFIDENTIAL

Page 218

1 order, that that will subject you to being
2 accused of being a QAnon follower?
3         MS. BOLGER:  Object to the form.
4 BY MR. BISS:
5    Q    No matter what the content of the
6 repost is?
7         MS. BOLGER:  Let him answer.
8         THE WITNESS:  Again, I would not
9 characterize Jack Flynn as a QAnon follower.
10 And I think you need to look at the post in
11 the broader context.  Context being the
12 person who took the QAnon oath.
13         (Exhibit 30 was marked.)
14 BY MR. BISS:
15    Q    All right, sir.
16       Mr. O'Sullivan, I hand you a copy of a
17 document that I have marked as Exhibit 30.  This
18 is a series of tweets and retweets that were
19 published by Jack Flynn on July 4, 2020 at
20 various times.  I want to go through them in
21 order.  Some of these were produced from the
22 Wayback Machine, hence the web archive.org
23 statement at the top.  So the very first page --
24         MS. BOLGER:  Can I interrupt?  I'm
25 not sure -- some of these are Jack Flynn,

Page 219

1 but a lot of these are not.
2         MR. BISS:  Please follow along.
3         MS. BOLGER:  So actually I will
4 tell you that none -- most of these are not
5 dated.  If you're making a representation
6 that it's the 4th of July, that's fine, but
7 many of them are not dated.
8         MR. BISS:  Which, many of what?
9         MS. BOLGER:  Many of the tweets
10 are not dated.
11         MR. BISS:  When we get there, make
12 sure you remind me -- to one that doesn't
13 have a date on it.
14 BY MR. BISS:
15    Q    The first page, Mr. O'Sullivan, is a
16 tweet from Jack Flynn hashtag Sign the Damn
17 Dismissal, dated July 4, 2020 at 7:50 p.m.
18       Do you see that?
19    A    Hashtag Sign the Damn Dismissal isn't
20 his user name.
21    Q    Hashtag Sign the Damn Dismissal is a
22 QAnon slogan?
23    A    Not that I'm aware.
24    Q    Do you know why Jack Flynn put in his
25 handle hashtag Sign the Damn Dismissal?

Page 220

1         MS. BOLGER:  Object to the
2 question.  Calls for speculation.
3         Don't speculate; only testify to
4 what you know.
5 BY MR. BISS:
6    Q    Do you know why?
7    A    I suspect it has something to do with
8 his brother.
9    Q    Okay.  Leaving this here, God Bless
10 America, hashtag KAG2020.  Is it your view that
11 God Bless America is a hashtag slogan?
12         MS. BOLGER:  Object to the form.
13 It's not a hashtag.
14 BY MR. BISS:
15    Q    Is it your view that God Bless America
16 is a QAnon slogan?
17    A    No.
18    Q    Do you know what the hashtag KAG2020
19 means?
20    A    No.
21    Q    Have you ever heard of the phrase
22 "keep America great"?
23    A    Yes.
24    Q    You want to keep America great, don't
25 you?

Page 221

1         MS. BOLGER:  That's an ambiguous
2 question.  I object on ridiculousness
3 grounds.
4 BY MR. BISS:
5    Q    Does CNN want to keep America great?
6         MS. BOLGER:  Don't answer the
7 question.
8         Steven, ask a question that's
9 helpful in any way.
10 BY MR. BISS:
11    Q    Is the phrase "keep America great" a
12 QAnon phrase?
13    A    Not that I'm aware.
14    Q    You'll see that there's a picture of
15 General Flynn with the words The Great Awakening
16 and what appears to be some letters and numbers
17 and what have you.  Is any portion of that
18 picture a QAnon picture?
19    A    QAnon followers have referenced The
20 Great Awakening quite a bit.
21    Q    Is that a core tenet of the QAnon
22 belief system?
23         MS. BOLGER:  Object to the form.
24         THE WITNESS:  It's a common
25 belief, but, you know, as I said earlier,

56 (Pages 218 - 221)

HIGHLY CONFIDENTIAL

Page 222

1    the core tenets are difficult to pin down.
2    They evolve.  The one kind of consistent
3    thing has always been the "Where we go one,
4    we go all" slogan.  But The Great Awakening,
5    based on my reporting, would be one of the
6    more frequently used terms or phrases.
7  BY MR. BISS:
8    Q    In terms of what?
9    A    Shared by people in the QAnon
10 community.
11   Q    Do you know why Jack Flynn tweeted
12 that picture with the words "God bless America
13 KAG2020"?
14        MS. BOLGER:  Object to the form.
15   Calls for speculation.  Of course he doesn't
16   know what was in Mr. Flynn's head.
17        MR. BISS:  Kate, why are you
18   setting yourself up like this?  You're
19   telling him what to say.  You're interfering
20   with the deposition.
21        MS. BOLGER:  Do you have a
22   question?  Because you're wasting our time.
23 BY MR. BISS:
24   Q    Do you know why Jack Flynn tweeted the
25 statements with the picture on July 4, 2020?

Page 223

1    A    I couldn't speak to what was going on
2  in his mind, but it's notable that of all the
3  images and phrases that were chosen to share
4  here, it's including this reference of The Great
5  Awakening, which is -- you know, would be
6  familiar to many QAnon followers.
7        Again, if you look at it in the
8  broader context of the video that was also
9  published on the 4th of July of the Flynns taking
10 the QAnon oath and other multiple instances where
11 Jack Flynn shared QAnon slogans.  So it's
12 notable.
13   Q    The next tweet, Page 2, is at
14 7:53 p.m. on July 4.  Jack Flynn wrote, quote,
15 "We have an army of digital soldiers."
16        Is that a QAnon phrase?
17   A    The term "digital soldiers" is
18 something that has been adopted by many fans of
19 QAnon.  So it would be familiar to them, yes.
20   Q    So is the phrase "We have an army of
21 digital soldiers," is that a QAnon quote?
22        MS. BOLGER:  Object to the form.
23        THE WITNESS:  I wouldn't
24   characterize it as such.
25

Page 224

1  BY MR. BISS:
2    Q    Do you know why Jack Flynn put that in
3  quotes?
4        MS. BOLGER:  Object to form.
5    Calls for speculation.
6        THE WITNESS:  No.
7  BY MR. BISS:
8    Q    What's a digital soldier?
9    A    Depends who you ask, I guess.
10   Q    I'm sitting in a room with you.  I'd
11 kind of like to know what your definition is.
12   A    Yeah, I think General Michael Flynn
13 brought up digital soldiers -- well, I can't
14 speak specifically to what Flynn has in his mind.
15 I think for a lot of QAnon followers, QAnon
16 supporters, it's keyboard warriors basically.
17 They kind of think that, you know, we'll stay
18 online all day and start posting memes and
19 posting slogans and we're helping save America.
20 They view that as -- themselves as being digital
21 soldiers.
22   Q    Do you remember what General Flynn
23 said about digital soldiers?
24   A    I don't recall now.
25   Q    He said it's a citizen journalist.

Page 225

1  You're not against citizen journalists, are you?
2        MS. BOLGER:  Objection.  I don't
3    think that's an accurate quote, but you can
4    answer.
5        THE WITNESS:  As a concept?
6  BY MR. BISS:
7    Q    Yeah.
8    A    I think citizen journalism is a good
9  thing.  What's not good is a lot of followers of
10 QAnon, they find themselves -- they quote/unquote
11 do their own research and, unfortunately, that
12 research happens in kind of dark corners of the
13 internet, where people are exposed to a lot of
14 conspiracy theories that you've outlined earlier
15 today.  And so that is where I think
16 people's, you know, motivations and efforts are
17 misplaced.
18   Q    All right.  Have you -- other than
19 General Flynn, have you ever heard any Flynn
20 family member use the phrase "digital soldiers"?
21   A    Well, in this exhibit it shows Jack.
22 I recall I think, you know, there's merchandise
23 and things that the Flynns are selling, websites
24 that have been linked from Flynn pages that had
25 merchandise that the Flynns are selling.

57 (Pages 222 - 225)

HIGHLY CONFIDENTIAL

Page 226

1   Q   The hashtag Silent No More, is that a
2   QAnon hashtag?
3   A   Not that I'm aware.
4   Q   Do you know what Jack Flynn was
5   intending when he wrote "Silent No More"?
6   A   I don't.
7   Q   In the picture there is General Flynn.
8   Do you know what war he was engaged in in the
9   service for the United States of America when
10  that picture was taken?
11  A   I do not.
12  Q   Do you know how many times General
13  Flynn has been in combat in defense of the United
14  States of America?
15  A   Specific times, no.
16  Q   Do you know how many medals
17  commendations he's been awarded over the years?
18  A   I'm aware he has received some, yes.
19  Q   Are you aware of the security
20  clearances he has held over the years?
21  A   Not specifically.
22  Q   And you were aware, though, at one
23  point in time he became a director of national
24  intelligence; right?
25          MS. BOLGER:  Object to the form.

Page 227

1   BY MR. BISS:
2   Q   Are you aware of that?  Under a
3   certain president.  I can't remember that
4   president's name.
5   A   I'm aware that he was -- he was on
6   Trump's Security Council.
7   Q   And you are aware that he was Obama's
8   director of national intelligence; correct?
9   A   I can't say that for certain, but I'll
10  trust you.
11  Q   Why would somebody of General Flynn's
12  stature want to get involved with a radical
13  domestic terrorist, dangerous, violent extremist
14  group like QAnon?
15          MS. BOLGER:  Objection.  Calls for
16      speculation.
17          Don't speculate.
18  BY MR. BISS:
19  Q   Do you have any thoughts on that?
20          MS. BOLGER:  No.  You may not give
21      your thoughts.  That calls for speculation.
22      Ask him questions -- I'm directing him not
23      to answer the question what was Michael
24      Flynn thinking, yes.
25          MR. BISS:  Can you mark that place

Page 228

1   in the transcript.
2          MS. BOLGER:  That's great.
3   BY MR. BISS:
4   Q   Let's go to the next page.  This is
5   8:44 p.m., July 4, 2020.  Jack Flynn writes,
6   "Happy Independence Day."  You see that?
7   A   Yes.
8   Q   Is that a QAnon phrase?
9   A   No.
10  Q   And he writes WWG1WGA.  You say that's
11  a QAnon slogan?
12  A   It is, yes.
13  Q   He writes KAG2020, which you said you
14  didn't know what that is?
15  A   You told me it's keep America great.
16  Q   Yeah, it is.  Keep America great.
17          Do you have any knowledge or
18  understanding as to why Jack Flynn wrote this
19  tweet?  It looks like he tweeted out a copy of
20  the video on the 4th of July at 8:44 p.m.  Do you
21  know why Jack Flynn did that?
22          MS. BOLGER:  Objection to form.
23      Calls for speculation.
24          THE WITNESS:  I can't speak to
25      what was in his mind, but obviously he's

Page 229

1   reposted here this video of him taking a
2   QAnon oath, and not only that, but adding a
3   QAnon slogan to the tweet.  You can see
4   there at least one reply, somebody
5   enthusiastically responding with the QAnon
6   slogan "Where we go one, we go all."
7   BY MR. BISS:
8   Q   Because it has three exclamation
9   points?
10  A   I believe so.
11  Q   How about the one below that?
12  A   That says, "Happy Independence Day."
13  Q   Yeah.  Isn't it true that Jack Flynn
14  was wishing everybody a happy Independence Day?
15          MS. BOLGER:  Object to the form.
16          THE WITNESS:  I think both things
17      can be true here.  He says "Happy
18      Independence Day" and then he says a QAnon
19      slogan and he posts a video taking a QAnon
20      oath.
21  BY MR. BISS:
22  Q   Isn't it true only Jack Flynn knows
23  why he wrote those words and the order he put
24  them in, the ties between them?  Only he would
25  know; isn't that true?

58 (Pages 226 - 229)

HIGHLY CONFIDENTIAL

Page 230

1   A   Yeah.  Again, it would speak to what's
2 in his heart, but looking at the context here,
3 this is just ten days after the Q persona called
4 for people to take this precise oath with this
5 precise turn of phrase "Where we go one, we go
6 all."  He's in this video with his family, doing
7 just that.  And to top it off, he reposts it with
8 the QAnon slogan.
9   Q   Let's go to the next page of the
10 document.
11   A   These ones don't look to be dated.
12   Q   They have reference to "happy
13 July 4th" on them?
14       MS. BOLGER:  Doesn't mean they
15   were on July 4th.
16       MR. BISS:  Okay.
17 BY MR. BISS:
18   Q   Take a look at the first one.  It's a
19 tweet by Jack Flynn.  It says, "Two very great
20 and very special American women."  As you point
21 out, it's enthusiastic because it has at least
22 two exclamation points.  Plus it has two American
23 flags.  And something else, a balloon or
24 something.  I can't really tell.
25   A   Might be a rose.

Page 231

1   Q   Could be a rose.
2       Is the phrase "two very great and
3 special American women," is that a QAnon slogan?
4   A   No.
5   Q   Sidney Powell, is it your testimony
6 that Sidney Powell is a QAnon follower?
7   A   No.
8       MS. BOLGER:  Object to the form.
9 BY MR. BISS:
10   Q   Sidney Powell writes in her tweet,
11 "Happy July 4th, 2020" with four American flags.
12 Is that something that a QAnon -- you would
13 expect from a QAnon follower?
14       MS. BOLGER:  Object to the form.
15   Calls for speculation.
16       THE WITNESS:  I mean, that's just
17   speculation.
18 BY MR. BISS:
19   Q   "The best yet," two exclamation
20 points, is that a QAnon phrase?
21   A   Not that I am aware.
22   Q   And then we saw this one before, God
23 bless America," American flag emoji.  Is that a
24 QAnon slogan?
25   A   No.

Page 232

1       MS. BOLGER:  For the record,
2   there's obviously a video there.  What was
3   the video?
4       MR. BISS:  Don't know.
5       THE WITNESS:  I think I recognize
6   that video.
7 BY MR. BISS:
8   Q   Then there's another statement down
9 here, quote --
10   A   Is that -- aren't these people taking
11 the oath?  Would I be correct in saying that?
12   Q   I don't know.  I don't know if you
13 would be correct or not.  It looks like "very
14 great and very special American women."  That's
15 what it looks like to me.  Don't know if it's a
16 video or not.
17   A   It is a video.
18   Q   Okay.  The last thing that Sidney
19 Powell writes is, quote, "I solemnly swear to
20 support and defend the #Constitution."
21       Is that a QAnon slogan?
22   A   No.  But I do think it's important to
23 note what's in that video, if we can figure it
24 out, because it would be important to note if
25 they were taking an oath.  If that oath included

Page 233

1 the phrase "Where we go one, we go all."  But we
2 don't know that because it's a printout.
3   Q   Why -- after you leave the deposition
4 today, why don't you go back to your office and
5 get me that video and send it to me?  Would you
6 do that for me?  Would you mind doing that
7 research for me?
8       MS. BOLGER:  You know that's not
9   his job.  Keep going with your questions.
10 BY MR. BISS:
11   Q   Is that a QAnon slogan, I solemnly
12 swear to support and defend the #Constitution"?
13   A   Depends what context it was shared in.
14   Q   And then things don't become a QAnon
15 slogan just because you put a hashtag in front of
16 it, like #bread?
17   A   No.
18   Q   One of the terms that CNN had me
19 search all the phones and everything for, #bread;
20 can you believe it?
21       The next tweet, Jack Flynn retweets
22 Barbara Flynn, who writes hashtag Happy 4th of
23 July, American flag, star star star, American
24 flag.
25       Is that a QAnon slogan?

59 (Pages 230 - 233)

HIGHLY CONFIDENTIAL

Page 234

1        MS. BOLGER:  Same question,
2    Mr. Biss, as the video.
3 BY MR. BISS:
4    Q    Is that a QAnon slogan?
5    A    I just don't have the full context of
6 this tweet.  Obviously, on its own, hashtag happy
7 4th of July is not a QAnon slogan, but this tweet
8 has been presented to me in the context of it
9 including a 12-second video that I have no idea
10 what that is.
11    Q    That makes two of us.  Let's go to the
12 next page.
13        MS. BOLGER:  Steve, soon I need to
14    run to the bathroom, so I don't know if you
15    want to do it at this time, now, or when
16    you're done with this exhibit.
17        MR. BISS:  Let me get through this
18    exhibit -- let's break now.  Let's just
19    break now.
20        (Whereupon there was a brief
21    recess from 4:23 p.m. until 4:33 p.m.)
22 BY MR. BISS:
23    Q    Mr. O'Sullivan, we're back on the
24 record after a short break.  We're still talking
25 about the Jack Flynn tweets and retweets.  We're

Page 235

1 on a page with two retweets -- of to Sidney
2 Powell tweets on July 4, 2020.  I want to talk
3 about the bottom one first and then the top one.
4        Jack Flynn retweeted Sidney Powell and
5 she says in her tweet, "12 those apparently
6 traumatized or struggling to comprehen @JenFlynn
7 video above, including all the #left and
8 regressive media.  The #oath comes from Federal
9 Statute 5 USC 1331."
10        Do you see that?
11    A    Yes.
12    Q    Did you see that Sidney Powell tweet
13 on July 4, 2020?  Did you see it?
14        MS. BOLGER:  Objection.  It's not
15    clear that was on July 4, 2020.
16        But you can answer.
17        THE WITNESS:  I can't recall.  But
18    I would point out it's not a great response.
19    I mean, we don't have access to what is in
20    this link right here, but I haven't seen a
21    federal statute oath that includes the
22    phrase "Where we go one, we go all."  So,
23    again, it's not a great response.
24 BY MR. BISS:
25    Q    In your view.

Page 236

1    A    I think it's ignoring the critical
2 context, which everybody -- which all the
3 reporting on this was focusing on, which was that
4 language makes this unique and ties it directly
5 to QAnon, which is "Where we go one, we go all."
6    Q    Because you wanted it to be a QAnon
7 slogan?  You had a preconceived idea about this
8 video?
9    A    No.
10    Q    You wanted it to be a QAnon slogan and
11 that's what you reported.  You disregarded Sidney
12 Powell's text message.  You disregarded the
13 statute.  You didn't even bother to check the
14 link.  Isn't that true?
15        MS. BOLGER:  I'm going to object
16    to the form.  You're getting dangerously
17    close to badgering him.  Don't go any
18    further.
19        You can answer.
20        THE WITNESS:  Yeah, I mean CNN
21    included in its July story the response from
22    Sidney Powell, which also is false.
23 BY MR. BISS:
24    Q    Let's go to the top retweet, and
25 Sidney Powell writes in her tweet, "For those

Page 237

1 determined to superimpose a conspiracy or
2 anything nefarious into #take the oath and #take
3 the pledge, the #Constitution or all that is good
4 in and about #America and its history which we
5 must preserve, read Frankl."
6        Did you read that tweet on July 4,
7 2020?
8    A    I don't recall.
9    Q    Did you ever make any effort to
10 contact Sidney Powell to ask her what her tweets
11 were all about?
12    A    I don't recall.  I think I contacted
13 Sidney Powell at some point on other stories.
14    Q    How about on this story?
15    A    I don't recall.
16        MS. BOLGER:  Object to the form.
17    Which story, the 4th of July story or the
18    one that's at issue hear.
19        MR. BISS:  Both, thank you.
20 BY MR. BISS:
21    Q    Did you make any effort to contact
22 her --
23    A    I didn't write the July 2020 CNN
24 story, but as we can see, it includes a response
25 from Sidney Powell.  No, I did not reach out to

60 (Pages 234 - 237)

Page 238

1 Sidney Powell for the February 2021 story. Her
2 response had already been included in the July
3 story. It included a false statement.
4     Q    You didn't reach out to Sidney Powell
5 in July of 2020 or February of 2021; correct?
6         MS. BOLGER: Objection to form.
7         THE WITNESS: I didn't write the
8     story in July 2020.
9 BY MR. BISS:
10     Q    The question is, you didn't reach out
11 to Sidney Powell in July of 2020 to ask her what
12 her comments -- her tweets were all about? You
13 didn't reach out to her at all?
14         MS. BOLGER: Object to the form.
15         THE WITNESS: There had been no
16     reason for me to reach out to her in
17     July 2020.
18 BY MR. BISS:
19     Q    So the answer is no, you didn't reach
20 out to her because there was no need for you to
21 reach out to her. That's what you're saying;
22 right?
23         MS. BOLGER: In July 2020, that's
24     what he said, yes.
25

Page 239

1 BY MR. BISS:
2     Q    Do you agree with what your counsel
3 just said?
4     A    In July 2020, I wasn't the author of
5 that story, so there was no need for me to reach
6 out in July 2020.
7     Q    And you didn't reach out to her in
8 July 2020?
9     A    Correct.
10     Q    Okay. Let's go to the next page of
11 the exhibit. It's a retweet by Jack Flynn of an
12 account called BoumtjeBoumtje is the best way I
13 can pronounce that. You may pronounce it
14 differently.
15         Do you know why Jack Flynn retweeted
16 that on July 4, 2020?
17     A    No.
18         MS. BOLGER: Objection to form.
19 BY MR. BISS:
20     Q    You see it's an American flag. Is
21 that a QAnon symbol?
22     A    No.
23     Q    It says, "Happy 244th birthday to the
24 greatest nation on earth and the hope of all
25 mankind," with an American flag emoji.

Page 240

1         Does that sound like It's coming from
2 a QAnon follower?
3         MS. BOLGER: Object to the form.
4         THE WITNESS: This tweet doesn't
5     reference QAnon.
6 BY MR. BISS:
7     Q    Do you know why Jack Flynn retweeted
8 this tweet?
9         MS. BOLGER: Object to the form.
10         THE WITNESS: Which one?
11 BY MR. BISS:
12     Q    The one we're talking about from
13 BoumtjeBoumtje.
14     A    No.
15     Q    The tweet below, Jack Flynn retweets a
16 tweet by Machiavelli. Do you know why he
17 retweeted that tweet?
18     A    No.
19     Q    It says --
20         MS. BOLGER: If it saves time, we
21     will stipulate Mr. O'Sullivan has no idea
22     what Jack Flynn was thinking.
23 BY MR. BISS:
24     Q    Machiavelli tweets, "Happy
25 Independence Day."

Page 241

1         Is that a QAnon phrase?
2     A    No.
3     Q    And general Michael Flynn, is that in
4 any way related or did that in any way inform you
5 that this was related to QAnon?
6     A    Doesn't seem so.
7     Q    Next page. Jack Flynn retweets Big
8 Moose, and Big Moose writes, "It is time to
9 retake the oath I first took in 1976 to defend
10 the Constitution of my United States of America
11 on today, Independence Day 2020. Take the oath.
12 #WWG1WGA #General Flynn."
13         Do you know why Jack Flynn retweeted
14 the Big Moose?
15         MS. BOLGER: Object to the form.
16         THE WITNESS: It's a great
17     username.
18         Again, I can't speak to why he is
19     retweeting what he's retweeting. This tweet
20     is pretty explicitly related to QAnon. It
21     includes the "Where we go one, we go all"
22     slogan. It's also including the hashtag
23     "take the oath," which in this context is
24     the phrase that was also used in the Q drop,
25     which I think was around the 24th of

HIGHLY CONFIDENTIAL

Page 242

1    June 2020, telling people to take the oath.
2         You'll also see that that #Take
3    the Oath was posted in General Michael
4    Flynn's tweet when he and his family took
5    this oath to -- this oath that included the
6    QAnon slogan.  So the context as to why this
7    person, Big Moose, as the username reads, is
8    talking about the oath is clearly in the
9    context of QAnon.
10   BY MR. BISS:
11   Q    All right.  Take a look at the next
12   one, Texas Proud.  Do you know why Jack Flynn
13   retweeted Texas Proud?
14   A    No.
15   Q    What is hashtag MAGA, what's hashtag
16   MAGA?
17   A    I believe that's Make America Great
18   Again.
19   Q    Is that a QAnon slogan?
20   A    No.  It's most associated with Trump.
21   Q    What does it stand for?
22   A    Make America great again.  But also in
23   this tweet there is a QAnon slogan, "Where we go
24   one, we go all."
25   Q    Do you know why Jack Flynn retweeted

Page 243

1    this?
2         MS. BOLGER:  Objection to form.
3         THE WITNESS:  No.
4    BY MR. BISS:
5    Q    Do you know why Texas Proud used the
6    hashtag MAGA?
7         MS. BOLGER:  Object to the form.
8         THE WITNESS:  No.
9    BY MR. BISS:
10   Q    Do you know why Texas Proud used the
11   hashtag WWG1WGA?
12   A    No.
13   Q    Do you know why Texas Proud wrote,
14   "Taking the oath standing with General Flynn,"
15   and it goes on.  Do you know why they wrote those
16   words?
17        MS. BOLGER:  Objection to form.
18        THE WITNESS:  No.  But again, in
19   the context of taking the oath, plus sharing
20   the QAnon "Where we go one, we go all"
21   slogan in this context, it came -- at a time
22   also, by the way, where after the Q post
23   calling for people to take oaths, take the
24   oath, people were doing it as a trend, which
25   is actually why it's important that these

Page 244

1    videos that I haven't been able to watch,
2    what's in them is important in the earlier
3    tweets you showed me.  So there is a trend
4    happening at the time.  It appears that the
5    Flynns played into that trend, which was
6    QAnon.
7    BY MR. BISS:
8    Q    How do you know that?  You told me you
9    didn't know why Jack Flynn retweeted any of
10   these.  How did you know what he was doing?
11   A    You asked me why Texas Proud would
12   have tweeted --
13   Q    I asked you if you knew.
14   A    I said I can't speak specifically, but
15   I'm just giving you the context of they're
16   talking about the oath and the QAnon slogan and
17   the context of when the tweet is, it is
18   important.
19   Q    Did it ever cross your mind even once
20   that these people might have been tweeting
21   support for General Flynn?
22        MS. BOLGER:  Object to the form.
23   BY MR. BISS:
24   Q    Did that ever cross your mind?
25        MS. BOLGER:  Calls for

Page 245

1    speculation.
2    BY MR. BISS:
3    Q    Or are you just so fixated on the
4    QAnon slogan that it's like a Pavlovian response
5    from you, must be QAnon?
6         MS. BOLGER:  Hey, Steven, watch
7    it.  Watch it.
8    BY MR. BISS:
9    Q    Is that --
10        MS. BOLGER:  You can answer,
11   Donie.
12        THE WITNESS:  All I can say is
13   that these tweets you're showing me here
14   have the QAnon slogan.
15   BY MR. BISS:
16   Q    No matter what the intent of the
17   author, if there's what you believe to be a QAnon
18   slogan in the body of the tweet or retweet
19   somewhere, then it's evidence of a QAnon
20   follower?
21        MS. BOLGER:  Object to the form.
22   BY MR. BISS:
23   Q    No matter what?
24   A    No.  The context is important.
25   Q    Let's go to the last one.  Last page

62 (Pages 242 - 245)

HIGHLY CONFIDENTIAL

Page 246

1 of the exhibit is a retweet of some account
2 called Natga Natalia, and that particular
3 account, in the body of their tweet, features a
4 picture of the cover of White Squall and the
5 bell, "Where we go one, we go all". Is it your
6 intention that just by putting that bell up there
7 and the words "Where we go one, we go all,"
8 that's a QAnon slogan?
9          MS. BOLGER: Object to the form
10    witness.
11 BY MR. BISS:
12    Q    They didn't write WWG1WGA, but they
13 used the phrase on a bell. Is that your
14 testimony, that by publishing a picture of the
15 bell, that that's a QAnon -- evidence of being a
16 QAnon follower?
17          MS. BOLGER: Object to the form.
18    Let him testify.
19          Go ahead.
20          THE WITNESS: I can't speak to why
21    this user, Natga Natalia, posted what they
22    posted. If you want, I can tell you a
23    little bit of context about this picture and
24    whatnot from my reporting. But I can't
25    speak specifically to why this person posted

Page 247

1    this.
2 BY MR. BISS:
3    Q    What's the difference between just
4 using the letters WWG1WGA and showing a picture
5 of a bell with the words on it? What's the
6 difference?
7          MS. BOLGER: Object to the form.
8          THE WITNESS: Would you like me to
9    speak about the context of this tweet?
10    Q    No, I would like you to answer my
11 question.
12    A    I don't think I can answer that
13 question.
14    Q    The tweet says, quote, "And @JenFlynn
15 is also Capitol," all caps, "obviously," lower
16 caps, "a fan of the movie White Squall and JFK."
17    What's the problem with this tweet?
18          MS. BOLGER: Object to the form.
19          You can answer that question,
20    Donie. I have no idea what it meant.
21          MR. BISS: You're not being
22    deposed.
23          MS. BOLGER: I know, but I should
24    understand the questions you're asking.
25          THE WITNESS: So from my reporting

Page 248

1    on QAnon, some QAnon followers falsely
2    believe that the slogan was on a bell on
3    JFK's boat. Of which that is false.
4    There's no record for it. It could be from
5    the Kennedy Presidential Library that we
6    contacted. It was also something that was
7    misinformation that was repeated by Sidney
8    Powell. So in this -- the context of this
9    tweet, that there's a mention of JFK, I
10    mean, how does JFK make sense in the context
11    of sharing a picture of White Squall?
12 BY MR. BISS:
13    Q    How would you know?
14          MS. BOLGER: Object to the form.
15          THE WITNESS: I'm trying to give
16    you some context into the background of this
17    picture and the bell and JFK and the
18    misinformation that surrounds it.
19 BY MR. BISS:
20    Q    So no matter what this Natga Natalia
21    wrote, at the end of the day you're going to
22    conclude it's somehow connected to QAnon, no
23    matter what the explanation is?
24          MS. BOLGER: Objection to form.
25    That misstates his testimony.

Page 249

1          THE WITNESS: I haven't said that.
2 BY MR. BISS:
3    Q    In fact, you don't know what this
4 person meant by their tweet? You don't know;
5 correct?
6    A    I don't know what was in their mind,
7 but --
8    Q    You don't why --
9          MS. BOLGER: He's not done.
10          MR. BISS: Yes, he was.
11          MS. BOLGER: He said "but" and you
12    cut him off.
13          THE WITNESS: But I think the
14    context which I'm trying to share is
15    important.
16 BY MR. BISS:
17    Q    And you don't know why Jack Flynn
18 retweeted it?
19    A    No.
20          (Exhibit 31 was marked.)
21    Q    Mr. O'Sullivan, I hand you a document
22 marked as Exhibit 31. We've been over a couple
23 of these. These are Sidney Powell's tweets on
24 July 4 -- July 6.
25          MS. BOLGER: For the record,

63 (Pages 246 - 249)

HIGHLY CONFIDENTIAL

Page 250

1    Steven, in the other exhibit you said
2    they're from July 4th. I don't think you're
3    right about that. I think they're later.
4    The record will speak for itself.
5 BY MR. BISS:
6    Q    Take a look at these documents and
7 tell me if you've ever seen any of them before
8 today.
9    A    I think I've seen some of them.
10    Q    Which ones have you seen? Which pages
11 of the exhibit?
12    A    I think I've seen this page with the
13 picture of the bell.
14    Q    That's the third page of the exhibit?
15    A    Correct. That one I can say for sure.
16         Again, I would point out the tweet on
17 the second page includes the hashtag "take the
18 oath," which is precisely what was posted by the
19 Q account.
20    Q    You're saying that no one else can use
21 that oath? Nobody else can use it? It's only
22 QAnon? Once it appears in a Q drop no one else
23 can use it because it's QAnon?
24    A    I'm not saying that at all.
25         MS. BOLGER: Objection to form.

Page 251

1 BY MR. BISS:
2    Q    So what are you saying?
3    A    I'm saying in the context that we're
4 viewing this, Sidney Powell in her tweet on the
5 first page of this exhibit has left out the point
6 that this oath also includes the QAnon slogan.
7 She has a false explanation about John Kennedy's
8 bell. She used the hashtag "take the oath,"
9 which is precisely what was used in the Q post.
10 It's all important context.
11    Q    You're leaving out all the context of
12 July 4, God bless America. You're leaving out
13 all that?
14         MS. BOLGER: Object to the form.
15    Those aren't in these exhibits that I see.
16 BY MR. BISS:
17    Q    Correct?
18         MS. BOLGER: He's talking about
19    the exhibit.
20         THE WITNESS: We're talking about
21    the QAnon slogan.
22 BY MR. BISS:
23    Q    How about #pledge of allegiance, is
24 that a QAnon slogan?
25    A    I don't think so.

Page 252

1    Q    Hashtag patriots; QAnon slogan?
2    A    No, although there's some context, of
3 course, for QAnon followers to call each other
4 patriots.
5    Q    Hashtag rule of law; QAnon slogan?
6    A    I don't think so.
7    Q    Hashtag Constitution?
8    A    I don't think so.
9    Q    Look at the very last page. Sidney
10 Powell tweets out. This tweet has a date July 6,
11 2020 on it, quote, "For those determined to
12 superimpose a conspiracy or anything nefarious
13 into #take the oath, #take the pledge, the
14 #Constitution or all that is good in and about
15 #America and its history, which we must preserve,
16 read Frankl."
17         Do you know what she was referring to
18 when she said "read Frankl"?
19         MS. BOLGER: Object to the form.
20    I think it's cut off.
21         MR. BISS: No, it's not.
22         THE WITNESS: I don't know what is
23    in this link.
24 BY MR. BISS:
25    Q    Have you ever read Victor Frankl?

Page 253

1    A    I don't believe so.
2    Q    Do you know what she's referring to by
3 "read Frankl"?
4    A    I can't speak to what she was talking
5 about here. I will note it's notable in all her
6 tweets that you show here in this exhibit, it
7 doesn't choose to explain why the Flynns said
8 "Where we go one, we go all" in the oath they
9 took.
10    Q    You don't think that? There's nothing
11 that she could have written here that would
12 convince you that it's not a QAnon oath? Nothing
13 that she could have written? You just
14 fundamentally believe that this is a QAnon oath;
15 is that correct?
16         MS. BOLGER: Object to the form.
17         THE WITNESS: The oath that was
18    posted on July 4th?
19 BY MR. BISS:
20    Q    Yeah. The video. There's nothing
21 that would be able to convince you that this doesn't
22 have to do with conspiracy theory, nothing
23 nefarious about it? That's what she's saying
24 repeatedly here.
25         MS. BOLGER: Compound question.

64 (Pages 250 - 253)

HIGHLY CONFIDENTIAL

Page 254

1      If you're going to ask a question, ask a
2   question, but don't keep asking it.
3  BY MR. BISS:
4      Q    Do you see where she keeps telling you
5  over and over in this series of tweets?  It's not
6  just one.  It's multiple.
7          MS. BOLGER:  Telling you what?  I
8   don't understand the question.
9  BY MR. BISS:
10      Q    If you don't understand my question,
11  Mr. O'Sullivan please, tell me.
12          MS. BOLGER:  I'll just object on
13   the grounds that things are unclear.
14          MR. BISS:  Okay.
15  BY MR. BISS:
16      Q    You don't understand from reading all
17  these tweets together that she's explaining to
18  you that this doesn't have anything to do with
19  QAnon?  You don't get that?
20      A    She fails to address the key issue,
21  though, doesn't she?  The QAnon slogan.
22      Q    She doesn't fail to address it at all.
23  She says where the oath came from.  She says it
24  over and over.  You just don't see that, is what
25  you're telling me.

Page 255

1          MS. BOLGER:  Object to the form.
2          THE WITNESS:  Again, she doesn't
3   explain "Where we go one, we go all" came
4   from.
5  BY MR. BISS:
6      Q    What is hashtag America first; what
7  does that mean?
8      A    I can't say for sure.
9      Q    Do you know it to be a QAnon slogan?
10      A    No.
11          (Exhibit 32 was marked.)
12      Q    Mr. O'Sullivan, I hand you a copy of a
13  document we've marked as Exhibit 32.  This is a
14  series of tweets by Jack Flynn that appear to be
15  dated August 13, 2020.  Have you ever seen these
16  tweets before?
17      A    Yes.
18      Q    He asks a question, "What's wrong with
19  the statement Where we go one, we go all"?  You
20  see that?
21      A    Yes.
22      Q    Is it your testimony that this is an
23  example of Jack Flynn somehow advocating or being
24  a QAnon follower?
25          MS. BOLGER:  Object to the form.

Page 256

1          THE WITNESS:  I think we ought to
2   read the full context and read the other
3   tweets.
4  BY MR. BISS:
5      Q    Read the other tweets.  Tell me what
6  the answer to my question is.
7          MS. BOLGER:  What's the pending
8   question?
9  BY MR. BISS:
10      Q    Is it your testimony that these tweets
11  dated August 13, 2020 are examples of -- in your
12  view, examples of Jack Flynn being adherent to
13  the QAnon system?
14          MS. BOLGER:  Object to form.
15  BY MR. BISS:
16      Q    Is this evidence, in your view, that
17  Jack Flynn is an adherent to the QAnon belief
18  system?
19          MS. BOLGER:  Object to form.
20          THE WITNESS:  You know, I think
21   looking at this tweet in the context, the
22   broader context, this question, I can't
23   speak for what's in his mind, but obviously
24   this tweet came four or five weeks after
25   Jack Flynn had appeared in a video taking a

Page 257

1  pledge that included -- an oath that
2  included "Where we go one, we go all"
3  slogan.  I don't see anything in this tweet
4  thread that explains why Jack Flynn would
5  have an issue with that slogan.
6          I think it's notable that he asks,
7  "Anyone have a photo of Kennedy's brass deck
8  bell that shows this statement?"  We know
9  that that doesn't exist and we know that
10  that is something that QAnon followers, some
11  of them, believe does exist, that there was
12  a bell on JFK's boat that had the statement
13  "Where we go one, we go all," but it doesn't
14  exist.
15  BY MR. BISS:
16      Q    So what's the point?
17          MS. BOLGER:  Object to the form.
18  BY MR. BISS:
19      Q    What's your point?
20          MS. BOLGER:  Objection to form.
21          THE WITNESS:  Just the repetition
22   of what some QAnon believers believe.
23  BY MR. BISS:
24      Q    So him asking a question for somebody
25  to post a picture of the bell, your testimony is

65 (Pages 254 - 257)

Page 258

1  that makes him a QAnon follower?
2          MS. BOLGER:  Object to form.  That
3  misstates his --
4          THE WITNESS:  I didn't call him a
5  QAnon follower.
6  BY MR. BISS:
7      Q    That somehow asking that question,
8  asking for somebody to post a picture of the
9  bell, is it your testimony that somehow that
10 evidences an adherence to the QAnon belief
11 system?
12         MS. BOLGER:  Objection to form.
13 Misstates testimony.
14         You can answer.
15         THE WITNESS:  That's not what I
16 said.  What I did say is this tweet, "Anyone
17 have the photo of Kennedy's brass deck bell
18 that shows this statement" -- "this
19 statement" being "Where we go one, we go
20 all" -- the fact that the supposed existence
21 of this bell on Kennedy's boat is something
22 that was being shared in QAnon circles, you
23 know, QAnon believers believe that is the
24 genesis of this "Where we go one, we go all"
25 slogan.  So if anything, I did not call Jack

Page 259

1  Flynn a QAnon follower, but this tweet could
2  be an indication that it is somebody who has
3  been steeped in or aware of the
4  misinformation that is spreading in QAnon
5  circles.
6  BY MR. BISS:
7      Q    It could be somebody just asking a
8  question?
9          MS. BOLGER:  Object to form.
10 BY MR. BISS:
11     Q    Isn't that true?
12     A    The premise of the question is based
13 on the existence of a bell on Kennedy's boat.
14     Q    Or nonexistence of a bell; correct?
15         MS. BOLGER:  Object to the form.
16 Let him finish.
17         THE WITNESS:  That's not what the
18 question asks.  "Anyone have a photo of
19 Kennedy's brass deck bell that shows the
20 statement?"  It's not necessarily saying
21 does that bell exist or not.
22 BY MR. BISS:
23     Q    All right.
24         (Exhibit 33 was marked.)
25         I'll show you a document I've marked

Page 260

1  as Exhibit 33.  This is a tweet from Jack Flynn
2  dated August 20, 2020.
3          You told me earlier that one of the
4  tenets of the QAnon belief system is the plan,
5  trust the plan?
6          MS. BOLGER:  Object to the form.
7  He did not.  You're misstating his
8  testimony.
9  BY MR. BISS:
10     Q    Do you remember that?  Judge Woods
11 even made mention of that in his order that
12 you're bound by.
13         MS. BOLGER:  Object to the form.
14 Calls for a legal conclusion.
15         THE WITNESS:  What is the
16 question?
17 BY MR. BISS:
18     Q    The question is on this document, did
19 you read a copy of this at the time it was
20 published?
21     A    I can't say for sure.
22     Q    Is this -- in your view, is this
23 evidence of Jack Flynn adhering to the belief
24 system of QAnon?
25         MS. BOLGER:  Object to the form.

Page 261

1          THE WITNESS:  I can't speak to
2  what's going on in his mind, but again, it
3  ends with, "If Q does, too, no harm no
4  foul," which I think some QAnon followers
5  could read as, okay, we're on to something
6  here, it's good.
7          Keep in mind that Jack Flynn would
8  go on a few months later to reshare a QAnon
9  post on his Twitter account.
10 BY MR. BISS:
11     Q    When did you see that post?
12     A    Through this legal process.
13     Q    The prep for this deposition?
14     A    Yes.
15         MR. BISS:  Has that been produced
16 in discovery?
17         MS. BOLGER:  It's a tweet.
18         MR. BISS:  It has been produced by
19 CNN in discovery.
20         MS. BOLGER:  I'll tell you what I
21 told you before and what Judge -- Magistrate
22 Cave agreed with me that my work product
23 does not have to be produced to you.
24 BY MR. BISS:
25     Q    Jack Flynn writes, "I advocate for the

66 (Pages 258 - 261)

HIGHLY CONFIDENTIAL

Page 262

1 Constitution and Bill of Rights. If Q does, too,
2 no harm no foul."
3        Is that evidence that Jack Flynn is an
4 adherent to the QAnon belief system or is it
5 evidence that Jack Flynn is an advocate for the
6 Constitution and Bill of Rights?
7        MS. BOLGER: Object to form.
8        THE WITNESS: This is the precise
9    kind of language that followers of QAnon are
10   looking for and try it on, "I advocate for
11   the Constitution and Bill of Rights. If Q
12   does, too, no harm no foul."
13       You know, at this point,
14   August 2020, there's a fairly general
15   understanding covered in quite a lot of
16   media. Some of the more crazy stuff that is
17   part of the QAnon conspiracy theory that
18   some of the followers adhere to. So kind of
19   by posting something along the lines of,
20   well, if Q does this one thing that's fine,
21   I think that would just be seen by a lot of
22   QAnon followers, again, as a signal of
23   support.
24 BY MR. BISS:
25    Q    Do you know what Jack Flynn intended

Page 263

1 when he tweeted this message on August 20, 2020?
2    A    No, but I'm just telling you how it
3 may have been received, and then of course in the
4 broader context.
5    Q    Can you identify anyone who received
6 it the way you just described? Can you identify
7 anybody?
8    A    Not with this specific tweet, but...
9        MS. BOLGER: Wait. He said "but."
10   Are you done with your answer?
11       THE WITNESS: Not with this
12   specific tweet. But it is certainly the
13   kind of -- it would go along with taking the
14   QAnon pledge in July and posting it publicly
15   on Twitter.
16 BY MR. BISS:
17    Q    Jack Flynn states unequivocally, "I
18 advocate for the Constitution and the Bill of
19 Rights." You know where Jack Flynn stands. Can
20 you identify a single person that interpreted
21 this as being a QAnon -- to support QAnon or any
22 of the QAnon belief systems?
23       MS. BOLGER: That sentence?
24       THE WITNESS: That sentence?
25

Page 264

1 BY MR. BISS:
2    Q    This tweet.
3    A    I don't have that specific evidence at
4 hand.
5    Q    Do you know of any evidence in which
6 Jack Flynn or any Flynn family member stated that
7 they trust the plan or that they believe in the
8 plan?
9        MS. BOLGER: Object to the form.
10       THE WITNESS: I don't recall.
11       (Exhibit 34 was marked.)
12 BY MR. BISS:
13    Q    Mr. O'Sullivan, I hand you a copy of a
14 document. It's a tweet from Jack Flynn dated
15 August 21. Have you ever seen this document
16 before today?
17    A    Yes.
18    Q    This is one that was again referred to
19 by Judge Woods in his opinion. This is a tweet
20 where Jack Flynn includes the tweet of some
21 account called Escape The Matrix. The Escape The
22 Matrix tweet says, "We are with you, Jack"
23 exclamation point, American flag. And then it
24 has a copy a meme or some type of iconography,
25 the American flag, the letter Q, and the words

Page 265

1 "Where we go one, we go all."
2        Do you see that?
3    A    Yes.
4    Q    Jack Flynn writes, "If this means you
5 believe in the Constitution and equal justice
6 under the law, then this works for me." American
7 flag.
8        Do you see that?
9    A    Yes.
10    Q    Is it your testimony that this
11 document evidences an adherence by Jack Flynn to
12 the QAnon belief system?
13    A    Can you remind me what date this was
14 posted?
15    Q    It says August 21 on Escape The
16 Matrix.
17    A    That is when the Escape The Matrix
18 tweet was posted, but do we know when Jack's
19 tweet was posted?
20    Q    I don't have a date on that.
21    A    Just to be clear, those time stamps
22 could be different. The August 21 refers to the
23 Escape The Matrix tweet. The Go Jack Flynn
24 tweets, we don't have a date for here.
25    Q    So what's the answer to my question?

67 (Pages 262 - 265)

HIGHLY CONFIDENTIAL

Page 266

1          MS. BOLGER:  What was the
2     question?
3  BY MR. BISS:
4     Q    The question is, is it your testimony,
5  Mr. O'Sullivan, that this tweet evidences
6  adherence by Jack Flynn to the QAnon belief
7  system?
8     A    I think, again, it's a signal of
9  support.
10    Q    All right.  Do you have any evidence
11 for that?
12         MS. BOLGER:  He's not done.  Let
13    him finish.
14         THE WITNESS:  Its got that big Q,
15    says, "Where we go one, we go all," and Jack
16    Flynn's tweet, although we don't know what
17    date it was posted, seems to be endorsing
18    it, saying, well, if this is a positive
19    thing, go for it.
20 BY MR. BISS:
21    Q    No, it doesn't.  It doesn't say that
22 at all.
23         MS. BOLGER:  Don't interrupt him.
24 BY MR. BISS:
25    Q    It doesn't say that at all.

Page 267

1          MS. BOLGER:  Don't interrupt him.
2          THE WITNESS:  I would be
3     interested -- I think it would be
4     important -- it's a shame we don't have the
5     date on this.  If this came on the same
6     day -- that's why context is important --
7     same day where, you know, he was also
8     retweeting a ton of "Where we go one, we go
9     all" slogans, so that would have been
10    important context to know.
11 BY MR. BISS:
12    Q    Just making it up?
13         MS. BOLGER:  Objection to form.
14 BY MR. BISS:
15    Q    Do you have any evidence that this
16 tweet evidences an adherence to the QAnon belief
17 system?
18    A    We do not allege that Jack Flynn was a
19 QAnon follower.
20    Q    Mr. O'Sullivan, when you read the
21 tweet by Jack Flynn, even you have to get the
22 sense that Jack Flynn believes in the
23 Constitution and equal justice.  Even you would
24 come to that conclusion; right?
25         MS. BOLGER:  Objection to the

Page 268

1     form.
2          Don't answer it asked that way.
3          Don't badger the witness.
4          MR. BISS:  Are you instructing him
5     not to answer the question?
6          MS. BOLGER:  That question, when
7     you say "even you," yes.  You can ask a
8     different question.
9          MR. BISS:  Can you flag that as
10    well.
11 BY MR. BISS:
12    Q    Even you would come to the conclusion,
13 reading the tweet, that Jack Flynn believes in
14 the Constitution and equal justice?
15         MS. BOLGER:  He's not going to
16    answer a question that begins "even you."
17 BY MR. BISS:
18    Q    When you read Jack Flynn's tweet, do
19 you have any doubt that Jack Flynn believes in
20 the Constitution and equal justice under the law
21 when you read this tweet?
22    A    He's writing -- he seems to be
23 signaling support for belief in the Constitution
24 and equal justice under the law, but also
25 qualifies it by saying, you know, if that's what

Page 269

1  it means to be a QAnon follower, works for me.
2     Q    It doesn't say that anywhere.
3     A    There's that big Q and where it says,
4  "Where we go one, we go all," the QAnon slogan.
5     Q    There's no reference to QAnon?
6          MS. BOLGER:  Objection to form.
7  BY MR. BISS:
8     Q    He's referring to the account, Escape
9  The Matrix.  "If this means that you believe in
10 the Constitution, then this works for me."
11    A    So you're just --
12         MS. BOLGER:  Objection to form.
13         THE WITNESS:  You're ignoring the
14    big Q.
15 BY MR. BISS:
16    Q    He doesn't say, "I subscribe to it."
17 You have to acknowledge that.  He doesn't say it
18 at all?
19         MS. BOLGER:  Object to the form.
20    You're badgering the witness.
21         You can answer it one last time,
22    Donie.
23 BY MR. BISS:
24    Q    Where in Jack Flynn's tweet does it
25 say that "I subscribe to QAnon" or "I support

68 (Pages 266 - 269)

HIGHLY CONFIDENTIAL

Page 270

1 QAnon" or anything to that effect?
2         MS. BOLGER: Object to the form.
3         THE WITNESS: I think it's --
4 seeing this in the broader context would be
5 important.
6 BY MR. BISS:
7    Q    You acknowledge it doesn't say that
8 Jack Flynn -- the tweet doesn't say that Jack
9 Flynn is an adherent to the QAnon movement or
10 that he supports QAnon or any words to that
11 effect; correct?
12        MS. BOLGER: Objection to the
13 form. It says what it says. You don't need
14 Mr. O'Sullivan to read it to you.
15        THE WITNESS: In this tweet he's
16 sharing a gigantic Q with the QAnon slogan.
17        (Exhibit 35 was marked.)
18 BY MR. BISS:
19    Q    Mr. O'Sullivan, I hand you a document
20 marked as Exhibit 35. Have you ever seen this
21 tweet by Jack Flynn before?
22    A    Yes.
23    Q    Or these tweets by Jack Flynn before?
24    A    Yeah.
25    Q    When was the first time you ever saw

Page 271

1 them?
2    A    I don't recall.
3    Q    The first tweet is dated August 21st,
4 2020. Is it your testimony that this tweet
5 somehow demonstrates that Jack Flynn is an
6 adherent to the QAnon belief system?
7         MS. BOLGER: Object to the form.
8         THE WITNESS: So these are two
9 tweets, one of which includes the QAnon
10 slogan "Where we go one, we go all." And
11 again, it seems to be describing how
12 followers of QAnon, people who like QAnon,
13 don't seem to be bad folks.
14 BY MR. BISS:
15    Q    So how is that evidence that Jack
16 Flynn is adhering to the QAnon belief system,
17 just saying they're not bad folks?
18        MS. BOLGER: Object to the form.
19        THE WITNESS: I didn't make that
20 claim. This tweet just again seems to fit
21 into a pattern of tweets that appear to
22 be -- that you show me that appear to be
23 complimentary to people that like QAnon.
24 Even throws in the QAnon slogan in there for
25 good measure, "Where we go one, we go all."

Page 272

1 This being now at this point it's six-seven
2 weeks after he appeared in the video taking
3 a pledge with that slogan, he's still using
4 it.
5 BY MR. BISS:
6    Q    Do you know why Jack Flynn used the
7 language in these tweets? Why he tweeted out the
8 content that he did?
9    A    I can't speak to that.
10        (Exhibit 36 was marked.)
11    Q    Mr. O'Sullivan, I'll hand you a
12 document I've marked as Exhibit 36. This is a
13 retweet by Jack Flynn. Looks like it's a retweet
14 of a tweet dated -- I can't tell what date it is.
15        Have you ever seen this document
16 before?
17    A    I think so.
18    Q    When was the first time you saw it?
19    A    I don't recall.
20    Q    What was the context in which you saw
21 it?
22    A    I don't recall.
23    Q    Was it to prepare for the deposition?
24    A    I can't say for certain.
25    Q    Do you recall seeing it before you

Page 273

1 published the February 4, 2021 report?
2    A    I can't say for certain. Also, this
3 tweet doesn't have a date on it. It's difficult.
4    Q    So I wanted -- I just want to ask you
5 one question about the QAnon column.
6         First, do you know why Jack Flynn
7 retweeted this tweet?
8    A    I do not, but again, it seems to be in
9 a pattern of tweets that appear to be
10 highlighting what's purportedly good about QAnon.
11    Q    Because every one of Jack Flynn's
12 retweets you interpret as a QAnon tweet; isn't
13 that -- today, every one you've done. Are you
14 aware of that?
15        MS. BOLGER: Object to the form.
16        THE WITNESS: No. That's not the
17 case. That is false. And a lot of the
18 tweets you are choosing to show me here just
19 happen to be that.
20 BY MR. BISS:
21    Q    The QAnon column where it says
22 "Beliefs"; do you see that?
23    A    Uh-huh.
24    Q    Individual freedom. Is it -- do you
25 believe that's a QAnon belief?

69 (Pages 270 - 273)

Page 274

1    A    No. I mean, in this document it's
2 stated as such, but you can believe in individual
3 freedom without being a Q follower. I believe
4 this column is quite absurd. It says, "Mission:
5 Exposing corruption. Exposing evil, including
6 child trafficking." We know from actual, real
7 child organizations helping children that
8 believers in this kind of stuff have actually
9 been hindering their work.
10        Exposing deception, preserving freedom
11 weapons, keyboards, memes. Again, points to the
12 importance of sharing memes like #Take the Oath.
13 Like the giant Q that you showed me in a previous
14 post that was shared by Jack Flynn. This is just
15 ridiculous, this column.
16    Q    You're aware that Jack Flynn didn't
17 write this tweet? You're aware of that?
18    A    I am, yes.
19    Q    You acknowledge that that's what a
20 retweet is?
21        MS. BOLGER: Object to form.
22    Q    You understand that?
23    A    I do.
24    Q    The beliefs, individual freedom, you
25 said that's not a QAnon belief. That's a

Page 275

1 universal belief; fair?
2    A    I would think that that's a universal
3 belief, but Jack Flynn chooses to -- Jack Flynn
4 chose to retweet a post that says it's a QAnon
5 belief.
6    Q    How about "question everything"?
7    A    Again, Jack Flynn tweeted -- retweeted
8 a post that said that's a QAnon belief in black
9 and white.
10    Q    Hold on. "Question everything," is
11 that a QAnon belief?
12    A    You skipped "Where we go one, we go
13 all."
14    Q    That's where I'm going to come to
15 last. "Question everything," is that a QAnon
16 belief?
17    A    "Question everything" is a phrase that
18 is sometimes used in the QAnon community. I
19 think people can question everything all they
20 want and not be QAnon believers. But, again,
21 Jack Flynn retweeted this post which says it's a
22 QAnon belief.
23    Q    Okay. "Corruption and evil are
24 pervasive," is that a QAnon belief or just a
25 universal belief?

Page 276

1    A    Well, according to this post that Jack
2 Flynn retweeted, that is a QAnon belief.
3    Q    According to the poster. According to
4 the account person, Angel Aura?
5    A    According to the post that Jack Flynn
6 retweeted, yes. It's the same thing.
7    Q    Corruption and evil are pervasive,
8 that's a QAnon belief or universal belief?
9    A    According to this post that Jack Flynn
10 retweeted, it is a QAnon belief.
11    Q    Child trafficking is endemic; is that
12 part of the QAnon belief system?
13    A    According to this post that Jack Flynn
14 retweeted, yes.
15    Q    I'm not asking you about what the post
16 says. Is it part of the QAnon belief system?
17    A    In some form it could be, yeah.
18    Q    How about "The media is corrupt," is
19 that part of the QAnon belief system?
20    A    According to this post retweeted by
21 Jack Flynn, that is what it says here, yes. I
22 think plenty of people who are not QAnon
23 followers also think the media is corrupt.
24    Q    A lot of people do. So is "The media
25 is corrupt," is that part of the QAnon belief

Page 277

1 system? Forget what the post says. I heard you
2 already.
3    A    The post that you're asking me about?
4    Q    Forget what this post says.
5    A    But you asked me about this post.
6    Q    I'm asking you generally, is "The
7 media is corrupt," is that part of the QAnon
8 belief system?
9        MS. BOLGER: Object to the form.
10        THE WITNESS: According to this
11    document?
12 BY MR. BISS:
13    Q    No, not according to this document.
14    A    That Jack Flynn reposted, it says that
15 that is a QAnon belief. It can also, in my view,
16 as I already stated, can be a belief that people
17 have who don't follow QAnon.
18    Q    It could be a QAnon belief?
19        MS. BOLGER: Object to the form.
20 BY MR. BISS:
21    Q    It might not be a QAnon belief? What
22 is it?
23        MS. BOLGER: Object to form.
24    Asked and answered a lot.
25

HIGHLY CONFIDENTIAL

Page 278

1  BY MR. BISS:
2      Q    I just need to be very clear with you.
3  Forget what this post says.  Is "The media is
4  corrupt," is that part of the QAnon belief
5  system?
6          MS. BOLGER:  Object to the form.
7      Asked and answered.
8          THE WITNESS:  I've answered that
9      question already.
10         MR. BISS:  Will you mark that
11     portion of the transcript.
12 BY MR. BISS:
13     Q    "WWG1WGA (unity)," is that part of the
14 QAnon belief system?
15     A    There it says it in black and white,
16 yes.
17     Q    You would agree, then, that the phrase
18 "Where we go one, we go all" is an expression of
19 unity?  You would agree with that?
20         MS. BOLGER:  Object to the form.
21     That's not what he testified.
22         THE WITNESS:  No.  It's -- it --
23     it's an expression of unity within the QAnon
24     world.
25

Page 279

1  BY MR. BISS:
2      Q    So it's --
3          MS. BOLGER:  He's answering.
4          THE WITNESS:  It's a QAnon slogan
5      which also he posted in this Jack Flynn
6      retweet.
7  BY MR. BISS:
8      Q    Is it an expression of unity, "Where
9  we go one, we go all"?
10     A    I just said It's an expression of
11 unity within the QAnon.
12     Q    How about outside the QAnon?
13     A    I haven't heard it used in that
14 context.
15     Q    You never heard it used outside the
16 QAnon movement?
17     A    I can't say that for certain, but the
18 context matters, and in this case the post you're
19 asking me about states it was part of QAnon.
20         (Exhibit 37 was marked.)
21     Q    Mr. O'Sullivan, I'm handing you
22 document 37.  It's a tweet by Jack Flynn dated
23 August 23, 2020.  Have you ever seen it before?
24     A    I don't think so.
25         (Exhibit 38 was marked.)

Page 280

1      Q    I and you a copy of a document that I
2  marked as Exhibit 38.  It's a retweet by Jack
3  Flynn --
4          MS. BOLGER:  Give me just a
5      second, please, to catch up.
6          Okay.
7  BY MR. BISS:
8      Q    -- dated September 16.
9          Have you ever seen it before?
10     A    It looks familiar.
11     Q    Do you know anyone by the name of
12 Veronica P. Wolski?
13     A    Is that the lady in this picture?  She
14 looks familiar to me.
15     Q    That is the lady in the picture.  She
16 is the person who Jack Flynn retweeted.
17     A    Yeah.  I think I've seen this.  As
18 mentioned in her tweet, she stands on a bridge
19 occasionally.
20     Q    Is she a QAnon follower, in your view?
21     A    I don't know a lot about Veronica, but
22 she is wearing a hat that says Q and a T-shirt
23 that says, "We are The Storm."
24     Q    Does that make her a QAnon follower?
25     A    Could certainly suggest she might be.

Page 281

1      Q    Is that anything but speculation?
2          MS. BOLGER:  Object to the form.
3      Argumentative.
4  BY MR. BISS:
5      Q    Do you know what she believes in?
6      A    I can't speak for her.  I can only say
7  that she's wearing a Q hat and she's wearing a
8  T-shirt that says, "We are The Storm."  Both of
9  those, that statement and that letter in that
10 way, you know, could be two possible indicators
11 that somebody likes QAnon.
12     Q    But otherwise you don't know anything
13 about her?
14         MS. BOLGER:  Objection to form.
15         THE WITNESS:  I think I've read a
16     bit about her before.
17 BY MR. BISS:
18     Q    Have you ever interviewed her?
19     A    I don't recall.  I don't think so.
20     Q    Do you know what the hashtag The
21 People's Bridge means?
22     A    That's the bridge she campaigns on, I
23 think.  Possibly.
24     Q    What does she campaign for?
25     A    I don't know.

71 (Pages 278 - 281)

HIGHLY CONFIDENTIAL

Page 282

1    Q    Hashtag Patriot Road Trip, do you know
2 what that's referring to?
3    A    No.
4        (Exhibit 39 was marked.)
5    Q    Mr. O'Sullivan, I hand you a copy of a
6 tweet by Jack Flynn dated September 26, 2020.
7        Have you ever seen this document
8 before?
9    A    Yes, I think so.
10    Q    All right.  You have no doubt in your
11 mind, do you, that Jack Flynn rejected the QAnon
12 belief that Robert Kennedy, Jr. was alive?
13        MS. BOLGER:  Object to the form of
14    the question.
15        THE WITNESS:  John Kennedy, Jr.?
16 BY MR. BISS:
17    Q    John Kennedy.  There's no doubt in
18 your mind that Jack Flynn rejects the belief that
19 John Kennedy, Jr. survived the plane crash?
20        MS. BOLGER:  Object to the form.
21 BY MR. BISS:
22    Q    Is there?
23    A    This tweet that you showed me says,
24 "But I beyond a shadow of a doubt, he, his wife
25 and her sister died in a plane crash off the

Page 283

1 vineyard."
2        So he seems to be suggesting here
3 that, yes, John Kennedy, Jr. is dead, which, of
4 course, a lot of QAnon followers believe.  Again,
5 as we say, QAnon believers don't all believe the
6 same thing.
7        (Exhibit 40 was marked.)
8    Q    I'm handing you a document I've marked
9 as Exhibit 40.  It's a two-page document.  Have
10 you seen either page?
11    A    No, I don't think so.
12    Q    So the first page is a tweet by Jack
13 Flynn.  I don't know the date of the tweet, but
14 it makes reference to "beautiful black sky"; do
15 you see that?
16    A    Yeah.
17    Q    I think it's -- he's actually quoting
18 from a song called Beautiful Black Sky.
19        Is the phrase "beautiful black sky" or
20 #beautiful black sky a QAnon phrase or a QAnon
21 slogan?
22    A    I'm not sure.
23    Q    Do you know where the phrase
24 "beautiful black sky" came from?
25    A    This tweet says J.T. Wilde, who I know

Page 284

1 is a singer who performed at that QAnon event I
2 was at in Arizona.
3    Q    So my question was not that, but I
4 appreciate you offering those facts voluntarily.
5        MS. BOLGER:  Object to the form.
6    That's not what he did.  Come on.
7        MR. BISS:  That's exactly what he
8    did.
9        MS. BOLGER:  Do not badger the
10    witness.
11 BY MR. BISS:
12    Q    Do you know where the phrase
13 "beautiful black sky" came from?
14        MR. BISS:  You must not be
15    listening.
16        MS. BOLGER:  Asked and answered,
17    Steven.  Asked and answered.
18 BY MR. BISS:
19    Q    Do you know where the phrase
20 "beautiful black sky" came from?
21        MS. BOLGER:  Asked and answered.
22        THE WITNESS:  Not that I recall.
23 BY MR. BISS:
24    Q    Take a look at the second page.
25    A    Very nice picture.

Page 285

1    Q    It's a good picture of a beautiful
2 black sky, isn't it?
3        MS. BOLGER:  Objection to form.
4        THE WITNESS:  The image is in
5    black and white.  It appears to be a dark
6    sky.
7 BY MR. BISS:
8    Q    All right.
9    A    Is that Rhode Island?
10    Q    That would be Rhode Island.
11    A    It looks beautiful.
12    Q    All right, sir.
13        (Exhibit 41 was marked.)
14    I'll hand you a document I've marked
15 Exhibit 41.  This is a two retweets by Jack
16 Flynn.  Have you ever seen these documents before
17 today?
18    A    I don't think so.
19    Q    Do you know why Jack Flynn retweeted
20 somebody by the name of Trumptress and somebody
21 by the name of Harmeet K. Dhillon?
22    A    No.
23        (Exhibit 42 was marked.)
24    Q    I'll hand you a document that I've
25 marked as Exhibit 42.  This is a tweet by Jack

72 (Pages 282 - 285)

HIGHLY CONFIDENTIAL

Page 286

1 Flynn dated January 7, 2021. Have you ever seen
2 this before today?
3    A   I think I have, yeah.
4        (Exhibit 43 was marked.)
5    Q   I'll hand you a document I've marked
6 as Exhibit 43, and this is a copy of a direct
7 message from the account -- Twitter account of Go
8 Jack Flynn 1.
9        Have you ever seen this document
10 before today?
11   A   No.
12       MS. BOLGER:  I don't think I have,
13   and I think this would have been directly in
14   response to our request, so I would expect
15   this to be produced to me in its native
16   form.
17       MR. BISS:  You're not reading the
18   documents. It's obvious.
19 BY MR. BISS:
20   Q   Have you had -- can you just take a
21 read of this document and tell me if there's any
22 doubt in your mind that -- about the purpose and
23 the effect of the video of the Flynns taking the
24 Constitutional oath on July 4?
25       MS. BOLGER:  Who's making these

Page 287

1   statements?
2 BY MR. BISS:
3    Q   So I'll let you know, in the body of
4 this direct message somebody writes to Jack
5 Flynn, Jack Flynn replies with the portion of the
6 direct messages which are highlighted, and then
7 the other person replies back. So look at the
8 one that's dated -- that's timestamped 2:12 p.m.
9    A   Are you talking about the message that
10 begins, "That videotape"?
11   Q   Yes, sir, I am.
12       MS. BOLGER:  What's the question?
13 BY MR. BISS:
14   Q   Go ahead and read that. My question
15 is -- this is a direct message from Jack Flynn on
16 February 6, 2021. This is two days after the
17 first publication of your report. My question
18 is, do you doubt that the video that was taken on
19 July 4, 2020 was what Jack Flynn represents it to
20 be here?
21       MS. BOLGER:  Object to the form.
22 BY MR. BISS:
23   Q   Do you have any evidence to dispute
24 Jack Flynn's view?
25   A   The video posted on July 4 came ten

Page 288

1 days after the Q persona called for people to
2 take an oath, including a hashtag Take The Oath,
3 which the Flynns reposted, and of course the oath
4 included the QAnon slogan "Where we go one, we go
5 all."
6    Q   And do you have any other evidence
7 other than the fact that there was a Q drop ten
8 days or so before?
9        MS. BOLGER:  Object to the form.
10       THE WITNESS:  I mean, many of the
11   tweets you showed me today include reposts
12   of the QAnon slogan.
13 BY MR. BISS:
14   Q   Do you have any other evidence that
15 the video taken on July 4, 2020 included a QAnon
16 slogan?
17   A   The post by Michael Flynn includes the
18 hashtag that was used in the Q drop. The oath
19 including the line "Where we go one, we go all,"
20 which is what makes the oath relevant to QAnon.
21 We've obviously seen a lot of tweets from the
22 Flynns talking about the QAnon slogan or
23 mentioning the QAnon slogan. Also merchandise
24 being sold with the "Where we go one, we go all"
25 slogan.

Page 289

1        Jack Flynn, October 2020, he's
2 resharing a Q drop on Twitter.
3        MR. BISS:  We've never seen that.
4    Hopefully that will be produced before
5    discovery closes or you won't be able to use
6    it.
7        MS. BOLGER:  That is completely
8    untrue. Carry on.
9        MR. BISS:  We'll see.
10 BY MR. BISS:
11   Q   Let me try to rephrase my question.
12       Jack Flynn writes here, "Since we are
13 all family, the statement Where we go one, we go
14 all means a lot to us all, given the battle over
15 the last four years and how the families stick
16 together to fight back. That was our 4th of July
17 cookout at my house," and it goes on.
18       Do you have any evidence to dispute
19 that the phrase "Where we go one, we go all" was
20 a statement of family solidarity and unity? Do
21 you have any evidence to dispute Jack Flynn's
22 view?
23       MS. BOLGER:  Object to the form.
24   Asked and answered.
25       THE WITNESS:  It's widely known

73 (Pages 286 - 289)

HIGHLY CONFIDENTIAL

Page 290

1    that it's the QAnon slogan.
2          (Exhibit 44 was marked.)
3 BY MR. BISS:
4    Q    I'll show you a document I've marked
5 as Exhibit 44.  This is a tweet from Leslie Flynn
6 dated May 9, 2020.  It states, "Hey, go Jack
7 Flynn.  You forgot me."  Four exclamation points.
8          Have you ever seen this document
9 before today?
10   A    I think so.
11   Q    Do you have -- have you ever seen any
12 evidence that Leslie Flynn is a QAnon follower or
13 that she ever was an adherent to any QAnon belief
14 system?
15         MS. BOLGER:  For the record, the
16   document says references two other tweets
17   that were deleted and from a suspended
18   account.
19         MR. BISS:  Okay.
20         THE WITNESS:  These do not say
21   Leslie Flynn was a QAnon follower.  She was
22   in the video taking the QAnon oath that
23   included a QAnon slogan.
24 BY MR. BISS:
25   Q    Do you have any other evidence that

Page 291

1 Leslie Flynn was ever an adherent to any QAnon
2 belief system?
3    A    We did not allege that.  I know that
4 there's also some tweets that she liked that
5 included some QAnon iconography.
6    Q    Where did you see those tweets?
7    A    As part of this process.
8    Q    Part of preparing for the deposition?
9          MS. BOLGER:  Objection to form.
10         THE WITNESS:  Correct.
11 BY MR. BISS:
12   Q    Did you ever see those tweets or any
13 tweets by Leslie Flynn before you published the
14 February 4, 2021 report?
15   A    I can't say for certain, but obviously
16 she was in the QAnon video that was posted by the
17 Flynns.
18         (Exhibit 45 was marked.)
19   Q    Okay.  I'll show you a document I've
20 marked as Exhibit 45.
21         MS. BOLGER:  While Mr. O'Sullivan
22   takes a look, it looks like we're running
23   about six hours, 15-20 minutes.  And I don't
24   know how much you have left, and I was
25   wondering if you had a sense of how much you

Page 292

1 had left.
2          MR. BISS:  Does that include all
3    the breaks that you took?
4          MS. BOLGER:  Of course it does not
5    include the breaks.
6          MR. BISS:  I've got a few more
7    exhibits.
8          MS. BOLGER:  Hold on.  Under the
9    court rules they say seven hours.  I'm
10   asking if you intend to be done within seven
11   hours.
12         MR. BISS:  I intend to be done in
13   seven hours.
14 BY MR. BISS:
15   Q    Mr. O'Sullivan, I'd like you to turn
16 to the sixth page of this particular email chain,
17 and it's an email from Joe Flynn, that's
18 jflynn064@gmail.com to a Roger Richards.  It's
19 dated September 24, 2020 at 1:51 p.m.
20         Do you see that?
21   A    Yes.
22   Q    And Mr. Joe Flynn writes, quote, "A
23 couple of things.  I am not against Q but I am
24 not a Q follower.  I am a Q observer is probably
25 best way to describe me.  So let's keep questions

Page 293

1 focused on Jen Flynn case, okay?  I would like to
2 steer clear of a conversation about Q."
3          You see that?
4    A    Yes.
5    Q    After reading that, do you have any
6 question in your mind whether Joe Flynn is a Q
7 follower?
8          MS. BOLGER:  Object to the form.
9          THE WITNESS:  We didn't allege he
10   was a Q follower.  As he states here, "I'm a
11   Q observer."  Publicly, of course, we've
12   seen him repeatedly share the QAnon slogan
13   and take the QAnon oath.
14 BY MR. BISS:
15   Q    Where publicly did you ever see him
16 share the QAnon slogan?
17   A    On his social media.
18   Q    Where?  What date?  When did he do it?
19   A    I mean, we saw multiple instances.
20   Q    Joe Flynn?
21   A    Oh, excuse me.  Sorry.  I thought this
22 email -- sorry, I just saw JFlynn064.  Joe Flynn.
23 Sorry, I thought this was in relation to Jack
24 Flynn.
25         As far as I can recall, Joe Flynn I

74 (Pages 290 - 293)

Page 294

1 believe had shared some -- had shared QAnon
2 iconography or slogans on social media.
3    Q    Can you identify any today?
4        MS. BOLGER:  Object to the form.
5        THE WITNESS:  Not to my
6    recollection.
7 BY MR. BISS:
8    Q    Can you identify the date or the
9 substance?  Anything about these so-called social
10 media posts?
11        MS. BOLGER:  Objection to form.
12        THE WITNESS:  He was, of course,
13    in the QAnon pledge video.
14 BY MR. BISS:
15    Q    I know about that, but I'm talking
16 about the social media posts.
17    A    I can't recall.
18    Q    In any case, Joe Flynn very
19 clearly states, "I am not a Q follower"; do you
20 see that?
21    A    I see that, yes.
22    Q    Had you bothered to call Joe Flynn, do
23 you think that he would have told you anything
24 different?
25        MS. BOLGER:  Object to the form.

Page 295

1    Joe Flynn is not a plaintiff here.
2        You can answer it.
3        THE WITNESS:  We had the statement
4    from Sidney Powell.
5 BY MR. BISS:
6    Q    Anything else?
7    A    About?
8    Q    About Joe Flynn.  Do you think Joe
9 Flynn would have told you -- if you bothered to
10 call him, do you think Joe Flynn would have
11 admitted that he was a QAnon follower after
12 stating in writing, quote, "I am not a Q
13 follower"?
14        MS. BOLGER:  Object to the form.
15    You have the timeline completely wrong.
16        Go ahead.
17        THE WITNESS:  We didn't call him a
18    QAnon follower.
19 BY MR. BISS:
20    Q    In September of 2020 he says, "I am
21 not a Q follower."  How much clearer does it have
22 to be for CNN?  "I am not a Q follower.  I am not
23 a Q follower.  I am not a Q follower."  How much
24 clearer does it have to be before CNN says, "Joe
25 Flynn is not a Q follower"?

Page 296

1        MS. BOLGER:  I mean, they could
2    have said it to CNN, which there's no
3    evidence they did.
4 BY MR. BISS:
5    Q    And a reporter could have called for a
6 comment, right, Mr. O'Sullivan?  You could have
7 called Joe Flynn?
8    A    We didn't call him a QAnon follower in
9 my report.
10    Q    You could have called Joe Flynn, but
11 you chose not to; right?
12    A    We didn't call him a QAnon follower in
13 our report.
14    Q    You chose not to call Joe Flynn in
15 connection with the February 4, 2021 report;
16 isn't that true?
17    A    We didn't call him a QAnon follower.
18        MR. BISS:  Would you mark that
19    place in the transcript.  Thank you.
20        (Exhibit 46 was marked.)
21 BY MR. BISS:
22    Q    I'll show you a document marked as
23 Exhibit 46.  This is a one-page text message,
24 chain of a text message communication between Joe
25 Flynn and somebody by the name of Tracy Beanz or

Page 297

1 Tracy Diaz.
2        Did you see this report before today?
3    A    No.
4    Q    So you see in the text message chain
5 where Tracy Beanz says, "Fantastic.  I'm working
6 on the plan.  Trust it."  Do you see the emoji
7 there?
8    A    Uh-huh.
9    Q    It's that same emoji, the laughing
10 emoji till you cry.
11        "I am excited."
12        Joe Flynn tweets back, "WWG1WGA,"
13 American flag, thumbs up, the muscles thing,
14 American flag.  Then he has two emojis, two
15 laughing till you cry emojis.
16        Then Tracy Beanz writes back, "I think
17 that's pronounced "bwahahaha."
18        Do you see that?
19    A    Yes.
20    Q    Were you aware that Joe Flynn and
21 Tracy Beanz were mocking QAnon?
22        MS. BOLGER:  Objection to form.
23    That misstates the document.
24        MR. BISS:  You really think that
25    misstates the document?

75 (Pages 294 - 297)

HIGHLY CONFIDENTIAL

Page 298

1  BY MR. BISS:
2      Q    Do you have any evidence that would
3  show, Mr. O'Sullivan, that Joe Flynn and/or Tracy
4  Beanz ever subscribed to the "trust the plan"
5  part of the QAnon belief system?
6      A    I'm only seeing one segment of the
7  conversation here.
8          (Exhibit 47 was marked.)
9      Q    I'll show you a document I've marked
10 as Exhibit 47.  This is a document that was
11 produced in discovery by Lori Flynn.  It's a
12 message of some kind, I believe on Facebook or
13 Instagram, of a message between Lori Flynn and
14 Valerie Flynn.  It's dated June 30, 2020.  It
15 says, "Take the oath!  Pass it on!"
16         Do you see that?
17     A    Yes.
18     Q    Have you ever seen this document
19 before today?
20     A    No.
21     Q    Do you believe that this document
22 evidences an adherence by Lori Flynn to the QAnon
23 belief system?
24         MS. BOLGER:  For the record, the
25     witness said he's never seen the document

Page 299

1      before.  He has no context.
2              You can answer the question if you
3      can.
4              THE WITNESS:  Yeah, I mean, I
5      don't see the further context of this.  I
6      would just obviously note this message seems
7      to be about six days after the Q persona
8      told people to take an oath and a few days
9      before Lori and Valerie Flynn appeared in a
10     video taking an oath that includes the QAnon
11     slogan.
12 BY MR. BISS:
13     Q    I think I asked you this before, but
14 just to be clear, you don't have any evidence
15 that Lori Flynn saw that Q drop, do you?
16         MS. BOLGER:  Object to the form.
17         THE WITNESS:  All I know is that
18     she appeared in a video taking the QAnon
19     oath and also sent this message six days
20     after.
21 BY MR. BISS:
22     Q    The answer is --
23         MS. BOLGER:  Let him answer.
24 BY MR. BISS:
25     Q    The answer is you don't have any

Page 300

1  evidence; right?
2          MS. BOLGER:  Object to form.
3          THE WITNESS:  I said the
4      information I have.
5  BY MR. BISS:
6      Q    The only information you have is she
7  appeared in the video ten days after this Q drop,
8  but you have no evidence that she ever saw the Q
9  drop?
10         MS. BOLGER:  Object to the form.
11         THE WITNESS:  As I said, she's in
12     the video and also sent this message about
13     an oath.
14 BY MR. BISS:
15     Q    Do you have any evidence that she saw
16 the Q drop?  What's so hard about answering that
17 question?
18         MS. BOLGER:  Objection to form.
19     Asked and answered.
20         You can answer it again.
21 BY MR. BISS:
22     Q    Do you have any evidence that she ever
23 saw the Q drop; yes or no?
24         MS. BOLGER:  Object to the form.
25         THE WITNESS:  Again, we didn't

Page 301

1      call her a QAnon follower, but she is in the
2      QAnon video.
3          MR. BISS:  Can you please mark
4      that portion of the transcript.
5  BY MR. BISS:
6      Q    Do you have any evidence that Valerie
7  Flynn ever saw the Q drop?
8      A    Again, she's in the QAnon pledge video
9  and is part of this conversation that you've
10 shown me, which came just a few days after the Q
11 post about taking an oath.
12     Q    I take it you're just not going to
13 answer whether you have any evidence if Valerie
14 Flynn saw the Q drop?
15         MS. BOLGER:  That's not a proper
16     question.
17         MR. BISS:  It's totally a proper
18     question.  Can you mark that place as well.
19         MS. BOLGER:  The witness didn't
20     refuse to answer it.  You can't mark it.
21         MR. BISS:  Of course he refused.
22         MS. BOLGER:  No, he didn't.
23         MR. BISS:  And you're subordinate.
24         MS. BOLGER:  He can answer that
25     question, that crazy, improper question I

Page 302

1    was objecting to, which was, I think, are
2    you going to keep saying the same thing over
3    and over, but I don't know.
4  BY MR. BISS:
5    Q   I've handed you a document.  I'm not
6  wasting --
7           MS. BOLGER:  Steve, do you want an
8    answer to the question?
9           MR. BISS:  I'm going to the court.
10   I'm not wasting my time with you anymore.
11          MS. BOLGER:  The witness will
12   answer the question.
13          MR. BISS:  I'm sorry, Kate, I've
14   asked it too many times, and you have
15   facilitated this.
16          (Exhibit 48 was marked.)
17  BY MR. BISS:
18   Q   Exhibit 48 I've handed to you.  Have
19  you ever seen this document before today?
20          MS. BOLGER:  Can I have a copy of
21   it, please?
22          And don't answer a question 'til I
23   see it.  Thank you.
24          THE WITNESS:  No, I don't think
25   so.

Page 303

1  BY MR. BISS:
2    Q   Okay.  This is a document that was
3  produced from Lori Flynn and Jack Flynn's
4  Instagram account and it refers to a YouTube
5  video.  The YouTube video was published by
6  somebody by the name John Stubbins.  It's an
7  interview with Lara Logan dated March 12 of 2021.
8          Have you ever seen that YouTube video?
9    A   I don't think so.
10   Q   Do you know who Lara Logan is?
11   A   I'm familiar, yes.
12   Q   And were you aware that she saw your
13  report on the Flynns?
14   A   I don't think so.
15   Q   Do you have an opinion as to Lara
16  Logan's reputation for truthfulness and veracity
17  in the community in which she lives and works?
18          MS. BOLGER:  Objection, form.
19          THE WITNESS:  No.
20  BY MR. BISS:
21   Q   You're obviously aware of her
22  accomplishments in the area of journalism;
23  correct?
24          MS. BOLGER:  Object to the form.
25          THE WITNESS:  I don't know a lot

Page 304

1    about her.  I think she got fired by Fox
2    News recently, or Fox.
3  BY MR. BISS:
4    Q   You're aware that she used to work for
5  CBS News a long time, 60 Minutes?  You're aware
6  of that?
7           MS. BOLGER:  Objection to form.
8           THE WITNESS:  I couldn't say that
9    for certain, but I trust you.
10  BY MR. BISS:
11   Q   All you recall is the bad things.
12  That's all you recall?  Consistent with your
13  behavior during this deposition.
14          MS. BOLGER:  Hey, Mr. Biss, watch
15   it.
16  BY MR. BISS:
17   Q   That's all you remember; right?
18          MS. BOLGER:  This is not an
19   ad hominem attack.  This is not an excuse
20   for you to beat up on the witness.
21          MR. BISS:  We're up to 49.
22          (Exhibit 49 was marked.)
23  BY MR. BISS:
24   Q   Mr. O'Sullivan, I hand you a document
25  that I've marked as Exhibit 49.  This is

Page 305

1  represented to be personal messages between Donie
2  O'Sullivan and Kelly Bourdet.
3          Have you ever seen -- well, who's
4  Kelly Bourdet?
5    A   She was an editor at CNN.
6    Q   And she was an editor -- was she one
7  of your editors on -- back in October of 2020?
8    A   She would sometimes edit my stories,
9  yeah.
10   Q   These are personal messages that you
11  sent?  How did you send these to her?  What
12  system or platform?
13   A   This looks like Slack.
14          MR. BISS:  Can I just represent
15   it's called personal message because that's
16   the channel.  The channel is messages
17   between Sullivan and Bourdet.
18  BY MR. BISS:
19   Q   Mr. O'Sullivan, I'd rather hear it
20  from you than your counsel.  Do you agree with
21  what she just said?
22   A   This conversation would be direct
23  messages between Kelly and I.
24          MS. BOLGER:  On Slack.
25          THE WITNESS:  On Slack.

77 (Pages 302 - 305)

HIGHLY CONFIDENTIAL

Page 306

1 BY MR. BISS:
2    Q    What is Slack?
3    A    Slack is a workplace messaging
4 service.
5    Q    Is it like an app on your phone?
6    A    App on your phone.  Also on the
7 laptop.  Some people use it instead of email.
8    Q    Fair enough.  Is it something that's
9 monitored by CNN or is it outside of CNN?
10    A    It's within CNN.
11    Q    So there's like a permanent record of
12 it?
13    A    I don't know how the recordkeeping
14 works with Slack.
15         MS. BOLGER:  Steven, I was trying
16    to tell you it was a CNN document, not a
17    personal document.
18 BY MR. BISS:
19    Q    Did you send these messages to
20 Ms. Bourdet, and by the same token did you
21 receive them from her, on or about the dates
22 indicated on the document?
23         MS. BOLGER:  Objection.
24         THE WITNESS:  I believe so, yes.
25

Page 307

1 BY MR. BISS:
2    Q    You indicate here -- turn to page CNN
3 1109.  You indicate here that you felt like the
4 opportunity to go to the Q Con Live conference
5 was a chance to confront Watkins.  What did you
6 mean by that?
7         MS. BOLGER:  Object to the form.
8         You can answer.
9         THE WITNESS:  I heard that -- I
10    think this would have been a reference to
11    Jim Watkins, who runs 8kun, which is a home
12    to -- was a home to Q, and he hadn't been --
13    if I recall correctly -- seen publicly for
14    quite some time.  So I initially thought it
15    might be an opportunity to try to interview
16    him.
17 BY MR. BISS:
18    Q    When you said "confront him," what did
19 you mean by "confront"?
20    A    To ask him, you know, is he involved
21 in QAnon.
22    Q    Turn to the last page of the exhibit.
23 The very last -- what do you call these things,
24 messages?
25    A    Yeah.

Page 308

1    Q    The very last message reads, "Well,
2 not without blowing my cover.  The fact I was
3 wearing a mask was a bit of a red flag, but yeah
4 tons of interesting stuff.  I have some notes
5 from it that I will share around later."
6         Do you still have those notes?
7    A    Yes, and I believe they were produced.
8    Q    Are they handwritten notes or what
9 form are they in?
10    A    Notes on the iPhone app.  On the
11 iPhone notes app.
12         (Exhibit 50 was marked.)
13    Q    I've handed you a document produced in
14 discovery by CNN.  What are these?
15         MS. BOLGER:  Take a look at the
16    whole exhibit.  Make sure you know.
17         THE WITNESS:  So these look to be
18    text messages between Philippa Holland and
19    I.
20 BY MR. BISS:
21    Q    Who is Philippa Holland?
22    A    She is a producer on -- was a producer
23 at the time on CNN tonight.
24    Q    All right.  And what was the purpose
25 of these text messages?

Page 309

1         MS. BOLGER:  Object to the form.
2         THE WITNESS:  She and I would text
3    about stories occasionally, and I would
4    appear on that show quite a bit.  And so
5    when I came up with this story idea she was
6    kind of the person I thought I should pitch
7    it to.
8 BY MR. BISS:
9    Q    The first date on this documents is
10 February 1.  Is that the date you first came up
11 with this story?
12    A    I can't say for certain.
13    Q    Okay.  First page, CNN 1007, you write
14 in the text message, "I wrote a bit about it at
15 the time."
16         Is it your testimony that you wrote
17 about the Q Con Live conference or the matters
18 that were discussed at the Q Con Live conference
19 back in October of 2020?
20    A    Yeah.  There was an article published
21 on CNN.com.
22    Q    What prompted this idea?  What caused
23 you to have the idea of writing this script,
24 producing this piece in February of 2021?
25    A    It was just a lot of -- I think a lot

78 (Pages 306 - 309)

HIGHLY CONFIDENTIAL

Page 310

1 of people wanted to better understand how online
2 conspiracy theories have played into what had
3 happened a few weeks earlier at the Capitol.  As
4 I was just thinking back over things, I thought
5 that the Q Con event was relevant.
6    Q    So turn to the next page, 1071.
7         You write, "Could be a good live
8 segment or even a PKG."  See that?
9    A    Yeah.
10   Q    What's a PKG?
11   A    That is shorthand for TV package,
12 which is what eventually this piece turned in to
13 be, like a three-minute package.
14   Q    You write a little further below,
15 quote, "Will email ya some stuff later."
16        Did you send that email?
17   A    I don't recall.  I'm not sure.
18   Q    Fair enough.  The next bubble she
19 uses -- she says, "Oh wow, Donie," and she goes
20 on, but she uses the letters EP in there.
21   A    Yeah.
22   Q    Executive producer?  Or do you know
23 what she's referring to?
24   A    Yeah, I think that's fair to say.  It
25 refers to the show's executive producer.

Page 311

1    Q    Okay.  Turn ahead to 1076.  This is an
2 email -- a text message dated February 1, 2021.
3         If you turn to the next Page, 1077,
4 you'll get the full context of it.  You begin by
5 saying, "Hope that was okay."  Do you see that?
6 For some reason the lawyers have redacted that
7 language as being nonresponsive, but it was
8 captured on 1077.
9         My question to you is if you go down a
10 little further in your text message, you write,
11 "Might take a few days to put together, but think
12 it might be a good one to do before impeachment
13 trial as it shows how much Q followers look to
14 Trump."
15        Do you see that?
16   A    Uh-huh.
17   Q    And that was -- was that the purpose
18 of this package, this TV package, was to get a
19 piece out there about Trump and QAnon before the
20 impeachment trial?
21        MS. BOLGER:  Object to the form.
22 BY MR. BISS:
23   Q    Was that your purpose?
24   A    No.  I mean, as far as I can recall, I
25 came up with the idea, and then oftentimes as we

Page 312

1 are discussing stories, you know, we look at what
2 is happening in the news that week and see, you
3 know, if it's relevant in some way to what's
4 happening, to basically establish more of a news
5 hook, is what they kind of call it.  So, yeah,
6 this was kind of an afterthought.
7    Q    When did you decide, when did you make
8 the decision to embroil the Flynns in this story?
9         MS. BOLGER:  Object to the form.
10        THE WITNESS:  The inclusion of the
11    Flynns in my story was important because it
12    showed -- demonstrated how prominent figures
13    like Michael Flynn and Trump had publicly
14    flirted with QAnon.
15 BY MR. BISS:
16   Q    Why did you have to involve Jack
17 Flynn, Leslie Flynn, Valerie Flynn and Lori
18 Flynn?
19   A    They were in the video that was
20 publicly posted by Michael Flynn.
21   Q    Was that the only reason you had to
22 involve them?
23        MS. BOLGER:  Object to the form.
24        THE WITNESS:  They were in the
25    video and it was widely reported.

Page 313

1 BY MR. BISS:
2    Q    Why did you have to include their
3 images?  Why couldn't you have redacted their
4 images out?
5         MS. BOLGER:  Object to the form.
6    Asked and answered.
7         THE WITNESS:  They were in the
8    video that the Flynns themselves publicly
9    posted.
10 BY MR. BISS:
11   Q    And you agree that you could have
12 redacted them out of the clip that you showed in
13 the report?  You could have done that; right?
14        MS. BOLGER:  Object to the form.
15        THE WITNESS:  The video had been
16    shared widely across social media by then.
17 BY MR. BISS:
18   Q    When you created that clip that you
19 used in your report, you could have redacted the
20 video down to just show General Flynn?  You could
21 have done that; right?
22        MS. BOLGER:  Objection.  Asked and
23    answered.
24        THE WITNESS:  We took the video
25    from the Flynn social media.

79 (Pages 310 - 313)

HIGHLY CONFIDENTIAL

Page 314

1           MR. BISS:  Mark that portion of
2    the transcript.  Thank you.
3 BY MR. BISS:
4    Q    Turn to 1078.  You write to
5 Ms. Holland, quote, "Emailed ya the QAnon thing.
6 Zero rush but might be something good for Thur,
7 Fri or Mon."
8           Do you see that?
9    A    Uh-huh.
10    Q    Did you send that email on February 2
11 to Ms. Holland?
12    A    I assume so, if I said that.
13    Q    Did there come a point in time when
14 Ms. Holland responded to you to indicate that
15 they had approved you going forward with this
16 television package?
17    A    That must have happened, yeah.
18 Sometimes -- yeah.
19    Q    Take a look at 1083 and 1084.  This is
20 the tweet that we looked at earlier.
21    A    Yes.
22    Q    February 4 tweet, says 9:16 p.m.
23          Does that refresh your recollection as
24 to when you posted the tweet or when you tweeted
25 it?

Page 315

1           MS. BOLGER:  Object to the form.
2           THE WITNESS:  I couldn't tell you
3    the exact time, but the time would be on the
4    tweet.
5 BY MR. BISS:
6    Q    Okay.  And what was the purpose of you
7 sending the tweet by text message to Ms. Holland?
8    A    A joke.  Joking with Holland, who's
9 also a friend, where I say, "Obviously this tweet
10 will send ratings skyrocketing."
11    Q    So you have a very strange sense of
12 humor.  You wrote to her on February 4 at
13 9:16 p.m. and included with this tweet, quote,
14 "Obviously this will tweet will send ratings
15 skyrocketing"?
16    A    Yes.
17    Q    You're now -- it's now your testimony
18 that you -- that was just a joke?
19    A    Yes.  I don't think my Twitter account
20 has that sway, unfortunately.
21    Q    And she wrote back?
22    A    "Huge."
23    Q    "Huge" with two exclamation points.
24 "Love it" two exclamation points.
25    A    Also, the way she wrote "huge" there

Page 316

1 is -- it's clear it's just a bit of fun.
2    Q    All right.  So just a bit of fun.
3 It's just a joke; right?
4    A    My text about this tweet will send
5 ratings skyrocketing?
6    Q    Yeah.
7    A    Yes.
8    Q    Because you knew -- coming into this
9 deposition, you knew that if you had -- if you
10 had produced this report with the idea of sending
11 your ratings skyrocketing, that would look really
12 bad for you?
13           MS. BOLGER:  Objection to form.
14 BY MR. BISS:
15    Q    That would make you look kind of
16 malicious, that you published all this stuff
17 about the Flynns just to get your ratings up?
18           MS. BOLGER:  Object to the form.
19           THE WITNESS:  Yeah.  I mean,
20    that's -- that's not the way I do my
21    reports.
22 BY MR. BISS:
23    Q    Even though it says here, "Obviously
24 this tweet will send ratings skyrocketing," it's
25 your testimony that you did not produce this

Page 317

1 report to increase CNN's ratings?
2    A    Correct.
3    Q    The scandalous report about the Flynns
4 and QAnon, it was not your intent to increase
5 ratings with these allegations that the Flynns
6 were part of a violent domestic insurrectionist
7 group?
8           MS. BOLGER:  Object to form.
9    Because you keep adding adjectives doesn't
10    mean you've already asked and answered it.
11           MR. BISS:  You've used the most --
12           MS. BOLGER:  You can answer it.
13           Let him answer it.
14           THE WITNESS:  I reject that
15    characterization of the piece, but
16    fortunately for me, my time at CNN, you
17    know, they allowed me to do the stories that
18    I think are important, and ratings and
19    things don't come into it at my level.
20 BY MR. BISS:
21    Q    Now you know how to use emojis if
22 you're just kidding or joking around.  You
23 doesn't use any emojis in your tweet to say that
24 you're joking?
25    A    I don't always.

80 (Pages 314 - 317)

Page 318

1    Q    What was the first time you ever
2  mentioned to somebody you're just kidding around?
3  Just joking?
4        MS. BOLGER:  What?
5  BY MR. BISS:
6    Q    When was the first time you mentioned
7  to anybody that you were just joking around here
8  in your tweet?
9        MS. BOLGER:  I don't understand
10       the question.
11       You can answer it only if you do.
12       THE WITNESS:  With that text
13       message?
14  BY MR. BISS:
15   Q    Yeah.
16   A    It's obvious by the way it's written.
17   Q    When did you mention it to anybody
18  that you were just joking around?
19   A    I don't understand what you're -- I
20  mean, clearly --
21   Q    It's a simple question.  What is it
22  that you don't understand?
23       MS. BOLGER:  Hey, watch it.
24  That's the last time you get to talk to him
25  that way.  I'll pull the plug right now if

Page 319

1  you don't talk nice.
2        MR. BISS:  You can do whatever you
3  want to do.
4        MS. BOLGER:  Talk nice.
5        MR. BISS:  We're going to do court
6  anyway, so you can make whatever record you
7  want to make.
8  BY MR. BISS:
9    Q    When was the first time you ever
10  mentioned to anyone that you were just joking
11  around?
12       MS. BOLGER:  Object to the form of
13       the question.
14       THE WITNESS:  I mean, I think it's
15       clear in the text message that it's a joke.
16  BY MR. BISS:
17   Q    And you would agree with me that you
18  don't mention there's any joke here?  You don't
19  mention it as being a joke in the text message?
20       MS. BOLGER:  Object to the form.
21       THE WITNESS:  Sometimes when you
22       have to explain the joke it takes the good
23       out of it.
24  BY MR. BISS:
25   Q    Sometimes it's not a joke.  Sometimes

Page 320

1  it's something that you made up for litigation
2  purposes.  Sometimes.  Isn't that what you've
3  done?
4    A    Absolutely not.
5    Q    You've realized this is an Achilles
6  heel for you, and you have concocted the idea now
7  that it's a joke.
8        MS. BOLGER:  Donie, you can answer
9        it.
10       THE WITNESS:  That's just false.
11  BY MR. BISS:
12   Q    Okay.
13       MS. BOLGER:  Also, don't accuse my
14       witness of lying.
15       (Exhibit 51 was marked.)
16  BY MR. BISS:
17   Q    Mr. O'Sullivan, I've handed you a copy
18  of a document, sir.  This is an email from Donie
19  O'Sullivan to Philippa Holland, dated February 2,
20  2021.  Did you prepare and send this email to
21  Ms. Holland on February 2, 2021?
22   A    I believe so, yes.
23   Q    Is the content of the email truthful
24  and accurate?
25   A    I believe so, yes.

Page 321

1    Q    All right.  If you look down towards
2  the end, it says, "Here's a sample of what we
3  have.  I clipped the stuff myself so excuse the
4  shittiness of it."
5        Do you see that?
6    A    Yes.
7    Q    All of the clips including the
8  truncated clip of the Flynn family, are you the
9  one who created all those truncated clips?
10       MS. BOLGER:  Object to the form.
11       THE WITNESS:  I would just point
12       out my inclusion of the word "shittiness"
13       here -- I don't know if that's the correct
14       spelling of it -- would also just point to
15       the relationship -- the good relationship I
16       had with -- I call her Flip Holland, which
17       will again underline the point that we have
18       a good relationship and can joke with each
19       other.
20       This was --
21  BY MR. BISS:
22   Q    Thanks for all that.  Appreciate it.
23       MS. BOLGER:  Keep going, Donie.
24  BY MR. BISS:
25   Q    Do you remember my question?

81 (Pages 318 - 321)

HIGHLY CONFIDENTIAL

Page 322

1   A   Yes.  These were -- yes.  These were,
2   you know, memorable moments from the QAnon
3   convention.
4   Q   Did you create the clip of the Flynn
5   family?
6       MS. BOLGER:  Object to the form.
7       THE WITNESS:  I scripted it.
8   BY MR. BISS:
9   Q   Did you create it on your computer?
10  Two-second clip.  You obviously deleted the vast
11  majority of the video, the Twitter video?
12  A   No.  I wouldn't have clipped that.
13  Q   Who did?
14  A   The editor on the story, but they
15  would have been following my instructions in
16  terms of I scripted it and got it approved
17  through the processes.
18  Q   It would have been Ashley Van Sant or
19  Tiffany -- I can't remember her last name.
20  A   I don't know who the actual editor --
21  Ashley is a package producer, so she wouldn't
22  normally -- it's the person sitting in the edit
23  bay would be doing that.
24  Q   Who was that, Lee Burack.
25  A   I think he was the person on this

Page 323

1   piece, yeah.
2   Q   We'll look at a couple of documents
3   here in a second.  Maybe that will refresh your
4   recollection.
5       I'll show you Exhibit 52.  This is an
6   email from yourself to Richard Davis.
7       MS. BOLGER:  You have about 15
8   minutes left of time.
9       MR. BISS:  Not with all your
10  breaks we don't.
11      MS. BOLGER:  Yes, we do.
12      MR. BISS:  What's your total?
13      (Whereupon there was a discussion
14  off the record.)
15      (Whereupon there was a brief
16  recess from 6:15 p.m. until 6:26 p.m.)
17      (Exhibit 52 was marked.)
18  BY MR. BISS:
19  Q   I've handed you a document that I've
20  marked as Exhibit 52.  This is an email chain.
21  The first email is from Donie O'Sullivan to
22  Richard Davis and Philippa Holland.
23      Have you ever seen this document
24  before?
25  A   Yep.

Page 324

1   Q   Did you prepare that email on
2   February 2, 2021 and send it to Mr. Davis and
3   Ms. Holland?
4   A   I think so, yes.
5   Q   Who is Richard Davis?
6   A   Richard Davis is the -- kind of in a
7   planning producer role, so with various pieces I
8   would do, he would help make sure other people in
9   the network know about it.
10  Q   Okay.  And you write to him, "I think
11  this piece will make some news.  It demonstrates
12  the Trump Q dynamic in a way that I don't think
13  has been shown before."
14      Do you see that?
15  A   Uh-huh.
16      MS. BOLGER:  Say yes or no.
17      THE WITNESS:  Yes.
18  BY MR. BISS:
19  Q   At this point in time had you decided
20  to use a clip of the Flynn family in the report?
21  A   I don't know.
22      (Exhibit 53 was marked.)
23  Q   I'll show you a document I've marked
24  as Exhibit 53.  It's an email chain including
25  emails from yourself to Richard Davis, Philippa

Page 325

1   Holland, Amanda Hobor, Ashley Van Sant.  The
2   email that I'm going to refer you to is the
3   middle of the first page, it's an email that you
4   sent February 3, 2021.
5       Did you prepare and send that email on
6   that date to those recipients?
7   A   I would think so, yes.
8   Q   And you write -- among other things,
9   you write, "I am going to do a first pass on the
10  script tonight.  Get the triad going, et cetera,
11  and we can be ready for edit tomorrow p.m."
12      Do you see that?
13  A   Yes.
14  Q   What is triad?
15  A   Triad is made up at CNN of fact
16  checking group called the row, because they sit
17  in a row.  Standards, kind of look at the ethical
18  sides of the story and make sure they comply with
19  CNN standards, and it also includes legal.
20  Q   Who was -- who are the persons
21  involved in fact checking?
22  A   That would be the row and in this
23  case, Fuzz Hogan is the person from the row.
24  Q   Standards, who was the person involved
25  in reviewing this piece from standards?

Page 326

1    A    Emma Lacey-Bordeaux.
2    Q    And legal?
3         MS. BOLGER:  You can say who it
4    was.
5         THE WITNESS:  Steve Keel.
6 BY MR. BISS:
7    Q    And all those folks were involved
8 in -- under this concept of Triad?
9    A    Yes.
10   Q    And what does the triad do?  What --
11 succinctly, what's its function?
12   A    I guess overall it ensures that
13 stories comply with CNN standards, that they're
14 accurate.  And -- yeah, and those three people --
15 people I worked with over long term, so they
16 would work on a lot of my stories.
17   Q    Do you know whether any member of
18 triad ever contacted the Flynn family to fact
19 check the story or verify its accuracy?
20        MS. BOLGER:  I'm going to object
21   to the extent that question calls for
22   attorney-client communication.
23        Don't answer anything with
24   Mr. Keel, otherwise you can answer the
25   question.

Page 327

1 BY MR. BISS:
2    Q    I'm not looking for your
3 communications with Mr. Keel.  I want to know if
4 any member of the triad contacted the Flynns --
5    A    I don't know.
6    Q    -- to fact check or verify the
7 accuracy of the story.
8    A    I don't know.
9    Q    Have you ever seen any documents in
10 which any member of the triad made any effort to
11 contact the Flynns?
12   A    I don't think so.
13        (Exhibit 54 was marked.)
14   Q    I'll show you a document that I have
15 marked as Exhibit 54.  This is an email from
16 Philippa Holland to CNN Tonight's staff.  Subject
17 is Donie Final Script.  It was produced in
18 discovery by CNN.
19        I just want to ask you about some of
20 the phraseology of the document.  This is a copy
21 of your final script for the February 4, 2021
22 report; correct?
23   A    I believe so, yes.
24   Q    What is -- we talked about PKG.  What
25 is SOT?

Page 328

1    A    Yeah.  PKG is TV package.
2    Q    What's SOT?
3    A    SOT is sound on tape.  A sound bite,
4 basically.
5    Q    What are the numbers under SOT?  What
6 do they signify?
7    A    They would be the numbers immediately
8 under -- 168, for instance, that is like the
9 internal CNN ID for video clip.  So video clips
10 in the CNN internal system have individual
11 numbers.
12   Q    You'll see that there is some
13 consistency between the first two SOTs.  That
14 means they would come from the same video clip;
15 correct?
16        MS. BOLGER:  Object to the form.
17        THE WITNESS:  Yes.
18 BY MR. BISS:
19   Q    What is TC?
20   A    TC stands for time code.  So the time
21 code within the clip.
22   Q    Take a look -- what's track?
23   A    Track is like the voiceover from the
24 correspondents.  So me in this case.
25   Q    N-A-T-S, NATS, if you will?

Page 329

1    A    That sounds like natural sounds.  It's
2 not necessarily a sound bite.  It can be, you
3 know, somebody booing or jeering or in this case
4 people -- in this case, people kind of chanting,
5 I think.
6    Q    Then the last two on this page,
7 track/vid?
8    A    So that would be track, meaning I'm
9 going to voice it over.  And the vid I think is
10 like an instruction to the editor, saying,
11 "Here's exactly the video you should use while
12 Donie," me, voices that over.
13        (Exhibit 55 was marked.)
14   Q    I'll show you a document I've marked
15 as Exhibit 55.  This is an email from Richard
16 Davis to CNN, Domestic Alert.  Do you know what
17 this -- what the purpose of this email was?
18   A    This would be to send out the
19 completed story internally within the network.
20   Q    There was one mistake that Mr. Davis
21 caught, and that is if you turn to the second
22 page, CNN 664 at the top there, somebody had
23 struck through the word "one" and added "two."  I
24 didn't see any others in this document.  But were
25 you aware that he had caught a mistake of some

83 (Pages 326 - 329)

Page 330

1 kind?
2         MS. BOLGER:  Object to the form.
3    I'm not sure he caught it, but go ahead.
4         THE WITNESS:  I wasn't -- I can't
5    recall.
6 BY MR. BISS:
7    Q    Were you aware that somebody caught
8 the one versus two?
9    A    I don't recall.
10    Q    Now Mr. Davis writes here, the subject
11 matter of the email is CNN Goes Inside a
12 Gathering of QAnon Supporters, as opposed to
13 followers.  Do you have any idea why Mr. Davis
14 used the word "supporters" versus "followers"?
15         MS. BOLGER:  Object to the form.
16         THE WITNESS:  No.
17         (Exhibit 56 was marked.)
18 BY MR. BISS:
19    Q    I'll show you a document I've marked
20 as Exhibit 56.  This is an email chain.  First
21 email is from Lee Burack -- I hope I'm
22 pronouncing that right -- to Ashley Van Sant and
23 Tiffany Anthony.  Subject matter is Donie's
24 Script for Tonight.
25         Who is Lee Burack?

Page 331

1    A    I don't believe I ever met them, but I
2 think they were likely the editor on this piece.
3    Q    Did you interact with him in
4 connection with the production of the report?
5    A    I'm seeing there are some emails
6 between he and I, yes.
7    Q    In the body of his email, on CNN 134
8 he writes, quote, "By the way, I pulled some
9 Trump with Flynn file if we want to do something
10 like that to set up the Michael Flynn NAT?
11    A    Yes.
12    Q    What is the Michael Flynn NAT?
13    A    The Michael Flynn NAT would be the
14 video of Michael Flynn saying "Where we go one,
15 we go all."
16    Q    Does this suggest to you that
17 Mr. Burack was the person who created that
18 truncated clip?
19         MS. BOLGER:  Object to the form.
20    I don't think that's what that says.
21         THE WITNESS:  I think he would
22    have been, to the best of my knowledge,
23    probably the person who physically put it
24    together based off my script.
25

Page 332

1 BY MR. BISS:
2    Q    Did you instruct him to cut it in the
3 manner in which it finally appeared in the
4 published report on February 4, 2021?  Did you
5 tell him what to cut and what to keep?
6         MS. BOLGER:  Object to the form.
7         THE WITNESS:  I scripted as such.
8    That would be in the script.
9 BY MR. BISS:
10    Q    You told him "Where we go one, we go
11 all," you told Burack to do that, and Burack
12 used the technology whatever way he needed to to
13 cut the clip just to show "Where we go one, we go
14 all"?
15         MS. BOLGER:  Objection to form.  I
16    think he said -- Donie said he wasn't sure
17    it was Mr. Burack, but he thinks it was.
18    Let's make sure we keep that consistent.
19         THE WITNESS:  Whoever cut us would
20    have been doing it exactly based off the
21    script here, which is how I outlined it.
22 BY MR. BISS:
23    Q    Okay.  So taking a look at your final
24 script, where does the truncated clip up here in
25 the Donie final script?  Can you just identify

Page 333

1 that?
2    A    If you go to the second page, and it
3 says third kind of paragraph down, "'Where we go
4 one, we go all,' an infamous QAnon slogan."  And
5 then it states there, "Twitter Flynn video."
6    Q    Which exhibit are you on?
7    A    Fifty-five.
8         MS. BOLGER:  Page 135.
9 BY MR. BISS:
10    Q    I'm looking at the final script.
11    A    Fifty-six, so on page -- sorry.  Yeah,
12 page 135, the top there.  "'Where we go one, we
13 go all,' infamous QAnon slogan."
14    Q    So it appears beneath the SOT
15 16262483.  "Twitter Flynn video"?
16    A    Yeah.
17    Q    TC00 "Where we go one, we go all,
18 where we go one, we go all."  So you would have
19 instructed Burack or whoever created that
20 truncated clip just to include "Where we go one,
21 we go all"?
22    A    Yes.
23         (Exhibit 57 was marked.)
24    Q    I'll show you a document, this is an
25 email from Lee Burack to Van Sant and Anthony.

HIGHLY CONFIDENTIAL

Page 334

1      Have you ever seen this document
2  before today?
3      A    No, I don't think so.
4           (Exhibit 58 was marked.)
5      Q    I'll show you a document marked as
6  Exhibit 58.  This is an email chain from Van Sant
7  and Burack and Anthony, another email that you're
8  involved in, dated February 4 of 2021.
9      Have you ever seen these documents
10  before today or this email chain before today?
11          MS. BOLGER:  There's a lot of
12     different components.
13  BY MR. BISS:
14     Q    Have you ever seen this email chain
15  before today?
16          MS. BOLGER:  Which portion do you
17     mean?
18          MR. BISS:  The whole email chain,
19     Kate.  You don't have to interfere with my
20     deposition.  It's almost over.
21          THE WITNESS:  I only saw some
22     emails.  I'm not sure if I saw this one.
23  BY MR. BISS:
24     Q    Ashley Van Sant is not a lawyer, is
25  she?

Page 335

1      A    Ashley is a producer.
2      Q    Lee Burack is not a lawyer, is he?
3      A    I don't believe so.
4      Q    Tiffany Anthony is not a lawyer?
5      A    I don't believe so.
6      Q    Do you know what was redacted as
7  privileged in this document?
8           MS. BOLGER:  Just for the record,
9     you can't answer that question because it
10    would be revealing privileged
11    communications.
12          And I would remind you, Steven,
13    that this is one of the documents that the
14    court reviewed and withheld the privilege
15    objection.
16          (Exhibit 59 was marked.)
17  BY MR. BISS:
18     Q    Mr. O'Sullivan, I show you a document
19  that I have marked as Exhibit 59.  It's an email
20  chain, an email from yourself to Steve Keel,
21  Lacey -- Emma Lacey-Bordeaux, Fuzz Hogan, and it
22  includes an email chain or email communication
23  between you and In The Matrix.
24     Do you see that?
25     A    Yes.

Page 336

1      Q    Other than In The Matrix, did you
2  reach out to any other source in connection with
3  the February 4, 2021 report?
4           MS. BOLGER:  Object to form.
5           THE WITNESS:  I spoke to Travis
6     Hughes, somebody who tracks QAnon.  If I
7     recall correctly, I think I may have reached
8     out to Alan Hostetter on his website.
9  BY MR. BISS:
10     Q    Why did you reach out to In The
11  Matrix?
12     A    Because he's featured substantially in
13  the story and is one of the people who's heard
14  throughout the story.
15     Q    General Flynn is also featured
16  prominently in the story.  Why didn't you reach
17  out to General Flynn?
18          MS. BOLGER:  Object to form.
19          THE WITNESS:  I don't think the
20     characterization of "featured" is one I
21     agree with.  We had seen Flynn's statements
22     through previous reporting.
23  BY MR. BISS:
24     Q    In The Matrix isn't even mentioned in
25  the report.

Page 337

1      A    He's shown speaking in it.
2           (Exhibit 60 was marked.)
3      Q    Second-to-last exhibit, I'm not going
4  to ask you a lot about this document.
5           MS. BOLGER:  Could you tell me
6     what it is?
7  BY MR. BISS:
8      Q    Mr. O'Sullivan, I've handed you a copy
9  of the CNN News Standards and Practices Policy
10  Guide.  It's Bates stamped CNN 1911 through 2000.
11     Have you ever seen this document
12  before?
13     A    I have, yes.
14     Q    As Mr. Zucker indicates in his letter,
15  you have to review this and certify that you have
16  reviewed it; correct?
17          MS. BOLGER:  Why don't you point
18     the witness to what you're talking about.
19          MR. BISS:  No.
20          MS. BOLGER:  How can he know what
21     you're saying is right?
22  BY MR. BISS:
23     Q    You're aware that you have to certify
24  that you have read the document; correct?  You're
25  aware of that?

85 (Pages 334 - 337)



Page 338

1    A    Yes, I think it's once a year or so.
2    Q    If you turn to CNN 1919.
3    A    Yes.
4    Q    "Reading this guide" -- this is
5    Mr. Zucker.  "Reading this guide is mandatory for
6    every one of us, every CNN employee."
7         So you read the guide and you
8    certified that you read it; correct?
9    A    Yes.
10   Q    My question to you is if you look at
11   the Table of Contents, this is my only question.
12   What are the parts of the CNN standards that
13   applied to the February 4, 2021 report?  Which
14   aspects of it?
15   A    I mean, the way it works with the
16   standards -- I've read this, am aware of it.
17   Emma Lacey-Bordeaux, who is the standard
18   representative on the triad, is the person who
19   helps guide us through the process of, you know,
20   applying each story to this guide.
21   Q    Which portions of the guide, of the
22   standards, would apply to the report?
23        MS. BOLGER:  Objection; asked and
24   answered.
25

Page 339

25

Page 340

1 BY MR. BISS:
2    Q    Which parts of C?
3         MS. BOLGER:  Objection to form.
4         THE WITNESS:  I mean, I would have
5    to go through each section individually to
6    tell you for sure, but obviously writing,
7    fairness.
8 BY MR. BISS:
9    Q    Objectivity?
10   A    Yep.
11   Q    Photographs?
12   A    Yes.
13        (Exhibit 61 was marked.)

Page 341

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

HIGHLY CONFIDENTIAL



Page 342

21   Q    Okay.  Do you know of any other CNN
22   employee who published the report?  We talked
23   about the names of some CNN and ex-CNN employees.
24   Do you know of any particular CNN employees who
25   published the report?

Page 343

1    A    No, I don't think so.
2    Q    Okay.
3    A    Can I ask, we haven't discussed --
4         MS. BOLGER:  Don't.  Mr. Biss gets
5    to tell you and ask.
6    BY MR. BISS:
7    Q    I don't plan to discuss it with you.
8    A    Okay.
9         MR. BISS:  Thank you,
10   Mr. O'Sullivan.
11        MS. BOLGER:  For the record,
12   during the deposition we discussed some of
13   CNN's confidential documents, so I'm going
14   to designate the whole transcript as
15   confidential except for the last portion
16   which included this document, which I will
17   designate as highly confidential.  And I
18   have no questions.
19        MS FRIEDMAN:  Will you take a copy
20   of the transcript?
21
22
23
24
25   (CONTINUED ONTO THE NEXT PAGE FOR JURAT.)

Page 344

1         MS. BOLGER:  Yes, please.
2         (Time concluded:  6:52 p.m.)
3              *  *  *
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19   ------------------------
     DONIE O'SULLIVAN
20
     SUBSCRIBED AND SWORN TO
21   BEFORE ME THIS ____ DAY
     OF _____, 2023.
22
23   ------------------------
     NOTARY PUBLIC
24   MY COMMISSION EXPIRES_____
25

Page 345

1         INDEX TO TESTIMONY
2         EXAMINATION OF
3    DONIE O'SULLIVAN                PAGE
4    BY:  Mr. Biss              4
5              *  *  *
6         E X H I B I T S
7
     Number      Description            Page
8    Exhibit 1    Memorandum Opinion & Order      7
9    Exhibit 2    Amended Complaint         12
10   Exhibit 3    About Donie O'Sullivan      38
11   Exhibit 4    Twitter Profile          42
12   Exhibit 5    Wall Street Journal Article      47
13   Exhibit 6    Screenshot of Paramount Plus      80
              Website
14
     Exhibit 7    CNN Special Report:  1-30-21      82
15
     Exhibit 8    The Cult of QAnon:  2-26-21      84
16
     Exhibit 9    Transcript of Special Report:      85
17              2-26-21
18   Exhibit 10   Transcript from 2-4-21 (CNN 21)  127
19   Exhibit 11   Stillshot             132
20   Exhibit 12   Screenshot:  3-12-21         161
21   Exhibit 13   Transcript:  2-5-21 (CNN 3)     169
22   Exhibit 14   Transcript:  2-6-21 (CNN 8)     177
23   Exhibit 15   Tweets from Mr. O'Sullivan      179
24
25   (Exhibits continued.)

87 (Pages 342 - 345)

Page 346

1  (Exhibits continued.)
2        E X H I B I T S
3
   Number   Description            Page
4  Exhibit 16  Twitter Screenshot: 2-5-21   185
5  Exhibit 17  Tweet from Mr. O'Sullivan:   186
              6-15-21
6
   Exhibit 18  Text Message from Leslie Flynn  187
7              2-6-21
8  Exhibit 19  Tweet from Mr. O'Sullivan:   188
              7-7-20
9
   Exhibit 20  Tweet from Mr. O'Sullivan:   189
10             2-19-22
11 Exhibit 21  Tweets: 6-6-22              191
12 Exhibit 22  Tweet by The Lead CNN:  9-21-22  195
13 Exhibit 23  Tweet by Mr. O'Sullivan:     196
              4-19-21
14
   Exhibit 24  Resolution:  8-25-20         200
15
   Exhibit 25  Domestic Violent Extremism   204
16           Poses Heightened Threat in 2021:
              3-1-21
17
   Exhibit 26  Project Veritas Video &      207
18           Instagram Post
19 Exhibit 27  Project Veritas iMessage     208
20 Exhibit 28  Screenshot, May 7           210
21 Exhibit 29  Jack Flynn's Repost on       213
              Instagram: 10-11-18
22
   Exhibit 30  Series of Tweets and Retweets:  218
23             7-4-20
24 Exhibit 31  Series of Tweets            249
25 (Exhibits continued.)

Page 347

1  (Exhibits continued.)
2        E X H I B I T S
3
   Number   Description            Page
4  Exhibit 32  Series of Tweets: 8-13-20    255
5  Exhibit 33  Tweet from Jack Flynn:  8-20-20  259
6  Exhibit 34  Tweet from Jack Flynn:  8-21-20  264
7  Exhibit 35  Tweet from Jack Flynn:  8-21-20  270
8  Exhibit 36  Retweet from Jack Flynn      272
9  Exhibit 37  Tweet from Jack Flynn:  8-23-20  279
10 Exhibit 38  Retweet from Jack Flynn:     279
              9-16-20
11
   Exhibit 39  Tweet from Jack Flynn:  9-26-20  282
12
   Exhibit 40  Tweet from Jack Flynn &      283
13           Photograph
14 Exhibit 41  2 Retweets by Jack Flynn     285
15 Exhibit 42  Tweet by Jack Flynn:  1-7-21  285
16 Exhibit 43  Tweet by Jack Flynn:  2-6-21  286
17 Exhibit 44  Tweet by Leslie Flynn:  5-9-20  290
18 Exhibit 45  Email Exchange             291
19 Exhibit 46  Text Message Exchange       296
20 Exhibit 47  Lori Flynn Message          298
21 Exhibit 48  Lara Logan Document        302
22 Exhibit 49  Personal Messages Between Donie  304
              O'Sullivan and Kelly Bourdet
23
   Exhibit 50  Text Messages              308
24
25 (Exhibits continued.)

Page 348

1  (Exhibits continued.)
2        E X H I B I T S
3
   Number   Description            Page
4  Exhibit 51  Email:  2-2-21 (CNN 690)     320
5  Exhibit 52  Email Exchange (CNN 1439)    323
6  Exhibit 53  Email Exchange (CNN 624)     324
7  Exhibit 54  Email:  2-4-21 (CNN 691)     327
8  Exhibit 55  Email:  2-5-21 (CNN 663)     329
9  Exhibit 56  Email Exchange (CNN 134)     330
10 Exhibit 57  Email Exchange (CNN 1278)    333
11 Exhibit 58  Email Exchange (CNN 1297)    334
12 Exhibit 59  Email Exchange (CNN 1507)    335
13 Exhibit 60  CNN News Standards & Practice  337
              Policy Guide (CNN 1911)
14
   Exhibit 61  Spreadsheet (CNN 2005)       340
15
        * * *
16   (Exhibits have been uploaded already.)
17
18
19
20
21
22
23
24
25

Page 349

1        MARKED PORTIONS
2  1)Page 29, Line 13
3  2)Page 93, Line 23
4  3)Page 157, Line 14
5  4)Page 227, Line 19
6  5)Page 267, Line 20
7  6)Page 278, Line 2
8  7)Page 296, Line 14
9  8)Page 300, Line 22
10 9)Page 301, Line 12
11 10)Page 313, Line 18
12        * * *
13        REQUESTS
14 1)Page 286, Line 12
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 350

1       C E R T I F I C A T I O N
2       I, Randi Friedman, Registered
3   Professional Reporter and Notary Public of the
4   State of New York, do hereby certify:
5       THAT, the witness whose testimony is herein
6   before set forth, was duly sworn by me, and
7   THAT, the within transcript is a true record of
8   the testimony given by said witness.
9       I further certify that I am not related
10  either by blood or marriage to any of the parties
11  to this action; and that I am in no way
12  interested in the outcome of this matter.
13      IN WITNESS WHEREOF, I have hereunto set my
14  hand this day, March 13, 2023.
15
16
17  *Randi C. Friedman*
18  Randi Friedman, RPR
19
20
21
22
23
24
25  *   *   *   *   *   *   *   *   *

Page 351

1       ERRATA SHEET
        VERITEXT/NEW YORK REPORTING, LLC
2
3   CASE NAME:  FLYNN, et al v. CABLE NEWS
            NETWORK, INC.
4   DATE OF DEPOSITION:  FEBRUARY 27, 2023
    WITNESS NAME:  DONIE O'SULLIVAN
5   PAGE/LINE(S)/   CHANGE   / REASON
6   ___/_____/_____/_____
7   ___/_____/_____/_____
8   ___/_____/_____/_____
9   ___/_____/_____/_____
10  ___/_____/_____/_____
11  ___/_____/_____/_____
12  ___/_____/_____/_____
13  ___/_____/_____/_____
14  ___/_____/_____/_____
15  ___/_____/_____/_____
16  ___/_____/_____/_____
17  ___/_____/_____/_____
18  ___/_____/_____/_____
19  ___/_____/_____/_____
20  ___/_____/_____/_____
21  ___/_____/_____/_____
22  ___/_____/_____/_____
23  ___/_____/_____/_____
24  ___/_____/_____/_____
25  ___/_____/_____/_____

89 (Pages 350 - 351)

HIGHLY CONFIDENTIAL

**[& - 2005]**                                                                              Page 1

| & | | | |
|---|---|---|---|

**&**   72:5 345:8
346:17 347:12
348:13

| **0** | | | |
|---|---|---|---|

**017**   67:10
**09193**   1:2

| **1** | | | |
|---|---|---|---|

**1**   7:15,17 12:14
19:7,9 20:4,4,7
48:17 286:8
309:10 311:2
345:8 349:2,14
**1-19**   1:2
**1-30-21**   345:14
**1-7-21**   347:15
**10**   16:21 91:22
127:2,6 345:18
349:11
**10-11-18**
346:21
**10-15**   113:9
**100**   180:20
**10020**   2:9
**1007**   309:13
**102**   2:3
**1071**   310:6
**1076**   311:1
**1077**   311:3,8
**1078**   314:4
**1083**   314:19
**1084**   314:19
**1094**   200:11

**10:30**   1:10
**11**   16:21 132:7
132:10 147:10
162:9 214:10
345:19
**1109**   307:3
**11:31**   55:17
**11:42**   55:17
**12**   8:4 161:14
161:16,20
162:4,10,16
164:14 234:9
235:5 303:7
345:9,20
349:10,14
**1251**   1:10 2:8
**127**   345:18
**1278**   348:10
**1297**   348:11
**13**   169:3,5,15
255:15 256:11
345:21 349:2
350:14
**132**   345:19
**1331**   235:9
**134**   331:7
348:9
**135**   333:8,12
**14**   177:1,4
345:22 349:4,8
**1439**   348:5
**15**   43:11 91:22
177:15 178:9
179:15,19
186:13,15

**323:7 345:23**
**15-20**   291:23
**1507**   348:12
**157**   349:4
**15th**   342:4,16
**16**   178:10
179:5 185:2,4
280:8 346:4
**161**   345:20
**16262483**
333:15
**168**   328:8
**169**   345:21
**17**   186:9,11
346:5
**177**   345:22
**179**   345:23
**18**   187:19,21
346:6 349:11
**185**   346:4
**186**   346:5
**187**   346:6
**188**   346:8
**189**   346:9
**19**   41:3 188:16
188:19 189:22
190:2,10
196:22 346:8
349:5
**191**   346:11
**1911**   337:10
348:13
**1919**   338:2
**195**   346:12

**196**   346:13
**1976**   241:9
**1:12**   126:3
**1:48**   126:3
**1:51**   292:19

| **2** | | | |
|---|---|---|---|

**2**   12:6,8 19:5,7
29:3 30:7
31:21 57:3
223:13 314:10
320:19,21
324:2 345:9
347:14 349:3,7
**2-19-22**   346:10
**2-2-21**   348:4
**2-26-21**   345:15
345:17
**2-4-21**   345:18
348:7
**2-5-21**   345:21
346:4 348:8
**2-6-21**   345:22
346:7 347:16
**20**   189:18,20
260:2 263:1
346:9 349:6
**200**   43:9
346:14
**200,000**   119:11
180:12 183:7
**2000**   337:10
**2001**   83:3
**2003**   85:4
**2005**   348:14

**[2010 - 27]**                                                                    Page 2

| | | | |
|---|---|---|---|
| **2010**   42:25 | 262:14 263:1 | 187:12,24 | 265:15,22 |
| **2016**   122:8 | 271:4 279:23 | 188:9 196:22 | 345:18 346:11 |
| **2017**   11:17 | 282:6 287:19 | 200:20,25 | **210**   346:20 |
| 116:4 | 288:15 289:1 | 203:9 205:5 | **213**   346:21 |
| **2018**   214:10 | 290:6 292:19 | 206:8,24 | **218**   346:22 |
| **2020**   22:23 | 295:20 298:14 | 208:14 210:8 | **21st**   2:9 271:3 |
| 25:19 35:24 | 305:7 309:19 | 238:1,5 273:1 | **22**   195:23,25 |
| 40:24 41:13,19 | **2021**   8:22 | 286:1 287:16 | 346:12 349:9 |
| 56:8 59:18 | 21:12,13 30:8 | 291:14 296:15 | **2200**   127:18 |
| 62:4,25 63:14 | 33:1 43:7,11 | 303:7 309:24 | **227**   349:5 |
| 68:16 70:2 | 81:11 82:1 | 311:2 320:20 | **22903**   2:4 |
| 71:1,2 89:8 | 83:5 85:5,12 | 320:21 324:2 | **23**   196:17,20 |
| 90:14 91:9 | 86:4 89:8 91:8 | 325:4 327:21 | 279:23 346:13 |
| 101:22 103:13 | 108:20 116:20 | 332:4 334:8 | 349:3 |
| 104:10 107:5 | 127:18 128:3 | 336:3 338:13 | **2325**   117:19,24 |
| 111:23 112:11 | 129:1,4,8 | 339:6 346:16 | **24**   200:8,10 |
| 122:23 132:15 | 131:17 136:21 | **2022**   8:4 | 292:19 346:14 |
| 133:7 134:10 | 137:2,19 | 189:22,25 | **244th**   239:23 |
| 134:14 136:6 | 138:13,24 | 190:2,11,15 | **249**   346:24 |
| 137:20 147:23 | 140:7,13,25 | 191:14,15,17 | **24th**   241:25 |
| 148:8,13 150:7 | 141:9 143:8 | 192:7,16,21 | **25**   200:15 |
| 156:2 157:9 | 148:21 150:7 | 193:1 196:2,12 | 204:25 205:2 |
| 160:13 161:22 | 152:7,17 | 208:24 | 346:15 |
| 167:11 188:20 | 153:17 154:25 | **2023**   1:9 | **250**   43:9 |
| 189:3,9 194:3 | 155:8,13 | 344:21 350:14 | **255**   347:4 |
| 200:15 209:1,3 | 157:10,22 | 351:4 | **259**   347:5 |
| 218:19 219:17 | 158:9 159:7,17 | **2024**   55:4 | **26**   85:5,12 86:4 |
| 222:25 231:11 | 161:20 162:4 | **204**   346:15 | 108:20 116:20 |
| 235:2,13,15 | 166:9,18 | **207**   346:17 | 207:1 282:6 |
| 237:7,23 238:5 | 167:12,18 | **208**   346:19 | 346:17 |
| 238:8,11,17,23 | 168:12,25 | **21**   127:12,15 | **264**   347:6 |
| 239:4,6,8,16 | 171:15 178:4 | 187:2,13 | **267**   349:6 |
| 241:11 242:1 | 180:6 183:1,5 | 189:25 190:10 | **27**   1:9 208:18 |
| 252:11 255:15 | 185:6,8 186:4 | 191:10,12 | 208:20 346:19 |
| 256:11 260:2 | 186:13,15 | 208:24 264:15 | 351:4 |

HIGHLY CONFIDENTIAL

**[270 - 49]**                                                    Page 3

**270**   347:7
**272**   347:8
**278**   349:7
**279**   347:9,10
**28**   210:23,25
  346:20
**282**   347:11
**283**   347:12
**285**   347:14,15
**286**   347:16
  349:14
**29**   213:23,25
  346:21 349:2
**290**   347:17
**291**   347:18
**296**   347:19
  349:8
**298**   347:20
**298,000**   43:3
**2:12**   287:8
**2:45**   169:11

**3**

**3**  38:17,20
  205:18 325:4
  345:10,21
  349:4
**3-1-21**   346:16
**3-12-21**   345:20
**30**   46:22 83:5
  218:13,17
  298:14 346:22
**300**   2:3 349:9
**301**   349:10
**302**   347:21

**304**   347:22
**308**   347:23
**30s**   95:22
**30th**   84:8
**31**   30:8 249:20
  249:22 346:24
**313**   349:11
**32**   255:11,13
  347:4
**320**   348:4
**323**   348:5
**324**   348:6
**327**   348:7
**329**   348:8
**33**   128:10,24
  259:24 260:1
  347:5
**330**   348:9
**333**   348:10
**334**   348:11
**335**   348:12
**337**   348:13
**34**   128:24
  264:11 347:6
**340**   348:14
**35**   270:17,20
  347:7
**36**   272:10,12
  347:8
**37**   279:20,22
  347:9
**38**   279:25
  280:2 345:10
  347:10

**3886**   350:17
**39**   282:4
  347:11
**3:00**   169:11

**4**

**4**   21:10 25:19
  42:19,21 68:16
  69:1 70:2 71:2
  107:5 111:23
  112:11,19,25
  127:18 128:3
  129:1,4,8
  131:2,3,17
  133:7 134:14
  136:6,21 137:2
  137:18,19
  138:13,24
  140:7,13,25
  141:9 143:8
  148:7,13,21
  152:7,17
  153:17 154:25
  155:8,13
  157:22 158:8
  159:7,17
  160:13 161:22
  166:9,18
  168:14,24
  171:15 180:6
  182:4 187:12
  188:8 194:3
  200:20,25
  203:9 208:14
  210:8 218:19
  219:17 222:25

223:14 235:2
235:13,15
237:6 239:16
249:24 251:12
273:1 286:24
287:19,25
288:15 291:14
296:15 314:22
315:12 327:21
332:4 334:8
336:3 338:13
339:6 345:4,11
349:5
**4,2020**   228:5
**4-19-21**   346:13
**40**   283:7,9
  347:12
**41**   285:13,15
  347:14
**42**   285:23,25
  345:11 347:15
**43**   286:4,6
  347:16
**44**   290:2,5
  347:17
**45**   291:18,20
  347:18
**46**   296:20,23
  347:19
**47**   298:8,10
  345:12 347:20
**48**   302:16,18
  347:21
**49**   304:21,22,25
  347:22

**[4:23 - abundantly]**                                      Page 4

**4:23**  234:21
**4:33**  234:21
**4:41**  214:11
**4chan**  67:16
    103:10
**4th**  101:10
    111:13 124:14
    124:19 131:11
    139:1 148:10
    189:10 219:6
    223:9 228:20
    230:13,15
    231:11 233:22
    234:7 237:17
    250:2 253:18
    289:16

**5**
**5**  8:9,12 47:22
    47:24 169:19
    182:9,10 183:1
    183:5 184:6,15
    185:6,8 235:9
    342:4,5 345:12
    349:6
**5-9-20**  347:17
**50**  308:12
    347:23
**51**  120:23
    320:15 348:4
**52**  323:5,17,20
    348:5
**53**  324:22,24
    348:6
**54**  327:13,15
    348:7

**55**  329:13,15
    348:8
**56**  330:17,20
    348:9
**57**  333:23
    348:10
**58**  7:10 334:4,6
    348:11
**59**  335:16,19
    348:12
**5th**  124:15
    148:10

**6**
**6**  8:22 9:9,12
    35:10 80:3,6
    82:6 172:1
    174:7 177:12
    178:4 187:24
    191:14,15,17
    192:6 193:1
    210:11 249:24
    252:10 287:16
    345:13 349:7
**6-15-21**  346:5
**6-6-22**  346:11
**60**  80:9 304:5
    337:2 348:13
**61**  340:13,16
    348:14
**624**  348:6
**663**  348:8
**664**  329:22
**690**  348:4
**691**  348:7

**6:15**  323:16
**6:26**  323:16
**6:52**  344:2
**6th**  1:10 148:11

**7**
**7**  12:15 14:5
    82:22 171:2
    188:20 189:2,9
    286:1 345:8,14
    346:20 349:8
**7-4-20**  346:23
**7-7-20**  346:8
**7:50**  219:17
**7:53**  223:14

**8**
**8**  14:18 15:2,9
    84:23,25
    177:10 345:15
    345:22 349:9
**8-13-20**  347:4
**8-20-20**  347:5
**8-21-20**  347:6,7
**8-23-20**  347:9
**8-25-20**  346:14
**80**  345:13
**82**  345:14
**84**  345:15
**85**  345:16
**8:44**  228:5,20
**8chan**  63:9
    66:17 103:10
**8kun**  63:9
    66:17 103:11
    307:11

**9**
**9**  86:1,3 104:15
    290:6 345:16
    349:10
**9-16-20**  347:10
**9-21-22**  346:12
**9-26-20**  347:11
**90**  34:4
**90s**  73:9 193:11
**93**  349:3
**9:16**  314:22
    315:13

**a**
**a.m.**  1:10 55:17
    55:17
**abhorrent**
    96:25
**ability**  161:6,9
**able**  125:19
    137:6 244:1
    253:21 289:5
**above**  1:21
    89:23 235:7
**abramovic**
    121:8
**absolute**  9:16
**absolutely**
    33:14 320:4
**absurd**  34:13
    274:4
**abundant**
    27:23
**abundantly**
    32:7

**[abuse - advocate]** Page 5

**abuse** 87:19
90:21 92:2,17
96:13
**abused** 90:6
204:15
**access** 44:18
45:3 103:9
235:19
**accomplishm...**
303:22
**account** 44:17
45:6,7,23 46:6
94:11 138:18
164:10 180:4
183:11 185:16
185:21,24
186:7 188:24
189:23 191:14
196:1 214:2,7
239:12 246:1,3
250:19 261:9
264:21 269:8
276:4 286:7,7
290:18 303:4
315:19
**accounts** 16:7
44:11 119:5
150:22 182:21
**accuracy**
326:19 327:7
**accurate** 13:16
20:14,20 32:14
39:9,14 40:22
41:7 43:2
45:19 82:14

88:9 116:21
118:8 119:19
125:23 172:19
178:5,12
190:13 225:3
320:24 326:14
**accuse** 121:16
166:14 320:13
**accused** 122:17
123:2 218:2
**accusing**
166:10
**achieve** 198:15
**achieved** 155:5
**achilles** 320:5
**acknowledge**
269:17 270:7
274:19
**acknowledges**
101:23
**acting** 154:4
**action** 350:11
**activity** 25:20
107:11 137:24
139:2
**actor** 8:16
198:1
**acts** 77:22
168:18 174:6
206:2
**actual** 204:19
274:6 322:20
**actually** 24:16
31:24 36:23
49:8 63:25

89:11 111:25
116:3 122:21
131:13 165:13
165:17 172:2
185:10 219:3
243:25 274:8
283:17
**ad** 129:11
177:22 304:19
**add** 93:23
141:11 158:21
**added** 46:2
88:13 329:23
**adding** 229:2
317:9
**address** 45:16
46:20 76:9
254:20,22
**addressing**
186:23
**adhd** 198:13
**adhere** 22:17
262:18
**adhered** 24:25
91:25
**adherence**
258:10 265:11
266:6 267:16
298:22
**adherent** 8:19
9:22 61:7 65:5
98:20 109:16
145:21 146:1
256:12,17
262:4 270:9

271:6 290:13
291:1
**adherents**
12:21 13:10,18
13:24 147:13
203:23
**adhering**
260:23 271:16
**adjacent** 37:18
42:10 63:4
**adjectives**
317:9
**admitted**
207:14 208:5
295:11
**adopt** 193:15
211:18
**adopted** 57:1,6
211:10,22
223:18
**adopts** 211:14
**adrenaline**
198:12 199:11
**adrenochrome**
87:21 90:8
91:15 92:3,18
198:23 199:3
200:1
**advantage**
170:9,15
**advise** 173:8
**advisor** 142:16
**advocate**
261:25 262:5
262:10 263:18

HIGHLY CONFIDENTIAL

**[advocating - american]** Page 6

**advocating**
 255:23
**affect** 161:4,9
**affecting** 41:17
**afforded** 40:10
**aftermath**
 108:5
**afternoon**
 127:1
**afterthought**
 312:6
**afterward**
 134:16
**age** 31:24 34:20
**agenda** 208:6
 208:15
**agent** 154:4
**ago** 118:24
 123:19
**agree** 10:16
 12:25 13:6,11
 13:22,25 14:9
 14:15 15:16
 20:13 21:6,18
 21:25 22:5
 24:3,12 28:6
 30:19 31:15
 32:10 34:9,10
 44:22 48:14,15
 48:16,23 49:23
 52:17 53:18
 54:2 57:8
 60:22 63:18
 65:5,9 67:10
 67:21 77:24

78:8 81:7,13
 81:18 87:7,22
 88:8,21 105:5
 105:17 106:17
 106:24 125:12
 153:12 167:10
 167:15,21
 171:21 175:13
 212:5 239:2
 278:17,19
 305:20 313:11
 319:17 336:21
**agreed** 3:2,7,11
 156:9 261:22
**agreement** 4:22
 5:4 52:15
**ahead** 31:13
 37:12 75:16
 95:5 113:8
 116:11 129:16
 129:22 171:16
 195:10 246:19
 287:14 295:16
 311:1 330:3
 342:10
**aid** 21:4
**ailments** 161:3
**air** 129:9
 131:20 167:24
 169:22 170:6
 170:25 190:9
 339:15
**aired** 8:22 33:1
 47:18 82:2
 83:4 84:7

85:23 127:10
 128:2 129:24
 130:21,22
 131:10 155:8
 159:17 161:19
 170:4 178:13
 178:23 182:10
 182:20 187:1
 341:3,9
**airing** 131:18
 157:22 158:8
 169:18 170:8
 177:7,8,21
**airs** 171:4
**al** 351:3
**alan** 174:5,11
 175:24 336:8
**alert** 329:16
**alex** 47:14
**aliens** 120:23
**alive** 282:12
**allegations**
 63:14 317:5
**allege** 9:17 25:9
 26:5 27:2
 143:11 148:23
 201:16 202:3,9
 267:18 291:3
 293:9
**alleged** 22:23
 26:8 27:5 32:5
 63:23
**allegiance**
 14:13 251:23

**allow** 77:14
 198:15
**allowed** 317:17
**allowing** 94:22
**alongside**
 152:19
**amanda** 325:1
**amazon** 76:9
**ambiguous**
 221:1
**amended** 12:10
 18:3 19:6 20:8
 28:25 29:2,5
 29:10 30:7
 48:7,18 80:12
 188:7 345:9
**america** 36:22
 110:7,9,19,25
 134:6,17
 160:18,22
 220:10,11,15
 220:22,24
 221:5,11
 222:12 224:19
 226:9,14
 228:15,16
 231:23 237:4
 241:10 242:17
 242:22 251:12
 252:15 255:6
**american** 39:20
 40:22 230:20
 230:22 231:3
 231:11,23
 232:14 233:23

HIGHLY CONFIDENTIAL

**[american - appeared]** Page 7

233:23 239:20
239:25 264:23
264:25 265:6
297:13,14
**americans** 69:9
69:16 81:1,10
172:3
**americas** 2:8
**amount** 124:20
146:13
**amplify** 184:7
**ana** 177:12
**anchor** 190:6
**ancient** 32:1
96:10,17
**anderson** 30:11
83:24 87:15
88:16 96:8
118:9 125:16
**anderson's**
87:22 88:9
**andrenochrome**
90:22
**angel** 276:4
**angeles** 42:10
**angeli** 64:25
**angry** 198:12
**anons** 79:4,6
**anonymous**
144:11 145:5
145:10
**answer** 5:25
6:12,18 10:12
10:20 11:2,8
13:5 18:10

25:22 26:9
27:14 28:22
29:14,23 30:1
30:4,22 39:12
44:6 49:4,20
50:21 55:1
72:18 90:25
92:6,8,13,24
93:6,9,11,11,16
99:12,16,20
106:3 112:2
129:13 142:6
150:20 154:16
154:17 155:6
162:21 163:2,4
165:4 183:16
185:12 202:8
202:16 203:1
216:1 217:9
218:7 221:6
225:4 227:23
235:16 236:19
238:19 245:10
247:10,12,19
256:6 258:14
263:10 265:25
268:2,5,16
269:21 295:2
299:2,22,23,25
300:20 301:13
301:20,24
302:8,12,22
307:8 317:12
317:13 318:11
320:8 326:23

326:24 335:9
**answered** 14:2
26:4 28:21
51:4 81:21
90:24 92:5,23
98:18 105:20
140:3 158:10
164:18 176:6
202:22 277:24
278:7,8 284:16
284:17,21
289:24 300:19
313:6,23
317:10 338:24
**answering**
26:11 56:18
99:8 163:18
170:17 175:6
195:9 279:3
300:16
**answers** 5:11
5:19
**anthony** 64:24
330:23 333:25
334:7 335:4
**anti** 31:25 33:7
34:20 95:19,19
96:2,2,12,24
97:3,4 201:6,6
201:8,13,18,19
201:21,25
202:19 203:8
203:11,15,17
203:20 204:1,7
204:10

**anticipating**
114:2
**anxiety** 161:12
**anybody** 40:7
49:16 180:19
263:7 318:7,17
**anymore**
127:22 302:10
**anyway** 319:6
**app** 306:5,6
308:10,11
**apparel** 58:3,7
58:11,15,21
59:1,2 60:5,19
60:25 61:16,18
62:2 74:10,17
**apparently**
235:5
**appeal** 96:16
**appear** 118:21
190:6,9 255:14
271:21,22
273:9 309:4
**appearances**
2:1
**appeared** 25:18
38:9 69:10
70:18 100:22
137:19,21
139:19 145:9
145:13 152:11
152:18 160:13
256:25 272:2
299:9,18 300:7
332:3

[appearing - audience]                                                    Page 8

| | | | |
|---|---|---|---|
| **appearing** 190:7 217:17 | **arizona** 142:9 142:13 167:8 284:2 | 158:10 160:21 164:17 175:7 176:6 202:21 | 192:20,22 242:20 |
| **appears** 64:12 107:18 139:8 177:14 209:9 217:13 221:16 244:4 250:22 285:5 333:14 | **army** 223:15,20 **arrested** 116:5 123:9 **article** 20:21 21:8 28:3 | 244:11,13 268:2 277:5,24 278:7 284:16 284:17,21 289:24 299:13 300:19 302:14 313:6,22 | **association** 63:20 **assume** 107:12 187:17 314:12 **atrocities** 81:3 81:16 **attach** 187:4 |
| **applied** 338:13 **apply** 338:22 339:5,6,10,18 339:20 | 47:25 48:3,7 49:3 52:13 56:25 57:5 58:2 67:8 74:4 77:2 309:20 | 317:10 338:23 **asking** 56:19 74:16 94:10 97:25 113:8 | **attached** 186:25 189:24 **attachment** 139:11 187:4 |
| **applying** 338:20 **appreciate** 284:4 321:22 | 345:12 **articles** 47:9 **articulated** 24:6 | 247:24 254:2 257:24 258:7,8 259:7 276:15 277:3,6 279:19 | **attack** 8:23 9:12 35:9 170:20 172:1 304:19 |
| **approved** 314:15 322:16 **april** 196:22 | **ascribed** 25:7 **ashley** 89:12 96:22 118:10 | 292:10 **asks** 130:9 255:18 257:6 | **attempt** 108:8 138:2,3 **attempted** 7:6 |
| **archive** 161:18 **archive.org** 218:22 | 178:14 322:18 322:21 325:1 330:22 334:24 | 259:18 **aspects** 35:11 91:16 338:14 | **attempts** 52:13 **attend** 42:1 **attended** 35:8 |
| **archives** 162:25 **archives.org.** 163:1 | 335:1 **asked** 14:2 26:4 28:21 29:22 51:3 72:15 | **assassinated** 36:20,23 **asserted** 31:25 **assessment** | 142:9 **attending** 8:24 **attention** 72:16 |
| **area** 109:6 120:23 203:20 303:22 | 81:21 83:23 90:24 92:5,23 94:22 98:10,18 | 205:20 **assigned** 135:22 | **attitude** 41:2 **attorney** 4:12 326:22 |
| **argue** 6:17 **argument** 115:10 | 104:2 105:20 107:6 140:3 143:14 147:3 | **assignments** 131:4 **associated** 23:4 | **attorneys** 2:2,7 **attributable** 128:24 |
| **argumentative** 281:3 | 149:18,22 156:8,24 | 75:22 182:21 | **audience** 135:7 180:22 181:3 188:14 |

**[august - beast]**

**august** 8:4 200:15 255:15 256:11 260:2 262:14 263:1 264:15 265:15 265:22 271:3 279:23

**aura** 276:4

**author** 77:1 179:25 208:24 239:4 245:17

**authorized** 39:25

**autograph** 70:20 143:23 146:20,25

**avenue** 1:10 2:8

**avoided** 160:7

**awaiting** 50:5 50:11,20 51:17

**awakening** 50:6,21 51:13 52:10,18 59:8 119:11 120:5 221:15,20 222:4 223:5

**awarded** 226:17

**aware** 4:20,25 10:3,9,13 38:4 38:7,23 43:20 69:15 76:12,14 82:9 96:1 103:7 112:16 122:15 137:23

139:1 182:20 183:19 184:14 184:16 185:7 187:10 194:16 196:11 200:18 200:20 201:1 206:5,12,20 207:9,17 209:5 219:23 221:13 226:3,18,19,22 227:2,5,7 231:21 259:3 273:14 274:16 274:17 297:20 303:12,21 304:4,5 329:25 330:7 337:23 337:25 338:16 341:8,12,13 342:6

**b**

**b** 121:11 339:10 345:6 346:2 347:2 348:2

**b11** 339:16

**b15** 339:13

**b21** 339:14

**b22** 339:15

**back** 12:3,13 33:1 43:7 55:19 59:18 89:8 104:14 116:4 122:22 124:14 127:4

129:25 169:14 174:22 187:2 192:10 204:21 233:4 234:23 287:7 289:16 297:12,16 305:7 309:19 310:4 315:21

**background** 53:1 153:2 248:16

**backyard** 107:16 112:19 142:5 147:6,22 161:22 167:23

**bad** 45:11,12 271:13,17 304:11 316:12

**badger** 268:3 284:9

**badgering** 100:8 236:17 269:20

**baldwin** 169:20 171:7 173:1,9 174:13 176:12

**balloon** 230:23

**ban** 63:2

**bandying** 40:20

**banking** 121:3

**barbara** 233:22

**barbecue** 107:17 111:23 112:19,25,25 142:5 143:5

147:6,23 160:14 167:23

**barricade** 339:16

**base** 46:17

**based** 31:24 34:16,20 36:15 57:15 76:5,5 87:16 95:17,18 104:9 142:12 163:19 205:22 222:5 259:12 331:24 332:20

**baseless** 197:16 198:4

**basement** 75:3

**basically** 36:4 45:25 46:10 119:12 224:16 312:4 328:4

**basis** 67:2

**bates** 83:2 127:12,13,16 128:10 177:10 209:23 337:10

**bathroom** 234:14

**battered** 65:16

**battle** 289:14

**bay** 322:23

**beanz** 296:25 297:5,16,21 298:4

**beast** 151:4,18

**[beat - best]**                                                      Page 10

**beat**   11:23
  304:20
**beautiful**
  283:14,18,19
  283:20,24
  284:13,20
  285:1,11
**beginning**
  99:17 156:10
  178:9 197:9
**begins**   8:12
  116:13 118:15
  124:7 171:5
  172:16 268:16
  287:10
**behalf**   138:9,9
  154:9
**behavior**   103:5
  103:6 304:13
**belfast**   60:2
**belief**   8:21 9:20
  9:22,23 11:12
  14:24 15:14,25
  21:19 22:6,9
  23:5 24:5,12
  24:25 25:7,25
  26:23 28:12,13
  28:19 36:9
  52:19 53:7,19
  61:7 67:2 90:1
  90:20 92:21
  96:1 98:21
  108:10 114:15
  114:22 115:17
  115:21 123:8

  123:25 124:1,8
  124:12 198:20
  199:6,13,16
  221:22,25
  256:17 258:10
  260:4,23 262:4
  263:22 265:12
  266:6 267:16
  268:23 271:6
  271:16 273:25
  274:25 275:1,3
  275:5,8,11,16
  275:22,24,25
  276:2,8,8,10,12
  276:16,19,25
  277:8,15,16,18
  277:21 278:4
  278:14 282:12
  282:18 290:13
  291:2 298:5,23
**beliefs**   20:12
  21:15 22:25
  23:16,20 24:14
  31:25 34:20
  36:14 54:4
  60:23 79:7
  88:5,13 89:17
  93:20 96:18
  123:13,15
  125:11,22
  174:23 199:23
  273:22 274:24
**believe**   8:7
  22:20 24:16,20
  24:20 27:10

  34:19 35:1
  36:10,18,22,24
  50:2,24 51:7
  52:16,24 53:15
  53:24 57:13
  58:9,20 61:17
  68:10 77:12
  78:4,9,15,18,23
  79:8 81:1,10
  81:10 82:11
  85:15,20 97:7
  97:18 101:22
  102:20 113:18
  115:20 122:8
  122:20 129:10
  135:8 136:16
  142:9 145:8
  148:16 150:13
  165:22 176:18
  200:23 203:3
  212:2 229:10
  233:20 242:17
  245:17 248:2
  253:1,14
  257:11,22
  258:23 264:7
  265:5 269:9
  273:25 274:2,3
  283:4,5 294:1
  298:12,21
  306:24 308:7
  320:22,25
  327:23 331:1
  335:3,5

**believed**   24:25
  27:21 28:19
  37:2 77:8
  91:15 92:20
  198:10
**believer**   118:10
  178:15 179:7
**believers**   14:8
  20:11 50:2
  53:24 144:12
  257:22 258:23
  274:8 275:20
  283:5
**believes**   27:16
  267:22 268:13
  268:19 281:5
**bell**   108:7
  159:1 193:22
  246:5,6,13,15
  247:5 248:2,17
  250:13 251:8
  257:8,12,25
  258:9,17,21
  259:13,14,19
  259:21
**bemidji**   42:6
**beneath**   333:14
**best**   29:13
  39:23 67:13,22
  75:25 131:22
  148:9 152:22
  159:14 231:19
  239:12 292:25
  331:22

**[better - biss]** Page 11

| | | | |
|---|---|---|---|
| **better** 172:12 | 30:1,6 31:2,8 | 101:7 102:6 | 169:12 170:1 |
| 310:1 | 31:12,14 33:21 | 103:2,17 104:3 | 170:13 171:20 |
| **beyond** 137:14 | 34:6 35:18 | 105:23 106:12 | 172:22,24 |
| 282:24 | 37:20 38:18 | 106:23 108:13 | 174:2,15,20 |
| **biases** 32:2 | 39:15 40:6 | 109:4,17,23 | 175:8,18 176:9 |
| **biden** 123:20 | 42:17 43:17 | 110:2 112:9,23 | 176:22 177:2 |
| **big** 9:14 52:2 | 44:8,19 45:5 | 113:3,11,14,23 | 178:1,8,21 |
| 58:16 60:13 | 49:6,11,16,22 | 114:2,6,9,20 | 179:16 180:18 |
| 124:8,12 | 51:1,5 52:1,22 | 115:3,9,12 | 180:24 181:15 |
| 211:11 241:7,8 | 54:5,14,20 | 117:1,5,10,13 | 181:20 182:2 |
| 241:14 242:7 | 55:13,18 56:2 | 117:18,23 | 183:17,22 |
| 266:14 269:3 | 56:23 58:19 | 120:2,9,20 | 185:14 186:22 |
| 269:14 | 61:4,13 64:19 | 121:10,14 | 188:17 189:6 |
| **bigotry** 32:2 | 64:20 65:15 | 123:12 125:24 | 191:22,24 |
| **bill** 198:16 | 67:1,15 68:5 | 127:3 128:6 | 194:6,11 195:4 |
| 262:1,6,11 | 69:8,14 70:23 | 130:6,8,19 | 195:17 196:18 |
| 263:18 | 71:22 72:4,13 | 131:8,15,16,21 | 197:6,7 198:2 |
| **binding** 156:13 | 72:15,19 74:9 | 132:1,8 133:4 | 198:8 199:1,19 |
| **bio** 38:22,24 | 74:15,20 75:18 | 133:12 135:14 | 201:23 202:5 |
| 39:3 40:8 | 76:20 77:18 | 138:23 140:5 | 202:14,23 |
| **biography** 39:8 | 78:16 79:17,24 | 143:6 145:3,11 | 203:7 205:13 |
| 40:12 | 80:1,4 82:3,17 | 146:4 148:6 | 205:17 206:10 |
| **birthday** | 83:9,12,15,19 | 149:10,17 | 206:11,17,19 |
| 239:23 | 84:13 85:11,16 | 150:19,24 | 207:13,22 |
| **biss** 4:7,11 5:8 | 85:21 86:23 | 151:20 153:14 | 208:3,11,13 |
| 6:7,8 7:23 10:8 | 87:11 88:7,20 | 154:15 155:18 | 209:13,21,24 |
| 10:15,22 11:3 | 90:2 91:19 | 156:7,16,18,20 | 210:3,6,16,20 |
| 11:10 13:8,21 | 92:9,12 93:1,5 | 157:2,7,18,20 | 212:15 213:5 |
| 14:4,17 15:2,7 | 93:8,12,22 | 158:13 162:2 | 215:8,19 216:5 |
| 16:9 18:1,16 | 94:1,3,9,13,18 | 162:18 163:3 | 216:23,24 |
| 18:23 19:18 | 94:20 95:1,12 | 163:12,20 | 217:21 218:4 |
| 20:1 23:8 24:2 | 97:1,12 98:13 | 164:3,12,20,25 | 218:14 219:2,8 |
| 24:11 26:7,11 | 98:19 99:1,8 | 165:5 166:7,16 | 219:11,14 |
| 26:15 27:4 | 99:13,15,19,23 | 167:9,22 | 220:5,14 221:4 |
| 28:11 29:1,15 | 99:25 100:3,17 | 168:22 169:9 | 221:10 222:7 |

**[biss - bolger]** Page 12

222:17,23
224:1,7 225:6
227:1,18,25
228:3 229:7,21
230:16,17
231:9,18 232:4
232:7 233:10
234:2,3,17,22
235:24 236:23
237:19,20
238:9,18 239:1
239:19 240:6
240:11,23
242:10 243:4,9
244:7,23 245:2
245:8,15,22
246:11 247:2
247:21 248:12
248:19 249:2
249:10,16
250:5 251:1,16
251:22 252:21
252:24 253:19
254:3,9,14,15
255:5 256:4,9
256:15 257:15
257:18,23
258:6 259:6,10
259:22 260:9
260:17 261:10
261:15,18,24
262:24 263:16
264:1,12 266:3
266:20,24
267:11,14

268:4,9,11,17
269:7,15,23
270:6,18
271:14 272:5
273:20 277:12
277:20 278:1
278:10,12
279:1,7 280:7
281:4,17
282:16,21
284:7,11,14,18
284:23 285:7
286:17,19
287:2,13,22
288:13 289:3,9
289:10 290:3
290:19,24
291:11 292:2,6
292:12,14
293:14 294:7
294:14 295:5
295:19 296:4
296:18,21
297:24 298:1
299:12,21,24
300:5,14,21
301:3,5,17,21
301:23 302:4,9
302:13,17
303:1,20 304:3
304:10,14,16
304:21,23
305:14,18
306:1,18 307:1
307:17 308:20

309:8 311:22
312:15 313:1
313:10,17
314:1,3 315:5
316:14,22
317:11,20
318:5,14 319:2
319:5,8,16,24
320:11,16
321:21,24
322:8 323:9,12
323:18 324:18
326:6 327:1
328:18 330:6
330:18 332:1,9
332:22 333:9
334:13,18,23
335:17 336:9
336:23 337:7
337:19,22
339:1,19 340:1
340:8,17,22,24
341:7,18 342:2
342:11,14,17
343:4,6,9
345:4
**bit** 84:9 89:20
148:24 192:17
201:20 207:16
221:20 246:23
281:16 308:3
309:4,14 316:1
316:2 339:9
**bite** 328:3
329:2

**black** 275:8
278:15 283:14
283:18,19,20
283:24 284:13
284:20 285:2,5
**bless** 134:5,17
160:18,22
220:9,11,15
222:12 231:23
251:12
**bliss** 2:2,5
**blood** 87:20
90:7,22 92:2
92:17 95:21
96:3,12 198:14
199:12 200:5
350:10
**blowing** 308:2
**blue** 183:18,23
183:24,25
184:1,3
**blur** 162:11
163:25 165:7
**blurred** 163:22
**boasted** 209:2
**boat** 108:8
192:11 193:25
194:1 248:3
257:12 258:21
259:13
**body** 144:3
245:18 246:3
287:3 331:7
**bolger** 2:10 5:2
6:3 7:21,22

**[bolger - bolger]**                                      Page 13

| | | | |
|---|---|---|---|
| 10:6,11,18,25 | 87:9,24 88:10 | 156:17 157:1,4 | 216:19 217:6 |
| 11:6 13:1,12 | 89:6 90:10,23 | 158:10 161:25 | 218:3,7,24 |
| 14:1,10,25 | 92:4,22 93:3,6 | 162:14,20 | 219:3,9 220:1 |
| 15:5,17 17:23 | 93:10,15 94:6 | 163:5,16 164:2 | 220:12 221:1,6 |
| 18:9,21 19:11 | 94:10,15,20 | 164:7,17,21 | 221:23 222:14 |
| 19:22 23:7,10 | 95:7 96:5 97:6 | 165:3,9 166:13 | 222:21 223:22 |
| 24:9 26:3,9,13 | 97:23 98:17,22 | 166:23 167:19 | 224:4 225:2 |
| 27:1,22 28:20 | 99:6,10,18,21 | 168:20 169:6 | 226:25 227:15 |
| 29:19 30:20 | 99:24 100:2,7 | 169:24 170:10 | 227:20 228:2 |
| 31:5,10,13 | 101:5 102:2 | 171:18 172:20 | 228:22 229:15 |
| 32:12 33:23 | 103:1,4,22 | 174:1,14,17 | 230:14 231:8 |
| 35:3 37:9 | 105:19 106:10 | 175:6,14 176:5 | 231:14 232:1 |
| 38:14 39:10 | 106:20 107:24 | 176:21,24 | 233:8 234:1,13 |
| 40:5 42:4 | 109:1,7,20 | 177:24 178:6 | 235:14 236:15 |
| 43:15 44:5,13 | 110:1,22 | 179:13 180:17 | 237:16 238:6 |
| 44:23 48:24 | 111:24 112:8 | 180:23 181:14 | 238:14,23 |
| 49:8,21 50:12 | 112:20 113:1,7 | 181:17,23 | 239:18 240:3,9 |
| 51:3,25 52:20 | 113:12,22,25 | 183:14,21 | 240:20 241:15 |
| 53:21 54:12,17 | 114:4,8,17 | 185:9 186:16 | 243:2,7,17 |
| 55:9 56:1,11 | 115:1,5 116:22 | 188:12 189:4 | 244:22,25 |
| 56:16,22 58:12 | 117:3,7,12,14 | 191:19 193:17 | 245:6,10,21 |
| 61:2,11 64:16 | 117:21 119:24 | 194:10,24 | 246:9,17 247:7 |
| 65:6 66:24 | 120:7,18 121:9 | 195:8 196:14 | 247:18,23 |
| 67:12 68:2,19 | 123:11 125:14 | 197:4,25 198:6 | 248:14,24 |
| 69:12 70:10 | 128:5 130:5,17 | 198:18,24 | 249:9,11,25 |
| 71:17 72:3,12 | 131:5,12,19 | 199:15 201:14 | 250:25 251:14 |
| 72:14,17 74:6 | 132:5,23 133:9 | 202:2,7,21,25 | 251:18 252:19 |
| 74:12,18 75:5 | 135:12 138:21 | 205:11 206:8 | 253:16,25 |
| 75:14 76:16 | 140:2 142:6 | 206:15 207:11 | 254:7,12 255:1 |
| 77:9 78:12 | 144:9 145:7,23 | 207:20,25 | 255:25 256:7 |
| 79:14,22,25 | 147:25 149:8 | 208:10 209:8 | 256:14,19 |
| 81:20 82:16 | 149:12,15,19 | 209:15,22 | 257:17,20 |
| 83:6,10,14 | 151:19 153:11 | 210:1,4,14,19 | 258:2,12 259:9 |
| 84:2 85:6,14 | 154:11 155:17 | 212:12 213:2 | 259:15 260:6 |
| 85:19 86:21 | 155:22 156:12 | 215:7,16,24 | 260:13,25 |

**[bolger - buddy]**                                          Page 14

| | | | |
|---|---|---|---|
| 261:17,20 | 311:21 312:9 | **botched** 138:3 | **breaking** |
| 262:7 263:9,23 | 312:23 313:5 | **bother** 236:13 | 170:20,23 |
| 264:9 266:1,12 | 313:14,22 | **bothered** | 176:2 |
| 266:23 267:1 | 315:1 316:13 | 294:22 295:9 | **breaks** 292:3,5 |
| 267:13,25 | 316:18 317:8 | **bottom** 8:12 | 323:10 |
| 268:6,15 269:6 | 317:12 318:4,9 | 38:23 66:8 | **brett** 47:25 |
| 269:12,19 | 318:23 319:4 | 76:25 95:14 | **brianna** 190:8 |
| 270:2,12 271:7 | 319:12,20 | 125:7 127:14 | **bridge** 280:18 |
| 271:18 273:15 | 320:8,13 | 132:16,16,17 | 281:21,22 |
| 274:21 277:9 | 321:10,23 | 179:6 235:3 | **bridges** 193:5 |
| 277:19,23 | 322:6 323:7,11 | **boulevard** | **brief** 55:16 |
| 278:6,20 279:3 | 324:16 326:3 | 122:22,22 | 169:10 234:20 |
| 280:4 281:2,14 | 326:20 328:16 | **boumtjebou...** | 323:15 |
| 282:13,20 | 330:2,15 | 239:12 240:13 | **bring** 36:4 |
| 284:5,9,16,21 | 331:19 332:6 | **bound** 11:5 | 50:19 |
| 285:3 286:12 | 332:15 333:8 | 260:12 | **broad** 34:2 |
| 286:25 287:12 | 334:11,16 | **bourdet** 305:2 | 88:6 |
| 287:21 288:9 | 335:8 336:4,18 | 305:4,17 | **broadcast** |
| 289:7,23 | 337:5,17,20 | 306:20 347:22 | 177:12 189:24 |
| 290:15 291:9 | 338:23 339:11 | **boy** 71:9 | **broader** 16:4 |
| 291:21 292:4,8 | 339:21 340:3 | **brass** 257:7 | 32:15,20,24 |
| 293:8 294:4,11 | 340:20 341:5 | 258:17 259:19 | 33:13 111:10 |
| 294:25 295:14 | 341:17,25 | **brave** 178:18 | 147:15 218:11 |
| 296:1 297:22 | 342:8,12,15 | **bread** 66:23 | 223:8 256:22 |
| 298:24 299:16 | 343:4,11 344:1 | 67:4 233:16,19 | 263:4 270:4 |
| 299:23 300:2 | **bolger's** 186:23 | **breadth** 184:7 | **brooke** 169:20 |
| 300:10,18,24 | **bonus** 179:1 | **break** 15:1,18 | 171:7,8 172:16 |
| 301:15,19,22 | **booing** 329:3 | 15:19 32:21 | 173:5,9 175:22 |
| 301:24 302:7 | **book** 70:20 | 55:12,20 | 176:13 |
| 302:11,20 | 73:23 146:24 | 113:10 117:6 | **brother** 220:8 |
| 303:18,24 | 147:5,22 | 125:5 126:1 | **brought** 108:16 |
| 304:7,14,18 | **boost** 181:3 | 127:5 128:18 | 224:13 |
| 305:24 306:15 | **bordeaux** | 169:7,13 | **bubble** 310:18 |
| 306:23 307:7 | 326:1 335:21 | 234:18,19,24 | **buddy** 180:16 |
| 308:15 309:1 | 338:17 | | |

**[building - catch]**                                    Page 15

| | | | |
|---|---|---|---|
| **building** 46:19 | **cabrera** 177:13 | 111:9 119:10 | **capitol** 8:23 |
| 46:21 | 177:18 178:3 | 120:5 122:17 | 9:10 35:10 |
| **bumbling** | 179:6 | 134:23 144:21 | 64:12 168:2 |
| 163:12 | **caddy** 198:17 | 147:12 158:3 | 172:1 173:20 |
| **bunch** 79:2 | **call** 8:1 13:16 | 163:22 164:14 | 176:2 247:15 |
| 92:1 | 27:11 63:11 | 165:7 179:8 | 310:3 |
| **burack** 322:24 | 69:18 98:12 | 192:9 209:3 | **caps** 247:15,16 |
| 330:21,25 | 108:21 109:13 | 214:7,16 230:3 | **captured** 133:6 |
| 331:17 332:11 | 110:16 127:15 | 239:12 246:2 | 311:8 |
| 332:11,17 | 132:14 141:23 | 264:21 283:18 | **care** 162:11 |
| 333:19,25 | 141:23 144:2 | 288:1 294:9 | 163:24 164:5 |
| 334:7 335:2 | 144:19,20 | 296:5,7,10 | **caring** 204:17 |
| **business** 45:8 | 145:19 146:1,6 | 305:15 325:16 | **carolina** 89:14 |
| 45:24 46:9,23 | 152:10 169:8 | **calling** 196:12 | **carried** 65:16 |
| 118:6 159:20 | 179:4 180:14 | 243:23 | **carry** 289:8 |
| 159:22 163:23 | 185:19,19,20 | **calls** 10:7,19 | **case** 1:2 4:13 |
| 164:15 207:18 | 185:20 193:9 | 11:1 13:2 | 4:24 5:5,7 6:24 |
| **buy** 21:20 60:4 | 199:23 214:3 | 145:24 215:24 | 18:5,13,18,20 |
| **bwahahaha** | 217:10 252:3 | 216:1 220:2 | 18:24 56:10 |
| 297:17 | 258:4,25 | 222:15 224:5 | 76:13 77:8 |
| | 294:22 295:10 | 227:15,21 | 83:2 91:3 |
| **c** | 295:17 296:8 | 228:23 231:15 | 112:6,11,17 |
| **c** 121:11 339:20 | 296:12,14,17 | 244:25 260:14 | 127:8 128:2 |
| 339:24 340:2 | 301:1 307:23 | 326:21 | 129:21 149:23 |
| 350:1,1 | 312:5 321:16 | **camera** 171:7 | 150:4,4 156:5 |
| **cabal** 9:24 | **called** 13:20 | 172:15 | 173:21 175:12 |
| 20:23 22:1,21 | 18:25 21:2 | **campaign** 75:2 | 177:5 184:13 |
| 25:1,25 26:23 | 25:5 26:2,25 | 281:24 | 205:15 214:1 |
| 27:16 28:14 | 28:15 31:22 | **campaigns** | 273:17 279:18 |
| 42:13 48:20 | 42:7 48:22 | 281:22 | 293:1 294:18 |
| 78:4,9 81:2,15 | 51:15 63:9,12 | **canadian** | 325:23 328:24 |
| 87:18 90:5,20 | 66:12,20 69:3 | 109:19,24 | 329:3,4 351:3 |
| 92:15 122:18 | 85:13 87:21 | 110:5 | **cases** 4:25 |
| 123:4 | 89:12 90:8 | **cape** 9:7 | **catch** 280:5 |
| **cable** 1:6 4:15 | 100:16 102:13 | | |
| 351:3 | | | |

**[catholic - choose]**

Page 16

**catholic** 40:18
95:19 96:2
97:4
**catholics** 97:8
**caught** 60:18
60:18 329:21
329:25 330:3,7
**cause** 166:11
166:11,22
**caused** 309:22
**cave** 12:18
261:22
**caviezel** 198:1
198:5
**caviezel's**
198:20
**cbs** 80:9,11
81:12,14,24
82:7,11 304:5
**celebrities**
87:19 90:5,21
92:1,16 122:16
123:3
**center** 20:22
36:1 48:20
**central** 22:1,5
144:15 201:7
203:16
**centralized**
150:8
**centuries** 95:18
**cerebral** 51:15
**certain** 24:13
57:25,25 73:20
120:14 131:3

145:16 186:8
196:10 213:22
227:3,9 272:24
273:2 279:17
291:15 304:9
309:12
**certainly** 11:19
16:1 20:18
21:13 22:14,16
25:15 29:10
34:16,21 35:4
35:10 36:5
45:3 50:1
57:11,17 71:2
71:3 75:9
77:12 79:6
81:23 88:17
89:8,10,24
103:6 104:10
105:13 120:10
190:12 195:21
201:1,20
203:19 212:20
215:11 263:12
280:25
**certification**
3:5
**certified** 338:8
**certify** 337:15
337:23 350:4,9
**cetera** 71:19
96:24 325:10
**chain** 292:16
296:24 297:4
323:20 324:24

330:20 334:6
334:10,14,18
335:20,22
**chairman** 75:2
**chance** 49:2
94:8 117:4
202:15 307:5
**change** 22:13
351:5
**changed**
167:11
**channel** 119:15
119:15 184:18
184:22 187:8
305:16,16
342:6
**chansley** 64:25
**chanting** 329:4
**characterizati...**
28:4,7 50:23
57:20 153:13
167:21 317:15
336:20
**characterizati...**
34:17
**characterize**
141:21 194:8
194:21 218:9
223:24
**characterized**
154:8
**characterizing**
217:8
**charged** 35:25
116:6 204:16

**charlie** 207:14
208:4,22
**charlottesville**
2:4 4:12
**chatter** 124:13
124:21 125:2
**check** 131:5
183:23,24,25
184:1,23
236:13 326:19
327:6
**checked** 44:2
**checking**
325:16,21
**checks** 183:18
184:3
**chemical** 87:21
90:7
**chester** 207:14
208:4,22 209:5
**child** 75:2
78:24 203:25
274:6,7 276:11
**children** 42:8,9
81:3,17 87:20
90:6,21 92:2
92:17 95:21
96:4,13 118:16
152:24 204:14
204:17,20
274:7
**children's**
204:11
**choose** 29:5
203:2 253:7

**[chooses - cnn]**  Page 17

| | | | |
|---|---|---|---|
| **chooses** 275:3 | **claim** 203:5 | 123:8 | 83:1,2,3 85:4,4 |
| **choosing** | 271:20 | **clip** 128:11 | 85:7,12 97:15 |
| 273:18 | **claims** 31:24 | 133:15,21,22 | 116:16,19 |
| **chose** 134:5,6 | **clarify** 84:20 | 133:22 134:20 | 118:6 127:7,12 |
| 134:13,13,17 | 138:3,10 | 135:6,10 | 127:15,18,22 |
| 167:24 197:6,8 | 143:15 154:20 | 142:13 162:15 | 127:24 128:10 |
| 197:12 275:4 | 158:15 | 165:25 167:23 | 132:18 142:2 |
| 296:11,14 | **clause** 201:4 | 167:24 168:5 | 148:17 149:18 |
| **chosen** 29:9 | 203:22 | 178:14 313:12 | 151:24,25 |
| 223:3 | **clear** 32:7 | 313:18 321:8 | 153:16 155:2 |
| **christ** 36:25 | 136:15 142:11 | 322:4,10 | 155:10,14,19 |
| 197:2,13,15,20 | 143:1,16 146:2 | 324:20 328:9 | 156:1 157:8,12 |
| 197:24 | 147:18 173:18 | 328:14,21 | 157:16,23 |
| **christian** 89:18 | 174:8 175:10 | 331:18 332:13 | 159:8,12,15 |
| 96:23 | 176:7 235:15 | 332:24 333:20 | 162:10 163:24 |
| **chyron** 132:17 | 265:21 278:2 | **clipped** 133:13 | 164:15 165:6 |
| 135:19 136:2,8 | 293:2 299:14 | 133:16 168:14 | 165:19 166:20 |
| 141:25 142:2,7 | 316:1 319:15 | 321:3 322:12 | 167:24 169:20 |
| 142:10,22 | **clearance** | **clips** 321:7,9 | 170:4,4 171:2 |
| 166:20 167:4,5 | 67:18,24,25 | 328:9 | 177:5,10,12,15 |
| 196:6 197:10 | 68:8 | **clock** 94:14,16 | 178:9,10 |
| 197:22,23 | **clearances** | 117:11 | 180:14 182:10 |
| **circles** 258:22 | 226:20 | **close** 132:17 | 182:22 184:16 |
| 259:5 | **clearer** 295:21 | 236:17 | 184:21 185:6,7 |
| **circulating** | 295:24 | **closes** 289:5 | 185:15,18,20 |
| 124:18 | **clearly** 133:24 | **cnn** 2:21 4:23 | 185:20 186:6,7 |
| **circumstances** | 142:7 156:2 | 10:5 18:14 | 187:8,11 |
| 89:11 147:1 | 174:11 242:8 | 30:9,17,25 | 188:13 189:1,7 |
| **cited** 38:22 | 294:19 318:20 | 31:16,22,23,25 | 189:23 191:14 |
| **citizen** 109:19 | **click** 43:18 55:6 | 32:2,5,6,11 | 196:1,22 |
| 109:25 110:13 | **clicks** 125:20 | 36:1,3 38:24 | 201:20 207:9 |
| 224:25 225:1,8 | **client** 326:22 | 40:4,10 43:22 | 207:14,17 |
| **city** 46:13,16 | **clinton** 75:1 | 44:1 45:8,18 | 208:4,22,24 |
| 46:16 | 78:23 116:5 | 45:24 46:9,19 | 209:2,6,10 |
| | 121:7,17,25 | 46:21 47:19 | 210:21 211:13 |

**[cnn - completely]**

221:5 233:18
236:20 237:23
261:19 295:22
295:24 296:2
305:5 306:9,9
306:10,16
307:2 308:14
308:23 309:13
317:16 325:15
325:19 326:13
327:16,18
328:9,10
329:16,22
330:11 331:7
337:9,10 338:2
338:6,12
339:14 341:2
342:4,5,21,23
342:23,24
345:14,18,21
345:22 346:12
348:4,5,6,7,8,9
348:10,11,12
348:13,13,14
**cnn's**   8:13,17
9:18 18:4 39:8
40:1 158:4
317:1 343:13
**cnn.com.**
309:21
**cnn002001**
83:8
**code**   328:20,21
**coded**   66:20

**cohen**   189:8,14
**coincidences**
147:14
**colleagues**
159:19
**college**   59:24
60:1
**colloquially**
64:21 67:6
**colloquy**
129:23 130:16
130:22 171:4
**color**   5:22,23
**column**   273:5
273:21 274:4
274:15
**combat**   203:24
226:13
**come**   71:12
72:1 108:7
116:12 124:14
267:24 268:12
275:14 284:6
314:13 317:19
328:14
**comes**   34:21
40:21 53:13
123:16 174:24
235:8
**comet**   74:5,22
78:24
**coming**   59:8
179:21 180:9
181:5 215:1
240:1 316:8

**commandme...**
23:25 24:4
78:6 106:1
**commendatio...**
226:17
**comment**   31:6
154:24 155:3,3
156:5 157:11
157:24 158:6,9
158:19 159:7,8
159:9,16,22
160:8 296:6
**commentary**
145:5
**commentator**
9:12
**comments**
238:12
**commission**
344:24
**commit**   77:22
174:6 175:2
178:16
**commits**   81:3
81:16
**committed**   53:1
**committee**
131:4
**committing**
176:1
**common**   16:3
69:20 115:22
115:22 178:22
178:25 221:24

**commonality**
23:1 79:7,9
**commonly**
75:22
**communication**
296:24 326:22
335:22
**communicati...**
64:3 65:20,24
66:3 327:3
335:11
**community**
20:11 86:13
115:23 130:10
153:5 205:21
222:10 275:18
303:17
**company**   60:16
100:11
**compare**   162:9
**compel**   29:17
**competent**
113:21 114:10
**complaint**
12:10,19 13:4
18:3 19:6,10
20:8 28:25
29:2,5,10 30:8
48:7,19 80:13
187:15 188:5,7
345:9
**completed**
329:19
**completely**
289:7 295:15

**[complicated - contacted]**                                      Page 19

**complicated**
  76:4
**complimentary**
  271:23
**comply**  325:18
  326:13
**components**
  334:12
**composed**
  24:13
**compound**
  24:10 84:3
  97:6 103:23
  119:25 253:25
**comprehend**
  235:6
**computer**
  41:12 150:12
  322:9
**con**  35:20
  41:25 307:4
  309:17,18
  310:5
**concept**  225:5
  326:8
**concerned**
  35:23 59:2
  89:20 115:4
**concerning**
  203:12
**conclude**
  248:22
**concluded**  32:6
  344:2

**concludes**  20:9
**conclusion**  10:7
  10:19 11:1,7
  13:2 62:8
  139:21 145:24
  260:14 267:24
  268:12
**concocted**
  320:6
**condemn**
  178:20
**condemned**
  200:21
**condemning**
  200:13
**condone**  77:15
**condoning**
  33:18
**conduct**  45:23
**conference**
  307:4 309:17
  309:18
**confidential**
  1:15 340:18
  343:13,15,17
**confirm**  128:25
**confront**  307:5
  307:18,19
**congress**
  200:20 203:14
**congressman**
  207:10
**conjunction**
  62:15

**connected**
  248:22
**connection**
  4:18 12:20
  296:15 331:4
  336:2
**conor**  4:10
**consciousness**
  198:16
**consequences**
  204:24
**consider**  11:13
  11:21,22
  114:10
**considered**
  12:19
**consistency**
  328:13
**consistent**
  203:19 222:2
  304:12 332:18
**consisting**
  20:24 25:2
**consists**  179:22
  207:4
**conspiracy**
  30:12 31:17,23
  31:24 34:10,15
  41:1,9,20 42:3
  42:11 48:2
  68:23 74:25
  75:4,7,24 76:1
  83:4 86:19
  96:11 101:25
  125:9,18 141:4

  142:17 178:20
  179:9 197:2,16
  198:4 200:14
  200:21 201:7
  203:17 225:14
  237:1 252:12
  253:22 262:17
  310:2
**constitutes**
  58:20
**constitution**
  134:7,16
  232:20 233:12
  237:3 241:10
  252:7,14 262:1
  262:6,11
  263:18 265:5
  267:23 268:14
  268:20,23
  269:10
**constitutional**
  286:24
**consulted**  39:5
**contact**  7:6
  154:23 155:7
  155:12 157:24
  158:14,16,18
  178:23,25
  191:2 237:10
  237:21 327:11
**contacted**
  155:16,20,20
  157:10,14
  158:7 237:12
  248:6 326:18

**[contacted - correct]** Page 20

327:4
**contains** 40:8
80:8
**contemplate**
188:9
**contemplated**
170:2
**content** 100:24
118:19,20
217:23 218:5
272:8 320:23
**contents**
338:11 339:9
339:23
**context** 8:17
9:20 10:5 16:5
16:8 27:12
32:19 34:5
58:22 71:19
73:13,18 97:16
97:25 98:6,11
100:21 106:8
106:15,21
107:1,2,3,4,10
107:14,16,20
108:2,4,17
109:11 110:10
110:11,13
111:4,5,7,10,12
111:14,16,18
111:22 112:13
130:20 131:1,6
131:10,18
138:11 142:14
146:22 147:16

165:13 172:8
175:10 204:9
205:15 210:18
214:24 218:11
218:11 223:8
230:2 233:13
234:5,8 236:2
241:23 242:6,9
243:19,21
244:15,17
245:24 246:23
247:9 248:8,10
248:16 249:14
251:3,10,11
252:2 256:2,21
256:22 263:4
267:6,10 270:4
272:20 279:14
279:18 299:1,5
311:4
**contexts** 73:6
**continue** 165:1
175:17
**continued**
343:25 345:25
346:1,25 347:1
347:25 348:1
**contract**
156:13
**contributed**
168:10
**control** 22:2
**controlled** 21:2
25:4 26:1,24
27:17 28:15

48:21
**controls** 9:25
78:5,10 81:3
81:17
**convention**
122:5 197:17
322:3
**conversation**
55:8 129:15
293:2 298:7
301:9 305:22
**conversations**
36:16,16 129:3
129:7 132:3
**convince** 136:9
253:12,21
**convinced**
123:19
**cooking** 121:8
**cookout** 289:17
**cool** 61:1
**cooper** 30:11
30:18 31:16
83:24 86:11
96:8 116:17
118:9 125:7,16
**cooper's** 86:12
92:15 116:14
125:12
**copies** 149:4,7
**copy** 7:20,24
12:9 42:22
47:24 83:3
161:15 179:18
185:3 186:10

187:14,20
188:18 189:19
191:11 195:24
196:19 200:9
200:24 207:3
210:24 213:24
213:25 218:16
228:19 255:12
260:19 264:13
264:24 280:1
282:5 286:6
302:20 320:17
327:20 337:8
340:15 343:19
**core** 23:24
51:15 81:1,10
81:14,18 82:11
82:14,15,21
89:3 199:6,9
199:13 221:21
222:1
**corner** 127:14
132:13
**corners** 225:12
**correct** 34:11
35:20 38:3,25
40:1,4,11,15
42:22 45:9,16
51:24 62:11
64:22,23 73:12
78:1,5,11,19,25
85:13 110:21
111:2,15
119:19 122:8
127:21 128:3,4

[correct - d.c.]                                                        Page 21

| | | | |
|---|---|---|---|
| 129:2 133:8 | **corrosive** 80:10 | 301:21 | **critical** 236:1 |
| 134:7,18 | **corrupt** 276:18 | **court** 1:1 3:14 | **criticize** 216:20 |
| 135:11,13 | 276:23,25 | 5:14 10:3 | **cross** 244:19,24 |
| 136:10 141:12 | 277:7 278:4 | 17:18,20 18:2 | **crucially** 14:7 |
| 154:10 155:9 | **corruption** | 29:17 107:19 | **crumbs** 66:23 |
| 159:11 167:18 | 274:5 275:23 | 292:9 302:9 | 67:4 |
| 168:6 169:20 | 276:7 | 319:5 335:14 | **crusade** 87:17 |
| 169:21 171:23 | **council** 227:6 | **court's** 11:5 | **cry** 57:2,7,12 |
| 173:24 176:11 | **counsel** 3:3 | **courtesy** | 57:14 58:6 |
| 177:13 179:23 | 4:23 16:12 | 164:16 178:22 | 104:25 105:11 |
| 182:11 183:5 | 17:4 149:12,18 | 178:25 | 193:16 297:10 |
| 188:21 199:14 | 239:2 305:20 | **cover** 246:4 | 297:15 |
| 213:12 227:8 | **country** 41:1 | 308:2 | **crying** 214:19 |
| 232:11,13 | 41:16 42:2 | **coverage** 209:1 | 214:22,23 |
| 238:5 239:9 | **country's** 41:3 | **covered** 262:15 | **cult** 9:18 31:23 |
| 249:5 250:15 | **couple** 5:11 | **covering** 172:5 | 34:10,16,17 |
| 251:17 253:15 | 16:12,14,16 | 339:13 | 85:5,13 86:5 |
| 259:14 270:11 | 104:21 124:5 | **covid** 41:3,15 | 86:19 345:15 |
| 291:10 303:23 | 177:16 249:22 | **crash** 78:18 | **current** 91:8 |
| 317:2 321:13 | 292:23 323:2 | 282:19,25 | **currently** 43:3 |
| 327:22 328:15 | **courageous** | **crazy** 32:6 33:8 | 204:16 |
| 337:16,24 | 179:3 | 199:23 262:16 | **custody** 210:2 |
| 338:8 341:4 | **course** 25:18 | 301:25 | **customary** |
| **corrected** 76:23 | 35:19 37:25 | **create** 322:4,9 | 159:22 |
| **correctly** 76:18 | 38:1,7 44:16 | **created** 82:24 | **cut** 38:21 |
| 102:21 143:20 | 45:4 58:17,22 | 83:7 133:15 | 249:12 252:20 |
| 144:22 146:20 | 65:11 109:14 | 135:6,10,19 | 332:2,5,13,19 |
| 154:8 165:25 | 116:6 141:4 | 136:2 170:3 | **cv** 1:2 |
| 217:7 307:13 | 143:10,13 | 191:19 313:18 | **cycle** 170:5,9 |
| 336:7 | 145:1 190:16 | 321:9 331:17 | 170:16,19 |
| **correspondent** | 194:4 217:17 | 333:19 | |
| 45:19 | 222:15 252:3 | **credo** 12:22 | **d** |
| **correspondents** | 263:3 283:4 | 13:11,18,24 | **d** 45:7 60:9 |
| 36:3 328:24 | 288:3 292:4 | **criminal** 112:6 | 76:4 188:24 |
| | 293:11 294:12 | 112:11,17 | **d.c.** 9:9 74:5 |
| | | | 75:4 |

**[daily - democratic]** Page 22

**daily** 151:4,18
**damn** 219:16
  219:19,21,25
**dangerous** 32:7
  33:9,14 35:2
  35:12 77:3,8
  77:13,17,20
  78:1 125:11,21
  179:9 227:13
**dangerously**
  236:16
**darcy** 43:24
  44:21 180:15
**dark** 32:2
  33:16 225:12
  285:5
**date** 21:7 90:12
  112:12 187:23
  187:24 219:13
  252:10 265:13
  265:20,24
  266:17 267:5
  272:14 273:3
  283:13 293:18
  294:8 309:9,10
  325:6 342:16
  351:4
**dated** 85:4
  185:6 186:13
  187:22 189:22
  189:25 191:14
  191:15,17
  196:22 200:15
  208:24 214:10
  219:5,7,10,17

  230:11 255:15
  256:11 260:2
  264:14 271:3
  272:14 279:22
  280:8 282:6
  286:1 287:8
  290:6 292:19
  298:14 303:7
  311:2 320:19
  334:8
**dates** 306:21
  342:9,13
**davis** 2:7 323:6
  323:22 324:2,5
  324:6,25
  329:16,20
  330:10,13
**day** 16:18,20
  96:10 131:18
  131:20 169:19
  172:3 182:3
  224:18 228:6
  229:12,14,18
  240:25 241:11
  248:21 267:6,7
  341:13,16
  344:21 350:14
**days** 16:13,14
  16:16 69:2
  70:3 98:9,9
  100:15 102:12
  104:1,17 107:5
  111:8 134:23
  147:11 158:2
  160:13 230:3

  287:16 288:1,8
  299:7,8,19
  300:7 301:10
  311:11
**dead** 23:19
  36:18 60:18,18
  283:3
**deal** 339:12
**death** 36:19,22
**decades** 11:19
**december**
  42:25 62:25
  101:22
**deception**
  274:10
**decide** 312:7
**decided** 10:10
  133:21,24
  324:19
**decipher**
  104:18
**decision** 134:2
  169:22 312:8
**deck** 257:7
  258:17 259:19
**deep** 21:2 25:5
  26:2,25 27:18
  28:15 48:22
**defamation**
  201:6,18,19
  203:8,11,15,20
**defeat** 209:2
**defend** 108:9
  232:20 233:12
  241:9

**defendant** 1:7
  2:7 18:17
  209:4
**defendant's**
  208:25
**defense** 62:10
  226:13
**define** 195:3,5
**defined** 10:4
**defines** 205:21
**definite** 53:25
**definitely** 34:12
  42:14 53:14,15
  82:19 88:24
  89:9 92:10
  96:6 105:14
  211:22,24
**definition**
  10:17,24 23:24
  29:6,9 75:25
  87:1,8 205:16
  205:18 206:24
  224:11
**definitively**
  195:19
**deleted** 290:17
  322:10
**deliberately**
  92:11 160:7
  195:16
**deliberating**
  216:17
**demand** 59:20
**democratic**
  208:7

**[democrats - discussed]**                                             Page 23

**democrats**
  20:24 25:2
  87:18 90:5,21
  92:1,16 199:7
**demonstrated**
  312:12
**demonstrates**
  271:5 324:11
**demonstrating**
  118:18
**denial**  165:2
**denied**  191:9
**denies**  64:1
**denver**  200:12
**deny**  194:2
**department**
  87:7 206:6,13
**department's**
  67:25
**depend**  106:7
  111:3 205:15
**depending**
  36:13 47:11
**depends**  107:3
  108:3 160:2
  170:5 224:9
  233:13
**deposed**  247:22
**deposition**  1:20
  3:5,12 4:16
  6:23 7:16
  16:11 17:16
  19:21 31:3,9
  92:11 94:19
  99:14 156:10

  163:15 222:20
  233:3 261:13
  272:23 291:8
  304:13 316:9
  334:20 343:12
  351:4
**depression**
  161:12
**deranged**  31:22
  34:10,13,15
  125:10,21
**describe**  46:23
  124:21 185:23
  211:11 292:25
**described**  37:8
  78:20 143:21
  196:8 263:6
**describes**  22:18
  109:15 125:9
**describing**
  111:19 271:11
**description**
  21:14 24:19
  45:19 81:23
  345:7 346:3
  347:3 348:3
**descriptions**
  197:11
**designate**
  343:14,17
**designated**
  340:18
**detached**  32:3
**detailed**  174:11

**details**  80:20
  128:17
**determination**
  201:17,19
**determine**
  191:6 211:5
  212:11
**determined**
  12:18 67:23
  192:10,22
  237:1 252:11
**devin**  213:15
**dhillon**  285:21
**diaz**  297:1
**dictate**  47:12
**died**  282:25
**difference**
  194:16 247:3,6
**different**  36:14
  47:8 74:2
  111:18 196:23
  208:12 212:7
  265:22 268:8
  294:24 334:12
**differently**
  173:10 239:14
**difficult**  118:13
  222:1 273:3
**digging**  173:2
  175:20
**digital**  47:10
  211:2,9,18,21
  212:2,3 223:15
  223:17,21
  224:8,13,20,23

  225:20
**direct**  15:8
  150:2 286:6
  287:4,6,15
  305:22
**directing**
  227:22
**direction**
  205:24
**directly**  166:2
  173:13 236:4
  286:13
**director**  73:8
  205:3 207:15
  208:5,22
  226:23 227:8
**disabilities**
  161:4
**disavow**  98:7
  178:20
**discovery**  4:23
  5:6 62:24 83:2
  101:23 127:7
  177:5 214:1
  261:16,19
  289:5 298:11
  308:14 327:18
  341:2
**discuss**  190:11
  343:7
**discussed**
  130:16 309:18
  341:10 343:3
  343:12

| | | | |
|---|---|---|---|
| **discussing** 208:25 312:1 | **document** 7:14 8:5 12:1,7,11 | 230:10 249:21 255:13 259:25 | **documents** 7:9 17:8,15,18,21 |
| **discussion** 166:8,17 323:13 | 19:14,15,17 38:20,21 39:7 39:13 42:21 | 260:18 264:14 264:15 265:11 270:19 272:12 | 18:2 56:21 90:18 91:21,24 127:14 149:13 |
| **discussions** 177:17 182:16 | 47:23 49:13,19 53:5 55:11,14 | 272:15 274:1 277:11,13 | 149:19,22,25 250:6 285:16 |
| **disinformation** 11:18 76:6 194:9,12,19,23 195:1,5,19 | 80:6 82:24,25 83:1 84:24 86:2,6 94:12 95:3,15 118:4 | 279:22 280:1 282:7 283:8,9 285:14,24 286:5,9,21 | 286:18 309:9 323:2 327:9 334:9 335:13 343:13 |
| **dismiss** 12:20 | 125:5,25 127:6 | 290:4,8,16 | **doing** 76:9 |
| **dismissal** 219:17,19,21 219:25 | 127:7,8,12 132:10,11,16 132:17,22 | 291:19 296:22 297:23,25 298:9,10,18,21 | 114:7 163:14 192:1 197:1,15 197:18 230:6 |
| **dismissed** 5:5 | 159:21,23 | 298:25 302:5 | 233:6 243:24 |
| **dispense** 49:14 | 160:1 161:16 | 302:19 303:2 | 244:10 322:23 |
| **dispute** 287:23 289:18,21 | 161:17 162:24 169:4,14,16 | 304:24 306:16 306:17,22 | 332:20 |
| **disregard** 32:4 | 171:3 177:3,4 | 308:13 320:18 | **domestic** 76:15 205:4,9,21 |
| **disregarded** 236:11,12 | 177:10 179:18 179:19,22 | 323:19,23 324:23 327:14 | 206:7,21 227:13 317:6 |
| **disrupt** 204:19 | 182:6 185:4,5 | 327:20 329:14 | 329:16 346:15 |
| **distinct** 69:22 | 186:11,12,18 | 329:24 330:19 | **don** 127:20 |
| **distinction** 176:11,12 | 187:20 188:1 188:19 189:20 | 333:24 334:1,5 335:7,18 337:4 | 129:25 182:13 |
| **distinguish** 174:4 175:23 176:3,16 | 189:21 191:12 191:13 195:24 196:20,21,25 | 337:11,24 340:15,17,25 341:1 343:16 | **donald** 87:16 89:1,4 171:16 **donie** 1:21 4:2 |
| **district** 1:1,1 4:14,19,24,25 10:3 | 200:10,16 201:4 205:2,6 207:3,3 208:19 | 347:21 **documentary** 32:16 34:4 | 4:10 37:12 45:6 94:21 112:8 116:14 |
| **divide** 52:12 | 209:11 210:24 | 63:22,23 | 117:15 118:6 |
| **divine** 89:10,22 | 210:25 213:25 214:1 218:17 | **documented** 150:23 | 128:15 173:3 180:16 185:12 186:12 188:24 |

**[donie - email]** Page 25

202:8 205:12
245:11 247:20
269:22 305:1
310:19 320:8
320:18 321:23
323:21 327:17
329:12 332:16
332:25 344:19
345:3,10
347:22 351:4
**donie's** 330:23
**double** 123:10
**doubt** 183:9
268:19 282:10
282:17,24
286:22 287:18
**dozens** 122:16
123:3
**drank** 90:7,22
95:21 96:3
**drink** 92:2
198:14 199:12
**drinking** 96:12
200:5
**drop** 67:9
69:10 102:16
102:23,25
103:10,14,20
104:6,8,11
160:12,15,17
241:24 250:22
288:7,18 289:2
299:15 300:7,9
300:16,23
301:7,14

**drops** 63:12
66:11,12,15,22
67:3 73:2
103:16
**dublin** 60:1,4,9
**duly** 4:3 350:6
**duties** 45:20
**dve** 205:21
206:14
**dynamic**
324:12

**e**

**e** 45:7 113:17
188:24 345:6
346:2 347:2
348:2 350:1
**earlier** 36:8
42:12 50:1
77:5 79:1
123:15 130:20
146:19 221:25
225:14 244:2
260:3 310:3
314:20
**earliest** 116:3
**earth** 239:24
**easier** 5:13,14
**easiest** 6:16
118:2
**echoed** 142:17
**ecommerce**
63:1
**edit** 305:8
322:22 325:11

**edited** 136:6
**editor** 47:14
305:5,6 322:14
322:20 329:10
331:2
**editorial**
134:19
**editors** 135:21
305:7
**educating**
173:2 175:20
**effect** 3:13
270:1,11
286:23
**effects** 39:19
**effort** 40:3
153:7,8 154:23
155:7,12 156:4
157:23 173:8
175:23 176:2
176:16 181:2
191:2 210:21
237:9,21
327:10
**efforts** 174:3
203:24 225:16
**either** 25:10
37:19 86:18
131:2 184:16
283:10 350:10
**elected** 69:21
**election** 22:23
22:24 35:25
40:25 41:2,14
41:19,21 56:9

63:14 88:14,22
90:14,16
172:10 209:1,3
**elements** 34:13
201:8,21
203:17
**elites** 81:2,16
**elitist** 20:24
25:2
**elitists** 199:7
**ellipses** 208:11
**elon** 181:22
**else's** 216:15
**email** 45:16
46:5 62:24
101:21 159:25
190:1 292:16
292:17 293:22
306:7 310:15
310:16 311:2
314:10 320:18
320:20,23
323:6,20,21
324:1,24 325:2
325:3,5 327:15
329:15,17
330:11,20,21
331:7 333:25
334:6,7,10,14
334:18 335:19
335:20,22,22
347:18 348:4,5
348:6,7,8,9,10
348:11,12

**[emailed - evidence]**                                                Page 26

emailed  314:5

emails  17:10,12
150:3 324:25
331:5 334:22

embrace  20:11
90:4

embraced
91:17

embroil  312:8

emma  326:1
335:21 338:17

emoji  214:19
214:20 216:11
231:23 239:25
297:6,9,10

emojis  214:16
297:14,15
317:21,23

employed
153:1

employee
208:25 209:2
338:6 342:22

employees
43:22 151:12
339:14 342:23
342:24

employer  209:4

employs  151:12
151:16

enable  168:10

encountered
22:16 79:10
122:20,20

encourage
168:10

encouraged
102:19

endemic  276:11

endorse  96:21

endorsed  91:25

endorsement
14:22,23 15:12
15:13,23,25

endorsements
16:3

endorsing
266:17

ends  261:3

enemies  124:16

energy  67:24

engage  51:19
52:7 100:23
124:2

engaged  125:1
174:25 226:8

engages  8:15

engaging  50:15
51:9 53:14
63:13 204:22

ensures  326:12

enter  156:13

entered  7:25
8:3

entertainment
20:25 21:5
25:3

enthusiastic
230:21

enthusiastical...
229:5

entire  39:6 95:3
142:11 167:8

entitled  19:14
19:16 30:11
49:9 80:9
210:2

entries  45:14

environment
104:12

ep  310:20

equal  265:5
267:23 268:14
268:20,24

errata  351:1

escape  264:21
264:21 265:15
265:17,23
269:8

especially
181:6

espouse  123:25
199:22

esq  2:5,10,11
2:21

essential  23:12

essentially
153:23

establish  12:21
13:10,19,23
312:4

et  71:19 96:24
325:10 351:3

ethical  325:17

etymological
71:15

event  35:8,20
42:1,8,9,10
59:19 65:11
98:2 142:8
146:25 175:16
213:10 284:1
310:5

events  36:4,5
42:1,15 50:5
50:11,20 51:7
51:13,18 59:6

eventually
310:12

everybody  5:13
24:15 43:21
50:25 77:16
96:19 171:25
173:22 229:14
236:2

evidence  24:24
25:6,23 26:21
27:6,15,19,24
28:17 50:9,14
51:6,9,16 56:7
57:21 61:15
68:6,13,17,21
70:7,14 90:18
91:1 92:19
93:13 97:2
102:15,24
103:18 104:4
119:21 120:11

**[evidence - exhibit]**

120:12,15,16
120:21,25
121:5,15,22
123:1 124:25
139:20 140:1,8
140:11,24
141:8 143:8,25
145:17,20
148:20 152:6
153:23 154:1,2
190:17 199:25
201:11,24
202:18 203:4
204:6 245:19
246:15 256:16
260:23 262:3,5
264:3,5 266:10
267:15 271:15
287:23 288:6
288:14 289:18
289:21 290:12
290:25 296:3
298:2 299:14
300:1,8,15,22
301:6,13
**evidenced**
148:4
**evidences**
258:10 265:11
266:5 267:16
298:22
**evil** 81:2,15
274:5 275:23
276:7

**evil.'.** 9:16
**evolve** 22:13
222:2
**evolved** 73:4
**evolving** 88:6
167:14,15,16
**ex** 44:1 59:20
342:23
**exact** 69:3
90:12 315:3
**exactly** 43:8
74:13,18 104:8
115:5 158:4
284:7 329:11
332:20
**examination**
1:20 4:6 345:2
**examine** 95:4
**examined** 4:3
**examiner**
148:16 154:3
158:25 159:10
194:8,22
**example** 215:3
217:19 255:23
**examples**
256:11,12
**except** 3:8
343:15
**exchange**
347:18,19
348:5,6,9,10,11
348:12
**excited** 114:3
297:11

**exclamation**
229:8 230:22
231:19 264:23
290:7 315:23
315:24
**exclusive** 71:5
71:6,8 132:18
**excuse** 141:15
177:7 293:21
304:19 321:3
**executions**
124:16
**executive** 47:17
310:22,25
**exercised**
134:19
**exhibit** 7:15,17
12:6,8,14 19:5
29:3 38:17,20
42:19,21 47:22
47:24 48:25
80:3,6 82:22
83:11 84:23,25
85:7 86:1,3
94:5,7,23
104:14,16
124:4 127:2,6
132:7,10
147:10 161:14
161:16 162:9
162:10,16
164:13 169:3,5
169:15 177:1,4
179:15 185:2,4
186:9,11

187:19,21
188:16,19
189:18,20
190:21 191:10
191:12,20
193:21 195:23
195:25 196:17
196:20 200:8
200:10 204:25
205:2 207:1
208:18,20
210:23,25
213:23,25
217:8 218:13
218:17 225:21
234:16,18
239:11 246:1
249:20,22
250:1,11,14
251:5,19 253:6
255:11,13
259:24 260:1
264:11 270:17
270:20 272:10
272:12 279:20
279:25 280:2
282:4 283:7,9
285:13,15,23
285:25 286:4,6
290:2,5 291:18
291:20 296:20
296:23 298:8
298:10 302:16
302:18 304:22
304:25 307:22

**[exhibit - fair]** Page 28

308:12,16
320:15 323:5
323:17,20
324:22,24
327:13,15
329:13,15
330:17,20
333:6,23 334:4
334:6 335:16
335:19 337:2,3
340:13,15
345:8,9,10,11
345:12,13,14
345:15,16,18
345:19,20,21
345:22,23
346:4,5,6,8,9
346:11,12,13
346:14,15,17
346:19,20,21
346:22,24
347:4,5,6,7,8,9
347:10,11,12
347:14,15,16
347:17,18,19
347:20,21,22
347:23 348:4,5
348:6,7,8,9,10
348:11,12,13
348:14
**exhibits** 49:10
251:15 292:7
345:25 346:1
346:25 347:1
347:25 348:1

348:16
**exist** 257:9,11
257:14 259:21
**existence**
258:20 259:13
**expect** 231:13
286:14
**expert** 11:14,21
39:17 40:15,19
86:24,25 109:6
142:25 143:4
212:23
**expertise**
146:10
**experts** 181:7
181:13
**expires** 344:24
**explain** 93:14
216:12 253:7
255:3 319:22
**explaining**
89:15 254:17
**explains** 9:13
96:15 257:4
**explanation**
76:3 248:23
251:7
**explicitly**
241:20
**exploitation**
203:25
**explosion** 59:20
**exposecnn**
207:6

**exposed** 225:13
**exposing** 9:24
53:1 274:5,5
274:10
**express** 201:5
**expressed**
49:23 53:6
201:12,25
202:19
**expression**
105:2,6,12,15
105:17,22
106:4,9,13,18
107:22 108:1
147:12 278:18
278:23 279:8
279:10
**extended** 84:9
**extensive** 150:1
**extent** 13:2
85:9 121:2
326:21
**extract** 87:21
92:18
**extreme** 175:2
**extremely**
91:11
**extremism**
196:3 205:4
346:15
**extremist**
123:22 167:17
196:13 205:10
205:22 206:7
206:21 227:13

**extremists**
210:10
**eyes** 214:21
215:1

**f**

**f** 23:17 192:11
194:1 350:1
**face** 9:5 214:25
**facebook** 76:8
119:4 298:12
**facilitate** 5:12
**facilitated**
302:15
**fact** 88:25
142:14 193:2
249:3 258:20
288:7 308:2
325:15,21
326:18 327:6
**facts** 32:4
284:4
**fail** 254:22
**failed** 98:7
143:15
**fails** 254:20
**fair** 46:20
64:19 65:13
80:22 84:18
88:1,12 115:6
135:16 144:20
148:12 168:23
168:25 171:1
194:14 275:1
306:8 310:18
310:24

**[fairly - fight]** Page 29

| | | | |
|---|---|---|---|
| **fairly** 262:14 | 134:15,22 | **favorite** 8:16 | 180:6 182:4,9 |
| **fairness** 340:7 | 135:8 137:15 | **fbi** 76:14 | 182:10 183:1,5 |
| **faith** 8:20 23:9 | 138:11 149:20 | 196:12 206:5 | 184:6,15 185:6 |
| 24:1 89:17 | 150:10 154:24 | 206:12,22 | 185:8 186:4 |
| **fake** 36:21 | 155:7 158:1 | **feature** 176:14 | 187:2,12,24 |
| **faked** 36:19 | 161:21 164:11 | 213:19 | 188:8 189:22 |
| **false** 81:1 87:3 | 174:4 188:10 | **featured** | 189:25 190:2 |
| 108:9,11 115:8 | 189:2,9 199:22 | 173:11,22 | 190:10,10,15 |
| 194:5 195:7,13 | 200:4 201:12 | 336:12,15,20 | 200:20,25 |
| 195:21 197:2 | 204:6 225:20 | **features** 80:17 | 203:9 208:14 |
| 204:2,7 236:22 | 230:6 242:4 | 161:20 246:3 | 210:8 238:1,5 |
| 238:3 248:3 | 264:6 289:13 | **february** 1:9 | 273:1 287:16 |
| 251:7 273:17 | 289:20 321:8 | 21:9,10 43:7 | 291:14 296:15 |
| 320:10 | 322:5 324:20 | 82:1 85:5,12 | 309:10,24 |
| **falsely** 108:4 | 326:18 | 86:4 108:20 | 311:2 314:10 |
| 195:6 248:1 | **fan** 8:16 65:13 | 116:20 127:18 | 314:22 315:12 |
| **familiar** 16:1 | 213:18 247:16 | 128:3 129:1,4 | 320:19,21 |
| 65:1 112:22 | **fans** 144:20,21 | 129:8 131:2,3 | 324:2 325:4 |
| 121:13 122:11 | 211:12 223:18 | 131:11,17 | 327:21 332:4 |
| 122:25 135:1 | **fantasies** | 136:21,24 | 334:8 336:3 |
| 138:5 140:16 | 125:11,21 | 137:2,18 | 338:13 339:6 |
| 141:2 155:23 | **fantastic** 297:5 | 138:13,24 | 342:4,5 351:4 |
| 155:25 198:22 | **fantasy** 76:5 | 139:1 140:7,13 | **federal** 235:8 |
| 207:16 223:6 | 87:16 | 140:25 141:9 | 235:21 |
| 223:19 280:10 | **far** 18:15 19:1 | 143:8 148:21 | **feed** 37:22,23 |
| 280:14 303:11 | 20:9,18 59:2 | 152:7,17 | 44:25 139:5,9 |
| **families** 289:15 | 115:4 123:17 | 153:17 154:25 | **feedback** 212:4 |
| **family** 91:25 | 124:22 131:24 | 155:8,13 157:9 | **feel** 57:16 95:2 |
| 92:20 100:12 | 137:2 138:15 | 157:22 158:8 | **felt** 9:13 307:3 |
| 100:14 107:17 | 162:24 181:25 | 159:7,17 166:9 | **ferber** 191:7 |
| 112:25 116:9 | 196:3,13 | 166:18 167:12 | **field** 39:17 |
| 120:22 121:1,6 | 293:25 311:24 | 167:18 168:11 | 40:15 76:19 |
| 121:16,24 | **faster** 6:2 | 168:24 169:19 | **fifty** 333:7,11 |
| 123:2,25 125:1 | **father** 64:4 | 171:15 172:11 | **fight** 216:21 |
| 132:3 133:6,25 | | 177:12 178:4 | 289:16 |

| | | | |
|---|---|---|---|
| **figure**  23:12,13 | **first**  7:14 12:16 | 341:4 | 37:18 50:10,10 |
| 23:14 36:12 | 13:13 47:18 | **fixated**  245:3 | 51:2,2,17 52:3 |
| 63:19 87:17 | 48:6,17 55:1 | **flag**  9:7 74:7 | 52:4,7 53:6,6 |
| 88:17 89:1,5 | 67:9 69:20 | 231:23 233:23 | 53:10 56:15,19 |
| 89:22 144:15 | 70:11 71:14,23 | 233:24 239:20 | 57:22 61:15,17 |
| 232:23 | 71:24 74:22 | 239:25 264:23 | 61:20 62:1,1 |
| **figured**  68:1 | 87:15 90:3 | 264:25 265:7 | 62:10,20,25 |
| **figures**  8:25 | 127:11,15,17 | 268:9 297:13 | 63:4 64:2,3 |
| 21:1 25:4 | 128:1 134:25 | 297:14 308:3 | 65:19,20,24 |
| 168:3 204:22 | 166:25 177:9 | **flags**  230:23 | 66:2 68:7,18 |
| 312:12 | 180:6 187:10 | 231:11 | 70:6,7,18 |
| **file**  150:11 | 189:21 190:2 | **flip**  321:16 | 74:14 90:19,19 |
| 331:9 | 190:20 191:13 | **flipping**  118:22 | 91:24 92:20 |
| **filed**  38:2,13 | 191:25 194:24 | **flirtation**  68:22 | 97:3,3 98:8 |
| 136:23 | 196:21 197:9 | 144:4 | 99:2 100:5,13 |
| **filing**  3:4 | 197:14 200:6 | **flirted**  142:16 | 100:18,25 |
| **filled**  119:9,22 | 211:1 218:23 | 144:7 312:14 | 101:11,12,16 |
| **filmed**  208:25 | 219:15 230:18 | **flirting**  29:12 | 101:21 102:7 |
| **final**  69:22 | 235:3 241:9 | 38:6 50:15 | 102:16,25 |
| 202:15 327:17 | 251:5 255:6 | 141:3 204:23 | 103:19,19,19 |
| 327:21 332:23 | 270:25 271:3 | **floating**  95:17 | 103:19,20 |
| 332:25 333:10 | 272:18 273:6 | **floor**  2:9 | 104:5,5,5,5,6 |
| **finally**  332:3 | 283:12 287:17 | **florida**  4:19,25 | 107:8,17 |
| **find**  49:16,18 | 309:9,10,13 | **fluid**  22:10 | 112:16 113:24 |
| 113:20 150:21 | 318:1,6 319:9 | 54:4 | 116:9 120:22 |
| 225:10 | 323:21 325:3,9 | **flynn**  1:3,3 4:13 | 121:1,6,16,24 |
| **fine**  106:5 | 328:13 330:20 | 4:13,15,17,18 | 123:2,25 125:1 |
| 108:18 219:6 | 342:15 | 5:5 6:23,25 7:2 | 132:3,15 133:6 |
| 262:20 | **firsthand**  6:11 | 7:7 23:14 | 133:25 134:15 |
| **finish**  17:23 | **firstly**  25:8 | 24:22,24,25 | 134:21 135:8 |
| 33:24 75:14 | **fish**  64:10 | 25:6,12,13,24 | 135:18 136:7 |
| 150:19 259:16 | **fit**  36:9 271:20 | 26:21,22 27:15 | 136:14 137:1,3 |
| 266:13 | **fits**  217:15 | 27:20,24 28:9 | 137:10,14,17 |
| **fired**  181:22 | **five**  55:15 | 28:13,18,18 | 138:7,9,11,13 |
| 304:1 | 256:24 333:7 | 37:1,4,6,13,16 | 139:7 140:8,11 |

**[flynn - flynns]** Page 31

140:13,24
141:1,8,10,17
141:18 143:9
143:12,14,18
144:1,7,14,23
145:4,9,13,18
145:20 146:5
146:24 147:7
147:23 148:3
148:22 149:20
150:10,15
152:8,15,19,20
153:18,18,19
154:4,4,5,5,5,6
154:9,10,24
155:7,13,16,21
157:11,15,24
158:1,8,16
159:5,16,16,16
161:21 162:12
162:12,12,13
163:24,25
164:1,1,1,1,10
164:13 165:21
165:25 166:6
168:8,13
173:14,16
174:4,9 178:23
187:11,11,22
187:22 188:10
189:2,9 190:18
194:3 199:21
200:4 201:12
204:6 208:15
209:9 211:7,12

211:25 212:8
212:17 213:13
215:4,14 217:1
217:5,12 218:9
218:19,25
219:16,24
221:15 222:11
222:24 223:11
223:14 224:2
224:12,14,22
225:19,19,24
226:4,7,13
227:24 228:5
228:18,21
229:13,22
230:19 233:21
233:22 234:25
235:4 239:11
239:15 240:7
240:15,22
241:3,7,12,13
242:12,25
243:14 244:9
244:21 249:17
255:14,23
256:12,17,25
257:4 259:1
260:1,23 261:7
261:25 262:3,5
262:25 263:17
263:19 264:6,6
264:14,20
265:4,11,23
266:6 267:18
267:21,22

268:13,19
270:8,9,21,23
271:5,16 272:6
272:13 273:6
274:14,16
275:3,3,7,21
276:2,5,9,13,21
277:14 279:5
279:22 280:3
280:16 282:6
282:11,18
283:13 285:16
285:19 286:1,8
287:5,5,15,19
288:17 289:1
289:12 290:5,7
290:12,21
291:1,13
292:17,22
293:1,6,20,22
293:24,25
294:18,22
295:1,8,9,10,25
296:7,10,14,25
297:12,20
298:3,11,13,14
298:22 299:9
299:15 301:7
301:14 303:3
312:13,17,17
312:17,18,20
313:20,25
321:8 322:4
324:20 326:18
331:9,10,12,13

331:14 333:5
333:15 336:15
336:17 340:20
346:6 347:5,6
347:7,8,9,10,11
347:12,14,15
347:16,17,20
351:3
**flynn's**   12:10
25:14 38:12
74:19 104:9
107:11 111:20
111:21 112:6
112:11 121:23
138:17 140:15
141:19 144:4
209:18 210:2
214:2 222:16
227:11 242:4
266:16 268:18
269:24 273:11
287:24 289:21
303:3 336:21
346:21
**flynns**   9:17
12:17,21 13:9
13:10,16,19,23
13:24 14:7
18:3 29:11
37:14 38:5,8
48:7,18 53:9
62:4,9,13,17,18
69:25 91:11,18
97:8,10,17
98:5 102:5

**[flynns - footage]** Page 32

| | | | |
|---|---|---|---|
| 108:6 119:22 | **focused** 63:23 | 141:10,22 | 79:2,4,10 89:9 |
| 120:4,12,17 | 293:1 | 143:9,12 144:1 | 91:7,8,9 93:19 |
| 124:2,23,25 | **focuses** 8:23 | 144:2,8 145:18 | 96:7 97:17 |
| 134:9 135:5,8 | 39:18 | 145:19 148:22 | 98:3,3,12 |
| 136:9,25 137:4 | **focusing** 236:3 | 148:24 152:9 | 102:12 105:14 |
| 137:24 138:9 | **folks** 22:15 | 152:10 178:24 | 109:13 110:16 |
| 139:2 141:3,23 | 34:14 57:10 | 179:4 193:12 | 119:6 132:19 |
| 142:13 144:14 | 138:6 174:24 | 215:4,10 217:5 | 135:9 136:10 |
| 144:25,25 | 175:2 213:16 | 217:11 218:2,9 | 141:24 142:1,3 |
| 147:17,19,19 | 271:13,17 | 231:6,13 240:2 | 147:13 148:4 |
| 150:4 153:24 | 326:7 | 245:20 246:16 | 149:21 166:11 |
| 154:19 155:10 | **follow** 6:16 | 255:24 258:1,5 | 166:15,21 |
| 155:15,20 | 8:16 22:15 | 259:1 267:19 | 168:9 173:23 |
| 156:5 158:6 | 36:7 43:21,22 | 269:1 274:3 | 180:10,20 |
| 160:8 164:16 | 55:20 58:14 | 280:20,24 | 183:8,13,19 |
| 165:22 166:10 | 88:19 103:8 | 290:12,21 | 184:2,3,7 |
| 166:19,22 | 115:9 124:5 | 292:24 293:7 | 186:1,3 187:7 |
| 167:1 168:24 | 183:13,19 | 293:10 294:19 | 193:24 201:5 |
| 173:9 174:4 | 186:6 213:18 | 295:11,13,18 | 204:18 211:25 |
| 175:24 176:3 | 219:2 277:17 | 295:21,22,23 | 215:15 221:19 |
| 176:13,16,19 | **followed** | 295:23,25 | 223:6 224:15 |
| 177:19 188:11 | 114:12 | 296:8,12,17 | 225:9 248:1 |
| 199:25 201:25 | **follower** 8:14 | 301:1 | 252:3 257:10 |
| 202:19 223:9 | 8:18 9:21 10:4 | **followers** 13:17 | 261:4 262:9,18 |
| 225:23,25 | 10:10,17,24 | 14:14 21:17 | 262:22 271:12 |
| 244:5 253:7 | 58:9 61:7 | 23:2 24:17 | 276:23 283:4 |
| 286:23 288:3 | 77:20,25 78:3 | 25:10 27:10,12 | 311:13 330:13 |
| 288:22 291:17 | 78:9,14,17,21 | 32:5 34:23,24 | 330:14 |
| 303:13 312:8 | 78:22 79:13 | 36:13 38:7 | **following** 43:19 |
| 312:11 313:8 | 82:10 96:20 | 43:4,6,10,14,19 | 116:15 128:15 |
| 316:17 317:3,5 | 97:15,22 98:16 | 44:16,18,22 | 322:15 |
| 327:4,11 | 108:25 110:20 | 50:5,19,24 | **follows** 4:4 |
| **focus** 24:21 | 111:1 138:20 | 52:14,24 53:24 | 8:21 44:2 |
| 51:12 102:4 | 139:11,22 | 66:19 68:10 | **footage** 9:11,11 |
| | 140:9,14 141:1 | 69:5 70:16 | 168:1 |

**[force - form]** Page 33

| | | | |
|---|---|---|---|
| **force** 3:13 | 92:4,22 96:5 | 181:14,17,23 | 267:13 268:1 |
| 206:2 | 97:23 98:22 | 183:14 188:12 | 269:6,12,19 |
| **foreign** 205:24 | 100:7 101:5 | 193:17 194:10 | 270:2,13 271:7 |
| 205:25 | 102:2 103:1,4 | 196:14 198:6 | 271:18 273:15 |
| **forget** 277:1,4 | 103:7,22 | 198:18,24 | 274:21 276:17 |
| 278:3 | 105:19 106:10 | 199:15 201:14 | 277:9,19,23 |
| **forgot** 59:23 | 106:20 107:24 | 202:2 207:11 | 278:6,20 281:2 |
| 290:7 | 109:1,7,20 | 207:20,25 | 281:14 282:13 |
| **form** 3:8 10:6 | 110:1 111:24 | 210:14,19 | 282:20 284:5 |
| 10:11,18,25 | 112:20 113:1 | 212:12 213:2 | 285:3 286:16 |
| 11:6 13:1 | 115:23 116:22 | 215:7,16 | 287:21 288:9 |
| 14:10 15:17 | 119:24 120:7 | 216:19 217:7 | 289:23 291:9 |
| 18:9,21 19:22 | 120:18 121:9 | 218:3 220:12 | 293:8 294:4,11 |
| 23:7,10 24:9 | 123:11 125:14 | 221:23 222:14 | 294:25 295:14 |
| 26:3 27:1,22 | 128:5 130:17 | 223:22 224:4 | 297:22 299:16 |
| 28:20 30:20 | 131:12 132:5 | 226:25 228:22 | 300:2,10,18,24 |
| 32:12 35:3 | 132:23 133:9 | 229:15 231:8 | 303:18,24 |
| 38:14 39:10 | 135:12 138:21 | 231:14 236:16 | 304:7 307:7 |
| 40:5 42:4 | 140:2 144:9 | 237:16 238:6 | 308:9 309:1 |
| 43:15 44:5,13 | 145:7,23 149:8 | 238:14 239:18 | 311:21 312:9 |
| 44:23 50:12 | 151:19 153:11 | 240:3,9 241:15 | 312:23 313:5 |
| 51:3 52:20 | 154:11 155:17 | 243:2,7,17 | 313:14 315:1 |
| 53:21 54:12,17 | 155:22 156:12 | 244:22 245:21 | 316:13,18 |
| 56:1 58:12 | 157:1,4 161:25 | 246:9,17 247:7 | 317:8 319:12 |
| 61:2,11 65:6 | 162:14,20 | 247:18 248:14 | 319:20 321:10 |
| 66:24 67:12 | 164:7 165:9 | 248:24 250:25 | 322:6 328:16 |
| 68:2,19 69:12 | 166:13,23 | 251:14 252:19 | 330:2,15 |
| 70:10 71:17 | 167:19 168:20 | 253:16 255:1 | 331:19 332:6 |
| 72:3 75:5 | 169:24 170:10 | 255:25 256:14 | 332:15 336:4 |
| 76:16 77:9 | 171:18 174:1 | 256:19 257:17 | 336:18 339:11 |
| 78:12 79:14 | 174:14,17 | 257:20 258:2 | 339:22 340:3 |
| 81:20 82:16 | 175:14 176:5 | 258:12 259:9 | 340:19 341:5 |
| 85:14,19 86:21 | 176:21,24 | 259:15 260:6 | 341:17,25 |
| 87:9,24 88:10 | 177:24 179:13 | 260:13,25 | 342:8 |
| 89:6 90:10,23 | 180:17,23 | 262:7 264:9 | |

**[former - getting]** Page 34

**former** 34:23
75:1 91:6
118:10 142:15
178:14 179:7
**forrest** 47:25
48:12 49:24
77:1
**forth** 129:25
350:6
**forthright** 6:13
**fortunately**
317:16
**forum** 146:23
**forums** 57:10
57:17,19 73:1
75:9 143:18
**forward** 76:2
314:15
**forwarded** 10:2
**foul** 261:4
262:2,12
**found** 35:14
145:6
**founded** 70:7
**founder** 68:18
**four** 17:2
231:11 256:24
289:15 290:7
**fourth** 94:4
95:13 203:23
**fox** 152:4 304:1
304:2
**frame** 33:16
98:4 132:25
133:2 137:7

142:20 185:11
**frankl** 237:5
252:16,18,25
253:3
**fraud** 22:24
56:7
**freedom** 273:24
274:3,10,24
**freeze** 132:24
133:2 142:20
185:11
**frequently**
222:6
**fri** 314:7
**friedman** 1:22
343:19 350:2
350:18
**friend** 315:9
**friends** 188:10
**fringe** 124:22
**front** 49:10
51:14,14 54:15
160:25 187:25
200:3 233:15
**full** 4:9 12:16
14:19 15:3,4,9
16:16 74:22
95:15 115:16
158:22 183:2
234:5 256:2
311:4
**fully** 118:14
**fun** 316:1,2
**function**
326:11

**fund** 62:10
**fundamentally**
253:14
**funny** 215:23
216:8,10
**further** 3:7,11
9:17 11:17
12:17 153:23
206:1 236:18
299:5 310:14
311:10 350:9
**fuzz** 325:23
335:21

**g**

**gaetz** 207:10,10
208:6
**gap** 119:7,7,10
119:15,15,23
120:14
**garbage** 154:22
**gathering**
132:19 142:3,4
142:5,12 143:2
166:21 167:7
330:12
**general** 23:14
25:12 38:4
43:13 53:12,12
66:2 68:7,18
70:5,7,17,25
98:8 100:13
102:7,15,24
107:8 111:20
111:21 112:5
112:10,16

121:23 135:18
135:24 136:1,7
136:14 137:14
138:9 141:19
143:9,12,14,23
144:1,7 145:4
145:9,13,18,20
146:5 147:6,23
154:6,9,10
163:24 164:13
168:13 173:14
174:9 190:17
208:15 211:6
211:25 221:15
224:12,22
225:19 226:7
226:12 227:11
241:3,12 242:3
243:14 244:21
262:14 313:20
336:15,17
**generally** 43:13
71:1 136:3
277:6
**genesis** 258:24
**gentleman**
74:17
**genuinely**
109:10
**george** 18:25
19:1 121:3
**getting** 168:11
171:22 173:15
178:17 236:16

**[giant - going]** Page 35

| | | | |
|---|---|---|---|
| **giant** 274:13 | 70:22 71:4,4 | 195:10 211:20 | 330:3 331:14 |
| **gigantic** 270:16 | 71:13,13,16,16 | 211:20 216:13 | 331:15 332:10 |
| **give** 22:11 | 72:22,23 73:10 | 216:13 217:3,3 | 332:10,13,13 |
| 71:15 75:24 | 73:10,25,25 | 218:20 222:3,4 | 333:2,3,4,12,13 |
| 83:18 90:11 | 75:16,19,19 | 228:4 229:6,6 | 333:17,17,18 |
| 94:8 100:4 | 77:22 79:12,12 | 230:5,5,9 | 333:18,20,21 |
| 142:14 172:8 | 92:9 94:16 | 233:1,1,4 | 340:5 342:10 |
| 172:12 179:1 | 95:4 97:14,14 | 234:11 235:22 | **goals** 206:1 |
| 202:15 227:20 | 97:21,21 98:15 | 235:22 236:5,5 | **god** 89:23 |
| 248:15 280:4 | 98:15 99:3,3 | 236:17,24 | 134:5,17 |
| **given** 63:20 | 100:6,6,19,19 | 239:10 241:21 | 160:18,22 |
| 148:16 154:19 | 101:1,1,13,13 | 241:21 242:23 | 220:9,11,15 |
| 154:21 289:14 | 101:18,18,24 | 242:24 243:20 | 222:12 231:22 |
| 350:8 | 101:24 102:8,8 | 243:20 245:25 | 251:12 |
| **giving** 147:11 | 104:14,22,22 | 246:5,5,7,7,19 | **goes** 20:21 |
| 244:15 | 105:1,1,6,6,11 | 253:8,8 255:3 | 44:11,20 53:2 |
| **gizmodo** | 105:11,13,13 | 255:3,19,19 | 114:23 115:2 |
| 151:14,16,18 | 106:2,2,14,14 | 257:2,2,13,13 | 115:15 124:8 |
| **global** 87:18 | 106:18,18 | 258:19,19,24 | 128:19 132:18 |
| 90:5 92:15 | 107:7,7,13,13 | 258:24 261:8 | 142:2 166:21 |
| 122:18 123:4 | 107:21,22 | 263:13 265:1,1 | 171:9 198:12 |
| **gmail.com** | 108:6,7 110:20 | 265:23 266:15 | 201:8 204:2,21 |
| 292:18 | 110:20,25 | 266:15,19 | 243:15 289:17 |
| **go** 5:11 12:13 | 111:1 113:8 | 267:8,8 269:4 | 310:19 330:11 |
| 17:8 18:15 | 134:1,1,11,11 | 269:4 271:10 | **going** 5:6,9 |
| 19:1 29:8,17 | 135:4,4 138:17 | 271:10,25,25 | 6:16 7:9,14,15 |
| 31:13 33:8 | 143:24,24 | 275:12,12 | 7:18 8:1 11:8 |
| 37:12 39:12 | 146:21,21 | 278:18,18 | 11:11 12:1,15 |
| 40:19 43:18 | 147:7,8,24,24 | 279:9,9 286:7 | 14:18 15:8 |
| 46:18 48:8 | 160:19,20 | 287:14 288:4,4 | 20:6 21:9 |
| 49:15 52:8,8 | 161:2,2 164:25 | 288:19,19,24 | 29:20,21 30:3 |
| 58:17,18,23,23 | 166:1,1 168:4 | 288:24 289:13 | 30:21 31:20 |
| 59:4,4,23 60:4 | 171:8 174:22 | 289:13,19,19 | 34:1 35:15 |
| 62:6,6 63:5,5 | 177:22 184:20 | 290:6 295:16 | 36:4,6,11,20 |
| 69:23,23 70:21 | 193:20,20 | 307:4 311:9 | 39:6 41:21 |

HIGHLY CONFIDENTIAL

**[going - happen]**                                    Page 36

48:13,24 51:7
55:10 80:22
84:20,24 89:21
89:25 92:7,9
95:4 116:12
124:14,24
128:18 129:20
129:23 130:3
137:8 163:1,5
163:6,8 169:4
178:9 182:20
184:16 195:2
198:15 202:15
208:7 211:9
212:4 223:1
233:9 236:15
248:21 254:1
261:2 268:15
275:14 301:12
302:2,9 314:15
319:5 321:23
325:2,9,10
326:20 329:9
337:3 339:8
340:14 343:13
**good**   4:8 11:15
47:3 53:23
114:13 150:14
151:12,16
225:8,9 237:3
252:14 261:6
271:25 273:10
285:1 310:7
311:12 314:6
319:22 321:15

321:18 339:12
**gotcha**   198:3
**gotten**   187:3
**government**
9:23 10:1 21:3
22:3 25:5 26:2
26:25 27:18
28:16 48:22
52:25 53:7,20
78:5,11
**grabs**   197:5
**great**   50:6,21
51:12 52:10,18
59:8 60:15
119:11 120:5
220:22,24
221:5,11,15,20
222:4 223:4
228:2,15,16
230:19 231:2
232:14 235:18
235:23 241:16
242:17,22
**greatest**   239:24
**greene**   130:23
132:4
**groan**   113:22
**groaned**   114:1
114:4
**ground**   172:2
**grounds**   221:3
254:13
**group**   29:11
48:2 119:10
120:4,6 143:19

196:13 205:25
206:7,21
227:14 317:7
325:16
**groups**   71:9
204:11
**grown**   172:9
**guess**   11:16
30:25 32:16
53:12 55:5
82:7,20 214:20
224:9 326:12
**guide**   337:10
338:4,5,7,19,20
338:21 348:13
**guthrie**   142:23
**guy**   18:25 63:8
64:21 74:9
122:23 197:13
197:20 198:9
198:10,23
199:3
**guy's**   127:20
**guys**   28:1 29:5
29:9 84:16
113:13

| h |
|---|

**h**   345:6 346:2
347:2 348:2
**half**   135:1
**hall**   142:23
143:4
**hand**   7:15 80:5
84:24 86:2
127:14 132:13

161:15 169:4
177:3 179:17
185:3 186:10
187:20 188:18
189:19 191:11
195:24 196:19
200:9 207:2
210:24 213:24
218:16 249:21
255:12 264:4
264:13 270:19
272:11 282:5
285:14,24
286:5 304:24
350:14
**handed**   132:9
169:14 302:5
302:18 308:13
320:17 323:19
337:8
**handing**   38:19
42:20 47:23
127:5 279:21
283:8
**handle**   219:25
**handling**   112:7
**handwritten**
308:8
**hanks**   122:15
122:24 123:3
199:8
**happen**   111:8
115:19 116:3
124:19 148:7
148:12 172:5

**[happen - holland]**

273:19

**happened**
129:21 154:20
155:2 172:8
193:19,19
310:3 314:17

**happening**
171:24 244:4
312:2,4

**happens** 44:10
182:23 217:14
225:12

**happy** 49:15
95:10 228:6
229:12,14,17
230:12 231:11
233:22 234:6
239:23 240:24

**hard** 196:6
214:22,23
300:16

**harm** 166:11
166:11,22
261:3 262:2,12

**harmeet** 285:21

**harming**
203:24

**harvest** 87:20
92:17

**hashtag** 54:15
54:21,22,24
55:2,3,3,4,6
70:22 71:19
101:2 102:21
143:24 193:10

214:11 216:13
219:16,19,21
219:25 220:10
220:11,13,18
226:1,2 233:15
233:22 234:6
241:22 242:15
242:15 243:6
243:11 250:17
251:8 252:1,5
252:7 255:6
281:20 282:1
288:2,18

**hat** 61:10,23
280:22 281:7

**hate** 14:25
119:9,22 164:5

**hats** 59:10,12

**hbo** 63:22

**head** 23:17
222:16 342:20

**headdress** 9:6
64:11

**hear** 37:1 86:20
110:22 149:16
237:18 305:19

**heard** 54:8 67:5
116:8 123:24
199:9,21 211:1
220:21 225:19
277:1 279:13
279:15 307:9
336:13

**hearing** 73:22
155:19

**heart** 50:17
91:5 230:2

**heavy** 183:12

**heel** 320:6

**hefty** 144:3

**heightened**
205:5 346:16

**held** 1:21
226:20

**help** 6:1 172:7
180:14 324:8

**helped** 168:9
209:2

**helpful** 109:9
157:6 221:9

**helping** 204:20
208:9 224:19
274:7

**helps** 338:19

**hereto** 3:4

**hereunto**
350:13

**hero** 23:13 89:9
107:9 144:16
212:1

**heroes** 212:7,9
212:11,16,18
212:25 213:1,4
213:11

**hey** 40:7 202:7
245:6 290:6
304:14 318:23

**hidden** 53:2

**high** 5:24 9:23
52:24 53:7,20

54:2

**highest** 67:25

**highlighted**
28:3 287:6

**highlighting**
273:10

**highlights** 71:3

**highly** 1:15
340:18 343:17

**hillary** 75:1
78:23 116:4
121:7,16,25
123:8

**hindering**
274:9

**history** 32:2
71:16 73:19
104:10 189:4
237:4 252:15

**hitting** 183:12

**hoaxes** 339:5

**hobor** 325:1

**hogan** 325:23
335:21

**hold** 34:25
94:11 275:10
292:8

**hole** 89:21,25
125:20

**holes** 33:5
35:15

**holland** 308:18
308:21 314:5
314:11,14
315:7,8 320:19

**[holland - important]** Page 38

320:21 321:16
323:22 324:3
325:1 327:16
**hollywood**
122:22 123:21
**home** 63:21
307:11,12
**homeland** 87:8
206:6,13
**hominem**
304:19
**honest** 184:10
**hook** 312:5
**hope** 68:12
239:24 311:5
330:21
**hopefully** 6:15
7:10,11,19
30:4 125:6
289:4
**horned** 9:6
**horns** 64:11
**host** 127:22,24
**hostage** 339:16
**hosted** 30:11
127:19
**hostetter** 174:5
174:11 175:24
176:20 336:8
**hotline** 204:8
**hotlines** 204:1
204:10
**hour** 55:10
**hourlong** 34:4

**hours** 16:17,18
16:20,22 91:22
127:18 185:20
185:22 291:23
292:9,11,13
**house** 123:21
200:10,24
203:22 289:17
**housewives**
35:14
**hudson** 46:22
**huge** 170:20
315:22,23,25
**hugh** 142:25
**hughes** 336:6
**huh** 19:2 50:8
67:20 216:7
273:23 297:8
311:16 314:9
324:15
**humble** 40:18
**humor** 315:12
**hung** 56:21
**hungry** 114:6
**hurting** 208:8
**husband**
101:20

**i**

**ic** 205:20
**iconography**
25:16 27:25
37:15 51:10,20
51:23 52:4
264:24 291:5
294:2

**idea** 20:22
48:20 90:4
91:13 124:13
204:14 234:9
236:7 240:21
247:20 309:5
309:22,23
311:25 316:10
320:6 330:13
341:19
**ideas** 95:16
**identifiable**
24:4
**identification**
12:9 82:25
**identified**
67:17 113:16
206:13
**identifies** 45:18
65:4
**identify** 20:17
78:14 136:12
149:1 169:15
177:6 179:19
263:5,6,20
294:3,8 332:25
**identities**
163:25
**ifrah** 208:23
**ignoring**
216:17,17
236:1 269:13
**illuminati**
120:17

**image** 136:15
136:16 141:13
285:4
**imagery** 97:11
**images** 162:11
166:20 168:2
223:3 313:3,4
**imessage**
346:19
**imitation** 79:21
**immediately**
328:7
**immortality**
198:16
**impact** 80:10
161:13
**impair** 161:9
**impeachment**
171:8,11,16
210:12 311:12
311:20
**importance**
204:21 274:12
**important** 9:19
16:8 91:11,18
106:15,22
111:6,7,12
114:15,22
115:16,21
145:2 148:4
168:7 172:7
232:22,24
243:25 244:2
244:18 245:24
249:15 251:10

**[important - instructions]**

267:4,6,10
270:5 312:11
317:18
**importantly**
99:4
**impossible** 45:1
**improper**
115:11 163:15
209:13 301:25
**inaccuracies**
40:8
**inaccurate**
20:15
**incident** 122:4
155:1
**include** 135:15
217:24 288:11
292:2,5 313:2
333:20
**included** 13:3
96:2 143:23
155:3 157:12
157:16 159:13
160:19 168:17
173:17 188:4
232:25 236:21
238:2,3 242:5
257:1,2 288:4
288:15 290:23
291:5 315:13
343:16
**includes** 158:5
201:8 203:17
235:21 237:24
241:21 250:17

251:6 264:20
271:9 288:17
299:10 325:19
335:22
**including** 9:9
9:22 50:14
68:15 73:16
82:7 91:22
96:3 107:7
142:22,24,24
181:21 189:8
199:8 203:25
223:4 234:9
235:7 241:22
274:5 288:2,19
321:7 324:24
**inclusion**
312:10 321:12
**increase** 317:1
317:4
**independence**
228:6 229:12
229:14,18
240:25 241:11
**independently**
20:7
**index** 345:1
**indicate** 14:13
61:6 103:6
307:2,3 314:14
**indicated**
121:24 138:19
139:6,9 144:7
178:10 306:22

**indicates** 20:8
127:17 177:11
337:14
**indicating** 38:6
**indication**
144:25 259:2
**indicators**
281:10
**individual** 45:2
64:8,14 205:22
273:24 274:2
274:24 328:10
**individually**
340:5
**individuals**
8:24 9:4
**infamous** 333:4
333:13
**influencer**
143:21
**inform** 241:4
**information**
5:21 54:1
83:24 87:4
118:17 300:4,6
**ingest** 87:21
90:7,22 92:18
**initially** 307:14
**inside** 30:12
31:17 83:4
86:18 132:18
142:2 166:21
330:11
**insider** 9:23
52:25 53:8,17

53:20,25 54:1
54:2
**insight** 53:16
**insinuated**
121:6
**inspiration**
205:24
**inspire** 77:14
**instagram**
118:16 207:4
214:2,4,6
215:15 298:13
303:4 346:18
346:21
**instance** 27:15
118:5 130:9
215:12 217:12
328:8
**instances**
147:21 223:10
293:19
**institutional**
21:1 25:4
**institutions**
204:16
**instruct** 19:12
332:2
**instructed**
333:19
**instructing**
163:3 268:4
**instruction** 6:4
329:10
**instructions**
156:14 322:15

HIGHLY CONFIDENTIAL

**[insurrection - jack]**                                    Page 40

**insurrection**
  33:9 119:2,4
  168:1,4,17
  174:6,12 176:1
**insurrectionist**
  32:9 317:6
**insurrectionists**
  176:4,15,17,19
**integral** 12:18
**intelligence**
  53:1,17,25
  205:3,20
  226:24 227:8
**intend** 10:23
  292:10,12
**intended**
  262:25
**intending**
  226:5
**intent** 195:6,15
  245:16 317:4
**intention** 184:5
  246:6
**intentionally**
  134:13
**interact** 181:6
  331:3
**interested** 5:20
  6:10 21:22,23
  22:22 48:15
  118:9,11,11
  267:3 350:12
**interesting**
  308:4

**interfere**
  334:19
**interference**
  163:15
**interfering**
  31:2,8 92:11
  94:18 99:14
  222:19
**internal** 328:9
  328:10
**internally**
  329:19
**internet** 38:22
  145:6 161:18
  162:25 165:1
  209:25 225:13
**interposes** 9:10
**interpret**
  273:12
**interpreted**
  112:14 263:20
**interrupt** 26:14
  37:10 99:10
  202:7 218:24
  266:23 267:1
**interrupted**
  37:10
**interview** 303:7
  307:15
**interviewed**
  33:2 84:4,11
  84:14,17 85:18
  89:11 281:18
**intro** 71:1

**invented** 72:2
**investigation**
  192:7,8 211:4
**investigations**
  190:16
**involve** 312:16
  312:22
**involved** 18:14
  23:18 40:2
  63:25 121:7
  227:12 307:20
  325:21,24
  326:7 334:8
**iphone** 308:10
  308:11
**ireland** 60:1
**irish** 40:17 97:8
  152:5
**island** 285:9,10
**issue** 24:17,19
  27:8 32:23
  76:13 77:7
  79:3 128:2
  237:18 254:20
  257:5
**issued** 153:22
  154:7
**item** 61:15

**j**

**j.t.** 283:25
**jack** 1:3 4:13
  6:23,24 7:2,7
  12:9 24:24
  25:6,10,13,14
  25:24 26:21

27:15,20,24
28:9,13,18
37:1,4,6,13,16
38:8 50:10
51:2,17 52:3,7
53:6,10 57:22
61:15,17 62:20
64:2 65:19
74:19 90:19
97:3 101:20
103:14,18
104:4,9 107:11
136:18 140:11
140:13,15,23
141:1 147:17
154:5 159:16
162:12 163:25
178:23 187:11
187:22 214:2
215:4,14 217:1
217:5,12 218:9
218:19,25
219:16,24
222:11,24
223:11,14
224:2 225:21
226:4 228:5,18
228:21 229:13
229:22 230:19
233:21 234:25
235:4 239:11
239:15 240:7
240:15,22
241:7,13
242:12,25

**[jack - judge's]** Page 41

| | | | |
|---|---|---|---|
| 244:9 249:17 | 347:14,15,16 | 307:11 | **journal** 20:5,6 |
| 255:14,23 | **jack's** 91:2 | **job** 233:9 | 20:9,21 21:8 |
| 256:12,17,25 | 265:18 | **joe** 103:20 | 22:18 24:7,18 |
| 257:4 258:25 | **jacob** 64:24 | 104:5 123:20 | 28:3 29:6 |
| 260:1,23 261:7 | **jake** 64:25 | 136:19 140:19 | 47:25 50:22 |
| 261:25 262:3,5 | **january** 8:22 | 140:21 147:17 | 52:13 56:25 |
| 262:25 263:17 | 9:9,12 30:8 | 148:22 150:15 | 57:20 58:2 |
| 263:19 264:6 | 35:10 82:6 | 154:4 157:24 | 63:16 65:4 |
| 264:14,20,22 | 83:5 84:8 | 158:7,16 | 67:9 74:4 77:2 |
| 265:4,11,23 | 111:23 172:1 | 162:12 164:1 | 345:12 |
| 266:6,15 | 172:11 174:7 | 292:17,22 | **journal's** 28:7 |
| 267:18,21,22 | 210:11 286:1 | 293:6,20,22,25 | **journalism** |
| 268:13,18,19 | **jeering** 329:3 | 294:18,22 | 225:8 303:22 |
| 269:24 270:8,8 | **jeff** 193:5 | 295:1,8,8,10,24 | **journalist** |
| 270:21,23 | **jeffrey** 79:13 | 296:7,10,14,24 | 86:14 184:12 |
| 271:5,15 272:6 | 79:15 160:5 | 297:12,20 | 224:25 |
| 272:13 273:6 | **jen** 293:1 | 298:3 | **journalists** |
| 273:11 274:14 | **jenflynn** 235:6 | **john** 1:3 23:17 | 20:25 25:3 |
| 274:16 275:3,3 | 247:14 | 75:2 78:23 | 151:16 225:1 |
| 275:7,21 276:1 | **jesus** 36:25 | 192:11 194:1 | **jr** 23:18 36:9 |
| 276:5,9,13,21 | **jews** 95:21,23 | 251:7 282:15 | 36:10,18 37:3 |
| 277:14 279:5 | 96:3 | 282:17,19 | 37:7,19 78:18 |
| 279:22 280:2 | **jfk** 23:17 36:8,9 | 283:3 303:6 | 282:12,15,19 |
| 280:16 282:6 | 36:10,10,14,18 | **johnson** 72:5,5 | 283:3 |
| 282:11,18 | 36:23,25 37:3 | **joke** 315:8,18 | **judge** 10:9 |
| 283:12 285:15 | 37:3,7,7,17,19 | 316:3 319:15 | 12:18 13:7 |
| 285:19,25 | 37:19 38:12 | 319:18,19,22 | 14:6,11,19 |
| 286:8 287:4,5 | 78:18 247:16 | 319:25 320:7 | 15:10 92:10 |
| 287:15,19,24 | 248:9,10,17 | 321:18 | 98:21 145:21 |
| 289:1,12,21 | **jfk's** 108:8 | **jokes** 45:11,13 | 173:21 202:17 |
| 290:6 293:23 | 248:3 257:12 | **joking** 315:8 | 260:10 261:21 |
| 303:3 312:16 | **jflynn064** | 317:22,24 | 264:19 |
| 340:23 346:21 | 292:18 293:22 | 318:3,7,18 | **judge's** 10:16 |
| 347:5,6,7,8,9 | **jim** 63:7 64:4 | 319:10 | 10:23 216:16 |
| 347:10,11,12 | 66:4 198:1 | | |

**[judgment - knew]** Page 42

**judgment**
134:19
**july** 25:19
68:16 69:1
70:2 71:2
101:10 107:5
111:13,23
112:11,19,25
132:15 133:7
134:10,14
136:6 137:19
147:23 148:7
148:10,13
156:2 157:9
160:13 161:22
167:3,11
168:14 188:20
189:2,9,10
194:3 208:24
218:19 219:6
219:17 222:25
223:9,14 228:5
228:20 230:13
230:15 231:11
233:23 234:7
235:2,13,15
236:21 237:6
237:17,23
238:2,5,8,11,17
238:23 239:4,6
239:8,16
249:24,24
250:2 251:12
252:10 253:18
263:14 286:24

287:19,25
288:15 289:16
**june** 43:11
186:13,15
191:14,15,17
192:6,16,21
193:1 242:1
298:14 342:4
342:16
**jurat** 343:25
**justice** 265:5
267:23 268:14
268:20,24
**juxtaposed**
168:5

**k**

**k** 285:21
**kag2020**
220:10,18
222:13 228:13
**kate** 2:21
163:14 222:17
302:13 334:19
340:17
**katherine** 2:10
**keanu** 79:23,25
**keel** 326:5,24
327:3 335:20
**keep** 51:13
60:15 73:22
113:8 118:22
152:5 160:12
173:1 175:20
208:8,8,9
220:22,24

221:5,11
228:15,16
233:9 254:2
261:7 292:25
302:2 317:9
321:23 332:5
332:18
**keeps** 254:4
**keilar** 190:8
**kelly** 305:2,4
305:23 347:22
**kennedy** 23:17
108:11 192:12
192:13,19,20
192:23 194:1
195:22 248:5
282:12,15,17
282:19 283:3
**kennedy's**
251:7 257:7
258:17,21
259:13,19
**kennedys** 73:16
**kept** 150:11
**kevin** 113:18
115:25 213:20
**key** 254:20
**keyboard**
224:16
**keyboards**
274:11
**kicked** 18:13
**kicking** 119:5
**kidding** 56:17
317:22 318:2

**kids** 198:10
199:10 200:5
**kill** 198:14
199:12
**killing** 200:5
**kind** 21:19
22:25 23:3
33:4 36:2
40:16 41:15
47:8,11,15
49:25 53:16
57:18 59:8
64:4 65:21,24
70:25 87:17
88:15 89:1,5
89:15,19 90:15
91:12 96:14
119:14 123:15
123:22 125:2
150:6 160:1
171:24 181:7
184:10 204:20
212:4 222:2
224:11,17
225:12 262:9
262:18 263:13
274:8 298:12
309:6 312:5,6
316:15 324:6
325:17 329:4
330:1 333:3
341:21
**kinds** 199:22
**knew** 136:24
137:4,7,11,13

HIGHLY CONFIDENTIAL

**[knew - know]**                                                    Page 43

| | | | |
|---|---|---|---|
| 137:15,21 | 82:8,9,20,21 | 160:19 162:22 | 228:14,21 |
| 138:2,16 | 87:10,12 88:3 | 163:13,17,18 | 229:25 232:4 |
| 152:18 193:1 | 88:12,14,15 | 164:8,18,24 | 232:12,12,15 |
| 244:13 316:8,9 | 89:18 91:4,6,7 | 165:6,10 166:4 | 233:2,8 234:14 |
| **know**   5:2,23,24 | 95:5,8,19,20 | 167:5,20 | 239:15 240:7 |
| 6:12 11:2,23 | 96:7,8,9,24 | 169:25 171:25 | 240:16 241:13 |
| 16:1 17:13 | 98:1,6 100:11 | 172:7 173:16 | 242:12,25 |
| 20:16,19 21:14 | 101:8 103:8 | 173:18 174:25 | 243:5,10,13,15 |
| 21:16 22:14,17 | 104:9,10 105:7 | 178:19 180:8 | 244:8,9,10 |
| 23:23 24:15,24 | 105:25 109:10 | 181:4,6,9 | 247:23 248:13 |
| 25:14 26:17,21 | 109:11 110:14 | 182:13 183:15 | 249:3,4,6,17 |
| 27:6 28:5 | 111:8 112:24 | 183:23,24 | 252:17,22 |
| 32:15,24 33:12 | 113:4,17 | 184:2,24 | 253:2 255:9 |
| 33:15 34:1,4 | 116:16 118:18 | 185:15,16,23 | 256:20 257:8,9 |
| 34:23,24 35:6 | 119:14 120:3,5 | 186:1,3,18,23 | 258:23 262:13 |
| 35:13,17 36:20 | 120:8 122:11 | 186:24 187:7 | 262:25 263:19 |
| 36:24 37:17,21 | 123:20 129:22 | 189:1,7,12,12 | 264:5 265:18 |
| 40:17 41:13 | 130:2 132:2 | 189:14,17 | 266:16 267:7 |
| 43:23 44:4,10 | 134:24,25 | 192:14 194:12 | 267:10 268:25 |
| 44:11 45:2 | 135:20,24 | 194:25 195:7 | 272:6 273:6 |
| 47:1 48:1 | 136:21 137:2,8 | 195:18 199:4 | 274:6 280:11 |
| 50:16,18,18,24 | 137:9,12,14,16 | 201:18 204:5 | 280:21 281:5 |
| 52:11,14 54:6 | 137:20 138:12 | 204:18,22 | 281:10,12,20 |
| 57:9,17,18 | 139:14,16 | 205:9 206:23 | 281:25 282:1 |
| 59:7 61:3,12 | 142:13 143:17 | 209:14 211:22 | 283:13,23,25 |
| 62:3,21 63:13 | 143:18 144:22 | 211:24 212:1 | 284:12,19 |
| 64:2,6 65:19 | 146:7,8,11,13 | 215:20 216:17 | 285:19 287:3 |
| 65:22,23 66:1 | 146:15 147:1,4 | 217:7 219:24 | 291:3,24 |
| 66:2,5,18,19 | 147:6,21 | 220:4,6,18 | 294:15 299:17 |
| 68:3,4,22,24 | 148:24 149:7 | 221:25 222:11 | 302:3 303:10 |
| 69:2,6,13 | 152:15,24 | 222:16,24 | 303:25 306:13 |
| 70:19,21 71:25 | 153:1,4 156:2 | 223:5 224:2,11 | 307:20 308:16 |
| 72:2,7 73:5,7 | 157:8,10,12,14 | 224:17 225:16 | 310:22 312:1,3 |
| 76:1,10 79:8,9 | 157:16,21 | 225:22 226:4,8 | 317:17,21 |
| 81:12,25 82:8 | 158:7,11 | 226:12,16 | 321:13 322:2 |

**[know - lexicon]**                                                      Page 44

322:20 324:9
324:21 326:17
327:3,5,8
329:3,16 335:6
337:20 338:19
339:2,5,9
341:6,20,22
342:1,18,21,24
**knowing** 48:16
82:21
**knowledge**
6:11 43:14
159:15 228:17
331:22
**known** 9:4,24
9:24 62:12
64:21 66:23
67:4 75:7
109:3 150:17
184:19 192:25
193:12 289:25
**knows** 96:20,21
229:22
**koppelman**
47:15
**kraken** 54:9,24
54:25 55:21
56:9 57:13,23
**krishnan** 2:11

**l**

**l.a.** 122:22
**labeled** 76:14
97:17 178:24
**labels** 97:15

**lacey** 326:1
335:21,21
338:17
**lacked** 178:22
178:24
**lady** 33:1 89:14
96:22 178:18
280:13,15
**laid** 103:25
**language** 69:25
70:2 236:4
262:9 272:7
311:7
**laptop** 306:7
**lara** 303:7,10
303:15 347:21
**late** 95:21
**laughing**
214:18,22,23
297:9,15
**law** 2:2 208:23
252:5 265:6
268:20,24
**lawsuit** 38:2,13
**lawyer** 11:7,9
16:23,24
107:18 334:24
335:2,4
**lawyers** 17:3
91:23 311:6
**lead** 33:17,18
35:5 196:1,1
346:12
**leading** 40:24
41:19

**league** 201:6,18
203:8,11,15
**league's** 201:19
203:20
**lean** 117:21
**learn** 139:6
153:9,17
**learned** 136:22
**leave** 134:5,6
233:3 340:21
340:23
**leaving** 220:9
251:11,12
**led** 62:8 139:21
172:9
**lee** 322:24
330:21,25
333:25 335:2
**left** 137:2 235:7
251:5 291:24
292:1 323:8
**legal** 10:7,19
11:1,7 13:2
38:1 139:13
145:24 260:14
261:12 325:19
326:2
**legitimate**
203:24
**lemon** 127:20
128:14 129:4
129:15 130:9
130:15 182:13
**length** 133:21

**leslie** 1:3 4:13
12:10 24:24
25:6,10,17,24
26:22 28:18
37:17 38:8,12
50:10 51:2,17
52:4,7 53:6
57:22 61:20
64:3 65:20
80:17 90:19
97:3 99:2
100:5,10,18,25
103:19 104:5
136:18 137:10
137:17 138:7
138:12,17
139:7 140:8
153:19 154:5
159:16 162:12
163:25 187:11
187:22 290:5
290:12,21
291:1,13
312:17 346:6
347:17
**letter** 264:25
281:9 337:14
**letters** 217:24
217:25 221:16
247:4 310:20
**level** 67:25
317:19
**levels** 199:11
**lexicon** 153:25

HIGHLY CONFIDENTIAL

**[lib - lot]**                                          Page 45

**lib**  177:22
**libbed**  129:11
**liberal**  214:8,9
  217:2,2
**library**  108:11
  192:14 195:22
  248:5
**lies**  172:10
**lifetime**  7:5
  90:17 199:21
**light**  5:22,23
**liked**  36:17
  37:18 139:14
  291:4
**likely**  191:7
  331:2
**likes**  173:19
  281:11
**liking**  25:20
**line**  40:23
  50:19 69:22
  134:10 179:6
  288:19 349:2,3
  349:4,5,6,7,8,9
  349:10,11,14
  351:5
**lineage**  36:24
**lines**  34:3 37:7
  52:23 102:22
  104:21 166:4,5
  262:19
**lineup**  135:9
  153:10
**linguists**
  190:20,22,24

191:3
**link**  38:22
  235:20 236:14
  252:23
**linked**  62:16,18
  62:20 147:16
  191:1 225:24
**linking**  183:2
**links**  22:22
**list**  202:16
  339:9
**listen**  26:20
**listened**  86:17
**listening**  56:16
  284:15
**literal**  104:11
  214:7
**litigation**  4:18
  4:20 8:2,4
  136:23 139:17
  320:1
**little**  133:14
  180:15 246:23
  310:14 311:10
**live**  35:20
  41:25 46:12
  47:12 119:12
  307:4 309:17
  309:18 310:7
**lived**  153:5
**lives**  303:17
**living**  110:5
**llc**  351:1
**llp**  2:7

**lock**  121:20,25
  122:3
**logan**  303:7,10
  347:21
**logan's**  303:16
**logo**  217:14
**long**  21:1 25:4
  26:1,24 28:14
  41:13 42:24
  48:21 72:6
  94:7 118:23
  133:1 165:24
  192:24 217:16
  304:5 326:15
**look**  19:5 20:3
  20:6 43:19
  49:9,13 60:10
  118:4 127:11
  128:23 136:16
  138:18 164:25
  183:8,9 218:10
  223:7 230:11
  230:18 242:11
  250:6 252:9
  284:24 287:7
  291:22 308:15
  308:17 311:13
  312:1 314:19
  316:11,15
  321:1 323:2
  325:17 328:22
  332:23 338:10
**looked**  15:3
  314:20

**looking**  56:3
  74:16 87:12
  118:17 147:10
  230:2 256:21
  262:10 327:2
  333:10
**looks**  74:12
  129:2,14 142:4
  178:11 187:1
  214:15,20,25
  228:19 232:13
  232:15 272:13
  280:10,14
  285:11 291:22
  305:13
**loosely**  20:10
**lord**  36:25
**lori**  4:18 62:1
  62:24 65:24
  101:16 103:19
  104:6 136:16
  141:8,10,15,16
  141:17,18
  153:18 154:5
  159:15 164:1
  298:11,13,22
  299:9,15 303:3
  312:17 347:20
**los**  42:10
**lot**  11:19,24
  20:18 21:15,21
  22:17,19 23:12
  23:15 24:16
  25:15 32:17,22
  33:3,10 34:23

**[lot - marked]**                                                              Page 46

37:4 41:20
42:5 52:6 54:1
57:9 61:18
63:13 68:14
69:4 71:1 72:9
75:10 77:23
79:6,7 82:5
88:12,18 89:16
91:3,6,12
95:18 96:15
114:12 118:2
119:5,6 124:12
144:13,23
170:6 172:3,3
172:9 181:7
183:18 184:3
193:23 204:14
204:17,24
211:12 212:5,6
213:16,16
219:1 224:15
225:9,13
262:15,21
273:17 276:24
277:24 280:21
283:4 288:21
289:14 303:25
309:25,25
326:16 334:11
337:4
**lots** 37:14
42:15 55:2
201:15
**love** 55:11
57:11 110:7

315:24
**loves** 110:9,19
110:24
**lower** 247:15
**lunch** 113:9,10
113:12 114:2
117:6 125:5
126:1,2 127:5
**lying** 320:14

**m**

**m** 2:10 121:11
**machiavelli**
240:16,24
**machine**
218:22
**machines** 63:15
**maddow**
161:19 162:3
164:6,8
**made** 30:18
31:16 32:11
40:3 48:12
84:6 88:16
89:20 99:21
116:19 119:17
129:1 134:1
145:14 155:6
157:23 169:22
173:18 175:23
176:2,13 178:3
178:9 188:20
204:7 260:11
320:1 325:15
327:10

**maga** 55:4
242:15,16
243:6
**magistrate**
173:21 261:21
**main** 2:3 46:1
59:3 212:18
**major** 50:5,11
50:20 51:7,17
107:19 112:17
**majority** 53:14
53:23 322:11
**make** 5:12 7:6
32:20,24 37:1
37:6 74:6
115:10 118:7
143:15 153:7,8
154:23 155:12
163:6 169:7
173:8 174:3
176:10,15
191:2 200:3
219:11 237:9
237:21 242:17
242:22 248:10
271:19 280:24
308:16 312:7
316:15 319:6,7
324:8,11
325:18 332:18
**makes** 69:22
115:13 116:2
217:5 234:11
236:4 258:1
283:14 288:20

**making** 115:7
128:14 219:5
267:12 286:25
**malicious**
316:16
**mandatory**
338:5
**mankind**
239:25
**manner** 144:8
332:3
**manufactured**
195:7
**march** 124:14
124:15,20
161:20 162:4
172:12 187:13
206:8,24 303:7
350:14
**marina** 121:8
**marjorie**
130:23 132:4
**mark** 7:15 12:4
29:15 94:1
157:18 180:12
227:25 278:10
296:18 301:3
301:18,20
314:1
**marked** 7:17
12:6,8 19:5
38:17,20 42:19
42:21 47:22,24
80:3,6 82:22
84:23,25 86:1

**[marked - media]**                                                    Page 47

| | | | |
|---|---|---|---|
| 86:3 127:2,6 | 323:20 324:22 | 330:11,23 | 338:15 339:3,4 |
| 132:7,10 | 324:23 327:13 | 350:12 | 339:8 340:4 |
| 161:14,16 | 327:15 329:13 | **matters**  110:11 | 341:8 |
| 169:3,5,15 | 329:14 330:17 | 151:7 168:6 | **meaning**  55:24 |
| 177:1,4 179:15 | 330:19 333:23 | 190:11 279:18 | 329:8 |
| 185:2,4 186:9 | 334:4,5 335:16 | 309:17 | **means**  10:10 |
| 186:11 187:19 | 335:19 337:2 | **maxim**  16:2 | 183:15 205:20 |
| 187:21 188:16 | 340:13,15 | 115:22 | 220:19 265:4 |
| 188:19 189:18 | 349:1 | **mccarthy** | 269:1,9 281:21 |
| 189:20 191:10 | **marriage** | 213:20 | 289:14 328:14 |
| 191:12 195:23 | 350:10 | **mean**  8:19 | **meant**  78:6 |
| 195:25 196:17 | **marshall**  189:8 | 17:21 18:3 | 170:19 174:16 |
| 196:20 200:8 | **mary**  2:21 | 43:20 44:14 | 174:21,24 |
| 200:10 204:25 | **mask**  308:3 | 53:12 56:4 | 247:20 249:4 |
| 205:1 207:1 | **mass**  56:7 | 57:24 70:17 | **measure** |
| 208:18,20 | **matches**  74:18 | 72:1 73:15 | 271:25 |
| 210:23,25 | 206:23 | 79:1 88:24 | **medals**  226:16 |
| 213:23,25 | **material** | 98:23 102:3 | **media**  21:4 |
| 218:13,17 | 116:21 118:8 | 111:17 127:13 | 24:19 25:15,19 |
| 249:20,22 | 168:15 | 130:12 131:13 | 27:25 28:10 |
| 255:11,13 | **matrix**  79:18 | 131:19 146:8 | 38:5,10 55:6 |
| 259:24,25 | 144:21 145:12 | 149:6 150:25 | 63:15 81:24 |
| 264:11 270:17 | 160:6 264:21 | 151:2 163:9 | 104:12 107:5 |
| 270:20 272:10 | 264:22 265:16 | 165:12 170:11 | 107:11 119:7 |
| 272:12 279:20 | 265:17,23 | 172:20 181:4 | 137:23 139:2 |
| 279:25 280:2 | 269:9 335:23 | 182:23 230:14 | 144:24 148:25 |
| 282:4 283:7,8 | 336:1,11,24 | 231:16 235:19 | 149:2 150:2,5 |
| 285:13,14,23 | **matt**  207:9,10 | 236:20 248:10 | 150:10 151:7 |
| 285:25 286:4,5 | 208:6 | 255:7 274:1 | 165:21 181:8 |
| 290:2,4 291:18 | **matter**  130:15 | 288:10 293:19 | 235:8 262:16 |
| 291:20 296:20 | 154:6 159:23 | 296:1 299:4 | 276:18,23,24 |
| 296:22 298:8,9 | 165:14,17 | 307:6,19 | 277:7 278:3 |
| 302:16 304:22 | 217:23 218:5 | 311:24 316:19 | 293:17 294:2 |
| 304:25 308:12 | 245:16,23 | 317:10 318:20 | 294:10,16 |
| 320:15 323:17 | 248:20,23 | 319:14 334:17 | 313:16,25 |

**[media - minutes]** Page 48

341:24
**medication**
 161:8,12
**meenu** 2:11
**meeting** 8:24
 9:2,4,8,11,13
 128:16 130:11
**member** 8:20
 42:25 91:24
 92:19 116:8
 120:6,22 121:1
 121:6,16,23
 123:2,24 125:1
 132:2 154:24
 155:7 189:2,8
 199:21 200:4
 201:12 204:6
 225:20 264:6
 326:17 327:4
 327:10
**members**
 119:12 137:15
 149:20 150:10
 161:21 164:11
 174:5
**meme** 264:24
**memes** 23:3
 37:5,14 52:4
 79:12 91:3
 93:18 111:10
 140:20 217:16
 224:18 274:11
 274:12
**memo** 159:25

**memorable**
 322:2
**memorandum**
 7:25 8:2,9,11
 18:4 345:8
**memorized**
 31:6
**memory** 150:14
 161:4,13
**men** 191:7
**mentally** 32:5
 33:8
**mention** 75:10
 88:22 248:9
 260:11 318:17
 319:18,19
**mentioned** 1:21
 49:25 88:5
 92:25 96:22
 134:24 146:19
 280:18 318:2,6
 319:10 336:24
**mentioning**
 288:23
**mentions** 96:9
**merchandise**
 59:21 62:5,7
 63:3 147:16
 225:22,25
 288:23
**merely** 8:14
 10:1 110:13
 111:18
**message** 159:25
 187:22 209:9

236:12 263:1
286:7 287:4,9
287:15 296:23
296:24 297:4
298:12,13
299:6,19
300:12 305:15
308:1 309:14
311:2,10 315:7
318:13 319:15
319:19 346:6
347:19,20
**messages** 66:20
 103:16 121:2
 150:2,2 209:18
 287:6 305:1,10
 305:16,23
 306:19 307:24
 308:18,25
 347:22,23
**messaging**
 306:3
**messianic**
 87:17 88:17
 89:1,5
**met** 6:24 16:12
 146:25 331:1
**michael** 23:14
 25:12 100:13
 107:8 132:15
 134:21 137:14
 143:12 144:14
 152:19,20
 154:9 158:1
 159:5 164:10

165:20,25
166:6 173:14
174:9 211:7,25
212:17 224:12
227:23 241:3
242:3 288:17
312:13,20
331:10,12,13
331:14
**middle** 4:19,24
 74:8 117:19
 124:6 128:10
 136:15 325:3
**military** 52:25
**million** 180:20
**millions** 69:9
 69:11,15 80:25
 81:9
**mind** 15:19
 33:16 109:21
 112:3 160:25
 175:5 223:2
 224:14 228:25
 233:6 244:19
 244:24 249:6
 256:23 261:2,7
 282:11,18
 286:22 293:6
**minnesota** 42:6
**minute** 34:4
 118:24 142:20
 165:24 167:25
 310:13
**minutes** 55:15
 80:9 113:9

**[minutes - nationwide]**                                    Page 49

133:1 291:23
304:5 323:8
**misattributed**
73:16
**misinformation**
11:18 33:5
39:19 40:11,21
41:12,14 76:6
86:20,25 87:2
87:3 138:5
158:22 172:6
181:8,13 194:9
194:19,23,25
195:11,14,20
248:7,18 259:4
**mislead** 195:16
**misleading**
154:12
**misled** 154:14
**misplaced**
225:17
**misrepresent...**
163:9
**mission** 274:4
**misstated**
342:9
**misstates**
248:25 258:3
258:13 297:23
297:25
**misstating**
260:7
**mistake** 329:20
329:25

**mistakenly**
193:25
**misunderstan...**
14:12
**mob** 168:18
210:11
**mocking**
297:21
**mode** 198:13
**modern** 96:10
**moguls** 20:25
25:3
**mom** 89:14
**moment** 12:14
**moments** 322:2
**moms** 35:14
**mon** 314:7
**monitored**
306:9
**monitoring**
150:6
**month** 8:22
**months** 40:24
41:19 261:8
**moose** 241:8,8
241:14 242:7
**morning** 4:8
127:25 189:24
196:22
**motion** 12:20
**motivations**
225:16
**mouth** 64:8,10
**move** 30:3
119:6

**moved** 56:20
**movement** 8:15
8:20,25 14:8
14:15 23:4,15
28:8 29:11
32:8,8 35:2
63:20 66:19
68:15,23 70:8
71:20 89:4
90:3 91:9
107:2,10 108:3
108:10 111:11
144:16 167:11
168:3 203:16
211:14 212:6
213:11 270:9
279:16
**movement's**
201:7 203:16
**moves** 128:17
130:13
**movie** 73:8,8
193:3,7,9,10,13
193:21,23
247:16
**msnbc** 161:19
162:15,16
163:22 164:16
164:18,23
165:8,10,14
**multiple** 54:3
143:17 150:22
150:22 169:23
170:15 223:10
254:6 293:19

**multiples**
170:25
**murray** 198:16
**muscles** 297:13
**music** 56:17
**musk** 181:22
**musketeers**
73:21,23

**n**

**n** 45:7 188:24
328:25 350:1
**name** 4:9,11
18:24 64:24
109:2 113:16
127:20 185:18
197:21 214:22
219:20 227:4
280:11 285:20
285:21 296:25
303:6 322:19
351:3,4
**named** 18:17
**names** 342:23
**nat** 331:10,12
331:13
**natalia** 246:2
246:21 248:20
**natga** 246:2,21
248:20
**nation** 239:24
**national** 122:5
142:15 205:3
226:23 227:8
**nationwide**
76:22

**native** 286:15
**nats** 328:25
**natural** 329:1
**naturally**
171:25
**nazi** 97:5
**nazis** 32:1
95:20
**nbc** 142:23
143:3
**necessarily**
13:17 14:22
15:12,23 20:17
21:18,20 22:20
28:6 33:7
34:15,18 35:16
50:25 77:15
78:15 82:11
88:3 91:15
96:20,21 103:9
144:17 211:23
259:20 329:2
**neck** 56:14
**need** 12:4 95:3
195:2 218:10
234:13 238:20
239:5 270:13
278:2 340:19
**needed** 332:12
**needs** 107:1
**nefarious** 237:2
252:12 253:23
**negative**
171:15

**neither** 130:6
**network** 1:6
4:15 20:10
324:9 329:19
351:3
**never** 30:23
94:12 120:4
125:18 199:20
279:15 289:3
298:25
**new** 1:1,11,24
2:9,9 4:14,24
8:1,3 46:12,16
46:16 113:19
114:1,5 181:9
184:10 190:23
191:3 200:6
341:13,16
350:4 351:1
**news** 1:6 4:15
80:12 81:12,14
81:25 82:7,11
143:3 151:1,2
151:3,8,11,15
151:17,21,22
151:25 152:5
162:6 170:5,9
170:16,19,20
170:21,23
200:3 304:2,5
312:2,4 324:11
337:9 339:20
348:13 351:3
**newsroom**
169:20 170:4

177:12 185:6,7
185:15,18,21
186:6,7 342:4
**nice** 61:23
284:25 319:1,4
**ninth** 104:15
**non** 144:12
**nonexistence**
259:14
**nonresponsive**
311:7
**normal** 156:3
159:20,22
**normally** 87:3
322:22
**notable** 68:24
134:8,20 135:3
223:2,12 253:5
257:6
**notary** 3:13
344:23 350:3
**note** 5:4 232:23
232:24 253:5
299:6
**notes** 150:3
308:4,6,8,10,11
**noteworthy**
135:17
**notice** 86:19
208:20,23
**nuclear** 68:1
**number** 11:15
45:22 46:1,1,4
67:17 100:4
101:9,14

102:10 127:13
172:11 209:23
345:7 346:3
347:3 348:3
**numbers** 181:3
221:16 328:5,7
328:11
**numerous** 47:7
**nunes** 213:15
**ny** 1:11

**o**

**o** 39:17 45:7
113:17,17
121:11 188:24
350:1
**o'sullivan** 1:21
4:2,10,11 5:9
6:22 7:24 11:4
12:8 15:8 20:3
29:18 30:4
31:15 38:19
42:20 49:12
55:19 56:24
74:21 80:5
86:2 95:2
113:15 116:14
118:6 124:7
127:4 128:15
132:9 136:5
160:4 161:15
163:21 169:13
173:4 178:10
179:17 185:3
186:10,13
188:18 189:19

**[o'sullivan - object]** Page 51

| | | | |
|---|---|---|---|
| 191:11,25 | 134:22,23 | 30:20 32:12 | 135:12 138:21 |
| 196:19 199:5 | 135:1,1 137:4 | 35:3 38:14 | 140:2 144:9 |
| 200:9 207:2 | 137:22 139:24 | 40:5 42:4 | 145:7 149:8 |
| 213:24 218:16 | 147:11 152:19 | 43:15 44:5,13 | 151:19 153:11 |
| 219:15 234:23 | 158:2 161:2 | 44:23 48:25 | 154:11 155:17 |
| 240:21 249:21 | 202:11 203:6 | 51:3 52:20 | 155:22 156:12 |
| 254:11 255:12 | 218:12 223:10 | 53:21 54:12,17 | 156:16 157:1,4 |
| 264:13 266:5 | 229:2,20 230:4 | 56:1 58:12 | 161:25 162:14 |
| 267:20 270:14 | 232:11,25,25 | 61:2,11 65:6 | 162:20 164:7 |
| 270:19 272:11 | 235:8,21 237:2 | 66:24 67:12 | 165:9 166:13 |
| 279:21 282:5 | 241:9,11,23 | 68:2,19 69:12 | 167:19 168:20 |
| 291:21 292:15 | 242:1,3,5,5,8 | 70:10 72:3 | 169:24 170:10 |
| 296:6 298:3 | 243:14,19,24 | 75:5 76:16 | 171:18 174:1 |
| 304:24 305:2 | 244:16 250:18 | 77:9 78:12 | 174:14,17 |
| 305:19 320:17 | 250:21 251:6,8 | 79:14 81:20 | 175:14 176:5 |
| 320:19 323:21 | 252:13 253:8 | 82:16 83:10 | 176:21,24 |
| 335:18 337:8 | 253:12,14,17 | 84:2 85:6,10 | 177:24 179:13 |
| 340:14,25 | 254:23 257:1 | 85:14,19 86:21 | 180:17,23 |
| 343:10 344:19 | 274:12 286:24 | 87:9,24 88:10 | 181:14,17,23 |
| 345:3,10,23 | 288:2,2,3,18,20 | 89:6 90:10,23 | 183:14 185:9 |
| 346:5,8,9,13 | 290:22 293:13 | 92:4,22 96:5 | 188:12 194:10 |
| 347:22 351:4 | 298:15 299:8 | 97:23 98:22 | 196:14 198:6 |
| **oath** 13:20 | 299:10,19 | 100:7 101:5 | 198:18,24 |
| 25:11,18 38:9 | 300:13 301:11 | 102:2 103:1,4 | 199:15 201:14 |
| 38:11 50:15 | **oaths** 91:10 | 103:22 106:10 | 207:11,20,25 |
| 61:19 68:16 | 243:23 | 106:20 107:24 | 210:14,19 |
| 69:1,4,10,16,17 | **obama's** 227:7 | 109:1,7,20 | 212:12 213:2 |
| 69:18,19,20,20 | **object** 6:3 10:6 | 110:1 111:24 | 215:7 216:19 |
| 69:24 70:14 | 10:11,18,23,25 | 112:20 113:1 | 218:3 220:1,12 |
| 71:2 91:2,18 | 11:6 13:1 | 116:22 119:24 | 221:2,23 |
| 93:7 100:15,22 | 14:10 15:17 | 120:7,18 121:9 | 222:14 223:22 |
| 100:22 102:19 | 18:9,21 19:11 | 123:11 125:14 | 224:4 226:25 |
| 102:22 103:25 | 19:22 23:10 | 128:5 130:17 | 229:15 231:8 |
| 107:6 111:23 | 24:9 26:3 27:1 | 131:12 132:5 | 231:14 236:15 |
| 133:7 134:6,15 | 27:22 28:20 | 132:23 133:9 | 237:16 238:14 |

**[object - okay]** Page 52

| | | | |
|---|---|---|---|
| 240:3,9 241:15 | 339:11 341:5 | 341:17 | 305:7 309:19 |
| 243:7 244:22 | 341:25 342:8 | **objections** 3:8 | **oddly** 141:25 |
| 245:21 246:9 | **objected** | 83:13 115:11 | **odni** 205:16 |
| 246:17 247:7 | 156:15 | **objectivity** | **offering** 284:4 |
| 247:18 248:14 | **objecting** 302:1 | 340:9 | **office** 45:15 |
| 251:14 252:19 | **objection** 13:12 | **observer** | 46:15,17,18 |
| 253:16 254:12 | 14:1,2 23:7 | 292:24 293:11 | 76:19 135:2,2 |
| 255:1,25 | 39:10 50:12 | **observing** 91:7 | 205:3 233:4 |
| 256:14,19 | 51:25 64:16 | **obvious** 117:13 | **offices** 2:2 |
| 257:17 258:2 | 71:17 83:16,16 | 286:18 318:16 | **officials** 69:21 |
| 259:9,15 260:6 | 97:6 98:17,18 | 339:18 | **oftentimes** |
| 260:13,25 | 105:19 145:23 | **obviously** 34:3 | 96:11 103:7 |
| 262:7 264:9 | 147:25 156:18 | 35:6,25 68:14 | 110:16 181:5 |
| 269:19 270:2 | 164:2,17 165:3 | 70:18 81:24 | 311:25 |
| 271:7,18 | 166:23 183:21 | 106:16 109:12 | **oh** 18:25 |
| 273:15 274:21 | 186:24 193:17 | 110:10 142:19 | 129:20 192:24 |
| 277:9,19,23 | 202:2,21 209:8 | 173:18 184:11 | 293:21 310:19 |
| 278:6,20 281:2 | 209:14 215:16 | 217:15 228:25 | **okay** 4:22 5:19 |
| 282:13,20 | 217:6 225:2 | 232:2 234:6 | 6:7,21 8:2,8 |
| 284:5 287:21 | 227:15 228:22 | 247:15 256:23 | 11:25 12:13 |
| 288:9 289:23 | 235:14 238:6 | 288:21 291:15 | 16:23 19:1,8 |
| 293:8 294:4,25 | 239:18 243:2 | 299:6 303:21 | 20:2 26:20 |
| 295:14 299:16 | 243:17 248:24 | 315:9,14 | 27:14 34:9,19 |
| 300:2,10,24 | 250:25 257:20 | 316:23 322:10 | 40:14 47:21 |
| 303:24 307:7 | 258:12 267:13 | 339:4,13,17 | 52:23 59:14 |
| 309:1 311:21 | 267:25 269:6 | 340:6 | 62:22 63:6 |
| 312:9,23 313:5 | 269:12 270:12 | **occasionally** | 70:5 72:22 |
| 313:14 315:1 | 281:14 285:3 | 162:8 280:19 | 83:16,18 |
| 316:18 317:8 | 291:9 294:11 | 309:3 | 101:11 106:17 |
| 319:12,20 | 297:22 300:18 | **occur** 51:8 | 107:21 108:18 |
| 321:10 322:6 | 303:18 304:7 | **occurred** 122:4 | 113:15 117:25 |
| 326:20 328:16 | 306:23 313:22 | **october** 59:18 | 118:24 120:25 |
| 330:2,15 | 316:13 332:15 | 67:10 103:13 | 124:3 125:4,24 |
| 331:19 332:6 | 335:15 338:23 | 104:10 122:23 | 133:24 137:8 |
| 336:4,18 | 339:21 340:3 | 214:10 289:1 | 168:23 178:2 |

**[okay - page]**                                                                    Page 53

179:5 182:19
198:3,3 207:2
216:23 220:9
230:16 232:18
239:10 254:14
261:5 275:23
280:6 290:19
291:19 293:1
303:2 309:13
311:1,5 315:6
320:12 324:10
332:23 339:10
340:22 342:18
342:21 343:2,8
**old**  31:24 34:20
96:17
**ollie**  180:15
**omit**  134:18
**omitted**  135:10
168:14
**once**  101:19
146:16 244:19
250:22 338:1
**ones**  211:17
230:11 250:10
339:18 341:13
342:14,15
**online**  11:18
33:5 39:19
40:21 41:11,17
62:5 63:1
167:1 224:18
310:1 339:15
**ons**  83:15

**open**  64:8
**openly**  29:11
**operates**
185:17
**operating**
205:23
**opinion**  7:25
8:3,9,11 86:11
216:16 264:19
303:15 345:8
**opinions**  17:22
**opportunity**
40:11 65:10
154:20 307:4
307:15
**opposed**  330:12
**opposing**  9:15
**opposite**  137:9
**oral**  1:20
**order**  7:25 8:3
8:9,12 11:5
18:4 87:20
90:7 92:18
218:1,21
229:23 260:11
345:8
**organizations**
274:7
**organized**
20:10
**origin**  192:2
211:5
**original**  14:22
14:24 15:13,14
15:23 170:24

184:11 188:4
**originally**
155:2
**origins**  192:8
**ought**  256:1
**oust**  131:3
**outcome**
350:12
**outlet**  151:5,8
151:11,15
**outlets**  21:5
68:25 134:10
150:22,25,25
151:1,2,3,18
**outline**  29:9
88:1,4
**outlined**  104:8
206:24 225:14
332:21
**outrageous**
49:18
**outside**  59:19
113:9 279:12
279:15 306:9
**oval**  163:23
164:14
**overall**  112:13
326:12
**overlap**  75:10
**overt**  59:5
**overturn**  56:8
**overwhelming**
204:1
**own**  9:18 36:19
225:11 234:6

**owned**  192:11

**p**

**p**  1:3 60:13,14
280:12
**p.m.**  126:3,3
169:11,11
214:11 219:17
223:14 228:5
228:20 234:21
234:21 287:8
292:19 314:22
315:13 323:16
323:16 325:11
344:2
**package**  170:21
171:23 310:11
310:13 311:18
311:18 314:16
322:21 328:1
**page**  8:9,12
12:15 14:5,18
15:1,2,9 19:9
20:4 48:17
50:4 56:25
57:3,4,5 58:1,4
58:5,5 64:7
66:6,9 74:3,7
76:8 77:1 80:5
87:15 94:4
95:13 104:15
108:19 113:15
116:13 117:17
117:20 118:5
118:25 124:4,6
125:6 127:11

**[page - pedophiles]**                                    Page 54

127:11,15,17
128:9,11
132:11 161:17
171:2,3,3
177:10 179:18
185:5 186:12
189:21 190:2
190:21 191:13
191:16 192:6
196:21,21,23
197:14 198:1
200:3,6 201:3
203:21 205:18
207:3 210:25
218:23 219:15
223:13 228:4
230:9 234:12
235:1 239:10
241:7 245:25
250:12,14,17
251:5 252:9
283:9,10,12
284:24 292:16
296:23 307:2
307:22 309:13
310:6 311:3
325:3 329:6,22
333:2,8,11,12
343:25 345:3,7
346:3 347:3
348:3 349:2,3
349:4,5,6,7,8,9
349:10,11,14
351:5

**pages** 116:11
  128:23 225:24
  250:10
**painted** 9:5
**pair** 61:23
**pals** 180:13
**pan** 115:18
  116:7
**pandemic** 41:4
**paper** 83:7 85:1
  85:3
**paragraph**
  12:16 14:6,19
  15:3,4,9 20:4,7
  30:7 31:21
  58:1 74:23
  95:15 172:16
  172:21,22
  333:3
**paragraphs**
  19:7
**parallel** 119:13
**paramount**
  80:7 345:13
**parents** 40:18
**part** 9:14,19
  11:23 21:15,19
  29:16 32:13
  33:8 35:9 39:2
  69:20 70:11
  75:12,12,20
  84:5,12 89:8
  90:8 94:1 96:8
  96:18 103:24
  111:13,16,22

112:13 114:15
114:18,22
115:16,21
118:15 119:2
122:17 123:4
132:25 161:1
165:20 167:6
170:24 174:12
192:15 206:2
208:15 210:11
262:17 276:12
276:16,19,25
277:7 278:4,13
279:19 291:7,8
298:5 301:9
317:6
**partially**
  119:18
**participate**
  83:22,25 168:4
**participated**
  120:4,6
**particular**
  47:16 140:19
  140:21 246:2
  292:16 342:24
**particularly**
  33:14 45:12
  107:11 216:9
**parties** 3:3
  350:10
**parts** 15:20
  32:14 52:12
  132:12 166:25
  207:7 338:12

339:24 340:2
**party** 122:12
  208:7
**pass** 298:15
  325:9
**passed** 195:12
**passing** 87:6
**passion** 197:1
  197:13,15,20
  197:24
**past** 116:15
  130:11
**pasted** 38:21
**patriot** 67:18
  68:8 108:24
  109:16,18,24
  110:9,12,18,24
  111:19 282:1
**patriots** 108:22
  109:14 110:12
  110:17 252:1,4
**pattern** 217:15
  271:21 273:9
**paul** 191:7
**pavlovian**
  245:4
**pay** 72:16
**pedantic** 105:7
**pedophiles**
  9:25 20:23
  22:2 25:1 26:1
  26:24 27:11,17
  28:14 29:4
  42:13 48:21
  78:5,10 122:18

**[pedophiles - phrase]**                                            Page 55

123:5
**pending**  4:14
  4:19 209:15,17
  256:7
**people**  9:8,13
  14:12 16:5,6
  20:16 22:16,19
  23:12 33:4,10
  33:15 35:8
  36:18 41:16
  42:11 43:20
  44:17 46:3,10
  47:7 53:14
  54:3,3 55:7
  58:14 59:6
  60:24 61:9
  67:17 77:14
  82:5 87:6
  88:18 91:8,13
  91:15,17 98:10
  99:22 100:16
  102:13,19
  103:8,13,15
  104:2 107:6
  115:25 135:2,2
  136:12 158:3
  168:7 172:3,4
  172:12 173:3
  174:13 175:13
  175:21,25
  178:16 180:8
  183:2,13
  184:12 193:24
  195:16 196:8
  199:8 204:17

212:6 213:17
222:9 225:13
230:4 232:10
242:1 243:23
243:24 244:20
271:12,23
275:19 276:22
276:24 277:16
288:1 299:8
306:7 310:1
324:8 326:14
326:15 329:4,4
336:13
**people's**  225:16
  281:21
**performed**
  284:1
**period**  217:16
**permanent**
  306:11
**persecuted**
  116:5
**persecution**
  111:22
**person**  18:14
  58:10 63:10
  65:1 68:13
  71:24 86:15
  105:10 107:9
  109:2,15
  110:18 123:18
  143:1,22
  146:24 160:3
  174:5 179:2
  190:18,18

218:12 242:7
246:25 249:4
263:20 276:4
280:16 287:7
309:6 322:22
322:25 325:23
325:24 331:17
331:23 338:18
**persona**  53:11
  63:10,25 66:16
  66:21 69:3
  70:14 71:21
  72:25 98:10
  100:16 102:13
  102:19 104:1,1
  107:6 111:9
  116:2 134:23
  147:12 158:2
  230:3 288:1
  299:7
**personal**  46:7
  305:1,10,15
  306:17 347:22
**persons**  325:20
**perspective**
  165:18
**pertains**  97:9
  153:20
**pervasive**
  275:24 276:7
**peterson**  79:13
  79:16 160:5
**pgg**  1:2
**phenomena**
  144:13

**philippa**
  308:18,21
  320:19 323:22
  324:25 327:16
**phoenix**  76:19
**phone**  7:3
  306:5,6
**phones**  233:19
**photo**  136:13
  161:20,21
  257:7 258:17
  259:18
**photocopy**  80:7
**photograph**
  347:13
**photographs**
  340:11
**photos**  61:14
**phrase**  16:3
  54:8,11,24
  55:21,23,25
  57:1,6,22 71:4
  71:5 73:6,13
  73:22 97:14
  101:1,13,17
  102:8 105:5
  106:17 107:7
  108:24 110:19
  110:25 116:9
  134:25 147:7
  147:24 211:2,5
  211:13 217:3
  220:21 221:11
  221:12 223:16
  223:20 225:20

HIGHLY CONFIDENTIAL

**[phrase - points]**                                            Page 56

228:8 230:5
231:2,20 233:1
235:22 241:1
241:24 246:13
275:17 278:17
283:19,20,23
284:12,19
289:19
**phraseology**
327:20
**phrases** 91:10
222:6 223:3
**physically**
133:16,20
331:23
**picked** 69:1
**picture** 37:19
143:22 197:12
221:14,18,18
222:12,25
226:7,10 246:4
246:14,23
247:4 248:11
248:17 250:13
257:25 258:8
280:13,15
284:25 285:1
**piece** 47:16
83:7 85:1,3
88:14 133:14
136:24 138:4
142:20 165:19
165:24 167:7,8
174:8 175:11
177:8 199:24

202:4,10
309:24 310:12
311:19 317:15
323:1 324:11
325:25 331:2
**pieces** 47:15
324:7
**pillars** 22:8
**pin** 222:1
**ping** 74:5,22
78:24
**pitch** 309:6
**pizza** 75:11
**pizzagate** 75:7
75:11,12,20
**pizzeria** 75:3
78:25
**pkg** 310:8,10
327:24 328:1
**place** 1:22
150:8 168:11
227:25 296:19
301:18
**places** 208:12
**plainly** 145:22
**plaintiff** 295:1
**plaintiffs** 1:4
2:2 6:24
**plan** 9:19 36:21
114:14,22
115:16,20,24
115:24 116:9
260:4,5 264:7
264:8 297:6
298:4 343:7

**plane** 78:18
282:19,25
**planning** 324:7
**platform** 47:11
63:1,8 119:7
121:2 305:12
341:24
**platforms** 55:6
66:17 118:21
119:6,9 120:13
181:8
**played** 196:9
244:5 310:2
**playing** 41:2
**plays** 36:14
39:20 40:22
**pleadings** 18:5
**please** 37:10
94:2 157:19
173:1 175:19
219:2 254:11
280:5 301:3
302:21 344:1
**pledge** 14:12
29:8 53:10
69:1 98:9
145:2 152:12
217:18 237:3
251:23 252:13
257:1 263:14
272:3 294:13
301:8
**plenty** 50:13
276:22

**plug** 318:25
**plus** 80:7
167:25 230:22
243:19 345:13
**podcast** 144:11
144:11 145:5
145:10
**podcasts** 144:5
144:6,18
**podesta** 75:2
78:23
**point** 16:2
31:19 32:21,24
34:22 36:2,6
38:3 47:7
88:16 102:11
115:6 137:6
141:22 143:11
178:13 192:11
192:14 203:4
204:21 226:23
230:20 235:18
237:13 250:16
251:5 257:16
257:19 262:13
264:23 272:1
314:13 321:11
321:14,17
324:19 337:17
**pointed** 29:7
107:9 130:10
**pointing** 28:2
110:15
**points** 179:1
229:9 230:22

**[points - precise]**                                                      Page 57

231:20 274:11
290:7 315:23
315:24
**policy**  337:9
348:13
**political**  36:4,5
124:16 206:1
**politically**
35:25
**politicians**
20:25 25:2
**politics**  36:2
39:20 40:22
41:18
**polling**  81:11
**pong**  74:5,22
78:24
**popular**  82:20
**portion**  8:11
19:13 76:25
133:25 134:16
157:19 161:18
221:17 278:11
287:5 301:4
314:1 334:16
343:15
**portions**
133:22 134:14
134:18 135:11
135:16 168:15
338:21 339:5
349:1
**portrayal**
24:18 169:1

**portrayed**
168:24
**poses**  77:2
205:4 346:16
**position**  30:2
**positive**  266:18
**possibility**  78:2
**possible**  160:10
180:22 281:10
**possibly**  281:23
**post**  37:16,18
46:2 53:10
70:3 102:11,20
102:21 147:17
164:13 177:21
181:10,10
183:10,10
207:4 214:6
218:10 243:22
251:9 257:25
258:8 261:9,11
274:14 275:4,8
275:21 276:1,5
276:9,13,15,20
277:1,3,4,5
278:3 279:18
288:17 301:11
346:18
**posted**  25:11
38:9 67:16
70:1,20,21
71:20,20 98:8
100:13 102:18
107:8 112:12
119:22 121:1

134:9,20
135:18 136:7
136:25 148:3,8
148:24 150:15
153:22 158:1
159:5 164:10
165:21 168:14
174:10 202:12
242:3 246:21
246:22,25
250:18 253:18
265:14,18,19
266:17 279:5
287:25 291:16
312:20 313:9
314:24
**poster**  276:3
**postgraduate**
60:2
**posting**  16:5,6
28:9 70:6,13
91:3 224:18,19
262:19 263:14
**postings**  144:24
**posts**  25:15,20
38:5 63:11
66:16 68:21
148:13 149:2
150:10 212:2
214:4 229:19
294:10,16
**posture**  111:21
112:5,10
**potential**  35:5
77:13,14

**potentially**
56:8 196:8
**powell**  54:6
73:17 107:18
108:4,16
112:24 113:5
138:4,8 153:21
153:24 154:2
154:22 155:4
156:6 157:13
157:17 158:18
159:6 189:13
189:15 194:2
231:5,6,10
232:19 235:2,4
235:12 236:22
236:25 237:10
237:13,25
238:1,4,11
248:8 251:4
252:10 295:4
**powell's**  55:23
148:13 158:12
158:21,22
194:7,21
195:15 236:12
249:23
**power**  205:25
**practice**  36:2
55:5 159:20
207:18 348:13
**practices**
159:23 337:9
**precise**  69:25
70:2 230:4,5

HIGHLY CONFIDENTIAL

**[precise - promised]** Page 58

262:8
**precisely**
103:25 250:18
251:9
**preconceived**
236:7
**predated** 73:11
**predictions**
115:18 116:2,4
**preempted**
170:23
**prefer** 64:25
**premise** 13:14
27:8,9 106:25
142:11 259:12
**prep** 261:13
**preparation**
91:23
**prepare** 16:10
17:16 19:21
186:14 190:1
272:23 320:20
324:1 325:5
**prepared** 180:3
188:23
**preparing** 39:2
291:8
**present** 2:20
**presented**
234:8
**preserve** 237:5
252:15
**preserving**
274:10

**president** 21:4
171:12 208:16
209:3 227:3
**president's**
227:4
**presidential**
40:24 195:22
209:1 248:5
**press** 171:16
**presumably**
52:25
**pretty** 17:17
22:10 119:8
162:19 183:10
183:12 187:16
204:13 241:20
**previous**
159:13 167:2
274:13 336:22
**primarily**
39:18 205:23
**princeton**
60:12,14,19
**printout** 233:2
**prior** 38:15
129:4 139:1
157:21 158:8
166:8,17 189:2
192:5,19
200:19
**privately**
100:10 121:19
**privilege**
335:14

**privileged**
335:7,10
**probably** 16:21
36:17 43:9
65:8 151:5
292:24 331:23
**problem** 169:9
208:7 247:17
**procedural**
111:21 112:5
112:10
**procedures**
156:3
**proceed** 95:10
**process** 5:12
38:1 62:24
101:23 139:13
261:12 291:7
338:19
**processes**
322:17
**produce** 149:22
316:25
**produced** 83:1
127:7 177:5
209:12,19,21
214:1 218:21
261:15,18,23
286:15 289:4
298:11 303:3
308:7,13
316:10 327:17
341:1
**producer** 47:17
47:18 308:22

308:22 310:22
310:25 322:21
324:7 335:1
**producers**
135:22
**producing**
309:24
**product** 72:5,6
72:7 261:22
**production**
83:23 84:1
163:23 164:15
331:4 339:20
**professed**
21:17 23:22
98:2
**professional**
1:23 350:3
**profile** 42:22
45:15 345:11
**project** 207:5
208:21 346:17
346:19
**prominent** 8:25
63:17,19 168:3
210:11 212:9
212:21 213:14
213:19 312:12
**prominently**
336:16
**promise** 99:24
99:25
**promised** 99:17
99:20

**[promises - qanon]** Page 59

| | | | |
|---|---|---|---|
| **promises**  99:22 | 344:23 350:3 | 180:4 182:4 | 183:1,4 286:22 |
| **promote**  28:13 | **publication** | 184:6,15 185:8 | 308:24 311:17 |
| **promoted** | 38:16 141:9 | 188:8,23 | 311:23 315:6 |
| 25:24 26:22 | 166:9,18,19 | 189:15 192:16 | 329:17 |
| 27:24 28:18 | 184:8 200:19 | 196:2 203:11 | **purposely** |
| 32:1 97:4 | 203:9 287:17 | 205:2 208:21 | 134:17 |
| 166:5 | **publications** | 208:23 210:12 | **purposes**  45:8 |
| **promotes** | 342:7,19 | 218:19 223:9 | 46:7,9 82:24 |
| 200:14,22 | **publicly**  25:12 | 260:20 273:1 | 205:19 320:2 |
| **prompted** | 38:10 46:2 | 291:13 303:5 | **pushes**  204:14 |
| 309:22 | 70:1 100:11,14 | 309:20 316:16 | **pushing**  197:2 |
| **pronounce** | 100:19 101:12 | 332:4 341:23 | 208:9 |
| 239:13,13 | 101:17 102:8 | 342:3,5,5,22,25 | **put**  24:5 27:12 |
| **pronounced** | 107:4 108:6 | **publishes**  66:17 | 42:18 47:21 |
| 297:17 | 121:18 134:21 | 207:23 | 49:10 54:15,23 |
| **pronouncing** | 158:1 159:5 | **publishing** | 76:2 98:6 |
| 330:22 | 174:10 202:12 | 171:14 196:4 | 133:14 136:8 |
| **propaganda** | 263:14 293:11 | 246:14 341:16 | 163:23 167:25 |
| 207:23 209:4,6 | 293:15 307:13 | **pull**  318:25 | 171:23 202:16 |
| 210:8,21 | 312:13,20 | **pulled**  118:19 | 219:24 224:2 |
| **proper**  301:15 | 313:8 | 331:8 | 229:23 233:15 |
| 301:17 | **publish**  44:9,15 | **pulls**  33:15 | 311:11 331:23 |
| **proud**  110:12 | 44:20 180:7,21 | **purchase**  61:9 | **puts**  82:12 |
| 181:5 242:12 | **published**  39:8 | 80:8 | 95:16 |
| 242:13 243:5 | 40:1 76:13 | **pure**  107:14 | **putting**  89:23 |
| 243:10,13 | 77:7 101:3,20 | **purely**  76:4 | 191:20 246:6 |
| 244:11 | 102:5 108:5 | **purge**  214:7,8,9 | |
| **provide**  5:10 | 136:25 137:18 | 217:2,3 | **q** |
| **provided** | 139:17 140:6 | **purportedly** | |
| 187:14 | 140:12,25 | 273:10 | **q's**  31:23 116:3 |
| **proxy**  85:9 | 143:7 148:21 | **purpose**  54:21 | **qanon**  8:14,18 |
| **public**  3:13 | 152:8,16 153:8 | 54:22 55:2 | 8:19,24,25 9:5 |
| 37:23 44:17 | 153:16 154:25 | 71:15 100:12 | 9:6,9,11,18,19 |
| 68:21,22 | 155:24 156:1 | 170:8,14 | 9:21,22 10:2,4 |
| 124:15 204:22 | 159:10 167:1 | 171:14 182:25 | 10:10,17,24 |
| | | | 11:12,14,20 |
| | | | 12:22 13:11,17 |

| | | | |
|---|---|---|---|
| 13:18,20,24 | 65:8,11,12,14 | 110:15,20 | 152:9,10,12,19 |
| 14:8,14 20:9 | 65:21,25 66:3 | 111:1,11 | 153:24 154:22 |
| 20:17 21:14,17 | 66:7 68:10,15 | 114:15,22 | 158:2 166:11 |
| 21:19 22:1,6,9 | 68:15,18 69:5 | 115:17,21,23 | 166:15,21 |
| 22:15,19,22 | 69:17,18 70:8 | 116:15 118:10 | 167:7,10,13 |
| 23:1,2,5,9,22 | 70:13,15,18 | 118:19,19 | 168:3,8,9,18,18 |
| 23:22,25 24:5 | 71:6,7,8,11,20 | 119:5,6,10,10 | 172:9 173:11 |
| 24:17 25:10,11 | 72:10,11,20,23 | 119:15,23 | 173:15,19,23 |
| 25:16,18,21 | 73:3,11 74:10 | 120:4,5,13 | 174:24,25,25 |
| 27:10,12 28:4 | 74:17,25 75:4 | 122:10,16,19 | 175:16 177:18 |
| 28:8,8 29:7,10 | 75:8,9,13,20,21 | 123:7,13,16 | 178:15,24 |
| 30:12,19 31:17 | 75:23 76:10,14 | 124:2 125:9 | 179:4 190:11 |
| 31:22 32:1,3,5 | 77:2,6,8,16,20 | 128:16 130:11 | 190:18 191:8 |
| 32:7 33:5,13 | 77:21,25 78:3 | 132:4,19 135:4 | 192:2,9 193:9 |
| 34:9,12,19,23 | 78:7,9,14,17,21 | 135:9,17 | 193:10,11,12 |
| 34:24 35:1,7 | 78:22 79:2,3,5 | 136:10 137:22 | 193:13,24 |
| 36:9,10 37:5 | 79:10,13 82:6 | 137:25 138:5 | 194:4 196:9,12 |
| 37:14,18 38:6 | 82:10 83:4 | 138:19 139:4,7 | 197:2,16 199:6 |
| 38:7,9 42:10 | 85:5,8,13 86:5 | 139:10,10,12 | 199:13,17,25 |
| 48:1,19 50:2,5 | 86:18,19 87:16 | 139:15,22,24 | 200:13,21 |
| 50:14,16,19,23 | 88:2,18 89:4,9 | 140:8,13,20 | 201:5,21 |
| 51:10,20 52:6 | 89:17 90:3,9 | 141:1,3,10,22 | 202:11 203:6 |
| 52:12,14,19 | 91:2,3,7,17 | 141:23 142:1,3 | 203:12,16,23 |
| 53:9,11,15,19 | 93:18,18,20 | 142:8,12,16 | 204:10,13,14 |
| 53:23 54:11 | 96:1,7,9,20 | 143:9,12,16,18 | 204:18 206:7 |
| 57:1,6,10,10,14 | 97:11,11,15,17 | 143:18,19,21 | 206:13,21 |
| 58:3,6,9,10,14 | 97:22 98:3,8,9 | 143:21 144:1,2 | 210:10 211:8,8 |
| 58:14,15,18,20 | 98:12,16 | 144:4,8,10,12 | 211:9,14,14,15 |
| 59:2,5,12,15,20 | 100:15,23 | 144:16,21 | 211:18,21,25 |
| 60:25 61:6,7,9 | 101:10,24 | 145:4,9,18,19 | 212:6,11,16,24 |
| 61:9,16,18,19 | 103:8 105:14 | 145:21 146:23 | 213:11,18 |
| 61:19,21,24 | 105:14,25 | 147:11,13,13 | 215:4,6,10,13 |
| 62:2,4 63:2,17 | 106:2 107:2,10 | 147:16,20 | 217:5,11,14,16 |
| 63:20,23 64:13 | 108:3,10,25 | 148:22,23,25 | 217:18 218:2,9 |
| 64:17,22 65:5 | 109:13,16 | 149:21 150:15 | 218:12 219:22 |

**[qanon - question]**

| | | | |
|---|---|---|---|
| 220:16 221:12 | 262:17,22 | 298:22 299:10 | 108:23 112:1 |
| 221:18,19,21 | 263:14,21,21 | 299:18 301:1,2 | 112:15 116:18 |
| 222:9 223:6,10 | 263:22 265:12 | 301:8 307:21 | 116:23 117:14 |
| 223:11,16,19 | 266:6 267:16 | 311:19 312:14 | 118:1,3,7 |
| 223:21 224:15 | 267:19 269:1,4 | 314:5 317:4 | 124:24 125:4 |
| 224:15 225:10 | 269:5,25 270:1 | 322:2 330:12 | 128:22 136:21 |
| 226:2 227:14 | 270:9,10,16 | 333:4,13 336:6 | 149:16 154:16 |
| 228:8,11 229:2 | 271:6,9,12,12 | 345:15 | 154:17 162:10 |
| 229:3,5,18,19 | 271:16,23,24 | **qanon's** 80:9 | 162:21 163:2 |
| 230:8 231:3,6 | 273:5,10,12,21 | 80:10 81:1,10 | 163:19,21 |
| 231:12,13,20 | 273:25 274:25 | 81:14,18 82:14 | 166:24 170:18 |
| 231:24 232:21 | 275:4,8,11,15 | 82:15 88:5 | 175:7 179:5 |
| 233:11,14,25 | 275:18,20,22 | 96:15 128:17 | 191:18 196:25 |
| 234:4,7 236:5 | 275:24 276:2,8 | **qualification** | 202:8,24 203:1 |
| 236:6,10 | 276:10,12,16 | 47:3 | 206:18 207:12 |
| 239:21 240:2,5 | 276:19,22,25 | **qualifies** | 207:21 208:1 |
| 241:1,5,20 | 277:7,15,17,18 | 268:25 | 209:16,17,18 |
| 242:6,9,19,23 | 277:21 278:4 | **qub** 60:8 | 210:7,15 216:1 |
| 243:20 244:6 | 278:14,23 | **queen's** 60:2,5 | 217:9 220:2 |
| 244:16 245:4,5 | 279:4,11,12,16 | 60:7 | 221:2,7,8 |
| 245:14,17,19 | 279:19 280:20 | **question** 3:9 | 222:22 227:23 |
| 246:8,15,16 | 280:24 281:11 | 6:11 13:25 | 234:1 238:10 |
| 248:1,1,22 | 282:11 283:4,5 | 25:22 26:12,16 | 247:11,13,19 |
| 250:22,23 | 283:20,20 | 26:19,20 27:9 | 253:25 254:1,2 |
| 251:6,21,24 | 284:1 288:4,12 | 29:22 30:5,22 | 254:8,10 |
| 252:1,3,5 | 288:15,20,22 | 30:24 31:11 | 255:18 256:6,8 |
| 253:12,14 | 288:23 290:1 | 35:7 38:23 | 256:22 257:24 |
| 254:19,21 | 290:12,13,21 | 39:12 48:12 | 258:7 259:8,12 |
| 255:9,24 | 290:22,23 | 49:5,20 55:1 | 259:18 260:16 |
| 256:13,17 | 291:1,5,16 | 56:12 70:12 | 260:18 265:25 |
| 257:10,22 | 293:12,13,16 | 72:12,14,18 | 266:2,4 268:5 |
| 258:1,5,10,22 | 294:1,13 | 77:2 82:13 | 268:6,8,16 |
| 258:23 259:1,4 | 295:11,18 | 84:3 91:20 | 273:5 275:6,10 |
| 260:4,24 261:4 | 296:8,12,17 | 92:13 93:2,4,7 | 275:15,17,19 |
| 261:8 262:4,9 | 297:21 298:5 | 93:16 106:3,25 | 278:9 282:14 |

**[question - reads]**

284:3 287:12
287:14,17
289:11 293:6
299:2 300:17
301:16,18,25
301:25 302:8
302:12,22
311:9 318:10
318:21 319:13
321:25 326:21
326:25 335:9
338:10,11
341:1
**questions**  5:10
5:16,20 6:1,19
11:8,12 48:11
86:8 87:13
94:11,21 99:16
99:20 104:20
113:8 124:5
125:25 128:7
130:2 172:4
177:16 227:22
233:9 247:24
292:25 343:18
**quibble**  6:18
**quick**  59:22
169:7,7 171:22
**quickly**  7:12,19
118:18 125:19
**quite**  112:15
144:3 148:24
172:6 221:20
262:15 274:4
307:14 309:4

339:9
**quote**  8:13
12:15 14:18
20:4 39:17
58:6 67:18
81:15 87:15
95:16 114:18
114:21 115:1,4
115:7 116:14
124:7,17
125:10,17
173:1 179:7
208:5 223:14
223:21 225:3
225:10 232:9
232:19 247:14
252:11 292:22
295:12 310:15
314:5 315:13
331:8
**quoted**  48:18
**quotes**  224:3
**quoting**  119:13
283:17

**r**

**r**  113:17 121:11
350:1
**r's**  48:1
**rabbit**  33:4
35:15 89:20,25
125:20
**rachel**  161:19
162:3 164:6,8
**racist**  31:25
34:20

**radical**  199:22
227:12
**radio**  70:19
144:18
**raised**  40:17
**rallies**  42:6
**rally**  59:18
123:19 142:24
196:9
**rallying**  57:2,7
57:12,14 58:6
104:25 105:11
193:15
**ran**  75:2 78:23
85:12
**randi**  1:22
350:2,18
**range**  20:11
22:14 23:20
43:9 123:15
174:23
**ranking**  9:23
52:24 53:7,20
54:2
**rather**  8:17
305:19
**ratings**  315:10
315:14 316:5
316:11,17,24
317:1,5,18
**reach**  159:6,15
159:21 160:2
237:25 238:4
238:10,13,16
238:19,21

239:5,7 336:2
336:10,16
**reached**  157:23
160:5,7 336:7
**reaching**  160:8
**read**  8:10 10:1
13:15 31:20
39:11 48:8
49:2,24 94:8
94:12,23 95:3
114:18 117:2,4
117:8 119:18
137:5 148:12
175:5 184:12
187:17 200:24
208:11 237:5,6
252:16,18,25
253:3 256:2,2
256:5 260:19
261:5 267:20
268:18,21
270:14 281:15
286:21 287:14
337:24 338:7,8
338:16
**readers**  176:18
**reading**  45:14
65:17 148:10
148:15 254:16
268:13 286:17
293:5 338:4,5
**reads**  132:18
142:2 203:23
242:7 308:1

**[ready - referring]**                                                        Page 63

| | | | |
|---|---|---|---|
| **ready**  325:11 | 130:18 131:24 | **recess**  55:17 | **red**  308:3 |
| **real**  39:18 | 138:15,22 | 126:3 169:11 | **redacted**  311:6 |
| 171:22 274:6 | 139:4 140:4,10 | 234:21 323:16 | 313:3,12,19 |
| **reality**  32:4 | 140:17,18 | **recipients** | 335:6 |
| **realized**  320:5 | 141:7 143:20 | 325:6 | **redirect**  49:7 |
| **really**  49:17 | 144:22 146:20 | **recited**  134:15 | **reeves**  79:23,25 |
| 97:18 110:8 | 148:15,19 | **recognize** | **refer**  193:13 |
| 111:3 184:9 | 149:3 152:14 | 127:8 141:17 | 199:2 325:2 |
| 198:11,12 | 152:23,25 | 232:5 | **reference**  30:8 |
| 216:10 217:4 | 153:3,6 154:8 | **recollection** | 48:6 66:11 |
| 230:24 297:24 | 159:18 160:23 | 39:4,24 56:5 | 67:23,24 74:4 |
| 316:11 | 162:5 165:24 | 57:9 67:14,22 | 74:22 89:2 |
| **reason**  7:7 | 177:20,25 | 76:24 131:23 | 101:15 124:7 |
| 26:17 114:7 | 181:1,2,19 | 148:2,9 152:22 | 130:23 142:8 |
| 122:1 131:24 | 182:1 185:13 | 182:7 185:25 | 173:14 174:9 |
| 176:10,11,15 | 190:25 191:5 | 294:6 314:23 | 190:23 223:4 |
| 238:16 311:6 | 196:15 198:7 | 323:4 | 230:12 240:5 |
| 312:21 351:5 | 201:1 206:22 | **record**  4:9 8:11 | 269:5 283:14 |
| **reasonable** | 209:7 211:3 | 29:19 55:20 | 307:10 |
| 107:12 143:1 | 224:24 225:22 | 79:22 83:6 | **referenced** |
| 167:4 | 235:17 237:8 | 94:6,16 99:23 | 42:12 66:12 |
| **reasonably** | 237:12,15 | 115:4,8 127:5 | 80:12 118:5 |
| 8:18 9:21 | 264:10 271:2 | 186:16 197:4 | 186:17 221:19 |
| **reasons**  14:20 | 272:19,22,25 | 208:10 210:5 | **references**  52:5 |
| 15:10,21 61:8 | 281:19 284:22 | 232:1 234:24 | 143:17 214:11 |
| 201:15 | 293:25 294:17 | 248:4 249:25 | 215:13 290:16 |
| **recall**  7:8 37:16 | 304:11,12 | 250:4 290:15 | **referencing** |
| 40:9,13 42:16 | 307:13 310:17 | 298:24 306:11 | 37:17 212:3 |
| 76:18 80:14,14 | 311:24 330:5,9 | 319:6 323:14 | **referred**  28:24 |
| 80:20 86:22 | 336:7 341:14 | 335:8 343:11 | 64:13,17 143:3 |
| 90:13 102:21 | **receive**  306:21 | 350:7 | 206:6,20 209:6 |
| 116:10 118:14 | **received** | **recording** | 264:18 |
| 120:1,19,24 | 226:18 263:3,5 | 56:13 | **referring**  40:25 |
| 121:4 122:2,14 | **recently**  304:2 | **recordkeeping** | 55:24 56:10 |
| 124:22 130:4 | | 306:13 | 74:11 79:19 |

**[referring - report]**

81:12 102:16
103:3,21 121:3
122:4 252:17
253:2 269:8
282:2 310:23
**refers** 58:2 83:1
85:3 265:22
303:4 310:25
**refresh** 182:7
314:23 323:3
**refuse** 301:20
**refused** 301:21
**regard** 48:13
92:14 191:18
197:14
**regarding**
181:16
**registered** 1:23
350:2
**regressive**
235:8
**regular** 178:16
**rehearsed**
129:16
**reject** 317:14
**rejected** 200:21
282:11
**rejecting**
200:14
**rejects** 282:18
**relate** 107:1
138:7
**related** 101:24
111:11 119:23
196:7 241:4,5

241:20 350:9
**relates** 25:8
341:2
**relating** 190:11
192:2 208:21
**relation** 89:13
139:14 189:10
293:23
**relationship**
321:15,15,18
**relatives**
339:15
**release** 54:9,24
54:24 55:21
57:13,23
**relevance**
83:17
**relevant** 134:3
134:12 149:23
161:1 165:20
288:20 310:5
312:3
**rely** 191:3
**remains** 165:3
**remember** 43:6
43:10 80:21
101:6 148:10
156:8,10,21,24
157:3 161:10
182:3 192:1,4
196:4 197:1,15
197:18,19
198:4,9,19
224:22 227:3
260:10 304:17

321:25 322:19
**remind** 156:23
219:12 265:13
335:12
**reminded**
198:21
**repeat** 112:4
**repeated** 135:5
138:4 194:1
248:7
**repeatedly** 16:6
92:23 253:24
293:12
**repeating**
42:11 72:25
109:22 139:24
154:22
**repetition**
257:21
**rephrase**
153:15 216:25
289:11
**replaced** 123:9
**replies** 287:5,7
**reply** 173:4
229:4
**report** 8:13,17
8:21 9:1,7,10
10:5 13:17,19
25:9,9 27:13
29:3,7 30:9,15
30:18 31:17
32:11,18 33:2
35:6 42:3 56:4
76:13 77:7

80:9,12 83:3
83:20 84:5
85:4,8,13,22
86:5 101:15
102:4 108:21
116:13,20
128:1,9 129:5
129:8,23
130:21,22
131:10,18
132:12 133:5,7
133:14 134:4
135:23 137:18
139:18 140:7
140:12,25
143:7 144:12
146:2 148:21
152:8,16 153:8
153:16 154:25
155:8 157:22
158:8 159:17
160:9 164:24
166:9,18 167:3
167:25 168:16
168:25 170:3
170:15 171:4
171:15 173:12
173:22 175:25
176:8,14 177:7
177:18,21
178:23 182:19
184:17,17
187:1,12 188:9
192:1,4,5,15,16
196:2,5 197:1

**[report - responsibilities]**                                          Page 65

197:11,15,18
199:24 200:19
201:17 206:9
206:15,17,25
208:14 210:8
210:17 273:1
287:17 291:14
296:9,13,15
297:2 303:13
313:13,19
316:10 317:1,3
324:20 327:22
331:4 332:4
336:3,25
338:13,22
339:7 341:3,3
341:16,23
342:7,22,25
345:14,16
**reported**   11:15
11:17 25:13
54:18 57:12
81:9 82:8
134:9 137:5
148:5 150:16
150:18 151:6
155:10,14
167:2 192:18
201:20 202:10
202:13 203:6
204:13 236:11
312:25
**reporter**   1:23
5:14 113:19,21
114:11 118:6

296:5 350:3
**reporting**
11:19 32:25
36:15 41:1,11
57:15 67:7
97:10 140:16
140:18 141:3
144:4 148:17
155:4 158:4
159:13 170:24
172:2 184:11
204:12 212:14
222:5 236:3
246:24 247:25
336:22 351:1
**reports**   81:14
82:6 86:18
184:20 203:10
204:2,7 316:21
**repost**   214:3,6
214:10 215:14
217:5,23 218:6
346:21
**reposted**
103:12,14
104:11 164:11
215:5,22 217:1
229:1 277:14
288:3
**reposts**   230:7
288:11
**represent**   4:13
4:17 156:4
305:14

**representation**
115:14 163:7
164:22,23
219:5
**representations**
125:13
**representative**
143:13 158:6
338:18
**represented**
305:1
**representing**
165:11
**represents**   67:9
87:15 114:14
114:21 287:19
**republican**
122:5,12
**republicans**
207:18,24
213:17
**republishing**
170:14 183:5
**reputation**
86:12 303:16
**reputations**
166:12,22
**request**   286:14
**requested**
149:12
**requests**
209:11 349:13
**research**
146:11 203:20
211:5 212:10

225:11,12
233:7
**reserved**   3:9
**reshare**   261:8
**reshared**
217:20
**resharing**
289:2
**resolution**
200:11,11,13
200:25 203:22
346:14
**respected**
86:14
**respective**   3:3
**respects**   116:21
118:9
**respond**   19:13
26:16 29:18
**responded**
314:14
**responding**
29:25 229:5
**response**   18:4
41:3 50:22
148:15 154:9
154:21 157:12
157:16 189:13
235:18,23
236:21 237:24
238:2 245:4
286:14
**responsibilities**
45:20

**[responsible - room]** Page 66

**responsible**
341:15
**responsive**
108:15 209:11
**rest** 31:21
164:24
**results** 56:8
**retake** 241:9
**retrospect**
89:19,23
**retweet** 14:21
14:21 15:11,12
15:21,22
236:24 239:11
245:18 246:1
272:13,13
274:20 275:4
279:6 280:2
347:8,10
**retweeted**
25:13 215:5
235:4 239:15
240:7,17
241:13 242:13
242:25 244:9
249:18 273:7
275:7,21 276:2
276:6,10,14,20
280:16 285:19
**retweeting** 16:6
241:19,19
267:8
**retweets** 16:2
138:18 218:18
233:21 234:25

235:1 240:15
241:7 273:12
285:15 346:22
347:14
**revealing**
335:10
**review** 148:7
148:18 203:10
337:15
**reviewed** 8:7
17:18,20,21
18:3 19:20,23
49:19 86:17
335:14 337:16
**reviewing**
150:6 325:25
**revolutionary**
9:15
**rhode** 285:9,10
**richard** 323:6
323:22 324:5,6
324:25 329:15
**richards**
292:18
**ridiculous**
179:9 274:15
**ridiculousness**
221:2
**ridley** 73:7
193:2
**rigged** 41:22,23
**riggleman**
200:12
**right** 6:21 7:13
12:13 16:10

18:7 19:4 20:2
20:10,18 22:15
26:18 30:5
33:22 36:7
38:19 39:16,25
41:9,25 42:16
42:18 46:12
48:10 50:3
51:14,14 64:18
65:2 67:7 73:5
74:21 76:21
80:1 82:1,23
89:3 93:25
95:13 104:14
108:18 110:3,9
116:1,18 117:8
120:3,6 122:6
122:7,10
124:13 125:4
125:24 127:14
128:22 132:13
134:2 136:17
136:20 137:9
137:16 141:20
141:25 142:4
147:10 152:3,6
160:25 161:8
164:20 174:16
175:13 179:17
182:8 183:20
185:1 191:22
191:23 196:3
196:13 197:8
197:17 218:15
225:18 226:24

235:20 238:22
242:11 250:3
259:23 266:10
267:24 282:10
285:8,12 296:6
296:11 300:1
304:17 308:24
313:13,21
316:2,3 318:25
321:1 330:22
337:21 342:16
**rights** 204:11
262:1,6,11
263:19
**riled** 198:10,11
199:10
**ring** 75:3 78:24
**road** 5:11 6:9
6:15 156:11
282:1
**robert** 282:12
**roger** 292:18
**role** 39:19
40:21 41:1
324:7
**ron** 63:6,7,12
63:16,24 64:4
66:4 191:6
**roof** 198:13
199:11
**room** 5:14 6:23
9:3 21:17
23:21 79:3
143:4 175:16
224:10 340:21

**[room - screenshot]**                                    Page 67

| | | | |
|---|---|---|---|
| 340:23 | **sanctions** | 300:15,23 | 201:4 203:14 |
| **roose** 113:16,18 | 163:10 | 301:7,14 | 229:12,17,18 |
| 114:21 116:1 | **sant** 322:18 | 303:12 334:21 | 230:19 235:5 |
| **rose** 230:25 | 325:1 330:22 | 334:22 342:3 | 239:23 240:19 |
| 231:1 | 333:25 334:6 | **saying** 16:7 | 247:14 254:23 |
| **roughly** 8:22 | 334:24 | 27:5 52:3 | 254:23 264:22 |
| **routine** 207:17 | **satan** 9:25 | 68:13 70:12,15 | 265:15 266:15 |
| **row** 325:16,17 | 20:23 22:2,21 | 84:15 102:18 | 269:3 270:13 |
| 325:22,23 | 25:1,25 26:23 | 107:13 110:4 | 270:13 273:21 |
| **rpr** 350:18 | 27:11,17 28:14 | 111:4 122:24 | 274:4 275:4,21 |
| **rule** 6:9,15 | 29:4 48:21 | 134:17 166:1 | 276:16,21 |
| 156:11 252:5 | 78:4,10 81:2 | 179:20 232:11 | 277:1,4,14 |
| **rulebook** 106:1 | 81:16 87:19 | 238:21 250:20 | 278:3,15 |
| **ruled** 98:21 | 90:6 92:16 | 250:24 251:2,3 | 280:22,23 |
| 145:22 | 122:18 123:5 | 253:23 259:20 | 281:8 282:23 |
| **rules** 5:12 49:9 | **satanic** 121:17 | 266:18 268:25 | 283:25 290:16 |
| 49:21 94:24 | **savannah** | 271:17 302:2 | 295:20,24 |
| 292:9 | 142:23 | 311:5 329:10 | 297:5 298:15 |
| **run** 83:15 | **save** 36:22 42:7 | 331:14 337:21 | 310:19 314:22 |
| 94:13,15 | 42:9 118:16 | **sayings** 72:2 | 316:23 321:2 |
| 144:12,19 | 224:19 | **says** 8:13 40:23 | 331:20 333:3 |
| 170:22 234:14 | **saved** 150:12 | 43:1 45:15 | **scandalous** |
| **running** 63:25 | **saves** 240:20 | 50:4 52:23 | 317:3 |
| 117:10 185:24 | **saw** 35:6 37:4 | 57:1,6 63:16 | **scenario** |
| 208:8 291:22 | 37:22 38:12 | 76:8 80:25 | 111:18 |
| **runs** 307:11 | 41:14 48:6 | 83:8,11 95:16 | **scenes** 142:21 |
| **rush** 314:6 | 62:24 65:10 | 104:21 105:10 | **school** 5:24 |
| **s** | 70:19 101:22 | 108:11,21 | **scott** 73:7 |
| **s** 2:2,5 113:17 | 102:16,25 | 115:15 118:5 | 193:3 |
| 328:25 345:6 | 103:20 104:6 | 119:1 125:15 | **scouts** 71:9 |
| 346:2 347:2 | 146:23 171:25 | 125:17 132:15 | **screen** 41:13 |
| 348:2 351:5 | 231:22 270:25 | 162:25 166:20 | 136:8 165:15 |
| **safety** 35:23 | 272:18,20 | 173:1 174:13 | 197:5 |
| **sample** 321:2 | 293:19,22 | 175:12,17 | **screenshot** 80:7 |
| | 299:15 300:8 | 197:24 198:1 | 161:17 185:5 |

**[screenshot - seen]**                                           Page 68

| | | | |
|---|---|---|---|
| 193:23 196:7 | 333:2 337:3 | 125:7 128:12 | 147:15 158:4 |
| 345:13,20 | **seconds** 133:3 | 128:20 130:23 | 270:4 272:25 |
| 346:4,20 | 165:16,23,23 | 132:13,20 | 298:6 331:5 |
| **screenshots** | **secret** 87:18 | 141:13,14 | **seek** 85:9 163:9 |
| 150:9 | 90:5,20 92:15 | 171:5,9 172:16 | **seeking** 138:10 |
| **script** 32:18 | **section** 340:5 | 173:6 179:10 | **seeks** 205:25 |
| 133:18 166:3 | **security** 35:19 | 182:6 187:24 | **seem** 241:6 |
| 173:13 177:23 | 35:22 36:5,6 | 201:9 204:3 | 271:13 |
| 309:23 325:10 | 67:25 87:8 | 206:3 214:11 | **seemed** 22:13 |
| 327:17,21 | 142:15 206:6 | 214:13,25 | 25:20 |
| 330:24 331:24 | 206:13 226:19 | 216:6 219:18 | **seems** 190:12 |
| 332:8,21,24,25 | 227:6 | 221:14 228:6 | 215:11 266:17 |
| 333:10 | **seditious** | 229:3 235:10 | 268:22 271:11 |
| **scripted** 129:16 | 168:18 | 235:12,13 | 271:20 273:8 |
| 322:7,16 332:7 | **see** 12:23 17:12 | 237:24 239:20 | 283:2 299:6 |
| **sealing** 3:4 | 19:14,16 20:24 | 242:2 251:15 | **seen** 8:5 12:11 |
| **search** 149:12 | 21:9 30:9,13 | 254:4,24 | 24:23 25:6,23 |
| 149:19,24 | 33:19 35:7 | 255:20 257:3 | 27:15,19,23 |
| 150:1 233:19 | 37:6 39:21,22 | 261:11 265:2,8 | 28:17 30:23 |
| **searching** | 41:5 44:16,24 | 273:22 283:15 | 31:4 37:13 |
| 118:20 | 50:7 53:3 55:7 | 289:9 291:6,12 | 48:3 49:1 50:9 |
| **second** 12:3 | 58:3 60:13 | 292:20 293:3 | 50:13 51:6,9 |
| 15:2,4,9 19:12 | 61:21 64:13,17 | 293:15 294:20 | 51:16,19,22 |
| 50:3 57:3 | 66:8 67:18 | 294:21 297:2,4 | 52:3 53:5,9,10 |
| 84:21 95:15 | 74:23 77:3 | 297:6,18 | 57:21 59:5,15 |
| 125:6 133:20 | 81:5 83:20 | 298:16 299:5 | 59:15 61:14,17 |
| 146:18 171:11 | 95:24 103:13 | 302:23 310:8 | 61:18 62:2 |
| 179:5 189:23 | 103:15,16 | 311:5,15 312:2 | 68:6,13,14,17 |
| 191:14 192:6 | 104:22 105:3 | 314:8 321:5 | 68:21 70:6,17 |
| 196:23 197:12 | 105:15 114:16 | 324:14 325:12 | 80:11 86:5 |
| 198:1 201:3 | 114:24 115:13 | 328:12 329:24 | 90:18 91:1,21 |
| 210:12 234:9 | 116:12,17 | 335:24 | 91:23 92:19 |
| 250:17 280:5 | 118:4 119:21 | **seeing** 41:17 | 93:13 97:2,10 |
| 284:24 322:10 | 120:14 124:9 | 52:6 91:10,17 | 100:23 105:21 |
| 323:3 329:21 | 124:12,22 | 109:5 119:16 | 105:24 106:4,5 |

**[seen - shirt's]**                                                      Page 69

119:1,3,5
120:10,12,16
120:21,25
121:5,15,22
123:1 124:2,25
139:23 140:18
143:17 161:23
188:1 200:16
201:11 202:18
203:4 204:5
205:6 207:5
235:20 250:7,9
250:10,12
255:15 262:21
264:15 270:20
272:15 279:23
280:9,17 282:7
283:10 285:16
286:1,9 288:21
289:3 290:8,11
293:12 298:18
298:25 302:19
303:8 305:3
307:13 323:23
327:9 334:1,9
334:14 336:21
337:11
**segal** 79:20,23
**segment** 133:2
133:5 298:6
310:8
**selective**
142:19
**self** 21:17 78:14
78:20 98:2

143:21
**sell** 59:21
**selling** 62:4,6,9
62:13 63:2
225:23,25
**semitic** 31:25
33:7 34:20
95:19 96:2,12
97:3 201:6,8
201:13,21,25
202:19 203:17
**semitism** 96:24
**send** 46:4,11
186:14 190:1
233:5 305:11
306:19 310:16
314:10 315:10
315:14 316:4
316:24 320:20
324:2 325:5
329:18
**sending** 84:16
315:7 316:10
**sense** 8:15,20
32:15 34:2
44:9 106:11,13
130:10 248:10
267:22 291:25
315:11
**sent** 65:17
80:10 179:20
186:21 299:19
300:12 305:11
325:4

**sentence** 15:20
50:4 114:18,19
263:23,24
**separate**
191:20
**september**
196:2,12 280:8
282:6 292:19
295:20
**series** 11:11
218:18 254:5
255:14 346:22
346:24 347:4
**service** 226:9
306:4
**services** 204:19
**session** 127:1
**set** 11:25 24:14
36:14 54:4
63:8 123:21
331:10 350:6
350:13
**setting** 222:18
**seven** 272:1
292:9,10,13
**sex** 75:2 78:24
203:25
**sexually** 87:19
90:6,21 92:2
92:17
**shack** 198:17
**shadow** 282:24
**shaman** 9:5,9
64:13,17,22
65:8,12,21,25

66:4 173:11,19
175:17,24
176:20
**shame** 267:4
**share** 37:14
51:19,22 52:4
52:7 53:10
61:18 91:18
97:10 223:3
249:14 293:12
293:16 308:5
**shared** 87:4
91:11 101:20
104:13 134:21
143:22 165:22
222:9 223:11
233:13 258:22
274:14 294:1,1
313:16
**sharing** 37:4
55:8 63:13
79:11 93:17
107:4 111:4,10
124:2 140:20
199:25 215:12
217:13,15
243:19 248:11
270:16 274:12
**sheet** 351:1
**shirt** 58:21,23
61:9,23 141:12
141:18 280:22
281:8
**shirt's** 60:25

**[shirtless - six]**                                             Page 70

**shirtless** 9:5
**shirts** 59:7
   60:10,12,14
   62:14
**shittiness** 321:4
   321:12
**shook** 89:19
**short** 55:20
   234:24
**shorthand**
   310:11
**shortly** 131:2
**shot** 132:11
   142:24 161:23
   162:19,22
   163:7,8,11,16
   163:17 164:8
   165:14
**show** 7:9 12:1,7
   30:23,24 47:18
   55:3 82:23
   90:19 116:24
   117:22 127:10
   127:18,19
   136:4 145:13
   145:16 161:19
   162:3 164:5,15
   165:25 168:7
   173:15 178:15
   185:22 205:1
   208:19 253:6
   259:25 271:22
   273:18 290:4
   291:19 296:22
   298:3,9 309:4

313:20 323:5
324:23 327:14
329:14 330:19
332:13 333:24
334:5 335:18
340:14,25
**show's** 310:25
**showed** 149:20
   162:17 164:6
   167:3 244:3
   274:13 282:23
   288:11 312:12
   313:12
**showing** 245:13
   247:4
**shown** 17:10,16
   162:15 301:10
   324:13 337:1
**shows** 9:1
   70:19 143:18
   144:6,18 177:8
   225:21 257:8
   258:18 259:19
   311:13
**shying** 144:17
**sick** 125:10,21
**side** 11:25 17:4
   42:18 47:21
   137:9 147:19
**sided** 160:9
**sides** 325:18
**sidney** 54:6
   55:22 73:17
   107:18 108:4
   108:16 112:24

138:4,8 148:13
153:21,23
154:2,21 155:4
156:6 157:13
157:17 158:12
158:18,20,21
159:6 189:13
189:15 194:2,7
194:21 195:15
231:5,6,10
232:18 235:1,4
235:12 236:11
236:22,25
237:10,13,25
238:1,4,11
248:7 249:23
251:4 252:9
295:4
**sign** 65:16
   122:24 219:16
   219:19,21,25
   340:19
**signal** 38:6
   45:22,23 46:1
   46:6 52:9,10
   69:6 70:15
   71:1 93:19
   147:18 262:22
   266:8
**signaling** 68:14
   137:25 139:3,3
   139:7,10
   143:19 148:25
   168:8 204:23
   268:23

**signals** 173:16
**signature**
   143:22 350:17
**signed** 3:12,14
   146:20,21
   147:2
**signify** 328:6
**signing** 146:24
   147:5,22
**silent** 226:1,5
**similar** 25:19
**similarly** 25:17
**simple** 49:20
   76:3 318:21
**simply** 203:5
**singer** 284:1
**single** 263:20
**sir** 4:8 12:1
   19:5 33:22
   42:18 50:3
   82:4,23 104:19
   128:9 179:18
   218:15 285:12
   287:11 320:18
**sister** 282:25
**sit** 325:16
**sitting** 6:22
   212:22 213:12
   224:10 322:22
**situation**
   110:11 339:16
**six** 272:1
   291:23 299:7
   299:19 333:11

**[sixth - sot]**                                                                    Page 71

**sixth**  292:16
**skipped**  275:12
**sky**  283:14,18
  283:19,20,24
  284:13,20
  285:2,6
**skyrocketing**
  315:10,15
  316:5,11,24
**slack**  305:13,24
  305:25 306:2,3
  306:14
**slide**  7:18,19
**slim**  57:16
**slogan**  57:11
  58:18 59:5
  60:8 63:5
  70:22 71:6,7
  71:18 72:11,20
  72:24 73:3
  105:14 106:2
  108:7 115:22
  115:25 122:13
  135:4,18
  139:24 146:3,6
  146:9 166:4
  192:3,8,9,17,22
  193:2,20
  211:15,19,21
  211:23 215:6
  215:13 217:19
  219:22 220:11
  220:16 222:4
  228:11 229:3,6
  229:19 230:8

231:3,24
232:21 233:11
233:15,25
234:4,7 236:7
236:10 241:22
242:6,19,23
243:21 244:16
245:4,14,18
246:8 248:2
251:6,21,24
252:1,5 254:21
255:9 257:3,5
258:25 269:4
270:16 271:10
271:24 272:3
279:4 283:21
288:4,12,16,22
288:23,25
290:1,23
293:12,16
299:11 333:4
333:13
**slogans**  23:3
  25:16 27:25
  37:15 51:10,20
  52:7 61:19
  79:12 91:4,10
  93:18 97:11
  111:10 124:2
  142:18 175:1
  199:25 217:16
  223:11 224:19
  267:9 294:2
**smiley**  214:20
  214:25

**social**  25:15,19
  27:25 28:9
  38:5,10 55:5
  63:15 104:12
  107:4,11 119:7
  137:23 139:2
  144:24 148:25
  149:1 150:2,4
  150:10 165:21
  181:7 206:1
  293:17 294:2,9
  294:16 313:16
  313:25 341:24
**socks**  59:15,16
  61:24
**sold**  62:15,16
  147:16 288:24
**soldier**  224:8
**soldiers**  211:2,9
  211:18,21
  212:2,3 223:15
  223:17,21
  224:13,21,23
  225:20
**solemnly**
  232:19 233:11
**solid**  180:15
**solidarity**  55:3
  69:7 105:2,6
  105:12,16,18
  105:22 106:4
  107:23 108:1,2
  289:20
**somebody**
  15:21 40:17,17

53:16,25 58:16
111:19 113:16
136:3 145:6
162:6 195:12
216:14 227:11
229:4 257:24
258:8 259:2,7
281:11 285:20
285:20 287:4
296:25 303:6
318:2 329:3,22
330:7 336:6
**somewhat**
  49:18
**son**  63:7 113:4
**song**  196:9
  283:18
**soon**  234:13
**soros**  121:3
**sorry**  14:25
  15:5 17:24
  57:3 84:22
  99:5 116:17
  117:9,17
  131:13 170:12
  196:16 293:21
  293:22,23
  302:13 333:11
**sort**  5:12
  104:12,25
  105:10
**sot**  327:25
  328:2,3,5
  333:14

**[sots - state]**                                                      Page 72

sots  328:13
sought  21:3
  155:3
sound  240:1
  328:3,3 329:2
sounds  67:7
  112:21 122:6
  198:21 203:19
  207:16 329:1,1
source  159:21
  160:5,6 336:2
sources  151:23
south  89:14
southern  1:1
  4:14,24
space  181:8
speak  36:13
  50:16 91:5
  135:24 159:18
  165:13 178:18
  178:19 195:14
  223:1 224:14
  228:24 230:1
  241:18 244:14
  246:20,25
  247:9 250:4
  253:4 256:23
  261:1 272:9
  281:6
speaker  9:1
speaking  91:6
  109:11 110:15
  118:15 186:24
  209:14 337:1

speaks  179:7
  195:6
special  30:9,15
  30:18 31:17
  32:11 83:3,20
  84:5 85:4,8,12
  85:22 86:4,18
  108:21 116:13
  116:20 216:6
  230:20 231:3
  232:14 345:14
  345:16
specific  16:7
  26:19 28:12,13
  31:18 47:13
  107:6 124:1
  131:24 226:15
  263:8,12 264:3
specifically
  37:16 43:12
  92:14 130:4
  139:4 140:17
  144:15 146:13
  224:14 226:21
  244:14 246:25
  341:20
specifics
  197:19
spectrum  22:15
  22:25 123:17
speculate  6:10
  54:3 130:5,7
  156:9,25
  162:23 215:18
  215:21 216:4

220:3 227:17
speculating
  147:4
speculation
  163:19 215:17
  215:25 216:2
  220:2 222:15
  224:5 227:16
  227:21 228:23
  231:15,17
  245:1 281:1
speech  83:18
spelled  121:10
spelling  321:14
spirit  121:7
spoke  89:10
  123:18 154:3
  189:1,8,15
  190:24 336:5
spoken  7:2
  34:24 35:13
  77:22
sponsored
  200:11
spread  125:19
spreading
  172:10 197:16
  198:5 259:4
spreadsheet
  348:14
squall  73:8
  193:3 246:4
  247:16 248:11
staff  327:16

stahl  80:17
stamp  127:13
  127:16 177:10
stamped  83:2
  127:12 128:10
  337:10
stamps  265:21
stand  76:23
  242:21 339:17
standard  69:24
  338:17
standards
  325:17,19,24
  325:25 326:13
  337:9 338:12
  338:16,22
  339:6 348:13
standing  153:4
  243:14
stands  263:19
  280:18 328:20
star  197:2,16
  197:24 233:23
  233:23,23
start  19:9
  41:16 66:7
  224:18
started  119:5
  200:4 212:3
starting  89:21
starts  104:17
state  1:24 4:8
  9:2 14:7 20:22
  21:2 25:5 26:2
  26:25 27:18

**[state - story]**                                                    Page 73

28:15 48:22
83:12,16 165:2
171:7 172:15
350:4
**stated**  27:16
30:2 31:23
32:3 101:17
108:4 264:6
274:2 277:16
**statement**
12:25 13:11,15
13:22,25 14:5
14:16,21 15:11
15:16,22 20:13
21:6 48:23
67:11 76:23
81:7,8 82:14
87:23 88:9
92:15 107:14
108:9 112:14
116:14 121:23
122:3 124:11
128:11,15,23
138:8 153:21
154:7 158:12
158:22,24
159:2,4,12
179:12 194:7
218:23 232:8
238:3 255:19
257:8,12
258:18,19
259:20 281:9
289:13,20
295:3

**statements**
30:17,19 31:16
31:18 32:10
37:2,7 39:7
48:11,15
116:19,24
117:2,4,8
118:3,7 119:17
119:19 128:25
128:25 145:14
158:21 168:2
178:2,4,6,8
194:22 203:10
222:25 287:1
336:21
**states**  1:1 8:23
9:7 104:25
205:23 208:24
226:9,14
241:10 263:17
279:19 290:6
293:10 294:19
333:5
**stating**  295:12
**stature**  227:12
**statute**  235:9
235:21 236:13
**stay**  224:17
**stayed**  142:10
142:22
**steeped**  153:24
259:3
**steer**  293:2
**stelter**  44:1,21
180:20

**steve**  4:11 5:3
14:25 26:10,13
37:9 55:9
56:11 60:16
75:15 79:23
113:7 163:6
234:13 302:7
326:5 335:20
**steven**  2:2,5
79:20,23 115:6
221:8 245:6
250:1 284:17
306:15 335:12
**stick**  289:15
**stillshot**  345:19
**stipulate**
240:21
**stipulated**  3:2,7
3:11
**stipulations**  3:1
**stomach**
113:24
**stop**  99:18,21
119:13 197:6,8
197:12
**store**  60:3 62:5
63:1,4
**stores**  170:24
**stories**  45:10
47:9,10,13
172:11,14
173:2 175:20
182:24 183:10
208:8 237:13
305:8 309:3

312:1 317:17
326:13,16
**storm**  50:6,20
51:12,21 52:5
52:10,17 59:7
122:13 173:19
280:23 281:8
**stormed**  9:10
**story**  17:9
18:12,12,13
38:4 47:2,5,6
82:7 97:16,25
98:1 99:4
100:13,21
127:10 132:25
133:11 142:10
142:11,21
143:2 155:1,24
156:1 158:5
169:18 170:6,8
170:20 179:21
180:9 181:5,9
181:11,16,25
183:2 189:16
189:17 190:24
190:25 236:21
237:14,17,17
237:24 238:1,3
238:8 239:5
309:5,11 312:8
312:11 322:14
325:18 326:19
327:7 329:19
336:13,14,16
338:20

**[strange - sure]**

| | | | |
|---|---|---|---|
| **strange**  315:11 | **subscribed** | **suicide**  339:15 | 122:19 193:24 |
| **street**  2:3 20:5 | 25:7,24 26:22 | **suite**  2:3 | 199:17 224:16 |
| 20:6,7,9,21 | 90:19 91:25 | **suits**  17:22 | 330:12,14 |
| 21:7 22:18 | 92:20 298:4 | **sullivan**  39:17 | **supportive** |
| 24:7,18 28:3,7 | 344:20 | 305:17 | 137:24 |
| 29:6 47:25 | **subscriber** | **summarily** | **supports** |
| 50:22 52:13 | 184:24 | 181:22 | 270:10 |
| 56:25 57:20 | **subscribers** | **summary**  88:12 | **suppose**  34:13 |
| 58:2 63:16 | 187:8 | **sums**  21:15 | 40:20 45:1 |
| 65:4 67:8 74:4 | **subsequent** | **sunset**  122:21 | 106:7 150:3 |
| 77:1 345:12 | 104:24 | **super**  136:15 | 151:6 213:17 |
| **struck**  329:23 | **substance** | **superimpose** | **supposed** |
| **struggled**  72:6 | 294:9 | 237:1 252:12 | 258:20 |
| **struggling** | **substantial** | **supervisor** | **sure**  5:18 6:14 |
| 235:6 | 124:20 | 46:24 | 6:20 22:12 |
| **stubbins**  303:6 | **substantially** | **supervisors** | 31:20 57:19 |
| **stuck**  168:15 | 336:12 | 46:24 | 59:11,13,17 |
| **stuff**  17:18 37:3 | **substantive** | **supply**  83:23 | 74:6 76:22 |
| 88:15 91:16 | 167:6 | **support**  20:16 | 86:10 88:25 |
| 98:7 104:12 | **success**  96:15 | 215:9 232:20 | 108:14 110:7 |
| 200:5 212:24 | **succinct**  83:17 | 233:12 244:21 | 113:11 131:15 |
| 262:16 274:8 | **succinctly** | 262:23 263:21 | 147:9 149:5,6 |
| 308:4 310:15 | 326:11 | 266:9 268:23 | 149:9 162:19 |
| 316:16 321:3 | **sucked**  33:4,10 | 269:25 | 170:18 184:19 |
| **style**  18:20,22 | 89:16 178:17 | **supporter** | 187:16,23 |
| 65:11 | **sued**  18:7,14 | 63:17 77:21 | 203:18 205:8 |
| **styled**  4:15 | 187:11 | 82:10 152:20 | 207:8 218:25 |
| **subject**  130:14 | **suffer**  161:3,11 | **supporters** | 219:12 250:15 |
| 218:1 327:16 | **suggest**  68:7 | 23:2,22,23 | 255:8 260:21 |
| 330:10,23 | 190:17 280:25 | 24:17 32:3 | 283:22 308:16 |
| **subordinate** | 331:16 | 50:24 52:6,14 | 310:17 324:8 |
| 301:23 | **suggesting**  56:6 | 57:1,6,14 | 325:18 330:3 |
| **subscribe** | 283:2 | 66:18 69:5 | 332:16,18 |
| 184:21,23 | **suggests**  8:13 | 70:16 93:19 | 334:22 340:6 |
| 269:16,25 | 50:10 | 105:15 122:17 | |

**[surrounds - technology]** Page 75

**surrounds**
248:18
**survived** 78:18
282:19
**suspect** 220:7
**suspended**
290:17
**suspicion** 67:3
**sway** 315:20
**swear** 232:19
233:12
**swedish** 64:10
**swift** 216:6
**sworn** 3:14 4:3
344:20 350:6
**symbol** 239:21
**symbolism** 97:5
**sympathetic**
14:14 103:9
**sympathies**
77:16
**synonymous**
71:11 108:24
**system** 8:21
9:22 11:12
14:24 15:14
16:1 21:20
22:6,9 23:6
24:5,13 25:7
36:9 52:19
53:19 61:8
90:9,20 96:2
98:21 115:21
121:3 123:8
145:21 199:6

199:14 221:22
256:13,18
258:11 260:4
260:24 262:4
265:12 266:7
267:17 271:6
271:16 276:12
276:16,19
277:1,8 278:5
278:14 290:14
291:2 298:5,23
305:12 328:10
**systems** 263:22

**t**

**t** 61:9 62:14
280:22 281:8
328:25 345:6
346:2 347:2
348:2 350:1,1
**tab** 43:19
**table** 7:19,20
17:4 338:11
339:22
**take** 5:6 12:3
16:4 19:4 20:3
24:17,19 27:8
32:23 33:8
35:9 39:2
49:12 53:9
55:11,13,15
61:19 63:4
79:3 102:19,22
113:10 117:5
118:3 125:20
128:23 135:2,3

161:8,12
162:11 163:24
169:6 170:9,15
174:12 230:4
230:18 237:2,2
241:11,23
242:1,2,11
243:23,23
250:6,17 251:8
252:13,13
274:12 284:24
286:20 288:2,2
293:13 298:15
299:8 301:12
308:15 311:11
314:19 328:22
343:19
**taken** 13:20
29:7 69:4,21
71:2 112:12
134:24 137:4
202:11 203:6
226:10 287:18
288:15
**takers** 135:2
**takes** 291:22
319:22
**talk** 29:3 47:4,4
83:24 137:1
144:23 235:2
318:24 319:1,4
**talked** 48:18
120:17,22
130:20 144:13
168:16 179:2

327:24 342:22
**talking** 41:16
124:23 141:15
151:4 158:24
159:2 160:12
160:14 175:15
178:7 200:4
234:24 240:12
242:8 244:16
251:18,20
253:4 287:9
288:22 294:15
337:18 339:22
**talks** 66:6
**tape** 208:5
328:3
**tapping** 96:16
**targeted** 207:9
**targets** 153:9
153:13 207:18
**tattooed** 64:12
**taught** 40:18
**taylor** 130:23
132:4 216:6
**tc** 328:19,20
**tc00** 333:17
**team** 341:21
**teams** 47:8
**tears** 214:21
215:1
**technical**
207:15 208:5
208:22
**technology**
332:12

**[telephone - things]**                                          Page 76

| | | | |
|---|---|---|---|
| **telephone** | 82:11 221:21 | 256:10 257:25 | 95:17 125:10 |
| 169:7 | **tenets**  22:9 23:5 | 258:9,13 260:8 | 125:18 197:3 |
| **television** | 24:4,13 52:18 | 265:10 266:4 | 197:16 200:14 |
| 314:16 | 53:19 60:22 | 271:4 309:16 | 200:22 225:14 |
| **tell**  5:17 6:4,13 | 82:20 89:4 | 315:17 316:25 | 310:2 |
| 19:19 60:17 | 90:4 123:7 | 345:1 350:5,8 | **theory**  48:2 |
| 62:21 79:4 | 199:6,9,13 | **texas**  122:12 | 68:23 75:7,24 |
| 93:15 128:18 | 222:1 260:4 | 242:12,13 | 76:1 81:1,15 |
| 130:12 154:17 | **tens**  80:25 81:9 | 243:5,10,13 | 81:19 82:14,15 |
| 161:6 163:5 | **term**  8:17 10:4 | 244:11 | 82:21 96:11 |
| 170:17 175:4,9 | 79:3 223:17 | **text**  47:15 | 101:25 141:4 |
| 196:6 209:17 | 326:15 | 51:15 150:2 | 142:17 178:20 |
| 214:19 219:4 | **terminology** | 159:25 187:21 | 179:9 198:4 |
| 230:24 246:22 | 62:11 | 209:9,18 | 201:8 203:17 |
| 250:7 254:11 | **terms**  25:14 | 236:12 296:23 | 253:22 262:17 |
| 256:5 261:20 | 28:2 50:18 | 296:24 297:4 | **thing**  6:19 |
| 272:14 286:21 | 73:15 135:25 | 308:18,25 | 27:10 56:14 |
| 306:16 315:2 | 174:23 192:7 | 309:2,14 311:2 | 59:9 73:24 |
| 332:5 337:5 | 195:3 222:6,8 | 311:10 315:7 | 79:5 89:18 |
| 340:6 343:5 | 233:18 322:16 | 316:4 318:12 | 90:15 124:17 |
| **telling**  163:14 | **terrible**  172:1 | 319:15,19 | 147:14 164:4 |
| 222:19 242:1 | **terror**  170:20 | 346:6 347:19 | 178:17 211:10 |
| 254:4,7,25 | **terrorist**  76:15 | 347:23 | 222:3 225:9 |
| 263:2 | 205:24 227:13 | **thank**  12:2 | 232:18 262:20 |
| **tells**  93:11 | **testified**  4:4 | 56:17,22 | 266:19 276:6 |
| **ten**  22:11 23:25 | 31:3 138:14 | 104:19 173:4 | 283:6 297:13 |
| 69:2 70:3 78:6 | 144:6 278:21 | 237:19 296:19 | 302:2 314:5 |
| 98:9,9 100:15 | **testify**  220:3 | 302:23 314:2 | **things**  9:1 |
| 102:12 106:1 | 246:18 | 343:9 | 17:10 18:6 |
| 107:5 147:11 | **testifying**  38:11 | **thanks**  7:22 | 19:7 22:24 |
| 158:2 160:13 | **testimony**  5:15 | 56:19 173:5 | 24:10 33:11 |
| 230:3 287:25 | 77:19 211:15 | 175:22 321:22 | 57:10 58:10 |
| 288:7 300:7 | 215:9 217:4,22 | **theories**  41:1 | 59:6,7 75:9 |
| **tenet**  22:6 | 231:5 246:14 | 41:10,20 42:3 | 86:9 87:14 |
| 53:12,12,22 | 248:25 255:22 | 42:12 75:1,4 | 95:22 96:13 |

**[things - thousand]**

| | | | |
|---|---|---|---|
| 115:18 123:21 | 79:2 81:9,11 | 196:7 197:22 | 307:10 309:25 |
| 123:23 128:8 | 81:22,23,25 | 204:11 205:12 | 310:24 311:11 |
| 161:10 172:25 | 82:5 83:21 | 205:14 207:7 | 315:19 317:18 |
| 214:16 225:23 | 84:6,7,20 | 210:4 211:6,7 | 319:14 322:25 |
| 229:16 233:14 | 85:25 86:15 | 211:7 212:8,17 | 324:4,10,12 |
| 254:13 292:23 | 87:25 88:2,11 | 212:22 213:10 | 325:7 327:12 |
| 304:11 307:23 | 88:13,24,25 | 213:21 215:22 | 329:5,9 331:2 |
| 310:4 317:19 | 89:7 93:17 | 216:8,10 | 331:20,21 |
| 325:8 339:17 | 94:7,22 96:14 | 218:10 224:12 | 332:16 334:3 |
| **think**   13:14 | 102:11 106:3 | 224:15,17 | 336:7,19 338:1 |
| 14:11 17:17 | 106:15,25 | 225:3,8,15,22 | 342:9,12,16 |
| 18:12 20:14,19 | 107:12,20 | 229:16 232:5 | 343:1 |
| 21:14,16 22:14 | 111:17 113:25 | 232:22 236:1 | **thinking** |
| 22:24 23:1 | 116:3 117:20 | 237:12 241:25 | 227:24 240:22 |
| 24:15,16 32:13 | 118:2,21,22 | 247:12 249:13 | 310:4 |
| 32:14,25 33:1 | 121:20 122:21 | 250:2,3,9,12 | **thinks**   194:25 |
| 33:10,12,16,18 | 123:23 130:12 | 251:25 252:6,8 | 195:1,12 |
| 33:20 34:1,16 | 130:13 131:1 | 252:20 253:10 | 205:11,13 |
| 35:4,10,11 | 131:23 133:3 | 256:1,20 257:6 | 332:17 |
| 39:4 40:16 | 136:19 142:25 | 261:4 262:21 | **third**   6:9 14:19 |
| 42:7,14 43:1 | 143:20 144:20 | 266:8 267:3 | 15:3 57:5 58:1 |
| 46:2 48:5 | 145:15 146:1 | 270:3 272:17 | 58:5 124:4 |
| 49:19,25 52:11 | 151:7,10,14,17 | 275:2,19 | 191:16 203:21 |
| 56:6,9 57:11 | 151:17 154:8 | 276:22,23 | 250:14 333:3 |
| 58:13 59:4 | 162:1 165:13 | 279:24 280:17 | **thought**   36:19 |
| 60:24,25 61:5 | 165:16 167:4 | 281:15,19,23 | 62:13 155:2 |
| 61:8,22,25 | 167:13 168:23 | 282:9 283:11 | 174:21,22 |
| 62:3,6 63:1,2,3 | 168:25 171:3 | 283:17 285:18 | 193:25 215:23 |
| 63:9 65:7,8,12 | 173:3 174:8,24 | 286:3,12,13 | 293:21,23 |
| 66:21,25 67:5 | 175:10,21 | 290:10 294:23 | 307:14 309:6 |
| 67:6 68:9,23 | 176:7 177:8 | 295:8,10 | 310:4 |
| 69:4 70:19 | 179:14 184:9 | 297:16,24 | **thoughts** |
| 71:2,7 72:10 | 186:20 187:13 | 299:13 302:1 | 227:19,21 |
| 73:9 75:8 76:7 | 191:9 192:18 | 302:24 303:9 | **thousand**   66:21 |
| 76:18 77:5,11 | 193:14,18,21 | 303:14 304:1 | |

**[thousands - tons]** Page 78

| | | | |
|---|---|---|---|
| **thousands** | 89:12 92:7,24 | **times** 29:23,23 | 250:8 264:16 |
| 102:12 | 108:23 124:18 | 55:2 87:5 | 273:13 285:17 |
| **thread** 257:4 | 128:1 129:16 | 97:13,20 98:14 | 286:2,10 |
| **threat** 76:15 | 129:18,19,22 | 99:2,9 100:4,5 | 288:11 290:9 |
| 205:5 346:16 | 134:10 137:7 | 100:10,18,25 | 294:3 297:2 |
| **threaten** 29:21 | 137:17,18 | 101:3,12,16 | 298:19 302:19 |
| **three** 17:2,3 | 139:17 140:6 | 102:7 103:11 | 334:2,10,10,15 |
| 29:22,23 73:21 | 140:12,25 | 113:19 114:1,5 | 341:11 |
| 73:23 112:18 | 141:9 143:7 | 146:5,9,11,14 | **together** |
| 133:1 142:20 | 146:18 148:5 | 169:23 170:6,6 | 166:20 171:23 |
| 165:24 167:25 | 152:7,16 | 170:9,15,25 | 191:21 254:17 |
| 191:13,20 | 156:15 170:3 | 190:23 191:4 | 289:16 311:11 |
| 229:8 310:13 | 180:11 182:3 | 200:6 218:20 | 331:24 |
| 326:14 341:10 | 182:10,19 | 226:12,15 | **token** 306:20 |
| 341:11,12 | 184:14 185:24 | 302:14 341:4,8 | **told** 5:3 40:7 |
| **throw** 64:9 | 196:24 211:1 | 341:22 342:3 | 77:5 215:3 |
| **throws** 271:24 | 217:17,22,23 | **timestamp** | 228:15 244:8 |
| **thumbs** 297:13 | 217:25 222:22 | 117:17 187:25 | 260:3 261:21 |
| **thur** 314:6 | 226:23 234:15 | **timestamped** | 294:23 295:9 |
| **ties** 229:24 | 240:20 241:8 | 287:8 | 299:8 332:10 |
| 236:4 | 243:21 244:4 | **tip** 72:9 | 332:11 |
| **tiffany** 322:19 | 260:19 265:21 | **tips** 46:4,11 | **tom** 122:15,24 |
| 330:23 335:4 | 269:21 270:25 | 72:10,17,18,20 | 123:2 199:8 |
| **tiktok** 89:16 | 272:18 302:10 | **tischler** 2:21 | **tomorrow** |
| **till** 297:10,15 | 304:5 307:14 | **titled** 48:1 85:5 | 325:11 |
| **time** 1:22 3:9 | 308:23 309:15 | 192:1,1 200:13 | **ton** 267:8 |
| 22:13 28:23 | 314:13 315:3,3 | 205:4 207:6 | **tonight** 47:19 |
| 35:24 36:1 | 317:16 318:1,6 | **today** 4:16 5:10 | 127:19,22 |
| 38:4 41:13 | 318:24 319:9 | 5:20 6:17,25 | 170:4 182:11 |
| 44:2 45:1 47:1 | 323:8 324:19 | 7:10 8:6 11:12 | 308:23 325:10 |
| 47:5,6,14 | 328:20,20 | 16:11 17:12 | 330:24 |
| 49:17 56:5 | 344:2 | 48:4 86:6 | **tonight's** |
| 62:4 72:7 | **timeline** 140:15 | 188:2 212:23 | 327:16 |
| 76:12 77:7 | 295:15 | 213:12 225:15 | **tons** 308:4 |
| 81:11 82:9 | | 233:4 241:11 | |

**[took - truthful]**                                            Page 79

**took**  25:11
35:19,22 69:10
69:16,17
103:24 165:19
168:13 169:13
218:12 241:9
242:4 253:9
292:3 313:24
**top**  22:11 39:17
40:14,18 50:4
57:6 58:17
76:8 86:25
109:6 122:23
187:25 201:4
212:23 218:23
230:7 235:3
236:24 329:22
333:12 342:20
**topic**  189:5
**total**  7:10 16:21
198:16 323:12
**totality**  81:13
**totally**  301:17
**touches**  88:17
**towards**  95:14
321:1
**town**  142:23
143:4
**track**  328:22,23
329:7,8
**tracks**  336:6
**tracy**  296:25
297:1,5,16,21
298:3

**trafficking**
203:25 204:1,7
204:10 274:6
276:11
**transcript**  5:15
29:16 30:24
86:4 87:13
94:2 108:20
110:14 127:9
131:6,7 157:19
169:17 177:11
228:1 278:11
296:19 301:4
314:2 343:14
343:20 345:16
345:18,21,22
350:7
**traumatized**
235:6
**travel**  42:2
**traveled**  40:25
**travis**  142:25
336:5
**treated**  173:10
173:23
**tremaine**  2:7
**trend**  243:24
244:3,5
**triad**  325:10,14
325:15 326:8
326:10,18
327:4,10
338:18
**trial**  3:10 171:8
171:11,17

210:13 311:13
311:20
**tried**  194:2
204:18
**trip**  282:1
**tropes**  95:19
96:3,17 97:5
**trouble**  52:2
72:9
**true**  15:22,24
21:21 27:7,21
28:19 32:17
34:2 40:14
109:19 114:8
136:5 160:10
168:19 195:13
199:5,20
203:14,15
229:13,17,22
229:25 236:14
259:11 296:16
350:7
**trump**  21:4
23:11,12 24:21
36:21,25 41:22
42:5 55:4
59:18 87:16
88:16 89:1,5,8
89:22 98:7
123:18 124:14
130:11 142:15
142:24 168:8
171:16 173:14
173:16 196:9
208:16 209:3

212:8,18
213:13 242:20
311:14,19
312:13 324:12
331:9
**trump's**  227:6
**trumps's**
124:16
**trumptress**
285:20
**truncated**
135:6 136:6
167:24 168:5
321:8,9 331:18
332:24 333:20
**trust**  115:24
116:9 122:9
204:15 227:10
260:5 264:7
297:6 298:4
304:9
**trusting**  9:19
114:14,21
115:16,20
**trustworthy**
113:20 114:11
**truth**  6:5,5 31:7
53:2 161:6
**truthful**  39:9
86:15 116:21
118:8 119:18
124:11 172:19
178:4 179:12
320:23

HIGHLY CONFIDENTIAL

**[truthfully - twitter]** Page 80

**truthfully**
203:2
**truthfulness**
86:12 303:16
**try** 29:13 52:11
152:5 158:23
180:13,19,21
181:2 262:10
289:11 307:15
**trying** 23:16
27:9 36:12
42:14 104:18
117:11 118:13
157:5 172:12
175:5 195:16
248:15 249:14
306:15
**turn** 8:8 12:15
14:18 50:3
56:24 64:7
66:6 74:3 76:7
94:4 95:14
104:15 116:11
124:3 128:9
138:4 149:11
149:13,19
171:2 177:9,15
201:3 203:21
230:5 292:15
307:2,22 310:6
311:1,3 314:4
329:21 338:2
**turnaround**
171:22

**turned** 194:4
310:12
**turning** 35:16
**tv** 47:10,16
185:20 310:11
311:18 328:1
**tweet** 14:22
15:13,24 38:12
44:10,10,20
45:2,10,11
179:20 180:7
182:4,9 183:1
184:6,15 185:6
185:8,10
186:12,14,25
187:4 188:20
188:23 189:21
189:22,23
190:3,21
191:13,15,16
192:6 195:25
196:21,23,24
219:16 223:13
228:19 229:3
230:19 231:10
233:21 234:6,7
235:5,12
236:25 237:6
240:4,8,15,16
240:17 241:19
242:4,23
244:17 245:18
246:3 247:9,14
247:17 248:9
249:4 250:16

251:4 252:10
256:21,24
257:3 258:16
259:1 260:1
261:17 263:8
263:12 264:2
264:14,19,20
264:22 265:18
265:19,23
266:5,16
267:16,21
268:13,18,21
269:24 270:8
270:15,21
271:3,4,20
272:14 273:3,7
273:12 274:17
279:22 280:18
282:6,23
283:12,13,25
285:25 290:5
314:20,22,24
315:4,7,9,13,14
316:4,24
317:23 318:8
346:5,8,9,12,13
347:5,6,7,9,11
347:12,15,16
347:17
**tweeted** 74:14
182:14,21
189:13 222:11
222:24 228:19
244:12 263:1
272:7 275:7

314:24
**tweeter** 14:24
15:15
**tweeting**
182:17 244:20
**tweets** 10:2
12:17 13:9,23
14:7 74:13,19
138:18 139:14
140:17 148:18
179:22 180:1
189:21 191:20
197:5 218:18
219:9 234:25
235:2 237:10
238:12 240:24
244:3 245:13
249:23 252:10
253:6 254:5,17
255:14,16
256:3,5,10
265:24 270:23
271:9,21 272:7
273:9,18
288:11,21
290:16 291:4,6
291:12,13
297:12 345:23
346:11,22,24
347:4
**twice** 84:7
**twist** 96:10
**twitter** 8:15
16:4 25:21
37:22,23 42:22

**[twitter - upcoming]**                                          Page 81

42:25 44:4,11
44:12,25 45:6
45:7 55:5 76:9
100:24 103:12
103:14 104:9
112:13 119:4
132:15 136:7
138:18 139:9
140:15 180:4
181:9,13
183:11 185:16
185:21 186:7
188:24 261:9
263:15 286:7
289:2 315:19
322:11 333:5
333:15 341:23
342:4 345:11
346:4
**two**   9:8 21:16
32:15 48:1
50:5,11,20
51:7,13,17
52:18 59:3
84:6 112:17
123:19 133:3
165:23,23
166:25 179:22
189:21,21
191:7 196:21
212:18,20
213:8 230:19
230:22,22
231:2,19
234:11 235:1

271:8 281:10
283:9 285:15
287:16 290:16
297:14,14
315:23,24
322:10 328:13
329:6,23 330:8
342:3
**type**   6:19 23:13
59:20 83:18
118:19 143:21
145:13,14
264:24
**types**   59:1

**u**

**u.s.**   36:1 40:24
68:25 80:10
110:5,13
134:16 214:12
**ucd**   60:11
**uh**   50:8 67:20
216:7 273:23
297:8 311:16
314:9 324:15
**umbrella**   33:13
**unclear**   5:16
254:13
**uncovered**
190:16
**under**   38:11
93:7 227:2
265:6 268:20
268:24 292:8
326:8 328:5,8

**undergraduate**
59:25
**underline**
321:17
**undermine**
21:3
**underneath**
197:25
**understand**   9:3
9:21 11:4
94:21 111:25
112:15 131:14
133:19 170:18
174:18 247:24
254:8,10,16
274:22 310:1
318:9,19,22
**understanding**
55:22 56:3
66:14 88:1,2
109:5 131:9
136:1 172:13
228:18 262:15
**understood**
8:18 66:18
112:1
**unequivocally**
145:22 178:19
263:17
**unexpressed**
14:23 15:14,25
**unfortunately**
225:11 315:20
**unintended**
204:24

**unique**   69:23
135:3 161:1
236:4
**united**   1:1 8:23
205:23 226:9
226:13 241:10
**unity**   106:9,13
106:19 107:15
278:13,19,23
279:8,11
289:20
**universal**   275:1
275:2,25 276:8
**universally**
108:22
**universe**
119:13
**university**
59:24 60:1,2,3
60:4,5,7,21
**unknown**
104:21,24
105:8,10
108:19 109:2
109:10
**unlawful**   206:2
**unquote**   225:10
**unsubstantiat...**
20:12
**untrue**   289:8
**unusual**   23:15
**unwittingly**
87:5,6
**upcoming**
41:21

[upload - video]                                                    Page 82

**upload** 184:16
**uploaded**
 348:16
**usa** 141:11,18
**usc** 235:9
**use** 4:23 23:2
 34:14,18 45:8
 45:23 46:1,6
 55:23 71:9
 85:9 108:24
 110:19,25
 116:9 133:21
 133:21,25
 134:14 217:25
 225:20 250:20
 250:21,23
 289:5 306:7
 317:21,23
 324:20 329:11
**used** 29:24
 57:22 67:5,6
 70:1 71:14,23
 73:2,6,7,14,19
 73:22 81:24
 95:20,22 97:4
 100:25 101:3
 101:12 102:8
 102:21,23
 122:13 127:19
 133:7 142:14
 146:3,6,9,11,15
 146:18 147:7
 147:24 148:17
 214:24 217:3
 222:6 241:24

243:5,10
246:13 251:8,9
272:6 275:18
279:13,15
288:18 304:4
313:19 317:11
330:14 332:12
**user** 219:20
 246:21
**username**
 241:17 242:7
**users** 119:14
**uses** 310:19,20
**using** 48:25
 72:10 188:24
 247:4 272:3
 339:14
**utter** 32:4

**v**

**v** 121:11 351:3
**vague** 30:21
**valerie** 4:17 5:4
 62:1 65:23
 101:11,12
 103:19 104:5
 136:18 137:1,3
 152:8,15
 153:18 154:4
 155:13,16,20
 157:11,15
 162:12 164:1
 298:14 299:9
 301:6,13
 312:17

**van** 322:18
 325:1 330:22
 333:25 334:6
 334:24
**vanderbilt**
 89:13 96:23
 118:10 178:14
 179:2
**vanderbilts**
 89:13
**variety** 151:22
**various** 149:20
 153:9 199:8
 218:20 324:7
**vast** 322:10
**vendors** 59:19
**veracity** 86:13
 303:16
**verbatim**
 102:18
**verify** 326:19
 327:6
**veritas** 207:5
 208:21 346:17
 346:19
**veritext** 351:1
**veronica**
 280:12,21
**version** 80:8
 96:10 191:16
**versions** 84:6
**versus** 4:15
 330:8,14
**vice** 151:10,12
 151:18

**victims** 33:11
**victor** 252:25
**victory** 107:19
 112:17
**vid** 329:7,9
**video** 25:11,18
 30:23 38:9
 70:1,6,13
 100:14,22,23
 101:10,15,19
 102:4,11,18
 107:4 108:5,17
 112:12 128:11
 134:8,14 136:7
 137:11,13,20
 137:22 138:3
 138:10 139:8
 139:19,23
 141:5 143:10
 143:13,14
 145:2 148:2,14
 152:11,18
 153:21,22
 157:25 158:5
 159:5 162:17
 164:9 165:16
 165:20 166:25
 168:13,17
 174:9 175:25
 184:17,17
 185:10 186:17
 186:24 189:10
 189:24 194:3
 207:4,6 208:4
 208:23 217:17

**[video - wants]**

223:8 228:20
229:1,19 230:6
232:2,3,6,16,17
232:23 233:5
234:2,9 235:7
236:8 253:20
256:25 272:2
286:23 287:18
287:25 288:15
290:22 291:16
294:13 299:10
299:18 300:7
300:12 301:2,8
303:5,5,8
312:19,25
313:8,15,20,24
322:11,11
328:9,9,14
329:11 331:14
333:5,15
346:17
**videos**  184:25
244:1
**videotape**
171:5 287:10
**view**  21:24 22:1
52:8,9 77:6,6
82:18 89:22
92:1 195:20
201:20 220:10
220:15 224:20
235:25 256:12
256:16 260:22
277:15 280:20
287:24 289:22

**viewed**  69:5
139:3 188:10
188:14 210:18
**viewer**  8:19
9:20 167:5
**viewers**  136:9
176:18 178:3
**viewership**
341:3
**viewing**  251:4
**views**  20:22
21:22,23 34:25
41:18 48:19
49:23 201:6,13
201:25 202:19
**vineyard**  283:1
**violence**  33:17
33:18 35:5
77:15 175:3
176:1 178:16
206:2
**violent**  9:11
32:8 33:6,9
35:2,12,16
77:17,20,22,25
167:17 168:1
168:18 176:3
176:14,16,19
205:4,9,22
206:7,21
210:10 227:13
317:6 346:15
**virginia**  2:4
4:12

**voice**  329:9
**voiceover**
125:7 328:23
**voices**  329:12
**voluntarily**
284:4
**volunteer**  5:21
5:21
**vote**  109:19,25
131:2
**voter**  56:7
**voters**  41:2
**voting**  63:14
**vs**  1:5

**w**

**wacky**  34:12
**waging**  87:17
**wait**  263:9
**waited**  209:16
**waived**  3:6
**walk**  119:14
**wall**  20:5,6,7,8
20:21 21:7
22:17 24:7,18
28:3,6 29:6
47:24 50:22
52:12 56:25
57:20 58:2
63:16 65:4
67:8 74:3 77:1
345:12
**want**  5:11,19
5:22,23 6:6,9
6:17,18 8:8,10
8:10 12:14

19:6,9 20:4
26:16,20 27:6
29:8 46:4,10
47:1 48:10
49:7,12 51:11
51:11,13 56:20
63:11 80:23
86:8 87:13
93:9,23 94:15
94:20 95:8
98:4 99:16
104:20 113:7
115:9 116:23
128:7 130:6
132:14 139:16
144:19 163:10
178:25 190:14
215:21 216:3
218:20 220:24
221:5 227:12
234:15 235:2
246:22 273:4
275:20 302:7
319:3,7 327:3
327:19 331:9
**wanted**  29:24
41:15 55:20
95:9 121:20,25
135:7,7 136:9
160:9 176:17
180:8 183:7
212:1 236:6,10
273:4 310:1
**wants**  19:15,17
49:1,2,17 93:7

**[war - witness]**

| | | | |
|---|---|---|---|
| **war** 9:2 226:8 339:14 | 98:4 103:15 118:2,23 143:15 147:2 159:24 168:9 168:24 174:19 213:19 221:9 239:12 241:4,4 243:22 263:6 268:2 281:10 292:25 312:3 315:25 316:20 318:16,25 324:12 331:8 332:12 338:15 342:11 350:11 | **web** 218:22 **webb** 18:25 19:1 **website** 38:24 39:8 40:1,12 62:16 63:10,21 67:16 80:8,24 336:8 345:13 **websites** 225:23 **week** 32:25 171:9 210:12 312:2 **weekend** 341:13,16,21 **weeks** 84:9 104:18 112:18 112:18 256:24 272:2 310:3 | **whereof** 350:13 **white** 73:8 123:20 193:3 246:4 247:16 248:11 275:9 278:15 285:5 **wholly** 13:15 206:1 **wide** 22:25 180:21 188:13 **widely** 134:9 137:5 148:5 150:16 167:2 204:13 289:25 312:25 313:16 **wider** 192:5,7 192:15 |
| **warriors** 224:16 | | | |
| **washington** 9:8 74:5 75:3 148:16 154:3 158:25 159:10 194:8,22 | | | |
| **waste** 49:17 | | | |
| **wasting** 222:22 302:6,10 | | | |
| **watch** 85:22 100:8 152:4,4 162:3,8 183:3 184:12,24 244:1 245:6,7 304:14 318:23 | | | |
| **watched** 30:15 32:16 80:15,16 83:21 85:24 193:6,7 207:7 | **wayback** 218:22 **we've** 55:9 100:23 119:1,3 249:22 255:13 288:21 289:3 293:11 | **went** 5:24 17:9 35:9 42:6 59:25 60:12 155:25 156:11 156:21 174:6 199:11 | **wife** 141:19 282:24 **wilde** 283:25 **wilson** 113:4 **win** 41:22,23 **wing** 20:10,18 197:17 |
| **watching** 143:2 | | | |
| **watermark** 132:14 | **weapons** 68:1 274:11 | **west** 2:3 **wham** 183:23 183:24 **whatnot** 41:18 42:13 63:15 69:7 91:4 144:24 200:1 246:24 **whatsoever** 162:11 | **wire** 56:20 **wish** 68:12 **wishing** 229:14 **witch** 121:17 **withheld** 335:14 **witness** 4:2 6:4 10:13,21 13:6 13:13 14:3,11 15:18 17:24 18:11,22 19:12 |
| **watkins** 63:6,7 63:8,12,17,24 64:4,5 66:4,4 191:7 307:5,11 | **wear** 58:15 60:24 **wearing** 9:6 58:16 59:6 60:19 64:11 74:9,17 122:23 141:11,18 280:22 281:7,7 308:3 | | |
| **way** 5:17 23:18 30:21 41:22 44:7 55:4 60:21 63:24 83:22,25 93:11 94:23 96:16,22 | **wears** 58:10 | | |

**[witness - woods]**                                                     Page 85

| | | | |
|---|---|---|---|
| 19:14,23 23:11 | 121:12 125:16 | 235:17 236:20 | 304:20 305:25 |
| 26:5,14 27:2 | 130:18 131:22 | 238:7,15 240:4 | 306:24 307:9 |
| 27:23 28:24 | 132:6,24 | 240:10 241:16 | 308:17 309:2 |
| 29:21 32:13 | 133:10 135:13 | 243:3,8,18 | 312:10,24 |
| 33:25 35:4 | 138:22 140:4 | 245:12 246:10 | 313:7,15,24 |
| 37:13 38:15 | 142:7 144:10 | 246:20 247:8 | 315:2 316:19 |
| 39:14 42:5 | 145:8,25 148:1 | 247:25 248:15 | 317:14 318:12 |
| 43:16 44:7,14 | 149:9 150:21 | 249:1,13 | 319:14,21 |
| 44:24 48:25 | 153:12 154:12 | 251:20 252:22 | 320:10,14 |
| 50:13 52:21 | 154:13 155:23 | 253:17 255:2 | 321:11 322:7 |
| 53:22 54:13,18 | 157:5 158:11 | 256:1,20 | 324:17 326:5 |
| 58:13 61:3,12 | 162:1,15 163:1 | 257:21 258:4 | 328:17 330:4 |
| 65:7 66:25 | 164:9 165:12 | 258:15 259:17 | 330:16 331:21 |
| 67:13 68:4,20 | 166:14,24 | 260:15 261:1 | 332:7,19 |
| 69:13 70:11 | 167:20 168:21 | 262:8 263:11 | 334:21 336:5 |
| 71:18 75:6,17 | 169:25 170:11 | 263:24 264:10 | 336:19 337:18 |
| 76:17 77:11 | 171:19 172:23 | 266:14 267:2 | 339:12,24 |
| 78:13 79:15 | 174:18 175:15 | 268:3 269:13 | 340:4 341:6 |
| 81:22 84:4 | 176:7,25 | 269:20 270:3 | 342:1 350:5,8 |
| 85:15,20 86:22 | 177:25 178:11 | 270:15 271:8 | 350:13 351:4 |
| 87:10,25 88:11 | 179:14 181:18 | 271:19 273:16 | **wittingly**  87:4 |
| 89:7 90:11 | 181:24 185:13 | 277:10 278:8 | 87:5 |
| 91:1 92:25 | 186:20 188:13 | 278:22 279:4 | **wolski**  280:12 |
| 93:17 94:8 | 193:18 195:11 | 281:15 282:15 | **woman**  89:12 |
| 95:10 96:6 | 196:15 198:7 | 284:10,22 | 89:17 |
| 97:7,24 98:23 | 199:16 201:16 | 285:4 288:10 | **women**  230:20 |
| 99:11 100:8,9 | 202:3,9 203:3 | 289:25 290:20 | 231:3 232:14 |
| 101:6 102:3 | 205:14 208:2 | 291:10 293:9 | **won**  107:19 |
| 103:5,24 | 212:13 213:3 | 294:5,12 295:3 | 112:17 |
| 105:21 106:11 | 216:3,20,21 | 295:17 298:25 | **wondering** |
| 106:21 107:25 | 217:10 218:8 | 299:4,17 300:3 | 291:25 |
| 109:9,21 112:3 | 221:24 223:23 | 300:11,25 | **woods**  14:6,19 |
| 112:21 113:2 | 224:6 225:5 | 301:19 302:11 | 15:10 98:21 |
| 117:9,16 120:1 | 228:24 229:16 | 302:24 303:19 | 145:22 260:10 |
| 120:8,19 | 231:16 232:5 | 303:25 304:8 | 264:19 |

**[word - yeah]**                                                    Page 86

**word**  34:14
51:24 52:2
100:1 180:14
321:12 329:23
330:14
**words**  9:18
29:24 34:18
74:2 83:8 99:3
100:5,19 101:2
160:17 166:1
217:24 221:15
222:12 229:23
243:16 246:7
247:5 264:25
270:10
**wore**  61:15
**work**  39:18
45:16 46:15
47:7,8,12
114:12 153:2
155:25 175:17
181:7,12,24
261:22 274:9
304:4 326:16
**worked**  47:17
326:15
**working**  43:14
135:22 136:4
297:5
**workplace**
306:3
**works**  44:4
86:13 98:24
204:19 265:6
269:1,10

303:17 306:14
338:15
**world**  32:2
39:18 53:15
68:25 81:4,17
172:4,6 173:15
174:25 189:5
193:25 278:24
**worship**  87:19
90:6 92:16
**worshiping**
9:25 20:23
22:2,21 25:1
25:25 26:23
27:11,17 28:14
29:4 48:21
78:4,10 81:2
81:16 122:18
123:5
**wow**  310:19
**wrap**  23:16
**wright**  2:7
**write**  32:18
39:16,23
172:15 237:23
238:7 246:12
274:17 309:13
310:7,14
311:10 314:4
324:10 325:8,9
**writes**  14:6,20
15:10 228:5,10
228:13 231:10
232:19 233:22
236:25 241:8

261:25 265:4
287:4 289:12
292:22 297:16
330:10 331:8
**writing**  101:4
212:24 268:22
295:12 309:23
340:6
**written**  20:5
47:15,25 80:24
253:11,13
318:16
**wrong**  33:3
84:10,16 97:9
117:17 255:18
295:15 342:13
**wrote**  28:1
39:22 62:25
133:18 166:2
173:13 223:14
226:5 228:18
229:23 243:13
243:15 248:21
309:14,16
315:12,21,25
**wwg1wga**
101:2 192:3,9
214:12 217:25
228:10 241:12
243:11 246:12
247:4 278:13
297:12

| **x** |
| --- |
| **x**  1:2,8 24:16<br>79:8 345:6<br>346:2 347:2<br>348:2 |
| **y** |
| **y**  24:16 79:8<br>**ya**  310:15<br>314:5<br>**yards**  46:22<br>**yeah**  12:5 13:9<br>17:7,17 18:24<br>21:24 28:1<br>31:12 32:17<br>33:20,25 34:17<br>34:22 35:11<br>39:22 41:18,24<br>44:3 45:17<br>46:14,17,17,19<br>47:19 51:24<br>54:1,23 56:4<br>58:8,8,15,25<br>60:6,8 62:11<br>66:13 70:17<br>71:14 72:13<br>73:4 74:24<br>76:6,11 79:1<br>80:14,16 83:21<br>84:19,19 85:2<br>86:7 87:25<br>90:16 95:11<br>96:14,18 110:6<br>122:20,25<br>123:18 124:10<br>124:17 127:9 |

HIGHLY CONFIDENTIAL

**[yeah - zucker]**                                          Page 87

129:2,14,18
130:1 131:21
133:17 141:17
145:25 169:17
171:6 172:18
180:5 183:24
184:24 187:16
187:18 188:6
188:25 189:7
190:12,13
192:13,24
194:13,20
195:14,22
210:17 212:8
213:6 214:5,24
224:12 225:7
228:16 229:13
230:1 236:20
253:20 270:24
276:17 280:17
283:16 286:3
299:4 305:9
307:25 308:3
309:20 310:9
310:21,24
312:5 314:17
314:18 316:6
316:19 318:15
323:1 326:14
328:1 333:11
333:16
**year** 21:11 46:3
116:15 123:19
338:1

**years** 11:16
24:6 25:17
32:15 119:8
172:7 212:24
226:17,20
289:15
**yep** 323:25
340:10
**yesterday**
19:20,24
**york** 1:1,11,24
2:9,9 4:14,24
8:1,3 46:12,16
46:16 113:19
114:1,5 190:23
191:3 200:6
350:4 351:1
**youtube** 76:9
184:18,21
187:5,8 303:4
303:5,8 342:6

**z**

**z** 24:16 79:9
**zero** 314:6
**zucker** 337:14
338:5

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.