# EXHIBIT C

# TO BE FILED UNDER SEAL
Pursuant to U.S. District Judge Arun Subramanian's
Civil Individual Practices 11(B)



### QAnon's corrosive impact on the U.S.

14min

Tens of millions of Americans believe QAnon's core — and false — theory that an evil cabal of Satan-worshipping elites commits atrocities against children and controls much of the world. Where does this movement stand and who has it impacted? Lesley Stahl reports. Air Date: Feb 21, 2021

Now Streaming

© 2023 Paramount. All rights reserved.

EXHIBIT 6