# EXHIBIT F

# TO BE FILED UNDER SEAL
### Pursuant to U.S. District Judge Arun Subramanian's Civil Individual Practices 11(B)

