# EXHIBIT J

# TO BE FILED UNDER SEAL
**Pursuant to U.S. District Judge Arun Subramanian's Civil Individual Practices 11(B)**



EXHIBIT 32

