# EXHIBIT K

## TO BE FILED UNDER SEAL

**Pursuant to U.S. District Judge Arun Subramanian's Civil Individual Practices 11(B)**

12:11 PM Sat May 1

LTE 68%




AA web.archive.org


















































By using Twitter's services you agree to our Cookies Use. We and our partners operate globally and use cookies, including for analytics, personalisation, and ads.

Home About

Have an account? Log in



**Jack Flynn #WeFightBack**
@GoJackFlynn

Brother of LtG Mike Flynn (R) ☘🇺🇸★★
★🇺🇸 THANK YOU ALL FOR YOUR UNDYING SUPPORT
MikeFlynnDefenseFund.org
sidneypowell.com

Joined March 2019

**Jack Flynn #WeFightBack**
@GoJackFlynn

Follow

I was told today that QAnons are dangerous people to be aligned with.That there is actually "no plan". True or not, most people seem pretty normal to me who support the idea of Q. I advocate for the Constitution and Bill of Rights.🇺🇸 if Q does too~No harm no foul. #KAG2020

**Jack Flynn #WeFightBack** @GoJackFlynn
There is nothing wrong with QAnon. Just People doing their own research and learning independence of thought to find the truth. If it triggers the daylights out of fools like yourself all the better. 🤪 Don't you get it?? It's so simple~Yet complex. Like a meritage wine. twitter.com/kylegriffin1/s...

11:20 AM - 20 Aug 2020

**4** Retweets **9** Likes







4 9

© 2020 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

© 2020 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

