# EXHIBIT L

# TO BE FILED UNDER SEAL
Pursuant to U.S. District Judge Arun Subramanian's
Civil Individual Practices 11(B)



**Jack Flynn #WeFightBack**
@GoJackFlynn

If this means you believe in the constitution and equal justice under the law then this works for me. 🇺🇸

> **Escape The Matrix** @PookztA · Aug 21
> Replying to @GoJackFlynn
> We are with you Jack! 🇺🇸



WHERE WE GO ONE WE GO ALL