# EXHIBIT M

# TO BE FILED UNDER SEAL
Pursuant to U.S. District Judge Arun Subramanian's
Civil Individual Practices 11(B)

To: Donie O'Sullivan

> Redacted: Non-Responsive

Anyway ... I want to run something by you later.. I went kinda undercover to a Qanon event right before the election... we didn't video it but I wrote a bit about it at the time... But there is video online of it... it was a few days after the NBC town hall where Trump failed to disavow Q and all the qanon people at the event were loving it

We have never reported out the video etc. before ... so I am going to go through some of it and will let you know if anything good is there.. could

EXHIBIT 50

**To:** Donie O'Sullivan

of it and will let you know if anything good is there.. could be a good live segment or even a PKG... we could also work in color from another reporter who was there and undercover too

> I'd love that !

And at least one of these guys went on to be involved in the storming of the Capitol... though he isn't on a FBI wanted list yet

Will email ya some stuff later

> Oh wow Donie this sounds really good - when you email it to me make it from the start so I can send to our ep

cool!

Confidential
CNN001071





Feb 1, 2021, 11:57 PM

Redacted: Non-Responsive Will be in touch tomorrow about this Qanon thin I went to undercover. Might take a few days to pull together but think it might be a good one to do



Confidential
CNN001076



> Hope that was OK. Will be in touch tomorrow about this Qanon thin I went to undercover. Might take a few days to pull together but think it might be a good one to do before impeachment trial as it shows how much Q followers looked to Trump.

**Redacted: Non-Responsive**

> Will look forward to the qanon work too!

**Redacted: Non-Responsive**

Confidential
CNN001077





Emailed ya the Qanon thing.. zero rush.. but might be something good for thur/fri or mon

Confidential

CNN001078



Confidential



Confidential
CNN001080



To: Donie O'Sullivan

Yes tomorrow. I think till be good. This is not under coverage footage cause they posted it. But it's not been seen by many folks outside the Qanon world before. And I was there Underrecover as media wasn't allowed

I'm so excited

Should be great

Redacted: Non-Responsive

Confidential

CNN001081




Confidential
CNN001083



Confidential

CNN001084




Confidential

CNN001085



Confidential

CNN001086