# EXHIBIT N

# TO BE FILED UNDER SEAL
Pursuant to U.S. District Judge Arun Subramanian's
Civil Individual Practices 11(B)

| | |
|---|---|
| From: | O'Sullivan, Donie [donie.osullivan@warnermedia.com] |
| Sent: | 2/2/2021 7:36:23 PM |
| To: | Holland, Philippa [philippa.holland@warnermedia.com] |
| Subject: | INSIDE a Qanon meeting shows how they viewed Trump as their leader |

This is footage from a QAnon event I attended undercover in October a few weeks before the election.
http://qcon.live/phx-videos/

It was right after the NBC Town Hall where Trump praised QAnon supporters.

We wrote a bit about it at the time but we never aired this footage and I think with all that has happened this gives a real good insight into how much QAnon followers looked to Trump for guidance, viewed him as supporting them, and it also shows how much of a big thing Qanon had become, like a religion, in this video there are people singing QAnon songs.

Might be something we could do for the show if you guys are into it. Either as a live segement or might be better as a PKG.

There is hours of footage.

One of the guys who spoke at this was involved in the insurrection and the FBI raided his house.

This is video from the live stream of the event
https://www.dropbox.com/s/xvweko5z1ddp2t0/qcon.mp4?dl=0

Here's a sample of what we have, I clipped this stuff myself so excuse the shittyness of it.

**0.00:** Speaker talking about Trump not disavowing QAnon
**0.28:** Conference watching Trump praise Qanon followers
**1.45:** Qanon song about the "digital soldiers"
**1.57:** Qanon song "Where we go one we go all"
**2.37:** At start of indoor conference organizer tells people to introduce themselves to each other, "we are huggers here," he says at the height of the Covid panemic.

I was at the event and in the room (the only person wearing a mask) so can talk through more color. There was also some podcast guys I know who were undcover too so we could get them on cam to talk too.



EXHIBIT
51