# EXHIBIT P

# TO BE FILED UNDER SEAL
**Pursuant to U.S. District Judge Arun Subramanian's Civil Individual Practices 11(B)**

**From:** O'Sullivan, Donie [donie.osullivan@warnermedia.com]
**Sent:** 2/4/2021 11:39:23 PM
**To:** Kiehl, Steve [steve.kiehl@warnermedia.com]; Lacey-Bordeaux, Emma [emma.lacey-bordeaux@warnermedia.com]; Hogan, Fuzz [Fuzz.Hogan@cnn.com]
**Subject:** FW: intheMatrixxx.com: "CNN REQUEST"

Response from one of the guys in the video who we are not naming. He was one of the speakers. We obviously do not need to work this into the PKG. Just flagging. It is nonsense and he is a massive conspiracy theorist.

---

**From:** ltm@intheMatrixxx.com <itm@inthematrixxx.com>
**Date:** Thursday, February 4, 2021 at 6:34 PM
**To:** O'Sullivan, Donie <donie.osullivan@warnermedia.com>
**Cc:** website@inthematrixxx.com <website@inthematrixxx.com>
**Subject:** Re: intheMatrixxx.com: "CNN REQUEST"

Hi Donnie

There is no such thing as "QAnon".

There is Q and millions of Patriots and anons. Did I give you approval to use me?

> On Feb 4, 2021, at 3:25 PM, IntheMatrixxx <website@inthematrixxx.com> wrote:
>
> From: Donie O'Sullivan <donie.osullivan@warnermedia.com>
> Subject: CNN REQUEST
>
> Message Body:
> Hi there,
>
> Donie O Sullivan here at CNN.
>
> We are airing a story tonight that include your speeches at Qcon in Arizona in October where you promoted QAnon.
>
> Do you have any comment? Has your opinion of QAnon changed since election and inauguration of President Joe Biden?
>
> Best,
> Donie
>
> --
> This e-mail was sent from the Homepage Contact Us form via intheMatrixxx (https://urldefense.com/v3/__https://www.inthematrixxx.com__;!!AQdq3sQhfUj4q8uUguY!ys3GYbYdkzMOUEEAmYRrT-IQdHewUMfHflUEhv-A5bWU5s7om-wHeXnJZXu9oK0bByOW-KM$ )
>



EXHIBIT 57