# Exhibit 27

CAMPAIGN

# Lincoln Project highlighting Flynn's coup comments in new ad

BY CELINE CASTRONUOVO - 06/09/21 1:16 PM ET

Share          Tweet          • • •     More



The anti-Trump group The Lincoln Project on Wednesday launched an ad seizing on former national security adviser Michael Flynn's apparent suggestion that a Myanmar-like coup take place in the U.S., arguing that the Republican Party has "crossed a line."

The one-minute ad, set to run digitally in Washington, D.C., on Wednesday and in the Bedminster, N.J., and New York City media markets Thursday, includes audio from a Dallas conference in which an audience member asked Flynn, "I want to know why what happened in Myanmar can't happen here?"

Flynn responded, "No reason. I mean, it should happen here."

The comparison to the military-led coup in Myanmar, which has been followed by a months-long brutal security force crackdown resulting in the deaths of hundreds of people, led to bipartisan outrage against the former Trump administration official.

The Lincoln Project ad following the remarks from Flynn includes footage from the Jan. 6 Capitol riot, with a narrator saying, "America has crossed a line."

"The Republican Party believes in ending the American experiment, led by a man obsessed with power and money who will say and do anything to seize control again," the ad continues, along with footage of former President Trump, before playing a clip of the ex-commander-in-chief at the February Conservative Political Action Conference (CPAC) repeating his unsupported claim that the 2020 presidential election "was rigged."

The ad's narrator says that Trump is willing "to punish those who oppose him," as the ad shows footage of law enforcement officials clearing out racial justice protesters outside of the White House last year before Trump crossed Lafayette Square and posed for a photo-op outside of St. John's Episcopal Church.

"His followers don't just disagree with us, they've got something worse in mind," the narrator says. "We know what national populism and authoritarianism lead to every time," the ad continues, along with footage of Trump supporters storming the Capitol earlier this year as lawmakers met to certify President Biden's 2020 election win.

"That's why we will never compromise with this evil. We will never step back from the line, because we believe in America," the ad says, before asking the audience, "Are you in this fight, or have they already won?"

In a Wednesday press release unveiling the ad, former Republican Party member and Lincoln Project co-founder Rick Wilson said in a statement that the GOP has "embraced a style of politics that favors power over people; fear over freedom; destruction over democracy."

"The GOP believes in sacrificing our democratic systems at the altar of national populism and authoritarianism," Wilson added. "This newest indication that a line has been crossed is but another reason The Lincoln Project remains committed to the fight ahead and committed to seeing an end to Trumpism."

"Any reporting of any other belief by me is a boldface fabrication based on twisted reporting at a lively panel at a conference of Patriotic Americans who love this country, just as I do," he added at the time.

**TAGS**　BEDMINSTER　CAPITOL RIOT　DONALD TRUMP　JAN. 6 RIOT　JOE BIDEN
MICHAEL FLYNN　MYANMAR　MYANMAR COUP　NEW JERSEY　NEW YORK　NEW YORK
CITY　RICK WILSON　THE LINCOLN PROJECT

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SHARE　　　　　TWEET　　•••　MORE

# Exhibit 28

Case 1:21-cv-02587-AS-SLC    Document 218-9    Filed 02/02/24    Page 7 of 32

# Michael Flynn posts video featuring QAnon slogans

By Marshall Cohen, CNN

Updated 8:37 PM EDT, Tue July 7, 2020



CNN

RELATED

✕

Michael Flynn posts video featuring QAnon slogan

Video Ad Feedback

01:19 - Source: CNN

10/17/23, 3:14 PM
Michael Flynn uses QAnon video leading others in reciting oath and slogans | CNN Politics
Case 1:21-cv-02587-AS-SLC    Document 182-10    Filed 02/03/24    Page 8 of 32

**Washington (CNN)** — In a video posted online over the weekend, President Donald Trump's first national security adviser, Michael Flynn, is seen using phrases and slogans that are hallmarks of the baseless QAnon conspiracy movement. He also tagged his post with a QAnon hashtag.

Followers of QAnon believe there is a "deep state" within the US government that is controlled by a cabal of Satan-worshipping pedophiles. According to the conspiracy, the cabal is largely run by Democratic politicians and liberal celebrities – and Trump is trying to take them down.

Flynn posted the 53-second clip to Twitter on Saturday, which was the July Fourth holiday. In the video, Flynn leads a small group in reciting a generic oath of office, the same oath taken by members of Congress. After finishing the oath, Flynn says, "Where we go one, we go all!" His post included the hashtag #TakeTheOath, which he recently added to his Twitter bio as well.

These elements of Flynn's post – the oath, paired with the catchphrase and hashtag – are distinctive to the QAnon movement and are used widely by its followers, experts say. Flynn never explicitly mentions QAnon in the video, and his lawyer claims his phrasing is innocuous.

"This is absolutely pro-QAnon," said Mike Rothschild, who recently published a book examining and debunking some of the most prominent conspiracy theories. "It's the same version of the enlistment oath that Q followers have been filming themselves taking for the last week. And the phrase at the end, 'Where we go one, we go all,' is a key catchphrase in the Q mythology."

There are more than 10,500 replies to Flynn's tweet, many from self-identified QAnon supporters who thanked Flynn for his comments, used the same hashtag or posted clips of their own oaths. Flynn's video had been viewed 1.8 million times as of Tuesday, according to Twitter data.

Flynn – the former head of the Defense Intelligence Agency and a retired Army lieutenant general – is now the most prominent former US official to publicly stoke QAnon conspiracies, even though the movement is based on lies and has been linked to several violent incidents.

There is also a small but growing contingent of Republican political candidates who have been linked to the conspiracy group, and are on the ballot this November. The GOP nominee for US Senate in Oregon openly touts QAnon and posted her own oath-taking video last month. She is a long shot to win, but other QAnon-friendly House candidates are likely headed to Congress.

The Flynn video comes while he is still fighting to wrap up his criminal case. Flynn cemented his position this year as an exonerated hero in the eyes of Trump, senior Republican officials and many right-wing media outlets, after the Justice Department dropped the case against him. These figures have repeatedly praised Flynn's integrity and Trump says he is mulling a pardon.

In the parallel QAnon universe, Flynn is considered a key player and is viewed as a martyr.

"The Q community is really excited by all of this. Flynn is a hugely important figure to them, seen as a warrior who infiltrated the deep state by pretending to plead guilty," Rothschild said. "The video of Flynn actually taking the oath is, to them, total validation that they were right, that Flynn is a warrior who fights for them, and that they can be digital soldiers on his level."

## Flynn's lawyer pushes back

Flynn's tenure at the White House lasted just a few weeks – he resigned after getting caught in a public lie about his Russian contacts. He pleaded guilty in late 2017 to lying to the FBI about those contacts, but later disavowed his plea and tried to get the case thrown out. In a shocking twist this spring, the Justice Department abandoned the case, which is still tied up in legal limbo.

Regarding the video, Flynn lawyer Sidney Powell told the Washington Examiner that Flynn "wanted to encourage people to think about being a citizen," and claimed the phrase "Where we go one, we go all" was first engraved on a bell on one of President John F. Kennedy's sailboats.

Experts told CNN that QAnon believers often misattribute the quote to Kennedy's boat because "Q" – a supposed government insider who posts online clues about the "deep state" – once said it came from Kennedy. It appears to originate from the 1996 survival film "White Squall."

Asked by CNN on Monday about the quote and about Flynn's video, Powell said in an email: "General Flynn and I both encourage love of this great country and patriotism. Neither of us know Q but appreciate the support we have received from all in our fight for the Truth and Justice ... implying anything wrong with words long ago inscribed on a bell to encourage the unity of the human race is malevolent and just plain wrong. There is nothing more to the story."

## Digital soldiers

Experts told CNN that the oath is part of an effort to organize "digital soldiers" for an apocalyptic reckoning, when thousands of "deep state" pedophiles will be arrested and sent to military tribunals at Guantanamo Bay. (Flynn himself coined the term "digital soldiers" in 2016 to refer to Trump's fervent following on social media, one year before QAnon supporters appropriated it.)

"He is clearly endorsing QAnon in the video. Whether he believes the conspiracy theory is another matter," said Joseph Uscinski, a leading expert on conspiracy theories who teaches at the University of Miami. "The 'Where we go one, we go all' chant makes it clear. It is a QAnon saying. Further, the QAnon folks have all been taking this 'pledge' lately online and posting it."

Despite Powell's comments, this isn't the first time Flynn's team has flirted with conspiracies.

Many of Powell's court arguments leaned heavily on discredited allegations of a "deep state" of Democratic partisans within the FBI and Justice Department who were trying to illegally sabotage Flynn. Months before the Justice Department's about-face in the case, career prosecutors said in court filings that Powell's claims were "premised on conspiracy theories."

Members of Flynn's family previously posted QAnon hashtags. And Flynn recently published a series of columns that evoked some of the main QAnon themes, without saying it explicitly. It's unclear whether Flynn truly buys into the conspiracy, is strategically tapping into a community of pro-Trump activists who view him as a hero or is somehow ignorant of the slogans he's using.

# Exhibit 29

SUBSCRIBE NOW FROM JUST $1

**News** | Michael Flynn     Elon Musk     Twitter     January 6

# Elon Musk Blasted for Michael Flynn's Jan. 6 Twitter Reinstatement

Jan 06, 2023 at 6:29 PM EST

By **Aila Slisco**
Writer

FOLLOW

7

Elon Musk is taking heat for reinstating far-right favorite Michael Flynn to Twitter on the second anniversary of the January 6 attack on the U.S. Capitol.

Flynn, a retired Army general and ex-national security adviser to former President Donald Trump, returned to the platform on Friday. His account had been permanently banned

SUBSCRIBE NOW FROM JUST $1

Leading up to the Capitol attack, Flynn was one of the most prominent supporters of false claims that the contest had been "stolen" by Biden. Flynn was also a prominent proponent of the pro-Trump QAnon conspiracy theory, repeating and praising the related "where we go one we go all" slogan and making references to the debunked theory on Twitter. He thanked Musk for his return to the platform.

 

Elon Musk, left, is pictured at the Met Gala in New York City on May 2, 2022, while Michael Flynn, right, former national security adviser for ex-President Donald Trump, is shown at an event in Brunswick, Ohio, on April 21, 2022. Musk was criticized after reinstating Flynn's Twitter account on Friday, the second anniversary of the January 6 Capitol attack.
**ALEXI ROSENFELD/GC IMAGES; DUSTIN FRANZ/GETTY IMAGES**

"I want to personally thank @elonmusk for all he is doing to help protect our basic human rights, especially our freedom of speech," Flynn tweeted Friday after being reinstated. "And thanks for allowing me back on @Twitter. To all who offered their strong voices of support to bring me back, thank you! God Bless America [U.S. flag emoji] !"

SUBSCRIBE NOW FROM JUST $1



# The Bulletin

Your daily briefing of everything you need to know

| Email address | **SIGN UP** |



An avalanche of Twitter users lashed out at Musk for the timing of the reinstatement. Since taking over the platform in October, the billionaire has been repeatedly accused of pushing a right-wing bias despite claiming to be a champion for neutrality and "free speech."

"ZERO coincidence that Twitter restored Misha [Russian flag] Flynn's account today, January 6, of all days," tweeted Dena Grayson, physician and former Democratic candidate for Congress.



Not found

1/2/24, 2:40 PM
Case 1:21-cv-02587-AS-SLC   Document 218-8   Filed 02/02/24   Page 14 of 32
Elon Musk Blasted on Michael Flynn's Jan. 6 Twitter Reinstatement

SUBSCRIBE NOW FROM JUST $1

**Z**ERO coincidence that Twitter restored Misha ʀᴜFlynn's account today, January 6, of all days. 
#January6thInsurrection https://t.co/HBjUgzusDg

— Dena Grayson, MD, PhD (@DrDenaGrayson) January 6, 2023

"Mike Flynn's Twitter account has been reinstated. Why hasn't this triator been tried and sent to prison for treason yet, let alone being reactivated on this hell site," political opinion writer and self-described "former Trump supporter" David Weissman tweeted.

**Sign up for Newsweek's daily headlines**

ⓘ
Not found

**M**ike Flynn's Twitter account has been reinstated. Why hasn't this triator been tried and sent to prison for treason yet, let alone being reactivated on this hell site.

— David Weissman ✡ (@davidmweissman) January 6, 2023

"It's no coincidence that Elon Musk reinstated the Twitter account of traitor QAnon psycho General Flynn on 1/6," tweeted The USA Singers.

SUBSCRIBE NOW FROM JUST $1

@TheUSASingers · Follow

It’s no coincidence that Elon Musk reinstated the Twitter account of traitor QAnon psycho General Flynn on 1/6.

5:04 PM · Jan 6, 2023

1.5K Reply Share

Read 92 replies

"Michael Flynn was reinstated on Twitter on the 2nd anniversary of January 6th," attorney and activist Alejandra Caraballo tweeted. "This is no accident."

SUBSCRIBE NOW FROM JUST $1



@Esqueer_ · **Follow**

Michael Flynn was reinstated on Twitter on the 2nd anniversary of January 6th. This is no accident.

> ⬤ **Zachary Cohen** @ZcohenCNN
>
> Flynn personally thanks Elon Musk for reinstating his Twitter account on 2nd anniversary of Jan. 6 attack.
>
> Reminder that Flynn urged Trump to seize voting machines & impose martial law leading up to Jan. 6 as part of push to overturn 2020 election.

4:58 PM · Jan 6, 2023                                      ⓘ

♥ 578        💬 Reply        ⬆ Share

**Read 13 replies**

"Musk's trickle-back of the high profile extremists continues with Mike Flynn," tweeted University of Toronto disinformation researcher John Scott-Railton. "Of course, Flynn will try to hijack the conversation all over again. You can help prevent that by not Quote Tweeting or Replying."

SUBSCRIBE NOW FROM JUST $1



"Today is January 6 --- 2yrs ago today, insurrectionists attacked the U.S. Capitol," tweeted Charles Lister, senior fellow at the Middle East Institute. "To mark the anniversary, @elonmusk appears to have reinstated one of the insurrection's most notorious supporters & all-round conspiracy theorist: Gen. Michael Flynn."

SUBSCRIBE NOW FROM JUST $1



@Charles_Lister · **Follow**

Today is January 6 -- 2yrs ago today, insurrectionists attacked the U.S. Capitol.

To mark the anniversary, @elonmusk appears to have reinstated one of the insurrection's most notorious supporters & all-round conspiracy theorist:

Gen. Michael Flynn.

3:34 PM · Jan 6, 2023

❤ 35      💬 Reply      ⬆ Share

**Read 11 replies**

"What a slap in the face to all those police officers that were injured & traumatized 2 years ago today defending our capitol & our democracy," @Suezm1 tweeted. "Musk is trash & Flynn is a Christofascist traitor to this country."

SUBSCRIBE NOW FROM JUST $1



@Suezm1 · **Follow**

What a slap in the face to all those police officers that were injured & traumatized 2 years ago today defending our capitol & our democracy. Musk is trash & Flynn is a Christofascist traitor to this country.

Ron Filipkowski ✔ @RonFilipkowski

Elon Musk reinstates Michael Flynn's twitter account on J6.

5:26 PM · Jan 6, 2023

❤ 1    💬 **Reply**    ⬆ **Share**

**Read more on X**

Some of those criticizing Musk for the reinstatement pointed out that Flynn had advocated for the use of force to overturn Trump's 2020 loss, shortly before Trump supporters attempted to forcefully overturn the loss by storming the Capitol.

Weeks before the Capitol attack, Flynn met with Trump at the White House and urged him to seize election machines and order the military to force new elections in states that he

SUBSCRIBE NOW FROM JUST $1

"Elon Musk seems to have chosen the second anniversary of the January 6th attack to restore the Twitter account of retired general, election denier, conspiracy pusher, and martial law supporter Michael Flynn," MSNBC host Mehdi Hasan tweeted. "Classy."



Flynn's account was reinstated only hours after Trump confidante Roger Stone tagged Musk in a plea to reinstate the retired general.

"@GenFynn has been locked out of his Twitter page since 2020. Can see- can't post. Please @elonmusk reinstate General Michael Flynn," Stone tweeted on Friday morning.

SUBSCRIBE NOW FROM JUST $1

@RogerJStoneJr · **Follow**

.@GenFynn has been locked out of his Twitter page since
2020. Can see- can't post. Please @elonmusk reinstate
General Michael Flynn



6:54 AM · Jan 6, 2023                                              ⓘ

♥ **15.3K**      💬 **Reply**    ⬆ **Share**

**Read 615 replies**

SUBSCRIBE NOW FROM JUST $1

**READ MORE**

- Thousands of Christians condemn Rep. Greene, Mike Flynn as "false prophets"

---

- Elon Musk sides with Marjorie Taylor Greene amid speaker turmoil

---

- Musk blasted after Twitter cuts suicide prevention feature: "Grade A jerk"

---

The reinstatement also came one day after Flynn appeared on the right-wing *Man in America* podcast and mentioned that he would like to return to the platform to respond to critics.

During the appearance, Flynn denounced former federal prosecutor and popular Twitter user Ron Filipkowski, who has frequently criticized both him and Musk.

*Newsweek* has reached out to Twitter and Musk for comment.

---

**Request Reprint & Licensing**    |    **Submit Correction**    |

**View Editorial Guidelines**

---

# About the writer

**Aila Slisco**

FOLLOW

Aila Slisco is a Newsweek night reporter based in New York. Her focus is on reporting national politics, where she ... read more

---

To read how Newsweek uses AI as a newsroom tool, click here.

---

SUBSCRIBE NOW FROM JUST $1

## Trending



**01**    **Donald Trump Flights on Jeffrey Epstein's 'Lolita Express'—What We Know**

69 comments

**02**    **'Frightening': Large Crocodile Leaps Into Man's Boat With Jaws Wide Open**

4 comments

SUBSCRIBE NOW FROM JUST $1

**04**    **Jill Biden's New Year's Outfit Brutally Mocked**

11 comments

**05**    **Body Found Inside Plane Engine by Airport Workers**

18 comments

To Homepage

**THE DEBATE**

## Higher Ed Must Support DEIA Efforts Effectively

**By Rochelle Sennet**



**VS**



### Colleges Don't Need DEIA

**By Angela McArdle**

**OPINION**

## What We Learned From Creating the Largest Guaranteed Income Program

By Pete Subkoviak



## 2024 Is Another Year of Living Dangerously

By Dan Perry



## Why 2024 Could Totally Rule!

By David Faris



SUBSCRIBE NOW FROM JUST $1

We Cannot Forget Azerbaijan's Ethnic Cleansing of Nagorno-Karabakh

By Sheila Paylan



From Soccer to AI, Saudi Arabia Spends to Win

By Sarah Gebauer And Gregory Smith



A 2024 Wish List: Sanity at Home and Stability Abroad

By Josh Hammer



Why Did Israel Kill My Family in Gaza and Destroy My Childhood Home?

By Ahmed Fouad Alkhatib



President Trump Is Right. Americans Are Being Poisoned—By Fentanyl

By Chad Carlsen



DeSantis Should Have No Regrets. No One Could Beat Trump or His Indictments

By Mark Davis



I'm a Jewish Republican. I Love You, John Fetterman

By Mor Greenberg



Haley's Refusal to Mention Slavery Is an Insult to GOP Voters of Color

By Darvio Morrow



SUBSCRIBE NOW FROM JUST $1



✓ Newsweek magazine delivered to your door

✓ Unlimited access to Newsweek.com

✓ Ad free Newsweek.com experience

✓ iOS and Android app access

✓ All newsletters + podcasts

SUBSCRIBE NOW

## Top Stories

SUBSCRIBE NOW FROM JUST $1



**Harvard President Claudine Gay Resignation Sparks Celebrations**

SUBSCRIBE NOW FROM JUST $1



**Republican Chairman Says GOP's Attack on Joe Biden Crossed the Line**

SUBSCRIBE NOW FROM JUST $1



**Donald Trump Fumes Over Evidence in Jack Smith Case**

SUBSCRIBE NOW FROM JUST $1



**Greg Abbott Faces Rebellion Over Texas Property Taxes**

| U.S. | World | Subscriptions |
|------|-------|---------------|
| Science | Health | |
| Rankings | Opinion | Digital+ Monthly (Ad Free Trial) $1.00 |
| Culture | Fact Check | Digital+ Yearly $49.00 |
| My Turn | Education | Premium Monthly $9.99 |
| Sports | Sports Betting | Premium Yearly $99 |

SUBSCRIBE NOW FROM JUST $1

Vault                    Mightier

Autos                    Newsletters

Unconventional           Vantage

Experts

---

Trending

Israel at War    Vladimir Putin    Russia-Ukraine War

Donald Trump

---

Newsletters in your inbox  See all

☑ The Bulletin          ☑ The Josh Hammer
  (Mondays to             Report
  Fridays)                (Wednesdays)
  *See Sample*            *See Sample*

☑ The Frontlines        ☑ Israel at War
  (Thursdays)             (Tuesdays and
  *See Sample*            Thursdays)

☑ For The Culture       ☑ Pawsitively
  (Tuesdays and           (Mondays to
  Thursdays)              Fridays)
  *See Sample*

☑ Better Planet         ☑ My Turn (Sundays)
  (Mondays)

In The Magazine



January 12
2024 Issue

---

Email address                Sign up now

You can unsubscribe at any time.
By signing up you are agreeing to our Terms of Service and Privacy
Policy

SUBSCRIBE NOW FROM JUST $1

| About Us | U.S. Edition | Advertise | Cookie Policy |
|---|---|---|---|
| Masthead | 日本 | Careers | Copyright |
| Diversity | Polska | Contact Us | Privacy Policy |
| Announcements | România | Corrections | Terms & Conditions |
| Archive | | | Terms of Sale |
| Policies and Standards | | | |
| Mission Statement | | | |
| Leadership | | | |
| Newsletters | | | |
| Press Center | | | |

© 2024 NEWSWEEK DIGITAL LLC

..