UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOHN P. "JACK" FLYNN and                          :
LESLIE A. FLYNN                                         :
                                                                     :           1:21-cv-02587 (AS/SLC)
                                        Plaintiffs,          :
                                                                     :           PLAINTIFF'S MOTION TO
-v-                                                                :           STRIKE DEFENDANT'S
                                                                     :           SUPPLEMENTAL AUTHORITY
CABLE NEWS NETWORK, INC.,                    :
                                                                     :
                                        Defendant.        :
------------------------------------------------------------ X

    **PLEASE TAKE NOTICE** that Plaintiffs John "Jack" Flynn and Leslie A. Flynn (the "Flynns"), will move this Court, on a date and at a time to be fixed by the Court, for an order to strike Defendant's Letter-Motion of Supplemental Authority (Doc. 218). Pursuant to Local Civil Rule 7.1(d), any application to the Court "except for extensions or adjournments, applications for a pre-motion conference, and similar non-dispositive matters, must be made by a notice of motion." *See also* Local Civil Rule 7.1(a). Defendant's Letter-Motion of Supplemental Authority violates the local civil rules and therefore should be stricken from this matter. In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Strike Defendant's Supplemental Authority.

    **PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b), papers in opposition, if any, shall be served within fourteen (14) days after service of this notice, and reply papers, if any, shall be served within seven (7) days after service of any papers in opposition.

Dated: Alexandria, VA
February 28, 2024

Respectfully submitted,

/s/ Jared Roberts
*Jason C. Greaves, VA Bar No. 86164
*Jared J. Roberts, VA Bar No. 97192
THE BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
jason@binnall.com
jared@binnall.com
* *Admitted Pro Hac Vice*

*Attorneys for Jack and Leslie Flynn*

## CERTIFICATE OF SERVICE

I certify that on February 28, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jared Roberts
Jared J. Roberts
jared@binnall.com

*Attorney for Plaintiffs*

TO:

Katherine M. Bolger
Meenakshi Krishnan
Lindsey B. Cherner
Sam F. Cate-Gumpert
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

2