**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JOHN P. "JACK" FLYNN, et al.,

                    Plaintiffs,

    -against-                                          21 **CIVIL** 2587 (AS)

                                                                       **JUDGMENT**

CABLE NEWS NETWORK, INC.,

                    Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 24, 2024, even assuming that the CNN report could imply that the Flynns were QAnon followers, that statement isn't actionable. Defendant's motion for summary judgment is GRANTED. The motions to exclude and strike are DENIED as moot because granting any of those motions would not change the outcome of this one; accordingly, the case is closed.

**Dated:** New York, New York

      April 25, 2024

                                                                 **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                **BY:**          *K. Mango*

                                                                  **Deputy Clerk**