# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

John P. "Jack" Flynn

Leslie A. Flynn
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:21 CV 2587 ( AS )(SLC)

-against-

**NOTICE OF APPEAL**

Cable News Network, Inc.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Plaintiffs, John P. "Jack" Flynn and Leslie A. Flynn
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☑ order entered on: 4/25/2024 (judgment), 4/24/2024, and 12/16/2021
(date that judgment or order was entered on docket)

that: granted Defendant's motion for summary judgment as to false light and granted Defendant's motion to dismiss as to defamation.
(If the appeal is from an order, provide a brief description above of the decision in the order.)

| May 24, 2024 | /s/ Jason C. Greaves |
|---|---|
| Dated | Signature* |

Greaves, Jason C. (counsel for Plaintiffs John P. "Jack" Flynn and Leslie A. Flynn)
Name (Last, First, MI)

| 717 King Street, Suite 200, | Alexandria, | Virginia | 22314 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 703-888-1943 | jason@binnall.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13