

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

katebolger@dwt.com

January 29, 2024

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 15A
New York, NY 10007-1312

   **Re:**  ***Flynn et al, v. Cable News Network, Inc.***, No. 1:21-cv-02587-AS-SLC –
      Withdrawal of Motion for Attorneys' Fees and Costs

Dear Judge Subramanian:

   We represent Defendant Cable News Network, Inc. ("CNN") in the above-referenced
action.

   We write to notify the Court that CNN hereby withdraws its Motion for Attorneys' Fees
and Costs (ECF Nos. 231-33).

   Thank you for your consideration.


       Respectfully Submitted,

       Davis Wright Tremaine LLP

       *Katherine M. Bolger*

       Katherine M. Bolger

4859-3700-0133v.1 0026517-000210