

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212.489.8230 tel
212.489.8340 fax

katebolger@dwt.com

January 29, 2024

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 15A
New York, NY 10007-1312

    Re:    *Flynn et al, v. Cable News Network, Inc.*, No. 1:21-cv-02587-AS-SLC –
Withdrawal of Motion for Attorneys' Fees and Costs

Dear Judge Subramanian:

    We represent Defendant Cable News Network, Inc. ("CNN") in the above-referenced action.

    We write to notify the Court that CNN hereby withdraws its Motion for Attorneys' Fees and Costs (ECF Nos. 231-33).

    Thank you for your consideration.

Respectfully Submitted,

Davis Wright Tremaine LLP

Katherine M. Bolger

The Clerk of Court is directed to close Dkt. 231.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 5, 2024

DWT.COM

4859-3700-0133v.1 0026517-000210